UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
: 17 Civ. 7994 (AT)
Plaintiff, :
:
: **RULE 7.1 STATEMENT OF**
- v - : **RIO TINTO LIMITED**
:
RIO TINTO PLC, RIO TINTO LIMITED, :
THOMAS ALBANESE and GUY ROBERT :
ELLIOTT, :
:
Defendants. :
:
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rio Tinto Limited certifies that Rio Tinto Limited, which uses a dual-listed-company structure with Rio Tinto plc, has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      November 22, 2017

Respectfully submitted,

GIBSON, DUNN, & CRUTCHER LLP

By:    /s/ Lawrence J. Zweifach
      Lawrence J. Zweifach

200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
Email: lzweifach@gibsondunn.com

*Counsel for Rio Tinto plc and Rio Tinto Limited*