March 5, 2018

VIA ECF

Honorable Debra Freeman
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *SEC v. Rio Tinto PLC, et al.*, No. 17-cv-7994 (AT) (DCF)

Dear Judge Freeman:

The parties have conferred and agree that good cause exists for the entry of a protective order. As further explained in the proposed Protective Order, attached hereto as Exhibit A, discovery will involve the production of a variety of confidential documents, including personal and proprietary information. Accordingly, the parties jointly request that this Court enter the proposed protective order. Thank you in advance for the Court's consideration of this submission.

Respectfully Submitted,

Jennifer L. Conn
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

*Counsel for Defendants Rio Tinto plc and
Rio Tinto Limited*

Thomas A. Bednar
100 F Street, N.E.
Washington, D.C. 20549-5985
Telephone: (202) 551-6218

*Counsel for Plaintiff Securities and Exchange
Commission*

Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939

*Counsel for Defendant Thomas Albanese*

Walter G. Ricciardi / BMS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

*Counsel for Defendant Guy Robert Elliott*

cc: Counsel of Record (*via ECF*)