USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

-against-

RIO TINTO PLC, et al.,

                  Defendants.

17cv07994 (AT) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

        The Court having held an initial pretrial conference on March 6, 2018, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that:

        1.    The parties shall serve their initial document requests and interrogatories no later than March 30, 2018. In their initial interrogatories, the parties may, as reasonable, seek information outside the scope of Local Civil Rule 33.3(a).

        2.    Any motions to amend the pleadings or to join any additional parties shall be filed no later than September 7, 2018.

        3.    All fact discovery shall be completed no later than March 29, 2019.

        4.    The parties may stipulate to modify interim deadlines in this Scheduling Order, without seeking prior leave of Court.

5. Counsel shall participate in a follow-up telephone conference call with this Court on June 6, 2018 at 10:00 a.m., and are directed to initiate such a call jointly to my chambers, on that date.

Dated: New York, New York
March 8, 2018

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)