UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE, and GUY ROBERT ELLIOTT,<br><br>Defendants. | Case No. 1:17-cv-7994-AT-DCF |

**NOTICE OF DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE**

Please take notice that Defendants Rio Tinto plc, Rio Tinto Limited, Thomas Albanese, and Guy Elliott move this Court for the issuance of letters of request for international judicial assistance to obtain evidence. The SEC does not oppose this request.

The motion seeks to compel the following entities to produce documents and/or provide testimony in connection with the above-captioned case: PricewaterhouseCoopers UK, PricewaterhouseCoopers Australia, and PricewaterhouseCoopers South Africa. The letters to authorities in all three countries would be issued pursuant to 28 U.S.C. § 1781, and in accord with the Hague Convention of March 18, 1970, on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, T.I.A.S. No. 7444; the letter to authorities in South Africa also invokes the South African Foreign Courts Evidence Act.

In support of the motion, Defendants have submitted a memorandum of law, a supporting declaration, and proposed letters of request.

Dated:   July 31, 2018                               Respectfully submitted,

                                                     JONES DAY

                                                     /s/ Kristen A. Lejnieks
David Woodcock (*pro hac vice*)                      Kristen A. Lejnieks
2727 North Harwood Street                            Peter J. Romatowski
Dallas, TX 75201                                     51 Louisiana Avenue, NW
(214) 969-3681                                       Washington, DC 20001
                                                     (202) 879-3939
                                                     kalejnieks@jonesday.com

*Attorneys for Defendant Thomas Albanese*


                                                     MORVILLO, ABRAMOWITZ, GRAND,
                                                     IASON & ANELLO, P.C.

                                                     /s/ Jonathan S. Sack
                                                     Jonathan S. Sack
                                                     Jeremy H. Temkin
                                                     565 Fifth Avenue
                                                     New York, NY 10017
                                                     (212) 880-9410
                                                     jsack@maglaw.com

*Attorneys for Defendants Rio Tinto PLC and Rio Tinto Limited*


                                                     PAUL, WEISS, RIFKIND, WHARTON &
                                                     GARRISON LLP

                                                     /s/ Walter G. Ricciardi
                                                     Theodore V. Wells
                                                     Walter G. Ricciardi
                                                     Geoffrey R. Chepiga
                                                     Livia Fine
                                                     1285 Avenue of the Americas
                                                     New York, NY 10019
                                                     (212) 373-3000
                                                     wricciardi@paulweiss.com

*Attorneys for Defendant Guy Robert Elliott*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by CM/ECF this 31st day of July, 2018 upon all counsel:

/s/ Kristen A. Lejnieks
Kristen A. Lejnieks
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
kalejnieks@jonesday.com

*Attorney for Defendant Thomas Albanese*