**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                   :

SECURITIES AND EXCHANGE    :
COMMISSION,                :
                   :
         Plaintiff,      :
                   :
    v.                :
                   :
RIO TINTO PLC, RIO TINTO LIMITED,   :
THOMAS ALBANESE, and GUY ROBERT   :   Case No. 17 Civ. 7994 (AT) (DCF)
ELLIOTT,               :
                   :
         Defendants.    :
                   :
                   :
                   :
                   :
---------------------------------------------------------x

## DECLARATION OF RICHARD W. GRIME

I, Richard W. Grime, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel to Defendants Rio Tinto PLC and Rio Tinto Limited (collectively, "Rio Tinto"). This Court has granted me *pro hac vice* status to appear in this matter. I submit this declaration in support of Defendants' Consolidated Brief in Opposition to Plaintiff's Motion for Leave to Amend the Complaint.

      1.     Attached hereto as Exhibit 1 is a true and correct copy of an e-mail sent by Doug Ritchie to Eric Finlayson, dated April 1, 2012. This document was produced to the Securities and Exchange Commission ("SEC") during its investigation with the Bates number RT_00400596.

2.      Attached hereto as Exhibit 2 is a true and correct copy of an e-mail sent by Andrew Woodley to Simon Morris, dated March 20, 2012.  This document was produced to the SEC during its investigation with the Bates number RT_00129717–RT_00129718.

3.      Attached hereto as Exhibit 3 is a true and correct copy of an e-mail and attachments sent by Andrew Woodley, dated November 15, 2011.  This document is stated to be incorporated into the proposed Amended Complaint by reference at paragraph 145 and bears the Bates number RT_SEC_00280962–RT_SEC_00280975.

4.      Attached hereto as Exhibit 4 is a true and correct copy of an e-mail sent by Doug Ritchie to Eric Finlayson, dated April 1, 2012.  This document is stated to be incorporated into the proposed Amended Complaint by reference at paragraph 268 and bears the Bates number RT_SEC_00261225.

5.      Attached hereto as Exhibit 5 is an excerpted copy of a transcript of Rio Tinto's August 8, 2012 Half Year Results Questions and Answers.  This document is stated to be incorporated into the proposed Amended Complaint by reference at paragraph 358.

6.      Attached hereto as Exhibit 6 is an excerpted copy of a transcript of Rio Tinto's November 29, 2012 Investor Seminar Questions and Answers.  This document is stated to be incorporated into the proposed Amended Complaint by reference at paragraph 395.

7.      Attached hereto as Exhibit 7 is a true and correct copy of an e-mail sent by Rob Hubbard to Guy Elliott on May 10, 2012.  This document was produced to the SEC during its investigation with the Bates number RT_00358125.

8.      Attached hereto as Exhibit 8 is an excerpted copy of Rio Tinto's Annual Report for the fiscal year ending December 31, 2012.  The full document is available at http://www.riotinto.com/documents/rio_tinto_2012_annual_report.pdf. The 2012 Annual Report was incorporated into Rio Tinto PLC's Form 20-F for the fiscal year ending December 31, 2012,

which is available at https://www.sec.gov/Archives/edgar/data/863064/000119312513108628/d497913d20f.htm.

9.      Attached hereto as Exhibit 9 is a true and correct copy of an e-mail sent by Eric Finlayson to Jenni Walling on May 15, 2012.  This document was produced to the SEC during its investigation with the Bates number RT_00241291–RT_00241296.

10.     Attached hereto as Exhibit 10 is a true and correct copy of a Monthly Report for Rio Tinto's Mozambique and South Africa coal operations, dated April 2012.  This document was produced to the SEC during its investigation with the Bates number RT_00057280–RT_00057282.

11.     Attached hereto as Exhibit 11 is a true and correct copy of an email sent by Eric Finlayson to Andrew Woodley, dated July 19, 2012.  This document was produced to the SEC during its investigation with the Bates number RT_00265628.

12.     In its responses to Defendants' interrogatories, the SEC stated that the basis for its allegations in paragraph 120 of the Complaint included a June 5, 2017 interview of Eric Finlayson as part of a United Kingdom Financial Conduct Authority investigation.  In that interview, Mr. Finlayson testified that Mr. Albanese had directed him at the Brisbane Meeting to "go and speak to third parties about the potential for bringing capital to assist in the greenfield rail and port options."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2019

By: _____
       Richard W. Grime