UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                             Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE, and GUY ROBERT ELLIOTT,<br><br>  Defendants. | No. 1:17-cv-7994-AT-DCF<br><br>ORAL ARGUMENT REQUESTED |

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION FOR RECONSIDERATION OF THE MARCH 18, 2019 ORDER ON THE DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Motion for Reconsideration of the Defendants' Consolidated Motion to Dismiss the Complaint, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Plaintiff Securities and Exchange Commission ("SEC"), by and through its counsel, moves for reconsideration of the Court's March 18, 2019 Opinion and Order [ECF No. 135] granting certain aspects of Defendants' Consolidated Motion to Dismiss, pursuant to Fed.R.Civ.P. 59(e) and Local Civil Rule 6.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, and for issuance of an order modifying the Court's earlier Order.

The SEC requests oral argument, subject to the Court's directive that civil proceedings be conducted telephonically. *See* Emergency Individual Rules and Practices in Light of COVID-19 (Mar. 18, 2020) at 2.A.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the memo endorsement signed and dated on March 13, 2020 (ECF No. 177), answering papers, if any, are to be served on or before April 7, 2020, and, and reply papers, if any, are to be served on or before April 14, 2020.

Dated: March 24 2020

By: */s/ Thomas A. Bednar*
Thomas A. Bednar
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-6218
bednart@sec.gov

## CERTIFICATE OF SERVICE

I certify that on March 24, 2020, a copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

*/s/ Thomas A. Bednar*
Thomas A. Bednar
Counsel for Plaintiff