UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          -against-

RIO TINTO PLC, RIO TINTO LIMITED,
THOMAS ALBANESE, and GUY ROBERT
ELLIOTT,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021

17 Civ. 7994 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

      The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the second calendar quarter of 2022. By **October 1, 2022**, the parties shall submit blackout dates for trial.

      The parties shall submit a joint pretrial order by **March 1, 2022**. The joint pretrial order and related submissions are to be submitted as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pretrial order to the Court by PDF and Word attachment to an e-mail by **March 1, 2022**.

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pretrial order all required pretrial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **March 1, 2022**, one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

      In accordance with Paragraph V.F of the Court's Individual Practices, by **March 8, 2022**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pretrial memorandum.

The Court shall schedule the pretrial conference date upon setting a date certain for trial.

SO ORDERED.

Dated: March 19, 2021
    New York, New York

_____
ANALISA TORRES
United States District Judge