**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
               Plaintiff, :
: Case No. 17 Civ. 7994 (AT) (DCF)
     v. :
:
RIO TINTO PLC, RIO TINTO LIMITED, :
THOMAS ALBANESE and GUY ROBERT :
ELLIOTT, :
:
             Defendants. :
:
------------------------------------------------------------x

**NOTICE OF DEFENDANTS' CONSOLIDATED *DAUBERT* MOTIONS**
**TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Consolidated *Daubert* Motions to Exclude Expert Opinions and Testimony, the Declaration of Richard W. Grime dated April 12, 2021 and its exhibits, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Defendants Rio Tinto PLC, Rio Tinto Limited, Thomas Albanese, and Guy Robert Elliott, by and through their counsel, will move this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a time and date to be determined by this Court, for an Order excluding certain opinions and testimony by Plaintiff's experts pursuant to the Federal Rules of Evidence and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), line of cases.

      PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Order signed and dated on March 19, 2021 (ECF No. 216), answering papers, if any, are to be served on or before May 12, 2021, and reply papers, if any, are to be served on or before May 26, 2021.

Dated: New York, New York
April 12, 2021

Respectfully submitted,

   /s/ Peter J. Romatowski (on consent)
Peter J. Romatowski
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-7625
pjromatowski@jonesday.com
kalejnieks@jonesday.com

Jacqueline Vallette (pro hac vice)
JONES DAY
717 Texas, Suite 300
Houston, TX 77002
Tel: (832) 239-3939
jvallette@jonesday.com

Henry Klehm III
James P. Loonam
Donald L. R. Goodson
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3419
hklehm@jonesday.com
jloonam@jonesday.com
dgoodson@jonesday.com

By:   /s/ Mark A. Kirsch
   Mark A. Kirsch
   Lawrence J. Zweifach
   Jennifer L. Conn
   Avi Weitzman
   GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
   New York, New York 10166-0193
   Tel: (212) 351-4000
   mkirsch@gibsondunn.com
   lzweifach@gibsondunn.com
   jconn@gibsondunn.com
   aweitzman@gibsondunn.com

   Richard W. Grime (pro hac vice)
   Alexander W. Mooney (pro hac vice)
   Kellam M. Conover (pro hac vice)
   GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, NW
   Washington, D.C. 20036
   Tel: (202) 955-8500
   rgrime@gibsondunn.com
   amooney@gibsondunn.com
   kconover@gibsondunn.com

*Attorneys for Defendants Rio Tinto PLC and Rio Tinto Limited*

   /s/ N. Scott Fletcher (on consent)
N. Scott Fletcher
SCOTT FLETCHER LAW, PLLC
808 Travis St. Suite 1420
Houston, TX 77002-5701
Tel:  (713) 255-0422
sfletcher@nsflaw.com

*Attorneys for Defendant Thomas Albanese*

   /s/ Walter G. Ricciardi (on consent)
Theodore V. Wells, Jr.
Walter G. Ricciardi
Geoffrey R. Chepiga
Livia Fine
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
twells@paulweiss.com
wricciardi@paulweiss.com
gchepiga@paulweiss.com
lfine@paulweiss.com

*Attorneys for Defendant Guy Robert Elliott*