# EXHIBIT 15

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF NEW YORK
3
4    SECURITIES AND EXCHANGE     )
     COMMISSION,                 )
5                                )
              Plaintiff,         )
6                                )
         v.                      )
7                                ) Case No.
     RIO TINTO PLC, RIO TINTO    ) 17-cv-07994-AT-DCF
8    LIMITED, THOMAS ALBANESE,   )
     and GUY ROBERT ELLIOTT,     )
9                                )
              Defendants.        )
10   _____)
11
12
13                   CONFIDENTIAL
14       VIDEO DEPOSITION OF GLENN HUBBARD, PH.D.
15               VIA VIDEOCONFERENCE
16              Friday, June 26, 2020
17
18
19
20
21
22
23
     Reported by:
24   Lori J. Goodin, RPR, CLR, CRR,
     RSA, California CSR #13959
25   Job No. 200626LJG

                                              1

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
             Plaintiff,            )
 6                                 )
         v.                        )
 7                                 ) Case No.
     RIO TINTO PLC, RIO TINTO      ) 17-cv-07994-AT-DCF
 8   LIMITED, THOMAS ALBANESE,     )
     and GUY ROBERT ELLIOTT,       )
 9                                 )
             Defendants.           )
10   _____    )
11
12
13
14            Deposition of GLENN HUBBARD, PH.D.,
15        taken on behalf of Plaintiff, at
16        Washington, D.C., beginning at 9:29 a.m.
17        and ending at 5:20 p.m. on Friday,
18        June 26, 2020, before LORI J. GOODIN,
19        RPR, CLR, CRR, RSA, California CSR #13959.
20
21
22
23
24
25
```

2

CONFIDENTIAL

```
 1              A P P E A R A N C E S:
 2
 3   On behalf of Plaintiff:
 4       U.S. SECURITIES AND EXCHANGE COMMISSION
 5            100 F Street NE
              Washington, D.C.  20549-5977
 6
              Telephone:  (202)551-4469
 7            Facsimile:  (202)772-9245
 8       BY:  MR. GREGORY N. MILLER, Esq.
              MR. ANDREW SKOLNIK, Esq.
 9            MS. EMILY PARISE, Esq.
              MR. THOMAS BEDNAR, Esq.
10            MR. FERNANDO CAMPOAMOR-SANCHEZ, Esq.
              MR. EUGENE CANJELS, Esq.
11            MS. AMELIA BRESETTE, Esq.
              millergn@sec.gov
12            skolnika@sec.gov
              parisee@sec.gov
13            bednart@sec.gov
              campoamorsanchezf@sec.gov
14            eugenecanjels@sec.gov
              bresettea@sec.gov
15
16   On Behalf of Rio Tinto Defendants:
17       GIBSON, DUNN & CRUTCHER LLP
18            200 Park Avenue
              New York, New York  10166-0193
19
              Telephone:  (212)351-4000
20            Facsimile:  (212)212-5353
21       BY:  MR. AVI WEITZMAN, Esq.
              MR. DAVID M. KUSNETZ, Esq.
22            MR. MARK A. KIRSCH, Esq.
              aweitzman@gibsondunn.com
23            dkusnetz@gibsondunn.com
              mkirsch@gibsondunn.com
24
25
```

3

CONFIDENTIAL

```
 1              A P P E A R A N C E S:
 2
 3   On behalf of Thomas Albanese, defendant:
 4      JONES DAY
 5           717 Texas Street, Suite 3300
             Houston, Texas  77002
 6
             Telephone:  (832)239-3939
 7
        BY:  JACQUELINE VALLETTE, Esq.
 8      BY:  DIANE L. MYERS, Esq.
             jvallette@jonesday.com
 9           dmyers@jonesday.com
10   -AND-
11      JONES DAY
12           250 Vesey Street
             New York, New York  10281
13
             Telephone:  (212)326-3706
14
        BY:  HENRY KLEHM, III, Esq.
15           hklehm@jonesday.com
16
17   On behalf of Guy Robert Elliott, defendant:
18      PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
19           1285 Avenue of the Americas
             New York, New York  10019-6064
20
             Telephone:  (212)373-3449
21           Facsimile:  (212)492-0449
22      BY:  MS. LIVIA FINE, Esq.
             MR. GEOFFREY R. CHEPIGA, Esq.
23           lfine@paulweiss.com
             gchepiga@paulweiss.com
24
25
```

4

**CONFIDENTIAL**

1              A P P E A R A N C E S:

2

3     ALSO PRESENT:

4              Guy Robert Elliot, Defendant

5              Thomas Albanese, Defendant

6              Kevin Gold Analysis Group

7              Nishi Sinha, Analysis Group

8

               Glen Fortner, Videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    5

**CONFIDENTIAL**

```
1                          INDEX

2

3    WITNESS:                              Page

4

5    GLENN HUBBARD, PH.D.

6    EXAMINATION BY MR. BEDNAR              11

7                      *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              6
```

CONFIDENTIAL

```
 1                    EXHIBITS INDEX
 2    No.              Description              Page
 3    Exhibit 1100  Dr. Hubbard's CV            275
 4    Exhibit 1101  Appendix B, Documents
 5                  Considered                   25
 6    Exhibit 1108  Appendix C.8, Summary of
 7                  Equity Analysts' Reactions  267
 8    Exhibit 1115  Exhibit 4 of Dr. Hubbard's
 9                  report                       80
10    Exhibit 1116  Exhibit 5 of Dr. Hubbard's
11                  report                       35
12    Exhibit 1118  Exhibit 7 of Dr. Hubbard's
13                  report                      212
14    Exhibit 1127  Hubbard and Palia paper, 1995  39
15    Exhibit 1133  Wall Street Journal article
16                  4/8/11                      114
17    Exhibit 1134  Market Watch article, 4/8/11  111
18    Exhibit 1135  Market Watch article, 4/8/11  115
19    Exhibit 1138  Hobart Mercury article, 4/8/11  117
20    Exhibit 1139  Hobart Mercury article, 4/8/11  118
21    Exhibit 1140  Metals Bulletin, 4/8/11     120
22    Exhibit 1144  Xinhua News Agency article,
23                  4/8/11                      110
24    Exhibit 1148  Dolmen Daily article, 4/8/11  198
25
```

7

CONFIDENTIAL

```
 1            EXHIBITS INDEX (CONTINUED)
 2    No.              Description              Page
 3    Exhibit 1162  HP Billiton 2011 Annual
 4                  Report                      181
 5    Exhibit 1165  Xstrata 2011 Annual Report  188
 6    Exhibit 1166  AngloAmerican 2011 Annual
 7                  Report                      175
      Exhibit 1209  Dow Jones International
 8
                    article, 4/8/11             110
 9
      Exhibit 1210  Edwards expert report, 2/21/10 208
10
      Exhibit 1215  Financial Review article,
11
                    4/8/11                      197
12
      Exhibit 1247  screenshot, Rio Tinto bond  241
13
      Exhibit 1248  screenshot, Rio Tinto bond  241
14
      Exhibit 1249  screenshot, total volume of
15
                    1/17/13, Rio Tinto
16
                    transaction                 243
17
      Exhibit 1250  screenshot, 1/17/13, trades
18
                    for Rio Tinto               241
19
      Exhibit 1257  PricewaterhouseCoopers,
20
                    Mine, The Growing Disconnect 146
21
      Exhibit 1258  screenshot of U.S. Energy
22
                    Information Administration   141
23
24
25
                                                   8
```

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

**CONFIDENTIAL**

```
1                EXHIBITS INDEX (CONTINUED)

2

3              PREVIOUSLY MARKED EXHIBITS

4    PRIOR MARKED EXHIBITS            FIRST REFERRAL

5    Exhibit  14                          130

6    Exhibit 212                          133

7    Exhibit 224                           14

8    Exhibit 225                          165

9    Exhibit 445                          195

10

                         *   *   *

11

12

13              ** EXHIBITS BOUND SEPARATELY **

14

15

16

17

18

19

20

21

22

23

24

25
```

9

CONFIDENTIAL

|  | | |
|---|---|---|
| | 1 | Washington, D.C., Friday, June 26, 2020 |
| | 2 | 9:29 a.m. - 5:20 p.m. |
| | 3 | *   *   * |
| | 4 | |
| 09:28:28 | 5 | THE VIDEOGRAPHER:  Here begins Tape |
| 09:28:30 | 6 | Number 1 in the videotaped deposition of |
| 09:28:35 | 7 | Dr. Glenn Hubbard, in the matter of |
| 09:28:38 | 8 | Securities and Exchange Commission, v Rio |
| 09:28:42 | 9 | Tinto, PLC, et al. in the United States |
| 09:28:48 | 10 | District Court for the Southern District of |
| 09:28:50 | 11 | New York, Case Number 17-cv-07994-18-DCF. |
| 09:29:05 | 12 | Today's date is June 26, 2020.  The |
| 09:29:11 | 13 | time on the video monitor is 9:29 eastern |
| 09:29:15 | 14 | time. |
| 09:29:16 | 15 | The videographer today is Glen |
| 09:29:23 | 16 | Fortner representing Gradillas Court |
| 09:29:26 | 17 | Reporting.  This deposition is being |
| 09:29:28 | 18 | conducted by WebEx, and being recorded in |
| 09:29:32 | 19 | Tyson's Corner, Virginia. |
| 09:29:33 | 20 | Counsel will be noted on the |
| 09:29:35 | 21 | stenographic record. |
| 09:29:40 | 22 | The court reporter today is Lori |
| 09:29:43 | 23 | Goodin representing Gradillas Court Reporting. |
| | 24 | Will the reporter please swear in |
| | 25 | the witness. |

10

CONFIDENTIAL

```
 1                      *   *   *
 2  Whereupon,
 3               GLENN HUBBARD, PH.D.,
 4  a witness called for examination, having been
 5  first duly sworn, was examined and testified as
 6  follows:
 7                      *   *   *
```

09:30:05  8         MR. BEDNAR:  And, Mr. Kirsch, did

09:30:06  9      you want to put something on the record?

09:30:08 10         MR. KIRSCH:  Thanks so much, Tom.

09:30:11 11      Yes, just to note that the reason Dr. Hubbard

09:30:14 12      appears to be taking the video from home, as

09:30:17 13      we all are, is because we are, in fact, at

09:30:21 14      home due to the pandemic.  Thank you.

09:30:21 15           *   *   *

09:30:24 16          EXAMINATION

09:30:24 17  BY MR. BEDNAR:

09:30:24 18     Q.   Dr. Hubbard, good morning.  My name

09:30:26 19  is Tom Bednar.  I am an attorney for the

09:30:28 20  Securities and Exchange Commission.

09:30:29 21     I wanted to go over a few sort of

09:30:32 22  basic ground rules related to the fact that we

09:30:34 23  are all doing this from our respective homes.

09:30:36 24     Were you provided with a copy of

09:30:38 25  certain stipulations that the parties entered

11

CONFIDENTIAL

| | | |
|---|---|---|
| 09:30:41 | 1 | into with respect to these depositions? |
| 09:30:42 | 2 | A.    Yes, sir. |
| 09:30:44 | 3 | Q.    Okay.  And, did you have a chance to |
| 09:30:46 | 4 | go over those with some of the counsel that are |
| 09:30:49 | 5 | present on the line today? |
| 09:30:50 | 6 | A.    I don't recall that.  I went over |
| 09:30:54 | 7 | them with counsel.  But, I am familiar with them, |
| 09:30:56 | 8 | yes. |
| 09:30:57 | 9 | Q.    Sure.  And do you understand the |
| 09:30:59 | 10 | stipulations that apply to the deposition? |
| 09:31:01 | 11 | A.    I do. |
| 09:31:02 | 12 | Q.    Okay.  And, did you receive hard |
| 09:31:08 | 13 | copies of exhibits that the SEC indicated that it |
| 09:31:13 | 14 | may use today? |
| 09:31:15 | 15 | A.    Yes, I have three binders, almost as |
| 09:31:18 | 16 | tall as I am right by me, which contain all of |
| 09:31:22 | 17 | the exhibits by number.  So, it should be easy |
| 09:31:24 | 18 | for me to refer to them as you are. |
| 09:31:26 | 19 | Q.    Okay.  Don't let those fall over |
| 09:31:29 | 20 | because they may crush you. |
| 09:31:31 | 21 |      I will also be able to display |
| 09:31:34 | 22 | exhibits on the screen which I will do so that |
| 09:31:36 | 23 | the parties all can see what page we are on. |
| 09:31:39 | 24 | Whatever is easiest for you, you can feel free |
| 09:31:42 | 25 | to do. |

12

CONFIDENTIAL

09:31:42   1             Do you have any other materials with

09:31:44   2   you today?

09:31:45   3       A.     No, just these massive binders.

09:31:48   4       Q.     Okay. If at any point during the

09:31:55   5   questioning you need a break, please feel free to

09:31:58   6   let me know.

09:31:58   7             One thing that we have learned in

09:32:03   8   these remote video depositions is that it seems

09:32:08   9   to be a little easier than usual for people to

09:32:11 10   inadvertently talk over each other, particularly

09:32:14 11   if there is a video lag.

09:32:16 12             So, I just ask that you try to let

09:32:18 13   me finish my questions. I will certainly try to

09:32:20 14   let you finish your answers before I proceed.

09:32:22 15   That also allows time for any of the counsel for

09:32:25 16   the parties to interpose objections.

09:32:29 17             We can agree at the outset, counsel,

09:32:31 18   that if counsel for one party objects, that

09:32:36 19   preserves the objections for all parties. You

09:32:39 20   don't need to all object.

09:32:40 21             Mr. Kirsch, do you know, will you be

09:32:46 22   sort of the primary objecter, or could it be

09:32:49 23   anyone?

09:32:50 24             MR. KIRSCH: It could be anyone.

09:32:50 25             MR. BEDNAR: Okay.

13

CONFIDENTIAL

| | | |
|---|---|---|
| 09:32:55 | 1 | MR. KIRSCH:  But, certainly we agree |
| 09:32:56 | 2 | an objection for one is an objection for all. |
| 09:32:59 | 3 | MR. BEDNAR:  Of course.  And the |
| 09:32:59 | 4 | only reason I ask that is, counsel, I would |
| 09:33:01 | 5 | ask that if you do object, please just state |
| 09:33:04 | 6 | your last name with your objection. |
| 09:33:05 | 7 | That makes it easier for the |
| 09:33:07 | 8 | reporter, who may not have your video in |
| 09:33:10 | 9 | front of her.  And it also means that I don't |
| 09:33:13 | 10 | have to have an extended call.  It usually |
| 09:33:16 | 11 | means that everyone forgets the question and |
| 09:33:19 | 12 | I have to ask it again and object to it |
| 09:33:21 | 13 | again. |
| 09:33:21 | 14 | BY MR. BEDNAR: |
| 09:33:21 | 15 | Q.   And with that, I think we can go |
| 09:33:23 | 16 | ahead, Doctor. |
| 09:33:33 | 17 | Dr. Hubbard, I wanted to just start |
| 09:33:35 | 18 | with something very basic and put an exhibit up |
| 09:33:35 | 19 | on the screen to identify that we will be |
| 09:33:43 | 20 | referring to frequently throughout the course of |
| 09:33:43 | 21 | today. |
| 09:33:43 | 22 | (Whereupon, previously marked |
| 09:33:43 | 23 | Exhibit 224, first referral.) |
| 09:33:43 | 24 | BY MR. BEDNAR: |
| 09:33:44 | 25 | Q.   This has been marked previously as |

14

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

| | | |
|---|---|---|
| 09:33:45 | 1 | Defendant's Exhibit 224. |
| 09:33:51 | 2 | And do you recognize that exhibit? |
| 09:33:53 | 3 | A.    Yes, I do.  It is the expert report |
| 09:33:56 | 4 | that I filed.  I pulled that one out of the |
| 09:33:58 | 5 | binder, figuring you might have a few questions. |
| 09:34:09 | 6 | Q.    And I'm going to skip to the 98th |
| 09:34:14 | 7 | page of the PDF, which is the 94th page of your |
| 09:34:18 | 8 | report.  Is that your signature? |
| 09:34:18 | 9 | A.    Yes, it is. |
| 09:34:19 | 10 | Q.    And then scrolling up to the page |
| 09:34:19 | 11 | above.  It is a 93-page report; is that correct? |
| 09:34:21 | 12 | A.    Yes, before getting to some |
| 09:34:24 | 13 | supplementary material text, yes. |
| 09:34:26 | 14 | Q.    Sure.  And you can see at the top of |
| 09:34:28 | 15 | the screen, the PDF is 287 pages, which does |
| 09:34:32 | 16 | include the appendices and the exhibits that are |
| 09:34:34 | 17 | in the back. |
| 09:34:35 | 18 | Doctor, in preparing this report, |
| 09:34:44 | 19 | did you include in the report all opinions that |
| 09:34:46 | 20 | you reached in your work? |
| 09:34:50 | 21 | A.    Certainly if the question is at the |
| 09:34:52 | 22 | time that I wrote the report, the answer is yes. |
| 09:34:55 | 23 | Q.    Have you come to any other opinions |
| 09:34:57 | 24 | since you submitted the report in February? |
| 09:34:59 | 25 | A.    I have. |

15

CONFIDENTIAL

| | | |
|---|---|---|
| 09:35:00 | 1 | Q. On what subjects have you come to |
| 09:35:02 | 2 | new opinions? |
| 09:35:05 | 3 | A. I came to some additional opinions |
| 09:35:08 | 4 | actually following the deposition discussion with |
| 09:35:12 | 5 | Dr. Metz on topics that came up there, obviously |
| 09:35:16 | 6 | subsequent to my report or even his rebuttal |
| 09:35:19 | 7 | report. |
| 09:35:21 | 8 | Q. And what topics did you come to have |
| 09:35:24 | 9 | opinions on? |
| 09:35:24 | 10 | A. Opinions on sensitivity to different |
| 09:35:27 | 11 | formulation of various indices that Dr. Metz and |
| 09:35:36 | 12 | I have disagreed on. |
| 09:35:43 | 13 | Q. And what indices are you thinking |
| 09:35:46 | 14 | of? |
| 09:35:46 | 15 | A. I'm thinking of in particular about |
| 09:35:51 | 16 | the choice of an industry index. As you know, |
| 09:35:51 | 17 | Dr. Metz and I have a number of disagreements |
| 09:35:54 | 18 | there. |
| 09:35:54 | 19 | But, in particular, he had raised |
| 09:35:56 | 20 | some concerns about the HSBC Mining Index, which |
| 09:35:59 | 21 | I use in my report. |
| 09:36:00 | 22 | I don't think those concerns are |
| 09:36:03 | 23 | important. But, I did sensitivity analysis, some |
| 09:36:06 | 24 | of which he could have easily done himself, |
| 09:36:10 | 25 | others are more difficult, to bolster my results, |

16

CONFIDENTIAL

| | | |
|---|---|---|
| 09:36:15 | 1 | and no conclusion changed. |
| 09:36:17 | 2 |     Q.    Did you come to any additional |
| 09:36:22 | 3 | opinions with respect to other industry indices |
| 09:36:26 | 4 | that were referred to in any of the other expert |
| 09:36:28 | 5 | reports? |
| 09:36:28 | 6 |     A.    Depending on what you mean by that |
| 09:36:30 | 7 | question, yes.  So, to the question about the |
| 09:36:36 | 8 | HSBC index, I went to IHS Market, which now |
| 09:36:40 | 9 | maintains the successor to that index, and was |
| 09:36:44 | 10 | able to obtain the individual -- |
| 09:36:46 | 11 |     Q.    And, Doctor, I'm sorry.  Maybe I |
| 09:36:48 | 12 | should clarify. |
| 09:36:48 | 13 |     I'm sorry to cut you off.  I should |
| 09:36:50 | 14 | clarify my question.  I'm referring to did you |
| 09:36:52 | 15 | come to any opinions with respect to other |
| 09:36:56 | 16 | industry indices besides the HSBC index? |
| 09:36:59 | 17 |     THE WITNESS:  Well, yes and no.  It |
| 09:37:00 | 18 |    is in that context. |
| 09:37:02 | 19 |    I did also come to opinions on the |
| 09:37:06 | 20 |    H8 measure and other HN measures, if you |
| 09:37:09 | 21 |    will, numbers of companies. |
| 09:37:10 | 22 |    But, it is all derivative of his |
| 09:37:13 | 23 |    concerns about HSBC.  That is why I was |
| 09:37:15 | 24 |    starting to answer the way I did.  But, I |
| 09:37:17 | 25 |    apologize. |

17

CONFIDENTIAL

| | | |
|---|---|---|
| 09:37:21 | 1 | BY MR. BEDNAR: |
| 09:37:21 | 2 | Q. And so specifically what did you do |
| 09:37:22 | 3 | with respect to the H8 group of eight comparator |
| 09:37:27 | 4 | firms? |
| 09:37:27 | 5 | A. Well, for the H8, he had raised a |
| 09:37:30 | 6 | concern about being in the data every year, as |
| 09:37:38 | 7 | opposed to just one year. He had constructed, of |
| 09:37:42 | 8 | course, a meta index, called H16. |
| 09:37:45 | 9 | It was anybody who had been in at |
| 09:37:45 | 10 | least one year. He seemed to criticize me on not |
| 09:37:48 | 11 | having every year. |
| 09:37:48 | 12 | So, I went through seven of the |
| 09:37:50 | 13 | eight were there every year. Newmont isn't, so I |
| 09:37:54 | 14 | took it out. And I get essentially the same, the |
| 09:37:57 | 15 | same result. |
| 09:38:01 | 16 | Q. And Newmont is a gold company? |
| 09:38:04 | 17 | A. Yes, it is a general mining company, |
| 09:38:06 | 18 | but yes, gold. |
| 09:38:08 | 19 | Q. Did you run any sensitivities where |
| 09:38:15 | 20 | you added one or more companies to that eight- |
| 09:38:18 | 21 | company list? |
| 09:38:19 | 22 | A. I didn't -- Dr. Metz, I think, in |
| 09:38:23 | 23 | his deposition had mentioned adding Teck and |
| 09:38:26 | 24 | Peabody, if I am remembering. |
| 09:38:28 | 25 | I did add those. And, he would be |

18

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

| | | |
|---|---|---|
| 09:38:33 | 1 | correct I think with regard to Tech, that if you |
| 09:38:35 | 2 | added it, you could get a statistically |
| 09:38:39 | 3 | significant return. |
| 09:38:40 | 4 | But, as you know, I don't think that |
| 09:38:41 | 5 | is appropriate, nor frankly do I think the whole |
| 09:38:45 | 6 | exercise was beneficial. |
| 09:38:51 | 7 | Q.   Why not? |
| 09:38:52 | 8 | A.   Well, there is no economic question |
| 09:38:55 | 9 | facing the court that this part of his report |
| 09:38:56 | 10 | addresses. |
| 09:38:56 | 11 | The question of whether the |
| 09:38:59 | 12 | acquisition was accreted has absolutely nothing |
| 09:39:02 | 13 | to do, nothing from an economic perspective, with |
| 09:39:05 | 14 | the question of the reaction to an impairment. |
| 09:39:08 | 15 | The acquisition could have been |
| 09:39:10 | 16 | accreted.  It could have been exactly the right |
| 09:39:12 | 17 | price, or it could have been value destroying. |
| 09:39:16 | 18 | But, in any of those cases, the |
| 09:39:19 | 19 | impairment discussion could have been analyzed. |
| 09:39:21 | 20 | So, that part of the report simply |
| 09:39:23 | 21 | has nothing to do with an economic question I |
| 09:39:26 | 22 | understand. |
| 09:39:27 | 23 | Q.   You don't think the question of |
| 09:39:40 | 24 | whether the market responded positively to the |
| 09:39:42 | 25 | Riversdale acquisition is relevant to the |

19

CONFIDENTIAL

| | | |
|---|---|---|
| 09:39:42 | 1 | question of the eventual write-down of that |
| 09:39:44 | 2 | acquisition? |
| 09:39:44 | 3 | A.    It most certainly is not.  And so, |
| 09:39:47 | 4 | for example, we know from most studies that |
| 09:39:52 | 5 | acquisitions generally aren't accreted.  It |
| 09:39:54 | 6 | wouldn't matter. |
| 09:39:55 | 7 | Let's suppose the firm paid exactly |
| 09:39:57 | 8 | the right price.  And so if you paid exactly the |
| 09:39:59 | 9 | market's definition of fair market value, you |
| 09:40:02 | 10 | wouldn't expect a stock price increase. |
| 09:40:04 | 11 | Yet, arguably, you could still |
| 09:40:07 | 12 | analyze an impairment.  Frankly, you could |
| 09:40:09 | 13 | analyze an impairment if you had overpaid the |
| 09:40:13 | 14 | firm. |
| 09:40:13 | 15 | So, if the question before the court |
| 09:40:15 | 16 | is about an impairment, which I think is an |
| 09:40:18 | 17 | economy statement, then this earlier discussion |
| 09:40:20 | 18 | simply has nothing to do with that from an |
| 09:40:22 | 19 | economic perspective. |
| 09:40:24 | 20 | If it is there, I assume there is |
| 09:40:25 | 21 | some legal argument, with zero economic relevance. |
| 09:40:28 | 22 | Q.    When did you reach the opinion that |
| 09:40:32 | 23 | the issue of whether the acquisition was accreted |
| 09:40:36 | 24 | had no economic relevance? |
| 09:40:39 | 25 | A.    I think the moment -- it is |

20

CONFIDENTIAL

| | | |
|---|---|---|
| 09:40:53 | 1 | absolutely silly. |
| 09:40:54 | 2 | Q.    And do you state that opinion in |
| 09:40:56 | 3 | your report in this case? |
| 09:40:57 | 4 | A.    Well, in my report I simply go |
| 09:41:00 | 5 | through the problems with what Dr. Metz did, as a |
| 09:41:05 | 6 | rebuttal to him.  That is the assignment that I |
| 09:41:08 | 7 | had. |
| 09:41:08 | 8 | But, the whole exercise isn't worth |
| 09:41:11 | 9 | doing, from an economic perspective.  A court may |
| 09:41:14 | 10 | find it valuable for some other reason.  That is |
| 09:41:16 | 11 | fine.  But not from an economic perspective. |
| 09:41:19 | 12 | Q.    Is there a particular reason why you |
| 09:41:25 | 13 | didn't disclose your opinion that the exercise |
| 09:41:28 | 14 | that you were responding to in your rebuttal |
| 09:41:31 | 15 | report was not worth doing? |
| 09:41:33 | 16 | MR. KIRSCH:  Objection, lack of |
| 09:41:34 | 17 | foundation. |
| 09:41:38 | 18 | THE WITNESS:  No, I think it is |
| 09:41:40 | 19 | pretty clear from the tone of my report what |
| 09:41:42 | 20 | I think of Dr. Metz's exercises. |
| 09:41:44 | 21 | I guess I didn't see the need.  I |
| 09:41:46 | 22 | think it would -- the point I'm making is an |
| 09:41:49 | 23 | Econ 101 point.  It is not difficult. |
| 09:41:58 | 24 | BY MR. BEDNAR: |
| 09:41:58 | 25 | Q.    And is that based on your conclusion |

21

CONFIDENTIAL

| | | |
|---|---|---|
| 09:42:04 | 1 | that there was no statistically significant price |
| 09:42:07 | 2 | or action for impairment on January 17th, of |
| 09:42:11 | 3 | 2013? |
| 09:42:11 | 4 | A.    No, that is a different point.  That |
| 09:42:13 | 5 | is on Dr. Metz's playing field, what do I think |
| 09:42:16 | 6 | about what he did. |
| 09:42:17 | 7 | This is a larger point that the |
| 09:42:18 | 8 | exercise simply isn't worth doing because knowing |
| 09:42:21 | 9 | the answer to the question has no information for |
| 09:42:23 | 10 | the question, I think is the one before the |
| 09:42:26 | 11 | court, at least from an economic perspective. |
| 09:42:29 | 12 | Q.    Have you come to any other opinions |
| 09:42:39 | 13 | since you submitted your report in February? |
| 09:42:41 | 14 | A.    Yes, sir. |
| 09:42:43 | 15 | Q.    On what topics? |
| 09:42:45 | 16 | A.    Again, going back to the industry |
| 09:42:49 | 17 | index, I had started to talk about work with IHS |
| 09:42:54 | 18 | Markit data, and then we got on to these other |
| 09:42:57 | 19 | subjects. |
| 09:42:57 | 20 | IHS Markit maintains a successor to |
| 09:43:03 | 21 | the index.  I was able to get the individual |
| 09:43:05 | 22 | elements and back out Rio Tinto from the index, |
| 09:43:11 | 23 | or the dates for the event studies, which means I |
| 09:43:15 | 24 | don't have to worry about any endogeneity by |
| 09:43:20 | 25 | construction.  And I get potentially the same |

22

CONFIDENTIAL

| | | |
|---|---|---|
| 09:43:23 | 1 | answer. |
| 09:43:23 | 2 | I also noted in forming extra |
| 09:43:27 | 3 | opinions for myself that if Dr. Metz were really |
| 09:43:31 | 4 | concerned about endogeneity and thought it was a |
| 09:43:37 | 5 | big deal, he could have induced endogeneity.  In |
| 09:43:38 | 6 | other words, he could have added Rio Tinto to |
| 09:43:40 | 7 | other indices and see if it makes the difference. |
| 09:43:43 | 8 | I can spare him the trouble.  I did |
| 09:43:45 | 9 | that and it doesn't. |
| 09:43:50 | 10 | I have other opinions, too, if of |
| 09:43:54 | 11 | use. |
| 09:43:56 | 12 | Q.    What other opinions have you come |
| 09:43:58 | 13 | to? |
| 09:43:58 | 14 | A.    Another exercise I did just because |
| 09:44:01 | 15 | I knew Dr. Metz could have, if he wished, was to |
| 09:44:05 | 16 | look at the top ten elements of HSBC in order to |
| 09:44:15 | 17 | see -- with Rio Tinto, in order to see using the |
| 09:44:23 | 18 | ADR data, whether I get a different answer. |
| 09:44:25 | 19 | Because that is by definition not |
| 09:44:27 | 20 | subject to his endogeneity critique.  There is no |
| 09:44:30 | 21 | Rio Tinto.  And it is by definition not subject |
| 09:44:32 | 22 | to the timing issue. |
| 09:44:33 | 23 | So, I'm using the ADRs, and I get |
| 09:44:36 | 24 | essentially the same answer that I got before. |
| 09:44:38 | 25 | That I could do from a fact sheet. |

23

CONFIDENTIAL

| | | |
|---|---|---|
| 09:44:40 | 1 | Subsequently, since I got the market |
| 09:44:42 | 2 | data, I did top 15.  That also gives the same |
| 09:44:45 | 3 | answer that I presented in the report. |
| 09:44:46 | 4 | So, there were ways Dr. Metz could |
| 09:44:49 | 5 | have used data, both that he had available to him |
| 09:44:52 | 6 | or data that he could have obtained, as I did, if |
| 09:44:55 | 7 | he wanted to check those. |
| 09:45:18 | 8 | Q.    Dr. Hubbard, did you in your work on |
| 09:45:22 | 9 | this case, have you conducted evaluation of |
| 09:45:26 | 10 | Riversdale as of April of 2011? |
| 09:45:29 | 11 | MR. KIRSCH:  Sorry, Tom.  I couldn't |
| 09:45:30 | 12 | hear you. |
| 09:45:31 | 13 | BY MR. BEDNAR: |
| 09:45:32 | 14 | Q.    Dr. Hubbard, as part of your work on |
| 09:45:34 | 15 | this case, have you conducted a valuation of |
| 09:45:37 | 16 | Riversdale as of April of 2011? |
| 09:45:39 | 17 | MR. KIRSCH:  Thank you. |
| 09:45:40 | 18 | THE WITNESS:  If I'm understanding |
| 09:45:43 | 19 | your question, no I did not.  I was not asked |
| 09:45:46 | 20 | to do that. |
| 09:45:47 | 21 | BY MR. BEDNAR: |
| 09:45:52 | 22 | Q.    If asked to do that, could you have |
| 09:45:54 | 23 | done so? |
| 09:45:55 | 24 | A.    If I had the requisite information, |
| 09:45:59 | 25 | I could do so. |

24

CONFIDENTIAL

| | | |
|---|---|---|
| 09:45:59 | 1 | Of course, it would be the valuation |
| 09:46:01 | 2 | as I see it.  Would be one person's view, but I |
| 09:46:06 | 3 | could certainly do it. |
| 09:46:10 | 4 | Q.    What information would you need to |
| 09:46:12 | 5 | conduct evaluation? |
| 09:46:13 | 6 | A.    If one wanted to value something, |
| 09:46:16 | 7 | depending on the method you use, you could use a |
| 09:46:19 | 8 | discounted cash flow analysis, which in this case |
| 09:46:22 | 9 | would require assumptions very long in the future |
| 09:46:26 | 10 | about commodity prices, about GDP, about costs, |
| 09:46:31 | 11 | and so on. |
| 09:46:32 | 12 | Lots of elements go into a forecast |
| 09:46:35 | 13 | for valuation.  Again not something I was asked |
| 09:46:38 | 14 | to do. |
| 09:46:38 | 15 | (Exhibit Number 1101 |
| 09:46:38 | 16 | marked for identification.) |
| 09:46:54 | 17 | BY MR. BEDNAR: |
| 09:46:54 | 18 | Q.    Doctor, if I can take you to |
| 09:47:13 | 19 | Exhibit 1101.  This is Appendix -- |
| 09:47:14 | 20 | A.    1101? |
| 09:47:15 | 21 | Q.    Sure.  And I also can put it on the |
| 09:47:18 | 22 | screen.  This is Appendix B to your report. |
| 09:47:21 | 23 | A.    Oh, that I have.  I have Appendix B. |
| 09:47:25 | 24 | Okay. |
| 09:47:25 | 25 | Q.    Doctor, does Appendix B list all of |

25

CONFIDENTIAL

| | | |
|---|---|---|
| 09:47:41 | 1 | the materials that you considered in developing |
| 09:47:43 | 2 | your February 2020 report? |
| 09:47:45 | 3 | A.    It should, beyond just general |
| 09:47:48 | 4 | knowledge, yes. |
| 09:47:51 | 5 | Q.    What do you mean by general |
| 09:47:53 | 6 | knowledge? |
| 09:47:54 | 7 | A.    In other words, I'm here as an |
| 09:47:56 | 8 | expert witness.  So, these are things to look at. |
| 09:47:58 | 9 | But I also bring my own lens as an economist. |
| 09:48:01 | 10 | Q.    Okay.  It is a 23-page document.  It |
| 09:48:12 | 11 | has up to 1,500 items on it. |
| 09:48:14 | 12 | Did you review all of the items on |
| 09:48:16 | 13 | this list? |
| 09:48:18 | 14 | A.    I certainly worked with staff |
| 09:48:20 | 15 | working under my direction to develop the record. |
| 09:48:24 | 16 | I can't claim to have read every word in every |
| 09:48:26 | 17 | item, no. |
| 09:48:28 | 18 | But, the instructions on how to do |
| 09:48:31 | 19 | so both came from me, and our document and |
| 09:48:37 | 20 | report. |
| 09:48:44 | 21 | Q.    And this was staff working for you |
| 09:48:47 | 22 | at Analysis Group; is that correct? |
| 09:48:49 | 23 | A.    Yes, sir. |
| 09:48:50 | 24 | Q.    How many people work on your team at |
| 09:48:52 | 25 | Analysis Group? |

26

CONFIDENTIAL

| | | |
|---|---|---|
| 09:48:53 | 1 | A.    You know, I really don't know how |
| 09:48:56 | 2 | many people altogether. |
| 09:48:59 | 3 | Q.    Is it more than ten?  Less than ten? |
| 09:49:09 | 4 | A.    My answer is I don't know.  I think |
| 09:49:11 | 5 | a corollary to that I wouldn't know.  But, I |
| 09:49:16 | 6 | think it would be more than ten, but I really |
| 09:49:19 | 7 | don't know. |
| 09:49:19 | 8 | Q.    Who would know? |
| 09:49:20 | 9 | A.    Analysis Group certainly would know. |
| 09:49:26 | 10 | Q.    Did you have a project manager or a |
| 09:49:28 | 11 | case manager that would know? |
| 09:49:30 | 12 | A.    I do. |
| 09:49:31 | 13 | Q.    Who was that? |
| 09:49:33 | 14 | A.    Mr. Gold, like the metal.  First |
| 09:49:43 | 15 | name, Kevin. |
| 09:49:48 | 16 | Q.    Do you know about how many hours you |
| 09:49:50 | 17 | spent developing your report? |
| 09:49:54 | 18 | A.    Going from memory, I think |
| 09:49:56 | 19 | through -- you mean through the preparation of |
| 09:49:58 | 20 | the report? |
| 09:49:59 | 21 | Q.    Yes. |
| 09:50:00 | 22 | A.    I would guess around 100, but I |
| 09:50:03 | 23 | don't really recall the exact number. |
| 09:50:06 | 24 | Q.    And then about how many hours did |
| 09:50:16 | 25 | you spend preparing for the deposition? |

27

CONFIDENTIAL

| | | |
|---|---|---|
| 09:50:18 | 1 | A.    Well, if you mean by that, since the |
| 09:50:21 | 2 | report, i.e. reading Dr. Metz's work and |
| 09:50:26 | 3 | deposition, plus literal preparation, I would say |
| 09:50:28 | 4 | another, going from memory, 70 or 80, maybe. |
| 09:50:39 | 5 | Q.    I'm going to take you to the last |
| 09:50:42 | 6 | page of Appendix B.  In the middle of the page, |
| 09:50:53 | 7 | there is an entry 1634, under the header Data. |
| 09:50:58 | 8 | It says Bloomberg. |
| 09:50:59 | 9 | A.    Yes. |
| 09:50:59 | 10 | Q.    What kind of Bloomberg data is |
| 09:51:03 | 11 | referred to in that entry? |
| 09:51:05 | 12 | A.    I don't remember whether that was |
| 09:51:08 | 13 | used for news information or data. |
| 09:51:12 | 14 | I know we got most of the data from |
| 09:51:21 | 15 | Cap IQ.  So, I'd have to go back and check.  It |
| 09:51:22 | 16 | is probably in the individual indices, but I |
| 09:51:25 | 17 | don't recall. |
| 09:51:28 | 18 | Q.    And I'm sorry.  Where did you get |
| 09:51:46 | 19 | most of your price information for security |
| 09:51:54 | 20 | prices from? |
| 09:51:54 | 21 | A.    They would be actually in the |
| 09:51:56 | 22 | exhibits, but my memory is Capital IQ and |
| 09:51:59 | 23 | possibly Bloomberg.  We certainly used Factiva |
| 09:52:03 | 24 | more for the raw data.  We used Thompson ONE for |
| 09:52:07 | 25 | some of the information, too. |

28

CONFIDENTIAL

| | | |
|---|---|---|
| 09:52:09 | 1 | So, a variety of sources. |
| 09:52:13 | 2 | Q.   The Bloomberg data that is cited |
| 09:52:17 | 3 | here, was that produced with your report? |
| 09:52:19 | 4 | A.   I don't know.  I would assume so. |
| 09:52:45 | 5 | Q.   Doctor, I want to ask you some |
| 09:52:47 | 6 | questions about just some basic principles of |
| 09:52:50 | 7 | conducting event studies. |
| 09:53:10 | 8 | Can an event study be used to tell |
| 09:53:14 | 9 | you anything on a day on which there are notes? |
| 09:53:17 | 10 | A.   I'm not sure what you mean by that. |
| 09:53:19 | 11 | You could use an event study.  It wouldn't be |
| 09:53:22 | 12 | very meaningful, because normally an event study |
| 09:53:26 | 13 | is used on days where you are testing. |
| 09:53:33 | 14 | You can run a regression, if that is |
| 09:53:36 | 15 | your question.  It wouldn't be very meaningful. |
| 09:53:38 | 16 | Q.   It wouldn't tell you very much in |
| 09:53:40 | 17 | the absence of something then? |
| 09:53:41 | 18 | A.   If I'm understanding your question, |
| 09:53:44 | 19 | no. |
| 09:53:44 | 20 | Q.   Can you use an event study to |
| 09:53:49 | 21 | evaluate the effect of an omission, information |
| 09:53:56 | 22 | that is not disclosed? |
| 09:54:00 | 23 | MR. KIRSCH:  Are you talking about |
| 09:54:01 | 24 | the effect on a security price? |
| 09:54:03 | 25 | MR. BEDNAR:  Yes. |

29

CONFIDENTIAL

| | | |
|---|---|---|
| 09:54:03 | 1 | BY MR. BEDNAR: |
| 09:54:05 | 2 | Q.    Can you use an event study to |
| 09:54:08 | 3 | evaluate the effect on security price for |
| 09:54:11 | 4 | specific information that is not disclosed, that |
| 09:54:14 | 5 | is omitted. |
| 09:54:15 | 6 | A.    Well, it would depend on fact and |
| 09:54:17 | 7 | circumstances.  If it is subsequently disclosed, |
| 09:54:23 | 8 | you could, I suppose, look at a reaction if that |
| 09:54:26 | 9 | is your question. |
| 09:54:27 | 10 | I'm not sure what you are asking. |
| 09:54:28 | 11 | But, if that is your question, that is the answer. |
| 09:54:42 | 12 | Q.    Before conducting an event study, is |
| 09:54:46 | 13 | it important to determine whether the security |
| 09:54:48 | 14 | that you are analyzing trades in an efficient |
| 09:54:51 | 15 | market? |
| 09:54:53 | 16 | A.    In general, yes.  The whole |
| 09:54:56 | 17 | theoretical background for an event study is that |
| 09:55:00 | 18 | you are measuring the market's response to news. |
| 09:55:04 | 19 | For that to have economic meaning, |
| 09:55:06 | 20 | you would need something like the semi-strong |
| 09:55:10 | 21 | version of the efficient market hypothesis.  So, |
| 09:55:15 | 22 | yes, it is a joint test if that is your question. |
| 09:55:23 | 23 | Q.    And what factors are important in |
| 09:55:25 | 24 | determining whether the market for a particular |
| 09:55:29 | 25 | security is sufficient? |

30

CONFIDENTIAL

| | | |
|---|---|---|
| 09:55:30 | 1 | A.   Well, courts have looked at a |
| 09:55:33 | 2 | variety of factors.  Economists generally look at |
| 09:55:36 | 3 | similar ones, having to do with the liquidity of |
| 09:55:40 | 4 | the market, which is stock trades, whether they |
| 09:55:43 | 5 | are numbers of -- the numbers of analysts that |
| 09:55:46 | 6 | follow the stock, volumes.  You know, there are a |
| 09:55:50 | 7 | variety of metrics that people use. |
| 09:55:51 | 8 | I think both Dr. Metz and I conclude |
| 09:55:53 | 9 | the same thing that the market for the equity |
| 09:55:55 | 10 | here is sufficient. |
| 09:55:57 | 11 | I added a few factors, I think |
| 09:55:59 | 12 | beyond his, but they all point the same |
| 09:56:02 | 13 | direction. |
| 09:56:03 | 14 | Q.   Do you recall what factors you |
| 09:56:04 | 15 | added? |
| 09:56:05 | 16 | A.   I believe the short interest ratio. |
| 09:56:08 | 17 | I don't remember.  They are in the report.  If it |
| 09:56:11 | 18 | is important, we can go to that. |
| 09:56:17 | 19 | Q.   You said liquidity is a factor in |
| 09:56:20 | 20 | determining efficiency. |
| 09:56:21 | 21 | And in this context, what do you |
| 09:56:23 | 22 | mean by liquidity? |
| 09:56:25 | 23 | A.   Again, courts look at different |
| 09:56:30 | 24 | things, bid-ask spreads, things like that.  The |
| 09:56:32 | 25 | transactions cost.  There is some economic |

31

CONFIDENTIAL

09:56:36  1    concept, as a practical matter.  Things like

09:56:38  2    bid-ask spreads.

09:56:40  3              Dr. Metz looked at most of those

09:56:43  4    factors and concluded that the market was

09:56:47  5    sufficient, and I don't disagree.

09:56:48  6         Q.    So, can you explain in this context

09:56:50  7    what is meant by bid-ask spreads?

09:56:53  8         A.    In other words, transactions cost

09:56:57  9    and trading stock.  The higher transactions cost,

09:57:00  10   you might imagine a market isn't as efficient.

09:57:05  11             The smaller transactions cost, then

09:57:07  12   any new piece of information, that would profit

09:57:11  13   arbitrage trader to engage.

09:57:13  14             That is why economists focus on

09:57:15  15   transactions.

09:57:24  16        Q.    And within this context, what do you

09:57:27  17   mean by volume is a consideration of determining

09:57:30  18   efficiency?

09:57:31  19        A.    Courts often look at trading volume,

09:57:35  20   daily volume, weekly volume.  Most of this

09:57:38  21   discussion of factors comes up in court cases,

09:57:42  22   which is why I keep referring to that, often in

09:57:45  23   Delaware.  But, that is volume data are generally

09:57:49  24   looked at.  Dr. Metz did.

09:57:55  25        Q.    And the consideration that you just

32

CONFIDENTIAL

| | | |
|---|---|---|
| 09:58:02 | 1 | outlined, is it important to consider all of |
| 09:58:05 | 2 | those in determining market efficiency when |
| 09:58:07 | 3 | conducting an event study? |
| 09:58:10 | 4 | A.    Well, ultimately your conclusion is |
| 09:58:12 | 5 | holistic.  It is not like those factors have some |
| 09:58:15 | 6 | sort of rank ordering.  A researcher looks at |
| 09:58:18 | 7 | them and makes a judgment.  That is effectively |
| 09:58:21 | 8 | what Dr. Metz did. |
| 09:58:23 | 9 | And, to be honest, I don't disagree |
| 09:58:25 | 10 | with his conclusion that the market is efficient. |
| 09:58:30 | 11 | Q.    And I think what I'm asking is, is |
| 09:58:33 | 12 | it your view that it is important to make a |
| 09:58:35 | 13 | determination of market efficiency when |
| 09:58:40 | 14 | conducting an event study? |
| 09:58:41 | 15 | A.    You asked that earlier.  So, it is |
| 09:58:43 | 16 | the same answer, yes. |
| 09:58:45 | 17 | Q.    There were a few -- |
| 09:59:09 | 18 | In terms of the mechanics of |
| 09:59:10 | 19 | conducting the event studies, there are a few |
| 09:59:14 | 20 | mechanical differences between the approach that |
| 09:59:17 | 21 | Dr. Metz took and the approach that you took. |
| 09:59:19 | 22 | And I wanted to ask you about those. |
| 09:59:21 | 23 | Dr. Metz excluded certain |
| 09:59:25 | 24 | announcement dates for earnings and I think |
| 09:59:29 | 25 | operations reviews. |

33

CONFIDENTIAL

| | | |
|---|---|---|
| 09:59:30 | 1 | Do you recall that he did that in |
| 09:59:32 | 2 | his study? |
| 09:59:33 | 3 | A.    I do. |
| 09:59:34 | 4 | Q.    And you included those dates, |
| 09:59:39 | 5 | correct? |
| 09:59:40 | 6 | A.    I did, but as a sensitivity I also |
| 09:59:42 | 7 | did it Dr. Metz's way and I get the same answer, |
| 09:59:45 | 8 | the same answer I get. |
| 09:59:47 | 9 | Q.    Right.  So, that choice in technique |
| 09:59:50 | 10 | did not make a difference to the outcome of |
| 09:59:53 | 11 | either report; is that correct? |
| 09:59:54 | 12 | A.    That's correct. |
| 09:59:54 | 13 | Q.    The outcome of either event study? |
| 09:59:57 | 14 | A.    That is my finding, yes. |
| 09:59:59 | 15 | Q.    And you expressed your -- or excuse |
| 09:59:59 | 16 | me. |
| 10:00:01 | 17 | You measured returns in terms of |
| 10:00:04 | 18 | logarithms, and he measures returns in terms of |
| 10:00:08 | 19 | percent; is that right? |
| 10:00:09 | 20 | A.    I believe that is true. |
| 10:00:10 | 21 | Q.    And, is that again another |
| 10:00:13 | 22 | difference in technique that does not affect the |
| 10:00:15 | 23 | outcome of the particular event studies? |
| 10:00:18 | 24 | A.    I don't recall that that affected |
| 10:00:20 | 25 | the outcome of the event study. |

34

CONFIDENTIAL

| | | |
|---|---|---|
| 10:00:22 | 1 | There -- most of the factors are the |
| 10:00:26 | 2 | ones we talked about earlier. |
| 10:00:27 | 3 | I don't recall that as making a |
| 10:00:29 | 4 | difference. |
| 10:00:31 | 5 | Q.    And when conducting an event study, |
| 10:00:33 | 6 | I think that we have already sort of touched on |
| 10:00:36 | 7 | this, but do you agree that it is important to |
| 10:00:37 | 8 | use an industry index when conducting an event |
| 10:00:41 | 9 | study? |
| 10:00:43 | 10 | A.    Well, it certainly really depends on |
| 10:00:46 | 11 | the purpose.  Here it would be, certainly. |
| 10:00:50 | 12 | Q.    Why do you say here it would be |
| 10:00:52 | 13 | important to use an industry index? |
| 10:00:56 | 14 | A.    Well, because you are dealing with a |
| 10:00:58 | 15 | company in a particular sector who may have |
| 10:01:02 | 16 | correlated more with the sector than the overall |
| 10:01:06 | 17 | economy. |
| 10:01:07 | 18 | So, yes, it would be important to |
| 10:01:08 | 19 | use an industry index, provided you use an |
| 10:01:11 | 20 | industry index that has actual comparators. |
| 10:01:16 | 21 | Q.    Let me pull up another exhibit. |
| 10:01:33 | 22 | This is 1116. |
| 10:01:33 | 23 | (Exhibit Number 1116 |
| 10:01:33 | 24 | marked for identification.) |
| 10:02:10 | 25 | BY MR. BEDNAR: |

35

CONFIDENTIAL

10:02:10  1          Q.    And, Doctor, this is Exhibit 5 from
10:02:10  2   your report.
10:02:10  3                 Oh, okay.  It is up on the screen in
10:02:10  4   front of you.  It is a one-page, and I can
10:02:10  5   enlarge the screen a little bit.
10:02:10  6          A.    Okay.
10:02:10  7          Q.    Can you see that all right?
10:02:10  8          A.    Let me look at it on paper.  It is a
10:02:11  9   little hard.  You can start talking.  I will find
10:02:11 10   it.
10:02:11 11          Q.    So, the first question is easy, do
10:02:11 12   you recognize this to be Exhibit 5 from your
10:02:12 13   report?
10:02:13 14          A.    Yes, that is correct.
10:02:17 15          Q.    Did you create Exhibit 5?
10:02:18 16          A.    I don't know what you mean by
10:02:21 17   created.  I caused it to be created.
10:02:24 18          Q.    Okay.  Did you review it before it
10:02:26 19   was included in your report?
10:02:27 20          A.    Yes.
10:02:27 21          Q.    Okay.  Did you review all of the
10:02:29 22   exhibits in the appendices to your report?
10:02:35 23          A.    Yes.
10:02:35 24          Q.    Now, looking at this exhibit, in his
10:02:41 25   two models, Dr. Metz obtains a 3 percent abnormal

36

CONFIDENTIAL

| | | |
|---|---|---|
| 10:02:47 | 1 | returns.  And you get 1.25 percent in Column C |
| 10:02:53 | 2 | and 1.66 percent in Column D.  Is that correct? |
| 10:02:55 | 3 | A.    You read the numbers correctly.  If |
| 10:03:01 | 4 | you are intending to attach an economic meaning, |
| 10:03:04 | 5 | 1.25 is comparable to 3.02, that I can't do. |
| 10:03:07 | 6 | But, you read the numbers correctly. |
| 10:03:12 | 7 | Q.    And I'm sorry.  Can you explain the |
| 10:03:14 | 8 | caveat that you just stated? |
| 10:03:16 | 9 | A.    In other words, statistically -- I'm |
| 10:03:36 | 10 | sorry. |
| 10:03:36 | 11 | My answer was, something -- in other |
| 10:03:41 | 12 | words, the two numbers I -- 1.25 and 1.66, one |
| 10:03:46 | 13 | can't reject the hypothesis there is 0. |
| 10:03:49 | 14 | That is the economic flavor.  You |
| 10:03:52 | 15 | certainly read the number, the point estimate, |
| 10:03:54 | 16 | correct. |
| 10:03:55 | 17 | Q.    And then, associated with the |
| 10:03:58 | 18 | abnormal returns, you see key statistics for the |
| 10:04:05 | 19 | abnormal returns, correct? |
| 10:04:07 | 20 | A.    Yes, sir. |
| 10:04:08 | 21 | Q.    Is there a standard in academic |
| 10:04:10 | 22 | literature for indicating statistical |
| 10:04:14 | 23 | significance of key statistics? |
| 10:04:16 | 24 | A.    Generally, 95 -- |
| 10:04:17 | 25 | MR. KIRSCH:  Objection. |

37

CONFIDENTIAL

| | | |
|---|---|---|
| 10:04:18 | 1 | THE WITNESS:  I'm sorry. |
| 10:04:20 | 2 | MR. KIRSCH:  You can answer.  Go |
| 10:04:22 | 3 | ahead. |
| 10:04:25 | 4 | THE WITNESS:  Generally a 95 percent |
| 10:04:29 | 5 | confidence level, which would be a key |
| 10:04:31 | 6 | statistic around 1.96. |
| 10:04:31 | 7 | BY MR. BEDNAR: |
| 10:04:33 | 8 | Q.    Are you familiar with the standard |
| 10:04:34 | 9 | of applying one star to indicate statistical |
| 10:04:39 | 10 | significance at the 10 percent level, two stars |
| 10:04:41 | 11 | at the 5 percent level, and three stars at the |
| 10:04:44 | 12 | 1 percent level? |
| 10:04:46 | 13 | A.    Sure.  I have done it myself. |
| 10:04:50 | 14 | Q.    Okay.  And so in academic |
| 10:04:59 | 15 | literature, if we were to follow that standard, |
| 10:05:01 | 16 | there will be two stars on the key statistics in |
| 10:05:05 | 17 | Dr. Metz's model, right? |
| 10:05:07 | 18 | A.    That's correct. |
| 10:05:07 | 19 | Q.    There would be no star for your |
| 10:05:09 | 20 | model in Column C.  Correct? |
| 10:05:13 | 21 | A.    That's correct. |
| 10:05:14 | 22 | Q.    And one star for your model in |
| 10:05:16 | 23 | Column D.  Right? |
| 10:05:17 | 24 | A.    That is correct. |
| 10:05:22 | 25 | Q.    And when you say that you have |

38

CONFIDENTIAL

| | | |
|---|---|---|
| 10:05:23 | 1 | applied that convention from the academic |
| 10:05:26 | 2 | literature yourself, you have done that in papers |
| 10:05:28 | 3 | you have published, right? |
| 10:05:29 | 4 | A.   Yes.  Your earlier question was what |
| 10:05:31 | 5 | is the threshold that economists generally use. |
| 10:05:33 | 6 | The answer to that is 95 percent. |
| 10:05:35 | 7 | My experience in court as well. |
| 10:05:36 | 8 | But, everything is significant.  The |
| 10:05:38 | 9 | question is at what level. |
| 10:05:38 | 10 | (Exhibit Number 1127 |
| 10:05:38 | 11 | marked for identification.) |
| 10:05:51 | 12 | BY MR. BEDNAR: |
| 10:05:51 | 13 | Q.   I am pulling up Exhibit 1127.  This |
| 10:05:54 | 14 | is a paper authored by you and Darius Palia. |
| 10:06:01 | 15 | A.   Okay. |
| 10:06:02 | 16 | Q.   The title of this is Benefits of |
| 10:06:05 | 17 | Control, Managerial Ownership, and the Stock |
| 10:06:07 | 18 | Returns of Acquiring Firms. |
| 10:06:08 | 19 | Do you see that in front of you? |
| 10:06:10 | 20 | A.   I do. |
| 10:06:11 | 21 | Q.   I'm going to take you to the 10th |
| 10:06:13 | 22 | page of the PDF, which in the hard copy has |
| 10:06:18 | 23 | Page Number 791.  I'm going to have you look at |
| 10:06:23 | 24 | Table 4. |
| 10:06:27 | 25 | A.   Okay. |

39

CONFIDENTIAL

| | | |
|---|---|---|
| 10:06:27 | 1 | Q.    In that table, you see the key |
| 10:06:30 | 2 | statistic of 1.68 has a star next to it. |
| 10:06:34 | 3 | A.    Yes, I think I indicated I do this |
| 10:06:38 | 4 | myself sometimes. |
| 10:06:39 | 5 | Q.    Yes.  And then -- I'm sorry.  I took |
| 10:06:48 | 6 | you right off the page. |
| 10:06:49 | 7 | And then the footnote at the bottom |
| 10:06:50 | 8 | of the table says -- that is associated with that |
| 10:06:53 | 9 | star, says statistically significant at the |
| 10:06:55 | 10 | 10 percent level.  Just like we were discussing, |
| 10:06:58 | 11 | right? |
| 10:06:58 | 12 | A.    Yes, that's my convention is also a |
| 10:07:00 | 13 | very common. |
| 10:07:02 | 14 | Q.    Okay.  And it is 1.68.  Is the |
| 10:07:05 | 15 | cutoff value 1.645? |
| 10:07:08 | 16 | A.    Something like that, yes. |
| 10:07:11 | 17 | Q.    So, it is barely statistically |
| 10:07:16 | 18 | significant at the 10 percent level, right? |
| 10:07:18 | 19 | A.    That is certainly true. |
| 10:07:25 | 20 | Q.    If we go back one page, to the ninth |
| 10:07:27 | 21 | page of the PDF, Page 790 of the exhibit.  And we |
| 10:07:36 | 22 | look at the last paragraph. |
| 10:07:40 | 23 | In the middle of the paragraph you |
| 10:07:43 | 24 | and your coauthor wrote, "We find that acquiring |
| 10:07:47 | 25 | firms with ownership levels greater than |

40

CONFIDENTIAL

| | | |
|---|---|---|
| 10:07:54 | 1 | 5 percent indeed perform diversifying |
| 10:07:59 | 2 | acquisitions, and this difference is |
| 10:08:01 | 3 | statistically significant at the 10 percent |
| 10:08:04 | 4 | level." |
| 10:08:04 | 5 |      A.    I see that. |
| 10:08:05 | 6 |      Q.    And then you went on to say, "This |
| 10:08:07 | 7 | result supports the diversification control |
| 10:08:11 | 8 | hypothesis." |
| 10:08:11 | 9 |          Did I read that correctly? |
| 10:08:12 | 10 |      A.    Sure, at that significance level, |
| 10:08:15 | 11 | that would be true. |
| 10:08:16 | 12 |      Q.    And so in that academic paper you |
| 10:08:18 | 13 | reached a conclusion that the effect that you |
| 10:08:22 | 14 | were evaluating was supported by results at the |
| 10:08:26 | 15 | 10 percent statistical significance level. |
| 10:08:29 | 16 | Correct? |
| 10:08:29 | 17 |      A.    My recollection is -- this paper is |
| 10:08:31 | 18 | old. |
| 10:08:31 | 19 |          But, my recollection is that its |
| 10:08:34 | 20 | response to work by Mort, Schleifer and Vishny |
| 10:08:38 | 21 | that use the more significance levels.  I would |
| 10:08:41 | 22 | have to go back and look.  But, yes, that was the |
| 10:08:43 | 23 | conclusion. |
| 10:08:44 | 24 |      Q.    Sure.  And you certainly didn't say |
| 10:08:46 | 25 | anything in this paper to reject the use of that |

41

CONFIDENTIAL

| | | |
|---|---|---|
| 10:08:49 | 1 | significance level for evaluating your |
| 10:08:51 | 2 | conclusion, did you? |
| 10:08:51 | 3 | A.    I was very clear that it is |
| 10:08:56 | 4 | significant at that level. |
| 10:08:57 | 5 | Q.    And then if I take you back to |
| 10:09:01 | 6 | Table 5 -- or excuse me, Exhibit 5 from your |
| 10:09:04 | 7 | report. |
| 10:09:05 | 8 | Your key statistic is 1.85.  Do you |
| 10:09:11 | 9 | see that? |
| 10:09:12 | 10 | A.    Yes. |
| 10:09:12 | 11 | Q.    And that is larger than the 1.68 key |
| 10:09:17 | 12 | statistic in your paper.  Right? |
| 10:09:18 | 13 | A.    Yes, I think we talked about that |
| 10:09:20 | 14 | earlier, yes. |
| 10:09:21 | 15 | Q.    Right.  So, this is also |
| 10:09:25 | 16 | statistically significant at the 10 percent |
| 10:09:27 | 17 | level? |
| 10:09:27 | 18 | A.    At the 10 percent level that is |
| 10:09:30 | 19 | certainly true. |
| 10:09:33 | 20 | Q.    And so following the logic from the |
| 10:09:36 | 21 | paper that we just showed to you, that would mean |
| 10:09:42 | 22 | that the results you found here with a key |
| 10:09:44 | 23 | statistic of 1.85 support the hypothesis that REO |
| 10:09:48 | 24 | stock return was unusually large.  Correct? |
| 10:09:51 | 25 | A.    I would say -- |

42

CONFIDENTIAL

| | | |
|---|---|---|
| 10:09:52 | 1 | MR. KIRSCH:  Objection. |
| 10:09:53 | 2 | THE WITNESS:  -- no, for a number of |
| 10:09:55 | 3 | reasons.  First, as I told you, this whole |
| 10:09:58 | 4 | exercise fell from an economic perspective. |
| 10:10:03 | 5 | Second, there is another index with |
| 10:10:05 | 6 | a different finding.  And, third, 95 percent |
| 10:10:08 | 7 | confidence is the confidence level Dr. Metz |
| 10:10:11 | 8 | himself suggested, and courts generally use. |
| 10:10:14 | 9 | So, I wouldn't answer in the |
| 10:10:15 | 10 | affirmative to your question, for those |
| 10:10:17 | 11 | reasons. |
| 10:10:17 | 12 | BY MR. BEDNAR: |
| 10:10:19 | 13 | Q.   So, are you saying that results that |
| 10:10:21 | 14 | are statistically significant at the 10 percent |
| 10:10:23 | 15 | level but not at the 5 percent level offer no |
| 10:10:27 | 16 | evidence? |
| 10:10:29 | 17 | MR. KIRSCH:  Objection.  What do you |
| 10:10:31 | 18 | mean by offer no evidence?  Of what? |
| 10:10:36 | 19 | BY MR. BEDNAR: |
| 10:10:36 | 20 | Q.   You can answer. |
| 10:10:39 | 21 | MR. KIRSCH:  If you understand the |
| 10:10:41 | 22 | question, Glenn, go ahead. |
| 10:10:43 | 23 | THE WITNESS:  Well, it is pretty |
| 10:10:44 | 24 | vague, but I will answer what I think it is. |
| 10:10:46 | 25 | If the question is, is evidence of |

43

CONFIDENTIAL

| | | |
|---|---|---|
| 10:10:47 | 1 | statistical significance -- you know, things |
| 10:10:49 | 2 | are statistically significant.  The question |
| 10:10:51 | 3 | is at what level and how strong would a |
| 10:10:54 | 4 | conclusion be. |
| 10:10:54 | 5 | If I thought that this exhibit |
| 10:10:56 | 6 | referred to an economically interesting |
| 10:10:58 | 7 | exercise, and as you know I do not, I would |
| 10:11:02 | 8 | look at this and say boy, this seems |
| 10:11:06 | 9 | fragmented to me. |
| 10:11:07 | 10 | And then I would want to go through |
| 10:11:08 | 11 | the individual indexes and ask myself which |
| 10:11:10 | 12 | one I believe.  That is the way I would do |
| 10:11:14 | 13 | it. |
| 10:11:15 | 14 | BY MR. BEDNAR: |
| 10:11:16 | 15 | Q.    And so you agree that the level of |
| 10:11:20 | 16 | statistical significance goes to the strength of |
| 10:11:22 | 17 | the conclusion that can be drawn, and not the |
| 10:11:26 | 18 | fact that there is some information from the |
| 10:11:28 | 19 | result.  Correct? |
| 10:11:30 | 20 | MR. KIRSCH:  Objection. |
| 10:11:31 | 21 | THE WITNESS:  Well -- I'm sorry. |
| 10:11:33 | 22 | If I am understanding your question, |
| 10:11:38 | 23 | there is always, quote, information.  The |
| 10:11:38 | 24 | question is how meaningful is it. |
| 10:11:40 | 25 | There is a statistical answer to |

44

CONFIDENTIAL

| | | |
|---|---|---|
| 10:11:42 | 1 | that which is confidence levels.  This whole |
| 10:11:44 | 2 | exercise has no meaning from an economic |
| 10:11:46 | 3 | perspective which surely is the larger |
| 10:11:49 | 4 | question. |
| 10:12:05 | 5 | BY MR. BEDNAR: |
| 10:12:05 | 6 | Q.    Doctor, with respect to your |
| 10:12:16 | 7 | analysis of ADR prices on January 17th, 2013, for |
| 10:12:22 | 8 | Rio Tinto, was it your conclusion that the |
| 10:12:26 | 9 | impairment disclosure of that day did not have a |
| 10:12:29 | 10 | measurable negative impact on Rio Tinto's ADR |
| 10:12:32 | 11 | price? |
| 10:12:34 | 12 | A.    Yes.  I believe I used words to that |
| 10:12:37 | 13 | effect, if not those very words. |
| 10:12:39 | 14 | Q.    That is not the same thing as saying |
| 10:12:43 | 15 | that it had no impact.  Right? |
| 10:12:50 | 16 | A.    Well, I'm not sure.  I mean, as an |
| 10:12:53 | 17 | economist, I don't know what you mean by an |
| 10:12:54 | 18 | impact if it cannot be measured. |
| 10:13:02 | 19 | Q.    And what I'm asking is because you |
| 10:13:04 | 20 | were not able to measure a negative impact, is |
| 10:13:07 | 21 | that the same thing as saying that you conclude |
| 10:13:09 | 22 | that there was no impact at all? |
| 10:13:13 | 23 | A.    Well, if I am understanding the |
| 10:13:15 | 24 | question is you know what I did was not just that |
| 10:13:21 | 25 | looked at the statistics, but also underlying |

45

CONFIDENTIAL

| | | |
|---|---|---|
| 10:13:23 | 1 | information from news and analysts' reports. |
| 10:13:27 | 2 | And that enabled me to come to the |
| 10:13:29 | 3 | conclusion that I did. |
| 10:13:30 | 4 | But, what you are describing doesn't |
| 10:13:32 | 5 | sound like the scientific method to me.  It |
| 10:13:35 | 6 | sounds like an assertion you can't falsify.  That |
| 10:13:41 | 7 | is outside. |
| 10:13:44 | 8 | Q.    And one of the things that you did |
| 10:13:46 | 9 | as part of your equity event study was to review |
| 10:13:49 | 10 | quite a large number of reports by the equity |
| 10:13:53 | 11 | analysts, right? |
| 10:13:55 | 12 | A.    Yes, sir. |
| 10:13:56 | 13 | Q.    And, can you describe for the court |
| 10:14:00 | 14 | what an equity analyst is? |
| 10:14:04 | 15 | A.    Sure.  An equity analyst would be |
| 10:14:07 | 16 | somebody who works for one of the Wall Street |
| 10:14:10 | 17 | firms to evaluate the business of, prospects of, |
| 10:14:17 | 18 | earnings of, and recommendations about price |
| 10:14:21 | 19 | targets for firms. |
| 10:14:21 | 20 | Analysts often specialize -- they |
| 10:14:27 | 21 | needn't, but often specialize in industries and |
| 10:14:30 | 22 | write about firms in those industries. |
| 10:14:31 | 23 | They spend their time getting |
| 10:14:34 | 24 | information, which the Wall Street firms then use |
| 10:14:37 | 25 | both on their own account and to provide to |

46

CONFIDENTIAL

| | | |
|---|---|---|
| 10:14:39 | 1 | customers. |
| 10:14:39 | 2 | Q.    And who were the customers of these |
| 10:14:45 | 3 | firms? |
| 10:14:46 | 4 | A.    Well, it could be a variety of |
| 10:14:47 | 5 | things.  It could be in Linnay work, it could be |
| 10:14:53 | 6 | wealth management, an acquiring of the firm.  And |
| 10:14:57 | 7 | of course they go into analysts' information that |
| 10:15:00 | 8 | are tracked in public data sources anyway. |
| 10:15:10 | 9 | Q.    And so is a significant part of the |
| 10:15:13 | 10 | purpose of analysts' reports is to make |
| 10:15:16 | 11 | recommendations on stocks to buy or hold or sell, |
| 10:15:20 | 12 | right? |
| 10:15:20 | 13 | A.    Well, they certainly do make those |
| 10:15:24 | 14 | recommendations.  They also will provide |
| 10:15:30 | 15 | quantitative information about what a price |
| 10:15:33 | 16 | target is.  Usually a number 12 to 18 months away |
| 10:15:36 | 17 | from where we are standing from when we write the |
| 10:15:38 | 18 | report, or evaluate the company's earnings and |
| 10:15:40 | 19 | prospects. |
| 10:15:41 | 20 | They do all of that. |
| 10:15:42 | 21 | Q.    Okay.  So, in addition to |
| 10:15:43 | 22 | potentially providing specific recommendations, |
| 10:15:45 | 23 | they also provide information that investors can |
| 10:15:48 | 24 | use.  Right? |
| 10:15:50 | 25 | A.    Yes, should they wish to, yes. |

47

CONFIDENTIAL

| | | |
|---|---|---|
| 10:15:52 | 1 | Q.    And, many analysts provide, as the |
| 10:15:55 | 2 | name might suggest, analysis of what that |
| 10:15:58 | 3 | information needs.  Right? |
| 10:15:59 | 4 | A.    Yes.  Their analysis is the skill |
| 10:16:02 | 5 | that they are tendering to the marketplace.  What |
| 10:16:05 | 6 | they learn and the skills they have to evaluate. |
| 10:16:07 | 7 | Q.    And so -- |
| 10:16:10 | 8 | MR. KIRSCH:  Tom, will you give me |
| 10:16:12 | 9 | ten seconds.  We don't need to go off the |
| 10:16:14 | 10 | record. |
| 10:16:14 | 11 | MR. BEDNAR:  Okay. |
| 10:16:26 | 12 | MR. KIRSCH:  Thank you. |
| 10:16:27 | 13 | MR. BEDNAR:  Sure. |
| 10:16:28 | 14 | BY MR. BEDNAR: |
| 10:16:29 | 15 | Q.    Doctor, one of the things that |
| 10:16:32 | 16 | equity analysts may do is to render an opinion on |
| 10:16:37 | 17 | where they think their opinion of a company's |
| 10:16:41 | 18 | prospects may differ from the sentiment held by |
| 10:16:47 | 19 | the market as a whole.  Right? |
| 10:16:48 | 20 | A.    Yes.  But, just a way of restating |
| 10:16:52 | 21 | the general recommendation. |
| 10:17:02 | 22 | Q.    So, the opinion of one analyst may |
| 10:17:04 | 23 | not be representative of what the market as a |
| 10:17:06 | 24 | whole is thinking, right? |
| 10:17:08 | 25 | Or let me phrase that a different |

48

CONFIDENTIAL

| | | |
|---|---|---|
| 10:17:09 | 1 | way.  The opinion of one analyst may or may not |
| 10:17:12 | 2 | be indicative of the opinion of other analysts, |
| 10:17:15 | 3 | right? |
| 10:17:16 | 4 | A.    If I can unpack that question, we |
| 10:17:20 | 5 | know from academic perspective, Alon Brav and |
| 10:17:25 | 6 | others, that analysts can sense price targets |
| 10:17:27 | 7 | move the market. |
| 10:17:28 | 8 | But then your question is what about |
| 10:17:30 | 9 | each individual analyst.  Of course, each analyst |
| 10:17:34 | 10 | isn't necessarily the same which is why studies |
| 10:17:37 | 11 | often aggregate. |
| 10:17:37 | 12 | But of course each analyst is |
| 10:17:40 | 13 | entitled to his or her own opinion. |
| 10:17:42 | 14 | Q.    You referred to some academic |
| 10:17:44 | 15 | research.  Who were the authors of the research? |
| 10:17:46 | 16 | A.    Alon Brav, and I believe the surname |
| 10:17:50 | 17 | of the coauthor is Lehavy, L-E-H-A-V-Y. |
| 10:18:04 | 18 | Q.    And, is there such a thing as -- |
| 10:18:11 | 19 | Is it possible to ascertain |
| 10:18:15 | 20 | consensus of what equity analysts' opinions are? |
| 10:18:18 | 21 | A.    The answer to the question is yes. |
| 10:18:20 | 22 | Q.    How do you do that? |
| 10:18:22 | 23 | A.    Well, it is generally -- if you pick |
| 10:18:26 | 24 | a metric, it is generally done as a mean or |
| 10:18:29 | 25 | median of the analyst. |

49

CONFIDENTIAL

| | | |
|---|---|---|
| 10:18:31 | 1 | Q.    Mean or median of what? |
| 10:18:34 | 2 | A.    It depends on the metric.  If it is |
| 10:18:37 | 3 | not a quantitative metric, it is hard to say |
| 10:18:40 | 4 | there is a consensus around words. |
| 10:18:42 | 5 | But, things like an EPS target or |
| 10:18:45 | 6 | price target, one can drive a consensus. |
| 10:18:47 | 7 | Q.    Okay. |
| 10:18:48 | 8 | A.    EPS meaning earnings per share. |
| 10:18:53 | 9 | Q.    Sure, sure.  And so you often see, |
| 10:18:55 | 10 | you know, these information service providers |
| 10:18:58 | 11 | that you have referred to publishing sort of a |
| 10:19:01 | 12 | consensus earnings estimate of all of the |
| 10:19:03 | 13 | analysts that are putting out their -- right? |
| 10:19:08 | 14 | A.    Yes.  And they often will publish |
| 10:19:11 | 15 | the information, too, but they certainly give you |
| 10:19:15 | 16 | the consensus. |
| 10:19:16 | 17 | Q.    Is there anybody that publish the |
| 10:19:18 | 18 | consensus of qualitative , things that aren't |
| 10:19:22 | 19 | quantifiable? |
| 10:19:23 | 20 | A.    I'm sure there are.  I'm not really |
| 10:19:26 | 21 | sure what the word consensus means in that |
| 10:19:29 | 22 | context, but I'm sure there must be services that |
| 10:19:31 | 23 | attempt to do that. |
| 10:19:32 | 24 | And of course, reporters do that. |
| 10:19:34 | 25 | It means to write a story, you are looking at a |

50

CONFIDENTIAL

| | | |
|---|---|---|
| 10:19:36 | 1 | variety of sources, which is harder to do than a |
| 10:19:39 | 2 | quantitative metric. |
| 10:19:40 | 3 | Q.    Sure.  I would like to talk to you |
| 10:19:49 | 4 | for a few minutes about Riversdale. |
| 10:19:53 | 5 | So, in the work that you did in |
| 10:19:56 | 6 | developing your report, did you develop a sense |
| 10:19:59 | 7 | of why Rio Tinto acquired Riversdale in 2011? |
| 10:20:04 | 8 | MR. KIRSCH:  Objection, vague. |
| 10:20:07 | 9 | THE WITNESS:  My understanding, |
| 10:20:08 | 10 | which of course is reported in the report, |
| 10:20:12 | 11 | that it was a couple of things.  One, a key |
| 10:20:16 | 12 | diversifying acquisition.  And the other was |
| 10:20:20 | 13 | the potential prospects that the company |
| 10:20:23 | 14 | viewed for this particular coal project. |
| 10:20:29 | 15 | BY MR. BEDNAR: |
| 10:20:29 | 16 | Q.    Let's take those one at a time. |
| 10:20:31 | 17 | You said that you referred to it as |
| 10:20:33 | 18 | a key diversifying acquisition. |
| 10:20:35 | 19 | What do you mean by that? |
| 10:20:36 | 20 | A.    I think of course it is the |
| 10:20:38 | 21 | management, I think that is what they said.  I |
| 10:20:40 | 22 | think that was their view of wanting to increase |
| 10:20:44 | 23 | their presence there. |
| 10:20:44 | 24 | In Rio Tinto, as a whole at that |
| 10:20:46 | 25 | time and probably still, iron ore is almost all |

51

CONFIDENTIAL

10:20:51  1  of the earth.  It is 85 percent, and still a big

10:20:55  2  chunk of the revenue.

10:20:56  3            And I think the attempt was to offer

10:20:58  4  some diversification in what they call their

10:21:01  5  energy unit, RTE, which would have included

10:21:04  6  projects like that.

10:21:07  7       Q.    And then you also referred to the

10:21:09  8  potential prospects that the company used for

10:21:11  9  this particular coal project.

10:21:13  10           What did you mean by that?

10:21:14  11      A.    Well, the, I believe the information

10:21:17  12 I cite was just a view at the time that this was

10:21:21  13 a promising project for coal.

10:21:35  14      Q.    And it was the project that had yet

10:21:38  15 to be developed.  Right?

10:21:40  16      A.    Yes.  In several layers.  There were

10:21:44  17 questions about developing the mines themselves,

10:21:48  18 but also issues about infrastructure that would

10:21:51  19 support the movement of coal and equipment.

10:21:56  20      Q.    And those things have to come

10:21:58  21 together to unlock the real value of that

10:22:01  22 project.  Right?

10:22:03  23      A.    That is true.  Investments can --

10:22:05  24           MR. KIRSCH:  Objection.

10:22:06  25           THE WITNESS:  Sorry.

52

CONFIDENTIAL

| | | |
|---|---|---|
| 10:22:07 | 1 | MR. KIRSCH: No, please. |
| 10:22:09 | 2 | THE WITNESS: Investments in things |
| 10:22:11 | 3 | like energy, minerals are very long lived |
| 10:22:16 | 4 | project. And so it is often understood that |
| 10:22:19 | 5 | there is a great deal of capital expenditure. |
| 10:22:23 | 6 | A lot of assumptions about infrastructure, |
| 10:22:25 | 7 | about future commodity prices, about future |
| 10:22:29 | 8 | levels of GDP and so on. |
| 10:22:30 | 9 | BY MR. BEDNAR: |
| 10:22:31 | 10 | Q. In your research for the report, did |
| 10:22:33 | 11 | you come across information as to whether |
| 10:22:35 | 12 | Riversdale had the resources to develop that |
| 10:22:38 | 13 | project to its full scale? |
| 10:22:43 | 14 | A. I'm sorry. I don't understand the |
| 10:22:45 | 15 | question. So, was the question that Riversdale, |
| 10:22:47 | 16 | pre-Rio Tinto, had the resources to do what? I |
| 10:22:51 | 17 | mean, I -- I can -- |
| 10:22:53 | 18 | Q. I think that that is a fair question |
| 10:22:55 | 19 | to my question. |
| 10:22:56 | 20 | Did you come across information as |
| 10:22:58 | 21 | to whether Riversdale, before it was acquired by |
| 10:23:00 | 22 | Rio Tinto, had the financial resources to develop |
| 10:23:06 | 23 | those projects? |
| 10:23:10 | 24 | A. It is a hard question to answer |
| 10:23:12 | 25 | because I don't know what you mean develop those |

53

CONFIDENTIAL

10:23:14  1    projects.

10:23:14  2              To develop them at the scale Rio

10:23:16  3    Tinto had in mind, I'm going really from memory.

10:23:20  4    Because, it is not that much of my report on

10:23:23  5    this.

10:23:23  6              I would doubt that it would have.

10:23:25  7    But they may have been able to develop it for

10:23:27  8    some other purpose.

10:23:28  9         Q.   Okay.  And, did you come across any

10:23:31 10    information as to whether prior to the Rio Tinto

10:23:35 11    acquisition, Riversdale had experience developing

10:23:39 12    the kind of large-scale infrastructure to develop

10:23:42 13    those projects on the scale that Rio Tinto

10:23:44 14    envisioned?

10:23:46 15         A.   I don't recall that, sorry.

10:23:50 16         Q.   And in any event, Riversdale, as of

10:23:58 17    the time of the acquisition, had not yet done

10:24:01 18    that infrastructure development.  Correct?

10:24:04 19         A.   I'm not quite sure what you mean by

10:24:06 20    infrastructure.

10:24:07 21              Some of that infrastructure is

10:24:09 22    probably public sector infrastructure, not just

10:24:12 23    the company.  But the infrastructure had not yet

10:24:14 24    been developed, if that is your question.

10:24:16 25         Q.   Yes.  And then going back to one of

                                                           54

CONFIDENTIAL

10:24:18  1    the other points that you raised had to do with

10:24:22  2    diversification.

10:24:22  3              And so I think you mentioned that

10:24:25  4    both in 2011 and today, iron ore makes up the

10:24:31  5    overwhelming majority of earnings for Rio Tinto,

10:24:34  6    right?

10:24:34  7        A.    That is my understanding, yes.

10:24:36  8        Q.    And, so, you saw information in

10:24:39  9    developing your report that Rio Tinto had an

10:24:42 10    interest in diversifying into other commodities,

10:24:45 11    right, in 2011?

10:24:47 12        A.    I believe so.  I believe that

10:24:50 13    management expressed that view, yes.

10:24:52 14        Q.    And, did you see anything indicating

10:24:59 15    that Rio Tinto was primarily focused on iron ore

10:25:04 16    operation in Australia, right?

10:25:08 17        A.    You mean as a component of its

10:25:10 18    revenue and earnings, is that the question?

10:25:12 19        Q.    That's right.

10:25:12 20        A.    The focus, yes.

10:25:14 21        Q.    And so, the Riversdale acquisition

10:25:17 22    offered an opportunity to diversify somewhat out

10:25:22 23    of Australia, right?

10:25:24 24        A.    It would because, yes, the project

10:25:27 25    is in Africa.

55

CONFIDENTIAL

| | | |
|---|---|---|
| 10:25:28 | 1 | Q.    And, in fact, up until 2011, most of |
| 10:25:32 | 2 | Rio Tinto's projects had been in so-called |
| 10:25:35 | 3 | developing countries in the OECD, right? |
| 10:25:40 | 4 | I'm sorry.  Did I say developing |
| 10:25:43 | 5 | countries?  I certainly meant developed countries |
| 10:25:46 | 6 | in the OECD. |
| 10:25:47 | 7 | A.    I was about to answer the other. |
| 10:25:50 | 8 | But, yes, that is true.  That is my |
| 10:25:52 | 9 | understanding. |
| 10:25:52 | 10 | Q.    And, so Mozambique also represented |
| 10:25:56 | 11 | an ability to diversify not just out of |
| 10:25:59 | 12 | Australia, but outside of the developed |
| 10:26:02 | 13 | economies, right? |
| 10:26:05 | 14 | A.    That statement is true.  The matter |
| 10:26:08 | 15 | of geography, if that is what you are asking. |
| 10:26:11 | 16 | Q.    Yes.  And, in 2011, with so much of |
| 10:26:25 | 17 | its operation concentrated in Australia, Rio |
| 10:26:28 | 18 | Tinto was subjected to the Australian tax regime |
| 10:26:36 | 19 | for mineral properties, right? |
| 10:26:38 | 20 | MR. KIRSCH:  Objection. |
| 10:26:39 | 21 | THE WITNESS:  Well, it will be the |
| 10:26:42 | 22 | subject of Australian regulation tax, any |
| 10:26:44 | 23 | legal requirements for a corporation. |
| 10:26:46 | 24 | BY MR. BEDNAR: |
| 10:26:46 | 25 | Q.    Okay.  And so, again, diversifying |

56

CONFIDENTIAL

10:26:49 1    into other geographies, particularly lower tax

10:26:53 2    jurisdictions, may have provided some benefits

10:26:55 3    for Rio Tinto, correct?

10:26:57 4         A.    I'm sorry.  By benefits, do you mean

10:26:59 5    tax benefits?  Because that is the question you

10:27:01 6    just asked.

10:27:01 7            Or do you mean something else?

10:27:03 8         Q.    That's correct, tax benefits.

10:27:05 9         A.    I don't know.  It has been a long

10:27:08 10   time since I have looked at the Australian tax

10:27:12 11   system.  I am not sure.

10:27:15 12           For that to have been true, you must

10:27:17 13   be making some kind of argument about territorial

10:27:20 14   taxations.

10:27:20 15           I'm not sure.  I would have to go

10:27:22 16   back and look at the Australian system.  I don't

10:27:25 17   know enough to answer the question.

10:27:26 18         Q.    When you were preparing your report,

10:27:28 19   did you consider at all the mineral resources

10:27:32 20   rent tax that was placed in Australia as of

10:27:35 21   mid-2011?

10:27:38 22         A.    I don't recall one way or the other.

10:27:40 23   I'm not quite sure why it would.  But, I don't

10:27:42 24   recall one way or the other.

10:27:43 25         Q.    Okay.  And do you recall considering

57

CONFIDENTIAL

10:27:46  1    any market sentiments with whether Rio Tinto

10:27:52  2    should decrease exposure to that Australian tax

10:27:57  3    regime?

10:27:58  4         A.    I'm sorry.  Did you say whether it

10:28:00  5    should increase its exposure to that tax regime?

10:28:04  6         Q.    Decrease.

10:28:04  7         A.    Decrease.  I don't recall.  I don't

10:28:08  8    recall the tax discussion.  It may be in some of

10:28:10  9    what I looked at, but I just don't recall.

10:28:12  10        Q.    Riversdale was Rio Tinto's largest

10:28:18  11   acquisition in 2011, right?

10:28:22  12        A.    In that year, yes.  I think it was

10:28:24  13   about a fifth of their spending that year.  Yes.

10:28:31  14        Q.    And Riversdale was Rio Tinto's

10:28:32  15   largest acquisition since the 2007 Alcan

10:28:37  16   acquisition, right?

10:28:38  17        A.    That is my understanding, yes.

10:28:39  18        Q.    And in developing your report, did

10:28:41  19   you come across any coverage of market sentiment

10:28:44  20   related to that Alcan acquisition?

10:28:49  21        A.    At the time the Alcan acquisition

10:28:51  22   was actually made?  Is that your question?

10:28:53  23        Q.    That is a good question.  As of the

10:28:54  24   time of the Riversdale acquisition, did you come

10:28:57  25   across any coverage that would give you a sense

58

CONFIDENTIAL

| | | |
|---|---|---|
| 10:28:59 | 1 | of market sentiment with respect to the Alcan |
| 10:29:01 | 2 | acquisition? |
| 10:29:02 | 3 | MR. KIRSCH:  Objection. |
| 10:29:03 | 4 | THE WITNESS:  Sorry.  Yes.  Some of |
| 10:29:07 | 5 | the -- sorry.  Did you want -- |
| 10:29:09 | 6 | MR. KIRSCH:  No, you can answer. |
| 10:29:10 | 7 | And, Tom, I will just note we have |
| 10:29:12 | 8 | been going about an hour.  Why don't we take |
| 10:29:14 | 9 | a break after this. |
| 10:29:16 | 10 | Glenn, go ahead and answer the |
| 10:29:17 | 11 | question. |
| 10:29:17 | 12 | THE WITNESS:  I'm sorry.  Could you |
| 10:29:20 | 13 | repeat the question?  Sorry.  Mark distracted |
| 10:29:24 | 14 | me.  My apologies. |
| 10:29:24 | 15 | BY MR. BEDNAR: |
| 10:29:24 | 16 | Q.    Sure.  I had clarified that as of |
| 10:29:28 | 17 | the time of the Riversdale acquisition, did you |
| 10:29:32 | 18 | come across any coverage that would give you a |
| 10:29:35 | 19 | sense of market sentiment with respect to that |
| 10:29:39 | 20 | Alcan acquisition? |
| 10:29:40 | 21 | A.    Yes.  If your question is at the -- |
| 10:29:44 | 22 | for contemporary time, not the original time, |
| 10:29:46 | 23 | that would have been in the news, and, excuse me, |
| 10:29:48 | 24 | analysts' commentary that I surveyed for the |
| 10:29:51 | 25 | period. |

59

CONFIDENTIAL

| | | |
|---|---|---|
| 10:29:51 | 1 | Q.    And what was that sentiment if you |
| 10:29:54 | 2 | know? |
| 10:29:56 | 3 | A.    My recollection is skepticism about |
| 10:30:00 | 4 | the asset, but again this wasn't something that I |
| 10:30:02 | 5 | was asked to study. |
| 10:30:05 | 6 | Q.    Okay.  Now were you aware -- |
| 10:30:07 | 7 | MR. KIRSCH:  Can we take that break, |
| 10:30:09 | 8 | Tom? |
| 10:30:09 | 9 | THE WITNESS:  We can finish -- I'm |
| 10:30:11 | 10 | happy, if this is a line of questioning, I'm |
| 10:30:13 | 11 | happy to finish it. |
| 10:30:14 | 12 | MR. BEDNAR:  It is fine with me to |
| 10:30:15 | 13 | take a short break and we can just pick up. |
| 10:30:17 | 14 | It is easy enough.  We can go off the record. |
| 10:30:19 | 15 | THE VIDEOGRAPHER:  We are going off |
| 10:30:22 | 16 | the record.  The time is 10:30 eastern. |
| 10:30:26 | 17 | (Recess taken -- 10:30 a.m.) |
| 10:43:51 | 18 | (After recess -- 10:44 a.m.) |
| 10:43:51 | 19 | THE VIDEOGRAPHER:  We are going back |
| 10:44:21 | 20 | on the record.  The time is 10:44 eastern. |
| 10:44:27 | 21 | BY MR. BEDNAR: |
| 10:44:30 | 22 | Q.    Dr. Hubbard, we were -- I asked you |
| 10:44:32 | 23 | a couple of questions about the Alcan |
| 10:44:35 | 24 | acquisition.  I have just a couple more.  I |
| 10:44:37 | 25 | understand that you did not cover the |

60

CONFIDENTIAL

| | | |
|---|---|---|
| 10:44:41 | 1 | acquisition. |
| 10:44:41 | 2 | But in the work you did for your |
| 10:44:43 | 3 | report, were you aware that as of 2011, when |
| 10:44:47 | 4 | Riversdale was acquired, there had been several |
| 10:44:50 | 5 | impairments to the value of Alcan? |
| 10:44:55 | 6 | A.    I believe that is true.  Again, it |
| 10:44:58 | 7 | is not the subject of my report.  So, I believe |
| 10:45:02 | 8 | that is true, but I'm of course not a fact |
| 10:45:04 | 9 | witness.  That is not the subject I was tasked to |
| 10:45:07 | 10 | consider. |
| 10:45:08 | 11 | Q.    Doctor, if I could again show you |
| 10:45:49 | 12 | Exhibit 1101, which is the materials considered. |
| 10:45:54 | 13 | I can put it up on the screen for |
| 10:45:56 | 14 | you. |
| 10:46:02 | 15 | A.    Okay. |
| 10:46:11 | 16 | Q.    On the third page of the appendix, |
| 10:46:14 | 17 | and then carrying on for several pages |
| 10:46:16 | 18 | thereafter, are news reports from Factiva. |
| 10:46:20 | 19 | A.    Yes. |
| 10:46:20 | 20 | Q.    And the first items, 188 through |
| 10:46:36 | 21 | 194, are dated March 28, 2011, correct? |
| 10:46:40 | 22 | A.    That is true, yes. |
| 10:46:42 | 23 | Q.    The remaining items, if you scroll |
| 10:46:45 | 24 | down from Page 3 onward -- the remaining medias |
| 10:46:50 | 25 | goes from March 28th forward.  Is that correct? |

61

CONFIDENTIAL

10:46:54  1          A.      Yes, sir.

10:46:56  2          Q.      Did you analyze news before

10:47:03  3   March 28th other than the few items that are

10:47:06  4   listed on that appendix?

10:47:08  5          A.      If the those are the items I listed,

10:47:11  6   those would have been the ones that met the

10:47:14  7   keyword search.

10:47:16  8                  So, I believe I am faithful in

10:47:20  9   putting in all of the articles that I reviewed.

10:47:22 10          Q.      Do you have any opinions about

10:47:27 11   events related to Rio Tinto's Riversdale bid

10:47:31 12   prior to March 28th, or 29th, 2011?

10:47:36 13          A.      If I am understanding your question,

10:47:41 14   I think I made the point earlier, nothing in this

10:47:43 15   case has anything to do with that, from an

10:47:45 16   economic perspective.

10:47:46 17                  So, no, I wouldn't bother to have an

10:47:51 18   opinion.

10:47:57 19          Q.      And other than maybe captured by the

10:48:01 20   few articles that you cited that predate

10:48:05 21   March 28th, did you do anything to analyze Rio

10:48:07 22   Tinto's bid for Riversdale prior to that date?

10:48:11 23          A.      I'm not even sure what that question

10:48:14 24   means.  It might mean a price.  It might mean a

10:48:18 25   process.  It might mean lots of things.  As I

62

CONFIDENTIAL

| | | |
|---|---|---|
| 10:48:18 | 1 | told you, it is not an economically interesting |
| 10:48:18 | 2 | question.  I didn't do it. |
| 10:48:22 | 3 | But, for the record, I want to be |
| 10:48:23 | 4 | clear, I don't know what you are asking. |
| 10:48:26 | 5 | Q.   I am simply asking in forming your |
| 10:48:29 | 6 | rebuttal to Dr. Metz, in which you evaluate Rio |
| 10:48:33 | 7 | Tinto's bid for Riversdale, whether or not you |
| 10:48:36 | 8 | think that is an important question, do you agree |
| 10:48:38 | 9 | that you provide an analysis of that question in |
| 10:48:41 | 10 | your rebuttal, to respond to Dr. Metz.  Right? |
| 10:48:44 | 11 | MR. KIRSCH:  Objection.  What |
| 10:48:45 | 12 | question? |
| 10:48:48 | 13 | THE WITNESS:  You keep saying bid. |
| 10:48:49 | 14 | I don't know if you are referring to dollars, |
| 10:48:51 | 15 | if you are referring to a process. |
| 10:48:53 | 16 | Again, I don't think this is |
| 10:48:55 | 17 | interesting, but you tell me what you want |
| 10:48:57 | 18 | and I will answer. |
| 10:48:59 | 19 | BY MR. BEDNAR: |
| 10:48:59 | 20 | Q.   Okay.  Sure.  You provided analysis |
| 10:49:01 | 21 | in response to Dr. Metz of Rio Tinto's |
| 10:49:04 | 22 | acquisition of Riversdale, right? |
| 10:49:08 | 23 | A.   That is not quite the way I would |
| 10:49:11 | 24 | put it.  But, I certainly evaluated Dr. Metz's |
| 10:49:15 | 25 | statistical work.  I don't think any of that has |

63

CONFIDENTIAL

10:49:18  1    any economic content.

10:49:20  2              Now you are asking me some factual

10:49:22  3    questions about a bid, but you are not willing to

10:49:24  4    tell me what you mean by that.  Say a number, a

10:49:26  5    process.

10:49:27  6         Q.    Sure.  Doctor, you provided

10:49:29  7    information about the state of Rio Tinto's offer

10:49:32  8    as of March 29th, 2011.  Correct?

10:49:36  9         A.    Yes.

10:49:37  10        Q.    And, on that day, Rio Tinto removed

10:49:42  11   the minimum acceptance position, correct?

10:49:49  12        A.    Yes.

10:49:49  13        Q.    It was from lowered from 50 percent

10:49:56  14   to 47 percent, right?

10:49:58  15        A.    That is my understanding.

10:49:59  16        Q.    And so, that is an aspect of Rio

10:50:01  17   Tinto's offer you did analyze in preparing your

10:50:10  18   expert report.  Right?

10:50:13  19        A.    Yes, I believe I commented on

10:50:15  20   Dr. Metz's backup materials and his looking at

10:50:19  21   days, I believe including that one, and their

10:50:21  22   lack of statistical significance, yes.

10:50:23  23        Q.    And you did not comment on any

10:50:26  24   aspects of Rio Tinto's offer prior to March 28th.

10:50:35  25   Correct?

                                                          64

CONFIDENTIAL

| | | |
|---|---|---|
| 10:50:35 | 1 | A.    If I am understanding your question |
| 10:50:37 | 2 | other than that there is an offer, I'm not sure |
| 10:50:39 | 3 | why I would.  I have already told you it is not |
| 10:50:42 | 4 | an economic question before the court. |
| 10:50:45 | 5 | And, second, what Dr. Metz had was |
| 10:50:48 | 6 | an argument about control, which is an argument |
| 10:50:51 | 7 | about those last several days.  That is where he |
| 10:50:53 | 8 | and I have a disagreement. |
| 10:50:54 | 9 | I hope that is helpful but I'm not |
| 10:50:57 | 10 | sure exactly what you are asking. |
| 10:50:58 | 11 | Q.    Sure.  So, is it your conclusion |
| 10:51:00 | 12 | that events prior to March 28th and March 29th of |
| 10:51:02 | 13 | 2011 are not relevant to the question of control? |
| 10:51:07 | 14 | A.    Now you are asking a different |
| 10:51:10 | 15 | question. |
| 10:51:10 | 16 | What I said earlier was they are not |
| 10:51:12 | 17 | relevant to the question before the court, from |
| 10:51:15 | 18 | an economic perspective, which is ultimately |
| 10:51:18 | 19 | about the impairments.  It is not relevant at all |
| 10:51:20 | 20 | to that. |
| 10:51:20 | 21 | On control, I would also disagree |
| 10:51:23 | 22 | because the question is where are you getting |
| 10:51:28 | 23 | news about control.  Dr. Metz talks about several |
| 10:51:31 | 24 | events in that late March, early April period, |
| 10:51:34 | 25 | but his own backup materials find no |

65

CONFIDENTIAL

10:51:37  1    statistically significant event.

10:51:40  2         Q.    Did you analyze any event with

10:51:46  3    respect to the Riversdale acquisition prior to

10:51:49  4    March 28th of 2011?

10:51:52  5         A.    I don't even know what that means.

10:51:54  6    I reported the news events.  I wouldn't have

10:51:58  7    analyzed it.

10:51:59  8              All I'm doing here is responding to

10:52:02  9    Dr. Metz.  I don't think this is a live question

10:52:08 10    at least from an economic perspective.

10:52:10 11              And if it is your view that control

10:52:12 12    was established earlier, then I think your

10:52:18 13    position's intention would rest.

10:52:22 14         Q.    Do you have an opinion as to when

10:52:24 15    control was established?

10:52:28 16         A.    I think that is -- from an economic

10:52:30 17    perspective, that is a hard question to -- the

10:52:34 18    statistics, you are trying to get at when the

10:52:36 19    market believed that control would occur.

10:52:39 20              So, it is not the mere fact.  The

10:52:41 21    price reaction would be to the belief that it

10:52:46 22    would happen.  That is really the economic test.

10:52:48 23              Dr. Metz asserts that on April 8th

10:52:51 24    that was the news that met the market.  You know,

10:52:54 25    I have already said it is not an interesting

                                                          66

CONFIDENTIAL

10:52:56  1    question.  It is the wrong statistics.

10:52:58  2                    And, by the way, his point estimate

10:53:00  3    would lead to a nonsensical application.

10:53:03  4         Q.    So, do you have an opinion as to

10:53:05  5    when the market concluded that Rio Tinto would

10:53:07  6    gain control?

10:53:09  7         A.    I believe what I say in the report

10:53:11  8    is it became evident over time from analysts.

10:53:15  9    And those were the gradual understanding that

10:53:17 10    that is the case.  As Dr. Metz notes in his own

10:53:20 11    backup, he doesn't find any statistically

10:53:22 12    significant effects on those run-up days prior to

10:53:26 13    April 8th.

10:53:31 14         Q.    And you are saying that the market

10:53:42 15    developed an understanding over time when Rio

10:53:47 16    Tinto would gain control?

10:53:49 17         A.    It would be an expectation, I

10:53:52 18    suppose is the better way to put it.

10:53:53 19                    And I'm not sure why one would care

10:54:00 20    about the answer to that question, but -- in this

10:54:02 21    context.  But, that is the view that I think

10:54:04 22    analysts express, and that Dr. Metz's statistics

10:54:07 23    seem to imply.

10:54:09 24         Q.    Over what period of time did the

10:54:11 25    market come to that understanding or expectation

                                                              67

CONFIDENTIAL

| | | |
|---|---|---|
| 10:54:16 | 1 | that Rio Tinto gained control? |
| 10:54:21 | 2 | A.   Well, the news reports and analyst |
| 10:54:24 | 3 | reports that I suggest have increasing commentary |
| 10:54:26 | 4 | on that in late March and early April. |
| 10:54:30 | 5 | Again, I'm not sure why this is |
| 10:54:37 | 6 | important. |
| 10:54:38 | 7 | What Dr. Metz measures, he calls |
| 10:54:41 | 8 | control, but I'm not even sure what it is or why |
| 10:54:44 | 9 | it would matter. |
| 10:54:54 | 10 | Q.   Was March 29, 2011, significant in |
| 10:55:01 | 11 | your analysis of the news related to Rio Tinto's |
| 10:55:04 | 12 | attempt to acquire Riversdale? |
| 10:55:07 | 13 | MR. KIRSCH:  Objection, vague. |
| 10:55:09 | 14 | THE WITNESS:  Yeah, I'm not sure |
| 10:55:10 | 15 | what you mean by significant.  Again, this |
| 10:55:14 | 16 | prior exercise is not worth doing.  That is |
| 10:55:16 | 17 | my opinion. |
| 10:55:17 | 18 | I believe on March 29th, the bid was |
| 10:55:19 | 19 | made unconditional.  Is that what you are |
| 10:55:21 | 20 | referring to?  So, that is certainly a step |
| 10:55:23 | 21 | along the way, if that is your question and |
| 10:55:29 | 22 | actual answer. |
| 10:55:30 | 23 | BY MR. BEDNAR: |
| 10:55:31 | 24 | Q.   Yes.  Was there any other change |
| 10:55:33 | 25 | made to Rio Tinto's offer on March 29th in making |

68

CONFIDENTIAL

| | | |
|---|---|---|
| 10:55:37 | 1 | the bid unconditional? |
| 10:55:39 | 2 | A.    I don't remember.  At some point |
| 10:55:40 | 3 | they increased the price modestly, but I don't |
| 10:55:43 | 4 | really remember which day that was. |
| 10:55:45 | 5 | Q.    That could have been before |
| 10:55:46 | 6 | March 29th? |
| 10:55:47 | 7 | A.    I don't really recall. |
| 10:55:50 | 8 | Q.    And on March 29th, did Rio Tinto put |
| 10:56:00 | 9 | the deadline for its offer at April 6th; is that |
| 10:56:04 | 10 | correct? |
| 10:56:06 | 11 | A.    That is my recollection, yes. |
| 10:56:11 | 12 | Q.    And then that deadline was later |
| 10:56:14 | 13 | extended? |
| 10:56:16 | 14 | A.    That is correct, too. |
| 10:56:19 | 15 | Q.    Did you analyze Rio Tinto's ADR |
| 10:56:22 | 16 | price on March 29th, 2011? |
| 10:56:28 | 17 | A.    It is not in my report.  If it was |
| 10:56:31 | 18 | one of the dates that was in Dr. Metz's backup, |
| 10:56:34 | 19 | then I would have reviewed his backup and |
| 10:56:37 | 20 | commented on it. |
| 10:56:38 | 21 | But, I don't remember if that is one |
| 10:56:39 | 22 | of his dates. |
| 10:56:42 | 23 | If it is, I did look at it because |
| 10:56:44 | 24 | he looked at it, and it was statistically |
| 10:56:47 | 25 | significant.  I just don't remember if that is |

69

CONFIDENTIAL

| | | |
|---|---|---|
| 10:56:50 | 1 | one of the dates.  It is in the report. |
| 10:56:52 | 2 | Q.    Did you test March 29th, 2011, using |
| 10:56:56 | 3 | either of your administrative dates? |
| 10:57:04 | 4 | MR. KIRSCH:  Objection. |
| 10:57:06 | 5 | THE WITNESS:  If I am understanding |
| 10:57:07 | 6 | your question -- |
| 10:57:08 | 7 | Sorry. |
| 10:57:08 | 8 | MR. KIRSCH:  I was just going to |
| 10:57:08 | 9 | say, Tom, when you say testing the date, can |
| 10:57:10 | 10 | you tell us what you mean? |
| 10:57:12 | 11 | MR. BEDNAR:  Sure. |
| 10:57:12 | 12 | BY MR. BEDNAR: |
| 10:57:12 | 13 | Q.    Did you test returns on Rio Tinto's |
| 10:57:18 | 14 | ADR project on March 29th, 2011, using either the |
| 10:57:24 | 15 | HSBC Mining Index or the eight company competitor |
| 10:57:29 | 16 | index? |
| 10:57:29 | 17 | THE WITNESS:  I don't recall, but I |
| 10:57:30 | 18 | doubt it, because again I think the whole |
| 10:57:32 | 19 | question is sterile.  The only point of my |
| 10:57:32 | 20 | comment was that Dr. Metz heat up an |
| 10:57:37 | 21 | argument.  So, let's use his own backup and |
| 10:57:40 | 22 | see what he found.  So, no, I don't think any |
| 10:57:42 | 23 | index. |
| 10:57:42 | 24 | BY MR. BEDNAR: |
| 10:57:43 | 25 | Q.    So, would you be surprised to learn |

70

CONFIDENTIAL

| | | |
|---|---|---|
| 10:57:44 | 1 | that in the backup material produced with your |
| 10:57:47 | 2 | report, that you or someone on your team did test |
| 10:57:52 | 3 | the ADR returns on March 29th, 2011, using the |
| 10:57:58 | 4 | HSBC Mining Index? |
| 10:58:01 | 5 | A.   As I say, I don't recall one way or |
| 10:58:02 | 6 | the other.  I don't think it is a very |
| 10:58:03 | 7 | interesting thing to do, but if it is in the |
| 10:58:05 | 8 | production, have at it. |
| 10:58:07 | 9 | Q.   So, if that were done, was that |
| 10:58:10 | 10 | under your direction or did someone do that on |
| 10:58:12 | 11 | their own? |
| 10:58:13 | 12 | A.   I probably asked to produce as |
| 10:58:17 | 13 | ultimate backup for you as possible, even though |
| 10:58:19 | 14 | I don't think any of this is interesting from a |
| 10:58:21 | 15 | matter of economics. |
| 10:58:22 | 16 | I was just trying to be a |
| 10:58:24 | 17 | counterpoint to Dr. Metz. |
| 10:58:26 | 18 | Q.   Right.  I'm not asking about why it |
| 10:58:28 | 19 | was produced.  I'm asking about why it was done. |
| 10:58:30 | 20 | Did you direct someone to test ADR |
| 10:58:35 | 21 | returns on March 21, 2011, using the HSBC Mining |
| 10:58:39 | 22 | Index? |
| 10:58:39 | 23 | A.   I don't recall seeing something like |
| 10:58:41 | 24 | that.  It may have been part of the general |
| 10:58:42 | 25 | instruction and that is what is produced. |

71

CONFIDENTIAL

| | | |
|---|---|---|
| 10:58:43 | 1 | Again, I don't think it is an answer |
| 10:58:45 | 2 | to any question that I care. |
| 10:58:50 | 3 | Q.    And so you wouldn't care that the |
| 10:58:52 | 4 | results from that analysis that was produced in |
| 10:58:56 | 5 | your backup materials was a key statistic of 1.91 |
| 10:59:00 | 6 | with a T value of 5.6 percent? |
| 10:59:06 | 7 | A.    No. |
| 10:59:06 | 8 | MR. KIRSCH:  Objection. |
| 10:59:07 | 9 | THE WITNESS:  No.  Again, it is not |
| 10:59:08 | 10 | an answer to any question I'm aware of in |
| 10:59:11 | 11 | Econ 101.  It doesn't sound like it is |
| 10:59:14 | 12 | statistically significant in any event. |
| 10:59:16 | 13 | But it is not an interesting |
| 10:59:18 | 14 | exercise to do. |
| 10:59:19 | 15 | BY MR. BEDNAR: |
| 10:59:19 | 16 | Q.    Well, that would be statistically |
| 10:59:21 | 17 | significant if it was, correct? |
| 10:59:24 | 18 | A.    There is always a level at which |
| 10:59:26 | 19 | something is significant.  I believe that |
| 10:59:28 | 20 | Dr. Metz suggests a 95 percent threshold. |
| 10:59:31 | 21 | But, statistics aren't the key |
| 10:59:33 | 22 | answer here.  The key answer is this is not worth |
| 10:59:36 | 23 | doing. |
| 10:59:37 | 24 | Q.    But yes or no, the key statistic of |
| 10:59:40 | 25 | 1.91 which is a P value of 5.6 percent would be |

72

CONFIDENTIAL

10:59:44  1   statistically significant at the 10 percent

10:59:46  2   level?

10:59:46  3         A.    Yes, it is just not the answer to

10:59:48  4   any economic question, but a statistic question.

10:59:52  5         Q.    And a key statistic of 1.91 with a

10:59:55  6   key value of 5.6 percent, that would be close to

10:59:59  7   a 2 statistical significance at the 5 percent

11:00:02  8   level, correct?

11:00:03  9         A.    Close is in the mind of the

11:00:06  10  beholder.  It is certainly, you know, within a

11:00:08  11  few percentage points.  Again, I'm not sure why

11:00:11  12  you would care one way or the other.

11:00:13  13        Q.    And I -- so, do you know that

11:00:21  14  regression analysis in your backup materials and

11:00:25  15  you used it to index.

11:00:27  16              Do you know one way or the other

11:00:29  17  whether that was wrong to be including or

11:00:31  18  excluding the running announcement date?

11:00:34  19              MR. KIRSCH:  Objection.  Vague.

11:00:35  20              THE WITNESS:  If I am understanding

11:00:38  21        your question, I have to go back and look.

11:00:40  22        But, I don't think it excluded the earnings

11:00:45  23        announcement dates.

11:00:47  24              But if this is -- again, I didn't

11:00:49  25        spend much time on this because I don't think

                                                          73

CONFIDENTIAL

| | | |
|---|---|---|
| 11:00:52 | 1 | it is important.  But, I can go back and look |
| 11:00:53 | 2 | if that is important to you. |
| 11:00:54 | 3 | BY MR. BEDNAR: |
| 11:00:55 | 4 | Q.   No, I'm specifically referring -- |
| 11:00:56 | 5 | and I should have clarified.  I just said a |
| 11:00:58 | 6 | regression analysis. |
| 11:00:59 | 7 | I'm talking about the regression |
| 11:01:01 | 8 | analysis of March 29, 2011 in your appendix, that |
| 11:01:03 | 9 | was produced in the backup. |
| 11:01:04 | 10 | Are you in a position to know |
| 11:01:06 | 11 | whether or not earnings announcement dates were |
| 11:01:08 | 12 | excluded or not? |
| 11:01:09 | 13 | A.   I don't believe we did. |
| 11:01:11 | 14 | But, again, if it is important, we |
| 11:01:13 | 15 | could go back and check. |
| 11:01:15 | 16 | Q.   And then, would it surprise you to |
| 11:01:32 | 17 | know that if that regression that someone in your |
| 11:01:33 | 18 | team ran from March 29th -- before |
| 11:01:37 | 19 | March 29, 2011, ADR price, using the HSBC Mining |
| 11:01:41 | 20 | Index, if earnings announcement dates were |
| 11:01:45 | 21 | excluded, and if returns are measured in |
| 11:01:47 | 22 | percentages rather than logs, the result would be |
| 11:01:52 | 23 | 1.96. |
| 11:01:56 | 24 | Does that surprise you? |
| 11:01:56 | 25 | MR. KIRSCH:  Objection. |

74

CONFIDENTIAL

| | | |
|---|---|---|
| 11:01:57 | 1 | THE WITNESS:  I don't know either |
| 11:01:59 | 2 | way.  That sounds like if you used partly |
| 11:02:02 | 3 | what I did and partly the way Dr. Metz did, |
| 11:02:05 | 4 | can he torture something to get to some |
| 11:02:09 | 5 | number?  I don't know.  It doesn't matter |
| 11:02:11 | 6 | because none of it is worth doing.  I don't |
| 11:02:14 | 7 | know one way or the other. |
| 11:02:14 | 8 | BY MR. BEDNAR: |
| 11:02:15 | 9 | Q.    Well, at least for purposes of |
| 11:02:16 | 10 | preparing your report, someone on your team ran |
| 11:02:19 | 11 | the regression.  Right? |
| 11:02:22 | 12 | MR. KIRSCH:  Objection. |
| 11:02:22 | 13 | BY MR. BEDNAR: |
| 11:02:23 | 14 | Q.    At least in the backup materials? |
| 11:02:25 | 15 | A.    My recollection is we did it because |
| 11:02:27 | 16 | again we were responding to Dr. Metz's claim. |
| 11:02:29 | 17 | And using Dr. Metz's own data, which |
| 11:02:32 | 18 | I assume is the way Dr. Metz sees the world, |
| 11:02:35 | 19 | there is no statistical significance. |
| 11:02:37 | 20 | We may have also provided my model. |
| 11:02:40 | 21 | But, again, I don't think this is the answer of |
| 11:02:42 | 22 | any question of which I'm aware. |
| 11:02:49 | 23 | Q.    In preparing your report did you |
| 11:03:02 | 24 | look into ADR prices for industry before |
| 11:03:06 | 25 | March 29, 2011? |

75

CONFIDENTIAL

11:03:08  1         A.    I'm sorry, I don't know what you
11:03:12  2    mean by look at.
11:03:13  3         I mean the market model goes back
11:03:16  4    120 days.
11:03:16  5         But, I'm not looking day by day, if
11:03:19  6    that is your question.
11:03:20  7         Q.    Okay.  And that was my question.
11:03:23  8    Thank you for clarifying.  That is a fair
11:03:24  9    clarification.
11:03:24 10         I want to talk to you about the
11:04:14 11    industry index that Dr. Metz used in his event
11:04:18 12    studies, the S&P Metals and Mining Select Index.
11:04:23 13         Now you came to the conclusion that
11:04:24 14    that was not a valid industry index for an event
11:04:27 15    study focused on the APR, correct?
11:04:31 16         A.    That is correct.
11:04:32 17         Q.    What features of the S&P index --
11:04:40 18         First of all, is it okay if I refer
11:04:41 19    to that as the S&P index for the purposes of this
11:04:45 20    discussion?
11:04:45 21         A.    Sure.
11:04:46 22         Q.    If we need to change and talk about
11:04:49 23    some other S&P index, we can classify that.
11:04:52 24         What features of the S&P index
11:04:56 25    render it invalid for use with the Rio Tinto

76

CONFIDENTIAL

| | | |
|---|---|---|
| 11:05:01 | 1 | method, in your opinion? |
| 11:05:02 | 2 | A.   It wouldn't include the large |
| 11:05:04 | 3 | globally diversified mining companies that both |
| 11:05:07 | 4 | the company and the marketplace compared Rio |
| 11:05:09 | 5 | Tinto to.  And wouldn't have included those large |
| 11:05:12 | 6 | players, who are mainly non-U.S. companies. |
| 11:05:15 | 7 | It included a lot of firms in |
| 11:05:18 | 8 | industries unrelated to the core of what Rio |
| 11:05:23 | 9 | Tinto does.  I have provided an exhibit in the |
| 11:05:25 | 10 | report to illustrate that. |
| 11:05:28 | 11 | Q.   And so, you referred to the name, |
| 11:05:46 | 12 | globally diversified mining companies, that |
| 11:05:50 | 13 | include a large globally diversified mining |
| 11:05:54 | 14 | companies. |
| 11:05:54 | 15 | Specifically which ones do you have |
| 11:05:56 | 16 | in mind? |
| 11:05:56 | 17 | A.   Well, the ones that would be at the |
| 11:05:59 | 18 | top of the HSBC, like Vale, BHP and others that |
| 11:06:06 | 19 | aren't U.S. companies, would not be in the S&P |
| 11:06:09 | 20 | Mining Index. |
| 11:06:10 | 21 | Yet those were the comparators that |
| 11:06:12 | 22 | the firm itself, Rio Tinto, used. |
| 11:06:16 | 23 | Q.   Could there be a valid industry |
| 11:06:32 | 24 | index for an event study focused on Rio Tinto, if |
| 11:06:35 | 25 | it did not include Vale and BHP? |

77

CONFIDENTIAL

11:06:41 1        A.    Well, if the purpose is capturing

11:06:43 2   the industry in which Rio Tinto is occupying, you

11:06:47 3   would want to have its true comparators which

11:06:49 4   would be those firms.

11:06:51 5             They are not present in the S&P

11:06:53 6   Mining Index.  And other firms are that are in

11:06:58 7   the industry that aren't as related to Rio Tinto.

11:06:59 8             The goal of an industry index, from

11:07:02 9   an academic perspective would be as close to the

11:07:06 10  true industry comparators to your firm.

11:07:19 11       Q.    So, would it be possible to have an

11:07:21 12  index that would be valid for an event study

11:07:25 13  focused on Rio Tinto if it did not have Vale and

11:07:28 14  BHP?

11:07:30 15       A.    I don't know what you mean by valid.

11:07:33 16  If you are trying to capture the actual

11:07:36 17  comparators, I would think you would want the

11:07:38 18  actual comparators of the firm.

11:07:39 19             You can use alternative industry

11:07:44 20  indexes and people can fight over them.  I just

11:07:47 21  don't think the one he used is the best one.

11:07:50 22             Again, the answer he gets is

11:07:52 23  irrelevant anyway.  In my view, it doesn't

11:07:55 24  matter.

11:07:55 25             But if you are asking me is there a

78

CONFIDENTIAL

| | | |
|---|---|---|
| 11:07:57 | 1 | better index.  There absolutely is.  I used it to |
| 11:08:17 | 2 | get it. |
| 11:08:17 | 3 | Q.    You said that the S&P Index included |
| 11:08:22 | 4 | companies in the industry unrelated to the core |
| 11:08:24 | 5 | of Rio Tinto's operations. |
| 11:08:25 | 6 | What do you mean by that? |
| 11:08:27 | 7 | A.    Well, it is described in the report, |
| 11:08:30 | 8 | as, going from memory, and steel companies, other |
| 11:08:34 | 9 | companies not directly in the mining business. |
| 11:08:36 | 10 | There is an exhibit early on that I |
| 11:08:39 | 11 | have.  Let me see if I can find it.  I think may |
| 11:08:42 | 12 | be the best way to illustrate it. |
| 11:08:43 | 13 | Exhibit 4 in the report.  This is in |
| 11:08:49 | 14 | the back.  So this would look at the composition |
| 11:08:52 | 15 | of the S&P Index, as you refer to it, that was |
| 11:08:56 | 16 | used by Dr. Metz, and the HSBC Index. |
| 11:08:59 | 17 | It also contains, you know, the, my |
| 11:09:05 | 18 | peer index. |
| 11:09:05 | 19 | And you can see that the largest |
| 11:09:09 | 20 | HSBC Index companies are all in the metal mining |
| 11:09:13 | 21 | business. |
| 11:09:13 | 22 | Move to the left and compare that |
| 11:09:15 | 23 | with SPMM, that is lots of different industries. |
| 11:09:24 | 24 | Q.    And, Doctor, I'm going to go ahead |
| 11:09:26 | 25 | and put that on the screen.  It is marked as |

79

CONFIDENTIAL

| | | |
|---|---|---|
| 11:09:30 | 1 | Exhibit 1115. |
| 11:09:30 | 2 | (Exhibit Number 1115 |
| 11:09:30 | 3 | marked for identification.) |
| 11:09:32 | 4 | THE WITNESS:  Yes.  That is the |
| 11:09:33 | 5 | exhibit to which I was referring. |
| 11:09:35 | 6 | BY MR. BEDNAR: |
| 11:09:35 | 7 | Q.    Sure.  And so, the middle column in |
| 11:09:39 | 8 | that table, where it says 100 percent, in blue, |
| 11:09:44 | 9 | that is 100 percent of the top ten largest |
| 11:09:47 | 10 | companies in the HSBC Mining Index, right? |
| 11:09:50 | 11 | A.    That's correct. |
| 11:09:51 | 12 | Q.    So, it is not 100 percent of the |
| 11:09:54 | 13 | HSBC Index, but rather the top ten companies? |
| 11:09:57 | 14 | A.    I'm not sure.  I don't know that I |
| 11:09:59 | 15 | have looked at the whole index or this data.  The |
| 11:10:04 | 16 | top ten are about half of the market cap. |
| 11:10:07 | 17 | So, certainly a large part of the |
| 11:10:09 | 18 | index is in metal mining. |
| 11:10:12 | 19 | Q.    And then in that top ten, there is |
| 11:10:16 | 20 | eight unique companies in the top ten of the HSBC |
| 11:10:22 | 21 | Index, right? |
| 11:10:22 | 22 | A.    I'm sorry, you are breaking up. |
| 11:10:24 | 23 | Q.    Sure.  The top ten of the HSBC |
| 11:10:27 | 24 | Index, that is comprised of eight unique |
| 11:10:30 | 25 | companies, right? |

80

CONFIDENTIAL

| 11:10:30 | 1 | A.    That is true.  As explained in the |
| 11:10:33 | 2 | notes, yes. |
| 11:10:33 | 3 | Q.    The different colors that are at the |
| 11:10:37 | 4 | top of Exhibit 1115, your Exhibit 4, the numbers |
| 11:10:43 | 5 | that appear next to those items such as 10 metal |
| 11:10:47 | 6 | mining, 33 primary metal industries.  What do |
| 11:10:52 | 7 | those come from? |
| 11:10:53 | 8 | A.    Those are SIC codes. |
| 11:10:56 | 9 | Q.    And what are SIC codes? |
| 11:10:58 | 10 | A.    SIC codes are a variety of -- this |
| 11:11:04 | 11 | has to do with two digit levels, measures from |
| 11:11:07 | 12 | what the government calls a standard industrial |
| 11:11:10 | 13 | classification system of industries. |
| 11:11:12 | 14 | So there is one digit, two digit, |
| 11:11:14 | 15 | three digit, four digit and so on. |
| 11:11:22 | 16 | Q.    And for instance if the companies |
| 11:11:25 | 17 | have SIC Code 33 for primary metal industries, |
| 11:11:29 | 18 | how would you characterize companies that have |
| 11:11:31 | 19 | that code? |
| 11:11:35 | 20 | A.    I don't recall off the top of my |
| 11:11:38 | 21 | head.  There are, in the prime -- I'm not sure |
| 11:11:42 | 22 | which industries the SIC code puts the primary |
| 11:11:46 | 23 | metals.  I don't really recall. |
| 11:11:50 | 24 | It may be in the report but I don't |
| 11:11:51 | 25 | recall sitting here. |

81

CONFIDENTIAL

| | | |
|---|---|---|
| 11:12:00 | 1 | Q.    For instance, if the company has a |
| 11:12:01 | 2 | code of 10 for metal mining, does that mean that |
| 11:12:05 | 3 | the company only engages in metal mining? |
| 11:12:07 | 4 | A.    No, it would mean that it is |
| 11:12:10 | 5 | principally extractive metal mining. |
| 11:12:15 | 6 | Q.    In this context what does |
| 11:12:17 | 7 | principally mean? |
| 11:12:19 | 8 | A.    I don't remember what the threshold |
| 11:12:21 | 9 | the government uses for the SIC code. |
| 11:12:24 | 10 | Q.    Okay.  Is there any requirement in |
| 11:12:33 | 11 | conducting an event study when selecting an |
| 11:12:36 | 12 | industry index to get consideration to the SIC |
| 11:12:44 | 13 | codes for the company doing the index? |
| 11:12:45 | 14 | A.    I'm sorry.  You are breaking up |
| 11:12:47 | 15 | again.  Something about a requirement and an SIC |
| 11:12:50 | 16 | code. |
| 11:12:50 | 17 | Q.    Sure.  Is there any requirement to |
| 11:12:51 | 18 | get consideration to the SIC codes of the |
| 11:12:54 | 19 | companies in the industry index when conducting |
| 11:12:56 | 20 | an event study? |
| 11:12:58 | 21 | A.    Requirement would be too strong a |
| 11:13:02 | 22 | word.  It would be a metric one would use when |
| 11:13:06 | 23 | looking at comparability.  Requirement sounds |
| 11:13:09 | 24 | very de regist [phonetic].  That is not what I'm |
| 11:13:13 | 25 | saying. |

82

CONFIDENTIAL

| | | |
|---|---|---|
| 11:13:15 | 1 | Q.    Are you familiar with GITS codes, |
| 11:13:25 | 2 | G-I-T-S? |
| 11:13:25 | 3 | A.    Yes, they are privately provided. |
| 11:13:28 | 4 | But, also are industry classifications. |
| 11:13:32 | 5 | Q.    Do you know who provides GITS codes? |
| 11:13:37 | 6 | A.    I think it is S&P. |
| 11:13:40 | 7 | Q.    And do GITS codes differ from SIC |
| 11:13:56 | 8 | codes? |
| 11:13:57 | 9 | A.    It has been a while since I have |
| 11:13:58 | 10 | looked at this.  They must or S&P wouldn't be |
| 11:14:02 | 11 | selling them separate for something you could get |
| 11:14:05 | 12 | for free.  I don't recall. |
| 11:14:06 | 13 | Q.    And are you familiar with NAICS |
| 11:14:10 | 14 | codes, N-A-I-C-S? |
| 11:14:11 | 15 | A.    Yes.  The NAICs, over times, my |
| 11:14:17 | 16 | recollection is, preceded the old SIC. |
| 11:14:23 | 17 | Q.    I'm going to take the exhibit down |
| 11:14:34 | 18 | just because I'm not going to refer to it right |
| 11:14:36 | 19 | now. |
| 11:14:36 | 20 | You opined that an appropriate index |
| 11:14:48 | 21 | would be one made up of companies producing |
| 11:14:51 | 22 | similar products.  Correct? |
| 11:14:53 | 23 | A.    Yes.  I said similar products, |
| 11:14:55 | 24 | correct. |
| 11:14:57 | 25 | Q.    How do you define similar in that |

83

CONFIDENTIAL

| | | |
|---|---|---|
| 11:14:59 | 1 | context? |
| 11:15:03 | 2 | A.    If I'm understanding your question, |
| 11:15:05 | 3 | the product would be, you know, what is being |
| 11:15:08 | 4 | sold.  Would you compare a car company to a |
| 11:15:12 | 5 | software company?  Not as an industry index. |
| 11:15:16 | 6 | There may be other reasons you would |
| 11:15:18 | 7 | look at the correlations, but not as an industry |
| 11:15:21 | 8 | index. |
| 11:15:22 | 9 | So, where possible, you are never |
| 11:15:23 | 10 | going to get it perfectly, you are trying to get |
| 11:15:25 | 11 | a similar product mix.  As much as when you are |
| 11:15:29 | 12 | valuing companies and use comparable firms, you |
| 11:15:32 | 13 | have the same idea.  You are trying to get things |
| 11:15:34 | 14 | that are roughly comparable to the firm at issue. |
| 11:15:46 | 15 | Q.    So, in trying to ascertain an |
| 11:15:51 | 16 | appropriate industry index if one were to conduct |
| 11:15:57 | 17 | an event study for Rio Tinto, what products did |
| 11:15:59 | 18 | you look for that were similar to those sold by |
| 11:16:06 | 19 | Rio Tinto? |
| 11:16:06 | 20 | MR. KIRSCH:  Tom, I apologize, I |
| 11:16:09 | 21 | couldn't hear you.  You weren't coming |
| 11:16:11 | 22 | through clearly, to me at least. |
| 11:16:14 | 23 | BY MR. BEDNAR: |
| 11:16:14 | 24 | Q.    For the purpose of this event |
| 11:16:15 | 25 | study -- excuse me. |

84

CONFIDENTIAL

```
11:16:16   1              For the purposes of conducting the
11:16:18   2   event study for Rio Tinto, what products did you
11:16:20   3   look for that are similar to those sold by Rio
11:16:22   4   Tinto?
11:16:23   5          A.    Well, again, you are --
11:16:25   6              MR. KIRSCH:  Objection.
11:16:25   7              THE WITNESS:  I am going to the
11:16:27   8       discussion in the report, because I think it
11:16:31   9       might be helpful.
11:16:32  10              You are trying to get as close as
11:16:34  11       possible again to the products here.  So,
11:16:36  12       this would be firms that are principally in
11:16:39  13       metals, you know, mining of metals and
11:16:45  14       industry, much like the SIC 10.  I am trying
11:16:48  15       to see what I said here in the reports.
11:16:51  16   BY MR. BEDNAR:
11:16:52  17          Q.    What part of the report are you
11:16:53  18   referring to?
11:16:53  19          A.    I am just looking at the part of the
11:16:56  20   report criticizing Dr. Metz's index.
11:17:00  21          Q.    What page or paragraph?
11:17:02  22          A.    Paragraph -- well, I'm just starting
11:17:07  23   to flip through 32, 33, so on.  Yes, for example,
11:17:18  24   Paragraph 60.  And there are some footnotes that
11:17:22  25   follow about the SIC system.
```

85

CONFIDENTIAL

| | | |
|---|---|---|
| 11:17:29 | 1 | Q.    Are you at Paragraph 60, or are you |
| 11:17:32 | 2 | now on the next page? |
| 11:17:34 | 3 | A.    I started at Paragraph 50, but I |
| 11:17:37 | 4 | don't really have anything to add to my answer. |
| 11:17:39 | 5 | It is all there, if you would like to see it. |
| 11:17:41 | 6 | But, you are trying to get as close |
| 11:17:43 | 7 | as possible in product space. |
| 11:17:46 | 8 | Q.    And what I'm asking you is what |
| 11:17:48 | 9 | products are you trying to get as close as |
| 11:17:50 | 10 | possible to? |
| 11:17:52 | 11 | A.    Well, that is what the discussion |
| 11:17:54 | 12 | there says.  You are trying to get at global |
| 11:17:57 | 13 | miners which are, you know, large, largely |
| 11:18:01 | 14 | foreign companies and in similar industry groups. |
| 11:18:05 | 15 | I make the point both about the kind |
| 11:18:07 | 16 | of company and about the, and about the industry. |
| 11:18:16 | 17 | Q.    At Paragraph 61, you state that Rio |
| 11:18:21 | 18 | Tinto's underlying earnings were derived from |
| 11:18:26 | 19 | mining metals, including iron, copper, gold, and |
| 11:18:29 | 20 | silver. |
| 11:18:30 | 21 | Are those the materials that you are |
| 11:18:31 | 22 | trying to get a similar mix to? |
| 11:18:35 | 23 | A.    Well, you are trying to get a -- you |
| 11:18:37 | 24 | are never going to get exactly the same in any |
| 11:18:39 | 25 | comparability analysis.  But you are trying to |

86

CONFIDENTIAL

| | | |
|---|---|---|
| 11:18:42 | 1 | get, you know, other global miners like that. |
| 11:18:44 | 2 | So, you want similar products and |
| 11:18:46 | 3 | you are looking for similar product mix where |
| 11:18:49 | 4 | possible. |
| 11:18:49 | 5 | And that is what the next few |
| 11:18:51 | 6 | paragraphs are trying to do. |
| 11:18:54 | 7 | Q.   Are there any other products that |
| 11:18:56 | 8 | you are trying to have represented in that |
| 11:18:58 | 9 | product mix? |
| 11:19:01 | 10 | A.   I think it is just metals and mining |
| 11:19:04 | 11 | products that I mention there. |
| 11:19:13 | 12 | Q.   So the product that you are looking |
| 11:19:14 | 13 | for is in the report? |
| 11:19:17 | 14 | A.   Yes, in that section.  And in the |
| 11:19:20 | 15 | exhibit that we have talked about earlier. |
| 11:19:27 | 16 | Q.   Are there any products represented |
| 11:19:34 | 17 | in the S&P index that you view as dissimilar to |
| 11:19:38 | 18 | those sold by Rio Tinto? |
| 11:19:42 | 19 | A.   I'm going from memory -- sorry. |
| 11:19:44 | 20 | MR. KIRSCH:  Objection.  You can |
| 11:19:49 | 21 | answer, go ahead. |
| 11:19:51 | 22 | THE WITNESS:  I'm going from memory. |
| 11:19:53 | 23 | The answer is many smaller companies, the |
| 11:19:56 | 24 | different kind of companies and in product |
| 11:19:58 | 25 | space, things like steel and other products |

87

CONFIDENTIAL

| | | |
|---|---|---|
| 11:20:00 | 1 | that are at a different stage of production. |
| 11:20:05 | 2 | My recollection -- it is all in the report, |
| 11:20:07 | 3 | but that is my recollection. |
| 11:20:14 | 4 | BY MR. BEDNAR: |
| 11:20:15 | 5 | Q.    So, your view is that steel is |
| 11:20:16 | 6 | different from the products that Rio Tinto sells? |
| 11:20:21 | 7 | A.    Yes, from an industry comparability |
| 11:20:24 | 8 | perspective, yes.  That would be true. |
| 11:20:30 | 9 | Q.    What about aluminum? |
| 11:20:34 | 10 | A.    Well, aluminum yes.  And I mean |
| 11:20:37 | 11 | aluminum is obviously part of the business of the |
| 11:20:40 | 12 | company. |
| 11:20:42 | 13 | So, it is not -- you know, aluminum |
| 11:20:46 | 14 | involves -- |
| 11:20:47 | 15 | Most aluminum companies involve some |
| 11:20:50 | 16 | mining as well as refining, although it is mainly |
| 11:20:54 | 17 | in refining.  But there is certainly some in |
| 11:20:58 | 18 | here. |
| 11:20:58 | 19 | Q.    And when you say there are certainly |
| 11:21:02 | 20 | some in here, what do you mean? |
| 11:21:04 | 21 | A.    Well, in other words, there are some |
| 11:21:06 | 22 | in these indexes, or indices that are aluminum |
| 11:21:10 | 23 | companies. |
| 11:21:13 | 24 | Q.    And when you say in these indices, |
| 11:21:17 | 25 | are you talking about all of the indices at |

88

CONFIDENTIAL

| | | |
|---|---|---|
| 11:21:21 | 1 | issue? |
| 11:21:21 | 2 | A.    Certainly in S&P.  I don't really |
| 11:21:24 | 3 | recall in HSBC, one way or the other. |
| 11:21:26 | 4 | Again zero percent of this is in my |
| 11:21:30 | 5 | report because of the April 8th issue, I should |
| 11:21:33 | 6 | qualify that. |
| 11:21:34 | 7 | Q.    And with respect to the eight |
| 11:21:36 | 8 | company comparator index that you used for some |
| 11:21:43 | 9 | of your analyses, is aluminum in that index? |
| 11:21:45 | 10 | A.    I don't remember.  I would have to |
| 11:21:48 | 11 | look.  That may well be the case. |
| 11:21:55 | 12 | Q.    And, so you mentioned steel.  Are |
| 11:22:09 | 13 | there any other products that it would be |
| 11:22:21 | 14 | problematic to include in your industry index? |
| 11:22:23 | 15 | A.    That is what comes to mind.  Again, |
| 11:22:26 | 16 | you are just -- the question one normally asks |
| 11:22:29 | 17 | oneself is what are you trying to get close to. |
| 11:22:32 | 18 | You are trying to get close to |
| 11:22:34 | 19 | globally diversified mining and metals company. |
| 11:22:42 | 20 | Q.    Does every company in the index need |
| 11:22:44 | 21 | to be close to the mix in products that the |
| 11:22:49 | 22 | company you are studying has? |
| 11:22:53 | 23 | MR. KIRSCH:  Objection. |
| 11:22:54 | 24 | THE WITNESS:  Ideally -- |
| 11:22:55 | 25 | MR. KIRSCH:  For what purpose, Tom? |

89

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

```
11:22:58   1           MR. BEDNAR:  For the purpose of
11:23:01   2       constructing a valid industry index.
11:23:04   3           MR. KIRSCH:  Thank you.
11:23:05   4           THE WITNESS:  You are asking a very
11:23:06   5       general question.  Let me try to relate it to
11:23:10   6       this case.
11:23:10   7           In this case the issue is that, you
11:23:12   8       know, none of the obvious companies would be
11:23:15   9       in Dr. Metz's index.
11:23:17  10           So, the question is does every,
11:23:19  11       every company in the index have to be a
11:23:22  12       perfect comparable?  Well, no, it can't ever
11:23:24  13       be.  That is why I used a variety of
11:23:28  14       measures.
11:23:28  15           But I think the troubling problem
11:23:30  16       for Dr. Metz is that the obvious comparables
11:23:35  17       aren't even in his.
11:23:38  18   BY MR. BEDNAR:
11:23:38  19       Q.   And by that, are you referring to
11:23:41  20   Vale and BHP?
11:23:42  21       A.   The large, yes, metal mining
11:23:46  22   companies that aren't U.S.
11:23:48  23       Q.   Are all of the companies that are in
11:23:50  24   the eight company comparator index that you used,
11:23:53  25   are all of those obvious comparators, too?
```

90

CONFIDENTIAL

11:23:56  1        A.    You lost me there.  I'm sorry.  You

11:23:59  2   broke up.

11:23:59  3        Q.    The eight companies, in the eight

11:24:02  4   company peer index that you used for some

11:24:04  5   analyses, do you consider all of those to be

11:24:08  6   obvious comparators that should be included in

11:24:10  7   the industry index?

11:24:12  8        A.    The company did.  The company, the

11:24:14  9   eight comparators were the -- if you are asking

11:24:18 10   about my H8 index, were the ones the company used

11:24:22 11   in 2011.  So, yes.

11:24:27 12        Q.    Do you consider those to be obvious

11:24:30 13   comparators that should be included in a valid

11:24:33 14   industry index?

11:24:34 15        A.    I think that that could be certainly

11:24:38 16   a measure.  There is no single perfect measure.

11:24:43 17   The interesting questions for this case actually

11:24:45 18   don't turn on it.

11:24:47 19              But, there is no single question --

11:24:49 20   there is no single perfect answer.

11:24:52 21        Q.    Returning to products that are or

11:25:00 22   are not similar to those sold by Rio Tinto.

11:25:04 23              Does the presence of coal companies

11:25:12 24   make any difference to your views on whether the

11:25:17 25   industry index is proper or improper compared to

                                                              91

CONFIDENTIAL

| | | |
|---|---|---|
| 11:25:23 | 1 | Rio Tinto? |
| 11:25:25 | 2 | A.    Well, again, it is a matter of |
| 11:25:27 | 3 | degree.  Coal would be smaller for Rio Tinto, |
| 11:25:33 | 4 | than from some obviously pure play coal |
| 11:25:36 | 5 | companies, if that is your question. |
| 11:25:41 | 6 | Q.    What do you mean by pure play coal |
| 11:25:45 | 7 | companies? |
| 11:25:45 | 8 | A.    Companies that are in the coal |
| 11:25:47 | 9 | business. |
| 11:25:51 | 10 | Q.    When you say coal would be smaller |
| 11:25:54 | 11 | for Rio Tinto, you mean it may be a smaller |
| 11:25:57 | 12 | percentage of Rio Tinto's earnings than say iron |
| 11:26:00 | 13 | ore? |
| 11:26:01 | 14 | A.    Vastly smaller, yes. |
| 11:26:03 | 15 | Q.    And because coal is the smaller |
| 11:26:06 | 16 | portion of Rio Tinto's earnings, would it be |
| 11:26:09 | 17 | improper to include companies that are focused |
| 11:26:12 | 18 | primarily on coal? |
| 11:26:13 | 19 | A.    Again, not necessarily.  There is no |
| 11:26:18 | 20 | single perfect answer here.  You are never going |
| 11:26:20 | 21 | to find exact comparables. |
| 11:26:24 | 22 | The argument I have with Dr. Metz is |
| 11:26:26 | 23 | not like around the edges, you should have done |
| 11:26:28 | 24 | this, you should have done that. |
| 11:26:29 | 25 | Is that the, A, the exercise isn't |

92

CONFIDENTIAL

11:26:33  1   worth doing and, B, it didn't include any of the
11:26:35  2   obvious companies.
11:26:36  3            That is really the issue.  It is not
11:26:38  4   about this rounding error discussion.
11:26:46  5            Q.    So, when you say you didn't include
11:26:48  6   any of the obvious companies, the S&P Metals and
11:26:52  7   Mining Index has Newmont Mining, right?
11:27:04  8            A.    Yes, and indeed the H8, I believe
11:27:07  9   has Newmont Mining.
11:27:08  10           Q.    Right.  So, is that not one of the
11:27:10  11  obvious companies that needed to be included?
11:27:13  12           A.    It would be in the smaller end of
11:27:15  13  big companies.  But, yes, that is a company.
11:27:17  14           Q.    And, the S&P Metals and Mining Index
11:27:21  15  has Alcoa, right?
11:27:24  16           A.    I believe that is true.
11:27:26  17           Q.    And that is in the list of eight
11:27:28  18  comparator firms, right?
11:27:29  19           A.    That is my recollection, yes.
11:27:35  20           Q.    And so is Alcoa not one of the
11:27:39  21  obvious comparators?
11:27:40  22           A.    Certainly a comparator from the
11:27:42  23  company's perspective for that year.
11:27:45  24           Q.    And, for McMoRan, that is also from
11:27:48  25  the S&P9 mining index, right?

93

CONFIDENTIAL

| | | |
|---|---|---|
| 11:27:50 | 1 | A.    I'm sorry.  You are breaking up, I |
| 11:27:53 | 2 | couldn't hear. |
| 11:27:53 | 3 | Q.    The company is Freeport-McMoRan -- |
| 11:28:02 | 4 | A.    Okay.  I think I heard you say |
| 11:28:05 | 5 | Freeport.  I'm not hearing you so -- |
| 11:28:06 | 6 | MR. BEDNAR:  Okay.  Let's go off the |
| 11:28:07 | 7 | record and I will try and fix my headset |
| 11:28:10 | 8 | here.  Can we go off the record for a very |
| 11:28:12 | 9 | short break. |
| 11:28:14 | 10 | THE WITNESS:  Okay. |
| 11:28:14 | 11 | THE VIDEOGRAPHER:  We are going off |
| 11:28:15 | 12 | the record, the time is 11:28 eastern. |
| 11:30:47 | 13 | (Recess taken -- 11:28 a.m.) |
| 11:31:03 | 14 | (After recess -- 11:39 a.m.) |
| 11:38:58 | 15 | THE VIDEOGRAPHER:  We are going back |
| 11:39:05 | 16 | on the record.  The time is 11:39 eastern. |
| 11:39:10 | 17 | BY MR. BEDNAR: |
| 11:39:10 | 18 | Q.    And, Dr. Hubbard, thanks for taking |
| 11:39:14 | 19 | that break.  I think my audio should work better |
| 11:39:17 | 20 | now. |
| 11:39:17 | 21 | A.    Okay. |
| 11:39:18 | 22 | Q.    If at any time you are having |
| 11:39:21 | 23 | trouble hearing me, Doctor, please let me know |
| 11:39:23 | 24 | and I will try and improve the connection. |
| 11:39:25 | 25 | Right before we were breaking, I was |

94

CONFIDENTIAL

11:39:27  1    trying to ask you were you aware whether the

11:39:29  2    company Freeport-McMoRan was in the S&P Metals

11:39:34  3    and Mining Index?

11:39:34  4        A.    I don't recall, sorry.

11:39:40  5        Q.    And, Freeport was one of the eight

11:39:47  6    comparator firms that Rio Tinto identified?

11:39:50  7        A.    That is my recollection.  It would

11:39:52  8    be in Exhibit 4.  But, that is my recollection.

11:39:54  9    I could check.  But, I believe that is the case.

11:40:00 10    Exhibit -- yes.

11:40:08 11        Q.    Now, before I asked you about those

11:40:13 12    companies, I had asked you about a number of

11:40:16 13    products.

11:40:16 14              What about copper?  Is it important

11:40:21 15    for copper to be represented in an industry index

11:40:25 16    that you are using for an event study for Rio

11:40:32 17    Tinto?

11:40:32 18        A.    Rio Tinto is in a lot of metals and

11:40:35 19    mining business.

11:40:35 20              The question is are you trying to

11:40:37 21    get companies that are similar both in product

11:40:39 22    and product mix, so you could imagine it.

11:40:47 23        Q.    Would it be important to ensure a

11:40:51 24    certain level of representation of copper or not?

11:40:56 25        A.    Whether it would be one way or the

                                                              95

CONFIDENTIAL

11:41:00  1    other, I don't recall the importance of it to Rio

11:41:04  2    Tinto.

11:41:04  3              What we are trying to do is get a

11:41:08  4    common shock.  So, the same thing that would move

11:41:10  5    the industry index would be, you know, important

11:41:12  6    in driving movements in the firm.  That is what

11:41:15  7    you are trying to get at.  But, I don't recall.

11:41:17  8         Q.    What about oil?

11:41:24  9              MR. KIRSCH:  Objection.  What is the

11:41:25 10       question?

11:41:27 11    BY MR. BEDNAR:

11:41:27 12         Q.    Would it be important to have oil

11:41:32 13    represented or not represented in an industry

11:41:34 14    index that is used for a Rio Tinto event study?

11:41:40 15         A.    I wouldn't think of it as natural,

11:41:44 16    no.  Those are the kinds of shocks that dominate

11:41:49 17    the oil industry.  And you couldn't rule it out

11:41:52 18    depending on what else the company does.

11:41:54 19              But if you are asking about oil as a

11:41:56 20    commodity, it wouldn't seem spot on.

11:42:06 21         Q.    Would it present any problems to

11:42:10 22    have oil represented in a significant way in an

11:42:14 23    industry index for purposes of a Rio Tinto event

11:42:18 24    study?

11:42:18 25         A.    I don't know that it would.

96

CONFIDENTIAL

| | | |
|---|---|---|
| 11:42:44 | 1 | Q.    How did you determine what SIC codes |
| 11:42:46 | 2 | were similar for purposes of determining what SIC |
| 11:42:51 | 3 | codes should be represented in an industry index? |
| 11:42:59 | 4 | A.    Well, based on the business that the |
| 11:43:00 | 5 | company described, I think early in my report I |
| 11:43:04 | 6 | listed the company's major lines of business, and |
| 11:43:06 | 7 | tried to find the SIC codes that correlate to |
| 11:43:10 | 8 | that. |
| 11:43:10 | 9 | I don't know remember whether the |
| 11:43:11 | 10 | company refers to those in its own documents or |
| 11:43:13 | 11 | not, off the top of my head. |
| 11:43:20 | 12 | Q.    And so are you simply looking for |
| 11:43:23 | 13 | SIC codes that contain those products that Rio |
| 11:43:25 | 14 | Tinto -- that are most important to Rio Tinto? |
| 11:43:28 | 15 | A.    In a matter of speaking, yes. |
| 11:43:34 | 16 | Companies tracked by segments with SIC |
| 11:43:36 | 17 | identifiers.  But yes, trying to get it |
| 11:43:39 | 18 | comparable to Rio Tinto, if that is the question. |
| 11:43:42 | 19 | Q.    Okay.  And then in terms of SIC |
| 11:43:45 | 20 | codes that aren't similar to Rio Tinto, is that |
| 11:43:48 | 21 | just SIC codes that don't feature products that |
| 11:43:51 | 22 | are important to Rio Tinto? |
| 11:43:52 | 23 | Or how do you make that |
| 11:43:54 | 24 | determination? |
| 11:43:55 | 25 | A.    Well, I think that is a very big |

97

CONFIDENTIAL

| | | |
|---|---|---|
| 11:43:59 | 1 | one.  Another might be very different stages of |
| 11:44:02 | 2 | production so that the shocks are very different. |
| 11:44:06 | 3 | There are a number of reasons two |
| 11:44:09 | 4 | firms may not be common. |
| 11:44:21 | 5 | Q.    Is there any authority in peer |
| 11:44:24 | 6 | reviewed literature for determining which SIC |
| 11:44:26 | 7 | codes are or are not similar? |
| 11:44:28 | 8 | A.    I think that is a judgment matter. |
| 11:44:36 | 9 | The peer reviewed literature really just talks |
| 11:44:38 | 10 | about in general what makes a good industry |
| 11:44:40 | 11 | index. |
| 11:44:41 | 12 | But, it is obviously up to the |
| 11:44:43 | 13 | researcher to try to identify that and make his |
| 11:44:45 | 14 | or her case. |
| 11:44:46 | 15 | Q.    Uh-huh.  Now, I think that you |
| 11:44:48 | 16 | alluded to companies that make steel or |
| 11:44:56 | 17 | manufacture other metal products. |
| 11:44:58 | 18 | How does the presence or absence of |
| 11:45:02 | 19 | such companies affect your view of an industry |
| 11:45:05 | 20 | index for a Rio Tinto event study? |
| 11:45:09 | 21 | A.    Well, if you think about -- again |
| 11:45:12 | 22 | Rio Tinto's earnings are dominated by iron ore |
| 11:45:17 | 23 | which is an input. |
| 11:45:18 | 24 | But, think about two products.  One |
| 11:45:20 | 25 | of which is an input to another.  It depends what |

98

CONFIDENTIAL

11:45:24  1    kind of shocks you have, whether you would want

11:45:26  2    to view those as being related to one another.

11:45:28  3                    So, to be specific, if all shocks

11:45:31  4    are simply to global demand, global demand may

11:45:38  5    raise demand both for final products and for

11:45:41  6    commodities.  It would be good for both.

11:45:43  7                    Some shocks may affect commodity

11:45:47  8    prices but hurt the firms that use those

11:45:49  9    commodities in terms of their own profits.

11:45:52  10                    So, typically you wouldn't want

11:45:55  11   different stages of production, unless you had a

11:45:57  12   theory that all the shocks come from one place.

11:46:00  13   That is a basic index theory.

11:46:04  14                    THE VIDEOGRAPHER:  If I could jump

11:46:05  15       in for a second.  It sounds like we are

11:46:07  16       getting a lot of background noise from

11:46:11  17       call-in user Number 1917670.

11:46:16  18                    Would it be possible for them to

11:46:18  19       mute themselves.

11:46:32  20                    THE WITNESS:  It doesn't look like

11:46:33  21       they are muted.  It is not me, but --

11:46:36  22                    THE VIDEOGRAPHER:  I'm not hearing

11:46:37  23       them now anyway.

11:46:39  24                    THE WITNESS:  Okay.

11:46:42  25   BY MR. BEDNAR:

99

CONFIDENTIAL

11:46:45  1        Q.    And I'm sorry to go back, Doctor,
11:46:47  2    but I asked you about several products and I
11:46:50  3    think I neglected one.
11:46:52  4             What about gold?  Is it important to
11:46:54  5    you that gold be represented or not represented
11:46:56  6    in an industry index for a Rio Tinto event study?
11:47:03  7        A.    It certainly is an example of a
11:47:08  8    metal.  And to the extent that there are similar
11:47:11  9    mixes, I could make arguments either way in an
11:47:15 10    index, depending on mix of businesses the firm
11:47:18 11    is in.
11:47:19 12        Q.    I'm talking specifically for Rio
11:47:21 13    Tinto.  For an event study here that is
11:47:25 14    evaluating Rio Tinto, is it significant to you
11:47:27 15    that gold either be included or not be included
11:47:30 16    in the industry index?
11:47:33 17        A.    I wouldn't say either way.  I would
11:47:35 18    say it could or could not.
11:47:39 19             For example, I think some years Rio
11:47:43 20    Tinto included Newmont as a comparison.
11:47:47 21    Sometimes it didn't.  So, I think it could go
11:47:49 22    either way.
11:47:54 23        Q.    Based on your analysis of Rio
11:47:56 24    Tinto's annual reports, did you reach any
11:48:01 25    conclusion as to whether gold should be

100

CONFIDENTIAL

| | | |
|---|---|---|
| 11:48:03 | 1 | represented in an industry index? |
| 11:48:08 | 2 | A.   I think I answered I didn't reach |
| 11:48:10 | 3 | the conclusion.  I'm not sure whether the annual |
| 11:48:14 | 4 | report would have helped me. |
| 11:48:14 | 5 | But, I have said you could make the |
| 11:48:16 | 6 | argument either way.  The company in some years |
| 11:48:18 | 7 | did include a gold company and in some years it |
| 11:48:22 | 8 | did not. |
| 11:48:22 | 9 | Q.   So, specific reference to financial |
| 11:48:26 | 10 | statements.  So, I think you concluded iron ore |
| 11:48:29 | 11 | was a very significant part of Rio Tinto's |
| 11:48:32 | 12 | earnings, right? |
| 11:48:33 | 13 | A.   About 85 percent, yes. |
| 11:48:34 | 14 | Q.   And did you draw any conclusions |
| 11:48:36 | 15 | about the relative significance of gold to Rio |
| 11:48:38 | 16 | Tinto's earnings? |
| 11:48:40 | 17 | A.   I really don't recall.  It may be in |
| 11:48:44 | 18 | the report, but I don't recall. |
| 11:48:52 | 19 | Q.   Same with copper.  Do you recall any |
| 11:48:55 | 20 | conclusions about the relative significance of |
| 11:48:57 | 21 | copper to Rio Tinto's earnings? |
| 11:48:59 | 22 | A.   I don't.  I may have put them in the |
| 11:49:01 | 23 | report.  But, aside from memory, it is just the |
| 11:49:04 | 24 | dominance of iron ore. |
| 11:49:05 | 25 | Q.   Uh-huh.  And I'm sorry to jump |

101

CONFIDENTIAL

| | | |
|---|---|---|
| 11:49:21 | 1 | around. |
| 11:49:22 | 2 | But going back to the issue of steel |
| 11:49:24 | 3 | manufacturing companies, to make sure that I |
| 11:49:29 | 4 | understand, you are not expressing views that |
| 11:49:32 | 5 | steel stocks would always be negatively impacted |
| 11:49:37 | 6 | by rising iron ore prices.  Is that correct? |
| 11:49:41 | 7 | MR. KIRSCH:  Objection. |
| 11:49:42 | 8 | THE WITNESS:  That is correct.  It |
| 11:49:43 | 9 | would depend on the shock that is generating |
| 11:49:46 | 10 | the movement in both.  Nor would it be the |
| 11:49:48 | 11 | case that it is obvious that it would.  So, |
| 11:49:52 | 12 | it is -- |
| 11:49:52 | 13 | BY MR. BEDNAR: |
| 11:49:53 | 14 | Q.    Okay.  Did you do any analysis to |
| 11:50:08 | 15 | evaluate the extent to which the stock price |
| 11:50:13 | 16 | returns of iron ore miners are or are not |
| 11:50:17 | 17 | correlated with the stock price returns of steel |
| 11:50:22 | 18 | manufacturers? |
| 11:50:24 | 19 | A.    I don't recall doing that, no.  I'm |
| 11:50:29 | 20 | not sure why I would. |
| 11:50:29 | 21 | (Audio interference.) |
| 11:50:33 | 22 | -- just made, I wouldn't really |
| 11:50:35 | 23 | learn much other than the stocks that dominated |
| 11:50:39 | 24 | that period. |
| 11:50:40 | 25 | Q.    And so I want to put up your report |

102

CONFIDENTIAL

11:51:19  1    and take you to Paragraph 36, which is on Page 20

11:51:28  2    of the report, Page 24 of the PDF.

11:51:45  3                    And towards the bottom half of the

11:51:47  4    paragraph, you write, "For example, steel

11:51:48  5    manufacturers, which make up 19 percent of

11:51:51  6    Dr. Metz's index, use raw materials such as iron

11:51:56  7    ore and coke in their production.

11:51:57  8                    "Therefore an increase in the price

11:51:59  9    of iron ore or other commodities may negatively

11:52:03 10    affect steel manufacturers' earnings and their

11:52:09 11    stock prices, the opposite effect such a price

11:52:13 12    increase would be expected to have on a company

11:52:16 13    like Rio Tinto, whose revenues and profits

11:52:19 14    increase as commodity prices increase."

11:52:21 15                    Did I read that correctly?  Doctor,

11:52:30 16    did I read that section correctly?

11:52:36 17                    MR. KIRSCH:  Glenn, I think you are

11:52:38 18        muted.

11:52:44 19                    MR. BEDNAR:  We are not able to hear

11:52:46 20        you, Doctor.  You should check on your phone

11:52:48 21        and your computer to make sure that they are

11:52:51 22        both not on mute.

11:52:56 23                    THE WITNESS:  The phone is not on

11:52:57 24        mute.  I may have to log off --

11:52:59 25                    MR. KIRSCH:  Okay, Doctor.

                                                              103

CONFIDENTIAL

| | | |
|---|---|---|
| 11:53:00 | 1 | THE WITNESS:  You got me?  Okay. |
| 11:53:01 | 2 | MR. BEDNAR:  Yes. |
| 11:53:01 | 3 | THE WITNESS:  I don't know what |
| 11:53:01 | 4 | happened.  Okay.  Sorry. |
| 11:53:01 | 5 | I had answered your question, yes, |
| 11:53:02 | 6 | you did read that correctly. |
| 11:53:03 | 7 | BY MR. BEDNAR: |
| 11:53:04 | 8 | Q.    Okay.  I was worried that you had a |
| 11:53:07 | 9 | lengthy critique of my reading of that. |
| 11:53:09 | 10 | A.    No, no.  It is not controversial. |
| 11:53:12 | 11 | Q.    Okay.  If I can't get that part |
| 11:53:16 | 12 | right, it is going to be a long day. |
| 11:53:19 | 13 | And so, I want to make sure that I |
| 11:53:20 | 14 | understand this sentence where you say that an |
| 11:53:24 | 15 | increase in the price of iron ore or other |
| 11:53:28 | 16 | commodities may negatively affect steel |
| 11:53:31 | 17 | manufacturers' earnings and their stock prices. |
| 11:53:35 | 18 | It also may not negatively affect |
| 11:53:38 | 19 | their earnings and their stock prices, right? |
| 11:53:41 | 20 | A.    Right, it would depend on the |
| 11:53:44 | 21 | shocks.  And since you don't know what kind of |
| 11:53:46 | 22 | shocks would be dominating data over that period, |
| 11:53:48 | 23 | it wouldn't be a natural marriage for an index. |
| 11:53:51 | 24 | But, yes, depending on the shocks |
| 11:53:53 | 25 | you experience, ex post, that correlation can go |

104

CONFIDENTIAL

| | | |
|---|---|---|
| 11:53:56 | 1 | one way or the other. |
| 11:53:57 | 2 | Q.    Sure.  And, have you done any |
| 11:54:01 | 3 | analysis then to determine whether stock prices |
| 11:54:05 | 4 | are more often correlated with iron ore prices |
| 11:54:08 | 5 | than not? |
| 11:54:11 | 6 | A.    Sorry.  When you say stock prices, |
| 11:54:13 | 7 | do you mean Rio Tinto, or what? |
| 11:54:15 | 8 | Q.    Yes. |
| 11:54:16 | 9 | A.    I'm sorry.  Correlated with what? |
| 11:54:19 | 10 | Q.    Well, have you done either?  Did you |
| 11:54:21 | 11 | do any analysis to determine whether Rio Tinto |
| 11:54:23 | 12 | was or was not correlated with the stock prices |
| 11:54:26 | 13 | of the steel company? |
| 11:54:28 | 14 | A.    I don't recall.  Sorry.  I may have. |
| 11:54:34 | 15 | Q.    Okay. |
| 11:54:34 | 16 | A.    I wouldn't -- I'm not supposed to |
| 11:54:38 | 17 | make the answer because of what that paragraph |
| 11:54:40 | 18 | says, but I don't recall one way or the other. |
| 11:54:41 | 19 | Q.    Okay.  And did you, if you did, |
| 11:54:44 | 20 | would it be in the backup that was produced with |
| 11:54:46 | 21 | your report? |
| 11:54:48 | 22 | A.    Well, I think if it came up, it is |
| 11:54:51 | 23 | in response to Dr. Metz's deposition, where he |
| 11:54:54 | 24 | raised this.  And that is the first time I have |
| 11:54:58 | 25 | seen this argument from Dr. Metz. |

105

CONFIDENTIAL

| | | |
|---|---|---|
| 11:55:00 | 1 | I don't recall one way or the other. |
| 11:55:02 | 2 | Q.    And then similarly, did you do any |
| 11:55:07 | 3 | analysis as to whether -- whether or not there |
| 11:55:12 | 4 | was a correlation between the stock prices of |
| 11:55:15 | 5 | steel companies and the price of iron ore? |
| 11:55:20 | 6 | A.    The same answer, I don't recall |
| 11:55:26 | 7 | doing that one way or the other, for the reasons |
| 11:55:28 | 8 | that I state in Paragraph 36. |
| 11:55:42 | 9 | Q.    Did you develop a view as to whether |
| 11:55:59 | 10 | for purposes of conducting an event study of Rio |
| 11:56:04 | 11 | Tinto, that a proper industry index should have a |
| 11:56:11 | 12 | correlation to iron ore prices? |
| 11:56:17 | 13 | A.    Well, that is an example -- I guess |
| 11:56:20 | 14 | you are trying to get -- you are talking about |
| 11:56:22 | 15 | comparing firms.  You are trying to get a firm |
| 11:56:25 | 16 | whose product mix and footprint is as similar as |
| 11:56:29 | 17 | possible.  So, in that sense iron ore is very |
| 11:56:34 | 18 | important for Rio Tinto. |
| 11:56:34 | 19 | But, you could be in other |
| 11:56:36 | 20 | businesses, too, if I am understanding your |
| 11:56:39 | 21 | question. |
| 11:56:39 | 22 | Q.    Sure.  To be a proper index for an |
| 11:56:49 | 23 | event study on Rio Tinto, does the industry index |
| 11:56:51 | 24 | need to be correlated with changes in iron ore |
| 11:56:56 | 25 | prices? |

106

CONFIDENTIAL

| | | |
|---|---|---|
| 11:56:57 | 1 | A.    That is a hard question to answer |
| 11:57:00 | 2 | because you are looking ex post at data that are |
| 11:57:04 | 3 | subject to different shocks.  I think the way I |
| 11:57:08 | 4 | would define it before is it should be, you know, |
| 11:57:11 | 5 | similar footprint as possible which may well mean |
| 11:57:16 | 6 | a correlation by prices. |
| 11:57:19 | 7 | But, I haven't looked at that one |
| 11:57:21 | 8 | way or the other. |
| 11:57:25 | 9 | Q.    And I think you had a critique of |
| 11:57:28 | 10 | the S&P Metals and Mining Index because it was |
| 11:57:30 | 11 | down on April 8th, of 2011, while you contend |
| 11:57:34 | 12 | that certain metals prices were up on the day. |
| 11:57:37 | 13 | Do you recall making that critique? |
| 11:57:39 | 14 | A.    I do.  I didn't just contend it.  I |
| 11:57:42 | 15 | mean, that is a fact, but, yes. |
| 11:57:44 | 16 | Q.    So, specifically what metals prices |
| 11:57:50 | 17 | do you have in mind? |
| 11:57:52 | 18 | A.    I don't remember.  I said so in the |
| 11:57:55 | 19 | report.  If we need to go find that, if it is |
| 11:57:59 | 20 | important, or -- |
| 11:58:00 | 21 | Q.    Sure.  So, it is -- I can find the |
| 11:58:10 | 22 | page and take you to it in just a moment.  So, |
| 11:58:34 | 23 | specifically, Paragraphs 57 and 58 of your |
| 11:58:38 | 24 | report. |
| 11:58:38 | 25 | A.    Okay. |

107

CONFIDENTIAL

| | | |
|---|---|---|
| 11:58:38 | 1 | Q.    Pages 36 and 37 of the PDF. |
| 11:58:43 | 2 | A.    I am there. |
| 11:58:44 | 3 | Q.    In the hard copy, it is Pages 32 to |
| 11:58:47 | 4 | 33. |
| 11:58:48 | 5 | A.    Yes. |
| 11:58:48 | 6 | Q.    Okay.  And so you say that in 57, |
| 11:58:53 | 7 | "Dr. Metz claims there was no confounding |
| 11:58:56 | 8 | information, that is other information released |
| 11:58:58 | 9 | around the same time that could also potentially |
| 11:59:01 | 10 | have an impact on Rio Tinto's ADR price and |
| 11:59:05 | 11 | explain the abnormal returns he finds for Rio |
| 11:59:09 | 12 | Tinto's ADR on April 8, 2011. |
| 11:59:12 | 13 | "However, he failed to consider that |
| 11:59:15 | 14 | metal prices increased on April 8, 2011, which |
| 11:59:18 | 15 | several news reports noted had driven a general |
| 11:59:21 | 16 | increase in stock prices across the mining sector |
| 11:59:24 | 17 | that day." |
| 11:59:25 | 18 | And then you quote from several news |
| 11:59:28 | 19 | sources on that page, also on Paragraph 57.  Do |
| 11:59:30 | 20 | you see that? |
| 11:59:35 | 21 | A.    Yes. |
| 11:59:41 | 22 | Q.    Do you recall what metals prices |
| 11:59:42 | 23 | were up on April 8th? |
| 11:59:52 | 24 | MR. BEDNAR:  Doctor, I think you |
| 11:59:53 | 25 | might be on mute again.  We are not hearing. |

108

CONFIDENTIAL

| | | |
|---|---|---|
| 12:00:00 | 1 | Okay, I think I will ask Glen to |
| 12:00:02 | 2 | take us off the record so Dr. Hubbard can |
| 12:00:07 | 3 | just try to dial right back in. |
| 12:00:08 | 4 | THE VIDEOGRAPHER:  We are going off |
| 12:00:09 | 5 | the record, the time is 12 o'clock eastern. |
| 12:00:09 | 6 | (Recess taken -- 12:00 p.m.) |
| 12:01:09 | 7 | (After recess -- 12:01 p.m.) |
| 12:01:09 | 8 | THE VIDEOGRAPHER:  We are going back |
| 12:01:19 | 9 | on the record.  The time is 12:01 eastern. |
| 12:01:24 | 10 | BY MR. BEDNAR: |
| 12:01:25 | 11 | Q.    And, Dr. Hubbard, I will also direct |
| 12:01:27 | 12 | your attention to Paragraph 58 in which you |
| 12:01:32 | 13 | write, "In addition, the Metal Bulletin, which |
| 12:01:35 | 14 | publishes frequently cited iron or price indices |
| 12:01:40 | 15 | reported on April 11th -- or, excuse me, on |
| 12:01:43 | 16 | April 8, 2011, that iron ore stock prices, upon |
| 12:01:47 | 17 | which 85 percent of Rio Tinto's underlying |
| 12:01:51 | 18 | earnings in 2011 relied, had increased."  And |
| 12:01:55 | 19 | then you go on further in that paragraph. |
| 12:01:59 | 20 | I want to kind of take you through |
| 12:02:04 | 21 | some of the sources that you cite here. |
| 12:02:09 | 22 | A.    Okay. |
| 12:02:10 | 23 | Q.    The first would be if we look at the |
| 12:02:14 | 24 | very first bullet point on Page 57 with respect |
| 12:02:17 | 25 | to rising metal prices. |

109

CONFIDENTIAL

| | | |
|---|---|---|
| 12:02:18 | 1 | And, in Footnote 164, you cite a |
| 12:02:26 | 2 | news article from the Xinhua News Agency on |
| 12:02:32 | 3 | April 8th. |
| 12:02:32 | 4 | (Exhibit Number 1144 |
| 12:02:32 | 5 | marked for identification.) |
| 12:02:32 | 6 | BY MR. BEDNAR: |
| 12:02:33 | 7 | Q.    And so, I will pull up Exhibit 1144, |
| 12:02:43 | 8 | which is that article.  And as you see, the |
| 12:02:51 | 9 | article in the second paragraph, it has the |
| 12:02:53 | 10 | language that you quoted.  That article doesn't |
| 12:02:56 | 11 | identify what the metal prices are that were |
| 12:02:59 | 12 | rising, does it? |
| 12:03:01 | 13 | A.    That is correct.  I don't see it |
| 12:03:05 | 14 | here. |
| 12:03:05 | 15 | (Exhibit Number 1209 |
| 12:03:05 | 16 | marked for identification.) |
| 12:03:06 | 17 | BY MR. BEDNAR: |
| 12:03:06 | 18 | Q.    And, in Exhibit 1209, that is the |
| 12:03:22 | 19 | Dow Jones International article that is cited in |
| 12:03:27 | 20 | the next bullet point, Footnote 165 of your |
| 12:03:33 | 21 | report. |
| 12:03:42 | 22 | And, the very first sentence says |
| 12:03:53 | 23 | "FTSE 100 ends higher, led by heavily-weighted |
| 12:03:57 | 24 | mining stocks on the back of firm metals prices." |
| 12:03:58 | 25 | Again, that doesn't specify which |

110

CONFIDENTIAL

| | | |
|---|---|---|
| 12:04:02 | 1 | metals' prices rose that day, right? |
| 12:04:05 | 2 | A.    Correct. |
| 12:04:05 | 3 | Q.    And it actually says on the back of |
| 12:04:09 | 4 | firm metals prices, correct? |
| 12:04:13 | 5 | A.    I am sorry.  It says firm metal |
| 12:04:15 | 6 | prices.  In other words, good metal prices. |
| 12:04:20 | 7 | Q.    Yes.  Did you take that to mean |
| 12:04:22 | 8 | metals prices were up or metals prices were at |
| 12:04:26 | 9 | the same level?  Or can you tell what that means? |
| 12:04:31 | 10 | A.    Well, I haven't come back to look at |
| 12:04:36 | 11 | the data in a while. |
| 12:04:37 | 12 | It is highlighting metals as driving |
| 12:04:41 | 13 | prices.  So, one would assume high prices, but I |
| 12:04:44 | 14 | haven't gone back to look at the data. |
| 12:04:46 | 15 | Q.    In the third bullet point, which |
| 12:04:55 | 16 | cites Footnote 166, you cite a -- it cites a Dow |
| 12:05:08 | 17 | Jones International news article.  We were able |
| 12:05:09 | 18 | to identify a Market Watch article with the same, |
| 12:05:14 | 19 | same headline and your same quotation. |
| 12:05:17 | 20 | A.    Okay. |
| 12:05:18 | 21 | Q.    Do you know as you sit here today -- |
| 12:05:21 | 22 | MR. KIRSCH:  Tom, I'm sorry, which |
| 12:05:23 | 23 | exhibit are you looking at now? |
| 12:05:23 | 24 | (Exhibit Number 1134 |
| 12:05:23 | 25 | marked for identification.) |

111

CONFIDENTIAL

```
12:05:24  1            MR. BEDNAR:  Yes, I'm sorry, Mark,
12:05:25  2        it is Exhibit 1134.  Exhibit 1134.
12:05:29  3            MR. KIRSCH:  Thank you.
12:05:30  4    BY MR. BEDNAR:
12:05:32  5        Q.    Dr. Hubbard, do you know, one way or
12:05:34  6    the other, is there a chance that your citation
12:05:37  7    that you could have meant to refer to this Market
12:05:41  8    Watch article, that has the same line and the
12:05:42  9    same text.
12:05:42 10        A.    It is certainly possible.  You
12:05:44 11    should have all of these in the backup.  But, it
12:05:46 12    is certainly possible.
12:05:47 13        Q.    Okay.  And the first sentence says
12:05:53 14    that, "European markets advance Friday, followed
12:05:58 15    by a rally in Japanese stocks overnight and solid
12:06:06 16    gains for the mining sector as precious metal
12:06:09 17    prices rose once again."
12:06:11 18            What is your understanding in the
12:06:12 19    context of what the precious metals are?
12:06:14 20        A.    My recollection is this is just an
12:06:17 21    example of confounding information from a metals
12:06:22 22    price shock occurring at the same time that
12:06:28 23    Dr. Metz thinks he is measuring control.  That is
12:06:31 24    I think what all of this is about.
12:06:40 25        Q.    What are the precious metals that
```

                                                      112

CONFIDENTIAL

12:06:42  1   are being referred to here?

12:06:43  2          A.    It doesn't list them in the

12:06:44  3   articles -- in the article.

12:06:48  4          Q.    Was Rio Tinto a miner of precious

12:06:51  5   metals?

12:06:54  6          A.    Well, depends on your view of

12:06:57  7   precious.  But, not importantly, I wouldn't say.

12:06:59  8                It is a question, metals generally

12:07:01  9   leading together, as the other article suggested.

12:07:04  10                But, no, I don't think of it as

12:07:06  11   principally a precious metal firm.

12:07:09  12          Q.    And did you analyze what percentage

12:07:10  13   of the S&P Metals and Mining Index is weighted

12:07:15  14   towards precious metals miners?

12:07:18  15          A.    I don't recall doing that, no.

12:07:21  16          Q.    What about the HSBC Mining Index?

12:07:24  17          A.    I don't recall doing that, no.

12:07:27  18          Q.    Okay.  This news report doesn't

12:07:36  19   refer to iron ore prices, does it?

12:07:39  20          A.    This particular report does not

12:07:41  21   mention iron ore.  That is true.

12:07:43  22          Q.    If you look at the sixth paragraph

12:07:50  23   down, which on this version is highlighted.  The

12:07:54  24   report says, "Miners advanced Friday helped by

12:07:57  25   news that Rio Tinto PLC has clinched a majority

113

CONFIDENTIAL

| | | |
|---|---|---|
| 12:08:01 | 1 | interest in long-pursued Riversdale Mining, |
| 12:08:06 | 2 | boosting chances its takeover offer will be |
| 12:08:09 | 3 | approved." |
| 12:08:09 | 4 | Did I read that correctly? |
| 12:08:10 | 5 | A.    You did. |
| 12:08:11 | 6 | Q.    The fourth bullet point in |
| 12:08:13 | 7 | Paragraph 57 of your report cites to |
| 12:08:17 | 8 | Footnote 167, which is a Wall Street Journal |
| 12:08:21 | 9 | article.  And that is Exhibit 1133. |
| 12:08:25 | 10 | A.    Okay. |
| 12:08:25 | 11 | (Exhibit Number 1133 |
| 12:08:25 | 12 | marked for identification.) |
| 12:08:25 | 13 | BY MR. BEDNAR: |
| 12:08:25 | 14 | Q.    And I will pull that up.  The lead |
| 12:08:33 | 15 | of the article refers to solid gains for the |
| 12:08:36 | 16 | mining sector as metal prices rise once again. |
| 12:08:43 | 17 | Do you see in the -- I think it is |
| 12:08:50 | 18 | the sixth paragraph down, there is a reference to |
| 12:08:53 | 19 | it says, "Miners advanced, helped by news that |
| 12:08:56 | 20 | Rio Tinto had clinched the majority interest in |
| 12:08:59 | 21 | long pursued Riversdale Mining." |
| 12:09:02 | 22 | Do you see that? |
| 12:09:02 | 23 | A.    I do. |
| 12:09:03 | 24 | Q.    And then the next paragraph, this |
| 12:09:06 | 25 | specifies the specific prices.  That, "Gold |

114

| | | |
|---|---|---|
| 12:09:08 | 1 | prices rose once again as a weaker dollar and |
| 12:09:12 | 2 | concerns about inflation led investors to seek |
| 12:09:16 | 3 | refuge in precious metals." |
| 12:09:18 | 4 | Did I read that correctly? |
| 12:09:20 | 5 | A.    Yes, along with copper and silver. |
| 12:09:22 | 6 | Q.    And silver. |
| 12:09:23 | 7 | A.    But, that is what is referred to |
| 12:09:25 | 8 | there. |
| 12:09:25 | 9 | Q.    And within the context of reporting |
| 12:09:27 | 10 | on those specific precious metal prices, the Wall |
| 12:09:33 | 11 | Street Journal reported on gains for Barrick |
| 12:09:36 | 12 | Gold, Randgold, which are gold miners.  And then |
| 12:09:41 | 13 | the silver miner, Fresnillo, right? |
| 12:09:46 | 14 | A.    That is what is in the report, yes. |
| 12:09:47 | 15 | Q.    And the article doesn't mention |
| 12:09:48 | 16 | anything about iron ore prices, does it? |
| 12:09:51 | 17 | A.    That is certainly true. |
| 12:09:53 | 18 | Q.    And then the last bullet point, |
| 12:09:56 | 19 | which goes to Footnote 168, refers to an article |
| 12:10:03 | 20 | in Market Watch.  Exhibit 1135. |
| 12:10:03 | 21 | (Exhibit Number 1135 |
| 12:10:03 | 22 | marked for identification.) |
| 12:10:03 | 23 | BY MR. BEDNAR: |
| 12:10:23 | 24 | Q.    If you go midway through the page, |
| 12:10:24 | 25 | Market Watch writes, "Miners ranked among the top |

115

CONFIDENTIAL

| | | |
|---|---|---|
| 12:10:28 | 1 | gainers in London's benchmark index as gold, |
| 12:10:33 | 2 | silver and copper prices rose sharply." |
| 12:10:36 | 3 | And then again there is a reference |
| 12:10:38 | 4 | to Rio Tinto rising after acquiring the majority |
| 12:10:41 | 5 | interest in Riversdale. |
| 12:10:43 | 6 | There is no mention of Rio Tinto in |
| 12:10:45 | 7 | connection with those rising metals prices, |
| 12:10:49 | 8 | correct? |
| 12:10:49 | 9 | A.    Not in this article. |
| 12:10:51 | 10 | Q.    And there is no mention of iron ore |
| 12:10:56 | 11 | prices in this article? |
| 12:10:57 | 12 | A.    That is certainly true. |
| 12:11:02 | 13 | Q.    If I take you back to your report, |
| 12:11:19 | 14 | at Paragraph 58.  You state that the Metal |
| 12:11:34 | 15 | Bulletin reported on April 8th that iron ore spot |
| 12:11:37 | 16 | prices had increased.  Right? |
| 12:11:40 | 17 | A.    Yes. |
| 12:11:40 | 18 | Q.    And then, taking you down to the |
| 12:11:44 | 19 | bottom of the page.  In connection with that |
| 12:11:50 | 20 | statement, you cite in Footnote 168 -- I'm sorry, |
| 12:11:59 | 21 | I'm referring to -- |
| 12:12:00 | 22 | A.    170 -- |
| 12:12:03 | 23 | Q.    Yes.  170, you refer to the Metal |
| 12:12:09 | 24 | Bulletin report as well as the report in the |
| 12:12:10 | 25 | Hobart Mercury, right? |

116

CONFIDENTIAL

| | | |
|---|---|---|
| 12:12:13 | 1 | A.    Yes. |
| 12:12:13 | 2 | Q.    You cite those for the proposition |
| 12:12:27 | 3 | that iron ore spot prices increased on April 8th. |
| 12:12:33 | 4 | Is that correct? |
| 12:12:33 | 5 | A.    Yes, sir. |
| 12:12:34 | 6 | Q.    And is it your assertion that iron |
| 12:12:37 | 7 | ore prices increased on April 8th or that they |
| 12:12:40 | 8 | increased at some point prior to April 8th? |
| 12:12:44 | 9 | A.    That is when it is recorded.  I |
| 12:12:47 | 10 | don't really recall the exact news article.  When |
| 12:12:52 | 11 | was that announced, I don't recall. |
| 12:12:52 | 12 | (Exhibit Number 1138 |
| 12:12:52 | 13 | marked for identification.) |
| 12:12:54 | 14 | BY MR. BEDNAR: |
| 12:12:54 | 15 | Q.    Okay.  So, pull up Exhibit 1138, |
| 12:13:03 | 16 | which is the report from the Hobart Mercury, |
| 12:13:06 | 17 | dated 8 April 2011. |
| 12:13:10 | 18 | Is this the article that you were |
| 12:13:13 | 19 | citing in Footnote 170 of your report? |
| 12:13:17 | 20 | A.    Yes, sir. |
| 12:13:20 | 21 | Q.    Do you know what country the Hobart |
| 12:13:23 | 22 | Mercury is published in? |
| 12:13:26 | 23 | A.    I would presume Australia or New |
| 12:13:30 | 24 | Zealand.  I don't remember which.  I'm sorry. |
| 12:13:32 | 25 | Q.    That is okay.  So, if an article in |

117

CONFIDENTIAL

| | | |
|---|---|---|
| 12:13:34 | 1 | the Hobart Mercury has a publication date of |
| 12:13:38 | 2 | 8 April, would the date of the publication of |
| 12:13:40 | 3 | that news in New York be the 7th of April 2011? |
| 12:13:43 | 4 | A.    Okay. |
| 12:13:49 | 5 | Q.    Do you agree with that? |
| 12:13:51 | 6 | A.    I am sorry.  I don't -- I can |
| 12:13:54 | 7 | certainly see the 8 April.  I'm not sure I see |
| 12:13:57 | 8 | the other.  But I will accept it subject to |
| 12:14:01 | 9 | check.  Sure. |
| 12:14:02 | 10 | Q.    And what I'm asking is simply a |
| 12:14:04 | 11 | publication date of 8 April from an Australian or |
| 12:14:08 | 12 | a New Zealand-based publication, that would come |
| 12:14:11 | 13 | out on April 7th in New York, correct? |
| 12:14:15 | 14 | MR. KIRSCH:  Objection.  Lack of |
| 12:14:16 | 15 | foundation. |
| 12:14:17 | 16 | THE WITNESS:  It certainly is not at |
| 12:14:20 | 17 | the same time, if that is your question. |
| 12:14:20 | 18 | (Exhibit Number 1139 |
| 12:14:20 | 19 | marked for identification.) |
| 12:14:20 | 20 | BY MR. BEDNAR: |
| 12:14:23 | 21 | Q.    Okay.  And by way of example, I will |
| 12:14:25 | 22 | show you Exhibit 1139, which is another report |
| 12:14:35 | 23 | from the Hobart Mercury, dated 8 April 2011, |
| 12:14:41 | 24 | titled, Riversdale Gives Okay to Rio's Takeover |
| 12:14:47 | 25 | Bid. |

118

CONFIDENTIAL

| | | |
|---|---|---|
| 12:14:47 | 1 | And the lead of the article reads, |
| 12:14:51 | 2 | "Riversdale Mining has recommended shareholders |
| 12:14:54 | 3 | accept Rio Tinto's $3.9 billion takeover bid |
| 12:14:58 | 4 | after the mining giant gained just under |
| 12:15:02 | 5 | 50 percent of the coal miner." |
| 12:15:06 | 6 | Did I read that correctly? |
| 12:15:07 | 7 | A.    Yes. |
| 12:15:09 | 8 | Q.    And so this April 8th article in the |
| 12:15:12 | 9 | Hobart Mercury is reporting on events of |
| 12:15:15 | 10 | April 7, 2011.  Correct? |
| 12:15:17 | 11 | A.    Correct. |
| 12:15:18 | 12 | MR. KIRSCH:  Objection. |
| 12:15:20 | 13 | BY MR. BEDNAR: |
| 12:15:22 | 14 | Q.    Take you back to Exhibit 1138, which |
| 12:15:28 | 15 | is the April 8, 2011, Hobart Mercury report, |
| 12:15:34 | 16 | titled, Mining boom a boost for juniors. |
| 12:15:47 | 17 | So, as you sit here today, do you |
| 12:15:53 | 18 | have a basis for ascertaining on what date in New |
| 12:15:57 | 19 | York this report was published? |
| 12:16:00 | 20 | A.    I would have to go back and check. |
| 12:16:03 | 21 | Q.    Okay.  If it was published on |
| 12:16:08 | 22 | April 7th in New York, would you agree that any |
| 12:16:10 | 23 | news contained in this report would be |
| 12:16:13 | 24 | incorporated into the market on April 7th? |
| 12:16:17 | 25 | A.    The question is what time of day it |

119

**CONFIDENTIAL**

| | | |
|---|---|---|
| 12:16:19 | 1 | comes out.  As I say, if this is important to |
| 12:16:22 | 2 | you, Ii would have to go back and take a look and |
| 12:16:25 | 3 | be ready next time we meet. |
| 12:16:27 | 4 | Q.   And so your assertion that iron ore |
| 12:16:31 | 5 | prices went up and that that news was reported on |
| 12:16:34 | 6 | April 8, to the extent that you rely on this news |
| 12:16:37 | 7 | report in support of that assertion, we would |
| 12:16:39 | 8 | have to check what time it came out.  Is that |
| 12:16:42 | 9 | right? |
| 12:16:43 | 10 | A.   Not to check what time it came out, |
| 12:16:47 | 11 | but that it was reported on April 8.  We would |
| 12:16:50 | 12 | have to check the time between New York and |
| 12:16:51 | 13 | Australia. |
| 12:16:58 | 14 | Q.   And, if you look at Paragraph 58 of |
| 12:17:06 | 15 | your report in Footnote 170, the other source |
| 12:17:10 | 16 | that you cite is a Metals Bulletin article.  And |
| 12:17:16 | 17 | that is Exhibit 1140. |
| 12:17:19 | 18 | A.   Yes. |
| 12:17:19 | 19 | (Exhibit Number 1140 |
| 12:17:19 | 20 | marked for identification.) |
| 12:17:20 | 21 | BY MR. BEDNAR: |
| 12:17:20 | 22 | Q.   And I am pulling that up so that you |
| 12:17:22 | 23 | can look at it.  It is titled, "China Steel Wrap: |
| 12:17:29 | 24 | Shanghai Rebar Up 3 Percent Despite Short Week." |
| 12:17:35 | 25 | That also has a publication date of |

120

CONFIDENTIAL

| | | |
|---|---|---|
| 12:17:38 | 1 | 8 April 2011.  Right? |
| 12:17:42 | 2 | A.    Yes. |
| 12:17:43 | 3 | Q.    And it has a publication time of |
| 12:17:45 | 4 | 5:30 in the morning right under the date.  Is |
| 12:17:47 | 5 | that correct? |
| 12:17:48 | 6 | A.    It does.  I'm not sure what that |
| 12:17:52 | 7 | time refers to where it comes out.  But, yes, I |
| 12:17:55 | 8 | can certainly see this, yes. |
| 12:17:57 | 9 | Q.    Do you know where Metal Bulletin is |
| 12:18:00 | 10 | published? |
| 12:18:01 | 11 | A.    I don't, off the top of my head.  I |
| 12:18:03 | 12 | believe it is a Chinese publication, but I don't |
| 12:18:08 | 13 | know off the top of my head. |
| 12:18:09 | 14 | Q.    Okay.  If I represent to you that |
| 12:18:13 | 15 | Metal Bulletin is a London based publication -- |
| 12:18:16 | 16 | A.    Okay. |
| 12:18:16 | 17 | Q.    -- if you were to accept that |
| 12:18:18 | 18 | assumption for purposes of this question, that |
| 12:18:20 | 19 | means that the time of this report would most |
| 12:18:24 | 20 | likely be just after midnight on April 8th in New |
| 12:18:28 | 21 | York.  Correct? |
| 12:18:30 | 22 | A.    If the time stamp refers to London |
| 12:18:34 | 23 | time. |
| 12:18:35 | 24 | Q.    Correct. |
| 12:18:35 | 25 | A.    Yes. |

121

CONFIDENTIAL

```
12:18:36   1          Q.    And specifically you cited this
12:18:44   2   Metal Bulletin report in support of your
12:18:47   3   assertion that iron ore prices rose.
12:18:54   4               There are a number of prices
12:18:56   5   recorded in this report.
12:19:00   6               Were you referring to the second
12:19:02   7   sentence that says, "Spot iron ore price up
12:19:06   8   3.3 percent week-on-week at $186-187?"
12:19:13   9          A.    That is the quote.  But, that looks
12:19:19  10   like the title.  So, yes, that would be among
12:19:21  11   them, yes.
12:19:21  12          Q.    Okay.  Do you agree the other prices
12:19:25  13   that are referred to here, Shanghai rebar, wire
12:19:32  14   rod, those are prices for finished steel
12:19:36  15   products.  Correct?
12:19:36  16          A.    That's correct.
12:19:38  17          Q.    And so, the specific week-on-week
12:19:41  18   increase in spot iron ore, that is the only iron
12:19:45  19   ore price that is being referred to in this
12:19:47  20   article.  Right?
12:19:48  21          A.    That is correct.  Although this is
12:19:50  22   again referring to the demand shocks.  This would
12:19:53  23   technically move everything, going back to our
12:19:56  24   earlier conversation, yes.
12:19:57  25          Q.    Right.  And, the increase that is
```

122

CONFIDENTIAL

| | | |
|---|---|---|
| 12:20:00 | 1 | being reported, that is a week-on-week increase, |
| 12:20:03 | 2 | right? |
| 12:20:03 | 3 | A.    Yes. |
| 12:20:06 | 4 | Q.    Which spot price is being referred |
| 12:20:11 | 5 | to here? |
| 12:20:12 | 6 | A.    I really don't recall. |
| 12:20:16 | 7 | Q.    Is there only one spot price in the |
| 12:20:20 | 8 | iron ore market as of April of 2011? |
| 12:20:23 | 9 | A.    I don't recall one way or the other. |
| 12:20:25 | 10 | Q.    Do you have an understanding as to |
| 12:20:26 | 11 | whether there are multiple prices for iron ore, |
| 12:20:30 | 12 | depending on the particular blend of iron ore? |
| 12:20:34 | 13 | A.    I would guess that there would be, |
| 12:20:35 | 14 | yes. |
| 12:20:36 | 15 | Q.    And that there are different spot |
| 12:20:39 | 16 | prices for iron ore depending on the delivery for |
| 12:20:44 | 17 | the iron ore? |
| 12:20:45 | 18 | A.    Well, that is mechanical, yes. |
| 12:20:47 | 19 | Q.    And, do you know in April 8, 2011, |
| 12:20:51 | 20 | if there was any particular spot price that |
| 12:20:54 | 21 | was -- was or was not relevant to Rio Tinto? |
| 12:20:57 | 22 | A.    I don't recall, sorry. |
| 12:21:04 | 23 | MR. KIRSCH:  Objection. |
| 12:21:05 | 24 | BY MR. BEDNAR: |
| 12:21:05 | 25 | Q.    You say you don't recall.  Is that |

123

CONFIDENTIAL

| | | |
|---|---|---|
| 12:21:06 | 1 | something that you analyzed in the course of |
| 12:21:08 | 2 | doing your work on this report? |
| 12:21:11 | 3 | A.   I may well have seen that in the |
| 12:21:13 | 4 | search for the early section of the report from |
| 12:21:16 | 5 | the company.  But, I really don't recall sitting |
| 12:21:18 | 6 | here today. |
| 12:21:22 | 7 | Q.   Your assertion that iron ore prices |
| 12:21:25 | 8 | went up on April 8th, do you rely on any other |
| 12:21:28 | 9 | source for that assertion besides the two |
| 12:21:30 | 10 | articles that you cite in Footnote 170? |
| 12:21:37 | 11 | A.   In terms of what is written here, |
| 12:21:39 | 12 | no, I don't. |
| 12:21:41 | 13 | Q.   You say in terms of what is written |
| 12:22:01 | 14 | here. |
| 12:22:02 | 15 | Are you relying on any other source |
| 12:22:04 | 16 | of information for your understanding that iron |
| 12:22:07 | 17 | ore prices went up as announced on April 8, 2011? |
| 12:22:10 | 18 | A.   Not that I recall, no. |
| 12:22:13 | 19 | Q.   And, Paragraph 58 of your report, in |
| 12:23:03 | 20 | the first sentence you state, "In addition, the |
| 12:23:06 | 21 | Metal Bulletin, which publishes frequently cited |
| 12:23:10 | 22 | iron ore price indices, reported on |
| 12:23:13 | 23 | April 8, 2011, that iron ore spot prices upon |
| 12:23:17 | 24 | which 85 percent of Rio Tinto's underlying |
| 12:23:19 | 25 | earnings in 2011 relied had increased." |

124

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

| | | |
|---|---|---|
| 12:23:24 | 1 | What is your support for your |
| 12:23:27 | 2 | assertion that 85 percent of Rio Tinto's |
| 12:23:29 | 3 | underlying earnings rely on iron ore spot |
| 12:23:33 | 4 | pricing? |
| 12:23:34 | 5 | A.    Well, they come from iron ore, the |
| 12:23:39 | 6 | commodity value which is its stock price. |
| 12:23:43 | 7 | Q.    In April of 2011, did Rio Tinto's |
| 12:23:47 | 8 | iron ore sales depend on the spot price -- |
| 12:23:50 | 9 | Let me ask that a different way. |
| 12:23:52 | 10 | Did Rio Tinto sell at the spot price |
| 12:23:55 | 11 | as of April 8, 2011? |
| 12:23:58 | 12 | A.    I don't recall one way or the other. |
| 12:24:02 | 13 | This is just a statement about the domination of |
| 12:24:04 | 14 | iron ore and the earnings of the company. |
| 12:24:11 | 15 | Q.    Well, in literal terms, this is a |
| 12:24:13 | 16 | representation that 85 percent of Rio Tinto's |
| 12:24:17 | 17 | underlying earnings in 2011 relied on iron ore |
| 12:24:20 | 18 | spot prices. |
| 12:24:21 | 19 | I'm asking you what analysis did you |
| 12:24:23 | 20 | do to determine that 85 percent of earnings |
| 12:24:26 | 21 | relied on the spot price as opposed to a |
| 12:24:29 | 22 | different iron ore price? |
| 12:24:32 | 23 | A.    If I am understanding your question, |
| 12:24:34 | 24 | all I meant there is that it relies on iron ore, |
| 12:24:38 | 25 | the marginal price and spot price.  That is all |

125

CONFIDENTIAL

| | | |
|---|---|---|
| 12:24:41 | 1 | it says. |
| 12:24:42 | 2 | Q. So, do you agree with me that Rio |
| 12:24:48 | 3 | Tinto's underlying earnings may just as well |
| 12:24:51 | 4 | depend on longer term iron ore prices as opposed |
| 12:24:55 | 5 | to the spot price? |
| 12:24:57 | 6 | A. We can -- sorry -- |
| 12:25:05 | 7 | Q. No, I just wasn't hearing you. Go |
| 12:25:07 | 8 | ahead. |
| 12:25:07 | 9 | A. No, I thought Mr. Kirsch was saying |
| 12:25:10 | 10 | something. |
| 12:25:10 | 11 | It could well depend on both, |
| 12:25:12 | 12 | depending on the contracts that he uses. |
| 12:25:14 | 13 | Q. Did you do any analysis to determine |
| 12:25:16 | 14 | whether or not in April of 2011, Rio Tinto -- |
| 12:25:23 | 15 | whether its iron ore sales were priced on a |
| 12:25:26 | 16 | quarterly or other long-term basis? |
| 12:25:29 | 17 | A. No. I don't recall doing that. I'm |
| 12:25:31 | 18 | not sure why I would, no. |
| 12:25:33 | 19 | Q. Would that have been relevant to |
| 12:25:40 | 20 | your assertion that 85 percent of Rio Tinto's |
| 12:25:43 | 21 | underlying earnings rely on the iron ore spot |
| 12:25:46 | 22 | prices? |
| 12:25:47 | 23 | A. Not the sense in which I mean it, |
| 12:25:50 | 24 | no. |
| 12:25:51 | 25 | Q. The sense in which you mean it is |

126

CONFIDENTIAL

| | | |
|---|---|---|
| 12:25:53 | 1 | that the iron ore spot price is relevant to Rio |
| 12:25:56 | 2 | Tinto's earnings, rather than that the earnings |
| 12:25:59 | 3 | are dependent on them? |
| 12:26:00 | 4 | A.   Yes, the earnings are dependent on |
| 12:26:03 | 5 | iron ore, these marginal price, and spot price. |
| 12:26:09 | 6 | That is all this sentence is trying to say. |
| 12:26:22 | 7 | Q.   If there was an increase in iron ore |
| 12:26:25 | 8 | spot prices on April 8th, if we assume that, |
| 12:26:28 | 9 | would that tell you all you need to know about |
| 12:26:30 | 10 | whether or not that would affect Rio Tinto's |
| 12:26:32 | 11 | underlying earnings? |
| 12:26:34 | 12 | A.   Well, it is not a well posed |
| 12:26:39 | 13 | question.  I guess over what period, what do you |
| 12:26:41 | 14 | think about the time path for iron ore.  All of |
| 12:26:45 | 15 | those would be important. |
| 12:26:47 | 16 | Q.   Would you for instance want to know |
| 12:26:52 | 17 | whether that change in spot price affected the |
| 12:26:57 | 18 | long-term contracts on which Rio Tinto was |
| 12:27:00 | 19 | selling iron ore? |
| 12:27:03 | 20 | MR. KIRSCH:  Objection, vague. |
| 12:27:05 | 21 | THE WITNESS:  Well, I'm not quite |
| 12:27:07 | 22 | sure I can answer that.  I think what you |
| 12:27:10 | 23 | meant to ask me is, is just the knowledge of |
| 12:27:14 | 24 | the spot price or the current contracts |
| 12:27:17 | 25 | enough. |

127

CONFIDENTIAL

| | | |
|---|---|---|
| 12:27:17 | 1 | The question is really more what do |
| 12:27:18 | 2 | you think -- excuse me, is being signalled |
| 12:27:21 | 3 | about expectations of the future marginal |
| 12:27:24 | 4 | prices. |
| 12:27:24 | 5 | So, I wouldn't know enough to know |
| 12:27:28 | 6 | the answer to the question you just asked. |
| 12:27:30 | 7 | BY MR. BEDNAR: |
| 12:27:31 | 8 | Q.    Is there an iron ore futures market? |
| 12:27:34 | 9 | A.    I believe so. |
| 12:27:35 | 10 | Q.    Did you do any analysis of whether |
| 12:27:38 | 11 | iron ore futures prices had changed on April 8th? |
| 12:27:44 | 12 | A.    I don't recall doing that, no. |
| 12:27:47 | 13 | Q.    If Rio Tinto price contracts on a |
| 12:27:50 | 14 | long-term basis, would iron ore futures price be |
| 12:27:54 | 15 | any more or less relevant than spot prices to Rio |
| 12:27:57 | 16 | Tinto's earnings expectations? |
| 12:28:00 | 17 | A.    Based on the structure of contracts, |
| 12:28:03 | 18 | I'm only accepting it for the sake of argument, |
| 12:28:06 | 19 | the way you have described the contracts. |
| 12:28:08 | 20 | The fact that somebody was on a |
| 12:28:10 | 21 | long-term contract doesn't mean that -- I don't |
| 12:28:13 | 22 | know enough of the facts of the contracts to |
| 12:28:15 | 23 | answer the question. |
| 12:28:17 | 24 | Q.    Sure.  The structure of Rio Tinto's |
| 12:28:19 | 25 | iron ore contracts wasn't something that you |

128

CONFIDENTIAL

| | | |
|---|---|---|
| 12:28:21 | 1 | considered in preparing your report.  Right? |
| 12:28:22 | 2 | A.    No.  I can't imagine why I would, |
| 12:28:25 | 3 | but no would be the simple answer. |
| 12:28:26 | 4 | Q.    Okay.  Because it wasn't relevant to |
| 12:28:29 | 5 | your assertion that 85 percent of underlying |
| 12:28:32 | 6 | earnings relies on the spot price, right? |
| 12:28:35 | 7 | A.    In the sense of what I meant it, no, |
| 12:28:37 | 8 | it is not. |
| 12:28:38 | 9 | Q.    Okay.  And to be clear, you meant it |
| 12:28:39 | 10 | in a different sense from what you wrote it? |
| 12:28:41 | 11 | A.    No. |
| 12:28:42 | 12 | MR. KIRSCH:  Objection, lacks |
| 12:28:43 | 13 | foundation. |
| 12:28:43 | 14 | THE WITNESS:  I read it the way that |
| 12:28:45 | 15 | I'm saying it to you now.  You read it |
| 12:28:50 | 16 | differently. |
| 12:29:30 | 17 | MR. KIRSCH:  Tom, while you are |
| 12:29:31 | 18 | pausing, it is about 12:30.  Let me inquire |
| 12:29:34 | 19 | when we are all going to do lunch today and |
| 12:29:38 | 20 | how long that would be. |
| 12:29:41 | 21 | MR. BEDNAR:  I'm coming towards the |
| 12:29:42 | 22 | end of a line of questioning and then we can |
| 12:29:44 | 23 | go off the record and discuss how long you |
| 12:29:45 | 24 | want to take.  Does that make sense? |
| 12:29:48 | 25 | THE WITNESS:  Sure.  Works for me. |

129

CONFIDENTIAL

```
12:29:49  1              MR. KIRSCH:  Okay, thank you.
12:29:49  2              (Whereupon, previously marked
12:29:49  3                 Exhibit 14, first referral.)
12:29:49  4      BY MR. BEDNAR:
12:29:58  5          Q.    Doctor, I'm going to pull up Defense
12:30:02  6      Exhibit 14.  That is Rio Tinto's 2011 Annual
12:30:08  7      Report.  And I will take you to Page 176 of the
12:30:27  8      PDF.  For you, that will be Page 174 of the
12:30:30  9      report itself.
12:30:37 10              This is the notes to the 2011
12:30:39 11      financial statements.
12:30:44 12          A.    Okay.
12:30:45 13          Q.    Note 31 is titled Financial Risk
12:30:48 14      Management.  If you look at the second paragraph,
12:31:06 15      the second sentence says, "In the long-term,
12:31:09 16      natural hedges operate in a number of ways to
12:31:12 17      help protect and save lost earnings and cash
12:31:18 18      flow."
12:31:18 19              Do you see that?
12:31:19 20          A.    Yes.
12:31:22 21          Q.    The -- if you look at the next
12:31:29 22      paragraph, if you look at the second sentence,
12:31:58 23      "The relationship between commodity prices and
12:32:00 24      the currencies of most of the countries in which
12:32:03 25      the group operates provides further natural
```

130

CONFIDENTIAL

| | | |
|---|---|---|
| 12:32:05 | 1 | protection in the long-term." |
| 12:32:07 | 2 | Did I read that correctly? |
| 12:32:08 | 3 | A.    Yes. |
| 12:32:09 | 4 | Q.    The last sentence of that paragraph |
| 12:32:19 | 5 | says, "These natural hedges significantly reduce |
| 12:32:22 | 6 | the necessity for using derivatives or other |
| 12:32:25 | 7 | forms of synthetic hedging.  Such hedging is |
| 12:32:28 | 8 | therefore undertaken to a strictly limited degree |
| 12:32:31 | 9 | as described below." |
| 12:32:33 | 10 | Have I read that correctly? |
| 12:32:34 | 11 | A.    You have. |
| 12:32:36 | 12 | Q.    Did you consider in preparing your |
| 12:32:41 | 13 | report at all the impact of Rio Tinto's natural |
| 12:32:45 | 14 | hedges on the extent to which the spot price of |
| 12:32:48 | 15 | iron ore would impact its earnings? |
| 12:32:53 | 16 | A.    I did not, no. |
| 12:32:59 | 17 | Q.    Would you agree that if Rio Tinto |
| 12:33:01 | 18 | has natural hedges, that as Rio Tinto says |
| 12:33:06 | 19 | operates in a number of ways to help protect and |
| 12:33:09 | 20 | stabilize earnings and cash flow, that the impact |
| 12:33:13 | 21 | of a change in spot prices on one day on Rio |
| 12:33:19 | 22 | Tinto's underlying earnings may be diminished? |
| 12:33:23 | 23 | A.    I don't know that you could conclude |
| 12:33:25 | 24 | that.  It would depend on particular currencies. |
| 12:33:29 | 25 | And, so they were giving you examples.  And they |

131

CONFIDENTIAL

12:33:34 1    are talking over the long-term, not at a point in

12:33:37 2    time.  So, I don't think you could know, one way

12:33:40 3    or the other, from that paragraph.

12:33:41 4         Q.    You say, to determine the effect of

12:33:42 5    a change on spot prices for any commodity on Rio

12:33:46 6    Tinto's underlying earnings.  Would you want to

12:33:50 7    consider the nature of those hedges?

12:33:53 8         A.    It is not a well posed question.

12:33:57 9    Earnings when, over what period, for what

12:34:00 10   commodity price assumption?

12:34:02 11              It is just sort of unrelated to the

12:34:04 12   statement in my report.  But, I'm happy to

12:34:07 13   answer.

12:34:07 14        Q.    Well, the statement in your report

12:34:09 15   is that Rio Tinto's underlying earnings rely on

12:34:13 16   iron ore spot prices.

12:34:14 17              And I'm trying to ascertain whether

12:34:16 18   you consider the presence of natural hedges to be

12:34:20 19   at all relevant to that assertion in your report?

12:34:23 20        A.    I didn't consider it.  Nothing in

12:34:29 21   this would suggest that it would be terribly

12:34:31 22   important over any particular interval without a

12:34:33 23   lot of other assumptions.

12:34:34 24              So, I don't know how one could.  I'm

12:34:37 25   not sure what you are asking me to do.  But, I

                                                          132

CONFIDENTIAL

| | | |
|---|---|---|
| 12:34:40 | 1 | didn't.  That is simple. |
| 12:34:43 | 2 | MR. BEDNAR:  We can go ahead and go |
| 12:34:45 | 3 | off the record and I will ask how long you |
| 12:34:47 | 4 | will want. |
| 12:34:49 | 5 | MR. KIRSCH:  Okay, thank you. |
| 12:34:51 | 6 | THE VIDEOGRAPHER:  All right.  We |
| 12:34:52 | 7 | are going off the record.  The time is 12:34 |
| 12:34:55 | 8 | eastern time. |
| 12:34:55 | 9 | (Recess taken -- 12:34 p.m.) |
| 13:10:07 | 10 | (After recess -- 1:11 p.m.) |
| 13:10:07 | 11 | THE VIDEOGRAPHER:  We are going back |
| 13:11:23 | 12 | on the record.  The time is 1:11 eastern. |
| 13:11:23 | 13 | (Whereupon, previously marked |
| 13:11:23 | 14 | Exhibit 212, first referral.) |
| 13:11:23 | 15 | BY MR. BEDNAR: |
| 13:11:28 | 16 | Q.    Dr. Hubbard, I wanted to put in |
| 13:11:31 | 17 | front of you a copy of Dr. Metz's opening report, |
| 13:11:37 | 18 | which is Exhibit 212, Defense Exhibit 212. |
| 13:11:44 | 19 | A.    Okay. |
| 13:11:44 | 20 | Q.    And, specifically I will take you to |
| 13:11:47 | 21 | the second page of the report, under the Summary |
| 13:11:51 | 22 | of Opinions, Paragraph 16. |
| 13:11:55 | 23 | So, one of Dr. Metz's opinions is, |
| 13:11:58 | 24 | "After analyzing the market's reaction to Rio |
| 13:12:01 | 25 | Tinto's acquisition of the Riversdale Mining |

133

CONFIDENTIAL

13:12:04  1   assets on April 8, 2011, I conclude that this

13:12:07  2   acquisition was accretive.

13:12:10  3           "The market believed that these

13:12:12  4   assets had upside for Rio Tinto and this was

13:12:14  5   reflected in a statistically significant positive

13:12:18  6   excess return in the ADR price that day."

13:12:20  7           Did I read that correctly?

13:12:22  8       A.    You did.

13:12:23  9       Q.    So, this morning you said several

13:12:27 10   times that you found the issue of April 8th to be

13:12:35 11   irrelevant.

13:12:36 12           Is this specifically the opinion

13:12:38 13   that you find to be irrelevant?

13:12:42 14       A.    This opinion I just disagree with.

13:12:45 15           I think the question he is asking to

13:12:49 16   be irrelevant.

13:12:49 17           The question I think in the case is

13:12:51 18   whether an impairment taken at a later date,

13:12:55 19   January of 2013, whether that has an effect on

13:13:00 20   the stock price.

13:13:00 21           Whether the original investment was

13:13:02 22   accretive, break even, value destroying.  Is

13:13:08 23   literally unrelated to that question.

13:13:10 24           Now, I disagree with everything in

13:13:13 25   16, but what I was saying this morning is I don't

134

CONFIDENTIAL

13:13:17  1    see why you need it.  It is literally a waste of

13:13:20  2    time from an economic perspective.  Maybe for the

13:13:28  3    lawyers, there is some legal issue there.

13:13:28  4            But, there is zero economic

13:13:30  5    relevance.

13:13:30  6        Q.    Zero economic relevance to what?

13:13:33  7        A.    The question I think that is before

13:13:34  8    the court which is about the effect of the

13:13:36  9    impairment on Rio Tinto.

13:13:37  10           Had the original acquisition been

13:13:39  11   accretive, had it exactly broken even, had it

13:13:42  12   been value destroying?  Knowing the answer to

13:13:46  13   which one of those it was, doesn't inform the

13:13:48  14   main question.

13:13:49  15           So I don't really see why this is

13:13:52  16   interesting at all.

13:13:54  17           But, yes, I still disagree with

13:13:56  18   everything in 16 on more technical grounds.

13:13:59  19           But I am baffled from an economic

13:14:03  20   perspective on why Dr. Metz thinks this is

13:14:07  21   important.

13:14:07  22       Q.    What is the basis of your

13:14:09  23   understanding of what the relevant issues in this

13:14:11  24   case are?

13:14:14  25           MR. KIRSCH:  You mean from an

135

CONFIDENTIAL

13:14:15   1        economic perspective?

13:14:24   2   BY MR. BEDNAR:

13:14:24   3        Q.    What is the basis --

13:14:24   4        A.    Sorry.

13:14:24   5        Q.    Yes, I am rephrasing the question.

13:14:26   6   What is the basis for your understanding of what

13:14:28   7   the relevant economic issues in this case are?

13:14:35   8        A.    In the complaint, the SEC alleges

13:14:37   9   some action.

13:14:38   10            For example, the impairment

13:14:41   11   affecting the stock price.  Getting at that

13:14:44   12   question, which is an economic question and the

13:14:46   13   court will decide it, or jury wherever this goes,

13:14:49   14   does not require knowledge of whether the

13:14:52   15   original investment was accretive or breaks even

13:14:56   16   or is value destroying.

13:14:58   17            It is literally not related.  And,

13:15:02   18   unfortunately, Dr. Metz trips up himself in a lot

13:15:08   19   of ways in that analysis, when he needn't have

13:15:11   20   done it at all.

13:15:13   21            From an economic perspective, I

13:15:15   22   don't think there is any disagreement here.

13:15:17   23        Q.    But your opinion is not --

13:15:18   24            But, you are not expressing an

13:15:20   25   opinion on what is legally relevant in this case,

136

CONFIDENTIAL

| | | |
|---|---|---|
| 13:15:23 | 1 | are you? |
| 13:15:24 | 2 | A.   I can't be.  I'm not a lawyer.  But |
| 13:15:27 | 3 | I would be astonished if something that is |
| 13:15:32 | 4 | economically irrelevant suddenly has a legal |
| 13:15:35 | 5 | value.  But I would have to defer to the |
| 13:15:37 | 6 | attorneys on that. |
| 13:15:38 | 7 | Q.   Well, ultimately, you have to defer |
| 13:15:39 | 8 | to the judge on what is relevant in this case, |
| 13:15:41 | 9 | right? |
| 13:15:42 | 10 | A.   Well, of course.  I just don't think |
| 13:15:44 | 11 | it is from an economic perspective.  He or she |
| 13:15:47 | 12 | will decide. |
| 13:15:53 | 13 | Q.   And, so it is your contention of |
| 13:16:02 | 14 | Dr. Metz's opinions with respect to April 8, |
| 13:16:05 | 15 | 2011, are irrelevant to the issue of the impact |
| 13:16:07 | 16 | of the 2013 impairment on Rio Tinto, correct? |
| 13:16:12 | 17 | A.   Partly -- |
| 13:16:15 | 18 | MR. KIRSCH:  Objection. |
| 13:16:17 | 19 | THE WITNESS:  They are both |
| 13:16:18 | 20 | incorrect and irrelevant. |
| 13:16:20 | 21 | They are irrelevant because he |
| 13:16:22 | 22 | mentions the incorrect relevance. |
| 13:16:27 | 23 | BY MR. BEDNAR: |
| 13:16:27 | 24 | Q.   So, in terms of assessing whether |
| 13:16:29 | 25 | there is an impact from the 2013 impairment of |

137

CONFIDENTIAL

| | | |
|---|---|---|
| 13:16:39 | 1 | RTCM on Rio Tinto, is the only appropriate way to |
| 13:16:44 | 2 | do that through an event study that is focused on |
| 13:16:49 | 3 | January 17th of 2013? |
| 13:16:50 | 4 | MR. KIRSCH:  Objection.  Tom, when |
| 13:16:52 | 5 | you refer to, quote, on Rio Tinto, unquote, |
| 13:16:55 | 6 | are you talking about share price?  Are you |
| 13:16:57 | 7 | talking about something else like cash flow? |
| 13:17:00 | 8 | Can you just clarify what you mean for us. |
| 13:17:03 | 9 | BY MR. BEDNAR: |
| 13:17:03 | 10 | Q.    Sure.  With respect to the share |
| 13:17:05 | 11 | price of Rio Tinto, is it your conclusion that |
| 13:17:08 | 12 | the only way to assess the impact on the share |
| 13:17:11 | 13 | price of Rio Tinto is by focusing on January 17, |
| 13:17:17 | 14 | 2013? |
| 13:17:18 | 15 | A.    We certainly would want to focus on |
| 13:17:21 | 16 | January 17th.  You may need, as I do, I think |
| 13:17:25 | 17 | Dr. Metz does, looking at other information as |
| 13:17:28 | 18 | well, but it really is the share price that is at |
| 13:17:32 | 19 | the heart of economic issues. |
| 13:17:33 | 20 | And doing that analysis requires no |
| 13:17:36 | 21 | information about April 8th whatsoever.  Nothing |
| 13:17:40 | 22 | in that analysis, whether it is the way he did it |
| 13:17:44 | 23 | or the way I did it, requires that knowledge. |
| 13:17:47 | 24 | That is why it is irrelevant. |
| 13:18:10 | 25 | Q.    And conducting your event study, did |

138

CONFIDENTIAL

13:18:12 1    you do any analysis of the effect of oil prices

13:18:18 2    on Rio Tinto?  Specifically Rio Tinto stock?

13:18:25 3         A.    I'm not sure what you mean.

13:18:31 4    Eventually you would have a market model and an

13:18:33 5    industry index.  Are you asking did I include the

13:18:37 6    price of oil as another variable?  No I didn't.

13:18:43 7    So, I'm not sure what you asking.

13:18:43 8         Q.    Did you do anything to evaluate

13:18:45 9    whether the price of oil has an effect on Rio

13:18:47 10   Tinto's stock prices?

13:18:49 11        A.    If I am understanding your question,

13:18:53 12   no.  I am not even sure exactly how you would do

13:18:58 13   that, with both correlation and covariance

13:19:03 14   elements.  But, I don't know, you will educate me

13:19:05 15   as we go through your questions.

13:19:07 16        Q.    And what are you referring to when

13:19:09 17   you refer to correlation and covariance?

13:19:11 18        A.    I'm not sure what your question is.

13:19:13 19   Are you referring to simply are they correlated

13:19:16 20   or are you referring to something more akin to a

13:19:18 21   beta of the stock, which is a covariance term.

13:19:21 22             So, I'm not sure what you are even

13:19:24 23   asking.

13:19:25 24        Q.    Did you do any analysis with respect

13:19:27 25   to any relationship between Rio Tinto stock and

139

CONFIDENTIAL

13:19:29   1   oil prices?

13:19:30   2        A.    Not that I recall.  I'm not sure why

13:19:36   3   I would in January 17th from that study.  But, no

13:19:42   4   would be a quick answer.

13:19:45   5        Q.    With respect to any date did you do

13:19:46   6   any analysis of any relationship between oil

13:19:49   7   prices and Rio Tinto stock price?

13:19:50   8        A.    I don't recall doing that, no.

13:19:53   9        Q.    And if you had done so, would that

13:19:57  10   be in the backup materials that were produced

13:19:59  11   with your report?

13:20:01  12        A.    It definitely should be, yes.

13:20:02  13        Q.    Did you do any analysis with respect

13:20:06  14   to any time period of the -- of any relationship

13:20:10  15   between oil prices and stock price returns for

13:20:14  16   any of the industry indices that are discussed in

13:20:19  17   your expert report?

13:20:22  18        A.    So, is your question did I look at

13:20:26  19   whether the indexes are correlated with the price

13:20:28  20   of oil?  Whether the components?  I'm not sure

13:20:31  21   what you are asking me.

13:20:33  22        Q.    Sure, I will take it one step at a

13:20:35  23   time.

13:20:35  24             Did you do any analysis of any

13:20:37  25   relationship between oil prices and the returns

                                                            140

CONFIDENTIAL

| | | |
|---|---|---|
| 13:20:40 | 1 | on any of the industry indices at the index |
| 13:20:44 | 2 | level? |
| 13:20:46 | 3 | A.    I am not sure why I would.  To do so |
| 13:20:52 | 4 | would be very complicated.  You are making it |
| 13:20:54 | 5 | sound like it is by variable.  It certainly |
| 13:20:55 | 6 | wouldn't be.  But, no, I didn't do that. |
| 13:20:56 | 7 | Q.    Okay.  And so I take that to also |
| 13:20:59 | 8 | mean you didn't do anything to analyze |
| 13:21:01 | 9 | relationships between oil prices and any of the |
| 13:21:03 | 10 | specific constituents in any of the industry |
| 13:21:06 | 11 | indices that we have been talking about in this |
| 13:21:08 | 12 | case, right? |
| 13:21:08 | 13 | A.    That's correct. |
| 13:21:09 | 14 | Q.    In preparing your report did you |
| 13:21:31 | 15 | check whether there was any news related to |
| 13:21:34 | 16 | commodities' prices other than precious metals |
| 13:21:38 | 17 | and potentially iron ore, on April 8, 2011? |
| 13:21:46 | 18 | A.    I have all the news stories, which |
| 13:21:51 | 19 | you maybe mentioned, and I didn't necessarily |
| 13:21:54 | 20 | focus on that.  I'm not sure why I would.  But I |
| 13:21:57 | 21 | have all of the news articles on this. |
| 13:21:57 | 22 | (Exhibit Number 1258 |
| 13:21:57 | 23 | marked for identification.) |
| 13:22:10 | 24 | BY MR. BEDNAR: |
| 13:22:10 | 25 | Q.    I'm going to pull up Exhibit 1258. |

141

CONFIDENTIAL

| | | |
|---|---|---|
| 13:22:18 | 1 | Exhibit 1258 is a screenshot from the website for |
| 13:22:26 | 2 | the U.S. Energy Information Administration. |
| 13:22:31 | 3 | And under the header, you see that |
| 13:22:34 | 4 | it reports the prices for Europe Brent.  Do you |
| 13:22:40 | 5 | see that? |
| 13:22:41 | 6 | A.    I don't see anything on the screen |
| 13:22:43 | 7 | other than your face. |
| 13:22:44 | 8 | Q.    Oh, I'm so sorry, Doctor.  I'm |
| 13:22:45 | 9 | sorry.  There is a button I need to push and I |
| 13:22:48 | 10 | didn't push it, so I'm not helping you very much. |
| 13:22:51 | 11 | A.    Okay.  I've got another copy if -- |
| 13:22:51 | 12 | Q.    Yes, everyone should have it. |
| 13:22:56 | 13 | A.    Got it. |
| 13:22:56 | 14 | Q.    That exhibit Plaintiff's 1258, do |
| 13:22:59 | 15 | you agree that appears to be a screenshot from |
| 13:23:01 | 16 | the U.S. Energy Information Administration's |
| 13:23:04 | 17 | website? |
| 13:23:04 | 18 | A.    I agree that that is what it looks |
| 13:23:06 | 19 | like. |
| 13:23:07 | 20 | Q.    Listing spot prices for Europe |
| 13:23:12 | 21 | Brent? |
| 13:23:12 | 22 | A.    That is what it says, yes. |
| 13:23:14 | 23 | Q.    And Brent is a common type of crude |
| 13:23:18 | 24 | oil, right? |
| 13:23:18 | 25 | A.    Yes. |

142

CONFIDENTIAL

13:23:19   1          Q.     Take you to Page 19 of the PDF.

13:23:24   2                 And you see a listing for prices by

13:23:30   3    week in 2011.

13:23:32   4                 In the middle of the page, do you

13:23:34   5    see prices for April 4th to April 8th, that week

13:23:39   6    of 2011?

13:23:44   7                 Do you see that line on the page?

13:23:45   8          A.     I do.  It starts at 120.07.

13:23:48   9          Q.     And then at the end of the week

13:23:50  10    April 8th, it is at 126.30.  Is that right?

13:23:53  11          A.     That's correct.

13:23:54  12          Q.     The day before, April 7th, spot

13:23:58  13    prices for Brent crude were at 122.90; is that

13:24:05  14    right?

13:24:05  15          A.     Yes.

13:24:05  16          Q.     So, fair to say that there is a jump

13:24:09  17    of $3.40 between April 7th and April 8th?

13:24:15  18          A.     It is fair to say the price changed,

13:24:18  19    yes.

13:24:18  20          Q.     Would that type of news be negative,

13:24:23  21    positive, or neutral for Rio Tinto?

13:24:29  22          A.     Well --

13:24:30  23                 MR. KIRSCH:  Objection.

13:24:30  24                 THE WITNESS:  I'm not sure what you

13:24:33  25       mean.  Are you saying that for the company's

                                                              143

CONFIDENTIAL

```
13:24:36   1        currently -- the stock price?
13:24:39   2   BY MR. BEDNAR:
13:24:39   3        Q.    Yes.  For the company's -- first,
13:24:42   4   for the company's earnings, would changes in fuel
13:24:45   5   prices be positive, negative, or neutral for
13:24:48   6   earnings?
13:24:49   7        A.    They should be positive.  For stock
13:24:54   8   prices, who knows.  It is really about the
13:24:57   9   present value of all of the future and oil prices
13:25:01  10   are volatile.
13:25:02  11             I'm not sure what to make of this.
13:25:05  12   I didn't review it.
13:25:06  13        Q.    Why do you say that a change in spot
13:25:08  14   oil prices would be positive for earnings?
13:25:12  15             Do you mean that it would increase
13:25:14  16   earnings or decrease earnings?
13:25:15  17        A.    I don't -- I think that -- don't
13:25:18  18   they -- well, I should take a look.  Let me look
13:25:23  19   here.  This is not something that I considered,
13:25:25  20   so --
13:25:30  21        Q.    Okay.  Let me take you to --
13:25:32  22        A.    I didn't -- go ahead.  Sorry.
13:25:35  23        Q.    I'm sorry.  What were you going to
13:25:39  24   say, Doctor?  I didn't mean to interrupt.
13:25:40  25        A.    Well, I was just looking for their
```

                                                          144

CONFIDENTIAL

| | | |
|---|---|---|
| 13:25:41 | 1 | energy group to see what their exposure was. |
| 13:25:44 | 2 | But, it wasn't something I did. |
| 13:25:44 | 3 | Q.    Okay.  And were you looking at the |
| 13:25:47 | 4 | energy group to see if Rio Tinto sells oil? |
| 13:25:50 | 5 | A.    Yes. |
| 13:25:51 | 6 | Q.    Okay.  And you are not sure whether |
| 13:25:57 | 7 | or not Rio Tinto sold oil among its products in |
| 13:26:00 | 8 | 2011? |
| 13:26:01 | 9 | A.    I don't recall. |
| 13:26:05 | 10 | Q.    Okay.  I'm showing you defense |
| 13:26:07 | 11 | Exhibit 14.  This is the Rio Tinto 2011 annual |
| 13:26:10 | 12 | report. |
| 13:26:12 | 13 | Taking you to page 14 of the PDF, |
| 13:26:15 | 14 | which is Page 12 of the report.  This is |
| 13:26:23 | 15 | Section 4, Disclosure of Sustainable Development |
| 13:26:28 | 16 | Risks.  And in the first box, under Sustainable |
| 13:26:32 | 17 | Development Risks, the first sentence says, "Rio |
| 13:26:34 | 18 | Tinto's operations are energy intensive and |
| 13:26:37 | 19 | depend heavily on fossil fuels." |
| 13:26:40 | 20 | Do you see that? |
| 13:26:41 | 21 | A.    Yes. |
| 13:26:42 | 22 | Q.    And as far as your research showed |
| 13:26:46 | 23 | in this case would you agree that as a mining |
| 13:26:50 | 24 | company Rio Tinto was heavily dependent on fossil |
| 13:26:52 | 25 | fuels for its operations? |

145

CONFIDENTIAL

| | | |
|---|---|---|
| 13:26:54 | 1 | A.    Certainly, it is a very energy |
| 13:26:57 | 2 | intensive activity, yes. |
| 13:26:58 | 3 | Q.    I will take you then to Page 32 of |
| 13:27:00 | 4 | the report, which is Page 34 of the PDF.  On the |
| 13:27:07 | 5 | right-hand side of the page, at the top of the |
| 13:27:10 | 6 | page, there is a section for energy, other cash |
| 13:27:14 | 7 | costs and exploration. |
| 13:27:16 | 8 | And in the first sentence Rio Tinto |
| 13:27:18 | 9 | states that, "Higher energy costs across the |
| 13:27:20 | 10 | group reduced underlying earnings by $249 million |
| 13:27:25 | 11 | U.S. compared with 2010." |
| 13:27:27 | 12 | Did I read that correctly? |
| 13:27:29 | 13 | A.    Yes. |
| 13:27:31 | 14 | Q.    Does that affect your opinion one |
| 13:27:33 | 15 | way or the other on whether oil prices would tend |
| 13:27:37 | 16 | to be positive or negative for Rio Tinto's |
| 13:27:39 | 17 | earnings? |
| 13:27:41 | 18 | A.    To the extent that it is consumer, |
| 13:27:44 | 19 | an only consumer, obviously it will be negative. |
| 13:27:44 | 20 | (Exhibit Number 1257 |
| 13:27:44 | 21 | marked for identification.) |
| 13:28:00 | 22 | BY MR. BEDNAR: |
| 13:28:00 | 23 | Q.    I'm going to take you to |
| 13:28:04 | 24 | Exhibit 1257, which is the report by |
| 13:28:11 | 25 | PricewaterhouseCoopers titled Mine, The Growing |

146

GRADILLAS COURT REPORTERS
(310) 859-6677

CONFIDENTIAL

| 13:28:17 | 1 | Disconnect.  Do you see that? |
| 13:28:17 | 2 | A.    Yes. |
| 13:28:18 | 3 | Q.    And the subheading on that first |
| 13:28:20 | 4 | page says A Review of Global Trends in the Mining |
| 13:28:24 | 5 | Industry, 2012. |
| 13:28:28 | 6 | I take you to Page 22 of the |
| 13:28:30 | 7 | report -- I'm sorry, if you will indulge me for |
| 13:28:46 | 8 | one moment.  I have the wrong page. |
| 13:28:58 | 9 | If you will indulge me for just one |
| 13:29:01 | 10 | moment, I want to make sure that I have you on |
| 13:29:03 | 11 | the right page before I ask you a question about |
| 13:29:05 | 12 | the exhibit. |
| 13:29:06 | 13 | A.    Okay. |
| 13:29:17 | 14 | Q.    I'm actually at Page 28 of the |
| 13:29:19 | 15 | report.  There is a table listing different |
| 13:29:28 | 16 | commodity prices in the upper right of that page. |
| 13:29:31 | 17 | Do you see that? |
| 13:29:32 | 18 | A.    Yes. |
| 13:29:37 | 19 | Q.    And underneath the table PwC writes, |
| 13:29:42 | 20 | "Mining activities are energy intensive in |
| 13:29:44 | 21 | nature.  Fuel and electricity are key costs. |
| 13:29:48 | 22 | Prices for Brent crude oil on which fuel prices |
| 13:29:51 | 23 | are highly related were, on average, 39 percent |
| 13:29:54 | 24 | higher in 2011 than in 2010." |
| 13:29:57 | 25 | Did I read that correctly? |

147

**GRADILLAS COURT REPORTERS**
(310) 859-6677

CONFIDENTIAL

13:29:58  1        A.      You did.

13:29:59  2        Q.      Do you have any basis for disputing

13:30:01  3   PwC's assertion that Brent crude oil prices were

13:30:04  4   higher in 2011 than in 2010?

13:30:08  5        A.      No, none whatsoever.

13:30:10  6        Q.      And so, with respect to oil prices,

13:30:22  7   when it comes to industry indices, let's start

13:30:26  8   first with the S&P Metals and Mining Index.

13:30:29  9            Would you expect oil prices to have

13:30:33 10   different effect on stock prices for mining

13:30:38 11   companies that don't sell oil versus those that

13:30:42 12   do?

13:30:44 13        A.      Well, it certainly depends on the

13:30:47 14   mix, but if you sell oil, obviously you are a

13:30:50 15   beneficiary.  If you are only an energy user, you

13:30:55 16   are, all else equal, a loser.

13:30:56 17            Although I would remind you that

13:30:59 18   areas of high oil prices could be areas of

13:31:01 19   demand.  So, it is good news elsewhere.

13:31:03 20            So, again getting back to the stocks

13:31:09 21   argument, I don't know where you are going with

13:31:11 22   this.

13:31:11 23        Q.      Are there any companies in the S&P

13:31:17 24   Metals Mining Index in 2011 that were oil

13:31:19 25   producers?

                                                      148

CONFIDENTIAL

13:31:20   1          A.    I can't recall one way or the other.

13:31:26   2          Q.    What about the HSBC Mining Index,

13:31:29   3   were there any other companies with oil

13:31:31   4   operations?

13:31:32   5          A.    I don't recall.

13:31:37   6          Q.    You don't recall or is that

13:31:39   7   something that you checked for?

13:31:41   8          A.    I would have looked at operations of

13:31:43   9   key components.  But, I don't recall sitting here

13:31:45  10   today.

13:31:46  11          Q.    Okay.  So, do you recall whether in

13:31:48  12   2011 the BHP Billiton had significant oil

13:31:54  13   operations?

13:31:55  14          A.    I think we covered that in my

13:31:59  15   previous answer.  No, I don't recall.

13:32:27  16          Q.    I'm going to put that exhibit back

13:32:31  17   up.  Exhibit 1257.  And take you to Page 5.

13:32:39  18                To the left of the table at the top

13:32:41  19   of Page 5, PwC writes, "Copper stands out as an

13:32:47  20   exception to this disconnect.  The HSBC Global

13:32:52  21   Mining Index has generally tracked copper

13:32:54  22   prices."

13:32:54  23                Do you see that?

13:32:56  24          A.    I see that.

13:32:58  25          Q.    And PwC goes on to observe that,

149

CONFIDENTIAL

13:33:01  1    "Looking back since 2000, even though the HSBC

13:33:05  2    Global Mining Index includes miners of a

13:33:06  3    multitude of different products, the index and

13:33:09  4    copper prices have generally moved in sync."

13:33:15  5        A.    I see the words on the page, if that

13:33:17  6    is what you are asking.

13:33:18  7        Q.    So, it is your opinion that iron ore

13:33:28  8    is the most important commodity for Rio Tinto.

13:33:31  9    Right?

13:33:34 10        A.    Yes.  You can't infer necessarily

13:33:39 11    what PwC is saying from the picture they drew.

13:33:42 12             My guess is there is a strong

13:33:45 13    positive correlation between the winning speed at

13:33:47 14    the Indy 500 and GDP, but I doubt you want to

13:33:53 15    call it causation.

13:33:57 16        Q.    Well, PwC doesn't observe any

13:34:00 17    correlation between iron ore prices and the HSBC

13:34:05 18    Mining Index, correct?

13:34:07 19        A.    PwC doesn't talk about it.  I can't

13:34:07 20    be in the head of the author of the study.

13:34:09 21        Q.    Let me take that off the page for

13:34:14 22    now.

13:34:15 23             A couple of minutes ago,

13:34:18 24    Dr. Hubbard, you were making some points about

13:34:22 25    economic materiality in the context of the effect

                                                    150

CONFIDENTIAL

| | | |
|---|---|---|
| 13:34:29 | 1 | of the 2013 impairment of RTCM on Rio Tinto. |
| 13:34:38 | 2 | Can you define economic materiality |
| 13:34:44 | 3 | as you use that term in your report? |
| 13:34:45 | 4 | A.   Sure.  I don't recall saying that a |
| 13:34:49 | 5 | few minutes ago.  I can certainly define it right |
| 13:34:52 | 6 | now. |
| 13:34:53 | 7 | From an economic perspective, I |
| 13:34:55 | 8 | can't speak for the law, material would mean in |
| 13:34:57 | 9 | the securities context something that a |
| 13:35:00 | 10 | reasonable investor would want to know that would |
| 13:35:05 | 11 | be important in changing the price at which that |
| 13:35:08 | 12 | investor would trade a security. |
| 13:35:11 | 13 | So, to economists, materiality is, |
| 13:35:14 | 14 | in a securities context, is in the price of the |
| 13:35:17 | 15 | security.  So, that is why there is an emphasis |
| 13:35:19 | 16 | on statistically significant price changes, |
| 13:35:22 | 17 | things like event studies.  And it follows from |
| 13:35:25 | 18 | that definition of economically material to an |
| 13:35:28 | 19 | investor. |
| 13:35:29 | 20 | I can't speak if that is the law, |
| 13:35:31 | 21 | but to an economist, that's what it would mean, |
| 13:35:34 | 22 | with materiality. |
| 13:35:35 | 23 | Q.   And within economics are stock |
| 13:35:38 | 24 | prices the only way of thinking of economic |
| 13:35:40 | 25 | materiality? |

151

CONFIDENTIAL

| | | |
|---|---|---|
| 13:35:41 | 1 | A.    It depends what you are trying to |
| 13:35:43 | 2 | do.  If your allegation, like I think yours was, |
| 13:35:47 | 3 | that the impairment affected stockholders, then, |
| 13:35:50 | 4 | yes.  I think you would want to look at stock |
| 13:35:53 | 5 | prices. |
| 13:35:53 | 6 | Q.    Is that the only way to assess the |
| 13:35:55 | 7 | impact of an event in terms of economic |
| 13:35:59 | 8 | materiality? |
| 13:36:00 | 9 | A.    In this case, yes, because the point |
| 13:36:03 | 10 | is to ask whether a reasonable investor, had they |
| 13:36:07 | 11 | known something you say they should have known, |
| 13:36:10 | 12 | would have paid a different price. |
| 13:36:11 | 13 | So, yes, it is about the stock |
| 13:36:14 | 14 | price.  There may be other legal implications.  I |
| 13:36:17 | 15 | can't speak to those. |
| 13:36:17 | 16 | But from an economic perspective |
| 13:36:19 | 17 | that is it. |
| 13:36:41 | 18 | THE WITNESS:  I apologize, somebody |
| 13:36:45 | 19 | appears to be running a mining company on my |
| 13:36:46 | 20 | sidewalk.  So, I hope it is not affecting my |
| 13:36:56 | 21 | sound. |
| 13:36:56 | 22 | MR. BEDNAR:  No, I can't hear that. |
| 13:36:56 | 23 | THE WITNESS:  Okay.  Good. |
| 13:36:57 | 24 | MR. BEDNAR:  I have all sorts of |
| 13:36:59 | 25 | questions about that mining company, but I |

152

CONFIDENTIAL

| | | |
|---|---|---|
| 13:37:02 | 1 | won't ask you them. |
| 13:37:03 | 2 | BY MR. BEDNAR: |
| 13:37:03 | 3 | Q.   So, the context of what you were |
| 13:37:15 | 4 | just saying, are you saying that -- I just want |
| 13:37:17 | 5 | to make sure I understand you. |
| 13:37:18 | 6 | Are you saying that investors only |
| 13:37:20 | 7 | buy and sell based on the current stock price? |
| 13:37:23 | 8 | A.   I'm not sure what you are asking. |
| 13:37:29 | 9 | The question -- |
| 13:37:30 | 10 | The concept of economic materiality |
| 13:37:33 | 11 | would be am I getting information that would |
| 13:37:38 | 12 | change my willingness to do a transaction at this |
| 13:37:45 | 13 | price, buys, sell, hold. |
| 13:37:47 | 14 | You are always doing something. |
| 13:37:48 | 15 | Even if you are holding, you are not selling. |
| 13:37:48 | 16 | You are not buying. |
| 13:37:51 | 17 | So, would that information have |
| 13:37:52 | 18 | changed a reasonable investor's decision?  If the |
| 13:37:55 | 19 | answer to that is no, then it is not material, |
| 13:37:58 | 20 | from an economic perspective. |
| 13:38:00 | 21 | Q.   Okay.  And an individual investor's |
| 13:38:02 | 22 | decision may be based on other factors besides |
| 13:38:04 | 23 | the current price of the stock, right? |
| 13:38:06 | 24 | A.   I don't think that is the standard, |
| 13:38:08 | 25 | at least for an economist view of materiality. |

153

CONFIDENTIAL

| | | |
|---|---|---|
| 13:38:13 | 1 | If you like buying companies that start with R, |
| 13:38:15 | 2 | that is your perspective. |
| 13:38:17 | 3 | But I don't think that is what |
| 13:38:18 | 4 | securities laws is about, right, from an |
| 13:38:20 | 5 | economics perspective. |
| 13:38:22 | 6 | The question is would a reasonable |
| 13:38:24 | 7 | investor with that information have changed the |
| 13:38:26 | 8 | price he or she was willing to pay. |
| 13:38:28 | 9 | Q.    I'm taking you back to the issue of |
| 13:38:39 | 10 | industry indices.  We started to discuss this a |
| 13:38:43 | 11 | little bit in the morning.  I think that one of |
| 13:38:45 | 12 | your -- one of your opinions is that if one were |
| 13:38:51 | 13 | to do an event study in this case, for any date, |
| 13:38:56 | 14 | that the S&P Metals and Mining Index is not a |
| 13:39:00 | 15 | proper index because it doesn't have certain |
| 13:39:03 | 16 | companies that are comparable to Rio Tinto, |
| 13:39:06 | 17 | right? |
| 13:39:08 | 18 | A.    I don't believe it is the best index |
| 13:39:11 | 19 | that could be used.  I don't believe it would be |
| 13:39:13 | 20 | appropriate, no. |
| 13:39:14 | 21 | It doesn't matter for some of the |
| 13:39:18 | 22 | event studies, but I do agree with that. |
| 13:39:20 | 23 | Q.    Okay.  Is there a best industry |
| 13:39:24 | 24 | index? |
| 13:39:29 | 25 | MR. KIRSCH:  Could you define that, |

154

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

13:39:32   1       Tom?

13:39:32   2   BY MR. BEDNAR:

13:39:33   3       Q.    For an event study -- an equity

13:39:33   4   event study with Rio Tinto, is there a best

13:39:35   5   industry index?

13:39:36   6       A.    Well, your purpose in looking at an

13:39:38   7   industry index goes back to what we were talking

13:39:40   8   about this morning, is finding and defining the

13:39:46   9   industry in a set that is most comparable to Rio

13:39:49  10   Tinto.  And we had a disagreement this morning

13:39:52  11   about what Dr. Metz and I think that is.

13:39:54  12             So, I prefer my indices to his.

13:40:02  13       Q.    Of the two indices that you used in

13:40:05  14   your analysis, the Eight Firm Index and the HSBC

13:40:09  15   Mining Index, do you have an opinion as to

13:40:10  16   whether one or the other of those is better?

13:40:14  17       A.    Well, the company looked at the HSBC

13:40:17  18   index, and I think it is entirely appropriate.

13:40:20  19   The H8, either the way I did it or following

13:40:24  20   Dr. Metz's critique, just look at the firms that

13:40:26  21   are in every year which is I think is in H7.

13:40:30  22             Any of those strike me as relevant,

13:40:32  23   and important.  I don't know that they get

13:40:35  24   different answers, typically, but they strike me

13:40:37  25   as reasonable.

155

CONFIDENTIAL

| | | |
|---|---|---|
| 13:40:38 | 1 | Q.    And so you don't have an opinion as |
| 13:40:43 | 2 | to whether the HSBC or the Eight Firm Index is |
| 13:40:49 | 3 | better than the other? |
| 13:40:51 | 4 | A.    If I take the HSBC, the index, I use |
| 13:40:56 | 5 | the H8 as a check. |
| 13:40:57 | 6 | And as I told you this morning, I |
| 13:40:59 | 7 | did a number of other checks, too, of the |
| 13:41:02 | 8 | indices, but they all pretty much point in the |
| 13:41:04 | 9 | same direction. |
| 13:41:05 | 10 | The difference is with respect to |
| 13:41:10 | 11 | S&P Metal. |
| 13:41:17 | 12 | Q.    And, I am -- I didn't hear the first |
| 13:41:20 | 13 | part of your answer, and it is not clear to me |
| 13:41:22 | 14 | from the record. |
| 13:41:23 | 15 | Did you say -- |
| 13:41:25 | 16 | A.    The HSBC index is what I had talked |
| 13:41:27 | 17 | about first.  The H8 is corroborating.  And as we |
| 13:41:31 | 18 | talked about this morning, I did a number of |
| 13:41:33 | 19 | other corroborating exercises, but they all more |
| 13:41:35 | 20 | or less give you the same answer. |
| 13:41:38 | 21 | Q.    Okay.  Did you choose the HSBC |
| 13:41:41 | 22 | Mining Index on your own or because it was listed |
| 13:41:44 | 23 | in Rio Tinto's annual reports? |
| 13:41:47 | 24 | A.    Well, no.  I mean since I have to |
| 13:41:50 | 25 | ultimately make a decision, but when I saw Rio |

156

CONFIDENTIAL

| | | |
|---|---|---|
| 13:41:53 | 1 | Tinto's use of it and comparators, I was totally |
| 13:41:58 | 2 | fine with that.  I think it is a reasonable |
| 13:42:00 | 3 | index.  It included the companies that I thought |
| 13:42:03 | 4 | were most important. |
| 13:42:04 | 5 | And I didn't see other easily |
| 13:42:05 | 6 | available indices ahead.  So, I constructed |
| 13:42:08 | 7 | others as back up, if you will, but I don't |
| 13:42:12 | 8 | really think it is. |
| 13:42:17 | 9 | Q.   So, had you already thought of the |
| 13:42:20 | 10 | HSBC Mining Index before you saw it in Rio |
| 13:42:22 | 11 | Tinto's reports? |
| 13:42:26 | 12 | A.   You mean do I wake up at night |
| 13:42:31 | 13 | thinking of the HSBC Mining Index? |
| 13:42:33 | 14 | Q.   No.  When you said about conducting |
| 13:42:35 | 15 | an event study in this case, did it occur to you |
| 13:42:37 | 16 | to use the HSBC Mining Index, or did that occur |
| 13:42:40 | 17 | to you after you read Rio's reports? |
| 13:42:47 | 18 | A.   I certainly read Rio's reports. |
| 13:42:50 | 19 | Generally, it is not something that I don't wake |
| 13:42:52 | 20 | up in the morning thinking of mining indices. |
| 13:42:55 | 21 | But I do think the justification |
| 13:42:57 | 22 | given was reasonable.  The coverage is |
| 13:42:59 | 23 | reasonable.  And all of the corroborating |
| 13:43:00 | 24 | information are just pointed the same direction. |
| 13:43:04 | 25 | So, I think it is fine. |

157

CONFIDENTIAL

| | | |
|---|---|---|
| 13:43:05 | 1 | Q. When you say that the justification |
| 13:43:07 | 2 | for the HSBC Mining Index was reasonable, what |
| 13:43:10 | 3 | are you referring to? |
| 13:43:12 | 4 | A. Well, that the company referred to a |
| 13:43:15 | 5 | benchmark. |
| 13:43:52 | 6 | Q. Okay. Is that -- |
| 13:43:52 | 7 | A. Sorry. |
| 13:43:53 | 8 | Q. We will carry on, and then maybe at |
| 13:43:55 | 9 | a break we can talk about whether you have like a |
| 13:43:58 | 10 | headset or something that will put the microphone |
| 13:44:01 | 11 | on the mouth which will cut down on the |
| 13:44:03 | 12 | background noise. |
| 13:44:04 | 13 | So, did Rio Tinto in its annual |
| 13:44:13 | 14 | reports uses the HSBC Mining Index for any sort |
| 13:44:17 | 15 | of events study? |
| 13:44:19 | 16 | A. No. Why on earth would we use a |
| 13:44:22 | 17 | mining index event study in an annual report. I |
| 13:44:26 | 18 | can't imagine why you would. So, no. |
| 13:44:39 | 19 | THE WITNESS: When you get to the |
| 13:44:40 | 20 | end of this line of questioning, if you like, |
| 13:44:42 | 21 | I can see if I can pry headphones away from |
| 13:44:45 | 22 | one of my kids. |
| 13:44:47 | 23 | MR. BEDNAR: Let's keep going for a |
| 13:44:48 | 24 | little bit, as long as -- |
| 13:44:50 | 25 | THE WITNESS: No, no. I'm just |

158

CONFIDENTIAL

| | | |
|---|---|---|
| 13:44:51 | 1 | saying whenever I can do that. |
| 13:44:53 | 2 | MR. BEDNAR: No, I appreciate that. |
| 13:44:54 | 3 | And, Lori, if it becomes, something |
| 13:44:57 | 4 | where you just can't hear, let us know, and |
| 13:44:59 | 5 | we will break earlier. |
| 13:44:59 | 6 | BY MR. BEDNAR: |
| 13:45:04 | 7 | Q. So -- |
| 13:45:06 | 8 | MR. KIRSCH: Tom, and everyone got |
| 13:45:09 | 9 | used to New York City being quiet. |
| 13:45:09 | 10 | THE WITNESS: Exactly, the |
| 13:45:13 | 11 | construction is back. |
| 13:45:16 | 12 | MR. KIRSCH: It is now shocking, |
| 13:45:18 | 13 | hearing noise again. |
| 13:45:19 | 14 | BY MR. BEDNAR: |
| 13:45:20 | 15 | Q. Dr. Hubbard, do you view |
| 13:45:27 | 16 | AngloAmerican as a useful comparator firm for Rio |
| 13:45:31 | 17 | Tinto; is that right? |
| 13:45:32 | 18 | A. Yes, it was one of the firms. |
| 13:45:36 | 19 | Q. If Dr. Metz had added AngloAmerican |
| 13:45:41 | 20 | to the S&P Metals and Mining Index, would that |
| 13:45:46 | 21 | have changed your opinion? |
| 13:45:47 | 22 | A. Not -- I don't know what you mean by |
| 13:45:51 | 23 | opinion. Would it rehabilitate the index, is |
| 13:45:53 | 24 | that your question? |
| 13:45:54 | 25 | Q. Yes. |

159

CONFIDENTIAL

| | | |
|---|---|---|
| 13:45:57 | 1 | A.    I don't think you can really get |
| 13:45:58 | 2 | there from here, because the whole thesis of the |
| 13:46:03 | 3 | S&P index, it starts with the U.S. Canadian |
| 13:46:07 | 4 | company.  So, it is not the S&P index any more. |
| 13:46:09 | 5 | If you are saying would he add any |
| 13:46:11 | 6 | companies to effectively replicate what I did, |
| 13:46:14 | 7 | would I agree with it?  Sure. |
| 13:46:15 | 8 | But, that is not what he did. |
| 13:46:25 | 9 | Q.    Is AngloAmerican essential?  If |
| 13:46:26 | 10 | there an industry index that has some or all of |
| 13:46:28 | 11 | the other eight comparator firms, but it doesn't |
| 13:46:31 | 12 | have AngloAmerican, is that still a valid index? |
| 13:46:34 | 13 | A.    I don't follow the question. |
| 13:46:37 | 14 | Q.    So, if you had the eight firm |
| 13:46:41 | 15 | comparator index that you used for some of your |
| 13:46:43 | 16 | analyses and you took AngloAmerican out of it, |
| 13:46:46 | 17 | would that still have been a valid industry index |
| 13:46:49 | 18 | in your opinion? |
| 13:46:52 | 19 | A.    If it is the right comparator, I'm |
| 13:46:54 | 20 | not sure why I would take it out of it, if that |
| 13:46:57 | 21 | is your question. |
| 13:46:57 | 22 | The one I took out was a concern |
| 13:47:01 | 23 | Dr. Metz had about wanting to be in every year. |
| 13:47:03 | 24 | So to have that comparator list, I would need a |
| 13:47:06 | 25 | name on. |

160

CONFIDENTIAL

| | | |
|---|---|---|
| 13:47:06 | 1 | But, I don't know the principal |
| 13:47:07 | 2 | reason for taking out AngloAmerican, unless I am |
| 13:47:11 | 3 | just not understanding what you are asking. |
| 13:47:13 | 4 | Q.   I am not asking you did you do it. |
| 13:47:15 | 5 | I'm asking you, if AngloAmerican was removed, |
| 13:47:18 | 6 | would that index be sufficiently comparable to |
| 13:47:20 | 7 | Rio Tinto to be used in an event study? |
| 13:47:24 | 8 | A.   Let me just answer, I don't see a |
| 13:47:26 | 9 | principled reason for doing that.  I haven't done |
| 13:47:28 | 10 | it, so I don't know what the answer is, if that |
| 13:47:30 | 11 | is your question.  But I don't see a -- |
| 13:47:32 | 12 | Q.   I am asking you to make an |
| 13:47:34 | 13 | assumption? |
| 13:47:34 | 14 | MR. KIRSCH:  Hang on.  Please let |
| 13:47:36 | 15 | him finish.  Glenn, were you finished with |
| 13:47:38 | 16 | your answer? |
| 13:47:38 | 17 | THE WITNESS:  I am finished.  I'm |
| 13:47:40 | 18 | sorry. |
| 13:47:40 | 19 | BY MR. BEDNAR: |
| 13:47:42 | 20 | Q.   Dr. Hubbard, I'm sorry, I didn't |
| 13:47:44 | 21 | mean to cut you off.  I did think that you were |
| 13:47:46 | 22 | finished. |
| 13:47:47 | 23 | If I were to ask you to assume that |
| 13:47:50 | 24 | AngloAmerican was not in the eight firm |
| 13:47:53 | 25 | comparator index, would that still be a valid |

161

CONFIDENTIAL

| | | |
|---|---|---|
| 13:47:57 | 1 | index to compare to Rio Tinto? |
| 13:48:00 | 2 | A.    I think it would be less good than |
| 13:48:03 | 3 | the index that I have, so I can't imagine that it |
| 13:48:05 | 4 | would be. |
| 13:48:07 | 5 | Q.    If I were -- |
| 13:48:08 | 6 | If you were to remove any one firm |
| 13:48:15 | 7 | would the removal of that one firm be a reminder |
| 13:48:19 | 8 | that that would be an invalid index? |
| 13:48:21 | 9 | A.    I don't know what you mean by |
| 13:48:22 | 10 | invalid. |
| 13:48:23 | 11 | MR. KIRSCH:  Objection. |
| 13:48:25 | 12 | THE WITNESS:  The only removal that |
| 13:48:26 | 13 | I did was really a response to Dr. Metz.  I |
| 13:48:30 | 14 | removed Newmont because it wasn't in every |
| 13:48:32 | 15 | year. |
| 13:48:32 | 16 | But, otherwise, I don't -- if you |
| 13:48:35 | 17 | are asking me can I cherry pick different |
| 13:48:37 | 18 | companies and get different answers, I don't |
| 13:48:39 | 19 | know.  I didn't do it. |
| 13:48:39 | 20 | But, in terms of, is it principled? |
| 13:48:42 | 21 | No, it is not.  I like the list I have.  If |
| 13:48:45 | 22 | you have another list, use it. |
| 13:48:48 | 23 | BY MR. BEDNAR: |
| 13:48:48 | 24 | Q.    And what I'm asking you is, the list |
| 13:48:51 | 25 | that you have, which Rio Tinto compiled, not you, |

162

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

13:48:55  1    are there any companies that are essential to

13:48:58  2    that list for you to deem it be valid for use in

13:49:04  3    an event study?

13:49:05  4         A.    Earlier I said I don't know what

13:49:07  5    invalid means in this context.  I will add to

13:49:10  6    that the word, essential.

13:49:11  7              I think the index I used is the

13:49:13  8    right one.  Dr. Metz would now want to propose an

13:49:17  9    H6 and a half or 7 or whatever else he is doing,

13:49:19 10    go do it.

13:49:20 11              But, I like the event, the index

13:49:22 12    that I have for the reasons that I said.

13:49:26 13         Q.    And I'm asking you, would you

13:49:28 14    consider that -- let me put it this way.

13:49:34 15              If AngloAmerican was not in that

13:49:36 16    index, if Rio Tinto had not listed AngloAmerican,

13:49:39 17    do you have any view on whether that would have

13:49:41 18    been an index that you would have used for

13:49:43 19    analysis in an event study?

13:49:44 20         A.    If Rio Tinto had not used it.  I

13:49:48 21    would look very hard and figure out why.  I would

13:49:50 22    wonder why a large global mining company had been

13:49:53 23    excluded.

13:49:54 24              But if the company had a good reason

13:49:56 25    for not doing it, I would follow that.  I mean,

                                                      163

CONFIDENTIAL

13:49:58  1    that is not a question about validity.  It is

13:50:00  2    trying to find what the company considers its

13:50:02  3    comps to be, comparable firms to be.

13:50:06  4         Q.    Did you give any consideration to

13:50:07  5    whether there were companies -- let me ask it

13:50:23  6    this way.

13:50:24  7               Do you agree with Dr. Metz that

13:50:25  8    during the time period that he alludes to in his

13:50:27  9    report, 2008 to 2014, that at different times for

13:50:31 10    different periods of its long-term incentive

13:50:34 11    program Rio Tinto had slight differences in the

13:50:36 12    companies that were listed as comparators, right?

13:50:38 13         A.    I do, and that is why I did the

13:50:42 14    sensitivity that I mention that would take back

13:50:45 15    that concern.

13:50:47 16         Q.    Specifically, what sensitivity did

13:50:50 17    you do?

13:50:51 18         A.    We have talked about it a few times

13:50:52 19    already.  His concern was well, what about things

13:50:56 20    that are there every year.  And so, I think

13:50:59 21    there -- Newmont was the only one of the eight

13:51:03 22    that wasn't there every year, so I removed

13:51:06 23    Newmont and got the same answer.

13:51:08 24         Q.    There was one company that was there

13:51:10 25    every year except for the incentive period that

164

CONFIDENTIAL

| | | |
|---|---|---|
| 13:51:15 | 1 | ended in 2011.  Do you recall that?  It was Teck |
| 13:51:19 | 2 | Resources.  Do you recall that? |
| 13:51:21 | 3 | A.   I don't recall that one way or the |
| 13:51:23 | 4 | other.  I recall Dr. Metz chatting about it in |
| 13:51:26 | 5 | his deposition, but I don't recall it in any |
| 13:51:28 | 6 | other context. |
| 13:51:50 | 7 | Q.   Let me go ahead and pull up |
| 13:51:54 | 8 | Dr. Metz's rebuttal report, because I want to |
| 13:51:57 | 9 | show you the table that he has in that report. |
| 13:51:57 | 10 | (Whereupon, previously marked |
| 13:51:57 | 11 | Exhibit 225, first referral.) |
| 13:51:57 | 12 | BY MR. BEDNAR: |
| 13:52:10 | 13 | Q.   The Exhibit Number is 225 and I will |
| 13:52:13 | 14 | navigate to the page for you. |
| 13:52:15 | 15 | Page 19 of the report, I will put it |
| 13:52:23 | 16 | up on the screen.  That is Table 1. |
| 13:52:33 | 17 | So, Table 1 shows the companies that |
| 13:52:36 | 18 | were listed in the long-term incentive program |
| 13:52:39 | 19 | comparator lists for the periods ending 2008 |
| 13:52:44 | 20 | through 2014. |
| 13:52:48 | 21 | Do you agree with that? |
| 13:52:50 | 22 | A.   Agree with what?  That this is what |
| 13:52:54 | 23 | he has on the page or agree with some point? |
| 13:52:56 | 24 | What are you asking me to agree with? |
| 13:52:58 | 25 | Q.   The first question is do you agree |

165

**CONFIDENTIAL**

13:53:00  1    that that is what is on this page?

13:53:01  2        A.    I agree that that is what he says is

13:53:04  3    on this page, yes.

13:53:05  4        Q.    Did you or your team go through the

13:53:08  5    annual reports to verify that the information on

13:53:11  6    the page is accurate as to when the different

13:53:13  7    companies were listed for the long-term incentive

13:53:17  8    program comparators?

13:53:20  9        A.    I don't recall.  We may well have.

13:53:26 10        Q.    Do you see part way down the page

13:53:30 11    the Teck Resources a/k/a Teck Cameco, T-E-C-K was

13:53:38 12    listed for all of the incentive program periods

13:53:42 13    except for one ending in 2011?  Do you see that?

13:53:46 14        A.    Yes.

13:53:47 15        Q.    Okay.  Did you run any sensitivity

13:53:51 16    on your eight firm comparator index if Teck

13:54:01 17    Cameco was added to that index?

13:54:03 18        A.    I don't recall doing that.  I know

13:54:06 19    Dr. Metz talked about it in his deposition.  So,

13:54:10 20    I know his view.  But, I don't recall doing it

13:54:13 21    because it was different than his other

13:54:14 22    criticism.

13:54:15 23             I know he talked about them.  I had

13:54:17 24    not checked it myself.

13:54:19 25        Q.    So, am I correct that the one

                                                              166

CONFIDENTIAL

| | | |
|---|---|---|
| 13:54:21 | 1 | sensitivity you ran on the eight company index |
| 13:54:24 | 2 | from 2011 was to back Newmont out of it; is that |
| 13:54:29 | 3 | right? |
| 13:54:30 | 4 | A.    Yes. |
| 13:54:30 | 5 | Q.    Any other sensitivity that you ran |
| 13:54:33 | 6 | on the Eight Firm Index? |
| 13:54:36 | 7 | A.    Not on the Eight Firm Index. |
| 13:54:38 | 8 | Because that, I -- you know, I am shadow boxing |
| 13:54:42 | 9 | here because he keeps changing.  But what he had |
| 13:54:46 | 10 | complained about was not being in every year, so |
| 13:54:48 | 11 | I tried to follow that.  But that is what I did. |
| 13:54:51 | 12 | Q.    Is there any reason to exclude Teck |
| 13:54:58 | 13 | from the index? |
| 13:55:03 | 14 | A.    I'm not sure what that question is |
| 13:55:05 | 15 | about.  It does -- it is not responsive to |
| 13:55:09 | 16 | Dr. Metz's nor was it part of my original |
| 13:55:13 | 17 | exercise.  So I'm not sure why I would include |
| 13:55:16 | 18 | it, but I'm not quite sure what the question is. |
| 13:55:19 | 19 | Q.    Okay.  You said your use of the |
| 13:55:22 | 20 | eight company comparator index, is the reason |
| 13:55:25 | 21 | that you used those eight companies is that they |
| 13:55:28 | 22 | were the eight companies listed by Rio Tinto for |
| 13:55:31 | 23 | the compensation period ending 2011? |
| 13:55:34 | 24 | A.    Yes. |
| 13:55:36 | 25 | Q.    Was there any other reason that you |

167

CONFIDENTIAL

| | | |
|---|---|---|
| 13:55:37 | 1 | used those eight companies? |
| 13:55:39 | 2 | A.    No. |
| 13:55:49 | 3 | Q.    Given that you see Teck listed in |
| 13:55:52 | 4 | Table 1 for all year, except the period ending |
| 13:55:57 | 5 | 2011, do you have any basis as you sit here today |
| 13:56:00 | 6 | to render an opinion as to whether Teck Resources |
| 13:56:04 | 7 | is comparable to Rio Tinto for purposes of |
| 13:56:09 | 8 | including it in an industry index? |
| 13:56:12 | 9 | A.    Can I have it -- analyze this.  I'm |
| 13:56:16 | 10 | just looking at it, the other exercise I did was |
| 13:56:18 | 11 | in response to what I thought Dr. Metz's critique |
| 13:56:23 | 12 | was.  If there was a different one, I've got to |
| 13:56:25 | 13 | go back and look. |
| 13:56:26 | 14 | But I have also looked at the |
| 13:56:28 | 15 | top 10, the top 15.  I have looked at a number of |
| 13:56:30 | 16 | them and they don't make a difference. |
| 13:56:32 | 17 | I don't recall -- |
| 13:56:33 | 18 | Q.    The top 10 or 15 of what? |
| 13:56:34 | 19 | A.    So, looking at the top 10 or 15 of |
| 13:56:38 | 20 | the HSBC index. |
| 13:56:41 | 21 | Q.    Okay.  Which is different from |
| 13:56:43 | 22 | looking at the companies that Rio Tinto listed as |
| 13:56:45 | 23 | comparators, right? |
| 13:56:46 | 24 | A.    Correct.  I'm just saying I did a |
| 13:56:48 | 25 | lot of sensitivity analysis. |

168

CONFIDENTIAL

| | | |
|---|---|---|
| 13:56:50 | 1 | Q.    Okay.  We are turning to |
| 13:57:15 | 2 | AngloAmerican. |
| 13:57:15 | 3 | Did you form any view as to why |
| 13:57:18 | 4 | AngloAmerican was an essential comparator other |
| 13:57:24 | 5 | than the fact that Rio Tinto had listed it? |
| 13:57:27 | 6 | A.    I don't know what you mean by |
| 13:57:28 | 7 | essential, what would be the motivation for using |
| 13:57:33 | 8 | Rio Tinto comparators, but I lined the business |
| 13:57:36 | 9 | and the companies that used it. |
| 13:57:37 | 10 | So, I don't know what essential is, |
| 13:57:39 | 11 | but that is what I did. |
| 13:57:40 | 12 | Q.    Okay.  You specifically criticize |
| 13:57:46 | 13 | the S&P Metals and Mining Index because it did |
| 13:57:49 | 14 | not include AngloAmerican, correct? |
| 13:57:51 | 15 | A.    Among others, yes. |
| 13:57:52 | 16 | Q.    Did you have a reason for that, |
| 13:57:57 | 17 | other than the fact that Rio Tinto had listed it? |
| 13:58:00 | 18 | A.    I think we talked about it before |
| 13:58:03 | 19 | lunch, which is trying to get at large globally |
| 13:58:07 | 20 | diversified miners, of which that is one. |
| 13:58:18 | 21 | Q.    And is the important part that they |
| 13:58:20 | 22 | be large and diversified or just the specific |
| 13:58:24 | 23 | product mix part of your opinion? |
| 13:58:26 | 24 | MR. KIRSCH:  Objection, vague. |
| 13:58:28 | 25 | THE WITNESS:  No, I think if, for it |

169

CONFIDENTIAL

13:58:32　1　　　　　to be comparable, you want it to be

13:58:34　2　　　　　relatively large firms as opposed to just a

13:58:37　3　　　　　very small firm.  And that could certainly be

13:58:41　4　　　　　the company issue.

13:58:43　5　　BY MR. BEDNAR:

13:58:44　6　　　　　Q.　　And so what analysis did you perform

13:58:46　7　　to determine that AngloAmerican was comparable in

13:58:58　8　　terms of products with Rio Tinto?

13:59:05　9　　　　　A.　　Well, I am going from memory here.

13:59:07　10　It certainly meets the size categorization.  And

13:59:12　11　when we looked at product mixes of the top firms

13:59:14　12　it was, you know, always of a diversified miner.

13:59:18　13　So, I don't recall off the top of my head exactly

13:59:21　14　what we did.

13:59:21　15　　　　　Q.　　Okay.  In 2011, AngloAmerican was

13:59:40　16　the world's Number 3 exporter of steelmaking

13:59:45　17　coal.  Were you aware of that?

13:59:48　18　　　　　A.　　I don't recall one way or the other.

13:59:58　19　　　　　Q.　　Well, did you consider the role that

14:00:03　20　coal plays to AngloAmerican's operations

14:00:07　21　determining that it is a good comparator for Rio

14:00:12　22　Tinto?

14:00:12　23　　　　　A.　　As I say, I don't recall all of the

14:00:15　24　product mix analysis that we did.  It is the same

14:00:18　25　answer.

170

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

14:00:19  1          Q.    So, if you considered that, would it

14:00:22  2    be spelled out in your report?

14:00:24  3          A.    Well, we talked about the

14:00:26  4    characteristics in the report.  So, it is

14:00:29  5    obviously a qualitative conclusion, that the

14:00:31  6    company had come to that conclusion, too.  But, I

14:00:34  7    don't recall sitting here today.

14:00:34  8          Q.    Okay.  Your materials considered in

14:00:40  9    Appendix B to your report lists many different

14:00:44 10    annual reports that were reviewed in preparing

14:00:47 11    your report.  Right?

14:00:48 12          A.    Yes, sir.

14:00:49 13          Q.    So, you or members of your team

14:00:52 14    reviewed the annual reports for companies that

14:00:55 15    were in the eight firm list of comparators,

14:01:01 16    right?

14:01:01 17          A.    Yes, sir.

14:01:02 18          Q.    And, so if AngloAmerican's 2011

14:01:20 19    annual report disclosed that it was the Number 3

14:01:23 20    exporter of metallurgical coal in the world,

14:01:26 21    would you have considered that at the time in

14:01:28 22    comparing it to Rio Tinto?

14:01:30 23          A.    I'm sure we considered whatever we

14:01:33 24    read.  As I said, sitting here today, I don't

14:01:37 25    recall.  It is essentially the same answer.

                                                          171

CONFIDENTIAL

| | | |
|---|---|---|
| 14:01:39 | 1 | Q. Okay. So, does that also mean that |
| 14:01:47 | 2 | you are representing that you would have |
| 14:01:49 | 3 | considered that AngloAmerican owned the world's |
| 14:01:53 | 4 | largest platinum reserves in 2011? |
| 14:01:57 | 5 | A. We looked at all of the companies' |
| 14:01:59 | 6 | lines of businesses. I just don't recall them |
| 14:02:01 | 7 | off the top of my head. |
| 14:02:02 | 8 | Q. Was Rio Tinto involved in selling |
| 14:02:07 | 9 | platinum in 2011? |
| 14:02:08 | 10 | A. Not to my knowledge, that I recall. |
| 14:02:12 | 11 | Q. Did you or a member of your team do |
| 14:02:16 | 12 | any analysis of whether the fact that |
| 14:02:20 | 13 | AngloAmerican had the world's largest platinum |
| 14:02:23 | 14 | reserves with the level, if any, of platinum |
| 14:02:28 | 15 | operations that Rio Tinto had? |
| 14:02:32 | 16 | A. I'm not even sure what you are |
| 14:02:34 | 17 | asking me. I'm not sure what that means at the |
| 14:02:38 | 18 | end of the day. |
| 14:02:38 | 19 | We were looking at large globally |
| 14:02:42 | 20 | diversified miners that did overlapping, if not |
| 14:02:45 | 21 | very similar, product courses. |
| 14:02:47 | 22 | So, I can't recall, as I said to |
| 14:02:51 | 23 | you, what all that we looked at. It is the same |
| 14:02:54 | 24 | answer every time you ask the question. |
| 14:02:56 | 25 | Q. Part of what I'm trying to get at is |

172

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

14:02:59  1   you are saying overlapping product mixes; is that
14:03:01  2   right?  That is what you are looking for?
14:03:03  3        A.    Well, where possible.  Obviously you
14:03:05  4   want to get as close as possible.  You are never
14:03:08  5   going to get perfection.
14:03:10  6        Q.    Explain to me what level of overlap
14:03:13  7   between product mixes is sufficient for you to
14:03:17  8   determine that a company is a useful comparator
14:03:20  9   for an event study.
14:03:21 10        A.    There is really no line in the sand
14:03:25 11   answer there.  That is why I do take comfort of
14:03:30 12   the company's own decision to look out at its
14:03:33 13   competitors on a FSR, functional return.
14:03:41 14        Q.    And so, do you have a similar answer
14:03:48 15   if I ask you whether you considered the fact that
14:03:50 16   in 2011 AngloAmerican owns De Beers which is one
14:03:55 17   of the world's leading diamond companies?
14:03:59 18        A.    I hear the statement part, but what
14:04:03 19   is the question part?
14:04:04 20        Q.    The question is whether you
14:04:05 21   considered that.
14:04:06 22        A.    I don't know what consider means.
14:04:08 23   I'm sure we reviewed all of that information.
14:04:10 24        Q.    Did you personally give
14:04:17 25   consideration to that?

173

CONFIDENTIAL

| | | |
|---|---|---|
| 14:04:18 | 1 | A.    Just sitting here today, I don't |
| 14:04:19 | 2 | really recall everything that is in all of those |
| 14:04:22 | 3 | annual reports.  Sorry, same answer. |
| 14:04:31 | 4 | Q.    Was Rio Tinto a diamond producer in |
| 14:04:33 | 5 | 2011? |
| 14:04:36 | 6 | A.    I don't recall.  I don't think so. |
| 14:04:38 | 7 | But, I don't recall. |
| 14:04:43 | 8 | Q.    So, do you have any recollection of |
| 14:04:46 | 9 | any consideration that you gave to how the fact |
| 14:04:50 | 10 | that AngloAmerican owned one of the world's |
| 14:04:54 | 11 | leading diamond companies factored into your |
| 14:04:56 | 12 | determination that AngloAmerican was a useful |
| 14:05:00 | 13 | comparator for Rio Tinto? |
| 14:05:02 | 14 | A.    I don't recall.  I'm not sure why I |
| 14:05:05 | 15 | would.  You could be very important in some other |
| 14:05:08 | 16 | market but still very much in the other |
| 14:05:10 | 17 | businesses.  So, I'm not sure why it is relevant. |
| 14:05:13 | 18 | But, the actual answer is I don't recall. |
| 14:05:16 | 19 | Q.    Okay.  Is it relevant to you at all |
| 14:05:24 | 20 | who the other companies in the eight firm |
| 14:05:29 | 21 | comparator index, who they list as their |
| 14:05:31 | 22 | competition? |
| 14:05:33 | 23 | Is that relevant at all? |
| 14:05:36 | 24 | A.    I think it depends on the purpose |
| 14:05:38 | 25 | for which they do it and how they explain what |

174

CONFIDENTIAL

14:05:41  1    they do.

14:05:43  2         Q.    Well, if the purpose is to benchmark

14:05:46  3    against their competition, would that be relevant

14:05:49  4    to you?

14:05:50  5         A.    It is not typically the way

14:05:52  6    companies write, so you have to be a little more

14:05:55  7    specific.

14:05:55  8              That can be the product market.

14:05:57  9    That could be for analogues.  It could be for

14:05:58 10    executive compensation.  I'm not sure what you

14:06:02 11    are referring to.  That method is describing how

14:06:04 12    you feel.

14:06:04 13         Q.    If the company that was on Rio

14:06:09 14    Tinto's eight firm comparator list compiles its

14:06:14 15    own list of competitors for purposes of

14:06:19 16    compensation, would that be relevant to you?

14:06:22 17         A.    May or may not.  Depending on how

14:06:24 18    they do it, the importance of other businesses.

14:06:27 19    They may have.  They may be looking for something

14:06:30 20    slightly different.

14:06:30 21              So, I don't know one way or the

14:06:33 22    other.  I was asked to analyze this company, Rio

14:06:36 23    Tinto.

14:06:36 24                   (Exhibit Number 1166

14:06:36 25                    marked for identification.)

175

| | | |
|---|---|---|
| 14:06:40 | 1 | BY MR. BEDNAR: |
| 14:06:40 | 2 | Q.   So, I will show you Exhibit 1166. |
| 14:07:08 | 3 | And I will take you first to the cover.  Do you |
| 14:07:16 | 4 | see that that is AngloAmerican's 2011 annual |
| 14:07:21 | 5 | report? |
| 14:07:21 | 6 | A.   I see that. |
| 14:07:22 | 7 | Q.   I will take you to Page 107 of the |
| 14:07:27 | 8 | PDF, which I think is also Page 107 of the |
| 14:07:30 | 9 | report. |
| 14:07:30 | 10 | This is part of the governance |
| 14:07:33 | 11 | section of the annual report. |
| 14:07:35 | 12 | A.   Okay. |
| 14:07:35 | 13 | Q.   In Section 3.5 you see AngloAmerican |
| 14:07:42 | 14 | describing its long-term incentive program -- or |
| 14:07:45 | 15 | I'm sorry.  The long-term incentive plan? |
| 14:07:48 | 16 | MR. KIRSCH:  Sorry.  Tom, what page |
| 14:07:49 | 17 | are you on? |
| 14:07:51 | 18 | MR. BEDNAR:  107. |
| 14:07:51 | 19 | MR. KIRSCH:  Thank you. |
| 14:07:52 | 20 | BY MR. BEDNAR: |
| 14:07:52 | 21 | Q.   And at the bottom right there is a |
| 14:07:54 | 22 | Figure 6, which is a -- which is titled Sector |
| 14:07:58 | 23 | Index.  Do you see that? |
| 14:07:59 | 24 | A.   Yes. |
| 14:08:00 | 25 | Q.   And, in fact, AngloAmerican does |

176

CONFIDENTIAL

| | | |
|---|---|---|
| 14:08:04 | 1 | list Rio Tinto as one of its competitors.  You |
| 14:08:07 | 2 | see that, right? |
| 14:08:07 | 3 | A.    Yes. |
| 14:08:12 | 4 | Q.    And AngloAmerican lists Teck Cominco |
| 14:08:16 | 5 | Limited as one of its competitors, correct? |
| 14:08:19 | 6 | A.    I'm not sure if it is a competitor. |
| 14:08:21 | 7 | I mean, it is a comparator.  And I'm not sure |
| 14:08:23 | 8 | exactly for what purpose -- |
| 14:08:23 | 9 | Q.    That is a fair point.  Yes, that is |
| 14:08:25 | 10 | a fair point.  I'm sorry. |
| 14:08:25 | 11 | A.    Okay. |
| 14:08:25 | 12 | Q.    It specifically says comparator |
| 14:08:28 | 13 | companies, not competitor companies, right? |
| 14:08:30 | 14 | A.    Right.  Well, those are different |
| 14:08:32 | 15 | things, so that is why I corrected. |
| 14:08:34 | 16 | Q.    Sure.  And, so for long-term |
| 14:08:36 | 17 | incentive plan, so for the same purpose that Rio |
| 14:08:39 | 18 | Tinto has a list of comparator firms, |
| 14:08:45 | 19 | AngloAmerican has a list of comparator firms, |
| 14:08:47 | 20 | right? |
| 14:08:48 | 21 | A.    Yes, again I'm not sure what metric |
| 14:08:50 | 22 | or how to get it.  But, yes, I can clearly see |
| 14:08:53 | 23 | that. |
| 14:08:53 | 24 | Q.    Do you know how Rio Tinto compiled |
| 14:08:55 | 25 | their list of comparator firms? |

177

CONFIDENTIAL

14:08:57  1          A.    I believe they were looking at total

14:09:03  2     shareholder return correlations and line of

14:09:05  3     business judgments.  I don't recall.

14:09:09  4          Q.    So, if you look at the paragraph at

14:09:12  5     the bottom left of this page that we are on,

14:09:13  6     Page 107, the AngloAmerican report says, "Half of

14:09:17  7     each award is subject to a group total

14:09:20  8     shareholder earn measure while the other half is

14:09:23  9     subject to a group operational method."

14:09:26 10               Do you see that?

14:09:27 11          A.    Yes, but it has nothing to do with

14:09:32 12     comparator companies, but -- to the extent a

14:09:38 13     group does not refer to that group.

14:09:40 14          Q.    So, if the total shareholder return

14:09:46 15     measure was applied to the returns of the

14:09:49 16     comparator firms, would that be similar to what

14:09:52 17     Rio Tinto is describing?

14:09:55 18               MR. KIRSCH:  Objection.

14:09:57 19               THE WITNESS:  You would think they

14:09:59 20          did.  I'm not really sure what they did.  The

14:10:02 21          paragraph you are reading is a different

14:10:04 22          point about how compensation is decided in

14:10:07 23          the [garbled] based on lines of business --

14:10:08 24     BY MR. BEDNAR:

14:10:09 25          Q.    Sure.  And I, I understand that

                                                              178

CONFIDENTIAL

| | | |
|---|---|---|
| 14:10:12 | 1 | distinction. |
| 14:10:12 | 2 | So, if AngloAmerican had used the |
| 14:10:15 | 3 | total shareholder return measure based on the |
| 14:10:17 | 4 | comparators, that would be the same measure that |
| 14:10:20 | 5 | Rio Tinto would be using in its comparator index. |
| 14:10:23 | 6 | Right? |
| 14:10:25 | 7 | MR. KIRSCH:  Objection. |
| 14:10:26 | 8 | THE WITNESS:  No, depending on |
| 14:10:29 | 9 | whatever qualitative judgment they applied, |
| 14:10:31 | 10 | what time period.  I don't know.  It might |
| 14:10:32 | 11 | be. |
| 14:10:33 | 12 | BY MR. BEDNAR: |
| 14:10:33 | 13 | Q.    Okay.  So, that is the information |
| 14:10:36 | 14 | that you would want to look at to try to |
| 14:10:39 | 15 | determine a comparison between AngloAmerican's |
| 14:10:42 | 16 | comparator list and Rio Tinto's comparator list, |
| 14:10:44 | 17 | right? |
| 14:10:44 | 18 | A.    I'm not sure why I would want to do |
| 14:10:47 | 19 | that. |
| 14:10:47 | 20 | You are asking about it.  From me |
| 14:10:50 | 21 | writing a report, I can't imagine why I would do |
| 14:10:52 | 22 | that. |
| 14:10:53 | 23 | Q.    Okay.  In any event, AngloAmerican |
| 14:10:58 | 24 | for the year 2011 lists Rio Tinto as a |
| 14:11:01 | 25 | comparator, right? |

179

CONFIDENTIAL

14:11:02  1          A.    Yes, it is on the list.

14:11:04  2          Q.    And lists Teck has a comparator,

14:11:07  3    right?

14:11:07  4          A.    It is also on the list.

14:11:10  5          Q.    Just as Rio Tinto for all, but one,

14:11:13  6    of the periods compiled by Dr. Metz listed Teck

14:11:17  7    as a comparator, right?

14:11:19  8          A.    If that is what it stated, yes.

14:11:23  9          Q.    I'm going to direct you just briefly

14:12:01 10    before we leave that exhibit, the last couple of

14:12:04 11    questions on that exhibit, again is 1166.  I'm on

14:12:08 12    the next page, Page 108.

14:12:10 13                The middle column, at the top of the

14:12:13 14    page --

14:12:16 15          A.    Okay.

14:12:16 16          Q.    -- says Total Shareholder Return.

14:12:19 17    And the second paragraph says, "50 percent of the

14:12:22 18    proportion of each award that is based on TSR is

14:12:28 19    measured against the sector index, and 50 percent

14:12:30 20    is measured against the constituents of the 50,

14:12:34 21    100."  Do you see that?

14:12:35 22          A.    Okay.

14:12:36 23          Q.    And so, is that a similar method for

14:12:40 24    using the comparator index that Rio Tinto uses?

14:12:45 25          A.    I don't really recall the weighting

                                                              180

CONFIDENTIAL

| | | |
|---|---|---|
| 14:12:47 | 1 | in Rio Tinto and over what time period. |
| 14:12:50 | 2 | I don't know.  They both mention the |
| 14:12:54 | 3 | word TSR, if that is the point of your question. |
| 14:12:54 | 4 | (Exhibit Number 1162 |
| 14:12:54 | 5 | marked for identification.) |
| 14:13:29 | 6 | BY MR. BEDNAR: |
| 14:13:29 | 7 | Q.    I'm going to take you to |
| 14:13:31 | 8 | Exhibit 1162, which is the 2011 annual report on |
| 14:13:41 | 9 | Form 20-F for HP Billiton. |
| 14:13:47 | 10 | Can you see it on your screen? |
| 14:13:50 | 11 | A.    Yes, I can. |
| 14:13:51 | 12 | Q.    And you or members of your team |
| 14:13:54 | 13 | reviewed this report when preparing your own |
| 14:13:56 | 14 | report.  Right? |
| 14:13:57 | 15 | A.    Yes.  We did.  And in the binders, I |
| 14:14:00 | 16 | am reminded how massive it is. |
| 14:14:03 | 17 | Q.    Yes, it is 577 pages, a lot of |
| 14:14:08 | 18 | events to report. |
| 14:14:08 | 19 | If I take you to Page 235 of the |
| 14:14:13 | 20 | PDF, which is Page 229 of the report.  This is |
| 14:14:21 | 21 | BHP's Billiton's long-term incentive program |
| 14:14:24 | 22 | awards. |
| 14:14:25 | 23 | And you see at the middle of the |
| 14:14:27 | 24 | page, they have comparator groups for different |
| 14:14:30 | 25 | time periods that are covered as well.  Do you |

181

CONFIDENTIAL

| | | |
|---|---|---|
| 14:14:32 | 1 | see that? |
| 14:14:33 | 2 | A.   I do. |
| 14:14:34 | 3 | Q.   And do you see Rio Tinto is covered |
| 14:14:35 | 4 | in all three of the periods.  Right? |
| 14:14:39 | 5 | A.   Yes. |
| 14:14:42 | 6 | Q.   And then two lines before that Teck |
| 14:14:48 | 7 | Cominco is in two of the three periods, right? |
| 14:14:51 | 8 | A.   Yes. |
| 14:14:51 | 9 | Q.   And the two are the periods 2004 to |
| 14:14:54 | 10 | 2006, right? |
| 14:14:59 | 11 | A.   Yes. |
| 14:14:59 | 12 | Q.   Now, you also see in this list of |
| 14:15:01 | 13 | comparator firms a number of oil and gas |
| 14:15:03 | 14 | companies, right? |
| 14:15:04 | 15 | A.   Yes. |
| 14:15:04 | 16 | Q.   Like ExxonMobil, Marathon Oil, |
| 14:15:10 | 17 | Shell. |
| 14:15:13 | 18 | Does it at all affect the |
| 14:15:16 | 19 | comparability of BHP to Rio Tinto that BHP has |
| 14:15:21 | 20 | significant oil operations in 2011, whereas Rio |
| 14:15:25 | 21 | Tinto did not? |
| 14:15:29 | 22 | A.   It needn't, no. |
| 14:15:32 | 23 | Q.   Why not? |
| 14:15:37 | 24 | A.   Well, then you are not going to get |
| 14:15:38 | 25 | a precise product mix.  The question is there |

182

CONFIDENTIAL

| | | |
|---|---|---|
| 14:15:41 | 1 | this close an overlap as possible.  Both |
| 14:15:45 | 2 | companies consider the other to be a comparable. |
| 14:15:47 | 3 | So, you have sort of answered your own question. |
| 14:15:52 | 4 | Q.    And, did you -- |
| 14:16:06 | 5 | Was Xstrata one of the companies |
| 14:16:08 | 6 | that you were under the opinion should have been |
| 14:16:15 | 7 | included in the S&P Metals and Mining Index? |
| 14:16:19 | 8 | A.    I think it is in that page.  I would |
| 14:16:21 | 9 | have to go back and look at Exhibit 4.  Bancorp. |
| 14:16:27 | 10 | Let's see. |
| 14:16:36 | 11 | Q.    Sure, and I can -- |
| 14:16:37 | 12 | A.    Sure, it is in the related peer |
| 14:16:40 | 13 | index. |
| 14:16:40 | 14 | Q.    And specifically I will show you |
| 14:16:42 | 15 | just to kind of complete the record on that, |
| 14:16:44 | 16 | Paragraph 36 of your report in the second |
| 14:16:48 | 17 | sentence points out that Dr. Metz does not |
| 14:16:51 | 18 | include a number of comparators including |
| 14:16:54 | 19 | AngloAmerican, Xstrata, BHP and Merrick Gold, |
| 14:17:02 | 20 | okay? |
| 14:17:03 | 21 | A.    Okay. |
| 14:17:10 | 22 | Q.    Was there anything in particular |
| 14:17:11 | 23 | about Xstrata that you think made it a useful |
| 14:17:15 | 24 | comparator to Rio Tinto other than the fact that |
| 14:17:17 | 25 | Rio Tinto listed it as a comparator? |

183

CONFIDENTIAL

14:17:22  1            MR. KIRSCH:  Objection.

14:17:23  2            THE WITNESS:  I think this spot

14:17:24  3      combined being a large diversified miner.

14:17:29  4   BY MR. BEDNAR:

14:17:30  5       Q.   Okay.  And do you recall which

14:17:44  6   metals Xstrata was mainly involved in mining?

14:17:49  7       A.   I don't, off the top of my head.

14:17:51  8       Q.   Now, they don't need to be the same

14:18:00  9   exact list of metals that Rio Tinto mines?

14:18:03 10       A.   It would be rare to find companies

14:18:08 11   that are an exact clone.

14:18:08 12       Q.   Is there sort of any measure of

14:18:10 13   overlap that you need in terms of the product

14:18:12 14   that Xstrata mines versus the product that Rio

14:18:14 15   Tinto mined?

14:18:15 16       A.   You asked me that question earlier.

14:18:16 17            MR. KIRSCH:  Objection.  In order to

14:18:17 18      what?

14:18:18 19   BY MR. BEDNAR:

14:18:19 20       Q.   In order to be a useful comparator

14:18:20 21   for an industry index.

14:18:22 22       A.   You asked that question earlier.

14:18:24 23   So, the answer is the same.  There is no bright

14:18:29 24   line.  It is a matter of judgment.

14:18:31 25            And certainly the company's

                                                         184

CONFIDENTIAL

| | | |
|---|---|---|
| 14:18:32 | 1 | judgment.  You are probably going to show me |
| 14:18:35 | 2 | Xstrata's annual report and we will now see its |
| 14:18:38 | 3 | judgment. |
| 14:18:38 | 4 | That is the best way I can know how |
| 14:18:40 | 5 | to answer it. |
| 14:18:41 | 6 | Q.    And in terms of products, does it |
| 14:18:50 | 7 | matter for determining whether Xstrata and Rio |
| 14:18:56 | 8 | Tinto are useful comparators for the event study |
| 14:18:59 | 9 | that Xstrata is focused on copper, coal, nickel |
| 14:19:04 | 10 | and zinc? |
| 14:19:07 | 11 | Does that particular product mix |
| 14:19:11 | 12 | matter to whether it is a good comparator? |
| 14:19:13 | 13 | A.    There is overlap there, and you just |
| 14:19:17 | 14 | purported to show me a chart a few minutes and |
| 14:19:20 | 15 | that copper is in HSBC Mining. |
| 14:19:34 | 16 | Q.    Well, does the fact that Xstrata is |
| 14:19:36 | 17 | focused on copper, and copper tends to move the |
| 14:19:41 | 18 | HSBC Mining Index, what does that say about |
| 14:19:43 | 19 | whether Xstrata is a useful comparator to Rio |
| 14:19:47 | 20 | Tinto for an event study? |
| 14:19:49 | 21 | MR. KIRSCH:  Objection.  Vague. |
| 14:19:53 | 22 | THE WITNESS:  I'm not sure what you |
| 14:19:54 | 23 | are asking.  But, with the HSBC indexes comes |
| 14:19:58 | 24 | up with a mining index.  We talked about |
| 14:20:01 | 25 | that.  It is now purported to show that it is |

185

CONFIDENTIAL

| | | |
|---|---|---|
| 14:20:05 | 1 | about copper.  I already questioned whether |
| 14:20:07 | 2 | that is a valid study that you showed me and |
| 14:20:11 | 3 | pictured it. |
| 14:20:12 | 4 | To me what makes it comparable is |
| 14:20:15 | 5 | back to the same.  Is it similar enough? |
| 14:20:17 | 6 | Does the company judge it to be similar |
| 14:20:19 | 7 | enough to make it a comparable firm? |
| 14:20:22 | 8 | For your line of questions to make |
| 14:20:24 | 9 | sense, you have to believe that excluding all |
| 14:20:27 | 10 | large miners makes a better index.  And that |
| 14:20:33 | 11 | is about a head structure. |
| 14:20:36 | 12 | BY MR. BEDNAR: |
| 14:20:45 | 13 | Q.    So, you are saying that in terms of |
| 14:20:48 | 14 | product mix, it has to be similar enough that the |
| 14:20:53 | 15 | company considers it a comparator firm.  Is that |
| 14:20:55 | 16 | right? |
| 14:20:57 | 17 | MR. KIRSCH:  Objection. |
| 14:20:59 | 18 | THE WITNESS:  I think -- I did say |
| 14:21:00 | 19 | that, that the company could be important as |
| 14:21:04 | 20 | far as judgment in some analysts.  But, yes, |
| 14:21:09 | 21 | all of that is important. |
| 14:21:10 | 22 | BY MR. BEDNAR: |
| 14:21:10 | 23 | Q.    Did you do an analysis of whether |
| 14:21:12 | 24 | the product mix of Xstrata and Rio Tinto was |
| 14:21:15 | 25 | similar enough to be a useful comparator for an |

186

CONFIDENTIAL

14:21:19  1   industry index?

14:21:20  2        A.     You asked that question earlier,

14:21:22  3   too, so it will be the same answer.  You asked it

14:21:25  4   in a different company, same answer.

14:21:26  5             But, we did.  I think, we, Kevin and

14:21:30  6   I would read all of these, and made qualitative

14:21:34  7   conclusion along with the information in the

14:21:36  8   company's report.  That is what we did.

14:21:40  9        Q.     And so to the extent that you

14:21:52 10   reached any opinions on whether the product mix

14:21:55 11   of Xstrata and Rio Tinto are sufficiently

14:22:00 12   comparable to be comparators for an industry

14:22:03 13   index, would that be spelled out in the report or

14:22:05 14   in the backup materials --

14:22:06 15        A.     Yes.

14:22:07 16        Q.     -- which is in the appendices?

14:22:10 17        A.     Yes.

14:22:11 18        Q.     Okay.  So if it is not in the report

14:22:17 19   or in the appendices or exhibits, you don't have

14:22:20 20   an opinion on what would make the product mix of

14:22:23 21   an Xstrata sufficiently comparable to a Rio Tinto

14:22:27 22   to be useful comparators for an event study?

14:22:31 23        A.     I wouldn't say that.  I do think it

14:22:33 24   is in those materials.  But we came to a

14:22:35 25   qualitative conclusion looking at the company's

187

CONFIDENTIAL

14:22:37  1    choices.  Like I said, I don't recall everything
14:22:40  2    that we did.  Same answer.
14:22:44  3            Q.    Okay.  And I think you forecast
14:23:01  4    this, Doctor, but I am going to show you the
14:23:08  5    Xstrata 2011 annual report.
14:23:12  6            A.    Okay.
14:23:12  7                    (Exhibit Number 1165
14:23:12  8                    marked for identification.)
14:23:12  9    BY MR. BEDNAR:
14:23:18 10            Q.    That is Exhibit 1165.  A smiling
14:23:23 11    person on the cover.  And I'm going to take you
14:23:25 12    to Page 117 of the PDF, which is in the
14:23:38 13    remuneration section of the report.  And it
14:23:39 14    describes Xstrata's use of a comparator index
14:23:49 15    under performance conditions.
14:23:52 16                    And there the comparator index also
14:23:55 17    has Rio Tinto, right?
14:23:58 18            A.    Yes, both companies appear just like
14:23:59 19    the other.
14:24:00 20            Q.    And have Teck Resources?
14:24:03 21            A.    It does.
14:24:07 22                    MR. KIRSCH:  Tom, I'm sorry.  What
14:24:09 23        page are you on again?
14:24:10 24                    MR. BEDNAR:  I was on Page 117 of
14:24:12 25        the PDF, which is 101 of the report, I'm

                                                          188

CONFIDENTIAL

14:24:15  1        sorry.

14:24:16  2                MR. KIRSCH:  101.  That is okay.

14:24:18  3        Thank you.

14:24:34  4  BY MR. BEDNAR:

14:24:43  5        Q.    I'm going to ask you about Vale.

14:24:47  6  Now, you obviously considered Vale to be a useful

14:24:50  7  comparator for Rio Tinto, right?

14:24:51  8        A.    Yes.

14:24:52  9        Q.    Vale is one of the largest iron ore

14:25:00 10  miners in the world, right?

14:25:02 11        A.    Yes.

14:25:02 12        Q.    Let me actually switch gears and ask

14:25:42 13  you about Barrick Gold.  Barrick Gold was in the

14:26:09 14  eight company comparator index that you used in

14:26:12 15  your event study, right?

14:26:13 16        A.    Yes, sir.

14:26:17 17        Q.    And, what if anything did you do to

14:26:20 18  analyze whether the product mix of Barrick Gold

14:26:24 19  is sufficiently comparable with the product mix

14:26:28 20  of Rio Tinto to serve as a useful comparator for

14:26:35 21  the event study?

14:26:36 22        A.    Again, I don't really recall what we

14:26:39 23  found when we looked at the annual report.  But,

14:26:41 24  I don't recall.  Same answer as before.

14:26:44 25        Q.    And is there anything that would

                                                        189

GRADILLAS COURT REPORTERS
(310) 859-6677

CONFIDENTIAL

| | | |
|---|---|---|
| 14:26:47 | 1 | refresh your memory on that? |
| 14:26:50 | 2 | A.    No. |
| 14:26:58 | 3 | Q.    If you reached any conclusions about |
| 14:27:02 | 4 | the comparability of the product mix between the |
| 14:27:05 | 5 | two companies, would it be listed in your report |
| 14:27:07 | 6 | or the exhibits in appendices? |
| 14:27:11 | 7 | A.    It should be.  It could also be a |
| 14:27:14 | 8 | qualitative judgment.  It should be, yes. |
| 14:27:16 | 9 | Q.    Well, if there is a qualitative |
| 14:27:19 | 10 | adjustment to be reflected, would that be written |
| 14:27:22 | 11 | down in any way in your report? |
| 14:27:23 | 12 | A.    It should be, yes.  That is what I'm |
| 14:27:25 | 13 | saying. |
| 14:27:26 | 14 | Q.    But as you sit here right now, you |
| 14:27:28 | 15 | don't recall whether such analysis was done? |
| 14:27:32 | 16 | A.    Well, I recall the analysis.  I'm |
| 14:27:35 | 17 | just not recalling the particulars of it. |
| 14:27:42 | 18 | Q.    And Barrick Gold, at the time in |
| 14:27:47 | 19 | 2011, was the largest gold company, right? |
| 14:27:50 | 20 | And Newmont, another company that |
| 14:27:53 | 21 | was in your eight firm comparator index, that was |
| 14:27:57 | 22 | another of the world's very large gold companies, |
| 14:28:00 | 23 | right? |
| 14:28:00 | 24 | A.    That is certainly true. |
| 14:28:02 | 25 | Q.    Would you describe either of those |

190

CONFIDENTIAL

14:28:07  1   as diversified mining company?

14:28:10  2        A.   I really don't recall what other

14:28:13  3   lines of business are.

14:28:19  4        Q.   Is it important to be diversified to

14:28:21  5   be useful comparators to Rio Tinto for an event

14:28:23  6   study?

14:28:23  7        A.   That wasn't the point I made

14:28:25  8   earlier.  I said the document said inadvertently

14:28:29  9   excluded all large diversified companies, and I

14:28:31 10   think that is important.

14:28:32 11        The company may also have viewed

14:28:34 12   other companies as worthy competitors.

14:28:35 13        So this justification is not the

14:28:37 14   only element.  I just don't recall what lines of

14:28:40 15   business they're in.

14:28:40 16        Q.   And I'm asking you to be a useful

14:28:43 17   comparator for purposes of an event study on Rio

14:28:46 18   Tinto, is it important that the companies in that

14:28:49 19   index be diversified?

14:28:54 20        A.   I don't know what important means.

14:28:58 21   I mean I assume that you want companies as

14:29:03 22   similar to Rio Tinto as possible.  But the

14:29:04 23   company may have viewed their other businesses

14:29:06 24   are sufficiently correlated with it to be worthy

14:29:08 25   of comparison.

191

CONFIDENTIAL

| | | |
|---|---|---|
| 14:29:09 | 1 | So, again, I don't recall all of the |
| 14:29:11 | 2 | various lines of Barrick or Newmont. |
| 14:29:16 | 3 | MR. KIRSCH:  Tom, we have been going |
| 14:29:19 | 4 | about an hour and 20 minutes.  And when you |
| 14:29:21 | 5 | get to the end of this line, let's take a |
| 14:29:23 | 6 | break, please. |
| 14:29:26 | 7 | MR. BEDNAR:  We can break now.  That |
| 14:29:27 | 8 | is fine. |
| 14:29:28 | 9 | Can you take us off the record? |
| 14:29:29 | 10 | THE VIDEOGRAPHER:  We are going off |
| 14:29:31 | 11 | the record.  The time is 2:29 eastern. |
| 14:29:35 | 12 | (Recess taken -- 2:29 p.m.) |
| 14:45:39 | 13 | (After recess -- 2:45 p.m.) |
| 14:45:39 | 14 | THE VIDEOGRAPHER:  We are going back |
| 14:45:50 | 15 | on the record.  The time is 2:45 eastern. |
| 14:45:56 | 16 | BY MR. BEDNAR: |
| 14:46:05 | 17 | Q.   Dr. Hubbard, I want to ask you a few |
| 14:46:10 | 18 | questions about the April 8, 2011, acquisition of |
| 14:46:17 | 19 | Riversdale by Rio Tinto. |
| 14:46:21 | 20 | So, it is your opinion that the |
| 14:46:30 | 21 | market had viewed it as that Rio Tinto would |
| 14:47:26 | 22 | acquire control prior to April 8, 2011. |
| 14:47:26 | 23 | So, Dr. Hubbard, am I correct that |
| 14:47:29 | 24 | your opinion is that the market had an |
| 14:47:33 | 25 | expectation prior to April 8, 2011, that Rio |

192

CONFIDENTIAL

```
14:47:39   1   Tinto would obtain control of Riversdale?
14:47:43   2          A.    Yes, that is my opinion I have on
14:47:51   3   that subject.
14:47:52   4          Q.    Did you reach any opinion as to
14:47:54   5   whether the market had an expectation of whether
14:47:56   6   Rio Tinto would gain control of Riversdale
14:47:58   7   without having to make concessions to the CSN or
14:48:05   8   Tata Steel companies?
14:48:09   9                MR. KIRSCH:  Objection, vague.
14:48:10  10                THE WITNESS:  I'm not sure what you
14:48:16  11       asked.  If I am understanding your question,
14:48:17  12       no.  It wouldn't have been doable, so no.
14:48:25  13   BY MR. BEDNAR:
14:48:26  14          Q.    Did you come across any analyst's
14:48:28  15   coverage or news coverage prior to April 8, 2011,
14:48:32  16   predicting that Rio Tinto would acquire control
14:48:37  17   without having to make concessions to CSN or
14:48:41  18   Tata?
14:48:41  19                MR. KIRSCH:  Objection as to what
14:48:43  20       concessions means in this context.
14:48:47  21   BY MR. BEDNAR:
14:48:48  22          Q.    Well, let me ask you this:
14:48:49  23                So, CSN and Tata were the two
14:48:52  24   largest shareholders of Riversdale besides Rio
14:48:55  25   Tinto in April of 2011?
```

193

CONFIDENTIAL

14:48:57  1        A.     Yes.

14:48:58  2        Q.     And, I'm sorry, I didn't mean to cut

14:49:00  3   you off.  And both CSN and Tata were steelmaking

14:49:06  4   companies, right?

14:49:07  5        A.     Correct.

14:49:08  6        Q.     And, fair to say that their interest

14:49:10  7   in Riversdale was primarily driven by their

14:49:16  8   interest in acquiring access to metallurgical

14:49:20  9   coal that could be used in their steelmaking

14:49:22 10   operations?

14:49:22 11        A.     Yes.  That was certainly a factor.

14:49:25 12        Q.     And in conducting your event study

14:49:30 13   did you see any news coverage expressing the view

14:49:35 14   that Rio Tinto might have to enter into favorable

14:49:40 15   contracts to supply metallurgical coal to CSN or

14:49:46 16   Tata as a condition of obtaining shares from CSN

14:49:50 17   or Tata?

14:49:52 18        A.     If I understand the question, I

14:49:54 19   don't recall one way or the other.  I have all of

14:49:56 20   the news articles that I was able to retrieve.

14:49:59 21   They are all in the report.

14:50:00 22        Q.     Okay.  So, is it fair to say that

14:50:09 23   within the article cited in your report or the

14:50:12 24   appendices to your report, if there are articles

14:50:16 25   regarding the issue of CSN or Tata seeking

                                                         194

CONFIDENTIAL

| | | |
|---|---|---|
| 14:50:18 | 1 | concessions from Rio Tinto, that that is |
| 14:50:21 | 2 | something you would have considered, right? |
| 14:50:25 | 3 | A.    Well, those articles should be |
| 14:50:26 | 4 | there.  I don't think it is -- I don't know what |
| 14:50:28 | 5 | you mean by considered.  It wouldn't really |
| 14:50:31 | 6 | affect my conclusion. |
| 14:50:32 | 7 | But, yes, the articles should be in |
| 14:50:35 | 8 | there if they exist. |
| 14:50:35 | 9 | (Whereupon, previously marked |
| 14:50:35 | 10 | Exhibit 445, first referral.) |
| 14:50:43 | 11 | BY MR. BEDNAR: |
| 14:50:43 | 12 | Q.    I'm going to show you an exhibit |
| 14:51:03 | 13 | that is marked Plaintiff's Exhibit 445. |
| 14:51:11 | 14 | Exhibit 445 is notes of an interview of defendant |
| 14:51:14 | 15 | Guy Elliot from March 2013 created by two |
| 14:51:20 | 16 | employees of Rio Tinto. |
| 14:51:22 | 17 | Have you ever seen this exhibit |
| 14:51:24 | 18 | before today? |
| 14:51:25 | 19 | A.    No.  It looks to be an internal |
| 14:51:28 | 20 | document and for studying what the market wants. |
| 14:51:40 | 21 | Q.    I'll take you to the second page of |
| 14:51:44 | 22 | that exhibit.  A little more than halfway down |
| 14:51:47 | 23 | the page there is a paragraph in which Mr. Elliot |
| 14:51:49 | 24 | is described as saying, "Success was ultimately |
| 14:51:54 | 25 | growth and getting the deal done.  It was |

195

CONFIDENTIAL

| | | |
|---|---|---|
| 14:51:56 | 1 | generally thought that the bid tactics were well |
| 14:52:00 | 2 | done. |
| 14:52:00 | 3 | "The two major shareholders had |
| 14:52:02 | 4 | tried to secure better JV or supply contract |
| 14:52:05 | 5 | terms, but eventually just surrendered their |
| 14:52:07 | 6 | shares like everyone else." |
| 14:52:09 | 7 | Do you see that? |
| 14:52:10 | 8 | A.   Yes. |
| 14:52:12 | 9 | MR. KIRSCH:  I know you said you |
| 14:52:13 | 10 | haven't seen this before.  If it would be |
| 14:52:15 | 11 | helpful for you to read the document, feel |
| 14:52:17 | 12 | free to do that before you answer any |
| 14:52:19 | 13 | questions. |
| 14:52:21 | 14 | THE WITNESS:  No.  I mean, it is |
| 14:52:22 | 15 | just that I was talking -- my report is about |
| 14:52:25 | 16 | what market participants saw.  This is an |
| 14:52:28 | 17 | internal document and an interview of |
| 14:52:32 | 18 | someone's perspective.  But, please feel free |
| 14:52:34 | 19 | to ask me anything you wish. |
| 14:52:45 | 20 | BY MR. BEDNAR: |
| 14:52:45 | 21 | Q.   So, did you come across any news in |
| 14:52:47 | 22 | preparing your event study that would contradict |
| 14:52:49 | 23 | this statement that CSN and Tata tried to secure |
| 14:52:54 | 24 | better JV or supply contract terms? |
| 14:52:59 | 25 | A.   I think you asked that question |

196

CONFIDENTIAL

| | | |
|---|---|---|
| 14:53:01 | 1 | before.  Same answer.  I don't recall any of the |
| 14:53:03 | 2 | news articles I found that would be in there. |
| 14:53:05 | 3 | They are of course news to the |
| 14:53:09 | 4 | public, not necessarily what an internal person |
| 14:53:12 | 5 | they know. |
| 14:53:12 | 6 | But, if it is real news and it is in |
| 14:53:14 | 7 | the news outlet, I should know. |
| 14:53:14 | 8 | (Exhibit Number 1215 |
| 14:53:14 | 9 | marked for identification.) |
| 14:53:18 | 10 | BY MR. BEDNAR: |
| 14:53:18 | 11 | Q.    So, this is Exhibit 1215.  It is an |
| 14:53:21 | 12 | article dated April 8, 2011 in the Financial |
| 14:53:25 | 13 | Review. |
| 14:53:25 | 14 | Do you see that? |
| 14:53:26 | 15 | A.    I do. |
| 14:53:28 | 16 | Q.    This is an article that is cited in |
| 14:53:30 | 17 | your report. |
| 14:53:31 | 18 | A.    Okay. |
| 14:53:32 | 19 | Q.    The Financial Review, is that a |
| 14:53:34 | 20 | major business publication in Australia? |
| 14:53:36 | 21 | A.    It is. |
| 14:53:37 | 22 | Q.    Towards the bottom of the page, the |
| 14:53:54 | 23 | paragraph reading CSN -- starts with CSN. |
| 14:53:59 | 24 | "Financial Review notes that CSN has |
| 14:54:02 | 25 | no off-take agreements with Riversdale and has |

197

CONFIDENTIAL

| | | |
|---|---|---|
| 14:54:06 | 1 | been seen as a likely seller of its 19.9 percent |
| 14:54:11 | 2 | stake, but the company has indicated that it has |
| 14:54:14 | 3 | no immediate plans to sell and will likely hang |
| 14:54:17 | 4 | on until it can secure the 300,000 tons to |
| 14:54:21 | 5 | 400,000 tons a year of coking coal it requires to |
| 14:54:24 | 6 | feed its Brazilian steelmaking operations." |
| 14:54:28 | 7 | Do you see that? |
| 14:54:29 | 8 | A.    I do. |
| 14:54:29 | 9 | (Exhibit Number 1148 |
| 14:54:29 | 10 | marked for identification.) |
| 14:54:29 | 11 | BY MR. BEDNAR: |
| 14:54:29 | 12 | Q.    And then I will take you to |
| 14:54:44 | 13 | Exhibit 1148.  This is an analyst report released |
| 14:54:55 | 14 | by Dolmen Daily, dated April 8, 2011. |
| 14:54:58 | 15 | Do you see that? |
| 14:54:59 | 16 | A.    I do. |
| 14:55:00 | 17 | Q.    And you discuss that report in your |
| 14:55:04 | 18 | report, right? |
| 14:55:05 | 19 | A.    I believe so, yes. |
| 14:55:06 | 20 | Q.    And let me take that down for a |
| 14:55:15 | 21 | moment just so I can pull you up to the correct |
| 14:55:18 | 22 | page. |
| 14:55:26 | 23 | And it is on Page 1 of Exhibit 1148. |
| 14:55:32 | 24 | The box in the middle where it says Rio Tinto |
| 14:55:41 | 25 | buy.  And, fair to say that that paragraph |

198

CONFIDENTIAL

| | | |
|---|---|---|
| 14:55:44 | 1 | describes the Rio Tinto acquisition of |
| 14:55:51 | 2 | Riversdale.  Right? |
| 14:55:52 | 3 | A.    Yes, sir. |
| 14:55:54 | 4 | MR. KIRSCH:  You can read the |
| 14:55:55 | 5 | paragraph, Glenn, of course, before you |
| 14:55:59 | 6 | answer the questions. |
| 14:56:00 | 7 | BY MR. BEDNAR: |
| 14:56:01 | 8 | Q.    Take your time. |
| 14:56:02 | 9 | A.    It is fine. |
| 14:56:04 | 10 | Q.    Towards the middle of the paragraph, |
| 14:56:07 | 11 | Dolmen says, "We viewed today's news of Rio |
| 14:56:11 | 12 | Tinto's majority stake as a positive of the |
| 14:56:13 | 13 | diversified miner." |
| 14:56:14 | 14 | Do you see that, right? |
| 14:56:15 | 15 | A.    Yes. |
| 14:56:16 | 16 | Q.    And I want to ask you about the next |
| 14:56:18 | 17 | sentence which says, "Also, the manner in which |
| 14:56:20 | 18 | Rio gained control of Riversdale is an added |
| 14:56:25 | 19 | bonus as it increased its stake without defense |
| 14:56:30 | 20 | from other shareholders."  Do you see that? |
| 14:56:32 | 21 | A.    I see that. |
| 14:56:33 | 22 | Q.    So, would you agree that on |
| 14:56:34 | 23 | April 8, 2011, the manner in which Rio Tinto |
| 14:56:37 | 24 | gained control of Riversdale without having to |
| 14:56:40 | 25 | buy shares from CSN and Tata, that was news that |

199

CONFIDENTIAL

```
14:56:45  1    day.  Correct?
14:56:46  2              MR. KIRSCH:  Objection.
14:56:47  3              THE WITNESS:  I don't think so.  I
14:56:50  4         see this is that analyst's view.  I don't
14:56:53  5         know whether the analyst changed price
14:56:55  6         targets or anything else as a result of this
14:56:56  7         news.  I don't recall.
14:56:57  8              But, you can't make the leap you
14:56:59  9         just made, if that is your question.
14:57:00 10    BY MR. BEDNAR:
14:57:05 11         Q.   Did you -- let me ask you a new
14:57:10 12    question.
14:57:10 13              In the work that you did in
14:57:20 14    preparing your report, were you able to reach a
14:57:26 15    conclusion one way or the other as to whether the
14:57:29 16    fact that Rio Tinto gained control without buying
14:57:32 17    shares from CSN or Tata had been forecast prior
14:57:40 18    to April 8th?
14:57:45 19              MR. KIRSCH:  Objection.
14:57:46 20              THE WITNESS:  I don't recall
14:57:46 21         studying that particular point.  I'm
14:57:48 22         certainly not sure why I would, but I don't
14:57:53 23         recall that, no.
14:57:53 24    BY MR. BEDNAR:
14:57:54 25         Q.   And so the news reports that you did
```

200

CONFIDENTIAL

| | | |
|---|---|---|
| 14:57:56 | 1 | cite -- and I will take this down.  I don't have |
| 14:57:58 | 2 | other questions about this right now. |
| 14:57:59 | 3 | The news articles that you did look |
| 14:58:02 | 4 | at, were those the result of some sort of |
| 14:58:07 | 5 | systematic search of databases? |
| 14:58:10 | 6 | A.    Yes.  Where I do news by the |
| 14:58:13 | 7 | analysts in each case there, are searches either |
| 14:58:16 | 8 | of universes or key words.  Very different from |
| 14:58:22 | 9 | Dr. Metz. |
| 14:58:22 | 10 | Q.    Okay.  And the searches that you ran |
| 14:58:26 | 11 | across the Factiva database produced many of the |
| 14:58:30 | 12 | news articles that are cited in your Appendix B, |
| 14:58:36 | 13 | is that right? |
| 14:58:37 | 14 | A.    Yes, sir. |
| 14:58:37 | 15 | Q.    And would you agree with me that |
| 14:58:40 | 16 | your systematic search of Factiva, that began on |
| 14:58:44 | 17 | March 28th, right? |
| 14:58:45 | 18 | A.    I don't recall the exact date.  Do I |
| 14:58:47 | 19 | need to know for this question? |
| 14:58:51 | 20 | Q.    Well, I'm asking if that was your |
| 14:58:53 | 21 | methodology. |
| 14:58:57 | 22 | Do you know where that would be |
| 14:58:59 | 23 | described in your report? |
| 14:59:00 | 24 | A.    No, that would take a little while. |
| 14:59:01 | 25 | If this is important -- |

201

CONFIDENTIAL

14:59:14  1          Q.    If I can direct you, I will pull it

14:59:16  2     up on the screen.

14:59:17  3          A.    Okay.

14:59:18  4          Q.    Your report, which is Exhibit 224.

14:59:20  5     I will pull it up for you.  It is Page 29 of the

14:59:24  6     PDF.

14:59:25  7          A.    Okay.  That is what I was looking

14:59:27  8     for, yes.

14:59:27  9          Q.    Yes.  Footnote 121.

14:59:31 10          A.    Yes.

14:59:31 11          Q.    Do you agree with me that

14:59:34 12     Footnote 121, does that describe the methodology

14:59:37 13     that you and your team applied to search for news

14:59:40 14     within Factiva?

14:59:41 15          A.    Yes, sir, that does.

14:59:47 16          Q.    And your search applied search terms

14:59:51 17     to Factiva for different periods beginning

14:59:55 18     March 28th, correct?

14:59:56 19          A.    That's correct.

14:59:56 20          Q.    Okay.  And, so did your team apply

15:00:02 21     any systematic searches of Factiva for periods of

15:00:08 22     time before March 28th?

15:00:13 23          A.    For this purpose no.  We have a

15:00:17 24     timeline that goes back to the beginning.  But,

15:00:19 25     no, not for this purpose.

                                                          202

CONFIDENTIAL

| | | |
|---|---|---|
| 15:00:21 | 1 | Q.    Okay.  Dr. Hubbard you are familiar |
| 15:00:40 | 2 | with the term, control premium, right? |
| 15:00:42 | 3 | A.    Yes. |
| 15:00:43 | 4 | Q.    In the context of mergers and |
| 15:00:45 | 5 | acquisitions, what is a control premium? |
| 15:00:48 | 6 | A.    Well, it is actually a good |
| 15:00:51 | 7 | question.  Sometimes people just refer to it as |
| 15:00:55 | 8 | just a premium from taking over the company that |
| 15:00:59 | 9 | can enable you to change strategy.  Maybe it |
| 15:01:03 | 10 | would be within the products of control. |
| 15:01:05 | 11 | Sometimes that gets conflated in discussions with |
| 15:01:08 | 12 | synergies that can also account for premium in a |
| 15:01:12 | 13 | transaction. |
| 15:01:13 | 14 | But, some people use the word, |
| 15:01:17 | 15 | control premium, to cover all of the above. |
| 15:01:23 | 16 | Q.    Do you have a definition that you |
| 15:01:24 | 17 | view as correct? |
| 15:01:29 | 18 | A.    Well, control premium depends on |
| 15:01:32 | 19 | different countries, different times.  It depends |
| 15:01:36 | 20 | on what you mean by control. |
| 15:01:38 | 21 | If it means private benefits of |
| 15:01:40 | 22 | control, that is very different from changing |
| 15:01:43 | 23 | strategy.  And I think changing strategy is being |
| 15:01:46 | 24 | lumped into synergies and other things. |
| 15:01:48 | 25 | Q.    Okay.  So, when you talk about the |

203

CONFIDENTIAL

15:01:50 1    private benefits of control in connection with

15:01:52 2    the control premium, what do you mean?

15:01:54 3         A.    In other words that I may pay for an

15:01:59 4    asset in order to get private benefits of control

15:02:02 5    dissipated from my own personal purposes as the

15:02:05 6    leader or to be inefficient in how I run things.

15:02:09 7         Q.    Okay.  And then synergies, what does

15:02:17 8    synergies mean in this context?

15:02:19 9         A.    Synergy would mean a gain from the

15:02:21 10   combination of two firms.  And of course to the

15:02:23 11   extent that one pays more than the market price

15:02:26 12   for something, it must be a belief that it is

15:02:29 13   worth more in the hands of the buyer.

15:02:31 14              And the question is why use that.

15:02:34 15   Often people argue for synergies, and thus

15:02:38 16   economists think most, if not all, synergies wind

15:02:41 17   up being captured by the target rather than the

15:02:47 18   goal.

15:02:54 19        Q.    You say most economists are of the

15:02:56 20   view that -- did you say synergies are most, if

15:03:01 21   not all, value from synergies is captured by the

15:03:05 22   target.  Is that what you said?

15:03:06 23        A.    Yes, those are empirical studies

15:03:09 24   that -- it is often an expression that

15:03:12 25   managements often overpay or barely cover what an

                                                          204

CONFIDENTIAL

15:03:17  1    asset is.  That comes from a literature in

15:03:21  2    finance going back some decade.

15:03:22  3            Q.    Is that your view?

15:03:24  4            A.    It depends on the -- it depends on

15:03:26  5    the company that is the physical evidence.  You

15:03:31  6    know, studies like Andrade, Mitchell and Stafford

15:03:37  7    would define that.  Other statistical studies

15:03:39  8    going all of the way back to Paul Aspit's work in

15:03:43  9    the 1980's on that.

15:03:44 10            That is probably a pretty general

15:03:48 11    deal, but obviously any given deal is its own

15:03:52 12    deal.

15:03:52 13            Q.    So, your view on whether the

15:03:57 14    acquiring firm can capture any of the value of

15:04:01 15    synergies, does that depend on the specific facts

15:04:06 16    of each instance?

15:04:08 17            A.    My view on that subject is

15:04:11 18    irrelevant to this case.

15:04:13 19            So I'm not sure -- I don't really

15:04:18 20    need -- it has nothing to do with what I did in

15:04:21 21    this case.  And I have already told you my view

15:04:23 22    of your own experts.  So, I told you what my view

15:04:27 23    is.  It is just not germane to this case.

15:04:30 24            Q.    No, I think you told me what the

15:04:32 25    views of several economists that had published

                                                            205

CONFIDENTIAL

| | | |
|---|---|---|
| 15:04:35 | 1 | articles is. |
| 15:04:35 | 2 | What is your view as to whether the |
| 15:04:37 | 3 | acquiring firm can capture value from synergies? |
| 15:04:44 | 4 | MR. KIRSCH:  Objection.  I thought I |
| 15:04:46 | 5 | did hear his answer, but please go ahead and |
| 15:04:49 | 6 | answer again. |
| 15:04:49 | 7 | THE WITNESS:  I answered that, but I |
| 15:04:50 | 8 | will answer it again.  I said two things. |
| 15:04:52 | 9 | One is that every deal is its own deal.  You |
| 15:04:55 | 10 | can't necessarily think that every deal is |
| 15:04:57 | 11 | the same.  But the economic literature is |
| 15:04:59 | 12 | pretty clear, that not most of the gains go |
| 15:05:02 | 13 | to the target. |
| 15:05:03 | 14 | But, obviously there are going to be |
| 15:05:06 | 15 | deals that are the exception. |
| 15:05:10 | 16 | BY MR. BEDNAR: |
| 15:05:11 | 17 | Q.   You also referred to control premium |
| 15:05:12 | 18 | being associated with the change in strategy. |
| 15:05:14 | 19 | What did you mean by that? |
| 15:05:17 | 20 | A.   Well, there was one thing -- one |
| 15:05:19 | 21 | reason I might be able to or willing to pay more |
| 15:05:22 | 22 | for a company in its current market price is |
| 15:05:27 | 23 | there are assets that I think I could do |
| 15:05:29 | 24 | something different with and maybe increase |
| 15:05:32 | 25 | value. |

206

CONFIDENTIAL

15:05:32  1              So, sometimes people group that

15:05:35  2      under control premium because I can't do that

15:05:37  3      until I wrest that out of the hands of somebody

15:05:39  4      else.

15:05:39  5              But, you could also think about it

15:05:41  6      as a synergy game.  But that is -- you are trying

15:05:44  7      to explain why you would pay more for an asset

15:05:47  8      than its current market price.

15:06:01  9          Q.    If a company pays a control premium

15:06:04 10      that is lower than the average premium paid for

15:06:11 11      acquisitions in its industry, does that provide

15:06:13 12      any information about whether the firm has

15:06:16 13      captured value from the acquisition?

15:06:23 14          A.    If I am understanding your question,

15:06:26 15      I am not sure, because it depends on the facts

15:06:29 16      and circumstances of that time versus other

15:06:32 17      transactions.  So, I'm not sure is my answer to

15:06:39 18      that.

15:06:46 19          Q.    Would you agree that a control

15:06:48 20      premium that is particularly large relative to

15:06:51 21      other acquisitions in the industry may indicate

15:06:55 22      that the acquiring firm has failed to capture

15:06:58 23      value from the acquisition?

15:07:02 24              MR. KIRSCH:  Objection, vague.

15:07:03 25              THE WITNESS:  It depends.  I mean

                                                        207

CONFIDENTIAL

| | | |
|---|---|---|
| 15:07:07 | 1 | there is an all else equal that you didn't |
| 15:07:09 | 2 | say in events when holding constant the time |
| 15:07:13 | 3 | period and everything else. |
| 15:07:14 | 4 | It could be that some acquirers are |
| 15:07:17 | 5 | just simply more talented integrating other |
| 15:07:20 | 6 | assets, and it could be that other acquirers |
| 15:07:28 | 7 | simply overpay. |
| 15:07:28 | 8 | (Exhibit Number 1210 |
| 15:07:28 | 9 | marked for identification.) |
| 15:07:28 | 10 | BY MR. BEDNAR: |
| 15:07:32 | 11 | Q.    I'm going to show you Exhibit 1210, |
| 15:07:36 | 12 | which is an expert report submitted in this case |
| 15:07:39 | 13 | written by Mr. Robert Edwards on behalf of the |
| 15:07:42 | 14 | defendants. |
| 15:07:42 | 15 | Have you seen this report before? |
| 15:07:45 | 16 | A.    I have not. |
| 15:07:56 | 17 | Q.    Taking you to Page 34 of the PDF, |
| 15:08:03 | 18 | which is Page 31 of the report. |
| 15:08:11 | 19 | Paragraph 77, Mr. Edwards writes |
| 15:08:17 | 20 | that, "Rio Tinto ultimately acquired a |
| 15:08:21 | 21 | controlling stake of Riversdale by offering |
| 15:08:27 | 22 | 16 Australian dollars and $0.50 per share, which |
| 15:08:31 | 23 | represented a 28 percent premium to the volume- |
| 15:08:34 | 24 | weighted average trading price of Riversdale's |
| 15:08:38 | 25 | shares during the month ending December 3rd, 2010, |

208

CONFIDENTIAL

15:08:41  1    before the market learned about the negotiations

15:08:43  2    with Rio Tinto."

15:08:43  3              Did I read that correctly?

15:08:46  4         A.    Yes.

15:08:48  5         Q.    Did you do anything to estimate the

15:08:52  6    control premium that Rio Tinto paid in acquiring

15:08:55  7    Riversdale?

15:08:56  8         A.    I think I refer to it in some of the

15:09:00  9    similar types of calculations in my report, but

15:09:03 10    it is obviously not a focus for me.

15:09:05 11         Q.    Okay.  Did your analysis conflict

15:09:10 12    with Mr. Edwards' calculation of the control

15:09:13 13    premium?

15:09:14 14         A.    First time I'm seeing it.  I don't

15:09:17 15    really recall the numbers but not to my

15:09:19 16    knowledge.

15:09:28 17         Q.    And then I will take you to Page 36,

15:09:37 18    Paragraph 83.  And then -- sorry.  Paragraph 85,

15:09:46 19    at the bottom of the page, which carries over to

15:09:51 20    the next page.

15:09:51 21              Mr. Edwards writes that, "A number

15:09:53 22    of studies in different industries show that the

15:09:56 23    average control premium paid for publicly traded

15:09:59 24    companies are in the range of 25 to 50 percent of

15:10:03 25    the trading price of the associated shares on the

209

CONFIDENTIAL

| | | |
|---|---|---|
| 15:10:06 | 1 | dates before the initial offer is made." |
| 15:10:11 | 2 | Do you have any reason to doubt that |
| 15:10:13 | 3 | information provided by Mr. Edwards? |
| 15:10:16 | 4 | A.    I don't know the context here. |
| 15:10:19 | 5 | Obviously there are things in the industry. |
| 15:10:21 | 6 | But, that range doesn't sound right |
| 15:10:26 | 7 | to me. |
| 15:10:26 | 8 | Q.    And then the very next sentence of |
| 15:10:28 | 9 | Paragraph 85, Mr. Edwards concludes that, "In the |
| 15:10:31 | 10 | metals and mining sector the average premium paid |
| 15:10:33 | 11 | between 2006 and 2016 was estimated to be |
| 15:10:36 | 12 | 35.8 percent." |
| 15:10:37 | 13 | Do you see that? |
| 15:10:39 | 14 | A.    I see that. |
| 15:10:40 | 15 | Q.    So, if Mr. Edwards is correct that |
| 15:10:43 | 16 | the average control premium is 35.8 percent in |
| 15:10:47 | 17 | the industry, during that time period, and Rio |
| 15:10:51 | 18 | Tinto paid a 28 percent control premium, Rio |
| 15:10:54 | 19 | Tinto's premium would have been substantially |
| 15:10:56 | 20 | below the industry average.  Correct? |
| 15:10:58 | 21 | MR. KIRSCH:  Objection. |
| 15:11:00 | 22 | THE WITNESS:  I don't know where you |
| 15:11:02 | 23 | are headed with this, but I can't say that |
| 15:11:03 | 24 | because I don't know.  I would want to weight |
| 15:11:06 | 25 | it toward the middle of the time period when |

210

CONFIDENTIAL

15:11:09  1          the actual contract was to compare them at a

15:11:12  2          point in time.

15:11:12  3                    But, we are certainly in the range.

15:11:15  4          I don't know one way or the other.  Sounds

15:11:16  5          like a good question for you to ask

15:11:20  6          Mr. Edwards.

15:11:20  7     BY MR. BEDNAR:

15:11:20  8          Q.    Okay.  And so, if you were to try

15:11:22  9     and compare Rio Tinto's control premium that it

15:11:24 10     paid for Riversdale, what would be a useful way

15:11:28 11     for you to compare that to an industry average?

15:11:31 12          A.    I think I did offer some comparisons

15:11:35 13     in the report, I don't remember.  If this is

15:11:37 14     important, maybe you should find it.  Or, if not,

15:11:40 15     I can give you a quicker answer.

15:11:42 16          Q.    For present purposes I would like

15:11:45 17     you to just say what you would do to compare it

15:11:50 18     to the industry average.

15:11:51 19          A.    Well, you would try to look at

15:11:53 20     transactions that are, you know, close in time.

15:11:55 21     It could be the premium used to be a lot higher

15:11:59 22     or lower years ago than they are right now.

15:12:01 23                    I have no reason to believe that

15:12:02 24     that is a problem for him here.  I haven't seen

15:12:05 25     this report.  Again, for that question I think

211

CONFIDENTIAL

| | | |
|---|---|---|
| 15:12:09 | 1 | you should ask him. |
| 15:12:09 | 2 | (Exhibit Number 1118 |
| 15:12:09 | 3 | marked for identification.) |
| 15:12:09 | 4 | BY MR. BEDNAR: |
| 15:12:45 | 5 | Q.    I want to put up Exhibit 1118, which |
| 15:12:48 | 6 | is Exhibit 7 to your report. |
| 15:13:17 | 7 | Do you have that in front of you, |
| 15:13:19 | 8 | Doctor? |
| 15:13:19 | 9 | A.    I do. |
| 15:13:24 | 10 | Q.    The probabilities in Column B, did |
| 15:13:25 | 11 | you derive those probabilities as a result of any |
| 15:13:29 | 12 | calculation? |
| 15:13:30 | 13 | A.    I think you could surmise that I |
| 15:13:32 | 14 | didn't because they are clearly just rising by |
| 15:13:36 | 15 | 10 percent.  It just presents a tableau and you |
| 15:13:40 | 16 | can find wherever you want to be. |
| 15:13:43 | 17 | Q.    And, did you follow any standard |
| 15:13:54 | 18 | from peer-reviewed academic literature for |
| 15:13:58 | 19 | assessing the probability of Rio Tinto gaining |
| 15:14:01 | 20 | control on April 7, 2011? |
| 15:14:09 | 21 | MR. KIRSCH:  Objection. |
| 15:14:10 | 22 | THE WITNESS:  That is not necessary |
| 15:14:11 | 23 | here.  This is taking Dr. Metz's point |
| 15:14:13 | 24 | estimate, converting it to dollars.  And then |
| 15:14:16 | 25 | saying depending on what you believe the |

212

CONFIDENTIAL

15:14:20   1         probability of control would be -- of taking

15:14:22   2         control would be, what the implied change in

15:14:24   3         market value is.

15:14:26   4                 As you can tell they are all silly.

15:14:29   5         They go from silly to crazy.

15:14:40   6    BY MR. BEDNAR:

15:14:40   7         Q.    And are you expressing an opinion on

15:14:42   8    what a correct percentage probability is?

15:14:48   9         A.    Well, I think we could agree it is

15:14:50  10    between 0 and 100.  All of the numbers here were

15:14:55  11    crazy.  That is about all I can say.  It is a

15:14:58  12    head scratcher, again, Dr. Metz's report.

15:15:02  13         Q.    So, you are not expressing an

15:15:04  14    opinion on what a correct probability is, other

15:15:06  15    than the range 0 to 100?

15:15:09  16         A.    That's correct.  I don't need to

15:15:11  17    illustrate the silliness that is on this study.

15:15:23  18         Q.    Where you list assumed probability

15:15:29  19    of Rio Tinto gaining control on April 7, 2011, is

15:15:35  20    the concept that you are expressing there simply

15:15:38  21    the probability of Rio Tinto gaining control at

15:15:40  22    all?

15:15:42  23         A.    Well, no, I think it is more

15:15:47  24    specific.  Let's go back to what this is about.

15:15:49  25                 So, Dr. Metz produces a point

                                                             213

CONFIDENTIAL

| | | |
|---|---|---|
| 15:15:53 | 1 | estimate.  He says wow, it is increasing, it is |
| 15:15:57 | 2 | 3 percent.  So, we can calculate what that is in |
| 15:15:59 | 3 | dollars. |
| 15:16:00 | 4 | Then it depends well, if he really |
| 15:16:01 | 5 | didn't think there was any chance of gaining |
| 15:16:04 | 6 | control, then his point estimate he, not me, is |
| 15:16:09 | 7 | called that, the control gain for the company, |
| 15:16:12 | 8 | that would be $4.2 billion. |
| 15:16:14 | 9 | If you think that, well, people are |
| 15:16:17 | 10 | already thinking they get control anyway, the |
| 15:16:20 | 11 | implied value is very large fast. |
| 15:16:22 | 12 | Even if you want to make it 0, these |
| 15:16:24 | 13 | numbers are just crazy. |
| 15:16:26 | 14 | Q.    Does column -- |
| 15:16:27 | 15 | A.    It is another way of saying his |
| 15:16:29 | 16 | point estimate is crazy. |
| 15:16:31 | 17 | Q.    Column C, does that represent the |
| 15:16:35 | 18 | value of Riversdale to Rio or the value of |
| 15:16:38 | 19 | control? |
| 15:16:40 | 20 | A.    Well, Dr. Metz would call it the |
| 15:16:42 | 21 | same thing.  So what Dr. Metz says his point |
| 15:16:45 | 22 | estimate is doing is telling you that is the gain |
| 15:16:49 | 23 | from control, Dr. Metz, not me -- Dr. Metz says |
| 15:16:53 | 24 | that is the gain from control for the Rio Tinto |
| 15:16:56 | 25 | shareholder. |

214

CONFIDENTIAL

15:16:56  1           And that is a pretty good

15:16:58  2  transaction.  Because if it went from 0 -- even

15:17:00  3  at 0 percent assumed probability, the value of

15:17:04  4  the company goes up by even more.

15:17:06  5           So, wow, that is pretty amazing.

15:17:08  6           And then if you go down to have

15:17:11  7  higher probabilities, the numbers get really

15:17:13  8  silly.

15:17:14  9           So, it is just a way of saying -- I

15:17:16 10  have told you before I don't think the exercise

15:17:17 11  is worth doing.

15:17:18 12           This is just saying any analyst

15:17:20 13  would have looked at this and think it was silly.

15:17:23 14       Q.    Dr. Hubbard, did Dr. Metz create

15:17:26 15  Exhibit 7 or did you?

15:17:27 16       A.    Dr. Metz.  I just added the

15:17:30 17  [garbled] to it.  His point estimate, converting

15:17:32 18  it to dollars and then showing you what it means.

15:17:35 19           It is Dr. Metz, not me, who said

15:17:37 20  this was all about estimating a gain from

15:17:39 21  control --

15:17:41 22       Q.    Dr. Hubbard, the -- I'm sorry.  Are

15:17:44 23  you finished?

15:17:45 24       A.    No.  I think if he had done that, he

15:17:47 25  would have realized how silly he was.

                                                          215

CONFIDENTIAL

15:17:49  1          Q.    The exhibit that is in front of you,
15:17:52  2   who created that?
15:17:53  3          A.    I created it.  But, the input is
15:17:57  4   from Dr. Metz.
15:17:59  5          Q.    The column, Column C, which is
15:18:02  6   titled total value of control, does that
15:18:05  7   represent the value of Riversdale to Rio Tinto or
15:18:09  8   the value of control?  Or are they the same
15:18:13  9   thing?
15:18:13 10          A.    Excellent question.  It is a good
15:18:16 11   one for Dr. Metz because he confuses all of it.
15:18:20 12   What he says, which is what I am holding him to,
15:18:23 13   is that that is the gain from control.
15:18:25 14              And so I take his point estimate,
15:18:28 15   which he claims is reasonable, and just convert
15:18:30 16   it to dollars.  That is all I have done.
15:18:33 17          Q.    And I'm asking you for the purposes
15:18:41 18   of this exhibit which you compiled, is the gain
15:18:45 19   from control the same as the value of Riversdale?
15:18:51 20              MR. KIRSCH:  Objection, asked and
15:18:52 21       answered.  Several different times.
15:18:54 22              Go ahead, Glenn.
15:18:56 23              THE WITNESS:  It is hard because
15:18:59 24       Dr. Metz is confused -- his writing is
15:19:01 25       confused, I should say.

216

CONFIDENTIAL

| | | |
|---|---|---|
| 15:19:03 | 1 | There is a question about whether |
| 15:19:05 | 2 | buying Riversdale is accreted.  And there is |
| 15:19:09 | 3 | also a question about whether this |
| 15:19:11 | 4 | incremental news at the end tells you |
| 15:19:14 | 5 | something.  Because, it is the value of |
| 15:19:16 | 6 | control.  We have already been in this game. |
| 15:19:19 | 7 | I am trying to buy the company.  Now I |
| 15:19:19 | 8 | finally get it. |
| 15:19:21 | 9 | The only purpose of Exhibit 7 is to |
| 15:19:23 | 10 | say if you believe that, you will get numbers |
| 15:19:26 | 11 | that are wildly implausible, which probably |
| 15:19:28 | 12 | tells you, you did something wrong. |
| 15:19:30 | 13 | BY MR. BEDNAR: |
| 15:19:30 | 14 | Q.   And do those numbers represent the |
| 15:19:32 | 15 | value of gaining control of Riversdale or the |
| 15:19:35 | 16 | value of the entire asset? |
| 15:19:38 | 17 | A.   I am going with Dr. Metz.  Dr. Metz |
| 15:19:42 | 18 | says they reflect the value of control.  That is |
| 15:19:44 | 19 | what he says his point estimate is, along with |
| 15:19:48 | 20 | converting with the dollar. |
| 15:19:50 | 21 | Q.   And you are saying that they |
| 15:19:52 | 22 | represent the incremental value of gaining |
| 15:19:54 | 23 | control or the value of the entire asset once |
| 15:19:57 | 24 | control is gained? |
| 15:19:58 | 25 | A.   The former is what Dr. Metz says. |

217

CONFIDENTIAL

| | | |
|---|---|---|
| 15:20:01 | 1 | Again, I think this is all silly -- |
| 15:20:11 | 2 | Q. If you look at the line for |
| 15:20:30 | 3 | 50 percent. If the abnormal increase upon |
| 15:20:39 | 4 | obtaining control with the probability of |
| 15:20:42 | 5 | 50 percent is 4.233 billion, how is it that the |
| 15:20:49 | 6 | total value of control is twice that amount? |
| 15:20:55 | 7 | A. If we think about the experiment, |
| 15:21:00 | 8 | the point estimate Dr. Metz is tendering is his |
| 15:21:04 | 9 | estimate of the value of control. |
| 15:21:06 | 10 | Now, we know that the market adds |
| 15:21:10 | 11 | some probability before the time, about the |
| 15:21:14 | 12 | likelihood of gaining control. |
| 15:21:16 | 13 | So, the most charitable framework to |
| 15:21:21 | 14 | Dr. Metz's calculation is you say suppose it is a |
| 15:21:25 | 15 | total surprise, then you would get a very big |
| 15:21:28 | 16 | number. |
| 15:21:29 | 17 | If you already thought it was sort |
| 15:21:30 | 18 | of likely, 50 percent, you get a much bigger. |
| 15:21:33 | 19 | Because, remember, he had already |
| 15:21:34 | 20 | baked 50 percent into the price. |
| 15:21:38 | 21 | It is just the way of saying, given |
| 15:21:40 | 22 | his point estimate, given that the market saw a |
| 15:21:42 | 23 | lot of this coming, you get numbers that don't |
| 15:21:45 | 24 | make any sense. |
| 15:21:46 | 25 | So, you probably want to go back and |

218

CONFIDENTIAL

| | | |
|---|---|---|
| 15:21:48 | 1 | ask for that point estimate.  That is the purpose |
| 15:21:50 | 2 | of the exhibit, that is all. |
| 15:21:52 | 3 | Q.    We may come back to that, Doctor, |
| 15:22:21 | 4 | I'm going to take it down for now -- |
| 15:22:28 | 5 | Actually before I do, what I'm |
| 15:22:33 | 6 | trying to ascertain is what is the interpretation |
| 15:22:35 | 7 | of Column C? |
| 15:22:38 | 8 | A.    Just what it says.  So, basically if |
| 15:22:42 | 9 | you believe Dr. -- two things from Dr. Metz. |
| 15:22:45 | 10 | One, that this coefficient he is |
| 15:22:48 | 11 | estimating is the gain from getting control. |
| 15:22:52 | 12 | And, second, that his point estimate is the right |
| 15:22:55 | 13 | estimate of that value. |
| 15:22:57 | 14 | Then one can converts to dollars and |
| 15:23:00 | 15 | answer these questions.  So, that would be the |
| 15:23:02 | 16 | value of control implied by his analysis. |
| 15:23:05 | 17 | All I'm doing is using his point |
| 15:23:08 | 18 | estimate and his definition. |
| 15:23:13 | 19 | Q.    Does Column C incorporate the cost |
| 15:23:17 | 20 | that Rio Tinto already had sunk into acquiring |
| 15:23:20 | 21 | the shares that it had? |
| 15:23:22 | 22 | A.    No.  But he is estimating, his |
| 15:23:27 | 23 | account, the incremental value.  I think I do a |
| 15:23:30 | 24 | footnote somewhere in the report where I talk |
| 15:23:33 | 25 | about the original basis and then add this to it. |

219

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

```
15:23:55  1        Q.    And when we talk about value of
15:23:57  2   control as represented in the exhibit that we
15:23:59  3   just had up, is that the value of controlling
15:24:03  4   Riversdale or the value of taking control on
15:24:08  5   April 8th?
15:24:09  6        A.    Dr. Metz is defining it as the
15:24:12  7   latter.  He is defining events that are the coup
15:24:18  8   de grace piece of information.  And it tells us
15:24:20  9   we have this 3 percent return, abnormal return,
15:24:24 10   so it is definitely the latter, in his words.
15:24:26 11             I don't think any of this is right.
15:24:30 12        Q.    And that is because of your
15:24:31 13   determination of what issues should be relevant
15:24:33 14   to the court.  Is that correct?
15:24:35 15             MR. KIRSCH:  Objection, lack of
15:24:36 16        foundation.
15:24:37 17             THE WITNESS:  It is not -- this
15:24:39 18        question isn't even an answer to the question
15:24:41 19        about accretion.  And even if it were an
15:24:44 20        answer to the question about accretion, that
15:24:47 21        question has no bearing on the ultimate
15:24:49 22        impairment.  So, it is doubly useless, if
15:24:52 23        that answers your question.
15:25:12 24   BY MR. BEDNAR:
15:25:12 25        Q.    Dr. Hubbard, is it your opinion that
```

                                                            220

CONFIDENTIAL

15:25:15  1    asset impairments are never relevant to a

15:25:18  2    company's stock price?

15:25:21  3         A.    Big changes -- we are moving on,

15:25:27  4    right?  This is the --

15:25:28  5         Q.    We sure are.

15:25:30  6         A.    Okay.  No, that is certainly not

15:25:35  7    true.

15:25:35  8         Q.    In what circumstances can asset

15:25:38  9    impairments be relevant to a company's stock

15:25:41 10    price?

15:25:42 11         A.    Well, if they happen to be

15:25:45 12    unanticipated, important, and revealing strategic

15:25:51 13    errors, there is a number of things.  You could

15:25:55 14    ask me facts and circumstances questions.

15:25:56 15               But, you know, it is possible.

15:26:04 16         Q.    You referred to an impairment being

15:26:10 17    important.  What factors would make an impairment

15:26:13 18    important to a company's stock price?

15:26:19 19         A.    Well, it would have to be large.  It

15:26:22 20    would have to be unanticipated, possibly

15:26:25 21    signalling other issues inside the firm.

15:26:28 22               An impairment that is very small, it

15:26:33 23    may not move the needle.  Or one where the market

15:26:35 24    has already figured it out may not move the

15:26:37 25    needle.

221

CONFIDENTIAL

```
15:26:37   1              The actual impairment is an
15:26:39   2    accounting piece of information, a disclosure.
15:26:42   3    But, the market may have already known it.
15:26:46   4         Q.     Is there a difference between
15:27:06   5    writing down an asset value and discounting the
15:27:09   6    company's future earnings?
15:27:12   7         A.     There may be or may not be.
15:27:25   8         Q.     And what would determine the
15:27:27   9    difference?
15:27:28  10         A.     Facts and circumstances.
15:27:34  11         Q.     What kind of facts and
15:27:36  12    circumstances?
15:27:37  13         A.     The time pattern of the cash flows,
15:27:40  14    the time pattern of the investment.
15:27:53  15         Q.     Is it your opinion that the
15:27:56  16    impairment of Riversdale, the first impairment in
15:28:00  17    January of 2013, was not a surprise to the
15:28:02  18    market?
15:28:04  19         A.     I think that is my opinion, and more
15:28:10  20    importantly it is the view of the market
15:28:12  21    participants that I reviewed.
15:28:21  22         Q.     In terms of determining whether
15:28:23  23    market participants are surprised, are you
15:28:25  24    talking about looking at analysts' reports?
15:28:26  25         A.     Yes, sir.
```

222

CONFIDENTIAL

15:28:28  1          Q.    Is there any sort of standard

15:28:32  2   methodology for ascertaining whether analysts'

15:28:36  3   reports expressed surprise at the news?

15:28:39  4          A.    It was their own commentary.  It was

15:28:44  5   whether they changed quantitative metrics of the

15:28:46  6   price target or earnings per share.

15:28:54  7          Q.    And your opinion is that the market

15:28:56  8   was not surprised by the impairment.

15:29:04  9                Is that because you concluded that

15:29:06 10   specific risks associated with Riversdale were

15:29:09 11   known to the market?

15:29:12 12          A.    Well, that was certainly part of it,

15:29:16 13   but I need more.

15:29:21 14          Q.    You think that one of the things you

15:29:24 15   identify in your report is sovereign risk related

15:29:27 16   to Mozambique.  Is that right?

15:29:29 17          A.    Yes.  But those were things that

15:29:31 18   were present at the beginning of the transaction.

15:29:33 19                So, when I mean more, those are

15:29:36 20   risks that may or may not materialize.

15:29:38 21                But over time the market may come to

15:29:41 22   form a view about the timeliness of the assets

15:29:44 23   completion, its future cash flows, infrastructure

15:29:44 24   and so on.

15:29:49 25                I think of more than just the

223

CONFIDENTIAL

| | | |
|---|---|---|
| 15:29:50 | 1 | initial risks of the project. |
| 15:30:12 | 2 | Q.    So, what specific information was |
| 15:30:15 | 3 | known within the market that in your view caused |
| 15:30:18 | 4 | the market to anticipate the impairment? |
| 15:30:22 | 5 | A.    I have an entire very lengthy |
| 15:30:25 | 6 | appendix on this, going analyst by analyst, with |
| 15:30:30 | 7 | news about what reviews were, unimpairment in the |
| 15:30:35 | 8 | asset, what the changes, if any, were on price |
| 15:30:38 | 9 | targets or pre and post impairment value rates. |
| 15:30:44 | 10 | Q.    One of the things that you mention |
| 15:30:45 | 11 | in your report is the fact that there was some |
| 15:30:48 | 12 | coverage of issues related to government approval |
| 15:30:52 | 13 | of barging permits.  Do you remember that? |
| 15:30:55 | 14 | A.    Yes. |
| 15:30:57 | 15 | Q.    And, what role, if any, do you think |
| 15:30:59 | 16 | that that played in causing the market to |
| 15:31:05 | 17 | anticipate an impairment? |
| 15:31:10 | 18 | A.    I can't give that a precise value. |
| 15:31:13 | 19 | It is among the things that analysts commented on. |
| 15:31:25 | 20 | Q.    Is it your opinion that it was known |
| 15:31:28 | 21 | within the market that Rio Tinto could not barge |
| 15:31:30 | 22 | coal?  Or do you have some different opinion as |
| 15:31:32 | 23 | to that issue? |
| 15:31:33 | 24 | MR. KIRSCH:  Objection, lack of |
| 15:31:34 | 25 | foundation. |

224

CONFIDENTIAL

```
15:31:35  1                    THE WITNESS:  The opinions I'm
15:31:38  2         stating are really summarizing the news of
15:31:41  3         the analysts and their effects on price
15:31:43  4         targets and earnings per share.
15:31:45  5                    I am not reading the same
15:31:47  6         information and putting myself in.
15:31:56  7    BY MR. BEDNAR:
15:31:56  8         Q.    Did you identify any analyst who
15:32:00  9    concluded that Rio Tinto could not barge coal on
15:32:02 10    the Zambezi River?
15:32:04 11         A.    I really don't recall.
15:32:05 12                    MR. KIRSCH:  Are you asking at that
15:32:07 13         moment or ever?
15:32:09 14    BY MR. BEDNAR:
15:32:09 15         Q.    Prior to January 17th, 2013?
15:32:14 16         A.    No, I'm sorry, I'm asking you --
15:32:17 17         Q.    Oh, sorry, yes.  We will take them
15:32:20 18    one step at a time.
15:32:21 19                    Did you identify any analyst who
15:32:24 20    stated an opinion that Rio Tinto would not ever
15:32:27 21    barge coal on the Zambezi River?
15:32:30 22         A.    I don't recall the appendix, but I
15:32:35 23    believe it is B8 has all of my analysts'
15:32:39 24    commentary, but I don't recall the individual
15:32:41 25    statement.
```

225

CONFIDENTIAL

15:32:41  1        Q.    So, any of the analysts' commentary

15:32:44  2   that you considered as relevant to your report

15:32:47  3   would be captured in that appendix, right?

15:32:49  4        A.    Yes, because I actually had a

15:32:52  5   systematic method for accomplishing it.

15:32:56  6        Q.    You also conducted an event study

15:33:23  7   related to certain Rio Tinto bonds for

15:33:26  8   January 17th, 2013.  Is that right?

15:33:29  9        A.    Yes, sir.

15:33:33 10        Q.    And you noted in your report that if

15:33:35 11   you didn't find a statistically significant

15:33:38 12   abnormal return in the ADR event study, that you

15:33:42 13   wouldn't expect to find a return in a bond event

15:33:45 14   study, right?

15:33:46 15        A.    Right, because equity is more

15:33:50 16   junior.

15:33:51 17        Q.    I'm sorry.  You said equity is more

15:33:54 18   what?

15:33:54 19        A.    Junior.  In other words, if equity

15:33:57 20   is not taking effect, you wouldn't expect it.

15:34:00 21   And I didn't find any change in credit rating.

15:34:03 22   So, I wouldn't expect to find it.

15:34:04 23        Q.    Okay.  Did you do a bond event study

15:34:08 24   with respect to any other dates besides

15:34:10 25   January 17th?

                                                          226

CONFIDENTIAL

| | | |
|---|---|---|
| 15:34:12 | 1 | A.    No, not that I recall.  Your |
| 15:34:15 | 2 | allegation related to that day so that is what I |
| 15:34:19 | 3 | did. |
| 15:34:20 | 4 | Q.    If you conducted a bond event study |
| 15:34:22 | 5 | with respect to any other day, would it have been |
| 15:34:24 | 6 | produced in the supporting materials that came |
| 15:34:26 | 7 | into your report? |
| 15:34:27 | 8 | A.    It would have been.  But, I don't |
| 15:34:29 | 9 | recall doing one.  There are many allegations |
| 15:34:33 | 10 | about many other days.  I would do it, but this |
| 15:34:36 | 11 | one is your allegation. |
| 15:34:39 | 12 | Q.    And, Doctor, I'm not asking you why |
| 15:34:42 | 13 | you did or didn't do anything.  I'm just asking |
| 15:34:44 | 14 | you the basis of whether you did. |
| 15:34:45 | 15 | Did you, in conducting the |
| 15:34:47 | 16 | January 17th bond event study, did you determine |
| 15:34:52 | 17 | that the market for Rio Tinto bonds was |
| 15:34:55 | 18 | sufficient? |
| 15:34:57 | 19 | A.    There are many of the factors |
| 15:34:59 | 20 | underlying equity market efficiency.  The analyst |
| 15:35:03 | 21 | coverage and so on are there. |
| 15:35:05 | 22 | The large issues, trading for at |
| 15:35:08 | 23 | least some of the bonds occurred frequently. |
| 15:35:12 | 24 | Turnover was in the range. |
| 15:35:14 | 25 | I didn't do a specific study. |

227

CONFIDENTIAL

```
15:35:23   1   Dr. Metz didn't challenge whether this market was
15:35:25   2   efficient.  I just relied on those things.  He
15:35:30   3   didn't challenge it.
15:35:31   4        Q.    Okay.  Earlier today when we were
15:35:34   5   talking about some basic principles for
15:35:38   6   conducting an event study, with respect to
15:35:40   7   determining market efficiency you talked about
15:35:42   8   liquidity.
15:35:43   9             Did you do anything to ascertain
15:35:45  10   liquidity in the market for the specific Rio
15:35:48  11   Tinto bond that you studied?
15:35:50  12        A.    Well, it focused -- or I'm going
15:35:53  13   from memory, bonds.
15:35:55  14             I focus on eight that had more
15:36:00  15   frequent trading history.  Corporate bonds in
15:36:03  16   general as a class, you know, don't trade as
15:36:06  17   often typically as large cap equities.
15:36:09  18             So I have focused only on a subset
15:36:13  19   of bonds.  I looked at them individually.  And
15:36:15  20   then just to be belt and suspenders looked at a
15:36:19  21   portfolio of those bonds.
15:36:30  22        Q.    My question was specifically with
15:36:32  23   respect to the bonds that you did study.  Did you
15:36:35  24   make any observations on the liquidity of the
15:36:38  25   market for those bonds?
```

228

CONFIDENTIAL

```
15:36:41   1          A.    Well, they, by constructed I think
15:36:44   2    traded on 85 percent of the days or more.  And I
15:36:49   3    don't remember the turnover numbers in my head.
15:36:51   4    They were low but, you know, there was trading.
15:36:56   5                The larger bonds tend to have more
15:36:59   6    trading than the smaller ones.
15:37:02   7          Q.    Yes, in terms of volume, did you do
15:37:04   8    anything to ascertain the volume of trading in
15:37:06   9    those bonds?
15:37:09  10          A.    I did.  I don't remember the numbers
15:37:11  11    off the top of my head.  It varies.  Some had
15:37:14  12    more trading than others, which is why I focused
15:37:16  13    on the top eight and then did a portfolio
15:37:19  14    approach.
15:37:21  15          Q.    At the beginning of the day when we
15:37:23  16    talked about event studies, you mentioned
15:37:25  17    transaction costs like the bid-ask spread.
15:37:27  18                Did you do anything to evaluate the
15:37:30  19    spread in the bonds that you studied?
15:37:37  20          A.    I don't recall that one way or the
15:37:38  21    other.
15:37:41  22          Q.    Within the context of bond trading,
15:38:00  23    are you familiar with the term, round lot?
15:38:09  24          A.    Yes.
15:38:09  25          Q.    What is a round lot in the context
```

229

CONFIDENTIAL

15:38:12  1    of bond trading?

15:38:13  2         A.    Well, it would be -- I forget the

15:38:15  3    exact threshold.  It is not the quantity

15:38:18  4    threshold like in shares, but a specific dollar

15:38:21  5    amount.

15:38:29  6              MR. BEDNAR:  Sorry.  We have I think

15:38:30  7       a mic on that shouldn't be.

15:38:30  8    BY MR. BEDNAR:

15:38:33  9         Q.    Within the context of bond trading,

15:38:38 10    you just defined what a round lot is.

15:38:42 11              If bonds trade in smaller increments

15:38:45 12    is that called a small lot?

15:38:47 13         A.    Typically, yes.

15:38:48 14         Q.    And if bonds trade in increments

15:38:50 15    that are other than those round lots, is it

15:38:53 16    called an odd lot?

15:38:55 17         A.    Yes.

15:38:55 18         Q.    To get the same round number?

15:38:57 19         A.    Yes.

15:38:58 20         Q.    Do investors that trade in round

15:39:04 21    lots or small lots, is there typically a discount

15:39:08 22    that is involved on the price for trading in

15:39:10 23    those lots?

15:39:11 24         A.    I don't know what you mean by a

15:39:16 25    discount.  You may be asking about bid-ask

                                                      230

CONFIDENTIAL

15:39:19  1    spreads.  I'm not sure.

15:39:20  2          Q.    Do you know an approximate threshold

15:39:23  3    for, at which the round lot -- or excuse me.

15:39:28  4    That an odd lot or small lot discount would kick

15:39:32  5    in for a corporate bond like Rio Tinto's?

15:39:37  6          A.    Off the top of my head, the word,

15:39:40  7    discount, as you are using it there may not be a

15:39:43  8    term of art.  But, no, not off the top of my

15:39:45  9    head.

15:39:46  10         Q.    Okay.  Do you recall roughly was it

15:39:47  11   100,000, 500,000 dollars?

15:39:50  12         A.    I don't recall, so same answer.

15:39:53  13         Q.    Okay.  And, are you familiar with

15:40:04  14   round lot increments defined in anything below

15:40:08  15   $100,000 in a corporate bond market for an issuer

15:40:12  16   like Rio Tinto?

15:40:12  17         A.    I don't recall, sorry.

15:40:14  18         Q.    So, if a customer bought and sold

15:40:26  19   Rio Tinto bonds during the period that you

15:40:28  20   studied in anything other than a round lot, they

15:40:34  21   may have paid a discount for that trade.  Right?

15:40:39  22         A.    I'm not sure what you mean by

15:40:41  23   discount, but it is possible that a transactions

15:40:45  24   costs were higher, if that is what you mean?

15:40:47  25         Q.    Right, right.  So, they would have

                                                            231

CONFIDENTIAL

15:40:49  1    had potentially higher -- excuse me, higher

15:40:51  2    transaction prices for trading in round lots --

15:40:55  3    or, excuse me, in odd lots or small lots, right?

15:40:59  4         A.    Possibly, but I can't imagine what

15:41:02  5    the question is.  If the question is what is the

15:41:04  6    fundamental value of the security.

15:41:06  7              But, it's your line of questioning.

15:41:10  8         Q.    Well, for purposes of determining

15:41:11  9    the daily returns on prices, if you have some

15:41:16  10   trades that are occurring with higher transaction

15:41:19  11   costs due to being odd-lot or small-lot trades,

15:41:23  12   is that going to have an effect on your

15:41:25  13   observations of what the daily returns are?

15:41:29  14        A.    If I understand your question, I

15:41:34  15   don't think so.  They may be to an individual

15:41:36  16   trader who is trying to.

15:41:38  17        Q.    Well, if you have some trades that

15:41:50  18   occur with higher transaction costs due to the

15:41:53  19   size of the lot that they are sold in, and some

15:41:56  20   trades that do not, isn't that going to affect

15:42:03  21   the size of the daily returns that you measured?

15:42:07  22              MR. KIRSCH:  Objection.

15:42:13  23              THE WITNESS:  I'm not following the

15:42:14  24        question.  I certainly see that some

15:42:16  25        investors would get less if that is the

                                                          232

CONFIDENTIAL

| | | |
|---|---|---|
| 15:42:19 | 1 | question. |
| 15:42:23 | 2 | BY MR. BEDNAR: |
| 15:42:25 | 3 | Q.    And then in -- and that is an |
| 15:42:25 | 4 | issue -- transaction costs associated with the |
| 15:42:27 | 5 | size of the lot that is being traded, that is not |
| 15:42:31 | 6 | an issue that applies to your equity event study |
| 15:42:34 | 7 | of Rio Tinto, right? |
| 15:42:38 | 8 | A.    No, it would not. |
| 15:42:40 | 9 | Q.    Okay.  Would you agree with me that |
| 15:42:44 | 10 | a fair amount of the corporate bond market |
| 15:42:47 | 11 | involves transactions with dealers? |
| 15:42:49 | 12 | A.    Yes. |
| 15:42:49 | 13 | Q.    What is a dealer in this context? |
| 15:42:53 | 14 | A.    Well a dealer would be like a market |
| 15:42:56 | 15 | maker.  So, part of the spreads would come out, |
| 15:42:59 | 16 | bid-ask spreads, in the form of discount.  It is |
| 15:43:06 | 17 | about the confidence and of a dealer. |
| 15:43:07 | 18 | Q.    And, so that bid ask spread would be |
| 15:43:09 | 19 | a transaction cost that is present in a |
| 15:43:11 | 20 | transaction with a dealer, right? |
| 15:43:13 | 21 | A.    Correct. |
| 15:43:14 | 22 | Q.    And that cost may not be present in |
| 15:43:17 | 23 | transactions that are between two customers with |
| 15:43:20 | 24 | no dealer present.  Correct? |
| 15:43:23 | 25 | A.    Yes.  Imagine very large customers |

233

CONFIDENTIAL

| | | |
|---|---|---|
| 15:43:27 | 1 | or something like that, yes. |
| 15:43:29 | 2 | Q.   And so, would you agree that the |
| 15:43:41 | 3 | amount of trading that is occurring in the Rio |
| 15:43:44 | 4 | Tinto bonds is relatively small, that the impact |
| 15:43:47 | 5 | of transaction costs could move the daily returns |
| 15:43:53 | 6 | that you are measuring? |
| 15:44:01 | 7 | A.   It is possible.  Some of these bonds |
| 15:44:03 | 8 | may well be traded more than others, but that is |
| 15:44:05 | 9 | why I looked at a portfolio. |
| 15:44:15 | 10 | Q.   When say you looked at a portfolio, |
| 15:44:17 | 11 | what do you mean? |
| 15:44:18 | 12 | A.   I mean what I said in the report. |
| 15:44:19 | 13 | So, I looked at the evaluated portfolio of the |
| 15:44:21 | 14 | eight bonds that I identify. |
| 15:44:22 | 15 | Q.   That is not the same thing as an |
| 15:44:26 | 16 | industry index is it? |
| 15:44:27 | 17 | A.   No, I'm not trying to do an industry |
| 15:44:30 | 18 | index. |
| 15:44:31 | 19 | Q.   You can do an industry index for a |
| 15:44:34 | 20 | bond event study, right? |
| 15:44:36 | 21 | A.   I wasn't sure why I would here, but |
| 15:44:42 | 22 | I didn't. |
| 15:44:46 | 23 | MR. BEDNAR:  I think if we can go |
| 15:44:47 | 24 | off the record and take a short break, five |
| 15:44:49 | 25 | to 10 minutes. |

234

CONFIDENTIAL

| | | |
|---|---|---|
| 15:44:51 | 1 | THE WITNESS:  Okay. |
| 15:44:52 | 2 | MR. KIRSCH:  Sure.  Of course. |
| 15:44:53 | 3 | Thank you. |
| 15:44:53 | 4 | THE VIDEOGRAPHER:  We are going off |
| 15:44:54 | 5 | the record.  The time is 3:44 eastern. |
| 15:44:58 | 6 | (Recess taken -- 3:44 p.m.) |
| 16:03:34 | 7 | (After recess -- 4:03 p.m.) |
| 16:03:34 | 8 | THE VIDEOGRAPHER:  We are going back |
| 16:03:46 | 9 | on the record.  The time is 4:03 eastern. |
| 16:03:50 | 10 | BY MR. BEDNAR: |
| 16:03:52 | 11 | Q.    Dr. Hubbard, I wanted to continue |
| 16:03:53 | 12 | with a few questions about the bond market. |
| 16:03:55 | 13 | Are you familiar with the term, |
| 16:03:57 | 14 | bid-ask bounce? |
| 16:03:59 | 15 | A.    I'm sorry.  Did you say bid ask |
| 16:04:02 | 16 | bounce? |
| 16:04:02 | 17 | Q.    That's correct. |
| 16:04:03 | 18 | A.    I have a layman's understanding, |
| 16:04:06 | 19 | yes.  I'm not a trader, but -- |
| 16:04:08 | 20 | Q.    What is your understanding of that |
| 16:04:09 | 21 | term? |
| 16:04:11 | 22 | A.    Just a bounce off of a -- if you |
| 16:04:15 | 23 | have a high bid-ask spread, you can have bouncing |
| 16:04:19 | 24 | prices.  I don't know if that is in the sense of |
| 16:04:21 | 25 | what you meant.  If not, ask me a different -- |

235

CONFIDENTIAL

| | | |
|---|---|---|
| 16:04:24 | 1 | Q.    And does that mean that you may have |
| 16:04:26 | 2 | some bond trades that are executing at the bid, |
| 16:04:29 | 3 | right? |
| 16:04:30 | 4 | A.    Possible. |
| 16:04:32 | 5 | Q.    And then other trades may execute at |
| 16:04:34 | 6 | the ask, right? |
| 16:04:35 | 7 | A.    That is also possible. |
| 16:04:37 | 8 | Q.    And in a bond market, those spreads |
| 16:04:41 | 9 | can be large relative to what you would see in |
| 16:04:45 | 10 | the equity market, right? |
| 16:04:46 | 11 | A.    That is certainly true. |
| 16:04:49 | 12 | Q.    And so, the phenomenon of the |
| 16:04:55 | 13 | bid-ask bounce means that you could have |
| 16:04:59 | 14 | significant variation in the prices at which |
| 16:05:02 | 15 | trades are occurring relative to the underlying |
| 16:05:06 | 16 | fundamental price of the bid -- of the bond. |
| 16:05:08 | 17 | Correct? |
| 16:05:09 | 18 | A.    Maybe.  But, I mean it depends on |
| 16:05:15 | 19 | the size of the bid-ask -- there is nothing |
| 16:05:18 | 20 | unique to the bounce.  The size of the bid-ask |
| 16:05:21 | 21 | spread itself is generating that.  And that is |
| 16:05:24 | 22 | higher for bonds than stocks, if that is your |
| 16:05:26 | 23 | question. |
| 16:05:26 | 24 | Q.    Uh-huh.  What were the spreads for |
| 16:05:28 | 25 | the Rio Tinto bond that you analyzed? |

236

CONFIDENTIAL

```
16:05:30   1          A.    I don't recall.
16:05:31   2                MR. KIRSCH:  At what period of time?
16:05:33   3                MR. BEDNAR:  During the period of
16:05:34   4      time that --
16:05:44   5                THE WITNESS:  I don't recall, sorry.
16:05:46   6   BY MR. BEDNAR:
16:05:46   7          Q.    And so I think that we previously
16:05:55   8   discussed it, but the presence of transaction
16:05:57   9   costs related to dealers in a bond market could
16:06:04  10   result in bond executing at prices different from
16:06:09  11   where they would execute if the transactions were
16:06:16  12   between two customers with no dealer.  Right?
16:06:19  13          A.    That is possible, yes.
16:06:20  14          Q.    And, for trades that are executed
16:06:29  15   other than in round lot increments, they may be
16:06:34  16   executing at prices different from what they
16:06:37  17   would execute if there weren't that round lot
16:06:42  18   pricing in the bond market, right?
16:06:44  19          A.    That is possible, too.
16:06:45  20          Q.    And then, you've got prices in the
16:06:51  21   bond event study that may be subject to that
16:06:56  22   phenomenon found in between the bid and the ask,
16:06:58  23   right?
16:06:59  24          A.    All of that is possible, yes.
16:07:01  25          Q.    And, all of that means that you may
```

237

CONFIDENTIAL

16:07:06  1   have standard deviations for your daily returns

16:07:11  2   that are larger than what they would be in the

16:07:15  3   absence of those bond market features.  Right?

16:07:20  4        A.    You are asking about a set of

16:07:22  5   theoretical possibilities, right?  I disagree

16:07:25  6   that those are theoretical possibilities.

16:07:28  7        Q.    And so, that means that it is

16:07:33  8   possible that in an event study, that the bond

16:07:36  9   market, if there are larger standard deviations,

16:07:40 10   does that mean that the abnormal return on the

16:07:43 11   day that you are evaluating in the event study

16:07:47 12   would have to be correspondingly larger to

16:07:50 13   achieve statistical significance, right?

16:07:53 14        A.    As a theoretical matter that would

16:07:55 15   be true.  These are all theoretical questions.

16:07:57 16        Q.    And, did you do anything to address

16:08:02 17   how those theoretical questions would imply --

16:08:05 18   would apply empirically to trading in the Rio

16:08:08 19   Tinto bonds that you have studied?

16:08:11 20        A.    I don't see how you could, beyond

16:08:13 21   what I did which is look at the arguably more

16:08:16 22   liquid securities and then look at a portfolio of

16:08:18 23   them with fewer documents.  I you would like to

16:08:22 24   ask about a different portfolio or work that you

16:08:25 25   have done, I'm happy to talk about it.

238

CONFIDENTIAL

| | | |
|---|---|---|
| 16:08:27 | 1 | These questions are all theoretical. |
| 16:08:29 | 2 | Q. And when you say that you looked at |
| 16:08:31 | 3 | the relatively more liquid securities, you are |
| 16:08:33 | 4 | referring to the bonds that you looked at that |
| 16:08:35 | 5 | traded on 85 percent or more of the 120-day |
| 16:08:39 | 6 | period that you looked at.  Is that right? |
| 16:08:40 | 7 | A. Yes, sir. |
| 16:08:43 | 8 | Q. If there is a day -- let me ask you |
| 16:08:49 | 9 | a very basic question. |
| 16:08:50 | 10 | So, does that mean that for those |
| 16:08:54 | 11 | bonds, they may have not traded on 15 percent or |
| 16:08:58 | 12 | more of the days.  Right? |
| 16:09:00 | 13 | A. I think we know that is true.  It is |
| 16:09:02 | 14 | a possibility. |
| 16:09:03 | 15 | Q. So, if there is a day where you |
| 16:09:05 | 16 | don't have a price, that means that you are |
| 16:09:09 | 17 | missing two observations for daily returns, |
| 16:09:14 | 18 | right? |
| 16:09:14 | 19 | A. That is theoretically possible. |
| 16:09:20 | 20 | Q. If you don't have a bond price for a |
| 16:09:23 | 21 | Thursday, that means that you can't calculate a |
| 16:09:25 | 22 | daily return from Wednesday to Thursday, right? |
| 16:09:28 | 23 | A. Sure, I don't know how often this |
| 16:09:32 | 24 | actually happens, but these are theoretical |
| 16:09:34 | 25 | possibilities. |

239

CONFIDENTIAL

16:09:35  1          Q.    And then if you don't have a trade

16:09:37  2    on a Thursday, then you can't calculate a daily

16:09:41  3    return Thursday to Friday, right?

16:09:42  4          A.    If that were the case, that would be

16:09:44  5    a problem, yes.

16:09:45  6          Q.    And so, would that mean that for the

16:09:52  7    bonds that you studied, the percentage of total

16:09:56  8    observation that was captured would be less than

16:09:59  9    85 percent.  Correct?

16:10:00 10          A.    Yes.  I don't recall what the

16:10:05 11    falloff is.  It would be in the backup.

16:10:07 12          Q.    Okay.  But, that basic logic that

16:10:11 13    missing one day could lead to missing more than

16:10:14 14    one observation, that is a basic logic that you

16:10:17 15    accept, right?

16:10:17 16          A.    It is possible.  I don't know how

16:10:19 17    quantitatively important it is.  But, it is

16:10:21 18    certainly possible.

16:10:22 19    BY MR. BEDNAR:

16:10:22 20          Q.    Okay.  So, I'm going to -- excuse

16:10:32 21    me, pull up Exhibit 1247.

16:10:42 22                This is a screenshot.  And I'm using

16:10:49 23    this to show you the source of information for a

16:10:51 24    particular bond that I want to ask you some

16:10:54 25    questions about.

                                                          240

CONFIDENTIAL

16:10:54  1                Do you see here that there is, that

16:11:01  2    this screenshot shows information -- FINRA trace

16:11:05  3    information for a particular Rio Tinto bond; is

16:11:09  4    that correct?

16:11:09  5         A.    Yes, sir.

16:11:09  6                     (Exhibit Number 1247

16:11:09  7                     marked for identification.)

16:11:12  8    BY MR. BEDNAR:

16:11:12  9         Q.    And then if we -- and I'm sorry,

16:11:15 10    exhibit, that was Exhibit 1248.

16:11:18 11                Exhibit 1247 here shows you the

16:11:19 12    specific security with the issuer Rio Tinto

16:11:24 13    Finance USA and the CUSIP number for the specific

16:11:28 14    bond at issue, correct?

16:11:29 15         A.    Yes, sir.

16:11:29 16                     (Exhibit Number 1248

16:11:29 17                     marked for identification.)

16:11:29 18    BY MR. BEDNAR:

16:11:30 19         Q.    And then Exhibit 1248 identifies the

16:11:33 20    source of the pricing information which is the

16:11:35 21    FINRA trace records, correct?

16:11:47 22         A.    Correct.

16:11:47 23                     (Exhibit Number 1250

16:11:47 24                     marked for identification.)

16:11:48 25    BY MR. BEDNAR:

241

CONFIDENTIAL

16:11:48  1          Q.    So, if you look at Exhibit 1250, and
16:11:52  2     if you look at the line for January 17th, do you
16:12:02  3     see that there are four trades for that
16:12:04  4     particular bond on January 17th, correct?
16:12:06  5          A.    I see that.
16:12:07  6          Q.    And that means that your analysis of
16:12:16  7     that particular bond on that particular day
16:12:18  8     turned on four trades, right?
16:12:20  9          A.    Yes, I asked the staff about this
16:12:22 10     and of course we kept an outlier on the low end.
16:12:26 11     And this problem could also be addressed by the
16:12:28 12     portfolio.
16:12:28 13                So, the record is clear this is not
16:12:30 14     a random choice on your part.
16:12:32 15          Q.    Sure.  What is the largest number of
16:12:34 16     trades in any one of the Rio Tinto bonds that you
16:12:36 17     analyzed on January 17th?
16:12:38 18          A.    I really don't recall.
16:12:40 19          Q.    Staying with this particular bond --
16:12:47 20     and I'm sorry, when you say asking the staff, did
16:12:50 21     you ask your staff about this particular bond
16:12:52 22     after you were provided the exhibits.
16:12:53 23                Is that what you are referring to?
16:12:54 24          A.    Yes, sir, because I got the exhibits
16:12:57 25     and wondered what mischief might be made of it.

                                                              242

CONFIDENTIAL

```
16:12:57   1                    (Exhibit Number 1249
16:12:57   2                    marked for identification.)
16:13:02   3    BY MR. BEDNAR:
16:13:02   4        Q.    And then, directing you to
16:13:06   5    Exhibit 1249, again on January 17th.  That shows
16:13:14   6    you the total volume of that transaction -- of
16:13:17   7    those transactions, excuse me, in that Rio Tinto
16:13:19   8    bond, $52,000, right?
16:13:24   9        A.    I see that.
16:13:25  10        Q.    That is obviously less than
16:13:28  11    $100,000, right?
16:13:29  12        A.    Yes.  It would be a typical for that
16:13:35  13    security it looks like.  But, yes, less than
16:13:37  14    $100,000.
16:13:38  15        Q.    And so, if the transaction costs for
16:13:41  16    dealing in odd lots or small lots, those would
16:13:45  17    apply to these trades, right?
16:13:47  18        A.    They would, yes.
16:13:51  19        Q.    I can take this down.
16:14:24  20              The analytical work that was done in
16:14:26  21    preparing your bond market event study, did you
16:14:29  22    perform that or did someone else?
16:14:32  23        A.    The Analysis Group staff under my
16:14:40  24    direction did.
16:14:42  25        Q.    And you picked the bonds that trade
```

                                                              243

CONFIDENTIAL

| | | |
|---|---|---|
| 16:14:51 | 1 | the most often.  Is that right? |
| 16:14:54 | 2 | MR. KIRSCH:  Objection. |
| 16:14:55 | 3 | THE WITNESS:  I'm not sure what you |
| 16:14:59 | 4 | mean by that.  Those are the ones they |
| 16:15:00 | 5 | analyzed for the event study, if that is your |
| 16:15:02 | 6 | question. |
| 16:15:02 | 7 | BY MR. BEDNAR: |
| 16:15:04 | 8 | Q.    Sure.  The ones that you analyzed |
| 16:15:07 | 9 | for the event study, were those chosen on the |
| 16:15:10 | 10 | basis of the bonds that traded most often? |
| 16:15:12 | 11 | A.    Well, they crossed that threshold of |
| 16:15:15 | 12 | 85 percent, yes. |
| 16:15:16 | 13 | Q.    Okay.  Were there any other criteria |
| 16:15:18 | 14 | for selecting which bonds to analyze? |
| 16:15:20 | 15 | A.    No, sir. |
| 16:15:35 | 16 | Q.    Would you agree that bonds are more |
| 16:15:37 | 17 | likely to trade when there is news than when |
| 16:15:40 | 18 | there is not? |
| 16:15:42 | 19 | Let me phrase that a little |
| 16:15:44 | 20 | differently.  Do you agree that bonds are more |
| 16:15:46 | 21 | likely to trade when there is bond specific news |
| 16:15:50 | 22 | than when there is not? |
| 16:15:50 | 23 | A.    Generally, securities would react to |
| 16:15:54 | 24 | news by having higher volume, if that is your |
| 16:15:56 | 25 | question.  But, news is a term of art. |

244

CONFIDENTIAL

16:16:01  1                The colloquial use of the word.

16:16:04  2          Q.    And what do you mean by news?

16:16:06  3          A.    News, unexpected by the market.  As

16:16:12  4      far as it is an item in the news.

16:16:18  5          Q.    Okay.  And, so you agree that using

16:16:20  6      that definition as news from specific news that

16:16:24  7      is unexpected by the market, you would expect

16:16:26  8      bonds to be more likely to trade on those days

16:16:29  9      than on days when there is no unexpected firm

16:16:32 10      specific news, right?

16:16:33 11          A.    Yes, sir, if there were relevant

16:16:35 12      news.

16:16:39 13          Q.    And then if there is no relevant

16:16:42 14      news on a given day, that is when bonds would be

16:16:45 15      less likely to trade, right?

16:16:46 16          A.    Well, as often with your questions

16:16:48 17      you are forgetting to say all other things equal,

16:16:51 18      but I will assume you meant that.

16:16:53 19          Q.    For the days in your event study

16:16:59 20      where there is no observed trade, if there had

16:17:02 21      been an observed trade, would it be likely to

16:17:04 22      have occurred -- excuse me, to yield a smaller

16:17:07 23      abnormal return than on the days where there is

16:17:12 24      news?

16:17:13 25                MR. KIRSCH:  Objection.

                                                           245

CONFIDENTIAL

| | | |
|---|---|---|
| 16:17:14 | 1 | THE WITNESS:  I'm not even sure what |
| 16:17:15 | 2 | you are asking.  Why don't you follow up? |
| 16:17:19 | 3 | BY MR. BEDNAR: |
| 16:17:19 | 4 | Q.    Well, for instance in the equity |
| 16:17:22 | 5 | market, for a firm like Rio Tinto, the trades in |
| 16:17:28 | 6 | a particularly liquid market, there may be trades |
| 16:17:31 | 7 | going on, on days where you can't identify any |
| 16:17:33 | 8 | unexpected firm specific-news, right? |
| 16:17:35 | 9 | A.    Sure. |
| 16:17:36 | 10 | Q.    So, for the bond market, for the |
| 16:17:38 | 11 | days where there was no observed transaction, if |
| 16:17:43 | 12 | we hypothesize transactions occurring on those |
| 16:17:47 | 13 | days, would you expect them to yield lower |
| 16:17:52 | 14 | returns -- lower abnormal returns than on days |
| 16:17:56 | 15 | where there is firm-specific news? |
| 16:18:02 | 16 | A.    I guess I still don't understand the |
| 16:18:03 | 17 | question.  So I don't know, one way or the other. |
| 16:18:06 | 18 | Q.    In a market where there are |
| 16:18:24 | 19 | relatively few trades occurring for the security, |
| 16:18:30 | 20 | if trades are more likely to occur on days when |
| 16:18:33 | 21 | there is news, will that have an impact on the |
| 16:18:38 | 22 | standard deviation of daily returns? |
| 16:18:40 | 23 | MR. KIRSCH:  Objection, vague. |
| 16:18:42 | 24 | THE WITNESS:  I would need more to |
| 16:18:45 | 25 | understand that.  Might, might not. |

246

CONFIDENTIAL

| | | |
|---|---|---|
| 16:18:55 | 1 | BY MR. BEDNAR: |
| 16:18:56 | 2 | Q.    Do you think that the fundamental |
| 16:18:58 | 3 | value of the bond changes less when there is no |
| 16:19:01 | 4 | news? |
| 16:19:05 | 5 | MR. KIRSCH:  Objection, vague. |
| 16:19:06 | 6 | THE WITNESS:  I don't think that is |
| 16:19:08 | 7 | a very well posed question, because market |
| 16:19:11 | 8 | participants may be reevaluating bonds all of |
| 16:19:16 | 9 | the time. |
| 16:19:16 | 10 | I'm not quite sure what you are |
| 16:19:18 | 11 | asking. |
| 16:19:18 | 12 | BY MR. BEDNAR: |
| 16:19:55 | 13 | Q.    And you don't have an opinion as to |
| 16:19:56 | 14 | whether the fundamental value of the company's |
| 16:20:00 | 15 | bonds changes on -- it is more or less likely to |
| 16:20:05 | 16 | change on days when there is no news? |
| 16:20:07 | 17 | MR. KIRSCH:  Objection. |
| 16:20:08 | 18 | THE WITNESS:  As you have asked that |
| 16:20:10 | 19 | question, I wouldn't know how to answer it. |
| 16:20:13 | 20 | So, no, I wouldn't have an opinion. |
| 16:20:17 | 21 | BY MR. BEDNAR: |
| 16:20:17 | 22 | Q.    Are you saying that you don't |
| 16:20:18 | 23 | understand the term, fundamental value? |
| 16:20:21 | 24 | A.    I understand the term, fundamental |
| 16:20:23 | 25 | value.  I don't understand your question.  I |

247

CONFIDENTIAL

16:20:28 1  don't think it is well posed.  So, I gave the

16:20:30 2  answer I gave.

16:20:31 3          I'm not here to help you ask it.

16:20:32 4      Q.    What do you understand the term,

16:20:35 5  fundamental value, to mean?

16:20:36 6      A.    Fundamental value of securities is

16:20:39 7  its present value of cash flow.

16:20:45 8      Q.    And is fundamental value influenced

16:20:48 9  by the announcement of unexpected firm-specific

16:20:53 10 news?

16:20:53 11     A.    We are talking about a bond or a

16:20:55 12 stock?

16:20:56 13     Q.    Well, let's start with bonds.

16:20:59 14     A.    It may or may not be.  It could be

16:21:02 15 news on the firm that doesn't affect the ability

16:21:05 16 to pay a bond.

16:21:06 17         Remember the bondholders don't get

16:21:08 18 upside.  They get their money back.  It could be

16:21:11 19 a variety of pieces of news that really don't

16:21:14 20 have much of an impact on bonds, even though they

16:21:17 21 may have an impact on equity.

16:21:19 22     Q.    So, on a day when there is no

16:21:21 23 unexpected firm-specific news, would you expect

16:21:24 24 there to be a change in the fundamental value of

16:21:26 25 a company's bonds?

248

CONFIDENTIAL

| | | |
|---|---|---|
| 16:21:28 | 1 | A.    There could well be, because there |
| 16:21:30 | 2 | could be changes in market discount rates.  The |
| 16:21:34 | 3 | overall movements in the term structure of |
| 16:21:36 | 4 | interest rates. |
| 16:21:50 | 5 | Q.    And, so I think that your answer is |
| 16:21:53 | 6 | on a day when there is no unexpected |
| 16:21:57 | 7 | firm-specific news, the fundamental value of a |
| 16:22:00 | 8 | company's bonds may change if there is news |
| 16:22:05 | 9 | affecting the market as a whole.  Is that |
| 16:22:09 | 10 | correct? |
| 16:22:10 | 11 | A.    That is not what I said. |
| 16:22:11 | 12 | MR. KIRSCH:  Objection -- |
| 16:22:12 | 13 | THE WITNESS:  I said -- |
| 16:22:13 | 14 | MR. KIRSCH:  Object to form.  Sorry. |
| 16:22:16 | 15 | I was just saying objection, mischaracterizes. |
| 16:22:19 | 16 | THE WITNESS:  I said market discount |
| 16:22:22 | 17 | rates for this premium.  You can imagine |
| 16:22:25 | 18 | monetary policy actions or no overall view of |
| 16:22:29 | 19 | risk in the corporate sector having nothing |
| 16:22:32 | 20 | to do with a particular firm.  Covid-19, |
| 16:22:36 | 21 | there are lots of things like that. |
| 16:22:42 | 22 | BY MR. BEDNAR: |
| 16:22:43 | 23 | Q.    So in the absence of news, whether |
| 16:22:44 | 24 | it is defined as firm-specific news or the type |
| 16:22:47 | 25 | of nonspecific news that you have just listed, |

249

**CONFIDENTIAL**

16:22:50  1    would you expect, in the absence of any such news

16:22:52  2    like that, for the fundamental value of a

16:22:54  3    company's bonds to change?

16:22:56  4        A.    I wouldn't think the fundamental

16:23:03  5    value would change, no.

16:23:08  6        Q.    I think I'm going to shift gears,

16:23:31  7    Dr. Hubbard.

16:23:32  8            As a result of your study, sorry --

16:23:59  9            As a result of your work in this

16:24:01 10    case, were you able to reach a statistical

16:24:08 11    conclusion as to the effect on Rio Tinto's ADR

16:24:12 12    prices of any specific piece of information that

16:24:17 13    was disclosed on January 17th, 2013?

16:24:22 14        A.    Well, if I am understanding your

16:24:25 15    question, the effects, whether they are measured

16:24:30 16    by Dr. Metz or by me, are statistically and

16:24:35 17    significantly different from 0.

16:24:37 18            And so what I do is look at the

16:24:39 19    underlying components of information.

16:24:42 20            So, I'm -- the statistical

16:24:45 21    conclusion is clear.  It is insignificant, but we

16:24:48 22    get to go further and that is what I tried to do.

16:24:51 23        Q.    Okay.  Your report included a

16:25:06 24    section related to Rio Tinto's credit rating.

16:25:09 25            And it is your opinion that if Rio

                                                        250

CONFIDENTIAL

| | | |
|---|---|---|
| 16:25:21 | 1 | Tinto had announced an impairment to RTM as part |
| 16:25:25 | 2 | of the past year 2012 financial result, that |
| 16:25:29 | 3 | there would not have been a change to Rio Tinto's |
| 16:25:31 | 4 | credit rating.  Is that correct? |
| 16:25:33 | 5 | A.    That is correct.  I had two opinions |
| 16:25:37 | 6 | in there.  One was about meeting the R price |
| 16:25:41 | 7 | equity, and the other about credit rating. |
| 16:25:46 | 8 | Q.    And with respect to the credit |
| 16:25:47 | 9 | rating, is one basis for that opinion that there |
| 16:25:53 | 10 | was no rating action after Rio Tinto announced |
| 16:25:56 | 11 | the impairment in 2013? |
| 16:25:58 | 12 | A.    Yes, that is correct. |
| 16:26:00 | 13 | Q.    Is another basis for that opinion |
| 16:26:04 | 14 | your interpretation of the role that impairments |
| 16:26:07 | 15 | play in the quantitative methodologies of the |
| 16:26:10 | 16 | main rating agencies? |
| 16:26:12 | 17 | A.    I thought of it more as an input. |
| 16:26:15 | 18 | The real issue is did they or didn't they change |
| 16:26:17 | 19 | the rating.  And they did not. |
| 16:26:20 | 20 | Q.    So, in evaluating the hypothetical |
| 16:26:33 | 21 | question of what would have happened to Rio |
| 16:26:35 | 22 | Tinto's credit rating if an impairment had been |
| 16:26:39 | 23 | announced at half year 2012, would you need to, |
| 16:26:47 | 24 | as part of that analysis, look at the financial |
| 16:26:52 | 25 | condition of Rio Tinto as of that time? |

251

CONFIDENTIAL

16:26:57  1          A.    I'm not sure what you are asking.

16:27:00  2   Obviously financial position is critical for

16:27:03  3   credit ratings.  That is no different from equity.

16:27:07  4          In fact, some impairments might

16:27:10  5   actually improve cash flows for debt holders for

16:27:14  6   a period of time, while hurting equity.

16:27:16  7          Q.    So, for credit rating purposes, you

16:27:20  8   would want to look at Rio Tinto's financial

16:27:23  9   position as of the time that you are evaluating a

16:27:25  10  hypothetical impairment analysis.  Correct?

16:27:30  11         A.    Yes, that is what a rating agency

16:27:32  12  would do.

16:27:32  13         Q.    Sure.  So, for instance, in January

16:27:38  14  of 2013, prior to the announcement of the

16:27:43  15  impairment, Rio Tinto had also been able to

16:27:46  16  announce in the second half of 2012, the

16:27:49  17  completion of a $5 billion cost reduction

16:27:55  18  program.  Right?

16:27:56  19         A.    It is not my understanding.  I think

16:27:59  20  they announced a $5 billion cost reduction

16:28:02  21  program that they are working on, which I agree

16:28:04  22  is very positive.

16:28:12  23         Q.    And so it is your view that

16:28:14  24  announcing a program for saving $5 billion in

16:28:17  25  costs is positive, right?

                                                        252

CONFIDENTIAL

16:28:20  1          A.    It is certainly going to bolster

16:28:22  2    cash flows for the company.

16:28:24  3          Q.    And announcing the breakdown of the

16:28:27  4    $3 billion asset would not be viewed as negative

16:28:30  5    to the company?

16:28:32  6          A.    Are we talking about bonds or

16:28:34  7    stocks?

16:28:36  8          Q.    Either.

16:28:40  9          A.    Well, let's start with bonds.  Like

16:28:43 10    in the case of stocks that I talk about, the

16:28:45 11    market had already borne an expectation.

16:28:49 12              And given that the debt securities

16:28:51 13    were highly rated, there was little worry about

16:28:54 14    the company's ability to repay the debt.

16:28:57 15              And, given that, I found no effect

16:29:00 16    on equities, the rating agencies don't change, I

16:29:04 17    wouldn't expect to find much of that, if at all.

16:29:08 18          Q.    So, if you were to analyze the

16:29:11 19    potential effect, for hypothetical half year 2012

16:29:16 20    impairment announcement from Rio Tinto's credit

16:29:19 21    rating, first of all, you need to evaluate Rio

16:29:25 22    Tinto's financial condition before they raised

16:29:28 23    money in their August 2012 bond offerings.

16:29:31 24    Correct?

16:29:33 25          A.    But again it depends on what

253

CONFIDENTIAL

| | | |
|---|---|---|
| 16:29:35 | 1 | information the market has.  But, you would want |
| 16:29:38 | 2 | the information available in the marketplace at |
| 16:29:40 | 3 | that time, if that is your question. |
| 16:29:41 | 4 | Q.   Yes, okay.  Now, I want to make sure |
| 16:29:47 | 5 | I understand one aspect of your opinion. |
| 16:29:49 | 6 | It is not your opinion that the |
| 16:29:51 | 7 | rating agencies would never consider impairments |
| 16:29:55 | 8 | in making a ratings decision, right? |
| 16:29:57 | 9 | A.   Correct.  I think I say that in the |
| 16:29:59 | 10 | report. |
| 16:30:00 | 11 | Q.   Okay.  And, even if impairments are |
| 16:30:04 | 12 | excluded from the quantitative measures that a |
| 16:30:08 | 13 | rating agency employs, the rating committee still |
| 16:30:11 | 14 | may consider the impact of the impairment and |
| 16:30:13 | 15 | ascertaining whether to take any rating action. |
| 16:30:17 | 16 | Right? |
| 16:30:18 | 17 | A.   It is possible.  But, they didn't |
| 16:30:20 | 18 | take any rating action. |
| 16:30:21 | 19 | Q.   In 2013, right? |
| 16:30:25 | 20 | A.   Correct. |
| 16:30:26 | 21 | Q.   Did you know that in April of 2011, |
| 16:30:35 | 22 | Moody upgraded Rio Tinto by one notch in its |
| 16:30:37 | 23 | rating? |
| 16:30:37 | 24 | A.   I think I probably mention that in |
| 16:30:39 | 25 | the report, but I don't recall the exact date. |

254

CONFIDENTIAL

| | | |
|---|---|---|
| 16:30:43 | 1 | Q.    And, that rating action was |
| 16:30:49 | 2 | announced after the Riversdale acquisition. |
| 16:30:52 | 3 | Right? |
| 16:30:54 | 4 | A.    Yes. |
| 16:30:55 | 5 | MR. KIRSCH:  Objection. |
| 16:30:58 | 6 | THE WITNESS:  That is my |
| 16:30:59 | 7 | recollection, I should say.  I don't know |
| 16:31:00 | 8 | exactly when it was, but that is my |
| 16:31:02 | 9 | recollection. |
| 16:31:03 | 10 | BY MR. BEDNAR: |
| 16:31:03 | 11 | Q.    And, do you have any basis to say |
| 16:31:12 | 12 | whether the Riversdale impairment was a factor |
| 16:31:16 | 13 | considered -- I'm sorry.  I said impairment.  Let |
| 16:31:19 | 14 | me rephrase the question. |
| 16:31:21 | 15 | Do you have any basis to say whether |
| 16:31:23 | 16 | or not the Riversdale acquisition was a |
| 16:31:26 | 17 | consideration taken into account by Moody in |
| 16:31:31 | 18 | upgrading the credit ratings in April of 2011? |
| 16:31:37 | 19 | A.    I don't recall what I saw there.  I |
| 16:31:40 | 20 | would doubt it, since such an acquisition is |
| 16:31:43 | 21 | large negative cash flows for a long period of |
| 16:31:45 | 22 | time with the hope of positive cash flows in the |
| 16:31:48 | 23 | future. |
| 16:31:48 | 24 | But, I don't think I have ever heard |
| 16:31:56 | 25 | of it for equity, but I don't recall. |

255

CONFIDENTIAL

| | | |
|---|---|---|
| 16:32:02 | 1 | Q.    I wanted to ask you a question with |
| 16:32:17 | 2 | respect to your analysis of so-called Altes |
| 16:32:28 | 3 | statements.  And, first, I want to ask you to |
| 16:32:31 | 4 | pull up your report so I can have you look at |
| 16:32:34 | 5 | some language. |
| 16:32:34 | 6 | A.    Okay. |
| 16:32:51 | 7 | Q.    And it is Exhibit 224.  I will take |
| 16:32:57 | 8 | you to the page first, and then I will put it up |
| 16:32:59 | 9 | on the screen for you. |
| 16:33:17 | 10 | Paragraph 158 of Page 94 of the PDF, |
| 16:33:22 | 11 | and I think Page 90 of the report itself. |
| 16:33:25 | 12 | A.    Okay.  I am there. |
| 16:33:29 | 13 | Q.    Thanks.  You wrote, "To summarize, I |
| 16:33:32 | 14 | find that there is no conclusive evidence of a |
| 16:33:35 | 15 | statistically significant ADR price increase on |
| 16:33:39 | 16 | August 8, 2012." |
| 16:33:41 | 17 | And this is kind of a technical |
| 16:33:43 | 18 | question. |
| 16:33:43 | 19 | So, you ran a regression for the |
| 16:33:48 | 20 | abnormal return on August 8, 2012.  And you ran |
| 16:33:52 | 21 | one for using the HSBC Mining Index and one using |
| 16:33:57 | 22 | your eight company comparator index.  Right? |
| 16:34:00 | 23 | A.    Correct. |
| 16:34:01 | 24 | Q.    And, there was a statistically |
| 16:34:06 | 25 | significant return using one of those indices, |

256

CONFIDENTIAL

| | | |
|---|---|---|
| 16:34:10 | 1 | right? |
| 16:34:11 | 2 | A.      That is correct. |
| 16:34:11 | 3 | Q.      And do you recall as you sit here |
| 16:34:15 | 4 | which one? |
| 16:34:18 | 5 | A.      I don't.  You could check, if it is |
| 16:34:20 | 6 | important to you.  It might be -- should I check? |
| 16:34:25 | 7 | Is that important, or -- |
| 16:34:31 | 8 | Q.      I can direct you to -- just so we |
| 16:34:33 | 9 | can state it clearly on the record.  I don't know |
| 16:34:36 | 10 | that I would say that it is important. |
| 16:34:37 | 11 | But, if we go back a few pages to |
| 16:34:40 | 12 | Paragraph 159, which I have up on the screen. |
| 16:34:46 | 13 | And in the middle of the paragraph, you say, |
| 16:34:50 | 14 | "I show in Exhibit 12," and then you identify |
| 16:34:55 | 15 | that "using the equal weighted peer index, there |
| 16:35:01 | 16 | was not a positive abnormal return on August 8th |
| 16:35:04 | 17 | that was statistically significant." |
| 16:35:05 | 18 | A.      Okay. |
| 16:35:06 | 19 | Q.      There is a statistically significant |
| 16:35:10 | 20 | positive abnormal return using the HSBC Global |
| 16:35:17 | 21 | Mining Index.  Do you see that? |
| 16:35:18 | 22 | A.      Yes. |
| 16:35:18 | 23 | Q.      And it is statistically significant |
| 16:35:21 | 24 | at the 5 percent level, right? |
| 16:35:23 | 25 | A.      Yes, that is what I find. |

257

CONFIDENTIAL

16:35:25  1          Q.    And, so my question is really, in
16:35:31  2    Paragraphs 168, where you said, "I find there is
16:35:34  3    no conclusive evidence of a statistically
16:35:36  4    significant ADR price increase on August 8,
16:35:41  5    2012," is would it require both of your industry
16:35:49  6    indices producing statistically significant
16:35:52  7    abnormal returns for you to conclude that there
16:35:55  8    was conclusive evidence?
16:35:59  9          A.    Yes.  Yes.  And since I tendered
16:36:02 10    them both, that is not really the point of this
16:36:05 11    paragraph.
16:36:05 12          The point of the paragraph is
16:36:06 13    whether I found statistically significant returns
16:36:10 14    in both, it wouldn't have mattered, because I
16:36:13 15    attributed those returns elsewhere.  That was my
16:36:15 16    analysis of the analysts' commentary.  No one
16:36:19 17    mentioned so I didn't state it.
16:36:21 18          Q.    Sure.  I'm really trying to
16:36:24 19    ascertain is it your standard that both of your
16:36:26 20    industry indices need to produce statistically
16:36:29 21    significant abnormal returns at the 5 percent
16:36:31 22    level, for there to be conclusive evidence that
16:36:34 23    there is a statistically significant result?
16:36:37 24          A.    Well, I think to be conclusive, yes.
16:36:40 25          I mean part of the problem here, as

                                                          258

CONFIDENTIAL

16:36:42  1    we talked about all day, is some of the fragility

16:36:45  2    here, which is why it is useful looking at the

16:36:48  3    analysts' commentary.  And the analysts don't

16:36:51  4    mention the results.

16:37:01  5          Q.    And let me just focus on -- not on

16:37:04  6    analysis of analysts' commentary.

16:37:05  7                But, when you talk about conclusive

16:37:11  8    evidence of a statistically significant price

16:37:13  9    increase, does that require both of your industry

16:37:15  10   indices to agree on the result before you would

16:37:17  11   say that there is conclusive evidence of

16:37:20  12   statistical significance?

16:37:22  13         A.    You asked the question before so I

16:37:24  14   will give the same answer.  These are both

16:37:29  15   reasonable indices.

16:37:30  16               It would concern me if I get

16:37:32  17   different answers depending on which reasonable

16:37:36  18   index that I use.

16:37:37  19               So, it is not conclusive.  I don't

16:37:40  20   even think it is important for the reason in the

16:37:41  21   paragraph.  It is certainly not conclusive.

16:37:45  22         Q.    Does the fact that the -- in your

16:37:47  23   conclusion -- well, let me say this:

16:37:52  24               Does the fact that the equal waited

16:37:54  25   peer index did not experience a statistically

259

CONFIDENTIAL

16:37:56  1    significant return while the HSBC Mining Index

16:38:03  2    did, does that say anything to you about the

16:38:06  3    relative predictive power of either index?

16:38:12  4         A.    I don't see how it could.  It might

16:38:16  5    to you, because you might be assuming that

16:38:18  6    conclusion.

16:38:18  7              But, I don't see how it would one

16:38:21  8    way or the other.  The statement is simply that

16:38:24  9    it is not conclusive.  I think that is obvious.

16:38:26 10    And in the rest of the paragraph it says that it

16:38:29 11    is not important.

16:38:41 12         Q.    So, is what you are saying that you

16:38:43 13    would have reached the same conclusion if the

16:38:45 14    results were inverted and the equal weighted peer

16:38:48 15    index found a statistically significant return

16:38:51 16    while the HSBC Mining Index did not?

16:38:53 17         A.    Yes.  And the fact that they were

16:38:55 18    both statistically significant, I would still

16:38:59 19    reach an unimportant conclusion.

16:39:16 20         Q.    I wanted to return, if I could, to

16:39:19 21    the definition that you provided earlier, to the

16:39:22 22    definition of economic materiality.

16:39:24 23              Is it my understanding that your

16:39:25 24    definition of economic materiality turns on what

16:39:29 25    the reasonable investor would view as important?

                                                          260

CONFIDENTIAL

```
16:39:33  1          A.    If you are talking about in the
16:39:35  2    context of a securities case, yes.  Whether a
16:39:38  3    reasonable investor would feel important in the
16:39:42  4    context of that would be in framing a view of
16:39:46  5    what is paid for securities.  It is really about
16:39:48  6    the price.
16:39:51  7          Q.    And so then, are you saying that
16:39:55  8    securities prices, let's say equity prices, are
16:40:00  9    determined by the views of reasonable investors?
16:40:03 10          A.    Well, the marginal investor in the
16:40:10 11    market that sets the price.  The term, reasonable
16:40:14 12    investor, is the investor who is using available
16:40:17 13    information.
16:40:22 14          Q.    So, reasonable investors may
16:40:23 15    disagree with each other.  Right?
16:40:25 16          A.    In fact, they do all of the time.
16:40:27 17    It is called trading.
16:40:30 18          Q.    And the price is set by the marginal
16:40:33 19    investor.  Is that what you said?
16:40:34 20          A.    Correct.
16:40:35 21          Q.    What does that mean the marginal
16:40:37 22    investor?
16:40:38 23          A.    It means what it says, is at the
16:40:40 24    margin, there are trades that set the price and
16:40:45 25    great benefit of markets is that.
```

261

CONFIDENTIAL

| | | |
|---|---|---|
| 16:40:47 | 1 | So, even if somebody's grandmother |
| 16:40:50 | 2 | is not an informed investor, a marginal investor, |
| 16:40:54 | 3 | being informed, you still get the right price. |
| 16:40:56 | 4 | And so foundation of securities |
| 16:40:58 | 5 | markets in our time. |
| 16:41:03 | 6 | Q.    So, there are reasonable investors |
| 16:41:05 | 7 | whose views are not captured with the stock |
| 16:41:08 | 8 | price? |
| 16:41:11 | 9 | A.    If you mean does the stock price |
| 16:41:13 | 10 | represent every investor's view of fundamental |
| 16:41:17 | 11 | value?  Of course not.  That is what trading is |
| 16:41:19 | 12 | about. |
| 16:41:19 | 13 | Q.    Okay.  Doctor, I wanted to kind of |
| 16:41:25 | 14 | do an inventory to make sure that I have properly |
| 16:41:30 | 15 | understood the scope of additional work that you |
| 16:41:33 | 16 | have performed that is not captured in your |
| 16:41:37 | 17 | report. |
| 16:41:37 | 18 | And I can take the report down |
| 16:41:39 | 19 | because I don't think that we need to refer to |
| 16:41:41 | 20 | it. |
| 16:41:41 | 21 | I know that you referred to |
| 16:41:46 | 22 | sensitivity analysis that you did related to the |
| 16:41:50 | 23 | HSBC Mining Index. |
| 16:41:52 | 24 | A.    Yes, sir. |
| 16:41:53 | 25 | Q.    And was that done after you received |

262

CONFIDENTIAL

16:41:58   1   the Metz rebuttal report or after Dr. Metz

16:42:02   2   testified?

16:42:03   3         A.     After his deposition.

16:42:04   4         Q.     Okay.  I know that you also

16:42:06   5   testified to running a sensitivity of what would

16:42:08   6   happen if you removed Newmont Mining from the

16:42:15   7   eight company comparator index.  Right?

16:42:17   8         A.     Yes.

16:42:19   9         Q.     And I think that we already covered

16:42:21  10   this.  I just want to make sure.  That was the

16:42:23  11   only sensitivity that you ran on that date,

16:42:27  12   number, index, right?

16:42:28  13         A.     Yes, because that is the criticism I

16:42:30  14   thought Dr. Metz had made.  Why don't we just

16:42:32  15   check, but yes, sure.

16:42:33  16         Q.     Yes.  Just trying to make sure that

16:42:35  17   I have the list correct of additional

16:42:37  18   sensitivities.

16:42:38  19              You didn't do any sensitivity

16:42:40  20   analyses that built on the 16 company list that

16:42:43  21   Dr. Metz talked about, right?

16:42:45  22         A.     I may have.  I think I may have done

16:42:48  23   some changes there that didn't affect my results,

16:42:52  24   but I don't recall.

16:42:54  25         Q.     If you did additional analyses that

263

CONFIDENTIAL

16:43:02   1    didn't affect your results, would your team have

16:43:05   2    the regressions that you ran?

16:43:06   3         A.    Of course.

16:43:09   4         Q.    And did you at any time since you

16:43:15   5    submitted your report, have you run regressions

16:43:19   6    using any variation of the S&P Metals and Mining

16:43:23   7    Index?

16:43:25   8         A.    Oh, let's see.  I think I -- I think

16:43:30   9    the answer surely is yes.  And I don't remember

16:43:34  10    everything that I did.

16:43:35  11              Because again I don't think that

16:43:37  12    index is fixable.  But, I think I did do some

16:43:40  13    things and it didn't fix it in my view.  But, I

16:43:43  14    don't recall.  If we have it, we have it.

16:43:46  15         Q.    Okay.  You don't remember at all

16:43:49  16    what kind of analysis that would have been on the

16:43:51  17    S&P index?

16:43:54  18         A.    I don't recall.  I'm sorry.

16:43:56  19         Q.    At any time in your work on this

16:44:00  20    case have you done any regressions where you

16:44:03  21    added one or more commodities prices to your

16:44:06  22    regression?

16:44:09  23         A.    To the event study regression, you

16:44:12  24    mean?

16:44:13  25         Q.    Correct.

                                                            264

CONFIDENTIAL

16:44:14  1        A.    I don't recall doing that, no.

16:44:15  2        Q.    Have you done any other regressions

16:44:27  3  after the submission of your report beyond what

16:44:29  4  we have just catalogued here?

16:44:33  5        A.    No, unless there was something this

16:44:35  6  morning that -- I outlined it all this morning

16:44:38  7  with the first question.

16:44:39  8        Q.    Okay.  We have talked a number of

16:44:48  9  times about the work that you and your staff had

16:44:50 10  done in preparing the report.

16:44:52 11             Can you tell me the role, if any,

16:44:54 12  that your staff played in writing the report?

16:45:00 13        A.    I wrote the report.  But, obviously

16:45:03 14  received enormous amounts of -- as you can tell

16:45:07 15  much of this report is the appendices, the data,

16:45:11 16  the exercises.

16:45:12 17             But, the actual words on the report

16:45:14 18  are me.  But, many more hours are spent by staff

16:45:18 19  in theory.

16:45:18 20        Q.    Sure.  Did your staff draft any

16:45:20 21  portions of the report?

16:45:23 22        A.    We certainly passed things back and

16:45:27 23  forth if they would comment.

16:45:28 24             But, I am the principal

16:45:31 25  draftsperson.  Although I didn't personally do

                                                            265

CONFIDENTIAL

| | | |
|---|---|---|
| 16:45:33 | 1 | all of the tables, though. |
| 16:45:34 | 2 | Q.    Uh-huh.  Your report has several |
| 16:45:48 | 3 | indices that have summaries of news coverage or |
| 16:45:51 | 4 | analyst coverage.  And an example would be |
| 16:45:56 | 5 | Appendix C2, which summarizes news coverage of |
| 16:46:00 | 6 | the Riversdale bid in the actual acquisition. |
| 16:46:03 | 7 | Who compiled Appendix C2?  Or if it |
| 16:46:11 | 8 | is easier for you to talk about how the |
| 16:46:13 | 9 | appendices in general were complied, you could |
| 16:46:16 | 10 | answer that way. |
| 16:46:17 | 11 | A.    Yes, that may be a good place to |
| 16:46:19 | 12 | start and then we can go into the individual ones |
| 16:46:21 | 13 | if you want. |
| 16:46:21 | 14 | So, in each case there was a |
| 16:46:23 | 15 | question I was trying to ask, and I sat with the |
| 16:46:26 | 16 | team to figure out what is a systematic way to |
| 16:46:29 | 17 | answer. |
| 16:46:29 | 18 | And in each case we needed, how do |
| 16:46:32 | 19 | you make sure you get all available analysts. |
| 16:46:35 | 20 | How do you make sure that you are doing a new |
| 16:46:38 | 21 | search that is not subject to any cherry picking. |
| 16:46:42 | 22 | So, there is key words, things you are doing. |
| 16:46:44 | 23 | In each of those cases we came to |
| 16:46:46 | 24 | that agreement of the team and of course the |
| 16:46:48 | 25 | year, in searching. |

266

CONFIDENTIAL

16:46:49  1          Q.    Okay.  If it is helpful to you, I
16:46:59  2    can pull these exhibits up.
16:47:00  3                But, with respect to Appendix C.8 in
16:47:03  4    Exhibit 10.
16:47:06  5          A.    C.8?
16:47:06  6                      (Exhibit Number 1108
16:47:06  7                      marked for identification.)
16:47:06  8    BY MR. BEDNAR:
16:47:08  9          Q.    Yes.  Appendix C.8 is
16:47:11 10    Exhibit 1101 [sic].  And I can go ahead and pull
16:47:13 11    it up so everyone can see it.
16:47:15 12          A.    Yes, go ahead.
16:47:17 13          Q.    Do you see in that appendix that
16:47:22 14    there are, and I am publishing it so all of the
16:47:29 15    attorneys can see as well, there are sort of a
16:47:32 16    scoring or a grading system for ascertaining
16:47:38 17    whether the analysts' reaction to a particular
16:47:40 18    item was positive, negative, or neutral.  Right?
16:47:43 19          A.    Yes.
16:47:44 20          Q.    Who assigns the positive, negative,
16:47:49 21    or neutral grades to each analyst report?
16:47:52 22          A.    What does the validity mean?  So,
16:47:57 23    the analysts comment about impairments and there
16:48:02 24    is commentary about management changes.
16:48:06 25                The management changes were done by

                                                         267

CONFIDENTIAL

16:48:10  1    word matching.  Is something neutral, positive or

16:48:14  2    negative?

16:48:14  3              The analysts' work on impairment was

16:48:17  4    quantitative, because at the end of the day they

16:48:21  5    either did or didn't change a target price.

16:48:23  6              So, that is what that was done.

16:48:27  7              And then the staff working under my

16:48:30  8    direction prepared that mapping and then we

16:48:32  9    reviewed it together.

16:48:33  10        Q.    When you say that the staff under

16:48:37  11   your direction prepared that mapping, what do you

16:48:40  12   mean by that?

16:48:40  13        A.    In other words, the qualitative

16:48:42  14   plus, minus, zero.

16:48:43  15        Q.    Okay.  So, for the impairment

16:48:47  16   news -- for the RTM impairment news, are you

16:48:48  17   saying that the scoring was done on the basis of

16:48:51  18   whether the analyst changed a price target or

16:48:56  19   evaluation or some other quantitative measure?

16:48:58  20        A.    Yes.  So, that one is a little

16:49:03  21   easier to explain.

16:49:04  22              The other is more qualitative.  You

16:49:06  23   are looking at words.

16:49:07  24              So, as was the case on the other

16:49:09  25   question, I came up with some words.  The

                                                            268

CONFIDENTIAL

16:49:11  1    phrases, that I thought represented a point of

16:49:13  2    view and tried to match as closely as possible.

16:49:16  3         Q.    Okay.  Were you applying any sort of

16:49:25  4    industry standards in assessing the positive,

16:49:32  5    neutral or negative score for reactions to the

16:49:34  6    management change?

16:49:37  7         A.    I'm not sure what you mean by an

16:49:39  8    industry standard.  You mean that people always

16:49:41  9    like or don't like mining CEOs, is that the

16:49:44 10    question?

16:49:52 11         Q.    Is your scoring based on any sort of

16:49:55 12    peer reviewed literature?

16:49:56 13         A.    There is no peer reviewed literature

16:50:00 14    on something like this.  The question is just how

16:50:03 15    do analysts think about a management change.

16:50:05 16              That is really why I'm doing this,

16:50:07 17    is because Dr. Metz has a particular view of the

16:50:10 18    management change in academic literature.

16:50:12 19              So, I do two things:  One, he gets

16:50:14 20    the academic literature all wrong.

16:50:16 21              And two, I find very mixed support

16:50:18 22    on the management change.

16:50:19 23              And the best he has done in

16:50:21 24    complaining about it is a couple of the reports

16:50:24 25    around the edges.

CONFIDENTIAL

| | | |
|---|---|---|
| 16:50:25 | 1 | So, it is qualitative.  I would |
| 16:50:27 | 2 | certainly admit that. |
| 16:50:28 | 3 | Q.    Okay.  Are you basing this on any |
| 16:50:30 | 4 | sort of other source -- third party source that |
| 16:50:40 | 5 | defines how to score news based on positive, |
| 16:50:46 | 6 | negative, or neutral reaction? |
| 16:50:48 | 7 | MR. KIRSCH:  Objection. |
| 16:50:48 | 8 | THE WITNESS:  If I'm understanding |
| 16:50:50 | 9 | your question, no, because I don't need to. |
| 16:50:52 | 10 | I'm not using this as a quantitative input or |
| 16:50:55 | 11 | something. |
| 16:50:57 | 12 | It is merely a look at the range of |
| 16:51:00 | 13 | reactions to management change. |
| 16:51:03 | 14 | The part that is grounded in the |
| 16:51:05 | 15 | peer reviewed work is what the academic |
| 16:51:07 | 16 | literature would predict.  And it generally |
| 16:51:10 | 17 | predicts the opposite of what Dr. Metz says. |
| 16:51:19 | 18 | BY MR. BEDNAR: |
| 16:51:19 | 19 | Q.    And so the assessment of the score |
| 16:51:21 | 20 | that would be received, I want to make sure I |
| 16:51:23 | 21 | understand.  Were you determining that score with |
| 16:51:27 | 22 | respect to management change, or was the score |
| 16:51:32 | 23 | assigned in the first instance by someone on your |
| 16:51:34 | 24 | staff? |
| 16:51:34 | 25 | A.    At the end of the day, it is me. |

270

CONFIDENTIAL

16:51:36   1    So, the staff did the first draft that I had

16:51:39   2    given the key words we agreed on.  And then we

16:51:41   3    reviewed it together.  But at the end of the day,

16:51:43   4    I am.

16:51:47   5        Q.    Okay.  And in determining whether

16:51:48   6    you agree with the score that is assigned to the

16:51:53   7    analysts' reaction to management change, were you

16:51:56   8    relying on the excerpts from commentary that are

16:52:01   9    in Appendix C.8, or were you relying on the

16:52:04  10    entire report?

16:52:07  11        A.    Understanding your question, I think

16:52:10  12    the commentary is in C.8.  In other words, I

16:52:13  13    tried to put the language in that would help the

16:52:17  14    readers see why I did what I did.

16:52:18  15              I am not Dr. Metz.  I'm not spelling

16:52:21  16    stuff out.  I am giving it all to you and you can

16:52:24  17    judge me accordingly.

16:52:25  18        Q.    In determining whether or not you

16:52:27  19    agreed with the score that was assigned to the

16:52:28  20    analysts' reaction to the management change, for

16:52:31  21    any analyst report that is listed here, did you

16:52:34  22    read the entire report or were you relying on the

16:52:37  23    commentary that has been extracted here?

16:52:40  24        A.    No, I read the entire report.  You

16:52:43  25    see an -- at the beginning of each block of these

271

CONFIDENTIAL

| | | |
|---|---|---|
| 16:52:45 | 1 | you see something that is overall, that indicates |
| 16:52:47 | 2 | a reading holistically. |
| 16:52:50 | 3 | Sometimes I will even comment on the |
| 16:52:52 | 4 | title of the report or something else in the |
| 16:52:53 | 5 | report. |
| 16:52:54 | 6 | So, yes, the whole report is being |
| 16:52:58 | 7 | read. |
| 16:52:58 | 8 | Q.    And then -- okay, I think I |
| 16:53:04 | 9 | understand the items that I had questions about |
| 16:53:09 | 10 | there. |
| 16:53:10 | 11 | I don't know if this is something |
| 16:53:20 | 12 | that you kept track of.  Do you know how many |
| 16:53:22 | 13 | times you have been hired as an expert witness in |
| 16:53:23 | 14 | a court case? |
| 16:53:25 | 15 | A.    Many times. |
| 16:53:30 | 16 | Q.    Do you know approximately how many? |
| 16:53:33 | 17 | A.    Over what time period? |
| 16:53:34 | 18 | Q.    In your career. |
| 16:53:37 | 19 | A.    I don't.  You can see -- I think the |
| 16:53:41 | 20 | report gives you cases in the last four years. |
| 16:53:45 | 21 | But, I don't recall off the top of |
| 16:53:47 | 22 | my head. |
| 16:53:49 | 23 | Q.    Okay.  Have ever testified on behalf |
| 16:53:51 | 24 | of plaintiffs in litigation? |
| 16:53:54 | 25 | A.    I have. |

272

CONFIDENTIAL

| | | |
|---|---|---|
| 16:53:57 | 1 | Q.   What kinds of plaintiffs have you |
| 16:53:59 | 2 | testified on behalf of? |
| 16:54:00 | 3 | A.   I am currently working a couple of |
| 16:54:04 | 4 | plaintiffs cases now. |
| 16:54:07 | 5 | I have worked on a case in |
| 16:54:10 | 6 | securities where the Maryland Shines was a |
| 16:54:14 | 7 | plaintiff.  I'm never sure if the government is |
| 16:54:18 | 8 | the plaintiff or is the defendant, but I have |
| 16:54:19 | 9 | certainly worked for the IRS, the Justice |
| 16:54:22 | 10 | Department. |
| 16:54:22 | 11 | Yes, is the short answer. |
| 16:54:31 | 12 | Q.   Have you ever been an expert witness |
| 16:54:33 | 13 | on behalf of shareholders who weren't |
| 16:54:37 | 14 | institutional shareholders? |
| 16:54:38 | 15 | A.   You mean an individual shareholder, |
| 16:54:44 | 16 | is that what you are asking?  Or a class action, |
| 16:54:46 | 17 | or -- |
| 16:54:46 | 18 | Q.   Yes, I could have asked that in a |
| 16:54:50 | 19 | less negative way. |
| 16:54:51 | 20 | Have you ever been an expert on |
| 16:54:53 | 21 | behalf of either an individual shareholder or a |
| 16:54:55 | 22 | class of individual shareholders? |
| 16:54:57 | 23 | A.   I am currently with an individual |
| 16:55:02 | 24 | shareholder that I can't mention.  It is a very |
| 16:55:04 | 25 | large individual shareholder in a very large |

273

CONFIDENTIAL

16:55:06  1   company.  I don't know that I can disclose it.

16:55:08  2        Q.    Okay.  Ever worked for any other

16:55:12  3   shareholders besides that one large individual

16:55:14  4   shareholder?

16:55:14  5        A.    Again individual shareholders, no,

16:55:19  6   not that I can think of off the top of my head.

16:55:22  7        Q.    Okay.  And then what about classes

16:55:25  8   of individual shareholders, have you ever worked

16:55:28  9   for a class of individual shareholders?

16:55:30 10        A.    Not that I recall.  The Merrill

16:55:36 11   Lynch funds case, they were an opt-out from the

16:55:38 12   class.  It was the same argument but I was

16:55:42 13   technically not the class.

16:55:45 14        Q.    Sure.

16:55:45 15             MR. KIRSCH:  And, Tom, just to be

16:55:46 16        clear, you are asking about -- I mean, as you

16:55:49 17        probably know, your typical plaintiff's class

16:55:53 18        is composed of both individuals and

16:55:55 19        institutional shareholders.

16:55:56 20             I'm not sure I have seen a class

16:56:00 21        that -- certainly not many that are composed

16:56:03 22        by definition only of individual

16:56:05 23        shareholders.

16:56:07 24             So, are you asking him about an

16:56:08 25        exclusive individual class?

274

CONFIDENTIAL

16:56:11   1                   MR. BEDNAR:  That is what I asked.

16:56:11   2      BY MR. BEDNAR:

16:56:13   3           Q.    Does that change your answer if I

16:56:14   4      asked about a class whether it was institutional

16:56:18   5      shareholders?

16:56:18   6           A.    No.

16:56:20   7           Q.    Okay.

16:56:21   8           A.    Thank you.

16:56:21   9                   (Exhibit Number 1100

16:56:21  10                     marked for identification.)

16:56:23  11      BY MR. BEDNAR:

16:56:23  12           Q.    I'm going to put up your CV, Doctor.

16:56:26  13      This is marked as Exhibit 1100.  It is Appendix A

16:56:29  14      to your report.

16:56:30  15                   You list in the field of

16:56:35  16      specialization, natural resource economics.

16:56:37  17                   I just wanted to understand what you

16:56:41  18      mean by natural resource economics?

16:56:43  19           A.    Earlier in my career I did a lot of

16:56:48  20      work on the economics of oil and natural gas

16:56:51  21      markets, with the way of studying the

16:56:54  22      relationship between spot and contract prices.

16:56:58  23                   I actually built some of the early

16:57:00  24      models the Energy and Information Administration

16:57:03  25      used in the Department of Energy back in the late

275

CONFIDENTIAL

```
16:57:06   1    1970's, early 1980's.
16:57:07   2                    So, that is the work under natural
16:57:10   3    resources.
16:57:11   4        Q.    Are you offering any opinions in
16:57:13   5    this case as an expert in natural resource
16:57:15   6    economics?
16:57:17   7        A.    Nothing I'm offering here is relying
16:57:20   8    on anything that natural resources developed, no.
16:57:25   9        Q.    Okay.  Page 3 of your CV, lists a
16:57:32  10    number of consulting or advisory relationships.
16:57:36  11                    I don't need to ask you about all of
16:57:38  12    those.  Rio Tinto is listed.
16:57:45  13        A.    It is this case.
16:57:46  14        Q.    It is this case.  Have you
16:57:47  15    ever worked on Rio Tinto --
16:57:47  16        A.    I'm sorry.  What the -- what the
16:57:49  17    category means is basically in Columbia
16:57:56  18    University, we always disclose any time you are
16:57:59  19    being paid to do something.
16:58:00  20                    So, my own pattern is rather than
16:58:03  21    doing it every few years, which is what is
16:58:06  22    required, I go all of the way back to 2007.
16:58:09  23                    So, this is a list that I think many
16:58:11  24    of these, if not most, are probably commercial
16:58:14  25    speaking engagements.
```

                                                          276

CONFIDENTIAL

16:58:15  1          But anytime I was paid to do

16:58:17  2  something, whether it is a matter like this, or I

16:58:21  3  testify for a company, it is on that list.  That

16:58:24  4  is how Rio Tinto got there.

16:58:25  5          Q.    Okay.  So, have you ever been paid

16:58:28  6  to do something by Rio Tinto other than work you

16:58:30  7  may have done in this case?

16:58:31  8          A.    I have not.

16:58:32  9          Q.    All right.  You listed an engagement

16:58:36  10  for Amazon.  Was that expert witness work?

16:58:39  11          A.    Yes.  And some strategy consulting.

16:58:44  12          Q.    And, what were the issues in the

16:58:47  13  expert witness work that you did for Amazon?

16:58:51  14          A.     It was relating to royalties that

16:58:54  15  would be paid on streaming music.  And I worked

16:58:59  16  on projects with them on setting the price on

16:59:03  17  Prime Music and how to grant royalties to

16:59:06  18  songwriters and performers.

16:59:38  19                    MR. BEDNAR:  Let me go off the

16:59:42  20       record for about five or ten minutes and get

16:59:45  21       organized for the remaining questions I have.

16:59:47  22                    I don't think I have too many,

16:59:48  23       Doctor, so I think it would work best if we

16:59:51  24       go off the record.

16:59:53  25                    THE WITNESS:  Okay.

                                                        277

CONFIDENTIAL

```
16:59:53   1              THE VIDEOGRAPHER:  We are going off
16:59:55   2         the record, the time is 4:59 eastern.
17:11:07   3                   (Recess taken -- 4:59 p.m.)
17:11:07   4                   (After recess -- 5:11 p.m.)
17:11:07   5              THE VIDEOGRAPHER:  We are going back
17:11:17   6         on the record.  The time is 5:11 eastern.
17:11:24   7              MR. BEDNAR:  Before I ask some
17:11:26   8         questions of Dr. Hubbard, I will just put on
17:11:29   9         the record that I have talked with
17:11:31  10         Dr. Hubbard about a variety of analyses that
17:11:33  11         he has recently conducted.
17:11:37  12              I'm going to request production of
17:11:42  13         the materials demonstrating the analytical
17:11:45  14         work that he discussed.  We will put that
17:11:48  15         request in writing.
17:11:49  16              Reserve our right to seek additional
17:11:52  17         discovery related to those materials as the
17:11:55  18         defendants have done with respect to
17:11:56  19         Dr. Metz.
17:11:56  20    BY MR. BEDNAR:
17:11:57  21         Q.   Dr. Hubbard, I just have a couple of
17:11:59  22    little kind of like cleanup questions to make
17:12:01  23    sure that I understood.
17:12:03  24              The exhibit that we just looked at
17:12:08  25    was your CV.  And I asked you about that list of
```

278

CONFIDENTIAL

17:12:11  1   speaking and consulting engagements since 2007.

17:12:13  2   Right?

17:12:14  3          A.    Yes, sir.

17:12:15  4          Q.    The one that Rio Tinto was in the

17:12:17  5   list.

17:12:18  6                Does that section of your CV list

17:12:21  7   all of your engagements since 2007?

17:12:26  8          A.    Unless I have missed something, they

17:12:28  9   should be in there, yes.

17:12:29 10          Q.    Okay.

17:12:31 11          A.    But again, engagements could be a

17:12:33 12   speaking.  It doesn't have to be expert witness.

17:12:36 13          Q.    Sure.  If there is a client that has

17:12:38 14   paid you for expert witness services since 2007,

17:12:41 15   it would be listed in that list?

17:12:43 16          A.    It would be in that list.  Unless I

17:12:46 17   have missed it, it should be in that list.

17:12:48 18          Q.    Okay.  Going back to something that

17:12:51 19   we discussed probably in the morning, I want to

17:12:54 20   make sure that I understood your answer.

17:12:55 21                Is it your opinion that the price of

17:13:00 22   $16.50 Australian, does that represent the value

17:13:06 23   of Riversdale with the control premium included

17:13:13 24   as of April 8, 2011?

17:13:15 25          A.    Well, it depends on your definition.

                                                            279

CONFIDENTIAL

17:13:19  1          Because that is above the

17:13:21  2   preexisting market price, it represents a

17:13:24  3   combination value.

17:13:26  4          If you are buying an asset to change

17:13:29  5   strategy, it requires control for you to do so.

17:13:33  6   So, in that sense I suppose you could say yes, it

17:13:35  7   includes a control premium.

17:13:37  8          But again, I'm not sure it is in the

17:13:39  9   sense that you are using the term.  I think that

17:13:42 10   any of that extra price is referring to

17:13:45 11   synergies, ability to change strategies from

17:13:47 12   controlling an assets, et cetera.

17:13:50 13       Q.   And I think I'm going to try to ask

17:13:52 14   it in a slightly different way because I think

17:13:54 15   there was something wrong with my question.  And

17:13:56 16   I may not be fixing it, but I will try to ask it

17:13:59 17   in a different way.

17:14:00 18          Is it your opinion that $16.50

17:14:05 19   Australian represents the value of Riversdale

17:14:08 20   plus the control premium?

17:14:09 21          That those two things combined

17:14:11 22   together equals the $16.50 share price?

17:14:15 23       A.   Well, I'm not sure what you mean by

17:14:17 24   value of Riversdale.

17:14:19 25          If you had met the standalone value

                                                    280

CONFIDENTIAL

17:14:22 1   of Riversdale, possibly.  I mean, if this were

17:14:26 2   Delaware, and we are talking about a corporate

17:14:29 3   valuation to separate a stand-alone versus gains

17:14:32 4   from a merge, what that is supposed to mean, I

17:14:35 5   suppose so.  But the question is not very clear

17:14:37 6   to me.

17:14:38 7        Q.    Okay.  And I also asked you a couple

17:14:42 8   of questions to just sort of understand the way

17:14:44 9   in which the staff that assisted you on the

17:14:48 10  report worked under your direction.

17:14:49 11            Did you always instruct your staff

17:14:57 12  what to do before they did work?

17:15:03 13       A.    Yes.

17:15:03 14       Q.    So, your staff did not do --

17:15:06 15            Did your staff do any work that the

17:15:09 16  attorneys asked them to do rather than work that

17:15:12 17  you asked them to do?

17:15:14 18       A.    Not to my knowledge and certainly

17:15:16 19  not from me, because I directed the individual

17:15:21 20  project.  I can't say if they have done something

17:15:23 21  I don't know, but not to my knowledge.

17:15:25 22       Q.    And are you aware --

17:15:27 23            Without divulging the contents, are

17:15:29 24  you aware of your staff communicating any

17:15:32 25  findings to the attorneys in this case without

                                                    281

CONFIDENTIAL

17:15:36  1   you involved in those communications?

17:15:38  2          A.    I can't imagine that that would

17:15:44  3   happen, because I directed them.  So, I'm asking

17:15:47  4   them for the findings.

17:15:48  5              If you are asking did they also tell

17:15:50  6   the attorneys before we finalized the report,

17:15:52  7   that I don't know.  But, I'm not really sure what

17:15:55  8   you are asking.

17:15:55  9          Q.    Okay.  So you are not aware of your

17:15:58 10   staff reporting on any findings, of any work that

17:16:07 11   was not done at your direction, right?

17:16:09 12          A.    Correct.

17:16:10 13          Q.    Okay.  Did your staff ever give you

17:16:15 14   recommendations on different directions to take

17:16:21 15   for the work in your report?

17:16:22 16          A.    I'm not sure what you mean by a

17:16:27 17   different direction.

17:16:27 18              My typical pattern is to block out

17:16:30 19   an outline and topics and approaches and talk it

17:16:33 20   through.

17:16:34 21              I don't recall anything like a

17:16:35 22   different direction --

17:16:41 23          Q.    Okay.  And to make sure I understand

17:16:43 24   I will give you an example.

17:16:44 25              Did you conduct any analyses at the

                                                            282

CONFIDENTIAL

| | | |
|---|---|---|
| 17:16:48 | 1 | suggestion of your staff? |
| 17:16:51 | 2 | A.   Not that I recall, no. |
| 17:16:54 | 3 | Q.   So, the -- for instance the |
| 17:16:57 | 4 | different progression analyses that were run as |
| 17:16:59 | 5 | part of your study, it was your idea to run those |
| 17:17:03 | 6 | analyses? |
| 17:17:03 | 7 | A.   Yes, because they came from |
| 17:17:06 | 8 | essentially my reading of Dr. Metz's deposition. |
| 17:17:09 | 9 | Q.   Okay.  The regression analyses that |
| 17:17:14 | 10 | were done as part of your written report, were |
| 17:17:16 | 11 | those all done at your direction? |
| 17:17:18 | 12 | A.   They were. |
| 17:17:19 | 13 | Q.   Okay.  Including the regression |
| 17:17:22 | 14 | analysis that was run on March 29th of 2011? |
| 17:17:27 | 15 | A.   Yes.  I think, actually there was |
| 17:17:29 | 16 | even a print run-up on it in the paper as having |
| 17:17:40 | 17 | watched.  So, yes. |
| 17:17:41 | 18 | Q.   Okay.  And then I'm sorry to return |
| 17:18:03 | 19 | to something I was just asking you about. |
| 17:18:04 | 20 | But, the issue of your opinion of |
| 17:18:13 | 21 | the $16.50 per share acquisition price. |
| 17:18:18 | 22 | Do you agree that that represents |
| 17:18:20 | 23 | the approximate fair market value of Riversdale |
| 17:18:28 | 24 | and the control premium that may or may not have |
| 17:18:31 | 25 | been paid? |

283

CONFIDENTIAL

17:18:31   1        A.    That is a hard question, because I'm

17:18:33   2   not sure what you mean by fair market value.

17:18:35   3              So, there is the notion of a

17:18:38   4   stand-alone fair market value which it clearly

17:18:40   5   isn't.

17:18:40   6              So, basically Rio Tinto is thinking

17:18:43   7   that the asset is worth more than the market

17:18:47   8   price in its hand so it will pay more.

17:18:49   9              And so, in that sense it is adding

17:18:52  10   to the standalone control premium, if that is

17:18:55  11   your question.

17:18:55  12        Q.    Okay.  And in the context in which

17:19:05  13   you have just used it, what is the standalone

17:19:08  14   value?

17:19:08  15        A.    What is the standalone value?

17:19:13  16        Q.    I'm sorry.  What does that content

17:19:16  17   mean, just to define that term, not to say what

17:19:18  18   it is for Riversdale.

17:19:19  19        A.    In other words, a stand-alone value

17:19:21  20   would mean if a company were on its own, with its

17:19:24  21   own management and strategy, resources, that is

17:19:28  22   the fundamental value of the price.

17:19:41  23              MR. BEDNAR:  Okay.  Dr. Hubbard, I

17:19:42  24     don't have any further questions for you at

17:19:44  25     this time.

                                                              284

CONFIDENTIAL

| | | |
|---|---|---|
| 17:19:44 | 1 | If any of the attorneys for the |
| 17:19:46 | 2 | defendants ask you questions, I reserve any |
| 17:19:49 | 3 | time I have left in case there is a need for |
| 17:19:51 | 4 | follow-up. |
| 17:19:52 | 5 | But, I do thank you for your time |
| 17:19:53 | 6 | and your patience so far. |
| 17:19:55 | 7 | A.    Thank you, my pleasure. |
| 17:19:59 | 8 | MR. KIRSCH:  On behalf of Rio Tinto |
| 17:20:02 | 9 | we have no questions, thank you. |
| 17:20:07 | 10 | MR. CHEPIGA:  On behalf of |
| 17:20:09 | 11 | Mr. Elliot, this is Geoff Chepiga, we have no |
| 17:20:11 | 12 | questions. |
| 17:20:12 | 13 | Thank you, Dr. Hubbard. |
| 17:20:14 | 14 | MS. VALLETTE:  And on behalf of |
| 17:20:16 | 15 | Mr. Albanese, this is Jackie Vallette, we |
| 17:20:18 | 16 | also have no questions. |
| 17:20:20 | 17 | Thank you for your time today, |
| 17:20:21 | 18 | Dr. Hubbard. |
| 17:20:22 | 19 | THE WITNESS:  Thank you. |
| 17:20:24 | 20 | MR. BEDNAR:  Thank you, Dr. Hubbard. |
| 17:20:26 | 21 | We can go off the record. |
| 17:20:27 | 22 | MR. KIRSCH:  Thank you, Tom.  Thank |
| 17:20:29 | 23 | you Glen and Lori for your time and patience |
| 17:20:32 | 24 | today. |
| 17:20:32 | 25 | THE WITNESS:  Yes, thanks so much. |

285

CONFIDENTIAL

17:20:33   1           And sorry for all of the noise and the

17:20:35   2       drilling and the air con.  I apologize.

17:20:38   3                 THE VIDEOGRAPHER:  This marks the

17:20:40   4       end of the deposition of Dr. Glenn Hubbard.

17:20:42   5       We are going off the record at 5:20 eastern.

17:20:55   6           (Whereupon, signature not having been

          7       waived, the deposition suspended at 5:20 p.m.)

          8                     *   *   *

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

                                                           286

**CONFIDENTIAL**

```
 1                CERTIFICATE OF WITNESS
 2
 3     I, GLENN HUBBARD, PH.D.  declare that I have read
 4     the entire transcript of my deposition testimony,
 5     or the same has been read to me, and certify that
 6     it is a true, correct and complete transcript of
 7     my testimony given on June 26, 2020; save an
 8     except for changes and/or corrections, if any, as
 9     indicated by me on the attached Errata Sheet,
10     with the understanding that I offer these changes
11     and/or corrections as if still under oath.
12     _____ I have made corrections to my deposition.
13     _____ I have NOT made any changes to my
14            deposition.
15
16     Signed _____
                 GLENN HUBBARD
17
18     Dated this ____ day of _____, 2020.
19
20
21
22
23
24
25
                                                   287
```

**CONFIDENTIAL**

```
 1                      ERRATA SHEET
 2   Deposition of:  GLENN HUBBARD, PH.D.
     Date taken:  June 26, 2020
 3   Case:  SEC vs. Rio Tinto PLC, et al.
     PAGE LINE
 4   ____ ____      CHANGE:  _____
                    REASON:  _____
 5
                    CHANGE:  _____
 6   ____ ____      REASON:  _____
 7   ____ ____      CHANGE:  _____
                    REASON:  _____
 8
                    CHANGE:  _____
 9   ____ ____      REASON:  _____
10   ____ ____      CHANGE:  _____
                    REASON:  _____
11
                    CHANGE:  _____
12   ____ ____      REASON:  _____
13   ____ ____      CHANGE:  _____
                    REASON:  _____
14
                    CHANGE:  _____
15   ____ ____      REASON:  _____
16   ____ ____      CHANGE:  _____
                    REASON:  _____
17
                    CHANGE:  _____
18   ____ ____      REASON:  _____
19   ____ ____      CHANGE:  _____
                    REASON:  _____
20
                    CHANGE:  _____
21   ____ ____      REASON:  _____
22   ____ ____      CHANGE:  _____
                    REASON:  _____
23
24
     SIGNATURE:_____DATE:_____
25            GLENN HUBBARD, PH.D.

                                                    288
```

```
 1              CERTIFICATE OF COURT REPORTER
 2   UNITED STATES OF AMERICA  )
 3   DISTRICT OF COLUMBIA      )
 4         I, LORI J. GOODIN, RPR, CLR, CRR, the
 5   reporter before whom the foregoing deposition was
 6   taken, do hereby certify that the witness whose
 7   testimony appears in the foregoing deposition was
 8   sworn by me; that the testimony of said witness
 9   was taken by me in machine shorthand and
10   thereafter transcribed by computer-aided
11   transcription; that said deposition is a true
12   record of the testimony given by said witness;
13   that I am neither counsel for, related to, nor
14   employed by any of the parties to the action in
15   which this deposition was taken; and, further,
16   that I am not a relative or employee of any
17   attorney or counsel employed by the parties
18   hereto, or financially or otherwise interested
19   in the outcome of this action.
20   Dated: _____June 26, 2020_____
21
22            _____
             LORI J. GOODIN, RPR, CLR, CRR, RSA
23           Notary Public in and for the
             District of Columbia
24
25   My Commission expires:  May 14, 2021
```

289

**CONFIDENTIAL**

Glenn Hubbard,
6/26/2020

1

**A**

**a.m** 2:16 10:2 60:17,18 94:13,14
**a/k/a** 166:11
**ability** 56:11 248:15 253:14 280:11
**able** 12:21 17:10 22:21 45:20 54:7 103:19 111:17 194:20 200:14 206:21 250:10 252:15
**abnormal** 36:25 37:18,19 108:11 218:3 220:9 226:12 238:10 245:23 246:14 256:20 257:16,20 258:7,21
**absence** 29:17 98:18 238:3 249:23 250:1
**absolutely** 19:12 21:1 79:1
**academic** 37:21 38:14 39:1 41:12 49:5,14 78:9 212:18 269:18,20 270:15
**accept** 118:8 119:3 121:17 240:15
**acceptance** 64:11
**accepting** 128:18
**access** 194:8
**accomplishing** 226:5
**account** 46:25 203:12 219:23 255:17
**accounting** 222:2
**accreted** 19:12,16 20:5,23 217:2
**accretion** 220:19,20
**accretive** 134:2,22 135:11 136:15
**accurate** 166:6
**achieve** 238:13
**acquire** 68:12 192:22 193:16
**acquired** 51:7 53:21 61:4 208:20
**acquirers** 208:4,6
**acquiring** 39:18 40:24 47:6 116:4 194:8 205:14 206:3 207:22 209:6 219:20
**acquisition** 19:12,15,25 20:2,23 51:12,18 54:11,17 55:21 58:11,15,16,20,21 58:24 59:2,17,20 60:24 61:1 63:22 66:3 133:25 134:2 135:10 192:18 199:1 207:13,23 255:2,16,20 266:6 283:21
**acquisitions** 20:5 41:2 203:5 207:11,21
**action** 22:2 136:9 251:10 254:15,18 255:1 273:16

**actions** 249:18
**activities** 147:20
**activity** 146:2
**actual** 35:20 68:22 78:16,18 174:18 211:1 222:1 265:17 266:6
**add** 18:25 86:4 160:5 163:5 219:25
**added** 18:20 19:2 23:6 31:11 31:15 159:19 166:17 199:18 215:16 264:21
**adding** 18:23 284:9
**addition** 47:21 109:13 124:20
**additional** 16:3 17:2 262:15 263:17,25 278:16
**address** 238:16
**addressed** 242:11
**addresses** 19:10
**adds** 218:10
**adjustment** 190:10
**Administration** 8:22 142:2 275:24
**Administration's** 142:16
**administrative** 70:3
**admit** 270:2
**ADR** 23:18 45:7,10 69:15 70:14 71:3,20 74:19 75:24 108:10,12 134:6 226:12 250:11 256:15 258:4
**ADRs** 23:23
**advance** 112:14
**advanced** 113:24 114:19
**advisory** 276:10
**affect** 34:22 98:19 99:7 103:10 104:16,18 127:10 146:14 182:18 195:6 232:20 248:15 263:23 264:1
**affirmative** 43:10
**Africa** 55:25
**agencies** 251:16 253:16 254:7
**agency** 7:22 110:2 252:11 254:13
**aggregate** 49:11
**ago** 150:23 151:5 211:22
**agree** 13:17 14:1 35:7 44:15 63:8 118:5 119:22 122:12 126:2 131:17 142:15,18 145:23 154:22 160:7 164:7 165:21,22,23,24,25 166:2 199:22 201:15 202:11 207:19 213:9 233:9 234:2 244:16,20 245:5 252:21 259:10 271:6 283:22

**agreed** 271:2,19
**agreement** 266:24
**agreements** 197:25
**ahead** 14:16 38:3 43:22 59:10 79:24 87:21 126:8 133:2 144:22 157:6 165:7 206:5 216:22 267:10,12
**air** 286:2
**akin** 139:20
**al** 10:9 288:3
**Albanese** 1:8 2:8 4:3 5:5 285:15
**Alcan** 58:15,20,21 59:1,20 60:23 61:5
**Alcoa** 93:15,20
**allegation** 152:2 227:2,11
**allegations** 227:9
**alleges** 136:8
**allows** 13:15
**alluded** 98:16
**alludes** 164:8
**Alon** 49:5,16
**alternative** 78:19
**Altes** 256:2
**altogether** 27:2
**aluminum** 88:9,10,11,13,15 88:22 89:9
**amazing** 215:5
**Amazon** 277:10,13
**AMELIA** 3:11
**AMERICA** 289:2
**Americas** 4:19
**amount** 218:6 230:5 233:10 234:3
**amounts** 265:14
**analogues** 175:9
**analyses** 89:9 91:5 160:16 263:20,25 278:10 282:25 283:4,6,9
**analysis** 5:6,7 16:23 25:8 26:22,25 27:9 45:7 48:2,4 63:9,20 68:11 72:4 73:14 74:6,8 86:25 100:23 102:14 105:3,11 106:3 125:19 126:13 128:10 136:19 138:20,22 139:1,24 140:6,13,24 155:14 163:19 168:25 170:6,24 172:12 186:23 190:15,16 209:11 219:16 242:6 243:23 251:24 252:10 256:2 258:16 259:6 262:22 264:16 283:14
**analyst** 46:14,15 48:22 49:1 49:9,9,12,25 68:2 198:13 200:5 215:12 224:6,6

225:8,19 227:20 266:4 267:21 268:18 271:21
**analyst's** 193:14 200:4
**analysts** 31:5 46:11,20 48:1 48:16 49:2,6 50:13 67:8,22 186:20 201:7 224:19 225:3 259:3 266:19 267:23 269:15
**analysts'** 7:7 46:1 47:7,10 49:20 59:24 222:24 223:2 225:23 226:1 258:16 259:3 259:6 267:17 268:3 271:7 271:20
**analytical** 243:20 278:13
**analyze** 20:12,13 62:2,21 64:17 66:2 69:15 113:12 141:8 168:9 175:22 189:18 244:14 253:18
**analyzed** 19:19 66:7 124:1 236:25 242:17 244:5,8
**analyzing** 30:14 133:24
**AND-** 4:10
**and/or** 287:8,11
**Andrade** 205:6
**ANDREW** 3:8
**AngloAmerican** 8:6 159:16 159:19 160:9,12,16 161:2 161:5,24 163:15,16 169:2 169:4,14 170:7,15 172:3 172:13 173:16 174:10,12 176:13,25 177:4,19 178:6 179:2,23 183:19
**AngloAmerican's** 170:20 171:18 176:4 179:15
**announce** 252:16
**announced** 117:11 124:17 251:1,10,23 252:20 255:2
**announcement** 33:24 73:18 73:23 74:11,20 248:9 252:14 253:20
**announcing** 252:24 253:3
**annual** 8:3,5,6 100:24 101:3 130:6 145:11 156:23 158:13,17 166:5 171:10,14 171:19 174:3 176:4,11 181:8 185:2 188:5 189:23
**answer** 15:22 17:24 22:9 23:1,18,24 24:3 27:4 30:11 33:16 34:7,8 37:11 38:2 39:6 43:9,20,24 44:25 49:21 53:24 56:7 57:17 59:6,10 63:18 67:20 68:22 72:1,10,22,22 73:3 75:21 78:22 86:4 87:21,23 91:20 92:20 105:17 106:6 107:1 127:22 128:6,23 129:3

132:13 135:12 140:4
149:15 153:19 156:13,20
161:8,10,16 164:23 170:25
171:25 172:24 173:11,14
174:3,18 184:23 185:5
187:3,4 188:2 189:24
196:12 197:1 199:6 206:5
206:6,8 207:17 211:15
219:15 220:18,20 231:12
247:19 248:2 249:5 259:14
264:9 266:10,17 273:11
275:3 279:20
**answered** 101:2 104:5 183:3
206:7 216:21
**answers** 13:14 155:24
162:18 220:23 259:17
**anticipate** 224:4,17
**anybody** 18:9 50:17
**anytime** 277:1
**anyway** 47:8 78:23 99:23
214:10
**apologies** 59:14
**apologize** 17:25 84:20
152:18 286:2
**appear** 81:5 188:18
**appears** 11:12 142:15
152:19
**appendices** 15:16 36:22
187:16,19 190:6 194:24
265:15 266:9
**appendix** 7:4,6 25:19,22,23
25:25 28:6 61:16 62:4 74:8
171:9 201:12 224:6 225:22
226:3 266:5,7 267:3,9,13
271:9 275:13
**application** 67:3
**applied** 39:1 178:15 179:9
202:13,16
**applies** 233:6
**apply** 12:10 202:20 238:18
243:17
**applying** 38:9 269:3
**appreciate** 159:2
**approach** 33:20,21 229:14
**approaches** 282:19
**appropriate** 19:5 83:20
84:16 138:1 154:20 155:18
**approval** 224:12
**approved** 114:3
**approximate** 231:2 283:23
**approximately** 272:16
**APR** 76:15
**April** 24:10,16 65:24 66:23
67:13 68:4 69:9 89:5
107:11 108:12,14,23
109:15,16 110:3 116:15

117:3,7,8,17 118:2,3,7,11
118:13,23 119:8,10,15,22
119:24 120:6,11 121:1,20
123:8,19 124:8,17,23
125:7,11 126:14 127:8
128:11 134:1,10 137:14
138:21 141:17 143:5,5,10
143:12,17,17 192:18,22,25
193:15,25 197:12 198:14
199:23 200:18 212:20
213:19 220:5 254:21
255:18 279:24
**arbitrage** 32:13
**areas** 148:18,18
**arguably** 20:11 238:21
**argue** 204:15
**argument** 20:21 57:13 65:6
65:6 70:21 92:22 101:6
105:25 128:18 148:21
274:12
**arguments** 100:9
**art** 231:8 244:25
**article** 7:15,17,18,19,20,22
7:24 8:8,10 110:2,8,9,10
110:19 111:17,18 112:8
113:3,9 114:9,15 115:15
115:19 116:9,11 117:10,18
117:25 119:1,8 120:16
122:20 194:23 197:12,16
**articles** 62:9,20 113:3
124:10 141:21 194:20,24
195:3,7 197:2 201:3,12
206:1
**ascertain** 49:19 84:15
132:17 219:6 228:9 229:8
258:19
**ascertaining** 119:18 223:2
254:15 267:16
**aside** 101:23
**asked** 24:19,22 25:13 33:15
57:6 60:5,22 71:12 95:11
95:12 100:2 128:6 175:22
184:16,22 187:2,3 193:11
196:25 216:20 242:9
247:18 259:13 273:18
275:1,4 278:25 281:7,16
281:17
**asking** 30:10 33:11 45:19
56:15 63:4,5 64:2 65:10,14
71:18,19 78:25 86:8 90:4
91:9 96:19 118:10 125:19
132:25 134:15 139:5,7,23
140:21 150:6 153:8 161:3
161:4,5,12 162:17,24
163:13 165:24 172:17
179:20 185:23 191:16

201:20 216:17 225:12,16
227:12,13 230:25 238:4
242:20 246:2 247:11 252:1
273:16 274:16,24 282:3,5
282:8 283:19
**asks** 89:16
**aspect** 64:16 254:5
**aspects** 64:24
**Aspit's** 205:8
**assertion** 46:6 117:6 120:4
120:7 122:3 124:7,9 125:2
126:20 129:5 132:19 148:3
**asserts** 66:23
**assess** 138:12 152:6
**assessing** 137:24 212:19
269:4
**assessment** 270:19
**asset** 60:4 204:4 205:1
207:7 217:16,23 221:1,8
222:5 224:8 253:4 280:4
284:7
**assets** 134:1,4 206:23 208:6
223:22 280:12
**assigned** 270:23 271:6,19
**assignment** 21:6
**assigns** 267:20
**assisted** 281:9
**associated** 37:17 40:8
206:18 209:25 223:10
233:4
**assume** 20:20 29:4 75:18
111:13 127:8 161:23
191:21 245:18
**assumed** 213:18 215:3
**assuming** 260:5
**assumption** 121:18 132:10
161:13
**assumptions** 25:9 53:6
132:23
**astonished** 137:3
**attach** 37:4
**attached** 287:9
**attempt** 50:23 52:3 68:12
**attention** 109:12
**attorney** 11:19
**attorneys** 137:6 267:15
281:16,25 282:6 285:1
**attributed** 258:15
**audio** 94:19 102:21
**August** 253:23 256:16,20
257:16 258:4
**Australia** 55:16,23 56:12,17
57:20 117:23 120:13
197:20
**Australian** 56:18,22 57:10
57:16 58:2 118:11 208:22

279:22 280:19
**author** 150:20
**authored** 39:14
**authority** 98:5
**authors** 49:15
**available** 24:5 157:6 254:2
261:12 266:19
**Avenue** 3:18 4:19
**average** 147:23 207:10
208:24 209:23 210:10,16
210:20 211:11,18
**AVI** 3:21
**award** 178:7 180:18
**awards** 181:22
**aware** 60:6 61:3 72:10 75:22
95:1 170:17 281:22,24
282:9
**aweitzman@gibsondunn...**
3:22

---

**B**

**B** 7:4 25:22,23,25 28:6 93:1
171:9 201:12 212:10
**B8** 225:23
**back** 15:17 22:16,22 28:15
40:20 41:22 42:5 54:25
57:16 60:19 73:21 74:1,15
76:3 79:14 94:15 100:1
102:2 109:3,8 110:24
111:3,10,14 116:13 119:14
119:20 120:2 122:23
133:11 148:20 149:16
150:1 154:9 155:7 157:7
159:11 164:14 167:2
168:13 183:9 186:5 192:14
202:24 205:2,8 213:24
218:25 219:3 235:8 248:18
257:11 265:22 275:25
276:22 278:5 279:18
**background** 30:17 99:16
158:12
**backup** 64:20 65:25 67:11
69:18,19 70:21 71:1,13
72:5 73:14 74:9 75:14
105:20 112:11 140:10
187:14 240:11
**baffled** 135:19
**baked** 218:20
**Bancorp** 183:9
**barely** 40:17 204:25
**barge** 224:21 225:9,21
**barging** 224:13
**Barrick** 115:11 189:13,13,18
190:18 192:2
**based** 21:25 97:4 100:23
121:15 128:17 153:7,22

178:23 179:3 180:18
269:11 270:5
**basic** 11:22 14:18 29:6
99:13 228:5 239:9 240:12
240:14
**basically** 219:8 276:17
284:6
**basing** 270:3
**basis** 119:18 126:16 128:14
135:22 136:3,6 148:2
168:5 219:25 227:14
244:10 251:9,13 255:11,15
268:17
**bearing** 220:21
**Bednar** 3:9 6:6 11:8,17,19
13:25 14:3,14,24 18:1
21:24 24:13,21 25:17
29:25 30:1 35:25 38:7
39:12 43:12,19 44:14 45:5
48:11,13,14 51:15 53:9
56:24 59:15 60:12,21
63:19 68:23 70:11,12,24
72:15 74:3 75:8,13 80:6
84:23 85:16 88:4 90:1,18
94:6,17 96:11 99:25
102:13 103:19 104:2,7
108:24 109:10 110:6,17
112:1,4 114:13 115:23
117:14 118:20 119:13
120:21 123:24 128:7
129:21 130:4 133:2,15
136:2 137:23 138:9 141:24
144:2 146:22 152:22,24
153:2 155:2 158:23 159:2
159:6,14 161:19 162:23
165:12 170:5 176:1,18,20
178:24 179:12 181:6 184:4
184:19 186:12,22 188:9,24
189:4 192:7,16 193:13,21
195:11 196:20 197:10
198:11 199:7 200:10,24
206:16 208:10 211:7 212:4
213:6 217:13 220:24 225:7
225:14 230:6,8 233:2
234:23 235:10 237:3,6
240:19 241:8,18,25 243:3
244:7 246:3 247:1,12,21
249:22 255:10 267:8
270:18 275:1,2,11 277:19
278:7,20 284:23 285:20
**bednart@sec.gov** 3:13
**Beers** 173:16
**began** 201:16
**beginning** 2:16 202:17,24
223:18 229:15 271:25
**begins** 10:5

**behalf** 2:15 3:3,16 4:3,17
208:13 272:23 273:2,13,21
285:8,10,14
**beholder** 73:10
**belief** 66:21 204:12
**believe** 31:16 34:20 44:12
45:12 49:16 52:11 55:12
55:12 61:6,7 62:8 64:19,21
67:7 68:18 72:19 74:13
93:8,16 95:9 121:12 128:9
154:18,19 178:1 186:9
198:19 211:23 212:25
217:10 219:9 225:23
**believed** 66:19 134:3
**belt** 228:20
**benchmark** 116:1 158:5
175:2
**beneficial** 19:6
**beneficiary** 148:15
**benefit** 261:25
**benefits** 39:16 57:2,4,5,8
203:21 204:1,4
**best** 78:21 79:12 154:18,23
155:4 185:4 269:23 277:23
**beta** 139:21
**better** 67:18 79:1 94:19
155:16 156:3 186:10 196:4
196:24
**beyond** 26:3 31:12 238:20
265:3
**BHP** 77:18,25 78:14 90:20
149:12 182:19,19 183:19
**BHP's** 181:21
**bid** 62:11,22 63:7,13 64:3
68:18 69:1 118:25 119:3
196:1 233:18 235:15 236:2
236:16 237:22 266:6
**bid-ask** 31:24 32:2,7 229:17
230:25 233:16 235:14,23
236:13,19,20
**big** 23:5 52:1 93:13 97:25
218:15 221:3
**bigger** 218:18
**billion** 119:3 214:8 218:5
252:17,20,24 253:4
**Billiton** 8:3 149:12 181:9
**Billiton's** 181:21
**binder** 15:5
**binders** 12:15 13:3 181:15
**bit** 36:5 154:11 158:24
**blend** 123:12
**block** 271:25 282:18
**Bloomberg** 28:8,10,23 29:2
**blue** 80:8
**bolster** 16:25 253:1
**bond** 8:12,13 226:13,23

227:4,16 228:11 229:22
230:1,9 231:5,15 233:10
234:20 235:12 236:2,8,16
236:25 237:9,10,18,21
238:3,8 239:20 240:24
241:3,14 242:4,7,19,21
243:8,21 244:21 246:10
247:3 248:11,16 253:23
**bondholders** 248:17
**bonds** 226:7 227:17,23
228:13,15,19,21,23,25
229:5,9,19 230:11,14
231:19 234:4,7,14 236:22
238:19 239:4,11 240:7
242:16 243:25 244:10,14
244:16,20 245:8,14 247:8
247:15 248:13,20,25 249:8
250:3 253:6,9
**bonus** 199:19
**boom** 119:16
**boost** 119:16
**boosting** 114:2
**borne** 253:11
**bother** 62:17
**bottom** 40:7 103:3 116:19
176:21 178:5 197:22
209:19
**bought** 231:18
**bounce** 235:14,16,22
236:13,20
**bouncing** 235:23
**BOUND** 9:13
**box** 145:16 198:24
**boxing** 167:8
**boy** 44:8
**Brav** 49:5,16
**Brazilian** 198:6
**break** 13:5 59:9 60:7,13 94:9
94:19 134:22 158:9 159:5
192:6,7 234:24
**breakdown** 253:3
**breaking** 80:22 82:14 94:1
94:25
**breaks** 136:15
**Brent** 142:4,21,23 143:13
147:22 148:3
**BRESETTE** 3:11
**bresettea@sec.gov** 3:14
**briefly** 180:9
**bright** 184:23
**bring** 26:9
**broke** 91:2
**broken** 135:11
**built** 263:20 275:23
**bullet** 109:24 110:20 111:15
114:6 115:18

**Bulletin** 7:21 109:13 116:15
116:24 120:16 121:9,15
122:2 124:21
**business** 46:17 79:9,21
88:11 92:9 95:19 97:4,6
169:8 178:3,23 191:3,15
197:20
**businesses** 100:10 106:20
172:6 174:17 175:18
191:23
**button** 142:9
**buy** 47:11 153:7 198:25
199:25 217:7
**buyer** 204:13
**buying** 153:16 154:1 200:16
217:2 280:4
**buys** 153:13

**C**

**C** 3:1 4:1 5:1 37:1 38:20
214:17 216:5 219:7,19
**C.8** 7:6 267:3,5,9 271:9,12
**C2** 266:5,7
**calculate** 214:2 239:21
240:2
**calculation** 209:12 212:12
218:14
**calculations** 209:9
**California** 1:24 2:19 289:24
**call** 14:10 52:4 150:15
214:20
**call-in** 99:17
**called** 11:4 18:8 214:7
230:12,16 261:17
**calls** 68:7 81:12
**Cameco** 166:11,17
**CAMPOAMOR-SANCHEZ**
3:10
**campoamorsanchezf@se...**
3:13
**Canadian** 160:3
**CANJELS** 3:10
**cap** 28:15 80:16 228:17
**capital** 28:22 53:5
**capture** 78:16 205:14 206:3
207:22
**captured** 62:19 204:17,21
207:13 226:3 240:8 262:7
262:16
**capturing** 78:1
**car** 84:4
**care** 67:19 72:2,3 73:12
**career** 272:18 275:19
**carries** 209:19
**carry** 158:8
**carrying** 61:17

case 1:7 2:7 10:11 21:3 24:9
25:15 25:8 27:11 62:15
67:10 89:11 90:6,7 91:17
95:9 98:14 102:11 134:17
135:24 136:7,25 137:8
141:12 145:23 152:9
154:13 157:15 201:7
205:18,21,23 208:12 240:4
250:10 253:10 261:2
264:20 266:14,18 268:24
272:14 273:5 274:11 276:5
276:13,14 277:7 281:25
285:3 288:3
cases 19:18 32:21 266:23
272:20 273:4
cash 25:8 130:17 131:20
138:7 146:6 222:13 223:23
248:7 252:5 253:2 255:21
255:22
catalogued 265:4
categorization 170:10
category 276:17
causation 150:15
caused 36:17 224:3
causing 224:16
caveat 37:8
CEOs 269:9
certain 11:25 33:23 95:24
107:12 154:15 226:7
certainly 13:13 14:1 15:21
20:3 25:3 26:14 27:9 28:23
35:10,11 37:15 40:19
41:24 42:19 47:13 50:15
56:5 63:24 68:20 73:10
80:17 88:17,19 89:2 91:15
93:22 100:7 112:10,12
115:17 116:12 118:7,16
121:8 138:15 141:5 146:1
148:13 151:5 157:18 170:3
170:10 184:25 190:24
194:11 200:22 211:3 221:6
223:12 232:24 236:11
240:18 253:1 259:21
265:22 270:2 273:9 274:21
281:18
CERTIFICATE 287:1 289:1
Certified 289:4
certify 287:5 289:5,15
cetera 280:12
challenge 228:1,3
chance 12:3 112:6 214:5
chances 114:2
change 68:24 76:22 127:17
131:21 132:5 144:13
153:12 203:9 206:18 213:2
226:21 247:16 248:24

249:8 250:3,5 251:3,18
253:16 268:5 269:6,15,18
269:22 270:13,22 271:7,20
275:3 280:4,11 288:4,5,7,8
288:10,11,13,14,16,17,19
288:20,22
changed 17:1 128:11
143:18 153:18 154:7
159:21 200:5 223:5 268:18
changes 106:24 144:4
151:16 221:3 224:8 247:3
247:15 249:2 263:23
267:24,25 287:8,10,13
changing 151:11 167:9
203:22,23
characteristics 171:4
characterize 81:18
charitable 218:13
chart 185:14
chatting 165:4
check 24:7 28:15 74:15 95:9
103:20 118:9 119:20 120:8
120:10,12 141:15 156:5
257:5,6 263:15
checked 149:7 166:24
checks 156:7
Chepiga 4:22 285:10,11
cherry 162:17 266:21
China 120:23
Chinese 121:12
choice 16:16 34:9 242:14
choices 188:1
choose 156:21
chosen 244:9
chunk 52:2
circumstances 30:7 207:16
221:8,14 222:10,12
citation 112:6
cite 52:12 109:21 110:1
111:16 116:20 117:2
120:16 124:10 201:1
cited 29:2 62:20 109:14
110:19 122:1 124:21
194:23 197:16 201:12
cites 111:16,16 114:7
citing 117:19
City 159:9
claim 26:16 75:16
claims 108:7 216:15
clarification 76:9
clarified 59:16 74:5
clarify 17:12,14 138:8
clarifying 76:8
class 228:16 273:16,22
274:9,12,13,17,20,25
275:4

classes 274:7
classification 81:13
classifications 83:4
classify 76:23
cleanup 278:22
clear 21:19 42:3 63:4 129:9
156:13 206:12 242:13
250:21 274:16 281:5
clearly 84:22 177:22 212:14
257:9 284:4
client 279:13
clinched 113:25 114:20
clone 184:11
close 73:6,9 78:9 85:10 86:6
86:9 89:17,18,21 173:4
183:1 211:20
closely 269:2
CLR 1:24 2:19 289:23
coal 51:14 52:9,13,19 91:23
92:3,4,6,8,10,15,18 119:5
170:17,20 171:20 185:9
194:9,15 198:5 224:22
225:9,21
coauthor 40:24 49:17
code 81:17,19,22 82:2,9,16
codes 81:8,9,10 82:13,18
83:1,5,7,8,14 97:1,3,7,13
97:20,21 98:7
coefficient 219:10
coke 103:7
coking 198:5
colloquial 245:1
colors 81:3
Columbia 276:17 289:3
column 37:1,2 38:20,23
80:7 180:13 212:10 214:14
214:17 216:5,5 219:7,19
combination 204:10 280:3
combined 184:3 280:21
come 15:23 16:1,8 17:2,15
17:19 22:12 23:12 46:2
52:20 53:11,20 54:9 58:19
58:24 59:18 67:25 81:7
99:12 111:10 118:12 125:5
171:6 193:14 196:21 219:3
223:21 233:15
comes 32:21 89:15 120:1
121:7 148:7 185:23 205:1
comfort 173:11
Cominco 177:4 182:7
coming 84:21 129:21
218:23
comment 64:23 70:20
265:23 267:23 272:3
commentary 59:24 68:3
223:4 225:24 226:1 258:16

259:3,6 267:24 271:8,12
271:23
commented 64:19 69:20
224:19
commercial 276:24
Commission 1:4 2:4 3:4
10:8 11:20 289:25
committee 254:13
commodities 55:10 99:6,9
103:9 104:16 264:21
commodities' 141:16
commodity 25:10 53:7
96:20 99:7 103:14 125:6
130:23 132:5,10 147:16
150:8
common 40:13 96:4 98:4
142:23
communicating 281:24
communications 282:1
companies 17:21 18:20
77:3,6,12,14,19 79:4,8,9
79:20 80:10,13,20,25
81:16,18 82:19 83:21
84:12 86:14 87:23,24
88:15,23 90:8,22,23 91:3
91:23 92:5,7,8,17 93:2,6
93:11,13 95:12,21 97:16
98:16,19 102:3 106:5
148:11,23 149:3 154:1,16
157:3 160:6 162:18 163:1
164:5,12 165:17 166:7
167:21,22 168:1,22 169:9
171:14 173:17 174:11,20
175:6 177:13,13 178:12
182:14 183:2,5 184:10
188:18 190:5,22 191:9,12
191:18,21 193:8 194:4
209:24
companies' 172:5
company 18:16,17,21 35:15
51:13 52:8 54:23 70:15
77:4 82:1,3,13 84:4,5
86:16 88:12 89:8,19,20,22
90:11,24 91:4,8,8,10 93:13
94:3 95:2 96:18 97:5,10
101:6,7 103:12 105:13
124:5 125:14 145:24
152:19,25 155:17 158:4
160:4 163:22,24 164:2,24
167:1,20 170:4 171:6
173:8 175:13,22 186:6,15
186:19 187:4 189:14
190:19,20 191:1,11,23
198:2 203:8 205:5 206:22
207:9 214:7 215:4 217:7
253:2,5 256:22 263:7,20

274:1 277:3 284:20
**company's** 47:18 48:17
93:23 97:6 143:25 144:3,4
173:12 184:25 187:8,25
221:2,9,18 222:6 247:14
248:25 249:8 250:3 253:14
**comparability** 82:23 86:25
88:7 182:19 190:4
**comparable** 37:5 84:12,14
90:12 97:18 154:16 155:9
161:6 164:3 168:7 170:1,7
183:2 186:4,7 187:12,21
189:19
**comparables** 90:16 92:21
**comparator** 18:3 89:8 90:24
93:18,22 95:6 159:16
160:11,15,19,24 161:25
165:19 166:16 167:20
169:4 170:21 173:8 174:13
174:21 175:14 177:7,12,18
177:19,25 178:12,16 179:5
179:16,16,25 180:2,7,24
181:24 182:13 183:24,25
184:20 185:12,19 186:15
186:25 188:14,16 189:7,14
189:20 190:21 191:17
256:22 263:7
**comparators** 35:20 77:21
78:3,10,17,18 90:25 91:6,9
91:13 93:21 157:1 164:12
166:8 168:23 169:8 171:15
179:4 183:18 185:8 187:12
187:22 191:5
**compare** 79:22 84:4 162:1
211:1,9,11,17
**compared** 77:4 91:25
146:11
**comparing** 106:15 171:22
**comparison** 100:20 179:15
191:25
**comparisons** 211:12
**compensation** 167:23
175:10,16 178:22
**competition** 174:22 175:3
**competitor** 70:15 177:6,13
**competitors** 173:13 175:15
177:1,5 191:12
**compiled** 162:25 177:24
180:6 216:18 266:7
**compiles** 175:14
**complained** 167:10
**complaining** 269:24
**complaint** 136:8
**complete** 183:15 287:6
**completion** 223:23 252:17
**complicated** 141:4

**complied** 266:9
**component** 55:17
**components** 140:20 149:9
250:19
**composed** 274:18,21
**composition** 79:14
**comprised** 80:24
**comps** 164:3
**computer** 103:21
**con** 286:2
**concentrated** 56:17
**concept** 32:1 153:10 213:20
**concern** 18:6 160:22 164:15
164:19 259:16
**concerned** 23:4
**concerns** 16:20,22 17:23
115:2
**concessions** 193:7,17,20
195:1
**conclude** 31:8 45:21 131:23
134:1 258:7
**concluded** 32:4 67:5 101:10
223:9 225:9
**concludes** 210:9
**conclusion** 17:1 21:25 33:4
33:10 41:13,23 42:2 44:4
44:17 45:8 46:3 65:11
76:13 100:25 101:3 138:11
171:5,6 187:7,25 195:6
200:15 250:11,21 259:23
260:6,13,19
**conclusions** 101:14,20
190:3
**conclusive** 256:14 258:3,8
258:22,24 259:7,11,19,21
260:9
**condition** 194:16 251:25
253:22
**conditions** 188:15
**conduct** 25:5 84:16 282:25
**conducted** 10:18 24:9,15
226:6 227:4 278:11
**conducting** 29:7 30:12 33:3
33:14,19 35:5,8 82:11,19
85:1 106:10 138:25 157:14
194:12 227:15 228:6
**confidence** 38:5 43:7,7 45:1
233:17
**CONFIDENTIAL** 1:13
**conflated** 203:11
**conflict** 209:11
**confounding** 108:7 112:21
**confused** 216:24,25
**confuses** 216:11
**connection** 94:24 116:7,19
204:1

**consensus** 49:20 50:4,6,12
50:16,18,21
**consider** 33:1 57:19 61:10
91:5,12 108:13 131:12
132:7,18,20 163:14 170:19
173:22 183:2 254:7,14
**consideration** 32:17,25
82:12,18 164:4 173:25
174:9 255:17
**considered** 7:5 26:1 61:12
129:1 144:19 171:1,8,21
171:23 172:3 173:15,21
189:6 195:2,5 226:2
255:13
**considering** 57:25
**considers** 164:2 186:15
**constant** 208:2
**constituents** 141:10 180:20
**constructed** 18:7 157:6
229:1
**constructing** 90:2
**construction** 22:25 159:11
**consulting** 276:10 277:11
279:1
**consumer** 146:18,19
**contain** 12:16 97:13
**contained** 119:23
**contains** 79:17
**contemporary** 59:22
**contend** 107:11,14
**content** 64:1 284:16
**contention** 137:13
**contents** 281:23
**context** 17:18 31:21 32:6,16
50:22 67:21 82:6 84:1
112:19 115:9 150:25 151:9
151:14 153:3 163:5 165:6
193:20 203:4 204:8 210:4
229:22,25 230:9 233:13
261:2,4 284:12
**continue** 235:11
**CONTINUED** 8:1 9:1
**contract** 128:21 196:4,24
211:1 275:22
**contracts** 126:12 127:18,24
128:13,17,19,22,25 194:15
**contradict** 196:22
**control** 39:17 41:7 65:6,13
65:21,23 66:11,15,19 67:6
67:16 68:1,8 112:23
192:22 193:1,6,16 199:18
199:24 200:16 203:2,5,10
203:15,18,20,22 204:1,2,4
206:17 207:2,9,19 209:6
209:12,23 210:16,18 211:9
212:20 213:1,2,19,21

214:6,7,10,19,23,24
215:21 216:6,8,13,19
217:6,15,18,23,24 218:4,6
218:9,12 219:11,16 220:2
220:4 279:23 280:5,7,20
283:24 284:10
**controlling** 208:21 220:3
280:12
**controversial** 104:10
**convention** 39:1 40:12
**conversation** 122:24
**convert** 216:15
**converting** 212:24 215:17
217:20
**converts** 219:14
**copies** 12:13
**copper** 86:19 95:14,15,24
101:19,21 115:5 116:2
149:19,21 150:4 185:9,15
185:17,17 186:1
**copy** 11:24 39:22 108:3
133:17 142:11
**core** 77:8 79:4
**Corner** 10:19
**corollary** 27:5
**corporate** 228:15 231:5,15
233:10 249:19 281:2
**corporation** 56:23
**correct** 15:11 19:1 26:22
34:5,11,12 36:14 37:2,16
37:19 38:18,20,21,24
41:16 42:24 44:19 54:18
57:3,8 61:21,25 64:8,11,25
69:10,14 72:17 73:8 76:15
76:16 80:11 83:22,24
102:6,8 110:13 111:2,4
116:8 117:4 118:13 119:10
119:11 121:5,21,24 122:15
122:16,21 137:16 141:13
143:11 150:18 166:25
168:24 169:14 177:5
192:23 194:5 198:21 200:1
202:18,19 203:17 210:15
210:20 213:8,14,16 220:14
233:21,24 235:17 236:17
240:9 241:4,14,21,22
242:4 249:10 251:4,5,12
252:10 253:24 254:9,20
256:23 257:2 261:20
263:17 264:25 282:12
287:6
**corrected** 177:15
**corrections** 287:8,11,12
**correctly** 37:3,6 41:9 103:15
103:16 104:6 114:4 115:4
119:6 131:2,10 134:7

146:12 147:25 209:3
**correlate** 97:7
**correlated** 35:16 102:17
105:4,9,12 106:24 139:19
140:19 191:24
**correlation** 104:25 106:4,12
107:6 139:13,17 150:13,17
**correlations** 84:7 178:2
**correspondingly** 238:12
**corroborating** 156:17,19
157:23
**cost** 31:25 32:8,9,11 219:19
233:19,22 252:17,20
**costs** 25:10 146:7,9 147:21
229:17 231:24 232:11,18
233:4 234:5 237:9 243:15
252:25
**counsel** 10:20 12:4,7 13:15
13:17,18 14:4 289:16
**counterpoint** 71:17
**countries** 56:3,5,5 130:24
203:19
**country** 117:21
**coup** 220:7
**couple** 51:11 60:23,24
150:23 180:10 269:24
273:3 278:21 281:7
**course** 14:3,20 18:8 25:1
47:7 49:9,12 50:24 51:10
51:20 61:8 124:1 137:10
197:3 199:5 204:10 235:2
242:10 262:11 264:3
266:24
**courses** 172:21
**court** 1:1 2:1 10:10,16,22,23
19:9 20:15 21:9 22:11
32:21 39:7 46:13 65:4,17
135:8 136:13 220:14
272:14 289:1
**courts** 31:1,23 32:19 43:8
**covariance** 139:13,17,21
**cover** 60:25 176:3 188:11
203:15 204:25
**coverage** 58:19,25 59:18
157:22 193:15,15 194:13
224:12 227:21 266:3,4,5
**covered** 149:14 181:25
182:3 263:9
**Covid-19** 249:20
**crazy** 213:5,11 214:13,16
**create** 36:15 215:14
**created** 36:17,17 195:15
216:2,3
**credit** 226:21 250:24 251:4
251:7,8,22 252:3,7 253:20
255:18

**criteria** 244:13
**critical** 252:2
**criticism** 166:22 263:13
**criticize** 18:10 169:12
**criticizing** 85:20
**critique** 23:20 104:9 107:9
107:13 155:20 168:11
**crossed** 244:11
**CRR** 1:24 2:19 289:23
**crude** 142:23 143:13 147:22
148:3
**crush** 12:20
**CRUTCHER** 3:17
**CSN** 193:7,17,23 194:3,15
194:16,25 196:23 197:23
197:23,24 199:25 200:17
**CSR** 1:24 2:19 289:24
**currencies** 130:24 131:24
**current** 127:24 153:7,23
206:22 207:8
**currently** 144:1 273:3,23
**CUSIP** 241:13
**customer** 231:18
**customers** 47:1,2 233:23,25
237:12
**cut** 17:13 158:11 161:21
194:2
**cutoff** 40:15
**CV** 7:3 275:12 276:9 278:25
279:6

---

**D**

**D** 37:2 38:23
**D.C** 2:16 3:5 10:1
**daily** 7:24 32:20 198:14
232:9,13,21 234:5 238:1
239:17,22 240:2 246:22
**Darius** 39:14
**data** 18:6 22:18 23:18 24:2,5
24:6 28:7,10,13,14,24 29:2
32:23 47:8 75:17 80:15
104:22 107:2 111:11,14
265:15
**database** 201:11
**databases** 201:5
**date** 10:12 62:22 70:9 73:18
118:1,2,11 119:18 120:25
121:4 134:18 140:5 154:13
201:18 254:25 263:11
288:2,24
**dated** 61:21 117:17 118:23
197:12 198:14 287:18
289:21
**dates** 22:23 33:24 34:4
69:18,22 70:1,3 73:23
74:11,20 210:1 226:24

**DAVID** 3:21
**day** 4:4,11 29:9 45:9 64:10
69:4 76:5,5 104:12 107:12
108:17 111:1 119:25
131:21 134:6 143:12
172:18 200:1 227:2,5
229:15 238:11 239:8,15
240:13 242:7 245:14
248:22 249:6 259:1 268:4
270:25 271:3 287:18
**days** 29:13 64:21 65:7 67:12
76:4 227:10 229:2 239:12
245:8,9,19,23 246:7,11,13
246:14,20 247:16
**de** 82:24 173:16 220:8
**deadline** 69:9,12
**deal** 23:5 53:5 195:25
205:11,11,12 206:9,9,10
**dealer** 233:13,14,17,20,24
237:12
**dealers** 233:11 237:9
**dealing** 35:14 243:16
**deals** 206:15
**debt** 252:5 253:12,14
**decade** 205:2
**December** 208:25
**decide** 136:13 137:12
**decided** 178:22
**decision** 153:18,22 156:25
173:12 254:8
**declare** 287:3
**decrease** 58:2,6,7 144:16
**deem** 163:2
**defendant** 4:3,17 5:4,5
195:14 273:8
**Defendant's** 15:1
**defendants** 1:9 2:9 3:16
208:14 278:18 285:2
**defense** 130:5 133:18
145:10 199:19
**defer** 137:5,7
**define** 83:25 107:4 151:2,5
154:25 205:7 284:17
**defined** 230:10 231:14
249:24
**defines** 270:5
**defining** 155:8 220:6,7
**definitely** 140:12 220:10
**definition** 20:9 23:19,21
151:18 203:16 219:18
245:6 260:21,22,24 274:22
279:25
**degree** 92:3 131:8
**Delaware** 32:23 281:2
**delivery** 123:16
**demand** 99:4,4,5 122:22

148:19
**demonstrating** 278:13
**Department** 273:10 275:25
**depend** 30:6 102:9 104:20
125:8 126:4,11 131:24
145:19 205:15
**dependent** 127:3,4 145:24
**depending** 17:6 25:7 96:18
100:10 104:24 123:12,16
126:12 175:17 179:8
212:25 259:17
**depends** 35:10 50:2 98:25
113:6 148:13 152:1 174:24
203:18,19 205:4,4 207:15
207:25 214:4 236:18
253:25 279:25
**deposition** 1:14 2:14 10:6
10:17 12:10 16:4 18:23
27:25 28:3 105:23 165:5
166:19 263:3 283:8 286:4
286:7 287:4,12,14 288:2
**depositions** 12:1 13:8
**derivative** 17:22
**derivatives** 131:6
**derive** 212:11
**derived** 86:18
**describe** 46:13 190:25
202:12
**described** 79:7 97:5 128:19
131:9 195:24 201:23
**describes** 188:14 199:1
**describing** 46:4 175:11
176:14 178:17
**Description** 7:2 8:2
**Despite** 120:24
**destroying** 19:17 134:22
135:12 136:16
**determination** 33:13 97:24
174:12 220:13
**determine** 30:13 97:1 105:3
105:11 125:20 126:13
132:4 170:7 173:8 179:15
222:8 227:16
**determined** 261:9
**determining** 30:24 31:20
32:17 33:2 97:2 98:6
170:21 185:7 222:22 228:7
232:8 270:21 271:5,18
**develop** 26:15 51:6 53:12,22
53:25 54:2,7,12 106:9
**developed** 52:15 54:24 56:5
56:12 67:15 276:8
**developing** 26:1 27:17 51:6
52:17 54:11 55:9 56:3,4
58:18
**development** 54:18 145:15

145:17
**deviation** 246:22
**deviations** 238:1,9
**dial** 109:3
**diamond** 173:17 174:4,11
**DIANE** 4:8
**differ** 48:18 83:7
**difference** 23:7 34:10,22
35:4 41:2 91:24 156:10
168:16 222:4,9
**differences** 33:20 164:11
**different** 16:10 22:4 23:18
31:23 43:6 48:25 65:14
79:23 81:3 87:24 88:1,6
98:1,2 99:11 107:3 123:15
125:9,22 129:10 147:15
148:10 150:3 152:12
155:24 162:17,18 164:9,10
166:6,21 168:12,21 171:9
175:20 177:14 178:21
181:24 187:4 201:8 202:17
203:19,19,22 206:24
209:22 216:21 224:22
235:25 237:10,16 238:24
250:17 252:3 259:17
280:14,17 282:14,17,22
283:4
**differently** 129:16 244:20
**difficult** 16:25 21:23
**digit** 81:11,14,14,15,15
**diminished** 131:22
**direct** 71:20 109:11 180:9
202:1 257:8
**directed** 281:19 282:3
**directing** 243:4
**direction** 26:15 31:13 71:10
156:9 157:24 243:24 268:8
268:11 281:10 282:11,17
282:22 283:11 289:14
**directions** 282:14
**directly** 79:9
**disagree** 32:5 33:9 65:21
134:14,24 135:17 238:5
261:15
**disagreed** 16:12
**disagreement** 65:8 136:22
155:10
**disagreements** 16:17
**disclose** 21:13 274:1 276:18
**disclosed** 29:22 30:4,7
171:19 250:13
**disclosure** 45:9 145:15
222:2
**disconnect** 8:20 147:1
149:20
**discount** 230:21,25 231:4,7

**discounted** 25:8
**discounting** 222:5
**discovery** 278:17
**discuss** 129:23 154:10
198:17
**discussed** 140:16 237:8
278:14 279:19
**discussing** 40:10
**discussion** 16:4 19:19
20:17 32:21 58:8 76:20
85:8 86:11 93:4
**discussions** 203:11
**display** 12:21
**disputing** 148:2
**dissimilar** 87:17
**dissipated** 204:5
**distinction** 179:1
**distracted** 59:13
**District** 1:1,2 2:1,2 10:10,10
289:3
**diversification** 41:7 52:4
55:2
**diversified** 77:3,12,13 89:19
169:20,22 170:12 172:20
184:3 191:1,4,9,19 199:13
**diversify** 55:22 56:11
**diversifying** 41:1 51:12,18
55:10 56:25
**divulging** 281:23
**dkusnetz@gibsondunn.c...**
3:23
**dmyers@jonesday.com** 4:9
**doable** 193:12
**Doctor** 14:16 15:18 17:11
25:18,25 29:5 36:1 45:6
48:15 61:11 64:6 79:24
94:23 100:1 103:15,20,25
108:24 130:5 142:8 144:24
188:4 212:8 219:3 227:12
262:13 275:12 277:23
**document** 26:10,19 191:8
195:20 196:11,17
**documents** 7:4 97:10
238:23
**doing** 11:23 21:9,15 22:8
66:8 68:16 72:23 75:6
82:13 93:1 102:19 106:7
113:15,17 124:2 126:17
128:12 138:20 140:8
153:14 161:9 163:9,25
166:18,20 214:22 215:11
219:17 227:9 265:1 266:20
266:22 269:16 276:21
**dollar** 115:1 217:20 230:4
**dollars** 63:14 208:22 212:24

214:3 215:18 216:16
219:14 231:11
**Dolmen** 7:24 198:14 199:11
**dominance** 101:24
**dominate** 96:16
**dominated** 98:22 102:23
**dominating** 104:22
**domination** 125:13
**doubly** 220:22
**doubt** 54:6 70:18 150:14
210:2 255:20
**Dow** 8:7 110:19 111:16
**Dr** 7:3,8,10,12 10:7 11:11,18
14:17 16:5,11,17 18:22
21:5,20 22:5 23:3,15 24:4
24:8,14 28:2 31:8 32:3,24
33:8,21,23 34:7 36:25
38:17 43:7 60:22 63:6,10
63:21,24 64:20 65:5,23
66:9,23 67:10,22 68:7
69:18 70:20 71:17 72:20
75:3,16,17,18 76:11 79:16
85:20 90:9,16 92:22 94:18
103:6 105:23,25 108:7
109:2,11 112:5,23 133:16
133:17,23 135:20 136:18
137:14 138:17 150:24
155:11,20 159:15,19
160:23 161:20 162:13
163:8 164:7 165:4,8
166:19 167:16 168:11
180:6 183:17 192:17,23
201:9 203:1 212:23 213:12
213:25 214:20,21,23,23
215:14,14,16,19,22 216:4
216:11,24 217:17,17,25
218:8,14 219:9,9 220:6,25
228:1 235:11 250:7,16
263:1,14,21 269:17 270:17
271:15 278:8,10,19,21
283:8 284:23 285:13,18,20
286:4
**draft** 265:20 271:1
**draftsperson** 265:25
**draw** 101:14
**drawn** 44:17
**drew** 150:11
**drilling** 286:2
**drive** 50:6
**driven** 108:15 194:7
**driving** 96:6 111:12
**due** 11:14 232:11,18
**duly** 11:5 289:7
**DUNN** 3:17

_____

**E**

_____

**E** 3:1,1 4:1,1 5:1,1
**earlier** 20:17 33:15 35:2 39:4
42:14 62:14 65:16 66:12
87:15 122:24 159:5 163:4
184:16,22 187:2 191:8
228:4 260:21 275:19
**early** 65:24 68:4 79:10 97:5
124:4 275:23 276:1
**earn** 178:8
**earnings** 33:24 46:18 47:18
50:8,12 55:5,18 73:22
74:11,20 86:18 92:12,16
98:22 101:12,16,21 103:10
104:17,19 109:18 124:25
125:3,14,17,20 126:3,21
127:2,2,4,11 128:16 129:6
130:17 131:15,20,22 132:6
132:9,15 144:4,6,14,16,16
146:10,17 222:6 223:6
225:4
**earth** 52:1 158:16
**easier** 13:9 14:7 266:8
268:21
**easiest** 12:24
**easily** 16:24 157:5
**eastern** 10:13 60:16,20
94:12,16 109:5,9 133:8,12
192:11,15 235:5,9 278:2,6
286:5
**easy** 12:17 36:11 60:14
**Econ** 21:23 72:11
**economic** 19:8,13,21 20:19
20:21,24 21:9,11 22:11
30:19 31:25 37:4,14 43:4
45:2 62:16 64:1 65:4,18
66:10,16,22 73:4 135:2,4,6
135:19 136:1,7,12,21
137:11 138:19 150:25
151:2,7,24 152:7,16
153:10,20 206:11 260:22
260:24
**economically** 44:6 63:1
137:4 151:18
**economics** 71:15 151:23
154:5 275:16,18,20 276:6
**economies** 56:13
**economist** 26:9 45:17
151:21 153:25
**economists** 31:2 32:14 39:5
151:13 204:16,19 205:25
**economy** 20:17 35:17
**edges** 92:23 269:25
**educate** 139:14
**Edwards** 8:9 208:13,19
209:21 210:3,9,15 211:6
**Edwards'** 209:12

**effect** 29:21,24 30:3 41:13
45:13 103:11 132:4 134:19
135:8 139:1,9 148:10
150:25 226:20 232:12
250:11 253:15,19
**effectively** 33:7 160:6
**effects** 67:12 225:3 250:15
**efficiency** 31:20 32:18 33:2
33:13 227:20 228:7
**efficient** 30:14,21 32:10
33:10 228:2
**eight** 18:3,13 70:15 80:20,24
89:7 90:24 91:3,3,9 93:17
95:5 155:14 156:2 160:11
160:14 161:24 164:21
166:16 167:1,6,7,20,21,22
168:1 171:15 174:20
175:14 189:14 190:21
228:14 229:13 234:14
256:22 263:7
**eight-** 18:20
**either** 34:11,13 70:3,14 75:1
100:9,15,17,22 101:6
105:10 155:19 190:25
201:7 253:8 260:3 268:5
273:21
**electricity** 147:21
**element** 191:14
**elements** 22:22 23:16 25:12
139:14
**Elliot** 5:4 195:15,23 285:11
**Elliott** 1:8 2:8 4:17
**EMILY** 3:9
**emphasis** 151:15
**empirical** 204:23
**empirically** 238:18
**employees** 195:16
**employs** 254:13
**enable** 203:9
**enabled** 46:2
**ended** 165:1
**endogeneity** 22:24 23:4,5
23:20
**ends** 110:23
**energy** 8:21 52:5 53:3 142:2
142:16 145:1,4,18 146:1,6
146:9 147:20 148:15
275:24,25
**engage** 32:13
**engagement** 277:9
**engagements** 276:25 279:1
279:7,11
**engages** 82:3
**enlarge** 36:5
**enormous** 265:14
**ensure** 95:23

**enter** 194:14
**entered** 11:25
**entire** 217:16,23 224:5
271:10,22,24 287:4
**entirely** 155:18
**entitled** 49:13
**entry** 28:7,11
**envisioned** 54:14
**EPS** 50:5,8
**equal** 148:16 208:1 245:17
257:15 259:24 260:14
**equals** 280:22
**equipment** 52:19
**equities** 228:17 253:16
**equity** 7:7 31:9 46:9,10,14
46:15 48:16 49:20 155:3
226:15,17,19 227:20 233:6
236:10 246:4 248:21 251:7
252:3,6 255:25 261:8
**Errata** 287:9 288:1
**error** 93:4
**errors** 221:13
**Esq** 3:8,8,9,9,10,10,11,21,21
3:22 4:7,8,14,22,22
**essential** 160:9 163:1,6
169:4,7,10
**essentially** 18:14 23:24
171:25 283:8
**established** 66:12,15
**estimate** 37:15 50:12 67:2
209:5 212:24 214:1,6,16
214:22 215:17 216:14
217:19 218:8,9,22 219:1
219:12,13,18
**estimated** 210:11
**estimating** 215:20 219:11
219:22
**et** 10:9 280:12 288:3
**EUGENE** 3:10
**eugenecanjels@sec.gov**
3:14
**Europe** 142:4,20
**European** 112:14
**evaluate** 29:21 30:3 46:17
47:18 48:6 63:6 102:15
139:8 229:18 253:21
**evaluated** 63:24 234:13
**evaluating** 41:14 42:1
100:14 238:11 251:20
252:9
**evaluation** 24:9 25:5 268:19
**event** 22:23 29:7,8,11,12,20
30:2,12,17 33:3,14,19
34:13,23,25 35:5,8 46:9
54:16 66:1,2 72:12 76:11
76:14 77:24 78:12 82:11

82:20 84:17,24 85:2 95:16
96:14,23 98:20 100:6,13
106:10,23 138:2,25 151:17
152:7 154:13,22 155:3,4
157:15 158:17 161:7 163:3
163:11,19 173:9 179:23
185:8,20 187:22 189:15,21
191:5,17 194:12 196:22
226:6,12,13,23 227:4,16
228:6 229:16 233:6 234:20
237:21 238:8,11 243:21
244:5,9 245:19 264:23
**events** 62:11 65:12,24 66:6
119:9 158:15 181:18 208:2
220:7
**eventual** 20:1
**eventually** 139:4 196:5
**evidence** 43:16,18,25 205:5
256:14 258:3,8,22 259:8
259:11
**evident** 67:8
**ex** 104:25 107:2
**exact** 27:23 92:21 117:10
184:9,11 201:18 230:3
254:25
**exactly** 19:16 20:7,8 65:10
86:24 135:11 139:12
159:10 170:13 177:8 255:8
**examination** 6:6 11:4,16
**examined** 11:5 289:6
**example** 20:4 85:23 100:7
100:19 103:4 106:13
112:21 118:21 136:10
266:4 282:24
**examples** 131:25
**Excellent** 216:10
**exception** 149:20 206:15
**excerpts** 271:8
**excess** 134:6
**Exchange** 1:4 2:4 3:4 10:8
11:20
**exclude** 167:12
**excluded** 33:23 73:22 74:12
74:21 163:23 191:9 254:12
**excluding** 73:18 186:9
**exclusive** 274:25
**excuse** 34:15 42:6 59:23
84:25 109:15 128:2 231:3
232:1,3 240:20 243:7
245:22
**execute** 236:5 237:11,17
**executed** 237:14
**executing** 236:2 237:10,16
**executive** 175:10
**exercise** 19:6 21:8,13 22:8
23:14 43:4 44:7 45:2 68:16

72:14 92:25 167:17 168:10
215:10
**exercises** 21:20 156:19
265:16
**exhibit** 7:3,4,6,8,8,10,10,12
7:12,14,15,17,18,19,20,21
7:22,24 8:3,5,6,7,9,10,12
8:13,14,17,19,21 9:5,6,7,8
9:9 14:18,23 15:1,2 25:15
25:19 35:21,23 36:1,12,15
36:24 39:10,13 40:21 42:6
44:5 61:12 77:9 79:10,13
80:1,2,5 81:4,4 83:17
87:15 95:8,10 110:4,7,15
110:18 111:23,24 112:2,2
114:9,11 115:20,21 117:12
117:15 118:18,22 119:14
120:17,19 130:3,6 133:14
133:18,18 141:22,25 142:1
142:14 145:11 146:20,24
147:12 149:16,17 165:11
165:13 175:24 176:2
180:10,11 181:4,8 183:9
188:7,10 195:10,12,13,14
195:17,22 197:8,11 198:9
198:13,23 202:4 208:8,11
212:2,5,6 215:15 216:1,18
217:9 219:2 220:2 240:21
241:6,10,10,11,16,19,23
242:1 243:1,5 256:7
257:14 267:4,6,10 275:9
275:13 278:24
**exhibits** 7:1 8:1 9:1,3,4,13
12:13,17,22 15:16 28:22
36:22 187:19 190:6 242:22
242:24 267:2
**exist** 195:8
**expect** 20:10 148:9 226:13
226:20,22 245:7 246:13
248:23 250:1 253:17
**expectation** 67:17,25
192:25 193:5 253:11
**expectations** 128:3,16
**expected** 103:12
**expenditure** 53:5
**experience** 39:7 54:11
104:25 259:25
**experiment** 218:7
**expert** 8:9 15:3 17:4 26:8
64:18 140:17 208:12
272:13 273:12,20 276:5
277:10,13 279:12,14
**experts** 205:22
**expires** 289:25
**explain** 32:6 37:7 108:11
173:6 174:25 207:7 268:21

explained 81:1
exploration 146:7
exporter 170:16 171:20
exposure 58:2,5 145:1
express 67:22
expressed 34:15 55:13
  223:3
expressing 102:4 136:24
  194:13 213:7,13,20
expression 204:24
extended 14:10 69:13
extent 100:8 102:15 120:6
  131:14 146:18 178:12
  187:9 204:11
extra 23:2 280:10
extracted 271:23
extractive 82:5
ExxonMobil 182:16

F

F 3:5
face 142:7
facing 19:9
Facsimile 3:7,20 4:21
fact 11:13,22 23:25 30:6
  44:18 56:1 61:8 66:20
  107:15 128:20 169:5,17
  172:12 173:15 174:9
  176:25 183:24 185:16
  200:16 224:11 252:4
  259:22,24 260:17 261:16
Factiva 28:23 61:18 201:11
  201:16 202:14,17,21
factor 31:19 194:11 255:12
factored 174:11
factors 30:23 31:2,11,14
  32:4,21 33:5 35:1 153:22
  221:17 227:19
facts 128:22 205:15 207:15
  221:14 222:10,11
factual 64:2
failed 108:13 207:22
fair 20:9 53:18 76:8 143:16
  143:18 177:9,10 194:6,22
  198:25 233:10 283:23
  284:2,4
faithful 62:8
fall 12:19
falloff 240:11
falsify 46:6
familiar 12:7 38:8 83:1,13
  203:1 229:23 231:13
  235:13
far 145:22 186:20 245:4
  285:6
fast 214:11

favorable 194:14
feature 97:21
features 76:17,24 238:3
February 15:24 22:13 26:2
feed 198:6
feel 12:24 13:5 175:12
  196:11,18 261:3
fell 43:4
FERNANDO 3:10
fewer 238:23
field 22:5 275:15
fifth 58:13
fight 78:20
figure 163:21 176:22 266:16
figured 221:24
figuring 15:5
filed 15:4
final 99:5
finalized 282:6
finally 217:8
finance 205:2 241:13
financial 8:10 53:22 101:9
  130:11,13 197:12,19,24
  251:2,24 252:2,8 253:22
find 21:10 36:9 40:24 65:25
  67:11 79:11 92:21 97:7
  107:19,21 134:13 164:2
  184:10 211:14 212:16
  226:11,13,21,22 253:17
  256:14 257:25 258:2
  269:21
finding 34:14 43:6 155:8
findings 281:25 282:4,10
finds 108:11
fine 4:22 21:11 60:12 157:2
  157:25 192:8 199:9
finish 13:13,14 60:9,11
  161:15
finished 122:14 161:15,17
  161:22 215:23
FINRA 241:2,21
firm 20:7,14 47:6 77:22
  78:10,18 84:14 96:6
  100:10 106:15 110:24
  111:4,5 113:11 155:14
  156:2 159:16 160:14
  161:24 162:6,7 166:16
  167:6,7 170:3 171:15
  174:20 175:14 186:7,15
  190:21 205:14 206:3
  207:12,22 221:21 245:9
  246:5,8 248:15 249:20
firm-specific 246:15 248:9
  248:23 249:7,24
firms 18:4 39:18 40:25
  46:17,19,22,24 47:3 77:7

78:4,6 84:12 85:12 93:18
  95:6 98:4 99:8 106:15
  155:20 159:18 160:11
  164:3 170:2,11 177:18,19
  177:25 178:16 182:13
  204:10
first 9:4 11:5 14:23 27:14
  36:11 43:3 61:20 76:18
  105:24 109:23,24 110:22
  112:13 124:20 130:3
  133:14 144:3 145:16,17
  146:8 147:3 148:8 156:12
  156:17 165:11,25 176:3
  195:10 209:14 222:16
  253:21 256:3,8 265:7
  270:23 271:1
five 234:24 277:20
fix 94:7 264:13
fixable 264:12
fixing 280:16
flavor 37:14
flip 85:23
flow 25:8 130:18 131:20
  138:7 248:7
flows 222:13 223:23 252:5
  253:2 255:21,22
focus 32:14 55:20 138:15
  141:20 209:10 228:14
  259:5
focused 55:15 76:15 77:24
  78:13 92:17 138:2 185:9
  185:17 228:12,18 229:12
focusing 138:13
follow 31:6 38:15 85:25
  160:13 163:25 167:11
  212:17 246:2
follow-up 285:4
followed 112:14
following 16:4 42:20 155:19
  232:23
follows 11:6 151:17
footnote 40:7 110:1,20
  111:16 114:8 115:19
  116:20 117:19 120:15
  124:10 202:9,12 219:24
footnotes 85:24
footprint 106:16 107:5
forecast 25:12 188:3 200:17
foregoing 289:7
foreign 86:14
forget 230:2
forgets 14:11
forgetting 245:17
form 169:3 181:9 223:22
  233:16 249:14
former 217:25

forming 23:2 63:5
forms 131:7
formulation 16:11
forth 265:23 289:12
Fortner 5:8 10:16
forward 61:25
fossil 145:19,24
found 42:22 70:2 134:10
  189:23 197:2 237:22
  253:15 258:13 260:15
foundation 21:7 118:15
  129:13 220:16 224:25
  262:4
four 81:15 242:3,8 272:20
fourth 114:6
fragility 259:1
fragmented 44:9
framework 218:13
framing 261:4
frankly 19:5 20:12
free 12:24 13:5 83:12 196:12
  196:18
Freeport 94:5 95:5
Freeport-McMoRan 94:3
  95:2
frequent 228:15
frequently 14:20 109:14
  124:21 227:23
Fresnillo 115:13
Friday 1:16 2:17 10:1 112:14
  113:24 240:3
front 14:9 36:4 39:19 133:17
  212:7 216:1
FSR 173:13
FTSE 110:23
fuel 144:4 147:21,22
fuels 145:19,25
full 53:13
functional 173:13
fundamental 232:6 236:16
  247:2,14,23,24 248:5,6,8
  248:24 249:7 250:2,4
  262:10 284:22
funds 274:11
further 109:19 130:25
  250:22 284:24 289:15
future 25:9 53:7,7 128:3
  144:9 222:6 223:23 255:23
futures 128:8,11,14

G

G-I-T-S 83:2
gain 67:6,16 193:6 204:9
  214:7,22,24 215:20 216:13
  216:18 219:11
gained 68:1 119:4 199:18,24

200:16 217:24
**gainers** 116:1
**gaining** 212:19 213:19,21
  214:5 217:15,22 218:12
**gains** 112:16 114:15 115:11
  206:12 281:3
**game** 207:6 217:6
**garbled** 178:23 215:17
**GARRISON** 4:18
**gas** 182:13 275:20
**gchepiga@paulweiss.com**
  4:23
**GDP** 25:10 53:8 150:14
**gears** 189:12 250:6
**general** 18:17 26:3,5 30:16
  48:21 71:24 90:5 98:10
  108:15 205:10 228:16
  266:9
**generally** 20:5 31:2 32:23
  37:24 38:4 39:5 43:8 49:23
  49:24 113:8 149:21 150:4
  157:19 196:1 244:23
  270:16
**generating** 102:9 236:21
**Geoff** 285:11
**GEOFFREY** 4:22
**geographies** 57:1
**geography** 56:15
**germane** 205:23
**getting** 15:12 46:23 65:22
  99:16 136:11 148:20
  153:11 195:25 219:11
**giant** 119:4
**GIBSON** 3:17
**GITS** 83:1,5,7
**give** 48:8 50:15 58:25 59:18
  156:20 164:4 173:24
  211:15 224:18 259:14
  282:13,24
**given** 157:22 168:3 205:11
  218:21,22 245:14 253:12
  253:15 271:2 287:7
**gives** 24:2 118:24 272:20
**giving** 131:25 271:16
**Glen** 5:8 10:15 109:1 285:23
**Glenn** 1:14 2:14 6:5 10:7
  11:3 43:22 59:10 103:17
  161:15 199:5 216:22 286:4
  287:3,16 288:2,25
**global** 86:12 87:1 99:4,4
  147:4 149:20 150:2 163:22
  257:20
**globally** 77:3,12,13 89:19
  169:19 172:19
**go** 11:21 12:4 14:15 21:4
  25:12 28:15 31:18 38:2

40:20 41:22 43:22 44:10
  47:7 48:9 57:15 59:10
  60:14 73:21 74:1,15 79:24
  87:21 94:6,8 100:1,21
  104:25 107:19 109:19
  115:24 119:20 120:2 126:7
  129:23 133:2,2 139:15
  144:22 163:10 165:7 166:4
  168:13 183:9 206:5,12
  213:5,24 215:6 216:22
  218:25 234:23 250:22
  257:11 266:12 267:10,12
  276:22 277:19,24 285:21
**goal** 78:8 204:18
**goes** 44:16 61:25 76:3
  115:19 136:13 149:25
  155:7 202:24 215:4
**going** 15:6 22:16 27:18 28:4
  28:5 39:21,23 54:3,25 59:8
  60:15,19 70:8 79:8,24
  83:17,18 84:10 85:7 86:24
  87:19,22 92:20 94:11,15
  102:2 104:12 109:4,8
  122:23 129:19 130:5 133:7
  133:11 141:25 144:23
  146:23 148:21 149:16
  158:23 170:9 173:5 180:9
  181:7 182:24 185:1 188:4
  188:11 189:5 192:3,10,14
  195:12 205:2,8 206:14
  208:11 217:17 219:4 224:6
  228:12 232:12,20 235:4,8
  240:20 246:7 250:6 253:1
  275:12 278:1,5,12 279:18
  280:13 286:5
**gold** 5:6 18:16,18 27:14
  86:19 100:4,5,15,25 101:7
  101:15 114:25 115:12,12
  116:1 183:19 189:13,13,18
  190:18,19,22
**good** 11:18 58:23 98:10
  99:6 111:6 148:19 152:23
  162:2 163:24 170:21
  185:12 203:6 211:5 215:1
  216:10 266:11
**Goodin** 1:24 2:18 10:23
  289:4,23
**governance** 176:10
**government** 81:12 82:9
  224:12 273:7
**grace** 220:8
**grades** 267:21
**Gradillas** 10:16,23
**grading** 267:16
**gradual** 67:9
**grandmother** 262:1

**grant** 277:17
**great** 53:5 261:25
**greater** 40:25
**GREGORY** 3:8
**ground** 11:22
**grounded** 270:14
**grounds** 135:18
**group** 5:6,7 18:3 26:22,25
  27:9 130:25 145:1,4
  146:10 178:7,9,13,13
  207:1 243:23
**groups** 86:14 181:24
**Growing** 8:20 146:25
**growth** 195:25
**guess** 21:21 27:22 106:13
  123:13 127:13 150:12
  246:16
**Guy** 1:8 2:8 4:17 5:4 195:15

H

**H16** 18:8
**H6** 163:9
**H7** 155:21
**H8** 17:20 18:3,5 91:10 93:8
  155:19 156:5,17
**half** 80:16 103:3 163:9 178:6
  178:8 251:23 252:16
  253:19
**halfway** 195:22
**hand** 284:8
**hands** 204:13 207:3
**hang** 161:14 198:3
**happen** 66:22 221:11 263:6
  282:3
**happened** 104:4 251:21
**happens** 239:24
**happy** 60:10,11 132:12
  238:25
**hard** 12:12 36:9 39:22 50:3
  53:24 66:17 107:1 108:3
  163:21 216:23 284:1
**harder** 51:1
**head** 81:21 97:11 121:11,13
  150:20 170:13 172:7 184:7
  186:11 213:12 229:3,11
  231:6,9 272:22 274:6
**headed** 210:23
**header** 28:7 142:3
**headline** 111:19
**headphones** 158:21
**headset** 94:7 158:10
**hear** 24:12 84:21 94:2
  103:19 152:22 156:12
  159:4 173:18 206:5
**heard** 94:4 255:24
**hearing** 94:5,23 99:22

108:25 126:7 159:13
**heart** 138:19
**heat** 70:20
**heavily** 145:19,24
**heavily-weighted** 110:23
**hedges** 130:16 131:5,14,18
  132:7,18
**hedging** 131:7,7
**held** 48:18
**help** 130:17 131:19 248:3
  271:13
**helped** 101:4 113:24 114:19
**helpful** 65:9 85:9 196:11
  267:1
**helping** 142:10
**HENRY** 4:14
**hereunto** 289:19
**high** 111:13 148:18 235:23
**higher** 32:9 110:23 146:9
  147:24 148:4 211:21 215:7
  231:24 232:1,1,10,18
  236:22 244:24
**highlighted** 113:23
**highlighting** 111:12
**highly** 147:23 253:13
**hired** 272:13
**history** 228:15
**hklehm@jonesday.com**
  4:15
**HN** 17:20
**Hobart** 7:19,20 116:25
  117:16,21 118:1,23 119:9
  119:15
**hold** 47:11 153:13
**holders** 252:5
**holding** 153:15 208:2
  216:12
**holistic** 33:5
**holistically** 272:2
**home** 11:12,14
**homes** 11:23
**honest** 33:9
**hope** 65:9 152:20 255:22
**hour** 59:8 192:4
**hours** 27:16,24 265:18
**Houston** 4:5
**HP** 8:3 181:9
**HSBC** 16:20 17:8,16,23
  23:16 70:15 71:4,21 74:19
  77:18 79:16,20 80:10,13
  80:20,23 89:3 113:16
  149:2,20 150:1,17 155:17
  155:17 156:2,4,16,21
  157:10,13,16 158:2,14
  168:20 185:15,18,23
  256:21 257:20 260:1,16

262:23
**Hubbard** 1:14 2:14 6:5 7:14
   10:7 11:3,11,18 14:17 24:8
   24:14 60:22 94:18 109:2
   109:11 112:5 133:16
   150:24 159:15 161:20
   192:17,23 203:1 215:14,22
   220:25 235:11 250:7 278:8
   278:10,21 284:23 285:13
   285:18,20 286:4 287:3,16
   288:2,25
**Hubbard's** 7:3,8,10,12
**hurt** 99:8
**hurting** 252:6
**hypothesis** 30:21 37:13
   41:8 42:23
**hypothesize** 246:12
**hypothetical** 251:20 252:10
   253:19

                I

**i.e** 28:2
**idea** 84:13 283:5
**Ideally** 89:24
**identification** 25:16 35:24
   39:11 80:3 110:5,16
   111:25 114:12 115:22
   117:13 118:19 120:20
   141:23 146:21 175:25
   181:5 188:8 197:9 198:10
   208:9 212:3 241:7,17,24
   243:2 267:7 275:10
**identified** 95:6
**identifiers** 97:17
**identifies** 241:19
**identify** 14:19 98:13 110:11
   111:18 223:15 225:8,19
   234:14 246:7 257:14
**IHS** 17:8 22:17,20
**Ii** 120:2
**III** 4:14
**illustrate** 77:10 79:12
   213:17
**imagine** 32:10 95:22 129:2
   158:18 162:3 179:21 232:4
   233:25 249:17 282:2
**immediate** 198:3
**impact** 45:10,15,18,20,22
   108:10 131:13,15,20
   137:15,25 138:12 152:7
   234:4 246:21 248:20,21
   254:14
**impacted** 102:5
**impairment** 19:14,19 20:12
   20:13,16 22:2 45:9 134:18
   135:9 136:10 137:16,25

151:1 152:3 220:22 221:16
   221:17,22 222:1,16,16
   223:8 224:4,9,17 251:1,11
   251:22 252:10,15 253:20
   254:14 255:12,13 268:3,15
   268:16
**impairments** 61:5 65:19
   221:1,9 251:14 252:4
   254:7,11 267:23
**implausible** 217:11
**implications** 152:14
**implied** 213:2 214:11 219:16
**imply** 67:23 238:17
**importance** 96:1 175:18
**important** 16:23 30:13,23
   31:18 33:1,12 35:7,13,18
   63:8 68:6 74:1,2,14 95:14
   95:23 96:5,12 97:14,22
   100:4 106:18 107:20 120:1
   127:15 132:22 135:21
   150:8 151:11 155:23 157:4
   169:21 174:15 186:19,21
   191:4,10,18,20 201:25
   211:14 221:12,17,18
   240:17 257:6,7,10 259:20
   260:11,25 261:3
**importantly** 113:7 222:20
**improper** 91:25 92:17
**improve** 94:24 252:5
**inadvertently** 13:10 191:8
**incentive** 164:10,25 165:18
   166:7,12 176:14,15 177:17
   181:21
**include** 15:16,19 77:2,13,25
   89:14 92:17 93:1,5 101:7
   139:5 167:17 169:14
   183:18
**included** 34:4 36:19 52:5
   77:5,7 79:3 91:6,13 93:11
   100:15,15,20 157:3 183:7
   250:23 279:23
**includes** 150:2 280:7
**including** 64:21 73:17 86:19
   168:8 183:18 283:13
**incorporate** 219:19
**incorporated** 119:24
**incorrect** 137:20,22
**increase** 20:10 51:22 58:5
   103:8,12,14,14 104:15
   108:16 122:18,25 123:1
   127:7 144:15 206:24 218:3
   256:15 258:4 259:9
**increased** 69:3 108:14
   109:18 116:16 117:3,7,8
   124:25 199:19
**increasing** 68:3 214:1

**incremental** 217:4,22
   219:23
**increments** 230:11,14
   231:14 237:15
**index** 6:1 7:1 8:1 9:1 16:16
   16:20 17:8,9,16 18:8 22:17
   22:21,22 35:8,13,19,20
   43:5 70:15,16,23 71:4,22
   73:15 74:20 76:11,12,14
   76:17,19,23,24 77:20,24
   78:6,8,12 79:1,3,15,16,18
   79:20 80:10,13,15,18,21
   80:24 82:12,13,19 83:20
   84:5,8,16 85:20 87:17 89:8
   89:9,14,20 90:2,9,11,24
   91:4,7,10,14,25 93:7,14,25
   95:3,15 96:5,14,23 97:3
   98:11,20 99:13 100:6,10
   100:16 101:1 103:6 104:23
   106:11,22,23 107:10
   113:13,16 116:1 139:5
   141:1 148:8,24 149:2,21
   150:2,3,18 154:14,15,18
   154:24 155:5,7,14,15,18
   156:2,4,16,22 157:3,10,13
   157:16 158:2,14,17 159:20
   159:23 160:3,4,10,12,15
   160:17 161:6,25 162:1,3,8
   163:7,11,16,18 166:16,17
   167:1,6,7,13,20 168:8,20
   169:13 174:21 176:23
   179:5 180:19,24 183:7,13
   184:21 185:18,24 186:10
   187:1,13 188:14,16 189:14
   190:21 191:19 234:16,18
   234:19 256:21,22 257:15
   257:21 259:18,25 260:1,3
   260:15,16 262:23 263:7,12
   264:7,12,17
**indexes** 44:11 78:20 88:22
   140:19 185:23
**indicate** 38:9 207:21
**indicated** 12:13 40:3 198:2
   287:9
**indicates** 272:1
**indicating** 37:22 55:14
**indicative** 49:2
**indices** 16:11,13 17:3,16
   23:7 28:16 88:22,24,25
   109:14 124:22 140:16
   141:1,11 148:7 154:10
   155:12,13 156:8 157:6,20
   256:25 258:6,20 259:10,15
   266:3
**individual** 17:10 22:21
   28:16 44:11 49:9 153:21

225:24 232:15 266:12
   273:15,21,22,23,25 274:3
   274:5,8,9,22,25 281:19
**individually** 228:19
**individuals** 274:18
**induced** 23:5
**indulge** 147:7,9
**industrial** 81:12
**industries** 46:21,22 77:8
   79:23 81:6,13,17,22
   209:22
**industry** 16:16 17:3,16
   22:16 35:8,13,19,20 75:24
   76:11,14 77:23 78:2,7,8,10
   78:19 79:4 82:12,19 83:4
   84:5,7,16 85:14 86:14,16
   88:7 89:14 90:2 91:7,14,25
   95:15 96:5,13,17,23 97:3
   98:10,19 100:6,16 101:1
   106:11,23 139:5 140:16
   141:1,10 147:5 148:7
   154:10,23 155:5,7,9
   160:10,17 168:8 184:21
   187:1,12 207:11,21 210:5
   210:17,20 211:11,18
   234:16,17,19 258:5,20
   259:9 269:4,8
**Indy** 150:14
**inefficient** 204:6
**infer** 150:10
**inflation** 115:2
**influenced** 248:8
**inform** 135:13
**information** 8:22 22:9 24:24
   25:4 28:13,19,25 29:21
   30:4 32:12 44:18,23 46:1
   46:24 47:7,15,23 48:3
   50:10,15 52:11 53:11,20
   54:10 55:8 64:7 108:8,8
   112:21 124:16 138:17,21
   142:2,16 153:11,17 154:7
   157:24 166:5 173:23
   179:13 187:7 207:12 210:3
   220:8 222:2 224:2 225:6
   240:23 241:2,3,20 250:12
   250:19 254:1,2 261:13
   275:24
**informed** 262:2,3
**infrastructure** 52:18 53:6
   54:12,18,20,21,22,23
   223:23
**initial** 210:1 224:1
**input** 98:23,25 216:3 251:17
   270:10
**inquire** 129:18
**inside** 221:21

**insignificant** 250:21
**instance** 81:16 82:1 127:16
  205:16 246:4 252:13
  270:23 283:3
**institutional** 273:14 274:19
  275:4
**instruct** 281:11
**instruction** 71:25
**instructions** 26:18
**integrating** 208:5
**intending** 37:4
**intensive** 145:18 146:2
  147:20
**intention** 66:13
**interest** 31:16 55:10 114:1
  114:20 116:5 194:6,8
  249:4
**interested** 289:17
**interesting** 44:6 63:1,17
  66:25 71:7,14 72:13 91:17
  135:16
**interference** 102:21
**internal** 195:19 196:17
  197:4
**International** 8:7 110:19
  111:17
**interpose** 13:16
**interpretation** 219:6 251:14
**interrupt** 144:24
**interval** 132:22
**interview** 195:14 196:17
**invalid** 76:25 162:8,10 163:5
**inventory** 262:14
**inverted** 260:14
**investment** 134:21 136:15
  222:14
**Investments** 52:23 53:2
**investor** 151:10,12,19
  152:10 154:7 260:25 261:3
  261:10,12,12,19,22 262:2
  262:2
**investor's** 153:18,21 262:10
**investors** 47:23 115:2 153:6
  230:20 232:25 261:9,14
  262:6
**involve** 88:15
**involved** 172:8 184:6 230:22
  282:1
**involves** 88:14 233:11
**IQ** 28:15,22
**iron** 51:25 55:4,15 86:19
  92:12 98:22 101:10,24
  102:6,16 103:6,9 104:15
  105:4 106:5,12,17,24
  109:14,16 113:19,21
  115:16 116:10,15 117:3,6

120:4 122:3,7,18,18 123:8
  123:11,12,16,17 124:7,16
  124:22,23 125:3,5,8,14,17
  125:22,24 126:4,15,21
  127:1,5,7,14,19 128:4,11
  128:14,25 131:15 132:16
  141:17 150:7,17 189:9
**irrelevant** 78:23 134:11,13
  134:16 137:4,15,20,21
  138:24 205:18
**IRS** 273:9
**issue** 20:23 23:22 84:14
  89:1,5 90:7 93:3 102:2
  134:10 135:3 137:15 154:9
  170:4 194:25 224:23 233:4
  233:6 241:14 251:18
  283:20
**issuer** 231:15 241:12
**issues** 52:18 135:23 136:7
  138:19 220:13 221:21
  224:12 227:22 277:12
**item** 26:17 245:4 267:18
**items** 26:11,12 61:20,23
  62:3,5 81:5 272:9

_____

**J**

**J** 1:24 2:18 289:4,23
**Jackie** 285:15
**JACQUELINE** 4:7
**January** 22:2 45:7 134:19
  138:3,13,16 140:3 222:17
  225:15 226:8,25 227:16
  242:2,4,17 243:5 250:13
  252:13
**Japanese** 112:15
**Job** 1:25
**joint** 30:22
**Jones** 4:4,11 8:7 110:19
  111:17
**Journal** 7:15 114:8 115:11
**judge** 137:8 186:6 271:17
**judgment** 33:7 98:8 179:9
  184:24 185:1,3 186:20
  190:8
**judgments** 178:3
**jump** 99:14 101:25 143:16
**June** 1:16 2:18 10:1,12
  287:7 288:2 289:21
**junior** 226:16,19
**juniors** 119:16
**jurisdictions** 57:2
**jury** 136:13
**Justice** 273:9
**justification** 157:21 158:1
  191:13
**JV** 196:4,24

**jvallette@jonesday.com**
  4:8

_____

**K**

**keep** 32:22 63:13 158:23
**keeps** 167:9
**kept** 242:10 272:12
**Kevin** 5:6 27:15 187:5
**key** 37:18,23 38:5,16 40:1
  42:8,11,22 51:11,18 72:5
  72:21,22,24 73:5,6 147:21
  149:9 201:8 266:22 271:2
**keyword** 62:7
**kick** 231:4
**kids** 158:22
**kind** 28:10 54:12 57:13
  86:15 87:24 99:1 104:21
  109:20 183:15 222:11
  256:17 262:13 264:16
  278:22
**kinds** 96:16 273:1
**Kirsch** 3:22 11:8,10 13:21
  13:24 14:1 21:16 24:11,17
  29:23 37:25 38:2 43:1,17
  43:21 44:20 48:8,12 51:8
  52:24 53:1 56:20 59:3,6
  60:7 63:11 68:13 70:4,8
  72:8 73:19 74:25 75:12
  84:20 85:6 87:20 89:23,25
  90:3 96:9 102:7 103:17,25
  111:22 112:3 118:14
  119:12 123:23 126:9
  127:20 129:12,17 130:1
  133:5 135:25 137:18 138:4
  143:23 154:25 159:8,12
  161:14 162:11 169:24
  176:16,19 178:18 179:7
  184:1,17 185:21 186:17
  188:22 189:2 192:3 193:9
  193:19 196:9 199:4 200:2
  200:19 206:4 207:24
  210:21 212:21 216:20
  220:15 224:24 225:12
  232:22 235:2 237:2 244:2
  245:25 246:23 247:5,17
  249:12,14 255:5 270:7
  274:15 285:8,22
**KLEHM** 4:14
**knew** 23:15
**know** 13:6,21 16:16 19:4
  20:4 27:1,1,4,5,7,8,9,11,16
  28:14 29:4 31:6 36:16 44:1
  44:7 45:17,24 49:5 50:10
  53:25 57:9,17 60:2 63:4,14
  66:5,24 73:10,13,16 74:10
  74:17 75:1,5,7 76:1 78:15

79:17 80:14 83:5 84:3
  85:13 86:13 87:1 88:13
  90:8 94:23 96:5,25 97:9
  104:3,21 107:4 111:21
  112:5 117:21 121:9,13
  123:19 127:9,16 128:5,5
  128:22 131:23 132:2,24
  139:14 148:21 151:10
  155:23 159:4,22 161:1,10
  162:9,19 163:4 166:18,20
  166:23 167:8 169:6,10
  170:12 173:22 175:21
  177:24 179:10 181:2 185:4
  191:20 195:4 196:9 197:5
  197:7 200:5 201:19,22
  205:6 210:4,22,24 211:4
  211:20 218:10 221:15
  228:16 229:4 230:24 231:2
  235:24 239:13,23 240:16
  246:17 247:19 254:21
  255:7 257:9 262:21 263:4
  272:11,12,16 274:1,17
  281:21 282:7
**knowing** 22:8 135:12
**knowledge** 26:4,6 127:23
  136:14 138:23 172:10
  209:16 281:18,21
**known** 152:11,11 222:3
  223:11 224:3,20
**knows** 144:8
**KUSNETZ** 3:21

_____

**L**

**L** 4:8
**L-E-H-A-V-Y** 49:17
**lack** 21:16 64:22 118:14
  220:15 224:24
**lacks** 129:12
**lag** 13:11
**language** 110:10 256:5
  271:13
**large** 42:24 46:10 77:2,5,13
  80:17 86:13 90:21 163:22
  169:19,22 170:2 172:19
  184:3 186:10 190:22 191:9
  207:20 214:11 221:19
  227:22 228:17 233:25
  236:9 255:21 273:25,25
  274:3
**large-scale** 54:12
**largely** 86:13
**larger** 22:7 42:11 45:3 229:5
  238:2,9,12
**largest** 58:10,15 79:19 80:9
  172:4,13 189:9 190:19
  193:24 242:15

**late** 65:24 68:4 275:25
**law** 151:8,20
**laws** 154:4
**lawyer** 137:2
**lawyers** 135:3
**layers** 52:16
**layman's** 235:18
**lead** 67:3 114:14 119:1
    240:13
**leader** 204:6
**leading** 113:9 173:17 174:11
**leap** 200:8
**learn** 48:6 70:25 102:23
**learned** 13:7 209:1
**leave** 180:10
**led** 110:23 115:2
**left** 79:22 149:18 178:5
    285:3
**legal** 20:21 56:23 135:3
    137:4 152:14
**legally** 136:25
**Lehavy** 49:17
**lengthy** 104:9 224:5
**lens** 26:9
**let's** 20:7 51:16 70:21 94:6
    148:7 158:23 183:10 192:5
    213:24 248:13 253:9 261:8
    264:8
**level** 38:5,10,11,12 39:9
    40:10,18 41:4,10,15 42:1,4
    42:17,18 43:7,15,15 44:3
    44:15 72:18 73:2,8 95:24
    111:9 141:2 172:14 173:6
    257:24 258:22
**levels** 40:25 41:21 45:1 53:8
    81:11
**lfine@paulweiss.com** 4:23
**likelihood** 218:12
**limited** 1:8 2:8 131:8 177:5
**line** 12:5 60:10 112:8 129:22
    143:7 158:20 173:10 178:2
    184:24 186:8 192:5 218:2
    232:7 242:2 288:3
**lined** 169:8
**lines** 97:6 172:6 178:23
    182:6 191:3,14 192:2
**Linnay** 47:5
**liquid** 238:22 239:3 246:6
**liquidity** 31:3,19,22 228:8
    228:10,24
**list** 18:21 25:25 26:13 93:17
    113:2 160:24 162:21,22,24
    163:2 171:15 174:21
    175:14,15 177:1,18,19,25
    179:16,16 180:1,4 182:12
    184:9 213:18 263:17,20

275:15 276:23 277:3
    278:25 279:5,6,15,16,17
**listed** 62:4,5 97:6 156:22
    163:16 164:12 165:18
    166:7,12 167:22 168:3,22
    169:5,17 180:6 183:25
    190:5 249:25 271:21
    276:12 277:9 279:15
**listing** 142:20 143:2 147:15
**lists** 165:19 171:9 177:4
    179:24 180:2 276:9
**literal** 28:3 125:15
**literally** 134:23 135:1 136:17
**literature** 37:22 38:15 39:2
    98:6,9 205:1 206:11
    212:18 269:12,13,18,20
    270:16
**litigation** 272:24
**little** 13:9 36:5,9 154:11
    158:24 175:6 195:22
    201:24 244:19 253:13
    268:20 278:22
**live** 66:9
**lived** 53:3
**LIVIA** 4:22
**LLP** 3:17 4:18
**log** 103:24
**logarithms** 34:18
**logic** 42:20 240:12,14
**logs** 74:22
**London** 121:15,22
**London's** 116:1
**long** 25:9 53:3 57:9 104:12
    114:21 129:20,23 133:3
    158:24 255:21
**long-pursued** 114:1
**long-term** 126:16 127:18
    128:14,21 130:15 131:1
    132:1 164:10 165:18 166:7
    176:14,15 177:16 181:21
**longer** 126:4
**look** 23:16 26:8 30:8 31:2,23
    32:19 36:8 39:23 40:22
    41:22 44:8 57:16 69:23
    73:21 74:1 75:24 76:2
    79:14 84:7,18 85:3 89:11
    99:20 109:23 111:10,14
    113:22 120:2,14,23 130:14
    130:21,22 140:18 144:18
    144:18 152:4 155:20
    163:21 168:13 173:12
    178:4 179:14 183:9 201:3
    211:19 218:2 238:21,22
    242:1,2 250:18 251:24
    252:8 256:4 270:12
**looked** 31:1 32:3,24 45:25

57:10 58:9 69:24 80:15
    83:10 107:7 149:8 155:17
    168:14,15 170:11 172:5,23
    189:23 215:13 228:19,20
    234:9,10,13 239:2,4,6
    278:24
**looking** 36:24 50:25 64:20
    76:5 82:23 85:19 87:3,12
    97:12 107:2 111:23 138:17
    144:25 145:3 150:1 155:6
    168:10,19,22 172:19 173:2
    175:19 178:1 187:25 202:7
    222:24 259:2 268:23
**looks** 33:6 122:9 142:18
    195:19 243:13
**Lori** 1:24 2:18 10:22 159:3
    285:23 289:4,23
**loser** 148:16
**lost** 91:1 130:17
**lot** 53:6 77:7 95:18 99:16
    132:23 136:18 168:25
    181:17 211:21 218:23
    229:23,25 230:10,12,16
    231:3,4,4,14,20 232:19
    233:5 237:15,17 275:19
**lots** 25:12 62:25 79:23
    230:15,21,21,23 232:2,3,3
    243:16,16 249:21
**low** 229:4 242:10
**lower** 57:1 207:10 211:22
    246:13,14
**lowered** 64:13
**lumped** 203:24
**lunch** 129:19 169:19
**Lynch** 274:11

---

**M**

**M** 3:21
**main** 135:14 251:16
**maintains** 17:9 22:20
**major** 97:6 196:3 197:20
**majority** 55:5 113:25 114:20
    116:4 199:12
**maker** 233:15
**making** 21:22 35:3 57:13
    68:25 107:13 141:4 150:24
    254:8
**management** 47:6 51:21
    55:13 130:14 267:24,25
    269:6,15,18,22 270:13,22
    271:7,20 284:21
**managements** 204:25
**manager** 27:10,11
**Managerial** 39:17
**manner** 199:17,23
**manufacture** 98:17

**manufacturers** 102:18
    103:5
**manufacturers'** 103:10
    104:17
**manufacturing** 102:3
**mapping** 268:8,11
**Marathon** 182:16
**March** 61:21,25 62:3,12,21
    64:8,24 65:12,12,24 66:4
    68:4,10,18,25 69:6,8,16
    70:2,14 71:3,21 74:8,18,19
    75:25 195:15 201:17
    202:18,22 283:14
**margin** 261:24
**marginal** 125:25 127:5
    128:3 261:10,18,21 262:2
**Mark** 3:22 59:13 112:1
**marked** 9:3,4 14:22,25
    25:16 35:24 39:11 79:25
    80:3 110:5,16 111:25
    114:12 115:22 117:13
    118:19 120:20 130:2
    133:13 141:23 146:21
    165:10 175:25 181:5 188:8
    195:9,13 197:9 198:10
    208:9 212:3 241:7,17,24
    243:2 267:7 275:10,13
**market** 7:17,18 17:8 19:24
    20:9 24:1 30:15,21,24 31:4
    31:9 32:4,10 33:2,10,13
    48:19,23 49:7 58:1,19 59:1
    59:19 66:19,24 67:5,14,25
    76:3 80:16 111:18 112:7
    115:20,25 119:24 123:8
    128:8 134:3 139:4 174:16
    175:8 192:21,24 193:5
    195:20 196:21,24 204:11
    206:22 207:8 209:1 213:3
    218:10,22 221:23 222:3,18
    222:20,23 223:7,11,21
    224:3,4,16,21 227:17,20
    228:1,7,10,25 231:15
    233:10,14 235:12 236:8,10
    237:9,18 238:3,9 243:21
    245:3,7 246:5,6,10,18
    247:7 249:2,9,16 253:11
    254:1 261:11 280:2 283:23
    284:2,4,7
**market's** 20:9 30:18 133:24
**marketplace** 48:5 77:4
    254:2
**markets** 112:14 261:25
    262:5 275:21
**Markit** 22:18,20
**marks** 286:3
**marriage** 104:23

**Maryland** 273:6
**massive** 13:3 181:16
**match** 269:2
**matching** 268:1
**material** 15:13 71:1 151:8
  151:18 153:19
**materiality** 150:25 151:2,13
  151:22,25 152:8 153:10,25
  260:22,24
**materialize** 223:20
**materials** 13:1 26:1 61:12
  64:20 65:25 72:5 73:14
  75:14 86:21 103:6 140:10
  171:8 187:14,24 227:6
  278:13,17
**matter** 10:7 20:6 32:1 56:14
  68:9 71:15 75:5 78:24 92:2
  97:15 98:8 154:21 184:24
  185:7,12 238:14 277:2
**mattered** 258:14
**McMoRan** 93:24
**mean** 17:6 26:5 27:19 28:1
  29:10 31:22 32:17 36:16
  42:21 43:18 45:16,17
  49:24 50:1 51:19 52:10
  53:17,25 54:19 55:17 57:4
  57:7 62:24,24,25 64:4
  68:15 70:10 76:2,3 78:15
  79:6 82:2,4,7 88:10,20
  92:6,11 105:7 107:5,15
  111:7 126:23,25 128:21
  135:25 138:8 139:3 141:8
  143:25 144:15,24 151:8,21
  156:24 157:12 159:22
  161:21 162:9 163:25 169:6
  172:1 177:7 191:21 194:2
  195:5 196:14 203:20 204:2
  204:8,9 206:19 207:25
  223:19 230:24 231:22,24
  234:11,12 236:1,18 238:10
  239:10 240:6 244:4 245:2
  248:5 258:25 261:21 262:9
  264:24 267:22 268:12
  269:7,8 273:15 274:16
  275:18 280:23 281:1,4
  282:16 284:2,17,20
**meaning** 30:19 37:4 45:2
  50:8
**meaningful** 29:12,15 44:24
**means** 14:9,11 22:23 50:21
  50:25 62:24 66:5 111:9
  121:19 163:5 172:17
  173:22 191:20 193:20
  203:21 215:18 236:13
  237:25 238:7 239:16,21
  242:6 261:23 276:17

**meant** 32:7 56:5 112:7
  125:24 127:23 129:7,9
  235:25 245:18
**measurable** 45:10
**measure** 17:20 45:20 91:16
  91:16 178:8,15 179:3,4
  184:12 268:19
**measured** 34:17 45:18
  74:21 180:19,20 232:21
  250:15
**measures** 17:20 34:18 68:7
  81:11 90:14 254:12
**measuring** 30:18 112:23
  234:6
**mechanical** 33:20 123:18
**mechanics** 33:18
**median** 49:25 50:1
**medias** 61:24
**meet** 120:3
**meeting** 251:6
**meets** 170:10
**member** 172:11
**members** 171:13 181:12
**memory** 27:18 28:4,22 54:3
  79:8 87:19,22 101:23
  170:9 190:1 228:13
**mention** 87:11 113:21
  115:15 116:6,10 164:14
  181:2 224:10 254:24 259:4
  273:24
**mentioned** 18:23 55:3 89:12
  141:19 229:16 258:17
**mentions** 137:22
**Mercury** 7:19,20 116:25
  117:16,22 118:1,23 119:9
  119:15
**mere** 66:20
**merely** 270:12
**merge** 281:4
**mergers** 203:4
**Merrick** 183:19
**Merrill** 274:10
**met** 62:6 66:24 280:25
**meta** 18:8
**metal** 27:14 79:20 80:18
  81:5,6,17 82:2,3,5 90:21
  98:17 100:8 108:14 109:13
  109:25 110:11 111:5,6
  112:16 113:11 114:16
  115:10 116:14,23 121:9,15
  122:2 124:21 156:11
**metallurgical** 171:20 194:8
  194:15
**metals** 7:21 76:12 81:23
  85:13,13 86:19 87:10
  89:19 93:6,14 95:2,18

107:10,12,16 108:22
  110:24 111:4,8,8,12
  112:19,21,25 113:5,8,13
  113:14 115:3 116:7 120:16
  141:16 148:8,24 154:14
  159:20 169:13 183:7 184:6
  184:9 210:10 264:6
**metals'** 111:1
**method** 25:7 46:5 77:1
  175:11 178:9 180:23 226:5
**methodologies** 251:15
**methodology** 201:21 202:12
  223:2
**metric** 49:24 50:2,3 51:2
  82:22 177:21
**metrics** 31:7 223:5
**Metz** 16:5,11,17 18:22 21:5
  23:3,15 24:4 31:8 32:3,24
  33:8,21,23 36:25 43:7 63:6
  63:10,21 65:5,23 66:9,23
  67:10 68:7 70:20 71:17
  72:20 75:3,18 76:11 79:16
  90:16 92:22 105:25 108:7
  112:23 135:20 136:18
  138:17 155:11 159:19
  160:23 162:13 163:8 164:7
  165:4 166:19 180:6 183:17
  201:9 213:25 214:20,21,23
  214:23 215:14,16,19 216:4
  216:11,24 217:17,17,25
  218:8 219:9 220:6 228:1
  250:16 263:1,1,14,21
  269:17 270:17 271:15
  278:19
**Metz's** 21:20 22:5 28:2 34:7
  38:17 63:24 64:20 67:22
  69:18 75:16,17 85:20 90:9
  103:6 105:23 133:17,23
  137:14 155:20 165:8
  167:16 168:11 212:23
  213:12 218:14 283:8
**mic** 230:7
**microphone** 158:10
**mid-2011** 57:21
**middle** 28:6 40:23 80:7
  143:4 180:13 181:23
  198:24 199:10 210:25
  257:13
**midnight** 121:20
**midway** 115:24
**MILLER** 3:8
**millergn@sec.gov** 3:11
**million** 146:10
**mind** 54:3 73:9 77:16 89:15
  107:17
**Mine** 8:20 146:25

**mined** 184:15
**miner** 113:4 115:13 119:5
  170:12 184:3 199:13
**mineral** 56:19 57:19
**minerals** 53:3
**miners** 86:13 87:1 102:16
  113:14,24 114:19 115:12
  115:25 150:2 169:20
  172:20 186:10 189:10
**mines** 52:17 184:9,14
**minimum** 64:11
**mining** 16:20 18:17 70:15
  71:4,21 74:19 76:12 77:3
  77:12,13,20 78:6 79:9,20
  80:10,18 81:6 82:2,3,5
  85:13 86:19 87:10 88:16
  89:19 90:21 93:7,7,9,14,25
  95:3,19 107:10 108:16
  110:24 112:16 113:13,16
  114:1,16,21 119:2,4,16
  133:25 145:23 147:4,20
  148:8,10,24 149:2,21
  150:2,18 152:19,25 154:14
  155:15 156:22 157:10,13
  157:16,20 158:2,14,17
  159:20 163:22 169:13
  183:7 184:6 185:15,18,24
  191:1 210:10 256:21
  257:21 260:1,16 262:23
  263:6 264:6 269:9
**minus** 268:14
**minutes** 51:4 150:23 151:5
  185:14 192:4 234:25
  277:20
**mischaracterizes** 249:15
**mischief** 242:25
**missed** 279:8,17
**missing** 239:17 240:13,13
**Mitchell** 205:6
**mix** 84:11 86:22 87:3,9
  89:21 95:22 100:10 106:16
  148:14 169:23 170:24
  182:25 185:11 186:14,24
  187:10,20 189:18,19 190:4
**mixed** 269:21
**mixes** 100:9 170:11 173:1,7
**mkirsch@gibsondunn.com**
  3:23
**model** 38:17,20,22 75:20
  76:3 139:4
**models** 36:25 275:24
**modestly** 69:3
**moment** 20:25 107:22 147:8
  147:10 198:21 225:13
**monetary** 249:18
**money** 248:18 253:23

monitor 10:13
month 208:25
months 47:16
Moody 254:22 255:17
morning 11:18 121:4 134:9
  134:25 154:11 155:8,10
  156:6,18 157:20 265:6,6
  279:19
Mort 41:20
motivation 169:7
mouth 158:11
move 49:7 79:22 96:4
  122:23 185:17 221:23,24
  234:5
moved 150:4
movement 52:19 102:10
movements 96:6 249:3
moving 221:3
Mozambique 56:10 223:16
multiple 123:11
multitude 150:3
music 277:15,17
mute 99:19 103:22,24
  108:25
muted 99:21 103:18
MYERS 4:8

**N**

N 3:1,8 4:1 5:1
N-A-I-C-S 83:14
NAICs 83:13,15
name 11:18 14:6 27:15 48:2
  77:11 160:25 289:20
natural 96:15 104:23 130:16
  130:25 131:5,13,18 132:18
  275:16,18,20 276:2,5,8
nature 132:7 147:21
navigate 165:14
NE 3:5
necessarily 49:10 92:19
  141:19 150:10 197:4
  206:10
necessary 212:22
necessity 131:6
need 13:5,20 21:21 25:4
  30:20 48:9 76:22 89:20
  106:24 107:19 127:9 135:1
  138:16 142:9 160:24 184:8
  184:13 201:19 205:20
  213:16 223:13 246:24
  251:23 253:21 258:20
  262:19 270:9 276:11 285:3
needed 93:11 266:18
needle 221:23,25
needn't 46:21 136:19 182:22
needs 48:3

negative 45:10,20 143:20
  144:5 146:16,19 253:4
  255:21 267:18,20 268:2
  269:5 270:6 273:19
negatively 102:5 103:9
  104:16,18
neglected 100:3
negotiations 209:1
neither 289:15
neutral 143:21 144:5 267:18
  267:21 268:1 269:5 270:6
never 84:9 86:24 92:20
  173:4 221:1 254:7 273:7
new 1:2 2:2 3:18,18 4:12,12
  4:19,19 10:11 16:2 32:12
  117:23 118:3,12,13 119:18
  119:22 120:12 121:20
  159:9 200:11 266:20
Newmont 18:13,16 93:7,9
  100:20 162:14 164:21,23
  167:2 190:20 192:2 263:6
news 7:22 28:13 30:18 46:1
  59:23 61:18 62:2 65:23
  66:6,24 68:2,11 108:15,18
  110:2,2 111:17 113:18,25
  114:19 117:10 118:3
  119:23 120:5,6 141:15,18
  141:21 143:20 148:19
  193:15 194:13,20 196:21
  197:2,3,6,7 199:11,25
  200:7,25 201:3,6,12
  202:13 217:4 223:3 224:7
  225:2 244:17,21,24,25
  245:2,3,4,6,6,10,12,14,24
  246:15,21 247:4,16 248:10
  248:15,19,23 249:7,8,23
  249:24,25 250:1 266:3,5
  268:16,16 270:5
nickel 185:9
night 157:12
ninth 40:20
Nishi 5:7
noise 99:16 158:12 159:13
  286:1
non-U.S 77:6
nonsensical 67:3
nonspecific 249:25
normally 29:12 89:16
notch 254:22
note 11:11 59:7 130:13
noted 10:20 23:2 108:15
  226:10
notes 29:9 67:10 81:2
  130:10 195:14 197:24
notion 284:3
number 10:6,11 12:17 16:17

25:15 27:23 35:23 37:15
  39:10,23 43:2 46:10 47:16
  64:4 75:5 80:2 95:12 98:3
  99:17 110:4,15 111:24
  114:11 115:21 117:12
  118:18 120:19 122:4
  130:16 131:19 141:22
  146:20 156:7,18 165:13
  168:15 170:16 171:19
  175:24 181:4 182:13
  183:18 188:7 197:8 198:9
  208:8 209:21 212:2 218:16
  221:13 230:18 241:6,13,16
  241:23 242:15 243:1
  263:12 265:8 267:6 275:9
  276:10
numbers 17:21 31:5,5 37:3
  37:6,12 81:4 209:15
  213:10 214:13 215:7
  217:10,14 218:23 229:3,10

**O**

o'clock 109:5
oath 287:11
object 13:20 14:5,12 249:14
objecter 13:22
objection 14:2,2,6 21:16
  37:25 43:1,17 44:20 51:8
  52:24 56:20 59:3 63:11
  68:13 70:4 72:8 73:19
  74:25 75:12 85:6 87:20
  89:23 96:9 102:7 118:14
  119:12 123:23 127:20
  129:12 137:18 138:4
  143:23 162:11 169:24
  178:18 179:7 184:1,17
  185:21 186:17 193:9,19
  200:2,19 206:4 207:24
  210:21 212:21 216:20
  220:15 224:24 232:22
  244:2 245:25 246:23 247:5
  247:17 249:12,15 255:5
  270:7
objections 13:16,19
objects 13:18
observation 240:8,14
observations 228:24 232:13
  239:17
observe 149:25 150:16
observed 245:20,21 246:11
obtain 17:10 193:1
obtained 24:6
obtaining 194:16 218:4
obtains 36:25
obvious 90:8,16,25 91:6,12
  93:2,6,11,21 102:11 260:9

obviously 16:5 88:11 92:4
  98:12 146:19 148:14 171:5
  173:3 189:6 205:11 206:14
  209:10 210:5 243:10 252:2
  265:13
occupying 78:2
occur 66:19 157:15,16
  232:18 246:20
occurred 227:23 245:22
occurring 112:22 232:10
  234:3 236:15 246:12,19
odd 230:16 231:4 232:3
  243:16
odd-lot 232:11
OECD 56:3,6
off-take 197:25
offer 43:15,18 52:3 64:7,17
  64:24 65:2 68:25 69:9
  114:2 210:1 211:12 287:10
offered 55:22
offering 208:21 276:4,7
offerings 253:23
Oh 25:23 36:3 142:8 225:17
  264:8
oil 96:8,12,17,19,22 139:1,6
  139:9 140:1,6,15,20,25
  141:9 142:24 144:9,14
  145:4,7 146:15 147:22
  148:3,6,9,11,14,18,24
  149:3,12 182:13,16,20
  275:20
okay 12:3,12,19 13:4,25
  25:24 26:10 36:3,6,18,21
  38:14 39:15,25 40:14
  47:21 48:11 50:7 54:9
  56:25 57:25 60:6 61:15
  63:20 76:7,18 82:10 94:4,6
  94:10,21 97:19 99:24
  102:14 103:25 104:1,4,8
  104:11 105:15,19 107:25
  108:6 109:1,22 111:20
  112:13 113:18 114:10
  117:15,25 118:4,21,24
  119:21 121:14,16 122:12
  129:4,9 130:1,12 133:5,19
  141:7 142:11 144:21 145:3
  145:6,10 147:13 149:11
  152:23 153:21 154:23
  156:21 158:6 166:15
  167:19 168:21 169:1,12
  170:15 171:8 172:1 174:19
  176:12 177:11 179:13,23
  180:15,22 183:20,21 184:5
  187:18 188:3,6 189:2
  194:22 197:18 201:10
  202:3,7,20 203:1,25 204:7

209:11 211:8 221:6 226:23
228:4 231:10,13 233:9
235:1 240:12,20 244:13
245:5 250:23 254:4,11
256:6,12 257:18 262:13
263:4 264:15 265:8 267:1
268:15 269:3 270:3 271:5
272:8,23 274:2,7 275:7
276:9 277:5,25 279:10,18
281:7 282:9,13,23 283:9
283:13,18 284:12,23
**old** 41:18 83:16
**omission** 29:21
**omitted** 30:5
**once** 112:17 114:16 115:1
217:23
**one-page** 36:4
**ones** 31:3 35:2 62:6 77:15
77:17 91:10 229:6 244:4,8
266:12
**oneself** 89:17
**onward** 61:24
**opening** 133:17
**operate** 130:16
**operates** 130:25 131:19
**operation** 55:16 56:17
**operational** 178:9
**operations** 33:25 79:5
145:18,25 149:4,8,13
170:20 172:15 182:20
194:10 198:6
**opined** 83:20
**opinion** 20:22 21:2,13 48:16
48:17,22 49:1,2,13 62:18
66:14 67:4 68:17 77:1
134:12,14 136:23,25
146:14 150:7 155:15 156:1
159:21,23 160:18 168:6
169:23 183:6 187:20
192:20,24 193:2,4 213:7
213:14 220:25 222:15,19
223:7 224:20,22 225:20
247:13,20 250:25 251:9,13
254:5,6 279:21 280:18
283:20
**opinions** 15:19,23 16:2,3,9
16:10 17:3,15,19 22:12
23:3,10,12 49:20 62:10
133:22,23 137:14 154:12
187:10 225:1 251:5 276:4
**opportunity** 55:22
**opposed** 18:7 125:21 126:4
170:2
**opposite** 103:11 270:17
**opt-out** 274:11
**order** 23:16,17 184:17,20

204:4
**ordering** 33:6
**ore** 51:25 55:4,15 92:13
98:22 101:10,24 102:6,16
103:7,9 104:15 105:4
106:5,12,17,24 109:16
113:19,21 115:16 116:10
116:15 117:3,7 120:4
122:3,7,18,19 123:8,11,12
123:16,17 124:7,17,22,23
125:3,5,8,14,17,22,24
126:4,15,21 127:1,5,7,14
127:19 128:8,11,14,25
131:15 132:16 141:17
150:7,17 189:9
**organized** 277:21
**original** 59:22 134:21
135:10 136:15 167:16
219:25
**outcome** 34:10,13,23,25
289:18
**outlet** 197:7
**outlier** 242:10
**outline** 282:19
**outlined** 33:1 265:6
**outset** 13:17
**outside** 46:7 56:12
**overall** 35:16 249:3,18 272:1
**overlap** 173:6 183:1 184:13
185:13
**overlapping** 172:20 173:1
**overnight** 112:15
**overpaid** 20:13
**overpay** 204:25 208:7
**overwhelming** 55:5
**owned** 172:3 174:10
**ownership** 39:17 40:25
**owns** 173:16

## P

**P** 3:1,1 4:1,1 5:1,1 72:25
**p.m** 2:17 10:2 109:6,7 133:9
133:10 192:12,13 235:6,7
278:3,4 286:7
**page** 6:3 7:2 8:2 12:23 15:7
15:7,10 28:6,6 39:22,23
40:6,20,21,21 61:16,24
85:21 86:2 103:1,2 107:22
108:19 109:24 115:24
116:19 130:7,8 133:21
143:1,4,7 145:13,14 146:3
146:4,5,6 147:4,6,8,11,14
147:16 149:17,19 150:5,21
165:14,15,23 166:1,3,6,10
176:7,8,16 178:5,6 180:12
180:12,14 181:19,20,24

183:8 188:12,23,24 195:21
195:23 197:22 198:22,23
202:5 208:17,18 209:17,19
209:20 256:8,10,11 276:9
288:3
**pages** 15:15 61:17 108:1,3
181:17 257:11
**paid** 20:7,8 152:12 207:10
209:6,23 210:10,18 211:10
231:21 261:5 276:19 277:1
277:5,15 279:14 283:25
**Palia** 7:14 39:14
**pandemic** 11:14
**paper** 7:14 36:8 39:14 41:12
41:17,25 42:12,21 283:16
**papers** 39:2
**paragraph** 40:22,23 85:21
85:22,24 86:1,3,17 103:1,4
105:17 106:8 108:19
109:12,19 110:9 113:22
114:7,18,24 116:14 120:14
124:19 130:14,22 131:4
132:3 133:22 178:4,21
180:17 183:16 195:23
197:23 198:25 199:5,10
208:19 209:18,18 210:9
256:10 257:12,13 258:11
258:12 259:21 260:10
**paragraphs** 87:6 107:23
258:2
**PARISE** 3:9
**parisee@sec.gov** 3:12
**Park** 3:18
**part** 19:9,20 24:14 46:9 47:9
71:24 80:17 85:17,19
88:11 101:11 104:11
156:13 166:10 167:16
169:21,23 172:25 173:18
173:19 176:10 223:12
233:15 242:14 251:1,24
258:25 270:14 283:5,10
**participants** 196:16 222:21
222:23 247:8
**particular** 16:15,19 21:12
30:24 34:23 35:15 51:14
52:9 113:20 123:12,20
131:24 132:22 183:22
185:11 200:21 240:24
241:3 242:4,7,7,19,21
249:20 267:17 269:17
**particularly** 13:10 57:1
207:20 246:6
**particulars** 190:17
**parties** 11:25 12:23 13:16
13:19
**partly** 75:2,3 137:17

**party** 13:18 270:4 289:16
**passed** 265:22
**path** 127:14
**patience** 285:6,23
**pattern** 222:13,14 276:20
282:18
**Paul** 4:18 205:8
**pausing** 129:18
**pay** 154:8 204:3 206:21
207:7 248:16 284:8
**pays** 204:11 207:9
**PDF** 15:7,15 39:22 40:21
103:2 108:1 130:8 143:1
145:13 146:4 176:8 181:20
188:12,25 202:6 208:17
256:10
**Peabody** 18:24
**peer** 79:18 91:4 98:5,9
183:12 257:15 259:25
260:14 269:12,13 270:15
**peer-reviewed** 212:18
**people** 13:9 26:24 27:2 31:7
78:20 203:7,14 204:15
207:1 214:9 269:8
**percent** 34:19 36:25 37:1,2
38:4,10,11,12 39:6 40:10
40:18 41:1,3,15 42:16,18
43:6,14,15 52:1 64:13,14
72:6,20,25 73:1,6,7 80:8,9
80:12 89:4 101:13 103:5
109:17 119:5 120:24 122:8
124:24 125:2,16,20 126:20
129:5 147:23 180:17,19
198:1 208:23 209:24
210:12,16,18 212:15 214:2
215:3 218:3,5,18,20 220:9
229:2 239:5,11 240:9
244:12 257:24 258:21
**percentage** 73:11 92:12
113:12 213:8 240:7
**percentages** 74:22
**perfect** 90:12 91:16,20
92:20
**perfection** 173:5
**perfectly** 84:10
**perform** 41:1 170:6 243:22
**performance** 188:15
**performed** 262:16
**performers** 277:18
**period** 59:25 65:24 67:24
102:24 104:22 127:13
132:9 140:14 164:8,25
167:23 168:4 179:10 181:1
208:3 210:17,25 231:19
237:2,3 239:6 252:6
255:21 272:17

**periods** 164:10 165:19
166:12 180:6 181:25 182:4
182:7,9 202:17,21
**permits** 224:13
**person** 188:11 197:4
**person's** 25:2
**personal** 204:5
**personally** 173:24 265:25
**perspective** 19:13 20:19
21:9,11 22:11 43:4 45:3
49:5 62:16 65:18 66:10,17
78:9 88:8 93:23 135:2,20
136:1,21 137:11 151:7
152:16 153:20 154:2,5
196:18
**PH.D** 1:14 2:14 6:5 11:3
287:3 288:2,25
**phenomenon** 236:12 237:22
**phone** 103:20,23
**phonetic** 82:24
**phrase** 48:25 244:19
**phrases** 269:1
**physical** 205:5
**pick** 49:23 60:13 162:17
**picked** 243:25
**picking** 266:21
**picture** 150:11
**pictured** 186:3
**piece** 32:12 220:8 222:2
250:12
**pieces** 248:19
**place** 99:12 266:11
**placed** 57:20
**places** 289:11
**plaintiff** 1:5 2:5,15 3:3 273:7
273:8
**plaintiff's** 142:14 195:13
274:17
**plaintiffs** 272:24 273:1,4
**plan** 176:15 177:17
**plans** 198:3
**platinum** 172:4,9,13,14
**play** 92:4,6 251:15
**played** 224:16 265:12
**players** 77:6
**playing** 22:5
**plays** 170:20
**PLC** 1:7 2:7 10:9 113:25
288:3
**please** 10:24 13:5 14:5 53:1
94:23 161:14 192:6 196:18
206:5
**pleasure** 285:7
**plus** 28:3 268:14 280:20
**point** 13:4 21:22,23 22:4,7
31:12 37:15 62:14 67:2

69:2 70:19 86:15 109:24
110:20 111:15 114:6
115:18 117:8 132:1 152:9
156:8 165:23 177:9,10
178:22 181:3 191:7 200:21
211:2 212:23 213:25 214:6
214:16,21 215:17 216:14
217:19 218:8,22 219:1,12
219:17 258:10,12 269:1
**pointed** 157:24
**points** 55:1 73:11 150:24
183:17
**policy** 249:18
**portfolio** 228:21 229:13
234:9,10,13 238:22,24
242:12
**portion** 92:16
**portions** 265:21
**posed** 127:12 132:8 247:7
248:1
**position** 64:11 74:10 252:2
252:9
**position's** 66:13
**positive** 134:5 143:21 144:5
144:7,14 146:16 150:13
199:12 252:22,25 255:22
257:16,20 267:18,20 268:1
269:4 270:5
**positively** 19:24
**possibilities** 238:5,6 239:25
**possibility** 239:14
**possible** 49:19 71:13 78:11
84:9 85:11 86:7,10 87:4
99:18 106:17 107:5 112:10
112:12 173:3,4 183:1
191:22 221:15 231:23
234:7 236:4,7 237:13,19
237:24 238:8 239:19
240:16,18 254:17 269:2
**possibly** 28:23 221:20 232:4
281:1
**post** 104:25 107:2 224:9
**potential** 51:13 52:8 253:19
**potentially** 22:25 47:22
108:9 141:17 232:1
**power** 260:3
**practical** 32:1
**pre** 224:9
**pre-Rio** 53:16
**preceded** 83:16
**precious** 112:16,19,25
113:4,7,11,14 115:3,10
141:16
**precise** 182:25 224:18
**predate** 62:20
**predict** 270:16

**predicting** 193:16
**predictive** 260:3
**predicts** 270:17
**preexisting** 280:2
**prefer** 155:12
**premium** 203:2,5,8,12,15,18
204:2 206:17 207:2,9,10
207:20 208:23 209:6,13,23
249:17 279:23 280:7,20
283:24 284:10
**preparation** 27:19 28:3
**prepared** 268:8,11
**preparing** 15:18 27:25 57:18
64:17 75:10,23 129:1
131:12 141:14 171:10
181:13 196:22 200:14
243:21 265:10
**presence** 51:23 91:23 98:18
132:18 237:8
**present** 5:3 12:5 78:5 96:21
144:9 211:16 223:18
233:19,22,24 248:7
**presented** 24:3
**presents** 212:15
**preserves** 13:19
**presume** 117:23
**pretty** 21:19 43:23 156:8
205:10 206:12 215:1,5
**previous** 149:15
**previously** 9:3 14:22,25
130:2 133:13 165:10 195:9
237:7
**price** 19:17 20:8,10 22:1
28:19 29:24 30:3 45:11
46:18 47:15 49:6 50:6
62:24 66:21 69:3,16 74:19
102:15,17 103:8,11 104:15
106:5 108:10 109:14
112:22 122:7,19 123:4,7
123:20 124:22 125:6,8,10
125:21,22,25,25 126:5
127:1,5,5,17,24 128:13,14
129:6 131:14 132:10 134:6
134:20 136:11 138:6,11,13
138:18 139:6,9 140:7,15
140:19 143:18 144:1
151:11,14,16 152:12,14
153:7,13,23 154:8 200:5
204:11 206:22 207:8
208:24 209:25 218:20
221:2,10,18 223:6 224:8
225:3 230:22 236:16
239:16,20 251:6 256:15
258:4 259:8 261:6,11,18
261:24 262:3,8,9 268:5,18

277:16 279:21 280:2,10,22
283:21 284:8,22
**priced** 126:15
**prices** 25:10 28:20 45:7 53:7
75:24 99:8 102:6 103:11
103:14 104:17,19 105:3,4
105:6,12 106:4,12,25
107:6,12,16 108:14,16,22
109:16,25 110:11,24 111:1
111:4,6,6,8,8,13,13 112:17
113:19 114:16,25 115:1,10
115:16 116:2,7,11,16
117:3,7 120:5 122:3,4,12
122:14 123:11,16 124:7,17
124:23 125:18 126:4,22
127:8 128:4,11,15 130:23
131:21 132:5,16 139:1,10
140:1,7,15,25 141:9,16
142:4,20 143:2,5,13 144:5
144:8,9,14 146:15 147:16
147:22,22 148:3,6,9,10,18
149:22 150:4,17 151:24
152:5 232:2,9 235:24
236:14 237:10,16,20
250:12 261:8,8 264:21
275:22
**PricewaterhouseCoopers**
8:19 146:25
**pricing** 125:4 237:18 241:20
**primarily** 55:15 92:18 194:7
**primary** 13:22 81:6,17,22
**prime** 81:21 277:17
**principal** 161:1 265:24
**principally** 82:5,7 85:12
113:11
**principled** 161:9 162:20
**principles** 29:6 228:5
**print** 283:16
**prior** 9:4 54:10 62:12,22
64:24 65:12 66:3 67:12
68:16 117:8 192:22,25
193:15 200:17 225:15
252:14 289:6
**private** 203:21 204:1,4
**privately** 83:3
**probabilities** 212:10,11
215:7
**probability** 212:19 213:1,8
213:14,18,21 215:3 218:4
218:11
**probably** 28:16 51:25 54:22
71:12 185:1 205:10 217:11
218:25 254:24 274:17
276:24 279:19
**problem** 90:15 211:24 240:5
242:11 258:25

CONFIDENTIAL

Glenn Hubbard,
6/26/2020

18

**problematic** 89:14
**problems** 21:5 96:21
**proceed** 13:14
**proceedings** 289:7,10,17
**process** 62:25 63:15 64:5
**produce** 71:12 258:20
**produced** 29:3 71:1,19,25
  72:4 74:9 105:20 140:10
  201:11 227:6
**producer** 174:4
**producers** 148:25
**produces** 213:25
**producing** 83:21 258:6
**product** 84:3,11 86:7 87:3,9
  87:12,24 95:21,22 106:16
  169:23 170:11,24 172:21
  173:1,7 175:8 182:25
  184:13,14 185:11 186:14
  186:24 187:10,20 189:18
  189:19 190:4
**production** 71:8 88:1 98:2
  99:11 103:7 278:12
**products** 83:22,23 84:17
  85:2,11 86:9 87:2,7,11,16
  87:25 88:6 89:13,21 91:21
  95:13 97:13,21 98:17,24
  99:5 100:2 122:15 145:7
  150:3 170:8 185:6 203:10
**profit** 32:12
**profits** 99:9 103:13
**program** 164:11 165:18
  166:8,12 176:14 181:21
  252:18,21,24
**progression** 283:4
**project** 27:10 51:14 52:9,13
  52:14,22 53:4,13 55:24
  70:14 224:1 281:20
**projects** 52:6 53:23 54:1,13
  56:2 277:16
**promising** 52:13
**proper** 91:25 106:11,22
  154:15
**properly** 262:14
**properties** 56:19
**proportion** 180:18
**propose** 163:8
**proposition** 117:2
**prospects** 46:17 47:19
  48:18 51:13 52:8
**protect** 130:17 131:19
**protection** 131:1
**provide** 46:25 47:14,23 48:1
  63:9 207:11
**provided** 11:24 35:19 57:2
  63:20 64:6 75:20 77:9 83:3
  210:3 242:22 260:21

**providers** 50:10
**provides** 83:5 130:25
**providing** 47:22
**pry** 158:21
**public** 47:8 54:22 197:4
**publication** 118:1,2,11,12
  120:25 121:3,12,15 197:20
**publicly** 209:23
**publish** 50:14,17
**published** 39:3 117:22
  119:19,21 121:10 205:25
**publishes** 109:14 124:21
**publishing** 50:11 267:14
**pull** 35:21 110:7 114:14
  117:15 130:5 141:25 165:7
  198:21 202:1,5 240:21
  256:4 267:2,10
**pulled** 15:4
**pulling** 39:13 120:22
**pure** 92:4,6
**purported** 185:14,25
**purpose** 35:11 47:10 54:8
  78:1 84:24 89:25 90:1
  155:6 174:24 175:2 177:8
  177:17 202:23,25 217:9
  219:1
**purposes** 75:9 76:19 85:1
  96:23 97:2 106:10 121:18
  168:7 175:15 191:17 204:5
  211:16 216:17 232:8 252:7
**pursued** 114:21
**push** 142:9,10
**put** 11:9 14:18 25:21 61:13
  63:24 67:18 69:8 79:25
  101:22 102:25 133:16
  149:16 158:10 163:14
  165:15 212:5 256:8 271:13
  275:12 278:8,14
**puts** 81:22
**putting** 50:13 62:9 225:6
**PwC** 147:19 149:19,25
  150:11,16,19
**PwC's** 148:3

**Q**

**qualify** 89:6
**qualitative** 50:18 171:5
  179:9 187:6,25 190:8,9
  268:13,22 270:1
**quantifiable** 50:19
**quantitative** 47:15 50:3 51:2
  223:5 251:15 254:12 268:4
  268:19 270:10
**quantitatively** 240:17
**quantity** 230:3
**quarterly** 126:16

**question** 14:11 15:21 17:7,7
  17:14 19:8,11,14,21,23
  20:1,15 22:9,10 24:19
  29:15,18 30:9,11,22 36:11
  39:4,9 43:10,22,25 44:2,22
  44:24 45:4,24 49:4,8,21
  53:15,15,18,19,24 54:24
  55:18 57:5,17 58:22,23
  59:11,13,21 62:13,23 63:2
  63:8,9,12 65:1,4,13,15,17
  65:22 66:9,17 67:1,20
  68:21 70:6,19 72:2,10 73:4
  73:4,21 75:22 76:6,7 84:2
  89:16 90:5,10 91:19 92:5
  95:20 96:10 97:18 104:5
  106:21 107:1 113:8 118:17
  119:25 121:18 125:23
  127:13 128:1,6,23 132:8
  134:15,17,23 135:7,14
  136:5,12,12 139:11,18
  140:18 147:11 153:9 154:6
  159:24 160:13,21 161:11
  164:1 165:25 167:14,18
  172:24 173:19,20 181:3
  182:25 183:3 184:16,22
  187:2 193:11 194:18
  196:25 200:9,12 201:19
  203:7 204:14 207:14 211:5
  211:25 216:10 217:1,3
  220:18,18,20,21,23 228:22
  232:5,5,14,24 233:1
  236:23 239:9 244:6,25
  246:17 247:7,19,25 250:15
  251:21 254:3 255:14 256:1
  256:18 258:1 259:13 265:7
  266:15 268:25 269:10,14
  270:9 271:11 280:15 281:5
  284:1,11
**questioned** 186:1
**questioning** 13:5 60:10
  129:22 158:20 232:7
**questions** 13:13 15:5 29:6
  52:17 60:23 64:3 91:17
  139:15 152:25 180:11
  186:8 192:18 196:13 199:6
  201:2 219:15 221:14
  235:12 238:15,17 239:1
  240:25 245:16 272:9
  277:21 278:8,22 281:8
  284:24 285:2,9,12,16
**quick** 140:4
**quicker** 211:15
**quiet** 159:9
**quite** 46:10 54:19 57:23
  63:23 127:21 167:18
  247:10

**quotation** 111:19
**quote** 44:23 108:18 122:9
  138:5
**quoted** 110:10

**R**

**R** 3:1 4:1,22 5:1 154:1 251:6
**raise** 99:5
**raised** 16:19 18:5 55:1
  105:24 253:22
**rally** 112:15
**ran** 74:18 75:10 167:1,5
  201:10 256:19,20 263:11
  264:2
**Randgold** 115:12
**random** 242:14
**range** 209:24 210:6 211:3
  213:15 227:24 270:12
**rank** 33:6
**ranked** 115:25
**rare** 184:10
**rated** 253:13
**rates** 224:9 249:2,4,17
**rating** 226:21 250:24 251:4
  251:7,9,10,16,19,22 252:7
  252:11 253:16,21 254:7,13
  254:13,15,18,23 255:1
**ratings** 252:3 254:8 255:18
**ratio** 31:16
**raw** 28:24 103:6
**reach** 20:22 100:24 101:2
  193:4 200:14 250:10
  260:19
**reached** 15:20 41:13 187:10
  190:3 260:13
**react** 244:23
**reaction** 19:14 30:8 66:21
  133:24 267:17 270:6 271:7
  271:20
**reactions** 7:7 269:5 270:13
**read** 26:16 37:3,6,15 41:9
  103:15,16 104:6 114:4
  115:4 119:6 129:14,15
  131:2,10 134:7 146:12
  147:25 157:17,18 171:24
  187:6 196:11 199:4 209:3
  271:22,24 272:7 287:3,5
**readers** 271:14
**reading** 28:2 104:9 178:21
  197:23 225:5 272:2 283:8
**reads** 119:1
**ready** 120:3
**real** 52:21 197:6 251:18
**realized** 215:25
**really** 23:3 27:1,6,23 35:10
  50:20 54:3 66:22 69:4,7

81:23 86:4 89:2 93:3 98:9
101:17 102:22 117:10
123:6 124:5 128:1 135:15
138:18 144:8 157:8 160:1
162:13 173:10 174:2
178:20 180:25 189:22
191:2 195:5 205:19 209:15
214:4 215:7 225:2,11
242:18 248:19 258:1,10,18
261:5 269:16 282:7
**reason** 11:11 14:4 21:10,12
161:2,9 163:24 167:12,20
167:25 169:16 206:21
210:2 211:23 259:20 288:4
288:6,7,9,10,12,13,15,16
288:18,19,21,22
**reasonable** 151:10 152:10
153:18 154:6 155:25 157:2
157:22,23 158:2 216:15
259:15,17 260:25 261:3,9
261:11,14 262:6
**reasons** 43:3,11 84:6 98:3
106:7 163:12
**rebar** 120:24 122:13
**rebuttal** 16:6 21:6,14 63:6
63:10 165:8 263:1
**recall** 12:6 27:23 28:17
31:14 34:1,24 35:3 54:15
57:22,24,25 58:7,8,9 69:7
70:17 71:5,23 81:20,23,25
83:12 89:3 95:4 96:1,7
101:17,18,19 102:19
105:14,18 106:1,4 107:13
108:22 113:15,17 117:10
117:11 123:6,9,22,25
124:5,18 125:12 126:17
128:12 140:2,8 145:9
149:1,5,6,9,11,15 151:4
165:1,2,3,4,5 166:9,18,20
168:17 170:13,18,23 171:7
171:25 172:6,10,22 174:2
174:6,7,14,18 178:3
180:25 184:5 188:1 189:22
189:24 190:15,16 191:2,14
192:1 194:19 197:1 200:7
200:20,23 201:18 209:15
225:11,22,24 227:1,9
229:20 231:10,12,17 237:1
237:5 240:10 242:18
254:25 255:19,25 257:3
263:24 264:14,18 265:1
272:21 274:10 282:21
283:2
**recalling** 190:17
**receive** 12:12
**received** 262:25 265:14

270:20
**recess** 60:17,18 94:13,14
109:6,7 133:9,10 192:12
192:13 235:6,7 278:3,4
**recognize** 15:2 36:12
**recollection** 41:17,19 60:3
69:11 75:15 83:16 88:2,3
93:19 95:7,8 112:20 174:8
255:7,9
**recommendation** 48:21
**recommendations** 46:18
47:11,14,22 282:14
**recommended** 119:2
**record** 10:21 11:9 26:15
48:10 60:14,16,20 63:3
94:7,8,12,16 109:2,5,9
129:23 133:3,7,12 156:14
183:15 192:9,11,15 234:24
235:5,9 242:13 257:9
277:20,24 278:2,6,9
285:21 286:5
**recorded** 10:18 117:9 122:5
**records** 241:21
**reduce** 131:5
**reduced** 146:10
**reduction** 252:17,20
**reevaluating** 247:8
**refer** 12:18 76:18 79:15
83:18 112:7 113:19 116:23
138:5 139:17 178:13 203:7
209:8 262:19
**reference** 101:9 114:18
116:3
**referral** 9:4 14:23 130:3
133:14 165:11 195:10
**referred** 17:4 28:11 44:6
49:14 50:11 51:17 52:7
77:11 113:1 115:7 122:13
122:19 123:4 158:4 206:17
221:16 262:21
**referring** 14:20 17:14 32:22
63:14,15 68:20 74:4 80:5
85:18 90:19 116:21 122:6
122:22 139:16,19,20 158:3
175:11 239:4 242:23
280:10
**refers** 97:10 114:15 115:19
121:7,22
**refining** 88:16,17
**reflect** 217:18
**reflected** 134:5 190:10
**refresh** 190:1
**refuge** 115:3
**regard** 19:1
**regarding** 194:25
**regime** 56:18 58:3,5

**regist** 82:24
**regression** 29:14 73:14 74:6
74:7,17 75:11 256:19
264:22,23 283:9,13
**regressions** 264:2,5,20
265:2
**regulation** 56:22
**rehabilitate** 159:23
**reject** 37:13 41:25
**relate** 90:5
**related** 11:22 58:20 62:11
68:11 78:7 99:2 136:17
141:15 147:23 183:12
223:15 224:12 226:7 227:2
237:9 250:24 262:22
278:17 289:16
**relating** 277:14
**relationship** 130:23 139:25
140:6,14,25 275:22
**relationships** 141:9 276:10
**relative** 101:15,20 207:20
236:9,15 260:3
**relatively** 170:2 234:4 239:3
246:19
**released** 108:8 198:13
**relevance** 20:21,24 135:5,6
137:22
**relevant** 19:25 65:13,17,19
123:21 126:19 127:1
128:15 129:4 132:19
135:23 136:7,25 137:8
155:22 174:17,19,23 175:3
175:16 220:13 221:1,9
226:2 245:11,13
**relied** 109:18 124:25 125:17
125:21 228:2
**relies** 125:24 129:6
**rely** 120:6 124:8 125:3
126:21 132:15
**relying** 124:15 271:8,9,22
276:7
**remaining** 61:23,24 277:21
**remember** 28:12 31:17 69:2
69:4,21,25 82:8 89:10 97:9
107:18 117:24 211:13
218:19 224:13 229:3,10
248:17 264:9,15
**remembering** 18:24
**remind** 148:17
**reminded** 181:16
**reminder** 162:7
**remote** 13:8
**remotely** 289:10
**removal** 162:7,12
**remove** 162:6
**removed** 64:10 161:5

162:14 164:22 263:6
**remuneration** 188:13
**render** 48:16 76:25 168:6
**rent** 57:20
**REO** 42:23
**repay** 253:14
**repeat** 59:13
**rephrase** 255:14
**rephrasing** 136:5
**replicate** 160:6
**report** 7:9,11,13 8:4,5,7,9
15:3,8,11,18,19,22,24 16:6
16:7,21 19:9,20 21:3,4,15
21:19 22:13 24:3 25:22
26:2,20 27:17,20 28:2 29:3
31:17 34:11 36:2,13,19,22
42:7 47:18 51:6,10 53:10
54:4 55:9 57:18 58:18 61:3
61:7 64:18 67:7 69:17 70:1
71:2 75:10,23 77:10 79:7
79:13 81:24 85:8,17,20
87:13 88:2 89:5 97:5 101:4
101:18,23 102:25 103:2
105:21 107:19,24 110:21
113:18,20,24 114:7 115:14
116:13,24,24 117:16,19
118:22 119:15,19,23 120:7
120:15 121:19 122:2,5
124:2,4,19 129:1 130:7,9
131:13 132:12,14,19
133:17,21 140:11,17
141:14 145:12,14 146:4,24
147:7,15 151:3 158:17
164:9 165:8,9,15 171:2,4,9
171:11,19 176:5,9,11
178:6 179:21 181:8,13,14
181:18,20 183:16 185:2
187:8,13,18 188:5,13,25
189:23 190:5,11 194:21,23
194:24 196:15 197:17
198:13,17,18 200:14
201:23 202:4 208:12,15,18
209:9 211:13,25 212:6
213:12 219:24 223:15
224:11 226:2,10 227:7
234:12 250:23 254:10,25
256:4,11 262:17,18 263:1
264:5 265:3,10,12,13,15
265:17,21 266:2 267:21
271:10,21,22,24 272:4,5,6
272:20 275:14 281:10
282:6,15 283:10
**reported** 1:23 51:10 66:6
109:15 115:11 116:15
120:5,11 123:1 124:22
**reporter** 10:22,24 14:8

289:1,5
**reporters** 50:24
**reporting** 10:17,23 115:9
  119:9 282:10
**reports** 17:5 46:1,10 47:10
  61:18 68:2,3 85:15 100:24
  108:15 142:4 156:23
  157:11,17,18 158:14 166:5
  171:10,14 174:3 200:25
  222:24 223:3 269:24
**represent** 121:14 214:17
  216:7 217:14,22 262:10
  279:22
**representation** 95:24
  125:16
**representative** 48:23
**represented** 56:10 87:8,16
  95:15 96:13,13,22 97:3
  100:5,5 101:1 208:23
  220:2 269:1
**representing** 10:16,23
  172:2
**represents** 280:2,19 283:22
**request** 278:12,15
**require** 25:9 136:14 258:5
  259:9
**required** 276:22
**requirement** 82:10,15,17,21
  82:23
**requirements** 56:23
**requires** 138:20,23 198:5
  280:5
**requisite** 24:24
**research** 49:15,15 53:10
  145:22
**researcher** 33:6 98:13
**reserve** 278:16 285:2
**reserves** 172:4,14
**resource** 275:16,18 276:5
**resources** 53:12,16,22
  57:19 165:2 166:11 168:6
  188:20 276:3,8 284:21
**respect** 12:1 17:3,15 18:3
  45:6 59:1,19 66:3 89:7
  109:24 137:14 138:10
  139:24 140:5,13 148:6
  156:10 226:24 227:5 228:6
  228:23 251:8 256:2 267:3
  270:22 278:18
**respective** 11:23
**respond** 63:10
**responded** 19:24
**responding** 21:14 66:8
  75:16
**response** 30:18 41:20 63:21
  105:23 162:13 168:11

**responsive** 167:15
**rest** 66:13 260:10
**restating** 48:20
**result** 18:15 41:7 44:19
  74:22 200:6 201:4 212:11
  237:10 250:8,9 251:2
  258:23 259:10
**results** 16:25 41:14 42:22
  43:13 72:4 259:4 260:14
  263:23 264:1
**retrieve** 194:20
**return** 19:3 42:24 134:6
  173:13 178:2,14 179:3
  180:16 220:9,9 226:12,13
  238:10 239:22 240:3
  245:23 256:20,25 257:16
  257:20 260:1,15,20 283:18
**Returning** 91:21
**returns** 34:17,18 37:1,18,19
  39:18 70:13 71:3,21 74:21
  102:16,17 108:11 140:15
  140:25 178:15 232:9,13,21
  234:5 238:1 239:17 246:14
  246:14,22 258:7,13,15,21
**revealing** 221:12
**revenue** 52:2 55:18
**revenues** 103:13
**review** 8:10 26:12 36:18,21
  46:9 144:12 147:4 197:13
  197:19,24
**reviewed** 62:9 69:19 98:6,9
  171:10,14 173:23 181:13
  222:21 268:9 269:12,13
  270:15 271:3
**reviews** 33:25 224:7
**RIFKIND** 4:18
**right** 12:16 19:16 20:8 34:9
  34:19 36:7 38:17,23 39:3
  40:6,11,18 42:12,15 45:15
  49:3 50:13 52:15,22 55:6
  55:11,16,19,23 56:3,13,19
  58:11,16 63:10,22 64:14
  64:18 71:18 75:11 80:10
  80:21,25 83:18 93:7,10,15
  93:18,25 94:25 101:12
  104:12,19,20 109:3 111:1
  115:13 116:16,25 120:9
  121:1,4 122:20,25 123:2
  129:1,6 133:6 137:9
  141:12 142:24 143:10,14
  147:11,16 150:9 151:5
  153:23 154:4,17 159:17
  160:19 163:8 164:12 167:3
  168:23 171:11,16 173:2
  176:21 177:2,13,14,20

179:6,17,25 180:3,7
  181:14 182:4,7,10,14
  186:16 188:17 189:7,10,15
  190:14,19,23 194:4 195:2
  198:18 199:2,14 201:2,13
  201:17 203:2 210:6 211:22
  219:12 220:11 221:4
  223:16 226:3,8,14,15
  231:21,25,25 232:3 233:7
  233:20 234:20 236:3,6,10
  237:12,18,23 238:3,5,13
  239:6,12,18,22 240:3,15
  242:8 243:8,11,17 244:1
  245:10,15 246:8 252:18,25
  254:8,16,19 255:3 256:22
  257:1,24 261:15 262:3
  263:7,12,21 267:18 277:9
  278:16 279:2 282:11
**right-hand** 146:5
**Rio** 1:7,7 2:7,7 3:16 8:12,13
  8:15,18 10:8 22:22 23:6,17
  23:21 45:8,10 51:7,24
  53:22 54:2,10,13 55:5,9,15
  56:2,17 57:3 58:1,10,14
  62:11,21 63:6,21 64:7,10
  64:16,24 67:5,15 68:1,11
  68:25 69:8,15 70:13 76:25
  77:4,8,22,24 78:2,7,13
  79:5 84:17,19 85:2,3 86:17
  87:18 88:6 91:22 92:1,3,11
  92:12,16 95:6,16,18 96:1
  96:14,23 97:13,14,18,20
  97:22 98:20,22 100:6,12
  100:14,19,23 101:11,15,21
  103:13 105:7,11 106:10,18
  106:23 108:10,11 109:17
  113:4,25 114:20 116:4,6
  119:3 123:21 124:24 125:2
  125:7,10,16 126:2,14,20
  127:1,10,18 128:13,15,24
  130:6 131:13,17,18,21
  132:5,15 133:24 134:4
  135:9 137:16 138:1,5,11
  138:13 139:2,2,9,25 140:7
  143:21 145:4,7,11,17,24
  146:8,16 150:8 151:1
  154:16 155:4,9 156:23,25
  157:10 158:13 159:16
  161:7 162:1,25 163:16,20
  164:11 167:22 168:7,22
  169:5,8,17 170:8,21
  171:22 172:8,15 174:4,13
  175:13,22 177:1,17,24
  178:17 179:5,16,24 180:5
  180:24 181:1 182:3,19,20
  183:24,25 184:9,14 185:7

185:19 186:24 187:11,21
  188:17 189:7,20 191:5,17
  191:22 192:19,21,25 193:6
  193:16,24 194:14 195:1,16
  198:24 199:1,11,18,23
  200:16 208:20 209:2,6
  210:17,18 211:9 212:19
  213:19,21 214:18,24 216:7
  219:20 224:21 225:9,20
  226:7 227:17 228:10 231:5
  231:16,19 233:7 234:3
  236:25 238:18 241:3,12
  242:16 243:7 246:5 250:11
  250:24,25 251:3,10,21,25
  252:8,15 253:20,21 254:22
  276:12,15 277:4,6 279:4
  284:6 285:8 288:3
**Rio's** 118:24 157:17,18
**rise** 114:16
**rising** 102:6 109:25 110:12
  116:4,7 212:14
**risk** 130:13 223:15 249:19
**risks** 145:16,17 223:10,20
  224:1
**River** 225:10,21
**Riversdale** 19:25 24:10,16
  51:4,7 53:12,15,21 54:11
  54:16 55:21 58:10,14,24
  59:17 61:4 62:11,22 63:7
  63:22 66:3 68:12 114:1,21
  116:5 118:24 119:2 133:25
  192:19 193:1,6,24 194:7
  197:25 199:2,18,24 208:21
  209:7 211:10 214:18 216:7
  216:19 217:2,15 220:4
  222:16 223:10 255:2,12,16
  266:6 279:23 280:19,24
  281:1 283:23 284:18
**Riversdale's** 208:24
**Robert** 1:8 2:8 4:17 5:4
  208:13
**rod** 122:14
**role** 170:19 224:15 251:14
  265:11
**rose** 111:1 112:17 115:1
  116:2 122:3
**roughly** 84:14 231:10
**round** 229:23,25 230:10,15
  230:18,20 231:3,14,20
  232:2 237:15,17
**rounding** 93:4
**royalties** 277:14,17
**RPR** 1:24 2:19 289:23
**RSA** 1:24 2:19 289:24
**RTCM** 138:1 151:1
**RTE** 52:5

CONFIDENTIAL

Glenn Hubbard,
6/26/2020

21

**RTM** 251:1 268:16
**rule** 96:17
**rules** 11:22
**run** 18:19 29:14 166:15
204:6 264:5 283:4,5,14
**run-up** 67:12 283:16
**running** 73:18 152:19 263:5

**S**

**S** 3:1 4:1 5:1
**S&P** 76:12,17,19,23,24
77:19 78:5 79:3,15 83:6,10
87:17 89:2 93:6,14 95:2
107:10 113:13 148:8,23
154:14 156:11 159:20
160:3,4 169:13 183:7
264:6,17
**S&P9** 93:25
**sake** 128:18
**sales** 125:8 126:15
**sand** 173:10
**sat** 266:15
**save** 130:17 287:7
**saving** 252:24
**saw** 55:8 156:25 157:10
196:16 218:22 255:19
**saying** 43:13 45:14,21 63:13
67:14 82:25 126:9 129:15
134:25 143:25 150:11
151:4 153:4,4,6 159:1
160:5 168:24 173:1 186:13
190:13 195:24 212:25
214:15 215:9,12 217:21
218:21 247:22 249:15
260:12 261:7 268:17
**says** 28:8 40:8,9 80:8 86:12
105:18 110:22 111:3,5
112:13 113:24 114:19
122:7 126:1 130:15 131:5
131:18 142:22 145:17
147:4 166:2 177:12 178:6
180:16,17 198:24 199:11
199:17 214:1,21,23 216:12
217:18,19,25 219:8 260:10
261:23 270:17
**scale** 53:13 54:2,13
**Schleifer** 41:20
**scientific** 46:5
**scope** 262:15
**score** 269:5 270:5,19,21,22
271:6,19
**scoring** 267:16 268:17
269:11
**scratcher** 213:12
**screen** 12:22 14:19 15:15
25:22 36:3,5 61:13 79:25

142:6 165:16 181:10 202:2
256:9 257:12
**screenshot** 8:12,13,14,17
8:21 142:1,15 240:22
241:2
**scroll** 61:23
**scrolling** 15:10
**search** 62:7 124:4 201:5,16
202:13,16,16 266:21
**searches** 201:7,10 202:21
**searching** 266:25
**SEC** 12:13 136:8 288:3
**second** 43:5 65:5 99:15
110:9 122:6 130:14,15,22
133:21 180:17 183:16
195:21 219:12 252:16
**seconds** 48:9
**section** 87:14 103:16 124:4
145:15 146:6 176:11,13
188:13 250:24 279:6
**sector** 35:15,16 54:22
108:16 112:16 114:16
176:22 180:19 210:10
249:19
**secure** 196:4,23 198:4
**securities** 1:4 2:4 3:4 10:8
11:20 151:9,14 154:4
238:22 239:3 244:23 248:6
253:12 261:2,5,8 262:4
273:6
**security** 28:19 29:24 30:3,13
30:25 151:12,15 232:6
241:12 243:13 246:19
**see** 12:23 15:14 21:21 23:7
23:17,17 25:2 36:7 37:18
39:19 40:1 41:5 42:9 50:9
55:14 70:22 79:11,19
85:15 86:5 108:20 110:8
110:13 114:17,22 118:7,7
121:8 130:19 135:1,15
142:3,5,6 143:2,5,7 145:1
145:4,20 147:1,17 149:23
149:24 150:5 157:5 158:21
161:8,11 166:10,13 168:3
176:4,6,13,23 177:2,22
178:10 180:21 181:10,23
182:1,3,12 183:10 185:2
194:13 196:7 197:14 198:7
198:15 199:14,20,21 200:4
210:13,14 232:24 236:9
238:20 241:1 242:3,5
243:9 257:21 260:4,7
264:8 267:11,13,15 271:14
271:25 272:1,19
**seeing** 71:23 209:14
**seek** 115:2 278:16

**seeking** 194:25
**seen** 105:25 124:3 195:17
196:10 198:1 208:15
211:24 274:20
**sees** 75:18
**segments** 97:16
**Select** 76:12
**selecting** 82:11 244:14
**sell** 47:11 125:10 148:11,14
153:7,13 198:3
**seller** 198:1
**selling** 83:11 127:19 153:15
172:8
**sells** 88:6 145:4
**semi-strong** 30:20
**sense** 49:6 51:6 58:25 59:19
106:17 126:23,25 129:7,10
129:24 186:9 218:24
235:24 280:6,9 284:9
**sensitivities** 18:19 263:18
**sensitivity** 16:10,23 34:6
164:14,16 166:15 167:1,5
168:25 262:22 263:5,11,19
**sentence** 104:14 110:22
112:13 122:7 124:20 127:6
130:15,22 131:4 145:17
146:8 183:17 199:17 210:8
**sentiment** 48:18 58:19 59:1
59:19 60:1
**sentiments** 58:1
**separate** 83:11 281:3
**SEPARATELY** 9:13
**serve** 189:20
**service** 50:10
**services** 50:22 279:14
**set** 155:9 238:4 261:18,24
289:11
**sets** 261:11
**setting** 277:16
**seven** 18:12
**shadow** 167:8
**Shanghai** 120:24 122:13
**share** 50:8 138:6,10,12,18
208:22 223:6 225:4 280:22
283:21
**shareholder** 178:2,8,14
179:3 180:16 214:25
273:15,21,24,25 274:4
**shareholders** 119:2 193:24
196:3 199:20 273:13,14,22
274:3,5,8,9,19,23 275:5
**shares** 194:16 196:6 199:25
200:17 208:25 209:25
219:21 230:4
**sharply** 116:2
**sheet** 23:25 287:9 288:1

**Shell** 182:17
**shift** 250:6
**Shines** 273:6
**shock** 96:4 102:9 112:22
**shocking** 159:12
**shocks** 96:16 98:2 99:1,3,7
99:12 104:21,22,24 107:3
122:22
**short** 31:16 60:13 94:9
120:24 234:24 273:11
**shorthand** 289:4,12
**show** 61:11 118:22 165:9
176:2 183:14 185:1,14,25
188:4 195:12 208:11
209:22 240:23 257:14
**showed** 42:21 145:22 186:2
**showing** 145:10 215:18
**shows** 165:17 241:2,11
243:5
**sic** 81:8,9,10,17,22 82:9,12
82:15,18 83:7,16 85:14,25
97:1,2,7,13,16,19,21 98:6
267:10
**side** 146:5
**sidewalk** 152:20
**signalled** 128:2
**signalling** 221:21
**signature** 15:8 286:6 288:24
**Signed** 287:16
**significance** 37:23 38:10
41:10,15,21 42:1 44:1,16
64:22 73:7 75:19 101:15
101:20 238:13 259:12
**significant** 19:3 22:1 39:8
40:9,18 41:3 42:4,16 43:14
44:2 47:9 66:1 67:12 68:10
68:15 69:25 72:12,17,19
73:1 96:22 100:14 101:11
134:5 149:12 151:16
182:20 226:11 236:14
256:15,25 257:17,19,23
258:4,6,13,21,23 259:8
260:1,15,18
**significantly** 131:5 250:17
**silliness** 213:17
**silly** 21:1 213:4,5 215:8,13
215:25 218:1
**silver** 86:20 115:5,6,13
116:2
**similar** 31:3 83:22,23,25
84:11,18 85:3 86:14,22
87:2,3 91:22 95:21 97:2,20
98:7 100:8 106:16 107:5
172:21 173:14 178:16
180:23 186:5,6,14,25
191:22 209:9

similarly 106:2
simple 129:3 133:1
simply 19:20 20:18 21:4
  22:8 63:5 97:12 99:4
  118:10 139:19 208:5,7
  213:20 260:8
single 91:16,19,20 92:20
Sinha 5:7
sir 12:2 22:14 26:23 37:20
  46:12 62:1 117:5,20
  171:12,17 189:16 199:3
  201:14 202:15 222:25
  226:9 239:7 241:5,15
  242:24 244:15 245:11
  262:24 279:3
sit 111:21 119:17 168:5
  190:14 257:3
sitting 81:25 124:5 149:9
  171:7,24 174:1
sixth 113:22 114:18
size 170:10 232:19,21 233:5
  236:19,20
skepticism 60:3
skill 48:4
skills 48:6
skip 15:6
SKOLNIK 3:8
skolnika@sec.gov 3:12
slight 164:11
slightly 175:20 280:14
small 170:3 221:22 230:12
  230:21 231:4 232:3 234:4
  243:16
small-lot 232:11
smaller 32:11 87:23 92:3,10
  92:11,14,15 93:12 229:6
  230:11 245:22
smiling 188:10
so-called 56:2 256:2
software 84:5
sold 84:4,18 85:3 87:18
  91:22 145:7 231:18 232:19
solid 112:15 114:15
somebody 46:16 128:20
  152:18 207:3
somebody's 262:1
someone's 196:18
somewhat 55:22
songwriters 277:18
sorry 17:11,13 24:11 28:18
  37:7,10 38:1 40:5 44:21
  52:25 53:14 54:15 56:4
  57:4 58:4 59:4,5,12,13
  70:7 76:1 80:22 82:14
  87:19 91:1 94:1 95:4 100:1
  101:25 104:4 105:6,9,14

111:5,22 112:1 116:20
  117:24 118:6 123:22 126:6
  136:4 142:8,9 144:22,23
  147:7 158:7 161:18,20
  174:3 176:15,16 177:10
  188:22 189:1 194:2 209:18
  215:22 225:16,17 226:17
  230:6 231:17 235:15 237:5
  241:9 242:20 249:14 250:8
  255:13 264:18 276:16
  283:18 284:16 286:1
sort 11:21 13:22 33:6 35:6
  50:11 132:11 158:14 183:3
  184:12 201:4 218:17 223:1
  267:15 269:3,11 270:4
  281:8
sorts 152:24
sound 46:5 72:11 141:5
  152:21 210:6
sounds 46:6 75:2 82:23
  99:15 211:4
source 120:15 124:9,15
  240:23 241:20 270:4,4
sources 29:1 47:8 51:1
  108:19 109:21
Southern 1:2 2:2 10:10
sovereign 223:15
space 86:7 87:25
spare 23:8
speak 151:8,20 152:15
speaking 97:15 276:25
  279:1,12
specialization 275:16
specialize 46:20,21
specific 30:4 47:22 99:3
  101:9 114:25 115:10
  122:17 141:10 169:22
  175:7 205:15 213:24
  223:10 224:2 227:25
  228:10 230:4 241:12,13
  244:21 245:6,10 250:12
specific-news 246:8
specifically 18:2 74:4 77:15
  100:12 107:16,23 122:1
  133:20 134:12 139:2
  164:16 169:12 177:12
  183:14 228:22
specifies 114:25
specify 110:25
speed 150:13
spelled 171:2 187:13
spelling 271:15
spend 27:25 46:23 73:25
spending 58:13
spent 27:17 265:18
SPMM 79:23

spot 96:20 116:15 117:3
  122:7,18 123:4,7,15,20
  124:23 125:3,8,10,18,21
  125:25 126:5,21 127:1,5,8
  127:17,24 128:15 129:6
  131:14,21 132:5,16 142:20
  143:12 144:13 184:2
  275:22
spread 229:17,19 233:18
  235:23 236:21
spreads 31:24 32:2,7 231:1
  233:15,16 236:8,24
stabilize 131:20
staff 26:14,21 242:9,20,21
  243:23 265:9,12,18,20
  268:7,10 270:24 271:1
  281:9,11,14,15,24 282:10
  282:13 283:1
Stafford 205:6
stage 88:1
stages 98:1 99:11
stake 198:2 199:12,19
  208:21
stamp 121:22
stand-alone 281:3 284:4,19
standalone 280:25 284:10
  284:13,15
standard 37:21 38:8,15
  81:12 153:24 212:17 223:1
  238:1,9 246:22 258:19
  269:8
standards 269:4
standing 47:17
stands 149:19
star 38:9,19,22 40:2,9
stars 38:10,11,16
start 14:17 36:9 148:7 154:1
  248:13 253:9 266:12
started 22:17 86:3 154:10
starting 17:24 85:22
starts 143:8 160:3 197:23
state 14:5 21:2 64:7 86:17
  106:8 116:14 124:20 257:9
  258:17
stated 37:8 180:8 225:20
statement 20:17 56:14
  116:20 125:13 132:12,14
  173:18 196:23 225:25
  260:8
statements 101:10 130:11
  256:3
states 1:1 2:1 10:9 146:9
  289:2
stating 225:2
statistic 38:6 40:2 42:8,12
  42:23 72:5,24 73:4,5

statistical 37:22 38:9 41:15
  44:1,16,25 63:25 64:22
  73:7 75:19 205:7 238:13
  250:10,20 259:12
statistically 19:2 22:1 37:9
  40:9,17 41:3 42:16 43:14
  44:2 66:1 67:11 69:24
  72:12,16 73:1 134:5
  151:16 226:11 250:16
  256:15,24 257:17,19,23
  258:3,6,13,20,23 259:8,25
  260:15,18
statistics 37:18,23 38:16
  45:25 66:18 67:1,22 72:21
Staying 242:19
steel 79:8 87:25 88:5 89:12
  98:16 102:2,5,17 103:4,10
  104:16 105:13 106:5
  120:23 122:14 193:8
steelmaking 170:16 194:3,9
  198:6
stenographic 10:21
step 68:20 140:22 225:18
sterile 70:19
stipulations 11:25 12:10
stock 20:10 31:4,6 32:9
  39:17 42:24 102:15,17
  103:11 104:17,19 105:3,6
  105:12 106:4 108:16
  109:16 125:6 134:20
  136:11 139:2,10,21,25
  140:7,15 144:1,7 148:10
  151:23 152:4,13 153:7,23
  221:2,9,18 248:12 262:7,9
stockholders 152:3
stocks 47:11 102:5,23
  110:24 112:15 148:20
  236:22 253:7,10
stories 141:18
story 50:25
strategic 221:12
strategies 280:11
strategy 203:9,23,23 206:18
  277:11 280:5 284:21
streaming 277:15
Street 3:5 4:5,12 7:15 46:16
  46:24 114:8 115:11
strength 44:16
strictly 131:8
strike 155:22,24
strong 44:3 82:21 150:12
structure 128:17,24 186:11
  249:3
studied 228:11 229:19
  231:20 238:19 240:7
studies 20:4 22:23 29:7

33:19 34:23 49:10 76:12
151:17 154:22 204:23
205:6,7 209:22 229:16
**study** 29:8,11,12,20 30:2,12
30:17 33:3,14 34:2,13,25
35:5,9 46:9 60:5 76:15
77:24 78:12 82:11,20
84:17,25 85:2 95:16 96:14
96:24 98:20 100:6,13
106:10,23 138:2,25 140:3
150:20 154:13 155:3,4
157:15 158:15,17 161:7
163:3,19 173:9 185:8,20
186:2 187:22 189:15,21
191:6,17 194:12 196:22
213:17 226:6,12,14,23
233:6 234:20 237:21 238:8
238:11 243:21 244:5,9
245:19 250:8 264:23 283:5
**studying** 89:22 195:20
200:21 275:21
**stuff** 271:16
**subheading** 147:3
**subject** 23:20,21 56:22 61:7
61:9 107:3 118:8 178:7,9
193:3 205:17 237:21
266:21
**subjected** 56:18
**subjects** 16:1 22:19
**submission** 265:3
**submitted** 15:24 22:13
208:12 264:5
**subscribed** 289:20
**subsequent** 16:6
**subsequently** 24:1 30:7
**subset** 228:18
**substantially** 210:19
**Success** 195:24
**successor** 17:9 22:20
**suddenly** 137:4
**sufficient** 30:25 31:10 32:5
173:7 227:18
**sufficiently** 161:6 187:11,21
189:19 191:24
**suggest** 48:2 68:3 132:21
**suggested** 43:8 113:9
**suggestion** 283:1
**suggests** 72:20
**Suite** 4:5
**summaries** 266:3
**summarize** 256:13
**summarizes** 266:5
**summarizing** 225:2
**Summary** 7:6 133:21
**sunk** 219:20

**supervision** 289:14
**supplementary** 15:13
**supply** 194:15 196:4,24
**support** 42:23 52:19 120:7
122:2 125:1 269:21
**supported** 41:14
**supporting** 227:6
**supports** 41:7
**suppose** 20:7 30:8 67:18
218:14 280:6 281:5
**supposed** 105:16 281:4
**sure** 12:9 15:14 25:21 29:10
30:10 38:13 41:10,24
45:16 46:15 48:13 50:9,9
50:20,21,22 51:3 54:19
57:11,15,23 59:16 62:23
63:20 64:6 65:2,10,11
67:19 68:5,8,14 70:11
73:11 76:21 80:7,14,23
81:21 82:17 101:3 102:3
102:20 103:21 104:13
105:2 106:22 107:21 118:7
118:9 121:6 126:18 127:22
128:24 129:25 132:25
138:10 139:3,7,12,18,22
140:2,20,22 141:3,20
143:24 144:11 145:6
147:10 151:4 153:5,8
160:7,20 167:14,17,18
171:23 172:16,17 173:23
174:14,17 175:10 177:6,7
177:16,21 178:20,25
179:18 183:11,12 185:22
193:10 200:22 205:19
207:15,17 221:5 231:1,22
234:21 235:2 239:23
242:15 244:3,8 246:1,9
247:10 252:1,13 254:4
258:18 262:14 263:10,15
263:16 265:20 266:19,20
269:7 270:20 273:7 274:14
274:20 278:23 279:13,20
280:8,23 282:7,16,23
284:2
**surely** 45:3 264:9
**surmise** 212:13
**surname** 49:16
**surprise** 74:16,24 218:15
222:17 223:3
**surprised** 70:25 222:23
223:8
**surrendered** 196:5
**surveyed** 59:24
**suspended** 286:7
**suspenders** 228:20
**Sustainable** 145:15,16

**swear** 10:24
**switch** 189:12
**sworn** 11:5 289:7
**sync** 150:4
**synergies** 203:12,24 204:7,8
204:15,16,20,21 205:15
206:3 280:11
**synergy** 204:9 207:6
**synthetic** 131:7
**system** 57:11,16 81:13
85:25 267:16
**systematic** 201:5,16 202:21
226:5 266:16

---

**T**

**T** 72:6
**T-E-C-K** 166:11
**table** 39:24 40:1,8 42:6 80:8
147:15,19 149:18 165:9,16
165:17 168:4
**tableau** 212:15
**tables** 266:1
**tactics** 196:1
**take** 25:18 28:5 39:21 42:5
51:16 59:8 60:7,13 83:17
103:1 107:22 109:2,20
111:7 116:13 119:14 120:2
129:24 130:7 133:20
140:22 141:7 143:1 144:18
144:21 146:3,23 147:6
149:17 150:21 156:4
160:20 164:14 173:11
176:3,7 181:7,19 188:11
192:5,9 195:21 198:12,20
199:8 201:1,24 209:17
216:14 219:4 225:17
234:24 243:19 254:15,18
256:7 262:18 282:14
**taken** 2:15 60:17 94:13
109:6 133:9 134:18 192:12
235:6 255:17 278:3 288:2
289:10,12
**takeover** 114:2 118:24
119:3
**talented** 208:5
**talk** 13:10 22:17 51:3 76:10
76:22 150:19 158:9 203:25
219:24 220:1 238:25
253:10 259:7 266:8 282:19
**talked** 35:2 42:13 87:15
156:16,18 164:18 166:19
166:23 169:18 171:3
185:24 228:7 229:16 259:1
263:21 265:8 278:9
**talking** 29:23 36:9 74:7
88:25 100:12 106:14 132:1

138:6,7 141:11 155:7
196:15 222:24 228:5
248:11 253:6 261:1 281:2
**talks** 65:23 98:9
**tall** 12:16
**Tape** 10:5
**target** 47:16 50:5,6 204:17
204:22 206:13 223:6 268:5
268:18
**targets** 46:19 49:6 200:6
224:9 225:4
**tasked** 61:9
**Tata** 193:8,18,23 194:3,16
194:17,25 196:23 199:25
200:17
**tax** 56:18,22 57:1,5,8,10,20
58:2,5,8
**taxations** 57:14
**team** 26:24 71:2 74:18 75:10
166:4 171:13 172:11
181:12 202:13,20 264:1
266:16,24
**Tech** 19:1
**technical** 135:18 256:17
**technically** 122:23 274:13
**technique** 34:9,22
**Teck** 18:23 165:1 166:11,11
166:16 167:12 168:3,6
177:4 180:2,6 182:6
188:20
**Telephone** 3:6,19 4:6,13,20
**tell** 29:8,16 63:17 64:4 70:10
111:9 127:9 213:4 265:11
265:14 282:5
**telling** 214:22
**tells** 217:4,12 220:8
**ten** 23:16 27:3,3,6 48:9 80:9
80:13,16,19,20,23 277:20
**tend** 146:15 229:5
**tendered** 258:9
**tendering** 48:5 218:8
**tends** 185:17
**term** 126:4 139:21 151:3
203:2 229:23 231:8 235:13
235:21 244:25 247:23,24
248:4 249:3 261:11 280:9
284:17
**terms** 33:18 34:17,18 97:19
99:9 124:11,13 125:15
137:24 152:7 162:20 170:8
184:13 185:6 186:13 196:5
196:24 202:16 222:22
229:7
**terribly** 132:21
**territorial** 57:13
**test** 30:22 66:22 70:2,13

71:2,20
**testified** 11:5 263:2,5
  272:23 273:2
**testify** 277:3 289:8
**testimony** 287:4,7
**testing** 29:13 70:9
**Texas** 4:5,5
**text** 15:13 112:9
**thank** 11:14 24:17 48:12
  76:8 90:3 112:3 130:1
  133:5 176:19 189:3 235:3
  275:8 285:5,7,9,13,17,19
  285:20,22,22
**thanks** 11:10 94:18 256:13
  285:25
**theoretical** 30:17 238:5,6,14
  238:15,17 239:1,24
**theoretically** 239:19
**theory** 99:12,13 265:19
**thereof** 289:18
**thesis** 160:2
**thing** 13:7 31:9 45:14,21
  49:18 71:7 96:4 206:20
  214:21 216:9 234:15
**things** 26:8 31:24,24 32:1
  44:1 46:8 47:5 48:15 50:5
  50:18 51:11 52:20 53:2
  62:25 84:13 87:25 151:17
  164:19 177:15 203:24
  204:6 206:8 210:5 219:9
  221:13 223:14,17 224:10
  224:19 228:2 245:17
  249:21 264:13 265:22
  266:22 269:19 280:21
**think** 14:15 16:22 18:22 19:1
  19:4,5,23 20:16,25 21:18
  21:20,22 22:5,10 27:4,6,18
  31:8,11 33:11,24 35:6 40:3
  42:13 43:24 48:17 51:20
  51:21,22 52:3 53:18 55:3
  58:12 62:14 63:8,16,25
  66:9,12,16 67:21 70:18,22
  71:6,14 72:1 73:22,25
  75:21 78:17,21 79:11 83:6
  85:8 87:10 90:15 91:15
  94:4,19 96:15 97:5,25 98:8
  98:15,21,24 100:3,19,21
  101:2,10 103:17 105:22
  107:3,9 108:24 109:1
  112:24 113:10 114:17
  127:14,22 128:2 132:2
  134:15,17 135:7 136:22
  137:10 138:16 144:17
  149:14 152:2,4 153:24
  154:3,11 155:11,18,21
  157:2,8,21,25 160:1

161:21 162:2 163:7 164:20
  169:18,25 174:6,24 176:8
  178:19 183:8,23 184:2
  186:18 187:5,23 188:3
  191:10 195:4 196:25 200:3
  203:23 204:16 205:24
  206:10,23 207:5 209:8
  211:12,25 212:13 213:9,23
  214:5,9 215:10,13,24
  218:1,7 219:23 220:11
  222:19 223:14,25 224:15
  229:1 230:6 232:15 234:23
  237:7 239:13 247:2,6
  248:1 249:5 250:4,6
  252:19 254:9,24 255:24
  256:11 258:24 259:20
  260:9 262:19 263:9,22
  264:8,8,11,12 269:15
  271:11 272:8,19 274:6
  276:23 277:22,23 280:9,13
  280:14 283:15
**thinking** 16:13,15 48:24
  151:24 157:13,20 214:10
  284:6
**thinks** 112:23 135:20
**third** 43:6 61:16 111:15
  270:4
**Thomas** 1:8 2:8 3:9 4:3 5:5
**Thompson** 28:24
**thought** 23:4 44:5 126:9
  157:3,9 168:11 196:1
  206:4 218:17 251:17
  263:14 269:1
**three** 12:15 38:11 81:15
  182:4,7
**threshold** 39:5 72:20 82:8
  230:3,4 231:2 244:11
**Thursday** 239:21,22 240:2,3
**time** 10:13,14 13:15 15:22
  46:23 51:16,25 52:12
  54:17 57:10 58:21,24
  59:17,22,22 60:16,20 67:8
  67:15,24 73:25 94:12,16
  94:22 105:24 108:9 109:5
  109:9 112:22 118:17
  119:25 120:3,8,10,12
  121:3,7,19,22,23 127:14
  132:2 133:7,8,12 135:2
  140:14,23 164:8 171:21
  172:24 179:10 181:1,25
  190:18 192:11,15 199:8
  202:22 207:16 208:2
  209:14 210:17,25 211:2,20
  218:11 222:13,14 223:21
  225:18 235:5,9 237:2,4
  247:9 251:25 252:6,9

254:3 255:22 261:16 262:5
  264:4,19 272:17 276:18
  278:2,6 284:25 285:3,5,17
  285:23 289:11
**timeline** 202:24
**timeliness** 223:22
**times** 83:15 134:10 164:9,18
  203:19 216:21 265:9
  272:13,15
**timing** 23:22
**Tinto** 1:7,7 2:7,7 3:16 8:12
  8:13,15,18 10:9 22:22 23:6
  23:17,21 45:8 51:7,24
  53:16,22 54:3,10,13 55:5,9
  55:15 56:18 57:3 58:1
  64:10 67:5,16 68:1 69:8
  76:25 77:5,9,22,24 78:2,7
  78:13 84:17,19 85:2,4
  87:18 88:6 91:22 92:1,3,11
  95:6,17,18 96:2,14,23
  97:14,14,18,20,22 98:20
  100:6,13,14,20 103:13
  105:7,11 106:11,18,23
  113:4,25 114:20 116:4,6
  123:21 125:10 126:14
  127:18 128:13 131:17,18
  134:4 135:9 137:16 138:1
  138:5,11,13 139:2,2,25
  140:7 143:21 145:4,7,11
  145:24 146:8 150:8 151:1
  154:16 155:4,10 158:13
  159:17 161:7 162:1,25
  163:16,20 164:11 167:22
  168:7,22 169:5,8,17 170:8
  170:22 171:22 172:8,15
  174:4,13 175:23 177:1,18
  177:24 178:17 179:5,24
  180:5,24 181:1 182:3,19
  182:21 183:24,25 184:9,15
  188:17 189:7,20 191:5,18
  191:22 192:19,21 193:1,6
  193:16,25 194:14 195:1,16
  198:24 199:1,23 200:16
  208:20 209:2,6 210:18
  212:19 213:19,21 214:24
  216:7 219:20 224:21 225:9
  225:20 226:7 227:17
  228:11 231:16,19 233:7
  234:4 236:25 238:19 241:3
  241:12 242:16 243:7 246:5
  251:1,10,25 252:15 254:22
  276:12,15 277:4,6 279:4
  284:6 285:8 288:3
**Tinto's** 45:10 56:2 58:10,14
  62:11,22 63:7,21 64:7,17

64:24 68:11,25 69:15
  70:13 79:5 86:18 92:12,16
  98:22 100:24 101:11,16,21
  108:10,12 109:17 119:3
  124:24 125:2,7,16 126:3
  126:20 127:2,10 128:16,24
  130:6 131:13,22 132:6,15
  133:25 139:10 145:18
  146:16 156:23 157:1,11
  175:14 179:16 199:12
  210:19 211:9 231:5 250:11
  250:24 251:3,22 252:8
  253:20,22
**title** 39:16 122:10 272:4
**titled** 118:24 119:16 120:23
  130:13 146:25 176:22
  216:6
**today** 10:15,22 12:5,14 13:2
  14:21 55:4 111:21 119:17
  124:6 129:19 149:10 168:5
  171:7,24 174:1 195:18
  228:4 285:17,24
**today's** 10:12 199:11
**told** 43:3 63:1 65:3 156:6
  205:21,22,24 215:10
**Tom** 11:10,19 24:11 48:8
  59:7 60:8 70:9 84:20 89:25
  111:22 129:17 138:4 155:1
  159:8 176:16 188:22 192:3
  274:15 285:22
**tone** 21:19
**tons** 198:4,5
**top** 15:14 23:16 24:2 77:18
  80:9,13,16,19,20,23 81:4
  81:20 97:11 115:25 121:11
  121:13 146:5 149:18
  168:15,15,18,19 170:11,13
  172:7 180:13 184:7 229:11
  229:13 231:6,8 272:21
  274:6
**topics** 16:5,8 22:15 282:19
**torture** 75:4
**total** 8:14 178:1,7,14 179:3
  180:16 216:6 218:6,15
  240:7 243:6
**totally** 157:1
**touched** 35:6
**trace** 241:2,21
**track** 272:12
**tracked** 47:8 97:16 149:21
**trade** 151:12 228:16 230:11
  230:14,20 231:21 240:1
  243:25 244:17,21 245:8,15
  245:20,21
**traded** 209:23 229:2 233:5
  234:8 239:5,11 244:10

**trader** 32:13 232:16 235:19
**trades** 8:17 30:14 31:4
　232:10,11,17,20 236:2,5
　236:15 237:14 242:3,8,16
　243:17 246:5,6,19,20
　261:24
**trading** 32:9,19 208:24
　209:25 227:22 228:15
　229:4,6,8,12,22 230:1,9,22
　232:2 234:3 238:18 261:17
　262:11
**transaction** 8:16 153:12
　203:13 215:2 223:18
　229:17 232:2,10,18 233:4
　233:19,20 234:5 237:8
　243:6,15 246:11
**transactions** 31:25 32:8,9
　32:11,15 207:17 211:20
　231:23 233:11,23 237:11
　243:7 246:12
**transcribed** 289:13
**transcript** 287:4,6
**Trends** 147:4
**tried** 97:7 167:11 196:4,23
　250:22 269:2 271:13
**trips** 136:18
**trouble** 23:8 94:23
**troubling** 90:15
**true** 34:20 40:19 41:11
　42:19 52:23 56:8,14 57:12
　61:6,8,22 78:3,10 81:1
　88:8 93:16 113:21 115:17
　116:12 190:24 221:7
　236:11 238:15 239:13
　287:6
**truth** 289:8,8,9
**try** 13:12,13 90:5 94:7,24
　98:13 109:3 179:14 211:8
　211:19 280:13,16
**trying** 66:18 71:16 78:16
　84:10,13,15 85:10,14 86:6
　86:9,12,22,23,25 87:6,8
　89:17,18 95:1,20 96:3,7
　97:17 106:14,15 127:6
　132:17 152:1 164:2 169:19
　172:25 207:6 217:7 219:6
　232:16 234:17 258:18
　263:16 266:15
**TSR** 180:18 181:3
**turn** 91:18
**turned** 242:8
**turning** 169:1
**turnover** 227:24 229:3
**turns** 260:24
**twice** 218:6
**two** 36:25 37:12 38:10,16

81:11,14 98:3,24 124:9
　155:13 182:6,7,9 190:5
　193:23 195:15 196:3
　204:10 206:8 219:9 233:23
　237:12 239:17 251:5
　269:19,21 280:21
**type** 142:23 143:20 249:24
**types** 209:9
**typewriting** 289:13
**typical** 243:12 274:17
　282:18
**typically** 99:10 155:24 175:5
　228:17 230:13,21
**Tyson's** 10:19

━━━━━━━━━━━　U　━━━━━━━━━━━

**U.S** 3:4 8:21 77:19 90:22
　142:2,16 146:11 160:3
**Uh-huh** 98:15 101:25 236:24
　266:2
**ultimate** 71:13 220:21
**ultimately** 33:4 65:18 137:7
　156:25 195:24 208:20
**unanticipated** 221:12,20
**unconditional** 68:19 69:1
**underlying** 45:25 86:18
　109:17 124:24 125:3,17
　126:3,21 127:11 129:5
　131:22 132:6,15 146:10
　227:20 236:15 250:19
**underneath** 147:19
**understand** 12:9 19:22
　43:21 53:14 60:25 102:4
　104:14 153:5 178:25
　194:18 232:14 246:16,25
　247:23,24,25 248:4 254:5
　270:21 272:9 275:17 281:8
　282:23
**understanding** 24:18 29:18
　44:22 45:23 51:9 55:7 56:9
　58:17 62:13 64:15 65:1
　67:9,15,25 70:5 73:20 84:2
　106:20 112:18 123:10
　124:16 125:23 135:23
　136:6 139:11 161:3 193:11
　207:14 235:18,20 250:14
　252:19 260:23 270:8
　271:11 287:10
**understood** 53:4 262:15
　278:23 279:20
**undertaken** 131:8
**unexpected** 245:3,7,9 246:8
　248:9,23 249:6
**unfortunately** 136:18
**unimpairment** 224:7
**unimportant** 260:19

**unique** 80:20,24 236:20
**unit** 52:5
**United** 1:1 2:1 10:9 289:2
**universes** 201:8
**University** 276:18
**unlock** 52:21
**unpack** 49:4
**unquote** 138:5
**unrelated** 77:8 79:4 132:11
　134:23
**unusually** 42:24
**upgraded** 254:22
**upgrading** 255:18
**upper** 147:16
**upside** 134:4 248:18
**USA** 241:13
**use** 12:14 16:21 23:11 25:7
　25:7 29:11,20 30:2 31:7
　35:8,13,19,19 39:5 41:21
　41:25 43:8 46:24 47:24
　70:21 76:25 78:19 82:22
　84:12 99:8 103:6 151:3
　156:4 157:1,16 158:16
　162:22 163:2 167:19
　188:14 203:14 204:14
　245:1 259:18
**useful** 159:16 173:8 174:12
　183:23 184:20 185:8,19
　186:25 187:22 189:6,20
　191:5,16 211:10 259:2
**useless** 220:22
**user** 99:17 148:15
**uses** 82:9 126:12 158:14
　180:24
**usual** 13:9
**usually** 14:10 47:16

━━━━━━━━━━━　V　━━━━━━━━━━━

**v** 1:6 2:6 10:8
**vague** 43:24 51:8 68:13
　73:19 127:20 169:24
　185:21 193:9 207:24
　246:23 247:5
**Vale** 77:18,25 78:13 90:20
　189:5,6,9
**valid** 76:14 77:23 78:12,15
　90:2 91:13 160:12,17
　161:25 163:2 186:2
**validity** 164:1 267:22
**Vallette** 4:7 285:14,15
**valuable** 21:10
**valuation** 24:15 25:1,13
　281:3
**value** 19:17 20:9 25:6 40:15
　52:21 61:5 72:6,25 73:6
　125:6 134:22 135:12

136:16 137:5 144:9 204:21
　205:14 206:3,25 207:13,23
　213:3 214:11,18,18 215:3
　216:6,7,8,19 217:5,15,16
　217:18,22,23 218:6,9
　219:13,16,23 220:1,3,4
　222:5 224:9,18 232:6
　247:3,14,23,25 248:5,6,7,8
　248:24 249:7 250:2,5
　262:11 279:22 280:3,19,24
　280:25 283:23 284:2,4,14
　284:15,19,22
**valuing** 84:12
**variable** 139:6 141:5
**variation** 236:14 264:6
**varies** 229:11
**variety** 29:1 31:2,7 47:4 51:1
　81:10 90:13 248:19 278:10
**various** 16:11 192:2
**Vastly** 92:14
**verify** 166:5
**version** 30:21 113:23
**versus** 148:11 184:14
　207:16 281:3
**Vesey** 4:12
**video** 1:14 10:13 11:12 13:8
　13:11 14:8
**VIDEOCONFERENCE** 1:15
**videographer** 5:8 10:5,15
　60:15,19 94:11,15 99:14
　99:22 109:4,8 133:6,11
　192:10,14 235:4,8 278:1,5
　286:3
**videotaped** 10:6
**view** 25:2 33:12 51:22 52:12
　55:13 66:11 67:21 78:23
　87:17 88:5 98:19 99:2
　106:9 113:6 153:25 159:15
　163:17 166:20 169:3
　194:13 200:4 203:17
　204:20 205:3,13,17,21,22
　206:2 222:20 223:22 224:3
　249:18 252:23 260:25
　261:4 262:10 264:13 269:2
　269:17
**viewed** 51:14 191:11,23
　192:21 199:11 253:4
**views** 91:24 102:4 205:25
　261:9 262:7
**Virginia** 10:19
**Vishny** 41:20
**volatile** 144:10
**volume** 8:14 32:17,19,20,20
　32:23 229:7,8 243:6
　244:24
**volume-** 208:23

CONFIDENTIAL

Glenn Hubbard,
6/26/2020

26

**volumes** 31:6
**vs** 288:3

---
**W**
---

**waited** 259:24
**waived** 286:7
**wake** 157:12,19
**Wall** 7:15 46:16,24 114:8
115:10
**want** 11:9 29:5 44:10 59:5
63:3,17 76:10 78:3,17 87:2
99:1,10 102:25 104:13
109:20 127:16 129:24
132:6 133:4 138:15 147:10
150:14 151:10 152:4 153:4
163:8 165:8 170:1 173:4
179:14,18 191:21 192:17
199:16 210:24 212:5,16
214:12 218:25 240:24
252:8 254:1,4 256:3
263:10 266:13 270:20
279:19
**wanted** 11:21 14:17 24:7
25:6 33:22 133:16 235:11
256:1 260:20 262:13
275:17
**wanting** 51:22 160:23
**wants** 195:20
**Washington** 2:16 3:5 10:1
**wasn't** 60:4 126:7 128:25
129:4 145:2 162:14 164:22
191:7 234:21
**waste** 135:1
**Watch** 7:17,18 111:18 112:8
115:20,25
**watched** 283:17
**way** 17:24 34:7 44:12 48:20
49:1 57:22,24 63:23 67:2
67:18 68:21 71:5 73:12,16
75:2,3,7,18 79:12 89:3
95:25 96:22 100:9,17,22
101:6 105:1,18 106:1,7
107:3,8 112:5 118:21
123:9 125:9,12 128:19
129:14 132:2 138:1,12,22
138:23 146:15 149:1
151:24 152:6 155:19
163:14 164:6 165:3 166:10
170:18 175:5,21 185:4
190:11 194:19 200:15
205:8 211:4,10 214:15
215:9 218:21 229:20
246:17 260:8 266:10,16
273:19 275:21 276:22
280:14,17 281:8
**ways** 24:4 130:16 131:19

136:19
**weaker** 115:1
**wealth** 47:6
**WebEx** 10:18
**website** 142:1,17
**Wednesday** 239:22
**week** 120:24 143:3,5,9
**week-on-week** 122:8,17
123:1
**weekly** 32:20
**weight** 210:24
**weighted** 113:13 208:24
257:15 260:14
**weighting** 180:25
**WEISS** 4:18
**WEITZMAN** 3:21
**went** 12:6 17:8 18:12 41:6
120:5 124:8,17 215:2
**weren't** 84:21 237:17 273:13
**WHARTON** 4:18
**whatsoever** 138:21 148:5
**whereof** 289:19
**wildly** 217:11
**willing** 64:3 154:8 206:21
**willingness** 153:12
**wind** 204:16
**winning** 150:13
**wire** 122:13
**wise** 289:17
**wish** 47:25 196:19
**wished** 23:15
**witness** 6:3 10:25 11:4
17:17 21:18 24:18 26:8
38:1,4 43:2,23 44:21 51:9
52:25 53:2 56:21 59:4,12
60:9 61:9 63:13 68:14 70:5
70:17 72:9 73:20 75:1 80:4
85:7 87:22 89:24 90:4
94:10 99:20,24 102:8
103:23 104:1,3 118:16
127:21 129:14,25 137:19
143:24 152:18,23 158:19
158:25 159:10 161:17
162:12 169:25 178:19
179:8 184:2 185:22 186:18
193:10 196:14 200:3,20
206:7 207:25 210:22
212:22 216:23 220:17
225:1 232:23 235:1 237:5
244:3 246:1,24 247:6,18
249:13,16 255:6 270:8
272:13 273:12 277:10,13
277:25 279:12,14 285:19
285:25 287:1 289:6,19
**wonder** 163:22
**wondered** 242:25

**word** 26:16 50:21 82:22
163:6 181:3 203:14 231:6
245:1 268:1
**words** 23:6 26:7 32:8 37:9
37:12 45:12,13 50:4 88:21
111:6 150:5 201:8 204:3
220:10 226:19 265:17
266:22 268:13,23,25 271:2
271:12 284:19
**work** 15:20 22:17 24:8,14
26:24 28:2 41:20 47:5 51:5
61:2 63:25 94:19 124:2
200:13 205:8 238:24
243:20 250:9 262:15
264:19 265:9 268:3 270:15
275:20 276:2 277:6,10,13
277:23 278:14 281:12,15
281:16 282:10,15
**worked** 26:14 273:5,9 274:2
274:8 276:15 277:15
281:10
**working** 26:15,21 252:21
268:7 273:3
**works** 46:16 129:25
**world** 75:18 171:20 189:10
**world's** 170:16 172:3,13
173:17 174:10 190:22
**worried** 104:8
**worry** 22:24 253:13
**worth** 21:8,15 22:8 68:16
72:22 75:6 93:1 204:13
215:11 284:7
**worthy** 191:12,24
**wouldn't** 20:6,10 27:5 29:11
29:15,16 43:9 62:17 66:6
72:3 77:2,5 83:10 96:15,20
99:10 100:17 102:22
104:23 105:16 113:7 128:5
141:6 187:23 193:12 195:5
226:13,20,22 247:19,20
250:4 253:17 258:14
**wow** 214:1 215:5
**Wrap** 120:23
**wrest** 207:3
**write** 46:22 47:17 50:25
103:4 109:13 175:6
**write-down** 20:1
**writes** 115:25 147:19 149:19
208:19 209:21
**writing** 179:21 216:24 222:5
265:12 278:15
**written** 124:11,13 190:10
208:13 283:10
**wrong** 67:1 73:17 147:8
217:12 269:20 280:15
**wrote** 15:22 40:24 129:10

256:13 265:13

---
**X**
---

**Xinhua** 7:22 110:2
**Xstrata** 8:5 183:5,19,23
184:6,14 185:7,9,16,19
186:24 187:11,21 188:5
**Xstrata's** 185:2 188:14

---
**Y**
---

**Yeah** 68:14
**year** 18:6,7,10,11,13 58:12
58:13 93:23 155:21 160:23
162:15 164:20,22,25
167:10 168:4 179:24 198:5
251:2,23 253:19 266:25
**years** 100:19 101:6,7 211:22
272:20 276:21
**yield** 245:22 246:13
**York** 1:2 2:2 3:18,18 4:12,12
4:19,19 10:11 118:3,13
119:19,22 120:12 121:21
159:9

---
**Z**
---

**Zambezi** 225:10,21
**Zealand** 117:24
**Zealand-based** 118:12
**zero** 20:21 89:4 135:4,6
268:14
**zinc** 185:10

---
**0**
---

**0** 37:13 213:10,15 214:12
215:2,3 250:17
**0.50** 208:22

---
**1**
---

**1** 10:6 38:12 165:16,17
168:4 198:23
**1,500** 26:11
**1.25** 37:1,5,12
**1.645** 40:15
**1.66** 37:2,12
**1.68** 40:2,14 42:11
**1.85** 42:8,23
**1.91** 72:5,25 73:5
**1.96** 38:6 74:23
**1/17/13** 8:15,17
**1:11** 133:10,12
**10** 38:10 40:10,18 41:3,15
42:16,18 43:14 73:1 81:5
82:2 85:14 168:15,18,19
212:15 234:25 267:4
**10:30** 60:16,17
**10:44** 60:18,20

**100** 3:5 27:22 80:8,9,12
  110:23 180:21 213:10,15
**100,000** 231:11,15 243:11
  243:14
**10019-6064** 4:19
**101** 21:23 72:11 188:25
  189:2
**10166-0193** 3:18
**10281** 4:12
**107** 176:7,8,18 178:6
**108** 180:12
**10th** 39:21
**11** 6:6
**11:28** 94:12,13
**11:39** 94:14,16
**110** 7:23 8:8
**1100** 7:3 275:9,13
**1101** 7:4 25:15,19,20 61:12
  267:10
**1108** 7:6 267:6
**111** 7:17
**1115** 7:8 80:1,2 81:4
**1116** 7:10 35:22,23
**1118** 7:12 212:2,5
**1127** 7:14 39:10,13
**1133** 7:15 114:9,11
**1134** 7:17 111:24 112:2,2
**1135** 7:18 115:20,21
**1138** 7:19 117:12,15 119:14
**1139** 7:20 118:18,22
**114** 7:16
**1140** 7:21 120:17,19
**1144** 7:22 110:4,7
**1148** 7:24 198:9,13,23
**115** 7:18
**1162** 8:3 181:4,8
**1165** 8:5 188:7,10
**1166** 8:6 175:24 176:2
  180:11
**117** 7:19 188:12,24
**118** 7:20
**11th** 109:15
**12** 47:16 109:5 145:14
  257:14
**12:00** 109:6
**12:01** 109:7,9
**12:30** 129:18
**12:34** 133:7,9
**120** 7:21 76:4
**120-day** 239:5
**120.07** 143:8
**1209** 8:7 110:15,18
**121** 202:9,12
**1210** 8:9 208:8,11
**1215** 8:10 197:8,11
**122.90** 143:13

**1247** 8:12 240:21 241:6,11
**1248** 8:13 241:10,16,19
**1249** 8:14 243:1,5
**1250** 8:17 241:23 242:1
**1257** 8:19 146:20,24 149:17
**1258** 8:21 141:22,25 142:1
  142:14
**126.30** 143:10
**1285** 4:19
**130** 9:5
**133** 9:6
**13959** 1:24 2:19 289:24
**14** 9:5,7 130:3,6 145:11,13
  289:25
**141** 8:22
**146** 8:20
**15** 24:2 168:15,18,19 239:11
**158** 256:10
**159** 257:12
**16** 133:22 134:25 135:18
  208:22 263:20
**16.50** 279:22 280:18,22
  283:21
**1634** 28:7
**164** 110:11
**165** 9:8 110:20
**166** 111:16
**167** 114:8
**168** 115:19 116:20 258:2
**17** 138:13
**17-cv-07994-18-DCF** 10:11
**17-cv-07994-AT-DCF** 1:7
  2:7
**170** 116:22,23 117:19
  120:15 124:10
**174** 130:8
**175** 8:7
**176** 130:7
**17th** 22:2 45:7 138:3,16
  140:3 225:15 226:8,25
  227:16 242:2,4,17 243:5
  250:13
**18** 47:16
**181** 8:4
**186-187** 122:8
**188** 8:5 61:20
**19** 103:5 143:1 165:15
**19.9** 198:1
**1917670** 99:17
**194** 61:21
**195** 9:9
**197** 8:11
**1970's** 276:1
**198** 7:24
**1980's** 205:9 276:1
**1995** 7:14

**2**

**2** 73:7
**2/21/10** 8:9
**2:29** 192:11,12
**2:45** 192:13,15
**20** 103:1 192:4
**20-F** 181:9
**200** 3:18
**2000** 150:1
**2004** 182:9
**2006** 182:10 210:11
**200626LJG** 1:25
**2007** 58:15 276:22 279:1,7
  279:14
**2008** 164:9 165:19
**2010** 146:11 147:24 148:4
  208:25
**2011** 8:3,5,6 24:10,16 51:7
  55:4,11 56:1,16 58:11 61:3
  61:21 62:12 64:8 65:13
  66:4 68:10 69:16 70:2,14
  71:3,21 74:8,19 75:25
  91:11 107:11 108:12,14
  109:16,18 117:17 118:3,23
  119:10,15 121:1 123:8,19
  124:17,23,25 125:7,11,17
  126:14 130:6,10 134:1
  137:15 141:17 143:3,6
  145:8,11 147:24 148:4,24
  149:12 165:1 166:13 167:2
  167:23 168:5 170:15
  171:18 172:4,9 173:16
  174:5 176:4 179:24 181:8
  182:20 188:5 190:19
  192:18,22,25 193:15,25
  197:12 198:14 199:23
  212:20 213:19 254:21
  255:18 279:24 283:14
**2012** 147:5 251:2,23 252:16
  253:19,23 256:16,20 258:5
**2013** 22:3 45:7 134:19
  137:16,25 138:3,14 151:1
  195:15 222:17 225:15
  226:8 250:13 251:11
  252:14 254:19
**2014** 164:9 165:20
**2016** 210:11
**202)551-4469** 3:6
**202)772-9245** 3:7
**2020** 1:16 2:18 10:1,12 26:2
  287:7,18 288:2 289:21
**2021** 289:25
**20549-5977** 3:5
**208** 8:9
**21** 71:21
**212** 7:13 9:6 133:14,18,18

**212)212-5353** 3:20
**212)326-3706** 4:13
**212)351-4000** 3:19
**212)373-3449** 4:20
**212)492-0449** 4:21
**22** 147:6
**224** 9:7 14:23 15:1 202:4
  256:7
**225** 9:8 165:11,13
**229** 181:20
**23-page** 26:10
**235** 181:19
**24** 103:2
**241** 8:12,13,18
**243** 8:16
**249** 146:10
**25** 7:5 209:24
**250** 4:12
**26** 1:16 2:18 10:1,12 287:7
  288:2 289:21
**267** 7:7
**275** 7:3
**28** 61:21 147:14 208:23
  210:18
**287** 15:15
**28th** 61:25 62:3,12,21 64:24
  65:12 66:4 201:17 202:18
  202:22
**29** 68:10 74:8,19 75:25
  202:5
**29th** 62:12 64:8 65:12 68:18
  68:25 69:6,8,16 70:2,14
  71:3 74:18 283:14

**3**

**3** 36:25 61:24 120:24 170:16
  171:19 214:2 220:9 253:4
  276:9
**3.02** 37:5
**3.3** 122:8
**3.40** 143:17
**3.5** 176:13
**3.9** 119:3
**3:44** 235:5,6
**300,000** 198:4
**31** 130:13 208:18
**32** 85:23 108:3 146:3
**33** 81:6,17 85:23 108:4
**3300** 4:5
**34** 146:4 208:17
**35** 7:11
**35.8** 210:12,16
**36** 103:1 106:8 108:1 183:16
  209:17
**37** 108:1
**39** 7:14 147:23

---

**3rd** 208:25

---
**4**
---
**4** 7:8 39:24 79:13 81:4 95:8
  145:15 183:9
**4.2** 214:8
**4.233** 218:5
**4/8/11** 7:16,17,18,19,20,21
  7:23,24 8:8,11
**4:03** 235:7,9
**4:59** 278:2,3
**400,000** 198:5
**445** 9:9 195:10,13,14
**47** 64:14
**4th** 143:5

---
**5**
---
**5** 7:10 36:1,12,15 38:11 41:1
  42:6,6 43:15 73:7 149:17
  149:19 252:17,20,24
  257:24 258:21
**5.6** 72:6,25 73:6
**5:11** 278:4,6
**5:20** 2:17 10:2 286:5,7
**5:30** 121:4
**50** 64:13 86:3 119:5 180:17
  180:19,20 209:24 218:3,5
  218:18,20
**500** 150:14
**500,000** 231:11
**52,000** 243:8
**57** 107:23 108:6,19 109:24
  114:7
**577** 181:17
**58** 107:23 109:12 116:14
  120:14 124:19

---
**6**
---
**6** 176:22
**60** 85:24 86:1
**61** 86:17
**6th** 69:9

---
**7**
---
**7** 7:12 119:10 163:9 212:6
  212:20 213:19 215:15
  217:9
**70** 28:4
**717** 4:5
**77** 208:19
**77002** 4:5
**790** 40:21
**791** 39:23
**7th** 118:3,13 119:22,24
  143:12,17

---
**8**
---
**8** 108:12,14 109:16 117:17
  118:2,7,11,23 119:15
  120:6,11 121:1 123:19
  124:17,23 125:11 134:1
  137:14 141:17 192:18,22
  192:25 193:15 197:12
  198:14 199:23 256:16,20
  258:4 279:24
**80** 7:9 28:4
**83** 209:18
**832)239-3939** 4:6
**85** 52:1 101:13 109:17
  124:24 125:2,16,20 126:20
  129:5 209:18 210:9 229:2
  239:5 240:9 244:12
**8th** 66:23 67:13 89:5 107:11
  108:23 110:3 116:15 117:3
  117:7,8 119:8 121:20
  124:8 127:8 128:11 134:10
  138:21 143:5,10,17 200:18
  220:5 257:16

---
**9**
---
**9:29** 2:16 10:2,13
**90** 256:11
**93-page** 15:11
**94** 256:10
**94th** 15:7
**95** 37:24 38:4 39:6 43:6
  72:20
**98th** 15:6

---