EXHIBIT 44

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
 5                               )
             Plaintiff,          )
 6                               )
        v.                       )
 7                               ) Case No.
     RIO TINTO PLC, RIO TINTO    ) 17-cv-07994-AT-DCF
 8   LIMITED, THOMAS ALBANESE,   )
     and GUY ROBERT ELLIOTT,     )
 9                               )
             Defendants.         )
10   _____)
11
12
13                   CONFIDENTIAL
14      VIDEO DEPOSITION OF GLENN HUBBARD, PH.D.
15               VIA VIDEOCONFERENCE
16              Friday, June 26, 2020
17
18
19
20
21
22
23
     Reported by:
24   Lori J. Goodin, RPR, CLR, CRR,
     RSA, California CSR #13959
25   Job No. 200626LJG
```

1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
           Plaintiff,           )
 6                              )
       v.                       )
 7                              ) Case No.
     RIO TINTO PLC, RIO TINTO   ) 17-cv-07994-AT-DCF
 8   LIMITED, THOMAS ALBANESE,  )
     and GUY ROBERT ELLIOTT,    )
 9                              )
           Defendants.          )
10   _____)
11
12
13
14           Deposition of GLENN HUBBARD, PH.D.,
15        taken on behalf of Plaintiff, at
16        Washington, D.C., beginning at 9:29 a.m.
17        and ending at 5:20 p.m. on Friday,
18        June 26, 2020, before LORI J. GOODIN,
19        RPR, CLR, CRR, RSA, California CSR #13959.
20
21
22
23
24
25
                                                    2
```

CONFIDENTIAL

```
 1              A P P E A R A N C E S:
 2
 3    On behalf of Plaintiff:
 4        U.S. SECURITIES AND EXCHANGE COMMISSION
 5            100 F Street NE
             Washington, D.C.  20549-5977
 6
             Telephone:  (202)551-4469
 7           Facsimile:  (202)772-9245
 8        BY:  MR. GREGORY N. MILLER, Esq.
             MR. ANDREW SKOLNIK, Esq.
 9           MS. EMILY PARISE, Esq.
             MR. THOMAS BEDNAR, Esq.
10           MR. FERNANDO CAMPOAMOR-SANCHEZ, Esq.
             MR. EUGENE CANJELS, Esq.
11           MS. AMELIA BRESETTE, Esq.
             millergn@sec.gov
12           skolnika@sec.gov
             parisee@sec.gov
13           bednart@sec.gov
             campoamorsanchezf@sec.gov
14           eugenecanjels@sec.gov
             bresettea@sec.gov
15
16    On Behalf of Rio Tinto Defendants:
17        GIBSON, DUNN & CRUTCHER LLP
18            200 Park Avenue
             New York, New York  10166-0193
19
             Telephone:  (212)351-4000
20           Facsimile:  (212)212-5353
21        BY:  MR. AVI WEITZMAN, Esq.
             MR. DAVID M. KUSNETZ, Esq.
22           MR. MARK A. KIRSCH, Esq.
             aweitzman@gibsondunn.com
23           dkusnetz@gibsondunn.com
             mkirsch@gibsondunn.com
24
25
```

3

CONFIDENTIAL

```
 1              A P P E A R A N C E S:
 2
 3   On behalf of Thomas Albanese, defendant:
 4      JONES DAY
 5          717 Texas Street, Suite 3300
            Houston, Texas  77002
 6
            Telephone:  (832)239-3939
 7
      BY:  JACQUELINE VALLETTE, Esq.
 8      BY:  DIANE L. MYERS, Esq.
            jvallette@jonesday.com
 9          dmyers@jonesday.com
10   -AND-
11      JONES DAY
12          250 Vesey Street
            New York, New York  10281
13
            Telephone:  (212)326-3706
14
      BY:  HENRY KLEHM, III, Esq.
15          hklehm@jonesday.com
16
17   On behalf of Guy Robert Elliott, defendant:
18      PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
19          1285 Avenue of the Americas
            New York, New York  10019-6064
20
            Telephone:  (212)373-3449
21          Facsimile:  (212)492-0449
22      BY:  MS. LIVIA FINE, Esq.
            MR. GEOFFREY R. CHEPIGA, Esq.
23          lfine@paulweiss.com
            gchepiga@paulweiss.com
24
25
                                                    4
```

**CONFIDENTIAL**

```
1              A P P E A R A N C E S:

2

3    ALSO PRESENT:

4          Guy Robert Elliot, Defendant

5          Thomas Albanese, Defendant

6          Kevin Gold Analysis Group

7          Nishi Sinha, Analysis Group

8
           Glen Fortner, Videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                    5
```

**CONFIDENTIAL**

```
 1                           INDEX

 2

 3     WITNESS:                               Page

 4

 5     GLENN HUBBARD, PH.D.

 6     EXAMINATION BY MR. BEDNAR              11

 7                       *   *   *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                 6
```

**CONFIDENTIAL**

```
 1                       EXHIBITS INDEX
 2    No.                Description              Page
 3    Exhibit 1100  Dr. Hubbard's CV              275
 4    Exhibit 1101  Appendix B, Documents
 5                  Considered                    25
 6    Exhibit 1108  Appendix C.8, Summary of
 7                  Equity Analysts' Reactions    267
 8    Exhibit 1115  Exhibit 4 of Dr. Hubbard's
 9                  report                        80
10    Exhibit 1116  Exhibit 5 of Dr. Hubbard's
11                  report                        35
12    Exhibit 1118  Exhibit 7 of Dr. Hubbard's
13                  report                        212
14    Exhibit 1127  Hubbard and Palia paper, 1995  39
15    Exhibit 1133  Wall Street Journal article
16                  4/8/11                        114
17    Exhibit 1134  Market Watch article, 4/8/11  111
18    Exhibit 1135  Market Watch article, 4/8/11  115
19    Exhibit 1138  Hobart Mercury article, 4/8/11  117
20    Exhibit 1139  Hobart Mercury article, 4/8/11  118
21    Exhibit 1140  Metals Bulletin, 4/8/11       120
22    Exhibit 1144  Xinhua News Agency article,
23                  4/8/11                        110
24    Exhibit 1148  Dolmen Daily article, 4/8/11  198
25

                                                   7
```

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

**CONFIDENTIAL**

```
 1                  EXHIBITS INDEX (CONTINUED)
 2     No.                 Description              Page
 3     Exhibit 1162  HP Billiton 2011 Annual
 4                   Report                         181
 5     Exhibit 1165  Xstrata 2011 Annual Report     188
 6     Exhibit 1166  AngloAmerican 2011 Annual
 7                   Report                         175
       Exhibit 1209  Dow Jones International
 8
                     article, 4/8/11                110
 9
       Exhibit 1210  Edwards expert report, 2/21/10 208
10
       Exhibit 1215  Financial Review article,
11
                     4/8/11                         197
12
       Exhibit 1247  screenshot, Rio Tinto bond     241
13
       Exhibit 1248  screenshot, Rio Tinto bond     241
14
       Exhibit 1249  screenshot, total volume of
15
                     1/17/13, Rio Tinto
16
                     transaction                    243
17
       Exhibit 1250  screenshot, 1/17/13, trades
18
                     for Rio Tinto                  241
19
       Exhibit 1257  PricewaterhouseCoopers,
20
                     Mine, The Growing Disconnect   146
21
       Exhibit 1258  screenshot of U.S. Energy
22
                     Information Administration     141
23
24
25
                                                      8
```

CONFIDENTIAL

```
 1              EXHIBITS INDEX (CONTINUED)

 2

 3              PREVIOUSLY MARKED EXHIBITS

 4    PRIOR MARKED EXHIBITS         FIRST REFERRAL

 5    Exhibit  14                        130

 6    Exhibit 212                        133

 7    Exhibit 224                         14

 8    Exhibit 225                        165

 9    Exhibit 445                        195

10

                          *   *   *

11

12

13              ** EXHIBITS BOUND SEPARATELY **

14

15

16

17

18

19

20

21

22

23

24

25

                                                    9
```

CONFIDENTIAL

|  |  |  |
|---|---|---|
|  | 1 | Washington, D.C., Friday, June 26, 2020 |
|  | 2 | 9:29 a.m. – 5:20 p.m. |
|  | 3 | *  *  * |
|  | 4 |  |
| 09:28:28 | 5 | THE VIDEOGRAPHER:  Here begins Tape |
| 09:28:30 | 6 | Number 1 in the videotaped deposition of |
| 09:28:35 | 7 | Dr. Glenn Hubbard, in the matter of |
| 09:28:38 | 8 | Securities and Exchange Commission, v Rio |
| 09:28:42 | 9 | Tinto, PLC, et al. in the United States |
| 09:28:48 | 10 | District Court for the Southern District of |
| 09:28:50 | 11 | New York, Case Number 17-cv-07994-18-DCF. |
| 09:29:05 | 12 | Today's date is June 26, 2020.  The |
| 09:29:11 | 13 | time on the video monitor is 9:29 eastern |
| 09:29:15 | 14 | time. |
| 09:29:16 | 15 | The videographer today is Glen |
| 09:29:23 | 16 | Fortner representing Gradillas Court |
| 09:29:26 | 17 | Reporting.  This deposition is being |
| 09:29:28 | 18 | conducted by WebEx, and being recorded in |
| 09:29:32 | 19 | Tyson's Corner, Virginia. |
| 09:29:33 | 20 | Counsel will be noted on the |
| 09:29:35 | 21 | stenographic record. |
| 09:29:40 | 22 | The court reporter today is Lori |
| 09:29:43 | 23 | Goodin representing Gradillas Court Reporting. |
|  | 24 | Will the reporter please swear in |
|  | 25 | the witness. |

10

CONFIDENTIAL

```
 1                    *   *   *
 2   Whereupon,
 3              GLENN HUBBARD, PH.D.,
 4   a witness called for examination, having been
 5   first duly sworn, was examined and testified as
 6   follows:
 7                    *   *   *
 8              MR. BEDNAR:  And, Mr. Kirsch, did
 9        you want to put something on the record?
10              MR. KIRSCH:  Thanks so much, Tom.
11        Yes, just to note that the reason Dr. Hubbard
12        appears to be taking the video from home, as
13        we all are, is because we are, in fact, at
14        home due to the pandemic.  Thank you.
15                    *   *   *
16              EXAMINATION
17   BY MR. BEDNAR:
18        Q.   Dr. Hubbard, good morning.  My name
19   is Tom Bednar.  I am an attorney for the
20   Securities and Exchange Commission.
21              I wanted to go over a few sort of
22   basic ground rules related to the fact that we
23   are all doing this from our respective homes.
24              Were you provided with a copy of
25   certain stipulations that the parties entered
```

09:30:05
09:30:06
09:30:08
09:30:11
09:30:14
09:30:17
09:30:21
09:30:21
09:30:24
09:30:24
09:30:24
09:30:26
09:30:28
09:30:29
09:30:32
09:30:34
09:30:36
09:30:38

11

CONFIDENTIAL

| | | |
|---|---|---|
| 09:30:41 | 1 | into with respect to these depositions? |
| 09:30:42 | 2 | A. Yes, sir. |
| 09:30:44 | 3 | Q. Okay. And, did you have a chance to |
| 09:30:46 | 4 | go over those with some of the counsel that are |
| 09:30:49 | 5 | present on the line today? |
| 09:30:50 | 6 | A. I don't recall that. I went over |
| 09:30:54 | 7 | them with counsel. But, I am familiar with them, |
| 09:30:56 | 8 | yes. |
| 09:30:57 | 9 | Q. Sure. And do you understand the |
| 09:30:59 | 10 | stipulations that apply to the deposition? |
| 09:31:01 | 11 | A. I do. |
| 09:31:02 | 12 | Q. Okay. And, did you receive hard |
| 09:31:08 | 13 | copies of exhibits that the SEC indicated that it |
| 09:31:13 | 14 | may use today? |
| 09:31:15 | 15 | A. Yes, I have three binders, almost as |
| 09:31:18 | 16 | tall as I am right by me, which contain all of |
| 09:31:22 | 17 | the exhibits by number. So, it should be easy |
| 09:31:24 | 18 | for me to refer to them as you are. |
| 09:31:26 | 19 | Q. Okay. Don't let those fall over |
| 09:31:29 | 20 | because they may crush you. |
| 09:31:31 | 21 | I will also be able to display |
| 09:31:34 | 22 | exhibits on the screen which I will do so that |
| 09:31:36 | 23 | the parties all can see what page we are on. |
| 09:31:39 | 24 | Whatever is easiest for you, you can feel free |
| 09:31:42 | 25 | to do. |

12

CONFIDENTIAL

| | | |
|---|---|---|
| 09:31:42 | 1 | Do you have any other materials with |
| 09:31:44 | 2 | you today? |
| 09:31:45 | 3 | A.    No, just these massive binders. |
| 09:31:48 | 4 | Q.    Okay.  If at any point during the |
| 09:31:55 | 5 | questioning you need a break, please feel free to |
| 09:31:58 | 6 | let me know. |
| 09:31:58 | 7 | One thing that we have learned in |
| 09:32:03 | 8 | these remote video depositions is that it seems |
| 09:32:08 | 9 | to be a little easier than usual for people to |
| 09:32:11 | 10 | inadvertently talk over each other, particularly |
| 09:32:14 | 11 | if there is a video lag. |
| 09:32:16 | 12 | So, I just ask that you try to let |
| 09:32:18 | 13 | me finish my questions.  I will certainly try to |
| 09:32:20 | 14 | let you finish your answers before I proceed. |
| 09:32:22 | 15 | That also allows time for any of the counsel for |
| 09:32:25 | 16 | the parties to interpose objections. |
| 09:32:29 | 17 | We can agree at the outset, counsel, |
| 09:32:31 | 18 | that if counsel for one party objects, that |
| 09:32:36 | 19 | preserves the objections for all parties.  You |
| 09:32:39 | 20 | don't need to all object. |
| 09:32:40 | 21 | Mr. Kirsch, do you know, will you be |
| 09:32:46 | 22 | sort of the primary objecter, or could it be |
| 09:32:49 | 23 | anyone? |
| 09:32:50 | 24 | MR. KIRSCH:  It could be anyone. |
| 09:32:50 | 25 | MR. BEDNAR:  Okay. |

13

CONFIDENTIAL

| | | |
|---|---|---|
| 09:32:55 | 1 | MR. KIRSCH:  But, certainly we agree |
| 09:32:56 | 2 | an objection for one is an objection for all. |
| 09:32:59 | 3 | MR. BEDNAR:  Of course.  And the |
| 09:32:59 | 4 | only reason I ask that is, counsel, I would |
| 09:33:01 | 5 | ask that if you do object, please just state |
| 09:33:04 | 6 | your last name with your objection. |
| 09:33:05 | 7 | That makes it easier for the |
| 09:33:07 | 8 | reporter, who may not have your video in |
| 09:33:10 | 9 | front of her.  And it also means that I don't |
| 09:33:13 | 10 | have to have an extended call.  It usually |
| 09:33:16 | 11 | means that everyone forgets the question and |
| 09:33:19 | 12 | I have to ask it again and object to it |
| 09:33:21 | 13 | again. |
| 09:33:21 | 14 | BY MR. BEDNAR: |
| 09:33:21 | 15 | Q.    And with that, I think we can go |
| 09:33:23 | 16 | ahead, Doctor. |
| 09:33:33 | 17 | Dr. Hubbard, I wanted to just start |
| 09:33:35 | 18 | with something very basic and put an exhibit up |
| 09:33:35 | 19 | on the screen to identify that we will be |
| 09:33:43 | 20 | referring to frequently throughout the course of |
| 09:33:43 | 21 | today. |
| 09:33:43 | 22 | (Whereupon, previously marked |
| 09:33:43 | 23 | Exhibit 224, first referral.) |
| 09:33:43 | 24 | BY MR. BEDNAR: |
| 09:33:44 | 25 | Q.    This has been marked previously as |

14

CONFIDENTIAL

| | | |
|---|---|---|
| 09:33:45 | 1 | Defendant's Exhibit 224. |
| 09:33:51 | 2 | And do you recognize that exhibit? |
| 09:33:53 | 3 | A.   Yes, I do.  It is the expert report |
| 09:33:56 | 4 | that I filed.  I pulled that one out of the |
| 09:33:58 | 5 | binder, figuring you might have a few questions. |
| 09:34:09 | 6 | Q.   And I'm going to skip to the 98th |
| 09:34:14 | 7 | page of the PDF, which is the 94th page of your |
| 09:34:18 | 8 | report.  Is that your signature? |
| 09:34:18 | 9 | A.   Yes, it is. |
| 09:34:19 | 10 | Q.   And then scrolling up to the page |
| 09:34:19 | 11 | above.  It is a 93-page report; is that correct? |
| 09:34:21 | 12 | A.   Yes, before getting to some |
| 09:34:24 | 13 | supplementary material text, yes. |
| 09:34:26 | 14 | Q.   Sure.  And you can see at the top of |
| 09:34:28 | 15 | the screen, the PDF is 287 pages, which does |
| 09:34:32 | 16 | include the appendices and the exhibits that are |
| 09:34:34 | 17 | in the back. |
| 09:34:35 | 18 | Doctor, in preparing this report, |
| 09:34:44 | 19 | did you include in the report all opinions that |
| 09:34:46 | 20 | you reached in your work? |
| 09:34:50 | 21 | A.   Certainly if the question is at the |
| 09:34:52 | 22 | time that I wrote the report, the answer is yes. |
| 09:34:55 | 23 | Q.   Have you come to any other opinions |
| 09:34:57 | 24 | since you submitted the report in February? |
| 09:34:59 | 25 | A.   I have. |

15

CONFIDENTIAL

09:35:00  1          Q.    On what subjects have you come to

09:35:02  2    new opinions?

09:35:05  3          A.    I came to some additional opinions

09:35:08  4    actually following the deposition discussion with

09:35:12  5    Dr. Metz on topics that came up there, obviously

09:35:16  6    subsequent to my report or even his rebuttal

09:35:19  7    report.

09:35:21  8          Q.    And what topics did you come to have

09:35:24  9    opinions on?

09:35:24 10          A.    Opinions on sensitivity to different

09:35:27 11    formulation of various indices that Dr. Metz and

09:35:36 12    I have disagreed on.

09:35:43 13          Q.    And what indices are you thinking

09:35:46 14    of?

09:35:46 15          A.    I'm thinking of in particular about

09:35:51 16    the choice of an industry index.  As you know,

09:35:51 17    Dr. Metz and I have a number of disagreements

09:35:54 18    there.

09:35:54 19                But, in particular, he had raised

09:35:56 20    some concerns about the HSBC Mining Index, which

09:35:59 21    I use in my report.

09:36:00 22                I don't think those concerns are

09:36:03 23    important.  But, I did sensitivity analysis, some

09:36:06 24    of which he could have easily done himself,

09:36:10 25    others are more difficult, to bolster my results,

16

CONFIDENTIAL

```
09:36:15   1   and no conclusion changed.
09:36:17   2          Q.    Did you come to any additional
09:36:22   3   opinions with respect to other industry indices
09:36:26   4   that were referred to in any of the other expert
09:36:28   5   reports?
09:36:28   6          A.    Depending on what you mean by that
09:36:30   7   question, yes.  So, to the question about the
09:36:36   8   HSBC index, I went to IHS Market, which now
09:36:40   9   maintains the successor to that index, and was
09:36:44  10   able to obtain the individual --
09:36:46  11          Q.    And, Doctor, I'm sorry.  Maybe I
09:36:48  12   should clarify.
09:36:48  13              I'm sorry to cut you off.  I should
09:36:50  14   clarify my question.  I'm referring to did you
09:36:52  15   come to any opinions with respect to other
09:36:56  16   industry indices besides the HSBC index?
09:36:59  17              THE WITNESS:  Well, yes and no.  It
09:37:00  18        is in that context.
09:37:02  19              I did also come to opinions on the
09:37:06  20        H8 measure and other HN measures, if you
09:37:09  21        will, numbers of companies.
09:37:10  22              But, it is all derivative of his
09:37:13  23        concerns about HSBC.  That is why I was
09:37:15  24        starting to answer the way I did.  But, I
09:37:17  25        apologize.
```

17

CONFIDENTIAL

| | | |
|---|---|---|
| 09:37:21 | 1 | BY MR. BEDNAR: |
| 09:37:21 | 2 | Q.    And so specifically what did you do |
| 09:37:22 | 3 | with respect to the H8 group of eight comparator |
| 09:37:27 | 4 | firms? |
| 09:37:27 | 5 | A.    Well, for the H8, he had raised a |
| 09:37:30 | 6 | concern about being in the data every year, as |
| 09:37:38 | 7 | opposed to just one year.  He had constructed, of |
| 09:37:42 | 8 | course, a meta index, called H16. |
| 09:37:45 | 9 | It was anybody who had been in at |
| 09:37:45 | 10 | least one year.  He seemed to criticize me on not |
| 09:37:48 | 11 | having every year. |
| 09:37:48 | 12 | So, I went through seven of the |
| 09:37:50 | 13 | eight were there every year.  Newmont isn't, so I |
| 09:37:54 | 14 | took it out.  And I get essentially the same, the |
| 09:37:57 | 15 | same result. |
| 09:38:01 | 16 | Q.    And Newmont is a gold company? |
| 09:38:04 | 17 | A.    Yes, it is a general mining company, |
| 09:38:06 | 18 | but yes, gold. |
| 09:38:08 | 19 | Q.    Did you run any sensitivities where |
| 09:38:15 | 20 | you added one or more companies to that eight- |
| 09:38:18 | 21 | company list? |
| 09:38:19 | 22 | A.    I didn't -- Dr. Metz, I think, in |
| 09:38:23 | 23 | his deposition had mentioned adding Teck and |
| 09:38:26 | 24 | Peabody, if I am remembering. |
| 09:38:28 | 25 | I did add those.  And, he would be |

18

CONFIDENTIAL

09:38:33  1   correct I think with regard to Tech, that if you

09:38:35  2   added it, you could get a statistically

09:38:39  3   significant return.

09:38:40  4           But, as you know, I don't think that

09:38:41  5   is appropriate, nor frankly do I think the whole

09:38:45  6   exercise was beneficial.

09:38:51  7           Q.   Why not?

09:38:52  8           A.   Well, there is no economic question

09:38:55  9   facing the court that this part of his report

09:38:56  10  addresses.

09:38:56  11          The question of whether the

09:38:59  12  acquisition was accreted has absolutely nothing

09:39:02  13  to do, nothing from an economic perspective, with

09:39:05  14  the question of the reaction to an impairment.

09:39:08  15          The acquisition could have been

09:39:10  16  accreted.  It could have been exactly the right

09:39:12  17  price, or it could have been value destroying.

09:39:16  18          But, in any of those cases, the

09:39:19  19  impairment discussion could have been analyzed.

09:39:21  20          So, that part of the report simply

09:39:23  21  has nothing to do with an economic question I

09:39:26  22  understand.

09:39:27  23          Q.   You don't think the question of

09:39:40  24  whether the market responded positively to the

09:39:42  25  Riversdale acquisition is relevant to the

19

CONFIDENTIAL

| | | |
|---|---|---|
| 09:39:42 | 1 | question of the eventual write-down of that |
| 09:39:44 | 2 | acquisition? |
| 09:39:44 | 3 | A.    It most certainly is not.  And so, |
| 09:39:47 | 4 | for example, we know from most studies that |
| 09:39:52 | 5 | acquisitions generally aren't accreted.  It |
| 09:39:54 | 6 | wouldn't matter. |
| 09:39:55 | 7 | Let's suppose the firm paid exactly |
| 09:39:57 | 8 | the right price.  And so if you paid exactly the |
| 09:39:59 | 9 | market's definition of fair market value, you |
| 09:40:02 | 10 | wouldn't expect a stock price increase. |
| 09:40:04 | 11 | Yet, arguably, you could still |
| 09:40:07 | 12 | analyze an impairment.  Frankly, you could |
| 09:40:09 | 13 | analyze an impairment if you had overpaid the |
| 09:40:13 | 14 | firm. |
| 09:40:13 | 15 | So, if the question before the court |
| 09:40:15 | 16 | is about an impairment, which I think is an |
| 09:40:18 | 17 | economy statement, then this earlier discussion |
| 09:40:20 | 18 | simply has nothing to do with that from an |
| 09:40:22 | 19 | economic perspective. |
| 09:40:24 | 20 | If it is there, I assume there is |
| 09:40:25 | 21 | some legal argument, with zero economic relevance. |
| 09:40:28 | 22 | Q.    When did you reach the opinion that |
| 09:40:32 | 23 | the issue of whether the acquisition was accreted |
| 09:40:36 | 24 | had no economic relevance? |
| 09:40:39 | 25 | A.    I think the moment -- it is |

20

CONFIDENTIAL

| | | |
|---|---|---|
| 09:40:53 | 1 | absolutely silly. |
| 09:40:54 | 2 | Q.    And do you state that opinion in |
| 09:40:56 | 3 | your report in this case? |
| 09:40:57 | 4 | A.    Well, in my report I simply go |
| 09:41:00 | 5 | through the problems with what Dr. Metz did, as a |
| 09:41:05 | 6 | rebuttal to him.  That is the assignment that I |
| 09:41:08 | 7 | had. |
| 09:41:08 | 8 | But, the whole exercise isn't worth |
| 09:41:11 | 9 | doing, from an economic perspective.  A court may |
| 09:41:14 | 10 | find it valuable for some other reason.  That is |
| 09:41:16 | 11 | fine.  But not from an economic perspective. |
| 09:41:19 | 12 | Q.    Is there a particular reason why you |
| 09:41:25 | 13 | didn't disclose your opinion that the exercise |
| 09:41:28 | 14 | that you were responding to in your rebuttal |
| 09:41:31 | 15 | report was not worth doing? |
| 09:41:33 | 16 | MR. KIRSCH:  Objection, lack of |
| 09:41:34 | 17 | foundation. |
| 09:41:38 | 18 | THE WITNESS:  No, I think it is |
| 09:41:40 | 19 | pretty clear from the tone of my report what |
| 09:41:42 | 20 | I think of Dr. Metz's exercises. |
| 09:41:44 | 21 | I guess I didn't see the need.  I |
| 09:41:46 | 22 | think it would -- the point I'm making is an |
| 09:41:49 | 23 | Econ 101 point.  It is not difficult. |
| 09:41:58 | 24 | BY MR. BEDNAR: |
| 09:41:58 | 25 | Q.    And is that based on your conclusion |

21

CONFIDENTIAL

09:42:04  1   that there was no statistically significant price

09:42:07  2   or action for impairment on January 17th, of

09:42:11  3   2013?

09:42:11  4        A.    No, that is a different point.  That

09:42:13  5   is on Dr. Metz's playing field, what do I think

09:42:16  6   about what he did.

09:42:17  7           This is a larger point that the

09:42:18  8   exercise simply isn't worth doing because knowing

09:42:21  9   the answer to the question has no information for

09:42:23 10   the question, I think is the one before the

09:42:26 11   court, at least from an economic perspective.

09:42:29 12        Q.    Have you come to any other opinions

09:42:39 13   since you submitted your report in February?

09:42:41 14        A.    Yes, sir.

09:42:43 15        Q.    On what topics?

09:42:45 16        A.    Again, going back to the industry

09:42:49 17   index, I had started to talk about work with IHS

09:42:54 18   Markit data, and then we got on to these other

09:42:57 19   subjects.

09:42:57 20           IHS Markit maintains a successor to

09:43:03 21   the index.  I was able to get the individual

09:43:05 22   elements and back out Rio Tinto from the index,

09:43:11 23   or the dates for the event studies, which means I

09:43:15 24   don't have to worry about any endogeneity by

09:43:20 25   construction.  And I get potentially the same

CONFIDENTIAL

| | | |
|---|---|---|
| 09:43:23 | 1 | answer. |
| 09:43:23 | 2 | I also noted in forming extra |
| 09:43:27 | 3 | opinions for myself that if Dr. Metz were really |
| 09:43:31 | 4 | concerned about endogeneity and thought it was a |
| 09:43:37 | 5 | big deal, he could have induced endogeneity.  In |
| 09:43:38 | 6 | other words, he could have added Rio Tinto to |
| 09:43:40 | 7 | other indices and see if it makes the difference. |
| 09:43:43 | 8 | I can spare him the trouble.  I did |
| 09:43:45 | 9 | that and it doesn't. |
| 09:43:50 | 10 | I have other opinions, too, if of |
| 09:43:54 | 11 | use. |
| 09:43:56 | 12 | Q.    What other opinions have you come |
| 09:43:58 | 13 | to? |
| 09:43:58 | 14 | A.    Another exercise I did just because |
| 09:44:01 | 15 | I knew Dr. Metz could have, if he wished, was to |
| 09:44:05 | 16 | look at the top ten elements of HSBC in order to |
| 09:44:15 | 17 | see -- with Rio Tinto, in order to see using the |
| 09:44:23 | 18 | ADR data, whether I get a different answer. |
| 09:44:25 | 19 | Because that is by definition not |
| 09:44:27 | 20 | subject to his endogeneity critique.  There is no |
| 09:44:30 | 21 | Rio Tinto.  And it is by definition not subject |
| 09:44:32 | 22 | to the timing issue. |
| 09:44:33 | 23 | So, I'm using the ADRs, and I get |
| 09:44:36 | 24 | essentially the same answer that I got before. |
| 09:44:38 | 25 | That I could do from a fact sheet. |

23

CONFIDENTIAL

| | | |
|---|---|---|
| 09:44:40 | 1 | Subsequently, since I got the market |
| 09:44:42 | 2 | data, I did top 15.  That also gives the same |
| 09:44:45 | 3 | answer that I presented in the report. |
| 09:44:46 | 4 | So, there were ways Dr. Metz could |
| 09:44:49 | 5 | have used data, both that he had available to him |
| 09:44:52 | 6 | or data that he could have obtained, as I did, if |
| 09:44:55 | 7 | he wanted to check those. |
| 09:45:18 | 8 | Q.    Dr. Hubbard, did you in your work on |
| 09:45:22 | 9 | this case, have you conducted evaluation of |
| 09:45:26 | 10 | Riversdale as of April of 2011? |
| 09:45:29 | 11 | MR. KIRSCH:  Sorry, Tom.  I couldn't |
| 09:45:30 | 12 | hear you. |
| 09:45:31 | 13 | BY MR. BEDNAR: |
| 09:45:32 | 14 | Q.    Dr. Hubbard, as part of your work on |
| 09:45:34 | 15 | this case, have you conducted a valuation of |
| 09:45:37 | 16 | Riversdale as of April of 2011? |
| 09:45:39 | 17 | MR. KIRSCH:  Thank you. |
| 09:45:40 | 18 | THE WITNESS:  If I'm understanding |
| 09:45:43 | 19 | your question, no I did not.  I was not asked |
| 09:45:46 | 20 | to do that. |
| 09:45:47 | 21 | BY MR. BEDNAR: |
| 09:45:52 | 22 | Q.    If asked to do that, could you have |
| 09:45:54 | 23 | done so? |
| 09:45:55 | 24 | A.    If I had the requisite information, |
| 09:45:59 | 25 | I could do so. |

24

CONFIDENTIAL

09:45:59 1          Of course, it would be the valuation

09:46:01 2    as I see it.  Would be one person's view, but I

09:46:06 3    could certainly do it.

09:46:10 4          Q.    What information would you need to

09:46:12 5    conduct evaluation?

09:46:13 6          A.    If one wanted to value something,

09:46:16 7    depending on the method you use, you could use a

09:46:19 8    discounted cash flow analysis, which in this case

09:46:22 9    would require assumptions very long in the future

09:46:26 10   about commodity prices, about GDP, about costs,

09:46:31 11   and so on.

09:46:32 12          Lots of elements go into a forecast

09:46:35 13   for valuation.  Again not something I was asked

09:46:38 14   to do.

09:46:38 15               (Exhibit Number 1101

09:46:38 16               marked for identification.)

09:46:54 17   BY MR. BEDNAR:

09:46:54 18          Q.    Doctor, if I can take you to

09:47:13 19   Exhibit 1101.  This is Appendix --

09:47:14 20          A.    1101?

09:47:15 21          Q.    Sure.  And I also can put it on the

09:47:18 22   screen.  This is Appendix B to your report.

09:47:21 23          A.    Oh, that I have.  I have Appendix B.

09:47:25 24   Okay.

09:47:25 25          Q.    Doctor, does Appendix B list all of

25

CONFIDENTIAL

| | | |
|---|---|---|
| 09:47:41 | 1 | the materials that you considered in developing |
| 09:47:43 | 2 | your February 2020 report? |
| 09:47:45 | 3 | A.    It should, beyond just general |
| 09:47:48 | 4 | knowledge, yes. |
| 09:47:51 | 5 | Q.    What do you mean by general |
| 09:47:53 | 6 | knowledge? |
| 09:47:54 | 7 | A.    In other words, I'm here as an |
| 09:47:56 | 8 | expert witness.  So, these are things to look at. |
| 09:47:58 | 9 | But I also bring my own lens as an economist. |
| 09:48:01 | 10 | Q.    Okay.  It is a 23-page document.  It |
| 09:48:12 | 11 | has up to 1,500 items on it. |
| 09:48:14 | 12 | Did you review all of the items on |
| 09:48:16 | 13 | this list? |
| 09:48:18 | 14 | A.    I certainly worked with staff |
| 09:48:20 | 15 | working under my direction to develop the record. |
| 09:48:24 | 16 | I can't claim to have read every word in every |
| 09:48:26 | 17 | item, no. |
| 09:48:28 | 18 | But, the instructions on how to do |
| 09:48:31 | 19 | so both came from me, and our document and |
| 09:48:37 | 20 | report. |
| 09:48:44 | 21 | Q.    And this was staff working for you |
| 09:48:47 | 22 | at Analysis Group; is that correct? |
| 09:48:49 | 23 | A.    Yes, sir. |
| 09:48:50 | 24 | Q.    How many people work on your team at |
| 09:48:52 | 25 | Analysis Group? |

26

CONFIDENTIAL

| | | |
|---|---|---|
| 09:48:53 | 1 | A.    You know, I really don't know how |
| 09:48:56 | 2 | many people altogether. |
| 09:48:59 | 3 | Q.    Is it more than ten?  Less than ten? |
| 09:49:09 | 4 | A.    My answer is I don't know.  I think |
| 09:49:11 | 5 | a corollary to that I wouldn't know.  But, I |
| 09:49:16 | 6 | think it would be more than ten, but I really |
| 09:49:19 | 7 | don't know. |
| 09:49:19 | 8 | Q.    Who would know? |
| 09:49:20 | 9 | A.    Analysis Group certainly would know. |
| 09:49:26 | 10 | Q.    Did you have a project manager or a |
| 09:49:28 | 11 | case manager that would know? |
| 09:49:30 | 12 | A.    I do. |
| 09:49:31 | 13 | Q.    Who was that? |
| 09:49:33 | 14 | A.    Mr. Gold, like the metal.  First |
| 09:49:43 | 15 | name, Kevin. |
| 09:49:48 | 16 | Q.    Do you know about how many hours you |
| 09:49:50 | 17 | spent developing your report? |
| 09:49:54 | 18 | A.    Going from memory, I think |
| 09:49:56 | 19 | through -- you mean through the preparation of |
| 09:49:58 | 20 | the report? |
| 09:49:59 | 21 | Q.    Yes. |
| 09:50:00 | 22 | A.    I would guess around 100, but I |
| 09:50:03 | 23 | don't really recall the exact number. |
| 09:50:06 | 24 | Q.    And then about how many hours did |
| 09:50:16 | 25 | you spend preparing for the deposition? |

27

CONFIDENTIAL

| | | |
|---|---|---|
| 09:50:18 | 1 | A.    Well, if you mean by that, since the |
| 09:50:21 | 2 | report, i.e. reading Dr. Metz's work and |
| 09:50:26 | 3 | deposition, plus literal preparation, I would say |
| 09:50:28 | 4 | another, going from memory, 70 or 80, maybe. |
| 09:50:39 | 5 | Q.    I'm going to take you to the last |
| 09:50:42 | 6 | page of Appendix B.  In the middle of the page, |
| 09:50:53 | 7 | there is an entry 1634, under the header Data. |
| 09:50:58 | 8 | It says Bloomberg. |
| 09:50:59 | 9 | A.    Yes. |
| 09:50:59 | 10 | Q.    What kind of Bloomberg data is |
| 09:51:03 | 11 | referred to in that entry? |
| 09:51:05 | 12 | A.    I don't remember whether that was |
| 09:51:08 | 13 | used for news information or data. |
| 09:51:12 | 14 | I know we got most of the data from |
| 09:51:21 | 15 | Cap IQ.  So, I'd have to go back and check.  It |
| 09:51:22 | 16 | is probably in the individual indices, but I |
| 09:51:25 | 17 | don't recall. |
| 09:51:28 | 18 | Q.    And I'm sorry.  Where did you get |
| 09:51:46 | 19 | most of your price information for security |
| 09:51:54 | 20 | prices from? |
| 09:51:54 | 21 | A.    They would be actually in the |
| 09:51:56 | 22 | exhibits, but my memory is Capital IQ and |
| 09:51:59 | 23 | possibly Bloomberg.  We certainly used Factiva |
| 09:52:03 | 24 | more for the raw data.  We used Thompson ONE for |
| 09:52:07 | 25 | some of the information, too. |

28

CONFIDENTIAL

| | | |
|---|---|---|
| 09:52:09 | 1 | So, a variety of sources. |
| 09:52:13 | 2 | Q.    The Bloomberg data that is cited |
| 09:52:17 | 3 | here, was that produced with your report? |
| 09:52:19 | 4 | A.    I don't know.  I would assume so. |
| 09:52:45 | 5 | Q.    Doctor, I want to ask you some |
| 09:52:47 | 6 | questions about just some basic principles of |
| 09:52:50 | 7 | conducting event studies. |
| 09:53:10 | 8 | Can an event study be used to tell |
| 09:53:14 | 9 | you anything on a day on which there are notes? |
| 09:53:17 | 10 | A.    I'm not sure what you mean by that. |
| 09:53:19 | 11 | You could use an event study.  It wouldn't be |
| 09:53:22 | 12 | very meaningful, because normally an event study |
| 09:53:26 | 13 | is used on days where you are testing. |
| 09:53:33 | 14 | You can run a regression, if that is |
| 09:53:36 | 15 | your question.  It wouldn't be very meaningful. |
| 09:53:38 | 16 | Q.    It wouldn't tell you very much in |
| 09:53:40 | 17 | the absence of something then? |
| 09:53:41 | 18 | A.    If I'm understanding your question, |
| 09:53:44 | 19 | no. |
| 09:53:44 | 20 | Q.    Can you use an event study to |
| 09:53:49 | 21 | evaluate the effect of an omission, information |
| 09:53:56 | 22 | that is not disclosed? |
| 09:54:00 | 23 | MR. KIRSCH:  Are you talking about |
| 09:54:01 | 24 | the effect on a security price? |
| 09:54:03 | 25 | MR. BEDNAR:  Yes. |

29

**CONFIDENTIAL**

| | | |
|---|---|---|
| 09:54:03 | 1 | BY MR. BEDNAR: |
| 09:54:05 | 2 | Q.    Can you use an event study to |
| 09:54:08 | 3 | evaluate the effect on security price for |
| 09:54:11 | 4 | specific information that is not disclosed, that |
| 09:54:14 | 5 | is omitted. |
| 09:54:15 | 6 | A.    Well, it would depend on fact and |
| 09:54:17 | 7 | circumstances.  If it is subsequently disclosed, |
| 09:54:23 | 8 | you could, I suppose, look at a reaction if that |
| 09:54:26 | 9 | is your question. |
| 09:54:27 | 10 | I'm not sure what you are asking. |
| 09:54:28 | 11 | But, if that is your question, that is the answer. |
| 09:54:42 | 12 | Q.    Before conducting an event study, is |
| 09:54:46 | 13 | it important to determine whether the security |
| 09:54:48 | 14 | that you are analyzing trades in an efficient |
| 09:54:51 | 15 | market? |
| 09:54:53 | 16 | A.    In general, yes.  The whole |
| 09:54:56 | 17 | theoretical background for an event study is that |
| 09:55:00 | 18 | you are measuring the market's response to news. |
| 09:55:04 | 19 | For that to have economic meaning, |
| 09:55:06 | 20 | you would need something like the semi-strong |
| 09:55:10 | 21 | version of the efficient market hypothesis.  So, |
| 09:55:15 | 22 | yes, it is a joint test if that is your question. |
| 09:55:23 | 23 | Q.    And what factors are important in |
| 09:55:25 | 24 | determining whether the market for a particular |
| 09:55:29 | 25 | security is sufficient? |

30

CONFIDENTIAL

09:55:30  1          A.    Well, courts have looked at a

09:55:33  2  variety of factors.  Economists generally look at

09:55:36  3  similar ones, having to do with the liquidity of

09:55:40  4  the market, which is stock trades, whether they

09:55:43  5  are numbers of -- the numbers of analysts that

09:55:46  6  follow the stock, volumes.  You know, there are a

09:55:50  7  variety of metrics that people use.

09:55:51  8               I think both Dr. Metz and I conclude

09:55:53  9  the same thing that the market for the equity

09:55:55 10  here is sufficient.

09:55:57 11               I added a few factors, I think

09:55:59 12  beyond his, but they all point the same

09:56:02 13  direction.

09:56:03 14          Q.    Do you recall what factors you

09:56:04 15  added?

09:56:05 16          A.    I believe the short interest ratio.

09:56:08 17  I don't remember.  They are in the report.  If it

09:56:11 18  is important, we can go to that.

09:56:17 19          Q.    You said liquidity is a factor in

09:56:20 20  determining efficiency.

09:56:21 21               And in this context, what do you

09:56:23 22  mean by liquidity?

09:56:25 23          A.    Again, courts look at different

09:56:30 24  things, bid-ask spreads, things like that.  The

09:56:32 25  transactions cost.  There is some economic

31

CONFIDENTIAL

09:56:36  1    concept, as a practical matter.  Things like

09:56:38  2    bid-ask spreads.

09:56:40  3              Dr. Metz looked at most of those

09:56:43  4    factors and concluded that the market was

09:56:47  5    sufficient, and I don't disagree.

09:56:48  6        Q.    So, can you explain in this context

09:56:50  7    what is meant by bid-ask spreads?

09:56:53  8        A.    In other words, transactions cost

09:56:57  9    and trading stock.  The higher transactions cost,

09:57:00 10    you might imagine a market isn't as efficient.

09:57:05 11              The smaller transactions cost, then

09:57:07 12    any new piece of information, that would profit

09:57:11 13    arbitrage trader to engage.

09:57:13 14              That is why economists focus on

09:57:15 15    transactions.

09:57:24 16        Q.    And within this context, what do you

09:57:27 17    mean by volume is a consideration of determining

09:57:30 18    efficiency?

09:57:31 19        A.    Courts often look at trading volume,

09:57:35 20    daily volume, weekly volume.  Most of this

09:57:38 21    discussion of factors comes up in court cases,

09:57:42 22    which is why I keep referring to that, often in

09:57:45 23    Delaware.  But, that is volume data are generally

09:57:49 24    looked at.  Dr. Metz did.

09:57:55 25        Q.    And the consideration that you just

32

CONFIDENTIAL

09:58:02  1    outlined, is it important to consider all of

09:58:05  2    those in determining market efficiency when

09:58:07  3    conducting an event study?

09:58:10  4         A.    Well, ultimately your conclusion is

09:58:12  5    holistic.  It is not like those factors have some

09:58:15  6    sort of rank ordering.  A researcher looks at

09:58:18  7    them and makes a judgment.  That is effectively

09:58:21  8    what Dr. Metz did.

09:58:23  9              And, to be honest, I don't disagree

09:58:25 10    with his conclusion that the market is efficient.

09:58:30 11         Q.    And I think what I'm asking is, is

09:58:33 12    it your view that it is important to make a

09:58:35 13    determination of market efficiency when

09:58:40 14    conducting an event study?

09:58:41 15         A.    You asked that earlier.  So, it is

09:58:43 16    the same answer, yes.

09:58:45 17         Q.    There were a few --

09:59:09 18              In terms of the mechanics of

09:59:10 19    conducting the event studies, there are a few

09:59:14 20    mechanical differences between the approach that

09:59:17 21    Dr. Metz took and the approach that you took.

09:59:19 22    And I wanted to ask you about those.

09:59:21 23              Dr. Metz excluded certain

09:59:25 24    announcement dates for earnings and I think

09:59:29 25    operations reviews.

                                                          33

CONFIDENTIAL

| | | |
|---|---|---|
| 09:59:30 | 1 | Do you recall that he did that in |
| 09:59:32 | 2 | his study? |
| 09:59:33 | 3 | A.   I do. |
| 09:59:34 | 4 | Q.   And you included those dates, |
| 09:59:39 | 5 | correct? |
| 09:59:40 | 6 | A.   I did, but as a sensitivity I also |
| 09:59:42 | 7 | did it Dr. Metz's way and I get the same answer, |
| 09:59:45 | 8 | the same answer I get. |
| 09:59:47 | 9 | Q.   Right.  So, that choice in technique |
| 09:59:50 | 10 | did not make a difference to the outcome of |
| 09:59:53 | 11 | either report; is that correct? |
| 09:59:54 | 12 | A.   That's correct. |
| 09:59:54 | 13 | Q.   The outcome of either event study? |
| 09:59:57 | 14 | A.   That is my finding, yes. |
| 09:59:59 | 15 | Q.   And you expressed your -- or excuse |
| 09:59:59 | 16 | me. |
| 10:00:01 | 17 | You measured returns in terms of |
| 10:00:04 | 18 | logarithms, and he measures returns in terms of |
| 10:00:08 | 19 | percent; is that right? |
| 10:00:09 | 20 | A.   I believe that is true. |
| 10:00:10 | 21 | Q.   And, is that again another |
| 10:00:13 | 22 | difference in technique that does not affect the |
| 10:00:15 | 23 | outcome of the particular event studies? |
| 10:00:18 | 24 | A.   I don't recall that that affected |
| 10:00:20 | 25 | the outcome of the event study. |

34

CONFIDENTIAL

10:00:22  1            There -- most of the factors are the

10:00:26  2  ones we talked about earlier.

10:00:27  3            I don't recall that as making a

10:00:29  4  difference.

10:00:31  5       Q.    And when conducting an event study,

10:00:33  6  I think that we have already sort of touched on

10:00:36  7  this, but do you agree that it is important to

10:00:37  8  use an industry index when conducting an event

10:00:41  9  study?

10:00:43 10       A.    Well, it certainly really depends on

10:00:46 11  the purpose.  Here it would be, certainly.

10:00:50 12       Q.    Why do you say here it would be

10:00:52 13  important to use an industry index?

10:00:56 14       A.    Well, because you are dealing with a

10:00:58 15  company in a particular sector who may have

10:01:02 16  correlated more with the sector than the overall

10:01:06 17  economy.

10:01:07 18            So, yes, it would be important to

10:01:08 19  use an industry index, provided you use an

10:01:11 20  industry index that has actual comparators.

10:01:16 21       Q.    Let me pull up another exhibit.

10:01:33 22  This is 1116.

10:01:33 23            (Exhibit Number 1116

10:01:33 24             marked for identification.)

10:02:10 25  BY MR. BEDNAR:

                                                  35

CONFIDENTIAL

| | | |
|---|---|---|
| 10:02:10 | 1 | Q.    And, Doctor, this is Exhibit 5 from |
| 10:02:10 | 2 | your report. |
| 10:02:10 | 3 | Oh, okay.  It is up on the screen in |
| 10:02:10 | 4 | front of you.  It is a one-page, and I can |
| 10:02:10 | 5 | enlarge the screen a little bit. |
| 10:02:10 | 6 | A.    Okay. |
| 10:02:10 | 7 | Q.    Can you see that all right? |
| 10:02:10 | 8 | A.    Let me look at it on paper.  It is a |
| 10:02:11 | 9 | little hard.  You can start talking.  I will find |
| 10:02:11 | 10 | it. |
| 10:02:11 | 11 | Q.    So, the first question is easy, do |
| 10:02:11 | 12 | you recognize this to be Exhibit 5 from your |
| 10:02:12 | 13 | report? |
| 10:02:13 | 14 | A.    Yes, that is correct. |
| 10:02:17 | 15 | Q.    Did you create Exhibit 5? |
| 10:02:18 | 16 | A.    I don't know what you mean by |
| 10:02:21 | 17 | created.  I caused it to be created. |
| 10:02:24 | 18 | Q.    Okay.  Did you review it before it |
| 10:02:26 | 19 | was included in your report? |
| 10:02:27 | 20 | A.    Yes. |
| 10:02:27 | 21 | Q.    Okay.  Did you review all of the |
| 10:02:29 | 22 | exhibits in the appendices to your report? |
| 10:02:35 | 23 | A.    Yes. |
| 10:02:35 | 24 | Q.    Now, looking at this exhibit, in his |
| 10:02:41 | 25 | two models, Dr. Metz obtains a 3 percent abnormal |

36

CONFIDENTIAL

| | | |
|---|---|---|
| 10:02:47 | 1 | returns.  And you get 1.25 percent in Column C |
| 10:02:53 | 2 | and 1.66 percent in Column D.  Is that correct? |
| 10:02:55 | 3 | A.    You read the numbers correctly.  If |
| 10:03:01 | 4 | you are intending to attach an economic meaning, |
| 10:03:04 | 5 | 1.25 is comparable to 3.02, that I can't do. |
| 10:03:07 | 6 | But, you read the numbers correctly. |
| 10:03:12 | 7 | Q.    And I'm sorry.  Can you explain the |
| 10:03:14 | 8 | caveat that you just stated? |
| 10:03:16 | 9 | A.    In other words, statistically -- I'm |
| 10:03:36 | 10 | sorry. |
| 10:03:36 | 11 | My answer was, something -- in other |
| 10:03:41 | 12 | words, the two numbers I -- 1.25 and 1.66, one |
| 10:03:46 | 13 | can't reject the hypothesis there is 0. |
| 10:03:49 | 14 | That is the economic flavor.  You |
| 10:03:52 | 15 | certainly read the number, the point estimate, |
| 10:03:54 | 16 | correct. |
| 10:03:55 | 17 | Q.    And then, associated with the |
| 10:03:58 | 18 | abnormal returns, you see key statistics for the |
| 10:04:05 | 19 | abnormal returns, correct? |
| 10:04:07 | 20 | A.    Yes, sir. |
| 10:04:08 | 21 | Q.    Is there a standard in academic |
| 10:04:10 | 22 | literature for indicating statistical |
| 10:04:14 | 23 | significance of key statistics? |
| 10:04:16 | 24 | A.    Generally, 95 -- |
| 10:04:17 | 25 | MR. KIRSCH:  Objection. |

37

CONFIDENTIAL

| | | |
|---|---|---|
| 10:04:18 | 1 | THE WITNESS:  I'm sorry. |
| 10:04:20 | 2 | MR. KIRSCH:  You can answer.  Go |
| 10:04:22 | 3 | ahead. |
| 10:04:25 | 4 | THE WITNESS:  Generally a 95 percent |
| 10:04:29 | 5 | confidence level, which would be a key |
| 10:04:31 | 6 | statistic around 1.96. |
| 10:04:31 | 7 | BY MR. BEDNAR: |
| 10:04:33 | 8 | Q.    Are you familiar with the standard |
| 10:04:34 | 9 | of applying one star to indicate statistical |
| 10:04:39 | 10 | significance at the 10 percent level, two stars |
| 10:04:41 | 11 | at the 5 percent level, and three stars at the |
| 10:04:44 | 12 | 1 percent level? |
| 10:04:46 | 13 | A.    Sure.  I have done it myself. |
| 10:04:50 | 14 | Q.    Okay.  And so in academic |
| 10:04:59 | 15 | literature, if we were to follow that standard, |
| 10:05:01 | 16 | there will be two stars on the key statistics in |
| 10:05:05 | 17 | Dr. Metz's model, right? |
| 10:05:07 | 18 | A.    That's correct. |
| 10:05:07 | 19 | Q.    There would be no star for your |
| 10:05:09 | 20 | model in Column C.  Correct? |
| 10:05:13 | 21 | A.    That's correct. |
| 10:05:14 | 22 | Q.    And one star for your model in |
| 10:05:16 | 23 | Column D.  Right? |
| 10:05:17 | 24 | A.    That is correct. |
| 10:05:22 | 25 | Q.    And when you say that you have |

38

CONFIDENTIAL

| | | |
|---|---|---|
| 10:05:23 | 1 | applied that convention from the academic |
| 10:05:26 | 2 | literature yourself, you have done that in papers |
| 10:05:28 | 3 | you have published, right? |
| 10:05:29 | 4 | A.    Yes.  Your earlier question was what |
| 10:05:31 | 5 | is the threshold that economists generally use. |
| 10:05:33 | 6 | The answer to that is 95 percent. |
| 10:05:35 | 7 | My experience in court as well. |
| 10:05:36 | 8 | But, everything is significant.  The |
| 10:05:38 | 9 | question is at what level. |
| 10:05:38 | 10 | (Exhibit Number 1127 |
| 10:05:38 | 11 | marked for identification.) |
| 10:05:51 | 12 | BY MR. BEDNAR: |
| 10:05:51 | 13 | Q.    I am pulling up Exhibit 1127.  This |
| 10:05:54 | 14 | is a paper authored by you and Darius Palia. |
| 10:06:01 | 15 | A.    Okay. |
| 10:06:02 | 16 | Q.    The title of this is Benefits of |
| 10:06:05 | 17 | Control, Managerial Ownership, and the Stock |
| 10:06:07 | 18 | Returns of Acquiring Firms. |
| 10:06:08 | 19 | Do you see that in front of you? |
| 10:06:10 | 20 | A.    I do. |
| 10:06:11 | 21 | Q.    I'm going to take you to the 10th |
| 10:06:13 | 22 | page of the PDF, which in the hard copy has |
| 10:06:18 | 23 | Page Number 791.  I'm going to have you look at |
| 10:06:23 | 24 | Table 4. |
| 10:06:27 | 25 | A.    Okay. |

39

CONFIDENTIAL

| | | |
|---|---|---|
| 10:06:27 | 1 | Q.    In that table, you see the key |
| 10:06:30 | 2 | statistic of 1.68 has a star next to it. |
| 10:06:34 | 3 | A.    Yes, I think I indicated I do this |
| 10:06:38 | 4 | myself sometimes. |
| 10:06:39 | 5 | Q.    Yes.  And then -- I'm sorry.  I took |
| 10:06:48 | 6 | you right off the page. |
| 10:06:49 | 7 | And then the footnote at the bottom |
| 10:06:50 | 8 | of the table says -- that is associated with that |
| 10:06:53 | 9 | star, says statistically significant at the |
| 10:06:55 | 10 | 10 percent level.  Just like we were discussing, |
| 10:06:58 | 11 | right? |
| 10:06:58 | 12 | A.    Yes, that's my convention is also a |
| 10:07:00 | 13 | very common. |
| 10:07:02 | 14 | Q.    Okay.  And it is 1.68.  Is the |
| 10:07:05 | 15 | cutoff value 1.645? |
| 10:07:08 | 16 | A.    Something like that, yes. |
| 10:07:11 | 17 | Q.    So, it is barely statistically |
| 10:07:16 | 18 | significant at the 10 percent level, right? |
| 10:07:18 | 19 | A.    That is certainly true. |
| 10:07:25 | 20 | Q.    If we go back one page, to the ninth |
| 10:07:27 | 21 | page of the PDF, Page 790 of the exhibit.  And we |
| 10:07:36 | 22 | look at the last paragraph. |
| 10:07:40 | 23 | In the middle of the paragraph you |
| 10:07:43 | 24 | and your coauthor wrote, "We find that acquiring |
| 10:07:47 | 25 | firms with ownership levels greater than |

40

CONFIDENTIAL

| | | |
|---|---|---|
| 10:07:54 | 1 | 5 percent indeed perform diversifying |
| 10:07:59 | 2 | acquisitions, and this difference is |
| 10:08:01 | 3 | statistically significant at the 10 percent |
| 10:08:04 | 4 | level." |
| 10:08:04 | 5 | A.    I see that. |
| 10:08:05 | 6 | Q.    And then you went on to say, "This |
| 10:08:07 | 7 | result supports the diversification control |
| 10:08:11 | 8 | hypothesis." |
| 10:08:11 | 9 | Did I read that correctly? |
| 10:08:12 | 10 | A.    Sure, at that significance level, |
| 10:08:15 | 11 | that would be true. |
| 10:08:16 | 12 | Q.    And so in that academic paper you |
| 10:08:18 | 13 | reached a conclusion that the effect that you |
| 10:08:22 | 14 | were evaluating was supported by results at the |
| 10:08:26 | 15 | 10 percent statistical significance level. |
| 10:08:29 | 16 | Correct? |
| 10:08:29 | 17 | A.    My recollection is -- this paper is |
| 10:08:31 | 18 | old. |
| 10:08:31 | 19 | But, my recollection is that its |
| 10:08:34 | 20 | response to work by Mort, Schleifer and Vishny |
| 10:08:38 | 21 | that use the more significance levels.  I would |
| 10:08:41 | 22 | have to go back and look.  But, yes, that was the |
| 10:08:43 | 23 | conclusion. |
| 10:08:44 | 24 | Q.    Sure.  And you certainly didn't say |
| 10:08:46 | 25 | anything in this paper to reject the use of that |

41

CONFIDENTIAL

| | | |
|---|---|---|
| 10:08:49 | 1 | significance level for evaluating your |
| 10:08:51 | 2 | conclusion, did you? |
| 10:08:51 | 3 | A.   I was very clear that it is |
| 10:08:56 | 4 | significant at that level. |
| 10:08:57 | 5 | Q.   And then if I take you back to |
| 10:09:01 | 6 | Table 5 -- or excuse me, Exhibit 5 from your |
| 10:09:04 | 7 | report. |
| 10:09:05 | 8 | Your key statistic is 1.85.  Do you |
| 10:09:11 | 9 | see that? |
| 10:09:12 | 10 | A.   Yes. |
| 10:09:12 | 11 | Q.   And that is larger than the 1.68 key |
| 10:09:17 | 12 | statistic in your paper.  Right? |
| 10:09:18 | 13 | A.   Yes, I think we talked about that |
| 10:09:20 | 14 | earlier, yes. |
| 10:09:21 | 15 | Q.   Right.  So, this is also |
| 10:09:25 | 16 | statistically significant at the 10 percent |
| 10:09:27 | 17 | level? |
| 10:09:27 | 18 | A.   At the 10 percent level that is |
| 10:09:30 | 19 | certainly true. |
| 10:09:33 | 20 | Q.   And so following the logic from the |
| 10:09:36 | 21 | paper that we just showed to you, that would mean |
| 10:09:42 | 22 | that the results you found here with a key |
| 10:09:44 | 23 | statistic of 1.85 support the hypothesis that REO |
| 10:09:48 | 24 | stock return was unusually large.  Correct? |
| 10:09:51 | 25 | A.   I would say -- |

42

CONFIDENTIAL

| | | |
|---|---|---|
| 10:09:52 | 1 | MR. KIRSCH:  Objection. |
| 10:09:53 | 2 | THE WITNESS:  -- no, for a number of |
| 10:09:55 | 3 | reasons.  First, as I told you, this whole |
| 10:09:58 | 4 | exercise fell from an economic perspective. |
| 10:10:03 | 5 | Second, there is another index with |
| 10:10:05 | 6 | a different finding.  And, third, 95 percent |
| 10:10:08 | 7 | confidence is the confidence level Dr. Metz |
| 10:10:11 | 8 | himself suggested, and courts generally use. |
| 10:10:14 | 9 | So, I wouldn't answer in the |
| 10:10:15 | 10 | affirmative to your question, for those |
| 10:10:17 | 11 | reasons. |
| 10:10:17 | 12 | BY MR. BEDNAR: |
| 10:10:19 | 13 | Q.   So, are you saying that results that |
| 10:10:21 | 14 | are statistically significant at the 10 percent |
| 10:10:23 | 15 | level but not at the 5 percent level offer no |
| 10:10:27 | 16 | evidence? |
| 10:10:29 | 17 | MR. KIRSCH:  Objection.  What do you |
| 10:10:31 | 18 | mean by offer no evidence?  Of what? |
| 10:10:36 | 19 | BY MR. BEDNAR: |
| 10:10:36 | 20 | Q.   You can answer. |
| 10:10:39 | 21 | MR. KIRSCH:  If you understand the |
| 10:10:41 | 22 | question, Glenn, go ahead. |
| 10:10:43 | 23 | THE WITNESS:  Well, it is pretty |
| 10:10:44 | 24 | vague, but I will answer what I think it is. |
| 10:10:46 | 25 | If the question is, is evidence of |

43

CONFIDENTIAL

| | | |
|---|---|---|
| 10:10:47 | 1 | statistical significance -- you know, things |
| 10:10:49 | 2 | are statistically significant.  The question |
| 10:10:51 | 3 | is at what level and how strong would a |
| 10:10:54 | 4 | conclusion be. |
| 10:10:54 | 5 | If I thought that this exhibit |
| 10:10:56 | 6 | referred to an economically interesting |
| 10:10:58 | 7 | exercise, and as you know I do not, I would |
| 10:11:02 | 8 | look at this and say boy, this seems |
| 10:11:06 | 9 | fragmented to me. |
| 10:11:07 | 10 | And then I would want to go through |
| 10:11:08 | 11 | the individual indexes and ask myself which |
| 10:11:10 | 12 | one I believe.  That is the way I would do |
| 10:11:14 | 13 | it. |
| 10:11:15 | 14 | BY MR. BEDNAR: |
| 10:11:16 | 15 | Q.    And so you agree that the level of |
| 10:11:20 | 16 | statistical significance goes to the strength of |
| 10:11:22 | 17 | the conclusion that can be drawn, and not the |
| 10:11:26 | 18 | fact that there is some information from the |
| 10:11:28 | 19 | result.  Correct? |
| 10:11:30 | 20 | MR. KIRSCH:  Objection. |
| 10:11:31 | 21 | THE WITNESS:  Well -- I'm sorry. |
| 10:11:33 | 22 | If I am understanding your question, |
| 10:11:38 | 23 | there is always, quote, information.  The |
| 10:11:38 | 24 | question is how meaningful is it. |
| 10:11:40 | 25 | There is a statistical answer to |

44

CONFIDENTIAL

10:11:42  1        that which is confidence levels.  This whole

10:11:44  2        exercise has no meaning from an economic

10:11:46  3        perspective which surely is the larger

10:11:49  4        question.

10:12:05  5   BY MR. BEDNAR:

10:12:05  6        Q.    Doctor, with respect to your

10:12:16  7   analysis of ADR prices on January 17th, 2013, for

10:12:22  8   Rio Tinto, was it your conclusion that the

10:12:26  9   impairment disclosure of that day did not have a

10:12:29  10  measurable negative impact on Rio Tinto's ADR

10:12:32  11  price?

10:12:34  12       A.    Yes.  I believe I used words to that

10:12:37  13  effect, if not those very words.

10:12:39  14       Q.    That is not the same thing as saying

10:12:43  15  that it had no impact.  Right?

10:12:50  16       A.    Well, I'm not sure.  I mean, as an

10:12:53  17  economist, I don't know what you mean by an

10:12:54  18  impact if it cannot be measured.

10:13:02  19       Q.    And what I'm asking is because you

10:13:04  20  were not able to measure a negative impact, is

10:13:07  21  that the same thing as saying that you conclude

10:13:09  22  that there was no impact at all?

10:13:13  23       A.    Well, if I am understanding the

10:13:15  24  question is you know what I did was not just that

10:13:21  25  looked at the statistics, but also underlying

45

CONFIDENTIAL

10:13:23  1    information from news and analysts' reports.

10:13:27  2              And that enabled me to come to the

10:13:29  3    conclusion that I did.

10:13:30  4              But, what you are describing doesn't

10:13:32  5    sound like the scientific method to me.  It

10:13:35  6    sounds like an assertion you can't falsify.  That

10:13:41  7    is outside.

10:13:44  8         Q.    And one of the things that you did

10:13:46  9    as part of your equity event study was to review

10:13:49 10    quite a large number of reports by the equity

10:13:53 11    analysts, right?

10:13:55 12         A.    Yes, sir.

10:13:56 13         Q.    And, can you describe for the court

10:14:00 14    what an equity analyst is?

10:14:04 15         A.    Sure.  An equity analyst would be

10:14:07 16    somebody who works for one of the Wall Street

10:14:10 17    firms to evaluate the business of, prospects of,

10:14:17 18    earnings of, and recommendations about price

10:14:21 19    targets for firms.

10:14:21 20              Analysts often specialize -- they

10:14:27 21    needn't, but often specialize in industries and

10:14:30 22    write about firms in those industries.

10:14:31 23              They spend their time getting

10:14:34 24    information, which the Wall Street firms then use

10:14:37 25    both on their own account and to provide to

46

CONFIDENTIAL

10:14:39  1    customers.

10:14:39  2          Q.    And who were the customers of these

10:14:45  3    firms?

10:14:46  4          A.    Well, it could be a variety of

10:14:47  5    things.  It could be in Linnay work, it could be

10:14:53  6    wealth management, an acquiring of the firm.  And

10:14:57  7    of course they go into analysts' information that

10:15:00  8    are tracked in public data sources anyway.

10:15:10  9          Q.    And so is a significant part of the

10:15:13 10    purpose of analysts' reports is to make

10:15:16 11    recommendations on stocks to buy or hold or sell,

10:15:20 12    right?

10:15:20 13          A.    Well, they certainly do make those

10:15:24 14    recommendations.  They also will provide

10:15:30 15    quantitative information about what a price

10:15:33 16    target is.  Usually a number 12 to 18 months away

10:15:36 17    from where we are standing from when we write the

10:15:38 18    report, or evaluate the company's earnings and

10:15:40 19    prospects.

10:15:41 20                They do all of that.

10:15:42 21          Q.    Okay.  So, in addition to

10:15:43 22    potentially providing specific recommendations,

10:15:45 23    they also provide information that investors can

10:15:48 24    use.  Right?

10:15:50 25          A.    Yes, should they wish to, yes.

47

CONFIDENTIAL

| | | |
|---|---|---|
| 10:15:52 | 1 | Q.    And, many analysts provide, as the |
| 10:15:55 | 2 | name might suggest, analysis of what that |
| 10:15:58 | 3 | information needs.  Right? |
| 10:15:59 | 4 | A.    Yes.  Their analysis is the skill |
| 10:16:02 | 5 | that they are tendering to the marketplace.  What |
| 10:16:05 | 6 | they learn and the skills they have to evaluate. |
| 10:16:07 | 7 | Q.    And so -- |
| 10:16:10 | 8 | MR. KIRSCH:  Tom, will you give me |
| 10:16:12 | 9 | ten seconds.  We don't need to go off the |
| 10:16:14 | 10 | record. |
| 10:16:14 | 11 | MR. BEDNAR:  Okay. |
| 10:16:26 | 12 | MR. KIRSCH:  Thank you. |
| 10:16:27 | 13 | MR. BEDNAR:  Sure. |
| 10:16:28 | 14 | BY MR. BEDNAR: |
| 10:16:29 | 15 | Q.    Doctor, one of the things that |
| 10:16:32 | 16 | equity analysts may do is to render an opinion on |
| 10:16:37 | 17 | where they think their opinion of a company's |
| 10:16:41 | 18 | prospects may differ from the sentiment held by |
| 10:16:47 | 19 | the market as a whole.  Right? |
| 10:16:48 | 20 | A.    Yes.  But, just a way of restating |
| 10:16:52 | 21 | the general recommendation. |
| 10:17:02 | 22 | Q.    So, the opinion of one analyst may |
| 10:17:04 | 23 | not be representative of what the market as a |
| 10:17:06 | 24 | whole is thinking, right? |
| 10:17:08 | 25 | Or let me phrase that a different |

48

**CONFIDENTIAL**

10:17:09  1    way.  The opinion of one analyst may or may not

10:17:12  2    be indicative of the opinion of other analysts,

10:17:15  3    right?

10:17:16  4         A.    If I can unpack that question, we

10:17:20  5    know from academic perspective, Alon Brav and

10:17:25  6    others, that analysts can sense price targets

10:17:27  7    move the market.

10:17:28  8              But then your question is what about

10:17:30  9    each individual analyst.  Of course, each analyst

10:17:34 10    isn't necessarily the same which is why studies

10:17:37 11    often aggregate.

10:17:37 12              But of course each analyst is

10:17:40 13    entitled to his or her own opinion.

10:17:42 14         Q.    You referred to some academic

10:17:44 15    research.  Who were the authors of the research?

10:17:46 16         A.    Alon Brav, and I believe the surname

10:17:50 17    of the coauthor is Lehavy, L-E-H-A-V-Y.

10:18:04 18         Q.    And, is there such a thing as --

10:18:11 19              Is it possible to ascertain

10:18:15 20    consensus of what equity analysts' opinions are?

10:18:18 21         A.    The answer to the question is yes.

10:18:20 22         Q.    How do you do that?

10:18:22 23         A.    Well, it is generally -- if you pick

10:18:26 24    a metric, it is generally done as a mean or

10:18:29 25    median of the analyst.

49

CONFIDENTIAL

10:18:31  1          Q.    Mean or median of what?

10:18:34  2          A.    It depends on the metric.  If it is

10:18:37  3    not a quantitative metric, it is hard to say

10:18:40  4    there is a consensus around words.

10:18:42  5                But, things like an EPS target or

10:18:45  6    price target, one can drive a consensus.

10:18:47  7          Q.    Okay.

10:18:48  8          A.    EPS meaning earnings per share.

10:18:53  9          Q.    Sure, sure.  And so you often see,

10:18:55  10   you know, these information service providers

10:18:58  11   that you have referred to publishing sort of a

10:19:01  12   consensus earnings estimate of all of the

10:19:03  13   analysts that are putting out their -- right?

10:19:08  14         A.    Yes.  And they often will publish

10:19:11  15   the information, too, but they certainly give you

10:19:15  16   the consensus.

10:19:16  17         Q.    Is there anybody that publish the

10:19:18  18   consensus of qualitative , things that aren't

10:19:22  19   quantifiable?

10:19:23  20         A.    I'm sure there are.  I'm not really

10:19:26  21   sure what the word consensus means in that

10:19:29  22   context, but I'm sure there must be services that

10:19:31  23   attempt to do that.

10:19:32  24                And of course, reporters do that.

10:19:34  25   It means to write a story, you are looking at a

50

CONFIDENTIAL

| | | |
|---|---|---|
| 10:19:36 | 1 | variety of sources, which is harder to do than a |
| 10:19:39 | 2 | quantitative metric. |
| 10:19:40 | 3 | Q.    Sure.  I would like to talk to you |
| 10:19:49 | 4 | for a few minutes about Riversdale. |
| 10:19:53 | 5 | So, in the work that you did in |
| 10:19:56 | 6 | developing your report, did you develop a sense |
| 10:19:59 | 7 | of why Rio Tinto acquired Riversdale in 2011? |
| 10:20:04 | 8 | MR. KIRSCH:  Objection, vague. |
| 10:20:07 | 9 | THE WITNESS:  My understanding, |
| 10:20:08 | 10 | which of course is reported in the report, |
| 10:20:12 | 11 | that it was a couple of things.  One, a key |
| 10:20:16 | 12 | diversifying acquisition.  And the other was |
| 10:20:20 | 13 | the potential prospects that the company |
| 10:20:23 | 14 | viewed for this particular coal project. |
| 10:20:29 | 15 | BY MR. BEDNAR: |
| 10:20:29 | 16 | Q.    Let's take those one at a time. |
| 10:20:31 | 17 | You said that you referred to it as |
| 10:20:33 | 18 | a key diversifying acquisition. |
| 10:20:35 | 19 | What do you mean by that? |
| 10:20:36 | 20 | A.    I think of course it is the |
| 10:20:38 | 21 | management, I think that is what they said.  I |
| 10:20:40 | 22 | think that was their view of wanting to increase |
| 10:20:44 | 23 | their presence there. |
| 10:20:44 | 24 | In Rio Tinto, as a whole at that |
| 10:20:46 | 25 | time and probably still, iron ore is almost all |

51

**CONFIDENTIAL**

10:20:51  1   of the earth.  It is 85 percent, and still a big

10:20:55  2   chunk of the revenue.

10:20:56  3              And I think the attempt was to offer

10:20:58  4   some diversification in what they call their

10:21:01  5   energy unit, RTE, which would have included

10:21:04  6   projects like that.

10:21:07  7        Q.    And then you also referred to the

10:21:09  8   potential prospects that the company used for

10:21:11  9   this particular coal project.

10:21:13  10             What did you mean by that?

10:21:14  11       A.    Well, the, I believe the information

10:21:17  12  I cite was just a view at the time that this was

10:21:21  13  a promising project for coal.

10:21:35  14       Q.    And it was the project that had yet

10:21:38  15  to be developed.  Right?

10:21:40  16       A.    Yes.  In several layers.  There were

10:21:44  17  questions about developing the mines themselves,

10:21:48  18  but also issues about infrastructure that would

10:21:51  19  support the movement of coal and equipment.

10:21:56  20       Q.    And those things have to come

10:21:58  21  together to unlock the real value of that

10:22:01  22  project.  Right?

10:22:03  23       A.    That is true.  Investments can --

10:22:05  24             MR. KIRSCH:  Objection.

10:22:06  25             THE WITNESS:  Sorry.

52

CONFIDENTIAL

10:22:07  1          MR. KIRSCH:  No, please.

10:22:09  2          THE WITNESS:  Investments in things

10:22:11  3     like energy, minerals are very long lived

10:22:16  4     project.  And so it is often understood that

10:22:19  5     there is a great deal of capital expenditure.

10:22:23  6     A lot of assumptions about infrastructure,

10:22:25  7     about future commodity prices, about future

10:22:29  8     levels of GDP and so on.

10:22:30  9  BY MR. BEDNAR:

10:22:31  10      Q.    In your research for the report, did

10:22:33  11  you come across information as to whether

10:22:35  12  Riversdale had the resources to develop that

10:22:38  13  project to its full scale?

10:22:43  14      A.    I'm sorry.  I don't understand the

10:22:45  15  question.  So, was the question that Riversdale,

10:22:47  16  pre-Rio Tinto, had the resources to do what?  I

10:22:51  17  mean, I -- I can --

10:22:53  18      Q.    I think that that is a fair question

10:22:55  19  to my question.

10:22:56  20          Did you come across information as

10:22:58  21  to whether Riversdale, before it was acquired by

10:23:00  22  Rio Tinto, had the financial resources to develop

10:23:06  23  those projects?

10:23:10  24      A.    It is a hard question to answer

10:23:12  25  because I don't know what you mean develop those

53

CONFIDENTIAL

10:23:14  1    projects.

10:23:14  2              To develop them at the scale Rio

10:23:16  3    Tinto had in mind, I'm going really from memory.

10:23:20  4    Because, it is not that much of my report on

10:23:23  5    this.

10:23:23  6              I would doubt that it would have.

10:23:25  7    But they may have been able to develop it for

10:23:27  8    some other purpose.

10:23:28  9         Q.   Okay.  And, did you come across any

10:23:31 10    information as to whether prior to the Rio Tinto

10:23:35 11    acquisition, Riversdale had experience developing

10:23:39 12    the kind of large-scale infrastructure to develop

10:23:42 13    those projects on the scale that Rio Tinto

10:23:44 14    envisioned?

10:23:46 15         A.   I don't recall that, sorry.

10:23:50 16         Q.   And in any event, Riversdale, as of

10:23:58 17    the time of the acquisition, had not yet done

10:24:01 18    that infrastructure development.  Correct?

10:24:04 19         A.   I'm not quite sure what you mean by

10:24:06 20    infrastructure.

10:24:07 21              Some of that infrastructure is

10:24:09 22    probably public sector infrastructure, not just

10:24:12 23    the company.  But the infrastructure had not yet

10:24:14 24    been developed, if that is your question.

10:24:16 25         Q.   Yes.  And then going back to one of

                                                            54

CONFIDENTIAL

```
10:24:18   1   the other points that you raised had to do with
10:24:22   2   diversification.
10:24:22   3              And so I think you mentioned that
10:24:25   4   both in 2011 and today, iron ore makes up the
10:24:31   5   overwhelming majority of earnings for Rio Tinto,
10:24:34   6   right?
10:24:34   7        A.    That is my understanding, yes.
10:24:36   8        Q.    And, so, you saw information in
10:24:39   9   developing your report that Rio Tinto had an
10:24:42  10   interest in diversifying into other commodities,
10:24:45  11   right, in 2011?
10:24:47  12        A.    I believe so.  I believe that
10:24:50  13   management expressed that view, yes.
10:24:52  14        Q.    And, did you see anything indicating
10:24:59  15   that Rio Tinto was primarily focused on iron ore
10:25:04  16   operation in Australia, right?
10:25:08  17        A.    You mean as a component of its
10:25:10  18   revenue and earnings, is that the question?
10:25:12  19        Q.    That's right.
10:25:12  20        A.    The focus, yes.
10:25:14  21        Q.    And so, the Riversdale acquisition
10:25:17  22   offered an opportunity to diversify somewhat out
10:25:22  23   of Australia, right?
10:25:24  24        A.    It would because, yes, the project
10:25:27  25   is in Africa.
```

55

CONFIDENTIAL

10:25:28  1          Q.    And, in fact, up until 2011, most of

10:25:32  2     Rio Tinto's projects had been in so-called

10:25:35  3     developing countries in the OECD, right?

10:25:40  4               I'm sorry.  Did I say developing

10:25:43  5     countries?  I certainly meant developed countries

10:25:46  6     in the OECD.

10:25:47  7          A.    I was about to answer the other.

10:25:50  8     But, yes, that is true.  That is my

10:25:52  9     understanding.

10:25:52 10          Q.    And, so Mozambique also represented

10:25:56 11     an ability to diversify not just out of

10:25:59 12     Australia, but outside of the developed

10:26:02 13     economies, right?

10:26:05 14          A.    That statement is true.  The matter

10:26:08 15     of geography, if that is what you are asking.

10:26:11 16          Q.    Yes.  And, in 2011, with so much of

10:26:25 17     its operation concentrated in Australia, Rio

10:26:28 18     Tinto was subjected to the Australian tax regime

10:26:36 19     for mineral properties, right?

10:26:38 20               MR. KIRSCH:  Objection.

10:26:39 21               THE WITNESS:  Well, it will be the

10:26:42 22          subject of Australian regulation tax, any

10:26:44 23          legal requirements for a corporation.

10:26:46 24     BY MR. BEDNAR:

10:26:46 25          Q.    Okay.  And so, again, diversifying

                                                          56

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

**CONFIDENTIAL**

| | | |
|---|---|---|
| 10:26:49 | 1 | into other geographies, particularly lower tax |
| 10:26:53 | 2 | jurisdictions, may have provided some benefits |
| 10:26:55 | 3 | for Rio Tinto, correct? |
| 10:26:57 | 4 | A.   I'm sorry.  By benefits, do you mean |
| 10:26:59 | 5 | tax benefits?  Because that is the question you |
| 10:27:01 | 6 | just asked. |
| 10:27:01 | 7 | Or do you mean something else? |
| 10:27:03 | 8 | Q.   That's correct, tax benefits. |
| 10:27:05 | 9 | A.   I don't know.  It has been a long |
| 10:27:08 | 10 | time since I have looked at the Australian tax |
| 10:27:12 | 11 | system.  I am not sure. |
| 10:27:15 | 12 | For that to have been true, you must |
| 10:27:17 | 13 | be making some kind of argument about territorial |
| 10:27:20 | 14 | taxations. |
| 10:27:20 | 15 | I'm not sure.  I would have to go |
| 10:27:22 | 16 | back and look at the Australian system.  I don't |
| 10:27:25 | 17 | know enough to answer the question. |
| 10:27:26 | 18 | Q.   When you were preparing your report, |
| 10:27:28 | 19 | did you consider at all the mineral resources |
| 10:27:32 | 20 | rent tax that was placed in Australia as of |
| 10:27:35 | 21 | mid-2011? |
| 10:27:38 | 22 | A.   I don't recall one way or the other. |
| 10:27:40 | 23 | I'm not quite sure why it would.  But, I don't |
| 10:27:42 | 24 | recall one way or the other. |
| 10:27:43 | 25 | Q.   Okay.  And do you recall considering |

57

CONFIDENTIAL

10:27:46  1   any market sentiments with whether Rio Tinto

10:27:52  2   should decrease exposure to that Australian tax

10:27:57  3   regime?

10:27:58  4        A.    I'm sorry.  Did you say whether it

10:28:00  5   should increase its exposure to that tax regime?

10:28:04  6        Q.    Decrease.

10:28:04  7        A.    Decrease.  I don't recall.  I don't

10:28:08  8   recall the tax discussion.  It may be in some of

10:28:10  9   what I looked at, but I just don't recall.

10:28:12  10       Q.    Riversdale was Rio Tinto's largest

10:28:18  11  acquisition in 2011, right?

10:28:22  12       A.    In that year, yes.  I think it was

10:28:24  13  about a fifth of their spending that year.  Yes.

10:28:31  14       Q.    And Riversdale was Rio Tinto's

10:28:32  15  largest acquisition since the 2007 Alcan

10:28:37  16  acquisition, right?

10:28:38  17       A.    That is my understanding, yes.

10:28:39  18       Q.    And in developing your report, did

10:28:41  19  you come across any coverage of market sentiment

10:28:44  20  related to that Alcan acquisition?

10:28:49  21       A.    At the time the Alcan acquisition

10:28:51  22  was actually made?  Is that your question?

10:28:53  23       Q.    That is a good question.  As of the

10:28:54  24  time of the Riversdale acquisition, did you come

10:28:57  25  across any coverage that would give you a sense

58

CONFIDENTIAL

| | | |
|---|---|---|
| 10:28:59 | 1 | of market sentiment with respect to the Alcan |
| 10:29:01 | 2 | acquisition? |
| 10:29:02 | 3 | MR. KIRSCH:  Objection. |
| 10:29:03 | 4 | THE WITNESS:  Sorry.  Yes.  Some of |
| 10:29:07 | 5 | the -- sorry.  Did you want -- |
| 10:29:09 | 6 | MR. KIRSCH:  No, you can answer. |
| 10:29:10 | 7 | And, Tom, I will just note we have |
| 10:29:12 | 8 | been going about an hour.  Why don't we take |
| 10:29:14 | 9 | a break after this. |
| 10:29:16 | 10 | Glenn, go ahead and answer the |
| 10:29:17 | 11 | question. |
| 10:29:17 | 12 | THE WITNESS:  I'm sorry.  Could you |
| 10:29:20 | 13 | repeat the question?  Sorry.  Mark distracted |
| 10:29:24 | 14 | me.  My apologies. |
| 10:29:24 | 15 | BY MR. BEDNAR: |
| 10:29:24 | 16 | Q.   Sure.  I had clarified that as of |
| 10:29:28 | 17 | the time of the Riversdale acquisition, did you |
| 10:29:32 | 18 | come across any coverage that would give you a |
| 10:29:35 | 19 | sense of market sentiment with respect to that |
| 10:29:39 | 20 | Alcan acquisition? |
| 10:29:40 | 21 | A.   Yes.  If your question is at the -- |
| 10:29:44 | 22 | for contemporary time, not the original time, |
| 10:29:46 | 23 | that would have been in the news, and, excuse me, |
| 10:29:48 | 24 | analysts' commentary that I surveyed for the |
| 10:29:51 | 25 | period. |

59

CONFIDENTIAL

| | | |
|---|---|---|
| 10:29:51 | 1 | Q.    And what was that sentiment if you |
| 10:29:54 | 2 | know? |
| 10:29:56 | 3 | A.    My recollection is skepticism about |
| 10:30:00 | 4 | the asset, but again this wasn't something that I |
| 10:30:02 | 5 | was asked to study. |
| 10:30:05 | 6 | Q.    Okay.  Now were you aware -- |
| 10:30:07 | 7 | MR. KIRSCH:  Can we take that break, |
| 10:30:09 | 8 | Tom? |
| 10:30:09 | 9 | THE WITNESS:  We can finish -- I'm |
| 10:30:11 | 10 | happy, if this is a line of questioning, I'm |
| 10:30:13 | 11 | happy to finish it. |
| 10:30:14 | 12 | MR. BEDNAR:  It is fine with me to |
| 10:30:15 | 13 | take a short break and we can just pick up. |
| 10:30:17 | 14 | It is easy enough.  We can go off the record. |
| 10:30:19 | 15 | THE VIDEOGRAPHER:  We are going off |
| 10:30:22 | 16 | the record.  The time is 10:30 eastern. |
| 10:30:26 | 17 | (Recess taken -- 10:30 a.m.) |
| 10:43:51 | 18 | (After recess -- 10:44 a.m.) |
| 10:43:51 | 19 | THE VIDEOGRAPHER:  We are going back |
| 10:44:21 | 20 | on the record.  The time is 10:44 eastern. |
| 10:44:27 | 21 | BY MR. BEDNAR: |
| 10:44:30 | 22 | Q.    Dr. Hubbard, we were -- I asked you |
| 10:44:32 | 23 | a couple of questions about the Alcan |
| 10:44:35 | 24 | acquisition.  I have just a couple more.  I |
| 10:44:37 | 25 | understand that you did not cover the |

60

10:44:41  1     acquisition.

10:44:41  2             But in the work you did for your

10:44:43  3     report, were you aware that as of 2011, when

10:44:47  4     Riversdale was acquired, there had been several

10:44:50  5     impairments to the value of Alcan?

10:44:55  6        A.    I believe that is true.  Again, it

10:44:58  7     is not the subject of my report.  So, I believe

10:45:02  8     that is true, but I'm of course not a fact

10:45:04  9     witness.  That is not the subject I was tasked to

10:45:07 10     consider.

10:45:08 11        Q.    Doctor, if I could again show you

10:45:49 12     Exhibit 1101, which is the materials considered.

10:45:54 13             I can put it up on the screen for

10:45:56 14     you.

10:46:02 15        A.    Okay.

10:46:11 16        Q.    On the third page of the appendix,

10:46:14 17     and then carrying on for several pages

10:46:16 18     thereafter, are news reports from Factiva.

10:46:20 19        A.    Yes.

10:46:20 20        Q.    And the first items, 188 through

10:46:36 21     194, are dated March 28, 2011, correct?

10:46:40 22        A.    That is true, yes.

10:46:42 23        Q.    The remaining items, if you scroll

10:46:45 24     down from Page 3 onward -- the remaining medias

10:46:50 25     goes from March 28th forward.  Is that correct?

61

CONFIDENTIAL

| | | |
|---|---|---|
| 10:46:54 | 1 | A.     Yes, sir. |
| 10:46:56 | 2 | Q.     Did you analyze news before |
| 10:47:03 | 3 | March 28th other than the few items that are |
| 10:47:06 | 4 | listed on that appendix? |
| 10:47:08 | 5 | A.     If the those are the items I listed, |
| 10:47:11 | 6 | those would have been the ones that met the |
| 10:47:14 | 7 | keyword search. |
| 10:47:16 | 8 | So, I believe I am faithful in |
| 10:47:20 | 9 | putting in all of the articles that I reviewed. |
| 10:47:22 | 10 | Q.     Do you have any opinions about |
| 10:47:27 | 11 | events related to Rio Tinto's Riversdale bid |
| 10:47:31 | 12 | prior to March 28th, or 29th, 2011? |
| 10:47:36 | 13 | A.     If I am understanding your question, |
| 10:47:41 | 14 | I think I made the point earlier, nothing in this |
| 10:47:43 | 15 | case has anything to do with that, from an |
| 10:47:45 | 16 | economic perspective. |
| 10:47:46 | 17 | So, no, I wouldn't bother to have an |
| 10:47:51 | 18 | opinion. |
| 10:47:57 | 19 | Q.     And other than maybe captured by the |
| 10:48:01 | 20 | few articles that you cited that predate |
| 10:48:05 | 21 | March 28th, did you do anything to analyze Rio |
| 10:48:07 | 22 | Tinto's bid for Riversdale prior to that date? |
| 10:48:11 | 23 | A.     I'm not even sure what that question |
| 10:48:14 | 24 | means.  It might mean a price.  It might mean a |
| 10:48:18 | 25 | process.  It might mean lots of things.  As I |

62

CONFIDENTIAL

| | | |
|---|---|---|
| 10:48:18 | 1 | told you, it is not an economically interesting |
| 10:48:18 | 2 | question.  I didn't do it. |
| 10:48:22 | 3 | But, for the record, I want to be |
| 10:48:23 | 4 | clear, I don't know what you are asking. |
| 10:48:26 | 5 | Q.   I am simply asking in forming your |
| 10:48:29 | 6 | rebuttal to Dr. Metz, in which you evaluate Rio |
| 10:48:33 | 7 | Tinto's bid for Riversdale, whether or not you |
| 10:48:36 | 8 | think that is an important question, do you agree |
| 10:48:38 | 9 | that you provide an analysis of that question in |
| 10:48:41 | 10 | your rebuttal, to respond to Dr. Metz.  Right? |
| 10:48:44 | 11 | MR. KIRSCH:  Objection.  What |
| 10:48:45 | 12 | question? |
| 10:48:48 | 13 | THE WITNESS:  You keep saying bid. |
| 10:48:49 | 14 | I don't know if you are referring to dollars, |
| 10:48:51 | 15 | if you are referring to a process. |
| 10:48:53 | 16 | Again, I don't think this is |
| 10:48:55 | 17 | interesting, but you tell me what you want |
| 10:48:57 | 18 | and I will answer. |
| 10:48:59 | 19 | BY MR. BEDNAR: |
| 10:48:59 | 20 | Q.   Okay.  Sure.  You provided analysis |
| 10:49:01 | 21 | in response to Dr. Metz of Rio Tinto's |
| 10:49:04 | 22 | acquisition of Riversdale, right? |
| 10:49:08 | 23 | A.   That is not quite the way I would |
| 10:49:11 | 24 | put it.  But, I certainly evaluated Dr. Metz's |
| 10:49:15 | 25 | statistical work.  I don't think any of that has |

63

CONFIDENTIAL

10:49:18  1    any economic content.

10:49:20  2                    Now you are asking me some factual

10:49:22  3    questions about a bid, but you are not willing to

10:49:24  4    tell me what you mean by that.  Say a number, a

10:49:26  5    process.

10:49:27  6           Q.    Sure.  Doctor, you provided

10:49:29  7    information about the state of Rio Tinto's offer

10:49:32  8    as of March 29th, 2011.  Correct?

10:49:36  9           A.    Yes.

10:49:37 10           Q.    And, on that day, Rio Tinto removed

10:49:42 11    the minimum acceptance position, correct?

10:49:49 12           A.    Yes.

10:49:49 13           Q.    It was from lowered from 50 percent

10:49:56 14    to 47 percent, right?

10:49:58 15           A.    That is my understanding.

10:49:59 16           Q.    And so, that is an aspect of Rio

10:50:01 17    Tinto's offer you did analyze in preparing your

10:50:10 18    expert report.  Right?

10:50:13 19           A.    Yes, I believe I commented on

10:50:15 20    Dr. Metz's backup materials and his looking at

10:50:19 21    days, I believe including that one, and their

10:50:21 22    lack of statistical significance, yes.

10:50:23 23           Q.    And you did not comment on any

10:50:26 24    aspects of Rio Tinto's offer prior to March 28th.

10:50:35 25    Correct?

                                                              64

CONFIDENTIAL

10:50:35  1        A.    If I am understanding your question

10:50:37  2   other than that there is an offer, I'm not sure

10:50:39  3   why I would.  I have already told you it is not

10:50:42  4   an economic question before the court.

10:50:45  5             And, second, what Dr. Metz had was

10:50:48  6   an argument about control, which is an argument

10:50:51  7   about those last several days.  That is where he

10:50:53  8   and I have a disagreement.

10:50:54  9             I hope that is helpful but I'm not

10:50:57 10   sure exactly what you are asking.

10:50:58 11        Q.    Sure.  So, is it your conclusion

10:51:00 12   that events prior to March 28th and March 29th of

10:51:02 13   2011 are not relevant to the question of control?

10:51:07 14        A.    Now you are asking a different

10:51:10 15   question.

10:51:10 16             What I said earlier was they are not

10:51:12 17   relevant to the question before the court, from

10:51:15 18   an economic perspective, which is ultimately

10:51:18 19   about the impairments.  It is not relevant at all

10:51:20 20   to that.

10:51:20 21             On control, I would also disagree

10:51:23 22   because the question is where are you getting

10:51:28 23   news about control.  Dr. Metz talks about several

10:51:31 24   events in that late March, early April period,

10:51:34 25   but his own backup materials find no

65

CONFIDENTIAL

| | | |
|---|---|---|
| 10:51:37 | 1 | statistically significant event. |
| 10:51:40 | 2 | Q.    Did you analyze any event with |
| 10:51:46 | 3 | respect to the Riversdale acquisition prior to |
| 10:51:49 | 4 | March 28th of 2011? |
| 10:51:52 | 5 | A.    I don't even know what that means. |
| 10:51:54 | 6 | I reported the news events.  I wouldn't have |
| 10:51:58 | 7 | analyzed it. |
| 10:51:59 | 8 | All I'm doing here is responding to |
| 10:52:02 | 9 | Dr. Metz.  I don't think this is a live question |
| 10:52:08 | 10 | at least from an economic perspective. |
| 10:52:10 | 11 | And if it is your view that control |
| 10:52:12 | 12 | was established earlier, then I think your |
| 10:52:18 | 13 | position's intention would rest. |
| 10:52:22 | 14 | Q.    Do you have an opinion as to when |
| 10:52:24 | 15 | control was established? |
| 10:52:28 | 16 | A.    I think that is -- from an economic |
| 10:52:30 | 17 | perspective, that is a hard question to -- the |
| 10:52:34 | 18 | statistics, you are trying to get at when the |
| 10:52:36 | 19 | market believed that control would occur. |
| 10:52:39 | 20 | So, it is not the mere fact.  The |
| 10:52:41 | 21 | price reaction would be to the belief that it |
| 10:52:46 | 22 | would happen.  That is really the economic test. |
| 10:52:48 | 23 | Dr. Metz asserts that on April 8th |
| 10:52:51 | 24 | that was the news that met the market.  You know, |
| 10:52:54 | 25 | I have already said it is not an interesting |

66

CONFIDENTIAL

10:52:56  1    question.  It is the wrong statistics.

10:52:58  2             And, by the way, his point estimate

10:53:00  3    would lead to a nonsensical application.

10:53:03  4        Q.    So, do you have an opinion as to

10:53:05  5    when the market concluded that Rio Tinto would

10:53:07  6    gain control?

10:53:09  7        A.    I believe what I say in the report

10:53:11  8    is it became evident over time from analysts.

10:53:15  9    And those were the gradual understanding that

10:53:17 10    that is the case.  As Dr. Metz notes in his own

10:53:20 11    backup, he doesn't find any statistically

10:53:22 12    significant effects on those run-up days prior to

10:53:26 13    April 8th.

10:53:31 14        Q.    And you are saying that the market

10:53:42 15    developed an understanding over time when Rio

10:53:47 16    Tinto would gain control?

10:53:49 17        A.    It would be an expectation, I

10:53:52 18    suppose is the better way to put it.

10:53:53 19             And I'm not sure why one would care

10:54:00 20    about the answer to that question, but -- in this

10:54:02 21    context.  But, that is the view that I think

10:54:04 22    analysts express, and that Dr. Metz's statistics

10:54:07 23    seem to imply.

10:54:09 24        Q.    Over what period of time did the

10:54:11 25    market come to that understanding or expectation

                                                              67

CONFIDENTIAL

| | | |
|---|---|---|
| 10:54:16 | 1 | that Rio Tinto gained control? |
| 10:54:21 | 2 | A.    Well, the news reports and analyst |
| 10:54:24 | 3 | reports that I suggest have increasing commentary |
| 10:54:26 | 4 | on that in late March and early April. |
| 10:54:30 | 5 | Again, I'm not sure why this is |
| 10:54:37 | 6 | important. |
| 10:54:38 | 7 | What Dr. Metz measures, he calls |
| 10:54:41 | 8 | control, but I'm not even sure what it is or why |
| 10:54:44 | 9 | it would matter. |
| 10:54:54 | 10 | Q.    Was March 29, 2011, significant in |
| 10:55:01 | 11 | your analysis of the news related to Rio Tinto's |
| 10:55:04 | 12 | attempt to acquire Riversdale? |
| 10:55:07 | 13 | MR. KIRSCH:  Objection, vague. |
| 10:55:09 | 14 | THE WITNESS:  Yeah, I'm not sure |
| 10:55:10 | 15 | what you mean by significant.  Again, this |
| 10:55:14 | 16 | prior exercise is not worth doing.  That is |
| 10:55:16 | 17 | my opinion. |
| 10:55:17 | 18 | I believe on March 29th, the bid was |
| 10:55:19 | 19 | made unconditional.  Is that what you are |
| 10:55:21 | 20 | referring to?  So, that is certainly a step |
| 10:55:23 | 21 | along the way, if that is your question and |
| 10:55:29 | 22 | actual answer. |
| 10:55:30 | 23 | BY MR. BEDNAR: |
| 10:55:31 | 24 | Q.    Yes.  Was there any other change |
| 10:55:33 | 25 | made to Rio Tinto's offer on March 29th in making |

68

CONFIDENTIAL

| | | |
|---|---|---|
| 10:55:37 | 1 | the bid unconditional? |
| 10:55:39 | 2 | A.   I don't remember.  At some point |
| 10:55:40 | 3 | they increased the price modestly, but I don't |
| 10:55:43 | 4 | really remember which day that was. |
| 10:55:45 | 5 | Q.   That could have been before |
| 10:55:46 | 6 | March 29th? |
| 10:55:47 | 7 | A.   I don't really recall. |
| 10:55:50 | 8 | Q.   And on March 29th, did Rio Tinto put |
| 10:56:00 | 9 | the deadline for its offer at April 6th; is that |
| 10:56:04 | 10 | correct? |
| 10:56:06 | 11 | A.   That is my recollection, yes. |
| 10:56:11 | 12 | Q.   And then that deadline was later |
| 10:56:14 | 13 | extended? |
| 10:56:16 | 14 | A.   That is correct, too. |
| 10:56:19 | 15 | Q.   Did you analyze Rio Tinto's ADR |
| 10:56:22 | 16 | price on March 29th, 2011? |
| 10:56:28 | 17 | A.   It is not in my report.  If it was |
| 10:56:31 | 18 | one of the dates that was in Dr. Metz's backup, |
| 10:56:34 | 19 | then I would have reviewed his backup and |
| 10:56:37 | 20 | commented on it. |
| 10:56:38 | 21 | But, I don't remember if that is one |
| 10:56:39 | 22 | of his dates. |
| 10:56:42 | 23 | If it is, I did look at it because |
| 10:56:44 | 24 | he looked at it, and it was statistically |
| 10:56:47 | 25 | significant.  I just don't remember if that is |

69

CONFIDENTIAL

| | | |
|---|---|---|
| 10:56:50 | 1 | one of the dates.  It is in the report. |
| 10:56:52 | 2 | Q.    Did you test March 29th, 2011, using |
| 10:56:56 | 3 | either of your administrative dates? |
| 10:57:04 | 4 | MR. KIRSCH:  Objection. |
| 10:57:06 | 5 | THE WITNESS:  If I am understanding |
| 10:57:07 | 6 | your question -- |
| 10:57:08 | 7 | Sorry. |
| 10:57:08 | 8 | MR. KIRSCH:  I was just going to |
| 10:57:08 | 9 | say, Tom, when you say testing the date, can |
| 10:57:10 | 10 | you tell us what you mean? |
| 10:57:12 | 11 | MR. BEDNAR:  Sure. |
| 10:57:12 | 12 | BY MR. BEDNAR: |
| 10:57:12 | 13 | Q.    Did you test returns on Rio Tinto's |
| 10:57:18 | 14 | ADR project on March 29th, 2011, using either the |
| 10:57:24 | 15 | HSBC Mining Index or the eight company competitor |
| 10:57:29 | 16 | index? |
| 10:57:29 | 17 | THE WITNESS:  I don't recall, but I |
| 10:57:30 | 18 | doubt it, because again I think the whole |
| 10:57:32 | 19 | question is sterile.  The only point of my |
| 10:57:32 | 20 | comment was that Dr. Metz heat up an |
| 10:57:37 | 21 | argument.  So, let's use his own backup and |
| 10:57:40 | 22 | see what he found.  So, no, I don't think any |
| 10:57:42 | 23 | index. |
| 10:57:42 | 24 | BY MR. BEDNAR: |
| 10:57:43 | 25 | Q.    So, would you be surprised to learn |

70

CONFIDENTIAL

10:57:44  1    that in the backup material produced with your

10:57:47  2    report, that you or someone on your team did test

10:57:52  3    the ADR returns on March 29th, 2011, using the

10:57:58  4    HSBC Mining Index?

10:58:01  5         A.    As I say, I don't recall one way or

10:58:02  6    the other.  I don't think it is a very

10:58:03  7    interesting thing to do, but if it is in the

10:58:05  8    production, have at it.

10:58:07  9         Q.    So, if that were done, was that

10:58:10 10    under your direction or did someone do that on

10:58:12 11    their own?

10:58:13 12         A.    I probably asked to produce as

10:58:17 13    ultimate backup for you as possible, even though

10:58:19 14    I don't think any of this is interesting from a

10:58:21 15    matter of economics.

10:58:22 16              I was just trying to be a

10:58:24 17    counterpoint to Dr. Metz.

10:58:26 18         Q.    Right.  I'm not asking about why it

10:58:28 19    was produced.  I'm asking about why it was done.

10:58:30 20              Did you direct someone to test ADR

10:58:35 21    returns on March 21, 2011, using the HSBC Mining

10:58:39 22    Index?

10:58:39 23         A.    I don't recall seeing something like

10:58:41 24    that.  It may have been part of the general

10:58:42 25    instruction and that is what is produced.

71

CONFIDENTIAL

| | | |
|---|---|---|
| 10:58:43 | 1 | Again, I don't think it is an answer |
| 10:58:45 | 2 | to any question that I care. |
| 10:58:50 | 3 | Q.    And so you wouldn't care that the |
| 10:58:52 | 4 | results from that analysis that was produced in |
| 10:58:56 | 5 | your backup materials was a key statistic of 1.91 |
| 10:59:00 | 6 | with a T value of 5.6 percent? |
| 10:59:06 | 7 | A.    No. |
| 10:59:06 | 8 | MR. KIRSCH:  Objection. |
| 10:59:07 | 9 | THE WITNESS:  No.  Again, it is not |
| 10:59:08 | 10 | an answer to any question I'm aware of in |
| 10:59:11 | 11 | Econ 101.  It doesn't sound like it is |
| 10:59:14 | 12 | statistically significant in any event. |
| 10:59:16 | 13 | But it is not an interesting |
| 10:59:18 | 14 | exercise to do. |
| 10:59:19 | 15 | BY MR. BEDNAR: |
| 10:59:19 | 16 | Q.    Well, that would be statistically |
| 10:59:21 | 17 | significant if it was, correct? |
| 10:59:24 | 18 | A.    There is always a level at which |
| 10:59:26 | 19 | something is significant.  I believe that |
| 10:59:28 | 20 | Dr. Metz suggests a 95 percent threshold. |
| 10:59:31 | 21 | But, statistics aren't the key |
| 10:59:33 | 22 | answer here.  The key answer is this is not worth |
| 10:59:36 | 23 | doing. |
| 10:59:37 | 24 | Q.    But yes or no, the key statistic of |
| 10:59:40 | 25 | 1.91 which is a P value of 5.6 percent would be |

72

CONFIDENTIAL

| | | |
|---|---|---|
| 10:59:44 | 1 | statistically significant at the 10 percent |
| 10:59:46 | 2 | level? |
| 10:59:46 | 3 | A.   Yes, it is just not the answer to |
| 10:59:48 | 4 | any economic question, but a statistic question. |
| 10:59:52 | 5 | Q.   And a key statistic of 1.91 with a |
| 10:59:55 | 6 | key value of 5.6 percent, that would be close to |
| 10:59:59 | 7 | a 2 statistical significance at the 5 percent |
| 11:00:02 | 8 | level, correct? |
| 11:00:03 | 9 | A.   Close is in the mind of the |
| 11:00:06 | 10 | beholder.  It is certainly, you know, within a |
| 11:00:08 | 11 | few percentage points.  Again, I'm not sure why |
| 11:00:11 | 12 | you would care one way or the other. |
| 11:00:13 | 13 | Q.   And I -- so, do you know that |
| 11:00:21 | 14 | regression analysis in your backup materials and |
| 11:00:25 | 15 | you used it to index. |
| 11:00:27 | 16 | Do you know one way or the other |
| 11:00:29 | 17 | whether that was wrong to be including or |
| 11:00:31 | 18 | excluding the running announcement date? |
| 11:00:34 | 19 | MR. KIRSCH:  Objection.  Vague. |
| 11:00:35 | 20 | THE WITNESS:  If I am understanding |
| 11:00:38 | 21 | your question, I have to go back and look. |
| 11:00:40 | 22 | But, I don't think it excluded the earnings |
| 11:00:45 | 23 | announcement dates. |
| 11:00:47 | 24 | But if this is -- again, I didn't |
| 11:00:49 | 25 | spend much time on this because I don't think |

73

CONFIDENTIAL

| | | |
|---|---|---|
| 11:00:52 | 1 | it is important.  But, I can go back and look |
| 11:00:53 | 2 | if that is important to you. |
| 11:00:54 | 3 | BY MR. BEDNAR: |
| 11:00:55 | 4 | Q.   No, I'm specifically referring -- |
| 11:00:56 | 5 | and I should have clarified.  I just said a |
| 11:00:58 | 6 | regression analysis. |
| 11:00:59 | 7 | I'm talking about the regression |
| 11:01:01 | 8 | analysis of March 29, 2011 in your appendix, that |
| 11:01:03 | 9 | was produced in the backup. |
| 11:01:04 | 10 | Are you in a position to know |
| 11:01:06 | 11 | whether or not earnings announcement dates were |
| 11:01:08 | 12 | excluded or not? |
| 11:01:09 | 13 | A.   I don't believe we did. |
| 11:01:11 | 14 | But, again, if it is important, we |
| 11:01:13 | 15 | could go back and check. |
| 11:01:15 | 16 | Q.   And then, would it surprise you to |
| 11:01:32 | 17 | know that if that regression that someone in your |
| 11:01:33 | 18 | team ran from March 29th -- before |
| 11:01:37 | 19 | March 29, 2011, ADR price, using the HSBC Mining |
| 11:01:41 | 20 | Index, if earnings announcement dates were |
| 11:01:45 | 21 | excluded, and if returns are measured in |
| 11:01:47 | 22 | percentages rather than logs, the result would be |
| 11:01:52 | 23 | 1.96. |
| 11:01:56 | 24 | Does that surprise you? |
| 11:01:56 | 25 | MR. KIRSCH:  Objection. |

74

CONFIDENTIAL

| | | |
|---|---|---|
| 11:01:57 | 1 | THE WITNESS:  I don't know either |
| 11:01:59 | 2 | way.  That sounds like if you used partly |
| 11:02:02 | 3 | what I did and partly the way Dr. Metz did, |
| 11:02:05 | 4 | can he torture something to get to some |
| 11:02:09 | 5 | number?  I don't know.  It doesn't matter |
| 11:02:11 | 6 | because none of it is worth doing.  I don't |
| 11:02:14 | 7 | know one way or the other. |
| 11:02:14 | 8 | BY MR. BEDNAR: |
| 11:02:15 | 9 | Q.    Well, at least for purposes of |
| 11:02:16 | 10 | preparing your report, someone on your team ran |
| 11:02:19 | 11 | the regression.  Right? |
| 11:02:22 | 12 | MR. KIRSCH:  Objection. |
| 11:02:22 | 13 | BY MR. BEDNAR: |
| 11:02:23 | 14 | Q.    At least in the backup materials? |
| 11:02:25 | 15 | A.    My recollection is we did it because |
| 11:02:27 | 16 | again we were responding to Dr. Metz's claim. |
| 11:02:29 | 17 | And using Dr. Metz's own data, which |
| 11:02:32 | 18 | I assume is the way Dr. Metz sees the world, |
| 11:02:35 | 19 | there is no statistical significance. |
| 11:02:37 | 20 | We may have also provided my model. |
| 11:02:40 | 21 | But, again, I don't think this is the answer of |
| 11:02:42 | 22 | any question of which I'm aware. |
| 11:02:49 | 23 | Q.    In preparing your report did you |
| 11:03:02 | 24 | look into ADR prices for industry before |
| 11:03:06 | 25 | March 29, 2011? |

75

CONFIDENTIAL

11:03:08  1          A.    I'm sorry, I don't know what you

11:03:12  2    mean by look at.

11:03:13  3          I mean the market model goes back

11:03:16  4    120 days.

11:03:16  5          But, I'm not looking day by day, if

11:03:19  6    that is your question.

11:03:20  7          Q.    Okay.  And that was my question.

11:03:23  8    Thank you for clarifying.  That is a fair

11:03:24  9    clarification.

11:03:24 10          I want to talk to you about the

11:04:14 11    industry index that Dr. Metz used in his event

11:04:18 12    studies, the S&P Metals and Mining Select Index.

11:04:23 13          Now you came to the conclusion that

11:04:24 14    that was not a valid industry index for an event

11:04:27 15    study focused on the APR, correct?

11:04:31 16          A.    That is correct.

11:04:32 17          Q.    What features of the S&P index --

11:04:40 18          First of all, is it okay if I refer

11:04:41 19    to that as the S&P index for the purposes of this

11:04:45 20    discussion?

11:04:45 21          A.    Sure.

11:04:46 22          Q.    If we need to change and talk about

11:04:49 23    some other S&P index, we can classify that.

11:04:52 24          What features of the S&P index

11:04:56 25    render it invalid for use with the Rio Tinto

76

CONFIDENTIAL

11:05:01  1  method, in your opinion?

11:05:02  2          A.    It wouldn't include the large

11:05:04  3  globally diversified mining companies that both

11:05:07  4  the company and the marketplace compared Rio

11:05:09  5  Tinto to.  And wouldn't have included those large

11:05:12  6  players, who are mainly non-U.S. companies.

11:05:15  7          It included a lot of firms in

11:05:18  8  industries unrelated to the core of what Rio

11:05:23  9  Tinto does.  I have provided an exhibit in the

11:05:25  10  report to illustrate that.

11:05:28  11          Q.    And so, you referred to the name,

11:05:46  12  globally diversified mining companies, that

11:05:50  13  include a large globally diversified mining

11:05:54  14  companies.

11:05:54  15          Specifically which ones do you have

11:05:56  16  in mind?

11:05:56  17          A.    Well, the ones that would be at the

11:05:59  18  top of the HSBC, like Vale, BHP and others that

11:06:06  19  aren't U.S. companies, would not be in the S&P

11:06:09  20  Mining Index.

11:06:10  21          Yet those were the comparators that

11:06:12  22  the firm itself, Rio Tinto, used.

11:06:16  23          Q.    Could there be a valid industry

11:06:32  24  index for an event study focused on Rio Tinto, if

11:06:35  25  it did not include Vale and BHP?

77

CONFIDENTIAL

| | | |
|---|---|---|
| 11:06:41 | 1 | A.    Well, if the purpose is capturing |
| 11:06:43 | 2 | the industry in which Rio Tinto is occupying, you |
| 11:06:47 | 3 | would want to have its true comparators which |
| 11:06:49 | 4 | would be those firms. |
| 11:06:51 | 5 | They are not present in the S&P |
| 11:06:53 | 6 | Mining Index.  And other firms are that are in |
| 11:06:58 | 7 | the industry that aren't as related to Rio Tinto. |
| 11:06:59 | 8 | The goal of an industry index, from |
| 11:07:02 | 9 | an academic perspective would be as close to the |
| 11:07:06 | 10 | true industry comparators to your firm. |
| 11:07:19 | 11 | Q.    So, would it be possible to have an |
| 11:07:21 | 12 | index that would be valid for an event study |
| 11:07:25 | 13 | focused on Rio Tinto if it did not have Vale and |
| 11:07:28 | 14 | BHP? |
| 11:07:30 | 15 | A.    I don't know what you mean by valid. |
| 11:07:33 | 16 | If you are trying to capture the actual |
| 11:07:36 | 17 | comparators, I would think you would want the |
| 11:07:38 | 18 | actual comparators of the firm. |
| 11:07:39 | 19 | You can use alternative industry |
| 11:07:44 | 20 | indexes and people can fight over them.  I just |
| 11:07:47 | 21 | don't think the one he used is the best one. |
| 11:07:50 | 22 | Again, the answer he gets is |
| 11:07:52 | 23 | irrelevant anyway.  In my view, it doesn't |
| 11:07:55 | 24 | matter. |
| 11:07:55 | 25 | But if you are asking me is there a |

78

CONFIDENTIAL

| | | |
|---|---|---|
| 11:07:57 | 1 | better index.  There absolutely is.  I used it to |
| 11:08:17 | 2 | get it. |
| 11:08:17 | 3 | Q.    You said that the S&P Index included |
| 11:08:22 | 4 | companies in the industry unrelated to the core |
| 11:08:24 | 5 | of Rio Tinto's operations. |
| 11:08:25 | 6 | What do you mean by that? |
| 11:08:27 | 7 | A.    Well, it is described in the report, |
| 11:08:30 | 8 | as, going from memory, and steel companies, other |
| 11:08:34 | 9 | companies not directly in the mining business. |
| 11:08:36 | 10 | There is an exhibit early on that I |
| 11:08:39 | 11 | have.  Let me see if I can find it.  I think may |
| 11:08:42 | 12 | be the best way to illustrate it. |
| 11:08:43 | 13 | Exhibit 4 in the report.  This is in |
| 11:08:49 | 14 | the back.  So this would look at the composition |
| 11:08:52 | 15 | of the S&P Index, as you refer to it, that was |
| 11:08:56 | 16 | used by Dr. Metz, and the HSBC Index. |
| 11:08:59 | 17 | It also contains, you know, the, my |
| 11:09:05 | 18 | peer index. |
| 11:09:05 | 19 | And you can see that the largest |
| 11:09:09 | 20 | HSBC Index companies are all in the metal mining |
| 11:09:13 | 21 | business. |
| 11:09:13 | 22 | Move to the left and compare that |
| 11:09:15 | 23 | with SPMM, that is lots of different industries. |
| 11:09:24 | 24 | Q.    And, Doctor, I'm going to go ahead |
| 11:09:26 | 25 | and put that on the screen.  It is marked as |

79

CONFIDENTIAL

| | | |
|---|---|---|
| 11:09:30 | 1 | Exhibit 1115. |
| 11:09:30 | 2 | (Exhibit Number 1115 |
| 11:09:30 | 3 | marked for identification.) |
| 11:09:32 | 4 | THE WITNESS:  Yes.  That is the |
| 11:09:33 | 5 | exhibit to which I was referring. |
| 11:09:35 | 6 | BY MR. BEDNAR: |
| 11:09:35 | 7 | Q.    Sure.  And so, the middle column in |
| 11:09:39 | 8 | that table, where it says 100 percent, in blue, |
| 11:09:44 | 9 | that is 100 percent of the top ten largest |
| 11:09:47 | 10 | companies in the HSBC Mining Index, right? |
| 11:09:50 | 11 | A.    That's correct. |
| 11:09:51 | 12 | Q.    So, it is not 100 percent of the |
| 11:09:54 | 13 | HSBC Index, but rather the top ten companies? |
| 11:09:57 | 14 | A.    I'm not sure.  I don't know that I |
| 11:09:59 | 15 | have looked at the whole index or this data.  The |
| 11:10:04 | 16 | top ten are about half of the market cap. |
| 11:10:07 | 17 | So, certainly a large part of the |
| 11:10:09 | 18 | index is in metal mining. |
| 11:10:12 | 19 | Q.    And then in that top ten, there is |
| 11:10:16 | 20 | eight unique companies in the top ten of the HSBC |
| 11:10:22 | 21 | Index, right? |
| 11:10:22 | 22 | A.    I'm sorry, you are breaking up. |
| 11:10:24 | 23 | Q.    Sure.  The top ten of the HSBC |
| 11:10:27 | 24 | Index, that is comprised of eight unique |
| 11:10:30 | 25 | companies, right? |

80

CONFIDENTIAL

11:10:30  1          A.     That is true.  As explained in the

11:10:33  2  notes, yes.

11:10:33  3          Q.     The different colors that are at the

11:10:37  4  top of Exhibit 1115, your Exhibit 4, the numbers

11:10:43  5  that appear next to those items such as 10 metal

11:10:47  6  mining, 33 primary metal industries.  What do

11:10:52  7  those come from?

11:10:53  8          A.     Those are SIC codes.

11:10:56  9          Q.     And what are SIC codes?

11:10:58 10          A.     SIC codes are a variety of -- this

11:11:04 11  has to do with two digit levels, measures from

11:11:07 12  what the government calls a standard industrial

11:11:10 13  classification system of industries.

11:11:12 14              So there is one digit, two digit,

11:11:14 15  three digit, four digit and so on.

11:11:22 16          Q.     And for instance if the companies

11:11:25 17  have SIC Code 33 for primary metal industries,

11:11:29 18  how would you characterize companies that have

11:11:31 19  that code?

11:11:35 20          A.     I don't recall off the top of my

11:11:38 21  head.  There are, in the prime -- I'm not sure

11:11:42 22  which industries the SIC code puts the primary

11:11:46 23  metals.  I don't really recall.

11:11:50 24              It may be in the report but I don't

11:11:51 25  recall sitting here.

81

CONFIDENTIAL

11:12:00  1        Q.    For instance, if the company has a

11:12:01  2   code of 10 for metal mining, does that mean that

11:12:05  3   the company only engages in metal mining?

11:12:07  4        A.    No, it would mean that it is

11:12:10  5   principally extractive metal mining.

11:12:15  6        Q.    In this context what does

11:12:17  7   principally mean?

11:12:19  8        A.    I don't remember what the threshold

11:12:21  9   the government uses for the SIC code.

11:12:24 10        Q.    Okay.  Is there any requirement in

11:12:33 11   conducting an event study when selecting an

11:12:36 12   industry index to get consideration to the SIC

11:12:44 13   codes for the company doing the index?

11:12:45 14        A.    I'm sorry.  You are breaking up

11:12:47 15   again.  Something about a requirement and an SIC

11:12:50 16   code.

11:12:50 17        Q.    Sure.  Is there any requirement to

11:12:51 18   get consideration to the SIC codes of the

11:12:54 19   companies in the industry index when conducting

11:12:56 20   an event study?

11:12:58 21        A.    Requirement would be too strong a

11:13:02 22   word.  It would be a metric one would use when

11:13:06 23   looking at comparability.  Requirement sounds

11:13:09 24   very de regist [phonetic].  That is not what I'm

11:13:13 25   saying.

82

CONFIDENTIAL

| | | |
|---|---|---|
| 11:13:15 | 1 | Q. Are you familiar with GITS codes, |
| 11:13:25 | 2 | G-I-T-S? |
| 11:13:25 | 3 | A. Yes, they are privately provided. |
| 11:13:28 | 4 | But, also are industry classifications. |
| 11:13:32 | 5 | Q. Do you know who provides GITS codes? |
| 11:13:37 | 6 | A. I think it is S&P. |
| 11:13:40 | 7 | Q. And do GITS codes differ from SIC |
| 11:13:56 | 8 | codes? |
| 11:13:57 | 9 | A. It has been a while since I have |
| 11:13:58 | 10 | looked at this. They must or S&P wouldn't be |
| 11:14:02 | 11 | selling them separate for something you could get |
| 11:14:05 | 12 | for free. I don't recall. |
| 11:14:06 | 13 | Q. And are you familiar with NAICS |
| 11:14:10 | 14 | codes, N-A-I-C-S? |
| 11:14:11 | 15 | A. Yes. The NAICs, over times, my |
| 11:14:17 | 16 | recollection is, preceded the old SIC. |
| 11:14:23 | 17 | Q. I'm going to take the exhibit down |
| 11:14:34 | 18 | just because I'm not going to refer to it right |
| 11:14:36 | 19 | now. |
| 11:14:36 | 20 | You opined that an appropriate index |
| 11:14:48 | 21 | would be one made up of companies producing |
| 11:14:51 | 22 | similar products. Correct? |
| 11:14:53 | 23 | A. Yes. I said similar products, |
| 11:14:55 | 24 | correct. |
| 11:14:57 | 25 | Q. How do you define similar in that |

83

CONFIDENTIAL

| | | |
|---|---|---|
| 11:14:59 | 1 | context? |
| 11:15:03 | 2 | A.    If I'm understanding your question, |
| 11:15:05 | 3 | the product would be, you know, what is being |
| 11:15:08 | 4 | sold.  Would you compare a car company to a |
| 11:15:12 | 5 | software company?  Not as an industry index. |
| 11:15:16 | 6 | There may be other reasons you would |
| 11:15:18 | 7 | look at the correlations, but not as an industry |
| 11:15:21 | 8 | index. |
| 11:15:22 | 9 | So, where possible, you are never |
| 11:15:23 | 10 | going to get it perfectly, you are trying to get |
| 11:15:25 | 11 | a similar product mix.  As much as when you are |
| 11:15:29 | 12 | valuing companies and use comparable firms, you |
| 11:15:32 | 13 | have the same idea.  You are trying to get things |
| 11:15:34 | 14 | that are roughly comparable to the firm at issue. |
| 11:15:46 | 15 | Q.    So, in trying to ascertain an |
| 11:15:51 | 16 | appropriate industry index if one were to conduct |
| 11:15:57 | 17 | an event study for Rio Tinto, what products did |
| 11:15:59 | 18 | you look for that were similar to those sold by |
| 11:16:06 | 19 | Rio Tinto? |
| 11:16:06 | 20 | MR. KIRSCH:  Tom, I apologize, I |
| 11:16:09 | 21 | couldn't hear you.  You weren't coming |
| 11:16:11 | 22 | through clearly, to me at least. |
| 11:16:14 | 23 | BY MR. BEDNAR: |
| 11:16:14 | 24 | Q.    For the purpose of this event |
| 11:16:15 | 25 | study -- excuse me. |

84

CONFIDENTIAL

| | | |
|---|---|---|
| 11:16:16 | 1 | For the purposes of conducting the |
| 11:16:18 | 2 | event study for Rio Tinto, what products did you |
| 11:16:20 | 3 | look for that are similar to those sold by Rio |
| 11:16:22 | 4 | Tinto? |
| 11:16:23 | 5 | A.   Well, again, you are -- |
| 11:16:25 | 6 | MR. KIRSCH:  Objection. |
| 11:16:25 | 7 | THE WITNESS:  I am going to the |
| 11:16:27 | 8 | discussion in the report, because I think it |
| 11:16:31 | 9 | might be helpful. |
| 11:16:32 | 10 | You are trying to get as close as |
| 11:16:34 | 11 | possible again to the products here.  So, |
| 11:16:36 | 12 | this would be firms that are principally in |
| 11:16:39 | 13 | metals, you know, mining of metals and |
| 11:16:45 | 14 | industry, much like the SIC 10.  I am trying |
| 11:16:48 | 15 | to see what I said here in the reports. |
| 11:16:51 | 16 | BY MR. BEDNAR: |
| 11:16:52 | 17 | Q.   What part of the report are you |
| 11:16:53 | 18 | referring to? |
| 11:16:53 | 19 | A.   I am just looking at the part of the |
| 11:16:56 | 20 | report criticizing Dr. Metz's index. |
| 11:17:00 | 21 | Q.   What page or paragraph? |
| 11:17:02 | 22 | A.   Paragraph -- well, I'm just starting |
| 11:17:07 | 23 | to flip through 32, 33, so on.  Yes, for example, |
| 11:17:18 | 24 | Paragraph 60.  And there are some footnotes that |
| 11:17:22 | 25 | follow about the SIC system. |

85

CONFIDENTIAL

11:17:29  1          Q.    Are you at Paragraph 60, or are you

11:17:32  2    now on the next page?

11:17:34  3          A.    I started at Paragraph 50, but I

11:17:37  4    don't really have anything to add to my answer.

11:17:39  5    It is all there, if you would like to see it.

11:17:41  6                But, you are trying to get as close

11:17:43  7    as possible in product space.

11:17:46  8          Q.    And what I'm asking you is what

11:17:48  9    products are you trying to get as close as

11:17:50 10    possible to?

11:17:52 11          A.    Well, that is what the discussion

11:17:54 12    there says.  You are trying to get at global

11:17:57 13    miners which are, you know, large, largely

11:18:01 14    foreign companies and in similar industry groups.

11:18:05 15                I make the point both about the kind

11:18:07 16    of company and about the, and about the industry.

11:18:16 17          Q.    At Paragraph 61, you state that Rio

11:18:21 18    Tinto's underlying earnings were derived from

11:18:26 19    mining metals, including iron, copper, gold, and

11:18:29 20    silver.

11:18:30 21                Are those the materials that you are

11:18:31 22    trying to get a similar mix to?

11:18:35 23          A.    Well, you are trying to get a -- you

11:18:37 24    are never going to get exactly the same in any

11:18:39 25    comparability analysis.  But you are trying to

86

CONFIDENTIAL

| | | |
|---|---|---|
| 11:18:42 | 1 | get, you know, other global miners like that. |
| 11:18:44 | 2 | So, you want similar products and |
| 11:18:46 | 3 | you are looking for similar product mix where |
| 11:18:49 | 4 | possible. |
| 11:18:49 | 5 | And that is what the next few |
| 11:18:51 | 6 | paragraphs are trying to do. |
| 11:18:54 | 7 | Q.    Are there any other products that |
| 11:18:56 | 8 | you are trying to have represented in that |
| 11:18:58 | 9 | product mix? |
| 11:19:01 | 10 | A.    I think it is just metals and mining |
| 11:19:04 | 11 | products that I mention there. |
| 11:19:13 | 12 | Q.    So the product that you are looking |
| 11:19:14 | 13 | for is in the report? |
| 11:19:17 | 14 | A.    Yes, in that section.  And in the |
| 11:19:20 | 15 | exhibit that we have talked about earlier. |
| 11:19:27 | 16 | Q.    Are there any products represented |
| 11:19:34 | 17 | in the S&P index that you view as dissimilar to |
| 11:19:38 | 18 | those sold by Rio Tinto? |
| 11:19:42 | 19 | A.    I'm going from memory -- sorry. |
| 11:19:44 | 20 | MR. KIRSCH:  Objection.  You can |
| 11:19:49 | 21 | answer, go ahead. |
| 11:19:51 | 22 | THE WITNESS:  I'm going from memory. |
| 11:19:53 | 23 | The answer is many smaller companies, the |
| 11:19:56 | 24 | different kind of companies and in product |
| 11:19:58 | 25 | space, things like steel and other products |

87

CONFIDENTIAL

| | | |
|---|---|---|
| 11:20:00 | 1 | that are at a different stage of production. |
| 11:20:05 | 2 | My recollection -- it is all in the report, |
| 11:20:07 | 3 | but that is my recollection. |
| 11:20:14 | 4 | BY MR. BEDNAR: |
| 11:20:15 | 5 | Q.   So, your view is that steel is |
| 11:20:16 | 6 | different from the products that Rio Tinto sells? |
| 11:20:21 | 7 | A.   Yes, from an industry comparability |
| 11:20:24 | 8 | perspective, yes.  That would be true. |
| 11:20:30 | 9 | Q.   What about aluminum? |
| 11:20:34 | 10 | A.   Well, aluminum yes.  And I mean |
| 11:20:37 | 11 | aluminum is obviously part of the business of the |
| 11:20:40 | 12 | company. |
| 11:20:42 | 13 | So, it is not -- you know, aluminum |
| 11:20:46 | 14 | involves -- |
| 11:20:47 | 15 | Most aluminum companies involve some |
| 11:20:50 | 16 | mining as well as refining, although it is mainly |
| 11:20:54 | 17 | in refining.  But there is certainly some in |
| 11:20:58 | 18 | here. |
| 11:20:58 | 19 | Q.   And when you say there are certainly |
| 11:21:02 | 20 | some in here, what do you mean? |
| 11:21:04 | 21 | A.   Well, in other words, there are some |
| 11:21:06 | 22 | in these indexes, or indices that are aluminum |
| 11:21:10 | 23 | companies. |
| 11:21:13 | 24 | Q.   And when you say in these indices, |
| 11:21:17 | 25 | are you talking about all of the indices at |

88

CONFIDENTIAL

11:21:21 1    issue?

11:21:21 2          A.    Certainly in S&P.  I don't really

11:21:24 3    recall in HSBC, one way or the other.

11:21:26 4          Again zero percent of this is in my

11:21:30 5    report because of the April 8th issue, I should

11:21:33 6    qualify that.

11:21:34 7          Q.    And with respect to the eight

11:21:36 8    company comparator index that you used for some

11:21:43 9    of your analyses, is aluminum in that index?

11:21:45 10         A.    I don't remember.  I would have to

11:21:48 11   look.  That may well be the case.

11:21:55 12         Q.    And, so you mentioned steel.  Are

11:22:09 13   there any other products that it would be

11:22:21 14   problematic to include in your industry index?

11:22:23 15         A.    That is what comes to mind.  Again,

11:22:26 16   you are just -- the question one normally asks

11:22:29 17   oneself is what are you trying to get close to.

11:22:32 18         You are trying to get close to

11:22:34 19   globally diversified mining and metals company.

11:22:42 20         Q.    Does every company in the index need

11:22:44 21   to be close to the mix in products that the

11:22:49 22   company you are studying has?

11:22:53 23         MR. KIRSCH:  Objection.

11:22:54 24         THE WITNESS:  Ideally --

11:22:55 25         MR. KIRSCH:  For what purpose, Tom?

89

CONFIDENTIAL

| | | |
|---|---|---|
| 11:22:58 | 1 | MR. BEDNAR:  For the purpose of |
| 11:23:01 | 2 | constructing a valid industry index. |
| 11:23:04 | 3 | MR. KIRSCH:  Thank you. |
| 11:23:05 | 4 | THE WITNESS:  You are asking a very |
| 11:23:06 | 5 | general question.  Let me try to relate it to |
| 11:23:10 | 6 | this case. |
| 11:23:10 | 7 | In this case the issue is that, you |
| 11:23:12 | 8 | know, none of the obvious companies would be |
| 11:23:15 | 9 | in Dr. Metz's index. |
| 11:23:17 | 10 | So, the question is does every, |
| 11:23:19 | 11 | every company in the index have to be a |
| 11:23:22 | 12 | perfect comparable?  Well, no, it can't ever |
| 11:23:24 | 13 | be.  That is why I used a variety of |
| 11:23:28 | 14 | measures. |
| 11:23:28 | 15 | But I think the troubling problem |
| 11:23:30 | 16 | for Dr. Metz is that the obvious comparables |
| 11:23:35 | 17 | aren't even in his. |
| 11:23:38 | 18 | BY MR. BEDNAR: |
| 11:23:38 | 19 | Q.    And by that, are you referring to |
| 11:23:41 | 20 | Vale and BHP? |
| 11:23:42 | 21 | A.    The large, yes, metal mining |
| 11:23:46 | 22 | companies that aren't U.S. |
| 11:23:48 | 23 | Q.    Are all of the companies that are in |
| 11:23:50 | 24 | the eight company comparator index that you used, |
| 11:23:53 | 25 | are all of those obvious comparators, too? |

90

CONFIDENTIAL

11:23:56 1          A.      You lost me there.  I'm sorry.  You

11:23:59 2    broke up.

11:23:59 3          Q.      The eight companies, in the eight

11:24:02 4    company peer index that you used for some

11:24:04 5    analyses, do you consider all of those to be

11:24:08 6    obvious comparators that should be included in

11:24:10 7    the industry index?

11:24:12 8          A.      The company did.  The company, the

11:24:14 9    eight comparators were the -- if you are asking

11:24:18 10   about my H8 index, were the ones the company used

11:24:22 11   in 2011.  So, yes.

11:24:27 12         Q.      Do you consider those to be obvious

11:24:30 13   comparators that should be included in a valid

11:24:33 14   industry index?

11:24:34 15         A.      I think that that could be certainly

11:24:38 16   a measure.  There is no single perfect measure.

11:24:43 17   The interesting questions for this case actually

11:24:45 18   don't turn on it.

11:24:47 19              But, there is no single question --

11:24:49 20   there is no single perfect answer.

11:24:52 21         Q.      Returning to products that are or

11:25:00 22   are not similar to those sold by Rio Tinto.

11:25:04 23              Does the presence of coal companies

11:25:12 24   make any difference to your views on whether the

11:25:17 25   industry index is proper or improper compared to

91

CONFIDENTIAL

11:25:23  1    Rio Tinto?

11:25:25  2         A.    Well, again, it is a matter of

11:25:27  3    degree.  Coal would be smaller for Rio Tinto,

11:25:33  4    than from some obviously pure play coal

11:25:36  5    companies, if that is your question.

11:25:41  6         Q.    What do you mean by pure play coal

11:25:45  7    companies?

11:25:45  8         A.    Companies that are in the coal

11:25:47  9    business.

11:25:51  10        Q.    When you say coal would be smaller

11:25:54  11   for Rio Tinto, you mean it may be a smaller

11:25:57  12   percentage of Rio Tinto's earnings than say iron

11:26:00  13   ore?

11:26:01  14        A.    Vastly smaller, yes.

11:26:03  15        Q.    And because coal is the smaller

11:26:06  16   portion of Rio Tinto's earnings, would it be

11:26:09  17   improper to include companies that are focused

11:26:12  18   primarily on coal?

11:26:13  19        A.    Again, not necessarily.  There is no

11:26:18  20   single perfect answer here.  You are never going

11:26:20  21   to find exact comparables.

11:26:24  22             The argument I have with Dr. Metz is

11:26:26  23   not like around the edges, you should have done

11:26:28  24   this, you should have done that.

11:26:29  25             Is that the, A, the exercise isn't

                                                              92

CONFIDENTIAL

11:26:33  1    worth doing and, B, it didn't include any of the

11:26:35  2    obvious companies.

11:26:36  3              That is really the issue.  It is not

11:26:38  4    about this rounding error discussion.

11:26:46  5         Q.    So, when you say you didn't include

11:26:48  6    any of the obvious companies, the S&P Metals and

11:26:52  7    Mining Index has Newmont Mining, right?

11:27:04  8         A.    Yes, and indeed the H8, I believe

11:27:07  9    has Newmont Mining.

11:27:08 10         Q.    Right.  So, is that not one of the

11:27:10 11    obvious companies that needed to be included?

11:27:13 12         A.    It would be in the smaller end of

11:27:15 13    big companies.  But, yes, that is a company.

11:27:17 14         Q.    And, the S&P Metals and Mining Index

11:27:21 15    has Alcoa, right?

11:27:24 16         A.    I believe that is true.

11:27:26 17         Q.    And that is in the list of eight

11:27:28 18    comparator firms, right?

11:27:29 19         A.    That is my recollection, yes.

11:27:35 20         Q.    And so is Alcoa not one of the

11:27:39 21    obvious comparators?

11:27:40 22         A.    Certainly a comparator from the

11:27:42 23    company's perspective for that year.

11:27:45 24         Q.    And, for McMoRan, that is also from

11:27:48 25    the S&P9 mining index, right?

93

CONFIDENTIAL

| | | |
|---|---|---|
| 11:27:50 | 1 | A.    I'm sorry.  You are breaking up, I |
| 11:27:53 | 2 | couldn't hear. |
| 11:27:53 | 3 | Q.    The company is Freeport-McMoRan -- |
| 11:28:02 | 4 | A.    Okay.  I think I heard you say |
| 11:28:05 | 5 | Freeport.  I'm not hearing you so -- |
| 11:28:06 | 6 | MR. BEDNAR:  Okay.  Let's go off the |
| 11:28:07 | 7 | record and I will try and fix my headset |
| 11:28:10 | 8 | here.  Can we go off the record for a very |
| 11:28:12 | 9 | short break. |
| 11:28:14 | 10 | THE WITNESS:  Okay. |
| 11:28:14 | 11 | THE VIDEOGRAPHER:  We are going off |
| 11:28:15 | 12 | the record, the time is 11:28 eastern. |
| 11:30:47 | 13 | (Recess taken -- 11:28 a.m.) |
| 11:31:03 | 14 | (After recess -- 11:39 a.m.) |
| 11:38:58 | 15 | THE VIDEOGRAPHER:  We are going back |
| 11:39:05 | 16 | on the record.  The time is 11:39 eastern. |
| 11:39:10 | 17 | BY MR. BEDNAR: |
| 11:39:10 | 18 | Q.    And, Dr. Hubbard, thanks for taking |
| 11:39:14 | 19 | that break.  I think my audio should work better |
| 11:39:17 | 20 | now. |
| 11:39:17 | 21 | A.    Okay. |
| 11:39:18 | 22 | Q.    If at any time you are having |
| 11:39:21 | 23 | trouble hearing me, Doctor, please let me know |
| 11:39:23 | 24 | and I will try and improve the connection. |
| 11:39:25 | 25 | Right before we were breaking, I was |

94

CONFIDENTIAL

11:39:27  1    trying to ask you were you aware whether the

11:39:29  2    company Freeport-McMoRan was in the S&P Metals

11:39:34  3    and Mining Index?

11:39:34  4         A.    I don't recall, sorry.

11:39:40  5         Q.    And, Freeport was one of the eight

11:39:47  6    comparator firms that Rio Tinto identified?

11:39:50  7         A.    That is my recollection.  It would

11:39:52  8    be in Exhibit 4.  But, that is my recollection.

11:39:54  9    I could check.  But, I believe that is the case.

11:40:00 10    Exhibit -- yes.

11:40:08 11         Q.    Now, before I asked you about those

11:40:13 12    companies, I had asked you about a number of

11:40:16 13    products.

11:40:16 14               What about copper?  Is it important

11:40:21 15    for copper to be represented in an industry index

11:40:25 16    that you are using for an event study for Rio

11:40:32 17    Tinto?

11:40:32 18         A.    Rio Tinto is in a lot of metals and

11:40:35 19    mining business.

11:40:35 20               The question is are you trying to

11:40:37 21    get companies that are similar both in product

11:40:39 22    and product mix, so you could imagine it.

11:40:47 23         Q.    Would it be important to ensure a

11:40:51 24    certain level of representation of copper or not?

11:40:56 25         A.    Whether it would be one way or the

95

CONFIDENTIAL

| | | |
|---|---|---|
| 11:41:00 | 1 | other, I don't recall the importance of it to Rio |
| 11:41:04 | 2 | Tinto. |
| 11:41:04 | 3 | What we are trying to do is get a |
| 11:41:08 | 4 | common shock.  So, the same thing that would move |
| 11:41:10 | 5 | the industry index would be, you know, important |
| 11:41:12 | 6 | in driving movements in the firm.  That is what |
| 11:41:15 | 7 | you are trying to get at.  But, I don't recall. |
| 11:41:17 | 8 | Q.    What about oil? |
| 11:41:24 | 9 | MR. KIRSCH:  Objection.  What is the |
| 11:41:25 | 10 | question? |
| 11:41:27 | 11 | BY MR. BEDNAR: |
| 11:41:27 | 12 | Q.    Would it be important to have oil |
| 11:41:32 | 13 | represented or not represented in an industry |
| 11:41:34 | 14 | index that is used for a Rio Tinto event study? |
| 11:41:40 | 15 | A.    I wouldn't think of it as natural, |
| 11:41:44 | 16 | no.  Those are the kinds of shocks that dominate |
| 11:41:49 | 17 | the oil industry.  And you couldn't rule it out |
| 11:41:52 | 18 | depending on what else the company does. |
| 11:41:54 | 19 | But if you are asking about oil as a |
| 11:41:56 | 20 | commodity, it wouldn't seem spot on. |
| 11:42:06 | 21 | Q.    Would it present any problems to |
| 11:42:10 | 22 | have oil represented in a significant way in an |
| 11:42:14 | 23 | industry index for purposes of a Rio Tinto event |
| 11:42:18 | 24 | study? |
| 11:42:18 | 25 | A.    I don't know that it would. |

96

CONFIDENTIAL

```
11:42:44   1            Q.     How did you determine what SIC codes
11:42:46   2      were similar for purposes of determining what SIC
11:42:51   3      codes should be represented in an industry index?
11:42:59   4            A.     Well, based on the business that the
11:43:00   5      company described, I think early in my report I
11:43:04   6      listed the company's major lines of business, and
11:43:06   7      tried to find the SIC codes that correlate to
11:43:10   8      that.
11:43:10   9                   I don't know remember whether the
11:43:11  10      company refers to those in its own documents or
11:43:13  11      not, off the top of my head.
11:43:20  12            Q.     And so are you simply looking for
11:43:23  13      SIC codes that contain those products that Rio
11:43:25  14      Tinto -- that are most important to Rio Tinto?
11:43:28  15            A.     In a matter of speaking, yes.
11:43:34  16      Companies tracked by segments with SIC
11:43:36  17      identifiers.  But yes, trying to get it
11:43:39  18      comparable to Rio Tinto, if that is the question.
11:43:42  19            Q.     Okay.  And then in terms of SIC
11:43:45  20      codes that aren't similar to Rio Tinto, is that
11:43:48  21      just SIC codes that don't feature products that
11:43:51  22      are important to Rio Tinto?
11:43:52  23                   Or how do you make that
11:43:54  24      determination?
11:43:55  25            A.     Well, I think that is a very big
```

97

CONFIDENTIAL

| | | |
|---|---|---|
| 11:43:59 | 1 | one.  Another might be very different stages of |
| 11:44:02 | 2 | production so that the shocks are very different. |
| 11:44:06 | 3 | There are a number of reasons two |
| 11:44:09 | 4 | firms may not be common. |
| 11:44:21 | 5 | Q.    Is there any authority in peer |
| 11:44:24 | 6 | reviewed literature for determining which SIC |
| 11:44:26 | 7 | codes are or are not similar? |
| 11:44:28 | 8 | A.    I think that is a judgment matter. |
| 11:44:36 | 9 | The peer reviewed literature really just talks |
| 11:44:38 | 10 | about in general what makes a good industry |
| 11:44:40 | 11 | index. |
| 11:44:41 | 12 | But, it is obviously up to the |
| 11:44:43 | 13 | researcher to try to identify that and make his |
| 11:44:45 | 14 | or her case. |
| 11:44:46 | 15 | Q.    Uh-huh.  Now, I think that you |
| 11:44:48 | 16 | alluded to companies that make steel or |
| 11:44:56 | 17 | manufacture other metal products. |
| 11:44:58 | 18 | How does the presence or absence of |
| 11:45:02 | 19 | such companies affect your view of an industry |
| 11:45:05 | 20 | index for a Rio Tinto event study? |
| 11:45:09 | 21 | A.    Well, if you think about -- again |
| 11:45:12 | 22 | Rio Tinto's earnings are dominated by iron ore |
| 11:45:17 | 23 | which is an input. |
| 11:45:18 | 24 | But, think about two products.  One |
| 11:45:20 | 25 | of which is an input to another.  It depends what |

98

CONFIDENTIAL

| | | |
|---|---|---|
| 11:45:24 | 1 | kind of shocks you have, whether you would want |
| 11:45:26 | 2 | to view those as being related to one another. |
| 11:45:28 | 3 | So, to be specific, if all shocks |
| 11:45:31 | 4 | are simply to global demand, global demand may |
| 11:45:38 | 5 | raise demand both for final products and for |
| 11:45:41 | 6 | commodities.  It would be good for both. |
| 11:45:43 | 7 | Some shocks may affect commodity |
| 11:45:47 | 8 | prices but hurt the firms that use those |
| 11:45:49 | 9 | commodities in terms of their own profits. |
| 11:45:52 | 10 | So, typically you wouldn't want |
| 11:45:55 | 11 | different stages of production, unless you had a |
| 11:45:57 | 12 | theory that all the shocks come from one place. |
| 11:46:00 | 13 | That is a basic index theory. |
| 11:46:04 | 14 | THE VIDEOGRAPHER:  If I could jump |
| 11:46:05 | 15 | in for a second.  It sounds like we are |
| 11:46:07 | 16 | getting a lot of background noise from |
| 11:46:11 | 17 | call-in user Number 1917670. |
| 11:46:16 | 18 | Would it be possible for them to |
| 11:46:18 | 19 | mute themselves. |
| 11:46:32 | 20 | THE WITNESS:  It doesn't look like |
| 11:46:33 | 21 | they are muted.  It is not me, but -- |
| 11:46:36 | 22 | THE VIDEOGRAPHER:  I'm not hearing |
| 11:46:37 | 23 | them now anyway. |
| 11:46:39 | 24 | THE WITNESS:  Okay. |
| 11:46:42 | 25 | BY MR. BEDNAR: |

99

CONFIDENTIAL

| | | |
|---|---|---|
| 11:46:45 | 1 | Q.    And I'm sorry to go back, Doctor, |
| 11:46:47 | 2 | but I asked you about several products and I |
| 11:46:50 | 3 | think I neglected one. |
| 11:46:52 | 4 | What about gold?  Is it important to |
| 11:46:54 | 5 | you that gold be represented or not represented |
| 11:46:56 | 6 | in an industry index for a Rio Tinto event study? |
| 11:47:03 | 7 | A.    It certainly is an example of a |
| 11:47:08 | 8 | metal.  And to the extent that there are similar |
| 11:47:11 | 9 | mixes, I could make arguments either way in an |
| 11:47:15 | 10 | index, depending on mix of businesses the firm |
| 11:47:18 | 11 | is in. |
| 11:47:19 | 12 | Q.    I'm talking specifically for Rio |
| 11:47:21 | 13 | Tinto.  For an event study here that is |
| 11:47:25 | 14 | evaluating Rio Tinto, is it significant to you |
| 11:47:27 | 15 | that gold either be included or not be included |
| 11:47:30 | 16 | in the industry index? |
| 11:47:33 | 17 | A.    I wouldn't say either way.  I would |
| 11:47:35 | 18 | say it could or could not. |
| 11:47:39 | 19 | For example, I think some years Rio |
| 11:47:43 | 20 | Tinto included Newmont as a comparison. |
| 11:47:47 | 21 | Sometimes it didn't.  So, I think it could go |
| 11:47:49 | 22 | either way. |
| 11:47:54 | 23 | Q.    Based on your analysis of Rio |
| 11:47:56 | 24 | Tinto's annual reports, did you reach any |
| 11:48:01 | 25 | conclusion as to whether gold should be |

100

CONFIDENTIAL

11:48:03  1    represented in an industry index?

11:48:08  2         A.    I think I answered I didn't reach

11:48:10  3    the conclusion.  I'm not sure whether the annual

11:48:14  4    report would have helped me.

11:48:14  5              But, I have said you could make the

11:48:16  6    argument either way.  The company in some years

11:48:18  7    did include a gold company and in some years it

11:48:22  8    did not.

11:48:22  9         Q.    So, specific reference to financial

11:48:26 10    statements.  So, I think you concluded iron ore

11:48:29 11    was a very significant part of Rio Tinto's

11:48:32 12    earnings, right?

11:48:33 13         A.    About 85 percent, yes.

11:48:34 14         Q.    And did you draw any conclusions

11:48:36 15    about the relative significance of gold to Rio

11:48:38 16    Tinto's earnings?

11:48:40 17         A.    I really don't recall.  It may be in

11:48:44 18    the report, but I don't recall.

11:48:52 19         Q.    Same with copper.  Do you recall any

11:48:55 20    conclusions about the relative significance of

11:48:57 21    copper to Rio Tinto's earnings?

11:48:59 22         A.    I don't.  I may have put them in the

11:49:01 23    report.  But, aside from memory, it is just the

11:49:04 24    dominance of iron ore.

11:49:05 25         Q.    Uh-huh.  And I'm sorry to jump

101

CONFIDENTIAL

| | | |
|---|---|---|
| 11:49:21 | 1 | around. |
| 11:49:22 | 2 | But going back to the issue of steel |
| 11:49:24 | 3 | manufacturing companies, to make sure that I |
| 11:49:29 | 4 | understand, you are not expressing views that |
| 11:49:32 | 5 | steel stocks would always be negatively impacted |
| 11:49:37 | 6 | by rising iron ore prices.  Is that correct? |
| 11:49:41 | 7 | MR. KIRSCH:  Objection. |
| 11:49:42 | 8 | THE WITNESS:  That is correct.  It |
| 11:49:43 | 9 | would depend on the shock that is generating |
| 11:49:46 | 10 | the movement in both.  Nor would it be the |
| 11:49:48 | 11 | case that it is obvious that it would.  So, |
| 11:49:52 | 12 | it is -- |
| 11:49:52 | 13 | BY MR. BEDNAR: |
| 11:49:53 | 14 | Q.    Okay.  Did you do any analysis to |
| 11:50:08 | 15 | evaluate the extent to which the stock price |
| 11:50:13 | 16 | returns of iron ore miners are or are not |
| 11:50:17 | 17 | correlated with the stock price returns of steel |
| 11:50:22 | 18 | manufacturers? |
| 11:50:24 | 19 | A.    I don't recall doing that, no.  I'm |
| 11:50:29 | 20 | not sure why I would. |
| 11:50:29 | 21 | (Audio interference.) |
| 11:50:33 | 22 | -- just made, I wouldn't really |
| 11:50:35 | 23 | learn much other than the stocks that dominated |
| 11:50:39 | 24 | that period. |
| 11:50:40 | 25 | Q.    And so I want to put up your report |

102

CONFIDENTIAL

| | | |
|---|---|---|
| 11:51:19 | 1 | and take you to Paragraph 36, which is on Page 20 |
| 11:51:28 | 2 | of the report, Page 24 of the PDF. |
| 11:51:45 | 3 | And towards the bottom half of the |
| 11:51:47 | 4 | paragraph, you write, "For example, steel |
| 11:51:48 | 5 | manufacturers, which make up 19 percent of |
| 11:51:51 | 6 | Dr. Metz's index, use raw materials such as iron |
| 11:51:56 | 7 | ore and coke in their production. |
| 11:51:57 | 8 | "Therefore an increase in the price |
| 11:51:59 | 9 | of iron ore or other commodities may negatively |
| 11:52:03 | 10 | affect steel manufacturers' earnings and their |
| 11:52:09 | 11 | stock prices, the opposite effect such a price |
| 11:52:13 | 12 | increase would be expected to have on a company |
| 11:52:16 | 13 | like Rio Tinto, whose revenues and profits |
| 11:52:19 | 14 | increase as commodity prices increase." |
| 11:52:21 | 15 | Did I read that correctly?  Doctor, |
| 11:52:30 | 16 | did I read that section correctly? |
| 11:52:36 | 17 | MR. KIRSCH:  Glenn, I think you are |
| 11:52:38 | 18 | muted. |
| 11:52:44 | 19 | MR. BEDNAR:  We are not able to hear |
| 11:52:46 | 20 | you, Doctor.  You should check on your phone |
| 11:52:48 | 21 | and your computer to make sure that they are |
| 11:52:51 | 22 | both not on mute. |
| 11:52:56 | 23 | THE WITNESS:  The phone is not on |
| 11:52:57 | 24 | mute.  I may have to log off -- |
| 11:52:59 | 25 | MR. KIRSCH:  Okay, Doctor. |

103

CONFIDENTIAL

| | | |
|---|---|---|
| 11:53:00 | 1 | THE WITNESS:  You got me?  Okay. |
| 11:53:01 | 2 | MR. BEDNAR:  Yes. |
| 11:53:01 | 3 | THE WITNESS:  I don't know what |
| 11:53:01 | 4 | happened.  Okay.  Sorry. |
| 11:53:01 | 5 | I had answered your question, yes, |
| 11:53:02 | 6 | you did read that correctly. |
| 11:53:03 | 7 | BY MR. BEDNAR: |
| 11:53:04 | 8 | Q.   Okay.  I was worried that you had a |
| 11:53:07 | 9 | lengthy critique of my reading of that. |
| 11:53:09 | 10 | A.   No, no.  It is not controversial. |
| 11:53:12 | 11 | Q.   Okay.  If I can't get that part |
| 11:53:16 | 12 | right, it is going to be a long day. |
| 11:53:19 | 13 | And so, I want to make sure that I |
| 11:53:20 | 14 | understand this sentence where you say that an |
| 11:53:24 | 15 | increase in the price of iron ore or other |
| 11:53:28 | 16 | commodities may negatively affect steel |
| 11:53:31 | 17 | manufacturers' earnings and their stock prices. |
| 11:53:35 | 18 | It also may not negatively affect |
| 11:53:38 | 19 | their earnings and their stock prices, right? |
| 11:53:41 | 20 | A.   Right, it would depend on the |
| 11:53:44 | 21 | shocks.  And since you don't know what kind of |
| 11:53:46 | 22 | shocks would be dominating data over that period, |
| 11:53:48 | 23 | it wouldn't be a natural marriage for an index. |
| 11:53:51 | 24 | But, yes, depending on the shocks |
| 11:53:53 | 25 | you experience, ex post, that correlation can go |

104

CONFIDENTIAL

| | | |
|---|---|---|
| 11:53:56 | 1 | one way or the other. |
| 11:53:57 | 2 | Q. Sure. And, have you done any |
| 11:54:01 | 3 | analysis then to determine whether stock prices |
| 11:54:05 | 4 | are more often correlated with iron ore prices |
| 11:54:08 | 5 | than not? |
| 11:54:11 | 6 | A. Sorry. When you say stock prices, |
| 11:54:13 | 7 | do you mean Rio Tinto, or what? |
| 11:54:15 | 8 | Q. Yes. |
| 11:54:16 | 9 | A. I'm sorry. Correlated with what? |
| 11:54:19 | 10 | Q. Well, have you done either? Did you |
| 11:54:21 | 11 | do any analysis to determine whether Rio Tinto |
| 11:54:23 | 12 | was or was not correlated with the stock prices |
| 11:54:26 | 13 | of the steel company? |
| 11:54:28 | 14 | A. I don't recall. Sorry. I may have. |
| 11:54:34 | 15 | Q. Okay. |
| 11:54:34 | 16 | A. I wouldn't -- I'm not supposed to |
| 11:54:38 | 17 | make the answer because of what that paragraph |
| 11:54:40 | 18 | says, but I don't recall one way or the other. |
| 11:54:41 | 19 | Q. Okay. And did you, if you did, |
| 11:54:44 | 20 | would it be in the backup that was produced with |
| 11:54:46 | 21 | your report? |
| 11:54:48 | 22 | A. Well, I think if it came up, it is |
| 11:54:51 | 23 | in response to Dr. Metz's deposition, where he |
| 11:54:54 | 24 | raised this. And that is the first time I have |
| 11:54:58 | 25 | seen this argument from Dr. Metz. |

105

CONFIDENTIAL

| | | |
|---|---|---|
| 11:55:00 | 1 | I don't recall one way or the other. |
| 11:55:02 | 2 | Q.    And then similarly, did you do any |
| 11:55:07 | 3 | analysis as to whether -- whether or not there |
| 11:55:12 | 4 | was a correlation between the stock prices of |
| 11:55:15 | 5 | steel companies and the price of iron ore? |
| 11:55:20 | 6 | A.    The same answer, I don't recall |
| 11:55:26 | 7 | doing that one way or the other, for the reasons |
| 11:55:28 | 8 | that I state in Paragraph 36. |
| 11:55:42 | 9 | Q.    Did you develop a view as to whether |
| 11:55:59 | 10 | for purposes of conducting an event study of Rio |
| 11:56:04 | 11 | Tinto, that a proper industry index should have a |
| 11:56:11 | 12 | correlation to iron ore prices? |
| 11:56:17 | 13 | A.    Well, that is an example -- I guess |
| 11:56:20 | 14 | you are trying to get -- you are talking about |
| 11:56:22 | 15 | comparing firms.  You are trying to get a firm |
| 11:56:25 | 16 | whose product mix and footprint is as similar as |
| 11:56:29 | 17 | possible.  So, in that sense iron ore is very |
| 11:56:34 | 18 | important for Rio Tinto. |
| 11:56:34 | 19 | But, you could be in other |
| 11:56:36 | 20 | businesses, too, if I am understanding your |
| 11:56:39 | 21 | question. |
| 11:56:39 | 22 | Q.    Sure.  To be a proper index for an |
| 11:56:49 | 23 | event study on Rio Tinto, does the industry index |
| 11:56:51 | 24 | need to be correlated with changes in iron ore |
| 11:56:56 | 25 | prices? |

106

CONFIDENTIAL

| | | |
|---|---|---|
| 11:56:57 | 1 | A.    That is a hard question to answer |
| 11:57:00 | 2 | because you are looking ex post at data that are |
| 11:57:04 | 3 | subject to different shocks.  I think the way I |
| 11:57:08 | 4 | would define it before is it should be, you know, |
| 11:57:11 | 5 | similar footprint as possible which may well mean |
| 11:57:16 | 6 | a correlation by prices. |
| 11:57:19 | 7 | But, I haven't looked at that one |
| 11:57:21 | 8 | way or the other. |
| 11:57:25 | 9 | Q.    And I think you had a critique of |
| 11:57:28 | 10 | the S&P Metals and Mining Index because it was |
| 11:57:30 | 11 | down on April 8th, of 2011, while you contend |
| 11:57:34 | 12 | that certain metals prices were up on the day. |
| 11:57:37 | 13 | Do you recall making that critique? |
| 11:57:39 | 14 | A.    I do.  I didn't just contend it.  I |
| 11:57:42 | 15 | mean, that is a fact, but, yes. |
| 11:57:44 | 16 | Q.    So, specifically what metals prices |
| 11:57:50 | 17 | do you have in mind? |
| 11:57:52 | 18 | A.    I don't remember.  I said so in the |
| 11:57:55 | 19 | report.  If we need to go find that, if it is |
| 11:57:59 | 20 | important, or -- |
| 11:58:00 | 21 | Q.    Sure.  So, it is -- I can find the |
| 11:58:10 | 22 | page and take you to it in just a moment.  So, |
| 11:58:34 | 23 | specifically, Paragraphs 57 and 58 of your |
| 11:58:38 | 24 | report. |
| 11:58:38 | 25 | A.    Okay. |

107

CONFIDENTIAL

| | | |
|---|---|---|
| 11:58:38 | 1 | Q.    Pages 36 and 37 of the PDF. |
| 11:58:43 | 2 | A.    I am there. |
| 11:58:44 | 3 | Q.    In the hard copy, it is Pages 32 to |
| 11:58:47 | 4 | 33. |
| 11:58:48 | 5 | A.    Yes. |
| 11:58:48 | 6 | Q.    Okay.  And so you say that in 57, |
| 11:58:53 | 7 | "Dr. Metz claims there was no confounding |
| 11:58:56 | 8 | information, that is other information released |
| 11:58:58 | 9 | around the same time that could also potentially |
| 11:59:01 | 10 | have an impact on Rio Tinto's ADR price and |
| 11:59:05 | 11 | explain the abnormal returns he finds for Rio |
| 11:59:09 | 12 | Tinto's ADR on April 8, 2011. |
| 11:59:12 | 13 | "However, he failed to consider that |
| 11:59:15 | 14 | metal prices increased on April 8, 2011, which |
| 11:59:18 | 15 | several news reports noted had driven a general |
| 11:59:21 | 16 | increase in stock prices across the mining sector |
| 11:59:24 | 17 | that day." |
| 11:59:25 | 18 | And then you quote from several news |
| 11:59:28 | 19 | sources on that page, also on Paragraph 57.  Do |
| 11:59:30 | 20 | you see that? |
| 11:59:35 | 21 | A.    Yes. |
| 11:59:41 | 22 | Q.    Do you recall what metals prices |
| 11:59:42 | 23 | were up on April 8th? |
| 11:59:52 | 24 | MR. BEDNAR:  Doctor, I think you |
| 11:59:53 | 25 | might be on mute again.  We are not hearing. |

108

CONFIDENTIAL

| | | |
|---|---|---|
| 12:00:00 | 1 | Okay, I think I will ask Glen to |
| 12:00:02 | 2 | take us off the record so Dr. Hubbard can |
| 12:00:07 | 3 | just try to dial right back in. |
| 12:00:08 | 4 | THE VIDEOGRAPHER:  We are going off |
| 12:00:09 | 5 | the record, the time is 12 o'clock eastern. |
| 12:00:09 | 6 | (Recess taken -- 12:00 p.m.) |
| 12:01:09 | 7 | (After recess -- 12:01 p.m.) |
| 12:01:09 | 8 | THE VIDEOGRAPHER:  We are going back |
| 12:01:19 | 9 | on the record.  The time is 12:01 eastern. |
| 12:01:24 | 10 | BY MR. BEDNAR: |
| 12:01:25 | 11 | Q.    And, Dr. Hubbard, I will also direct |
| 12:01:27 | 12 | your attention to Paragraph 58 in which you |
| 12:01:32 | 13 | write, "In addition, the Metal Bulletin, which |
| 12:01:35 | 14 | publishes frequently cited iron or price indices |
| 12:01:40 | 15 | reported on April 11th -- or, excuse me, on |
| 12:01:43 | 16 | April 8, 2011, that iron ore stock prices, upon |
| 12:01:47 | 17 | which 85 percent of Rio Tinto's underlying |
| 12:01:51 | 18 | earnings in 2011 relied, had increased."  And |
| 12:01:55 | 19 | then you go on further in that paragraph. |
| 12:01:59 | 20 | I want to kind of take you through |
| 12:02:04 | 21 | some of the sources that you cite here. |
| 12:02:09 | 22 | A.    Okay. |
| 12:02:10 | 23 | Q.    The first would be if we look at the |
| 12:02:14 | 24 | very first bullet point on Page 57 with respect |
| 12:02:17 | 25 | to rising metal prices. |

109

CONFIDENTIAL

12:02:18   1          And, in Footnote 164, you cite a

12:02:26   2   news article from the Xinhua News Agency on

12:02:32   3   April 8th.

12:02:32   4                  (Exhibit Number 1144

12:02:32   5                   marked for identification.)

12:02:32   6   BY MR. BEDNAR:

12:02:33   7       Q.    And so, I will pull up Exhibit 1144,

12:02:43   8   which is that article.  And as you see, the

12:02:51   9   article in the second paragraph, it has the

12:02:53  10   language that you quoted.  That article doesn't

12:02:56  11   identify what the metal prices are that were

12:02:59  12   rising, does it?

12:03:01  13       A.    That is correct.  I don't see it

12:03:05  14   here.

12:03:05  15                  (Exhibit Number 1209

12:03:05  16                   marked for identification.)

12:03:06  17   BY MR. BEDNAR:

12:03:06  18       Q.    And, in Exhibit 1209, that is the

12:03:22  19   Dow Jones International article that is cited in

12:03:27  20   the next bullet point, Footnote 165 of your

12:03:33  21   report.

12:03:42  22          And, the very first sentence says

12:03:53  23   "FTSE 100 ends higher, led by heavily-weighted

12:03:57  24   mining stocks on the back of firm metals prices."

12:03:58  25          Again, that doesn't specify which

                                                      110

CONFIDENTIAL

| | | |
|---|---|---|
| 12:04:02 | 1 | metals' prices rose that day, right? |
| 12:04:05 | 2 | A.    Correct. |
| 12:04:05 | 3 | Q.    And it actually says on the back of |
| 12:04:09 | 4 | firm metals prices, correct? |
| 12:04:13 | 5 | A.    I am sorry.  It says firm metal |
| 12:04:15 | 6 | prices.  In other words, good metal prices. |
| 12:04:20 | 7 | Q.    Yes.  Did you take that to mean |
| 12:04:22 | 8 | metals prices were up or metals prices were at |
| 12:04:26 | 9 | the same level?  Or can you tell what that means? |
| 12:04:31 | 10 | A.    Well, I haven't come back to look at |
| 12:04:36 | 11 | the data in a while. |
| 12:04:37 | 12 | It is highlighting metals as driving |
| 12:04:41 | 13 | prices.  So, one would assume high prices, but I |
| 12:04:44 | 14 | haven't gone back to look at the data. |
| 12:04:46 | 15 | Q.    In the third bullet point, which |
| 12:04:55 | 16 | cites Footnote 166, you cite a -- it cites a Dow |
| 12:05:08 | 17 | Jones International news article.  We were able |
| 12:05:09 | 18 | to identify a Market Watch article with the same, |
| 12:05:14 | 19 | same headline and your same quotation. |
| 12:05:17 | 20 | A.    Okay. |
| 12:05:18 | 21 | Q.    Do you know as you sit here today -- |
| 12:05:21 | 22 | MR. KIRSCH:  Tom, I'm sorry, which |
| 12:05:23 | 23 | exhibit are you looking at now? |
| 12:05:23 | 24 | (Exhibit Number 1134 |
| 12:05:23 | 25 | marked for identification.) |

111

CONFIDENTIAL

| | | |
|---|---|---|
| 12:05:24 | 1 | MR. BEDNAR:  Yes, I'm sorry, Mark, |
| 12:05:25 | 2 | it is Exhibit 1134.  Exhibit 1134. |
| 12:05:29 | 3 | MR. KIRSCH:  Thank you. |
| 12:05:30 | 4 | BY MR. BEDNAR: |
| 12:05:32 | 5 | Q.    Dr. Hubbard, do you know, one way or |
| 12:05:34 | 6 | the other, is there a chance that your citation |
| 12:05:37 | 7 | that you could have meant to refer to this Market |
| 12:05:41 | 8 | Watch article, that has the same line and the |
| 12:05:42 | 9 | same text. |
| 12:05:42 | 10 | A.    It is certainly possible.  You |
| 12:05:44 | 11 | should have all of these in the backup.  But, it |
| 12:05:46 | 12 | is certainly possible. |
| 12:05:47 | 13 | Q.    Okay.  And the first sentence says |
| 12:05:53 | 14 | that, "European markets advance Friday, followed |
| 12:05:58 | 15 | by a rally in Japanese stocks overnight and solid |
| 12:06:06 | 16 | gains for the mining sector as precious metal |
| 12:06:09 | 17 | prices rose once again." |
| 12:06:11 | 18 | What is your understanding in the |
| 12:06:12 | 19 | context of what the precious metals are? |
| 12:06:14 | 20 | A.    My recollection is this is just an |
| 12:06:17 | 21 | example of confounding information from a metals |
| 12:06:22 | 22 | price shock occurring at the same time that |
| 12:06:28 | 23 | Dr. Metz thinks he is measuring control.  That is |
| 12:06:31 | 24 | I think what all of this is about. |
| 12:06:40 | 25 | Q.    What are the precious metals that |

112

CONFIDENTIAL

12:06:42  1    are being referred to here?

12:06:43  2         A.    It doesn't list them in the

12:06:44  3    articles -- in the article.

12:06:48  4         Q.    Was Rio Tinto a miner of precious

12:06:51  5    metals?

12:06:54  6         A.    Well, depends on your view of

12:06:57  7    precious.  But, not importantly, I wouldn't say.

12:06:59  8              It is a question, metals generally

12:07:01  9    leading together, as the other article suggested.

12:07:04  10             But, no, I don't think of it as

12:07:06  11   principally a precious metal firm.

12:07:09  12        Q.    And did you analyze what percentage

12:07:10  13   of the S&P Metals and Mining Index is weighted

12:07:15  14   towards precious metals miners?

12:07:18  15        A.    I don't recall doing that, no.

12:07:21  16        Q.    What about the HSBC Mining Index?

12:07:24  17        A.    I don't recall doing that, no.

12:07:27  18        Q.    Okay.  This news report doesn't

12:07:36  19   refer to iron ore prices, does it?

12:07:39  20        A.    This particular report does not

12:07:41  21   mention iron ore.  That is true.

12:07:43  22        Q.    If you look at the sixth paragraph

12:07:50  23   down, which on this version is highlighted.  The

12:07:54  24   report says, "Miners advanced Friday helped by

12:07:57  25   news that Rio Tinto PLC has clinched a majority

                                                           113

CONFIDENTIAL

| | | |
|---|---|---|
| 12:08:01 | 1 | interest in long-pursued Riversdale Mining, |
| 12:08:06 | 2 | boosting chances its takeover offer will be |
| 12:08:09 | 3 | approved." |
| 12:08:09 | 4 | Did I read that correctly? |
| 12:08:10 | 5 | A.    You did. |
| 12:08:11 | 6 | Q.    The fourth bullet point in |
| 12:08:13 | 7 | Paragraph 57 of your report cites to |
| 12:08:17 | 8 | Footnote 167, which is a Wall Street Journal |
| 12:08:21 | 9 | article.  And that is Exhibit 1133. |
| 12:08:25 | 10 | A.    Okay. |
| 12:08:25 | 11 | (Exhibit Number 1133 |
| 12:08:25 | 12 | marked for identification.) |
| 12:08:25 | 13 | BY MR. BEDNAR: |
| 12:08:25 | 14 | Q.    And I will pull that up.  The lead |
| 12:08:33 | 15 | of the article refers to solid gains for the |
| 12:08:36 | 16 | mining sector as metal prices rise once again. |
| 12:08:43 | 17 | Do you see in the -- I think it is |
| 12:08:50 | 18 | the sixth paragraph down, there is a reference to |
| 12:08:53 | 19 | it says, "Miners advanced, helped by news that |
| 12:08:56 | 20 | Rio Tinto had clinched the majority interest in |
| 12:08:59 | 21 | long pursued Riversdale Mining." |
| 12:09:02 | 22 | Do you see that? |
| 12:09:02 | 23 | A.    I do. |
| 12:09:03 | 24 | Q.    And then the next paragraph, this |
| 12:09:06 | 25 | specifies the specific prices.  That, "Gold |

114

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

| | | |
|---|---|---|
| 12:09:08 | 1 | prices rose once again as a weaker dollar and |
| 12:09:12 | 2 | concerns about inflation led investors to seek |
| 12:09:16 | 3 | refuge in precious metals." |
| 12:09:18 | 4 | Did I read that correctly? |
| 12:09:20 | 5 | A.    Yes, along with copper and silver. |
| 12:09:22 | 6 | Q.    And silver. |
| 12:09:23 | 7 | A.    But, that is what is referred to |
| 12:09:25 | 8 | there. |
| 12:09:25 | 9 | Q.    And within the context of reporting |
| 12:09:27 | 10 | on those specific precious metal prices, the Wall |
| 12:09:33 | 11 | Street Journal reported on gains for Barrick |
| 12:09:36 | 12 | Gold, Randgold, which are gold miners.  And then |
| 12:09:41 | 13 | the silver miner, Fresnillo, right? |
| 12:09:46 | 14 | A.    That is what is in the report, yes. |
| 12:09:47 | 15 | Q.    And the article doesn't mention |
| 12:09:48 | 16 | anything about iron ore prices, does it? |
| 12:09:51 | 17 | A.    That is certainly true. |
| 12:09:53 | 18 | Q.    And then the last bullet point, |
| 12:09:56 | 19 | which goes to Footnote 168, refers to an article |
| 12:10:03 | 20 | in Market Watch.  Exhibit 1135. |
| 12:10:03 | 21 | (Exhibit Number 1135 |
| 12:10:03 | 22 | marked for identification.) |
| 12:10:03 | 23 | BY MR. BEDNAR: |
| 12:10:23 | 24 | Q.    If you go midway through the page, |
| 12:10:24 | 25 | Market Watch writes, "Miners ranked among the top |

115

CONFIDENTIAL

| | | |
|---|---|---|
| 12:10:28 | 1 | gainers in London's benchmark index as gold, |
| 12:10:33 | 2 | silver and copper prices rose sharply." |
| 12:10:36 | 3 | And then again there is a reference |
| 12:10:38 | 4 | to Rio Tinto rising after acquiring the majority |
| 12:10:41 | 5 | interest in Riversdale. |
| 12:10:43 | 6 | There is no mention of Rio Tinto in |
| 12:10:45 | 7 | connection with those rising metals prices, |
| 12:10:49 | 8 | correct? |
| 12:10:49 | 9 | A.    Not in this article. |
| 12:10:51 | 10 | Q.    And there is no mention of iron ore |
| 12:10:56 | 11 | prices in this article? |
| 12:10:57 | 12 | A.    That is certainly true. |
| 12:11:02 | 13 | Q.    If I take you back to your report, |
| 12:11:19 | 14 | at Paragraph 58.  You state that the Metal |
| 12:11:34 | 15 | Bulletin reported on April 8th that iron ore spot |
| 12:11:37 | 16 | prices had increased.  Right? |
| 12:11:40 | 17 | A.    Yes. |
| 12:11:40 | 18 | Q.    And then, taking you down to the |
| 12:11:44 | 19 | bottom of the page.  In connection with that |
| 12:11:50 | 20 | statement, you cite in Footnote 168 -- I'm sorry, |
| 12:11:59 | 21 | I'm referring to -- |
| 12:12:00 | 22 | A.    170 -- |
| 12:12:03 | 23 | Q.    Yes.  170, you refer to the Metal |
| 12:12:09 | 24 | Bulletin report as well as the report in the |
| 12:12:10 | 25 | Hobart Mercury, right? |

116

CONFIDENTIAL

12:12:13   1        A.    Yes.

12:12:13   2        Q.    You cite those for the proposition

12:12:27   3   that iron ore spot prices increased on April 8th.

12:12:33   4   Is that correct?

12:12:33   5        A.    Yes, sir.

12:12:34   6        Q.    And is it your assertion that iron

12:12:37   7   ore prices increased on April 8th or that they

12:12:40   8   increased at some point prior to April 8th?

12:12:44   9        A.    That is when it is recorded.  I

12:12:47  10   don't really recall the exact news article.  When

12:12:52  11   was that announced, I don't recall.

12:12:52  12                     (Exhibit Number 1138

12:12:52  13                      marked for identification.)

12:12:54  14   BY MR. BEDNAR:

12:12:54  15        Q.    Okay.  So, pull up Exhibit 1138,

12:13:03  16   which is the report from the Hobart Mercury,

12:13:06  17   dated 8 April 2011.

12:13:10  18              Is this the article that you were

12:13:13  19   citing in Footnote 170 of your report?

12:13:17  20        A.    Yes, sir.

12:13:20  21        Q.    Do you know what country the Hobart

12:13:23  22   Mercury is published in?

12:13:26  23        A.    I would presume Australia or New

12:13:30  24   Zealand.  I don't remember which.  I'm sorry.

12:13:32  25        Q.    That is okay.  So, if an article in

117

CONFIDENTIAL

| | | |
|---|---|---|
| 12:13:34 | 1 | the Hobart Mercury has a publication date of |
| 12:13:38 | 2 | 8 April, would the date of the publication of |
| 12:13:40 | 3 | that news in New York be the 7th of April 2011? |
| 12:13:43 | 4 | A.    Okay. |
| 12:13:49 | 5 | Q.    Do you agree with that? |
| 12:13:51 | 6 | A.    I am sorry.  I don't -- I can |
| 12:13:54 | 7 | certainly see the 8 April.  I'm not sure I see |
| 12:13:57 | 8 | the other.  But I will accept it subject to |
| 12:14:01 | 9 | check.  Sure. |
| 12:14:02 | 10 | Q.    And what I'm asking is simply a |
| 12:14:04 | 11 | publication date of 8 April from an Australian or |
| 12:14:08 | 12 | a New Zealand-based publication, that would come |
| 12:14:11 | 13 | out on April 7th in New York, correct? |
| 12:14:15 | 14 | MR. KIRSCH:  Objection.  Lack of |
| 12:14:16 | 15 | foundation. |
| 12:14:17 | 16 | THE WITNESS:  It certainly is not at |
| 12:14:20 | 17 | the same time, if that is your question. |
| 12:14:20 | 18 | (Exhibit Number 1139 |
| 12:14:20 | 19 | marked for identification.) |
| 12:14:20 | 20 | BY MR. BEDNAR: |
| 12:14:23 | 21 | Q.    Okay.  And by way of example, I will |
| 12:14:25 | 22 | show you Exhibit 1139, which is another report |
| 12:14:35 | 23 | from the Hobart Mercury, dated 8 April 2011, |
| 12:14:41 | 24 | titled, Riversdale Gives Okay to Rio's Takeover |
| 12:14:47 | 25 | Bid. |

118

CONFIDENTIAL

| | | |
|---|---|---|
| 12:14:47 | 1 | And the lead of the article reads, |
| 12:14:51 | 2 | "Riversdale Mining has recommended shareholders |
| 12:14:54 | 3 | accept Rio Tinto's $3.9 billion takeover bid |
| 12:14:58 | 4 | after the mining giant gained just under |
| 12:15:02 | 5 | 50 percent of the coal miner." |
| 12:15:06 | 6 | Did I read that correctly? |
| 12:15:07 | 7 | A.    Yes. |
| 12:15:09 | 8 | Q.    And so this April 8th article in the |
| 12:15:12 | 9 | Hobart Mercury is reporting on events of |
| 12:15:15 | 10 | April 7, 2011.  Correct? |
| 12:15:17 | 11 | A.    Correct. |
| 12:15:18 | 12 | MR. KIRSCH:  Objection. |
| 12:15:20 | 13 | BY MR. BEDNAR: |
| 12:15:22 | 14 | Q.    Take you back to Exhibit 1138, which |
| 12:15:28 | 15 | is the April 8, 2011, Hobart Mercury report, |
| 12:15:34 | 16 | titled, Mining boom a boost for juniors. |
| 12:15:47 | 17 | So, as you sit here today, do you |
| 12:15:53 | 18 | have a basis for ascertaining on what date in New |
| 12:15:57 | 19 | York this report was published? |
| 12:16:00 | 20 | A.    I would have to go back and check. |
| 12:16:03 | 21 | Q.    Okay.  If it was published on |
| 12:16:08 | 22 | April 7th in New York, would you agree that any |
| 12:16:10 | 23 | news contained in this report would be |
| 12:16:13 | 24 | incorporated into the market on April 7th? |
| 12:16:17 | 25 | A.    The question is what time of day it |

119

CONFIDENTIAL

| | | |
|---|---|---|
| 12:16:19 | 1 | comes out.  As I say, if this is important to |
| 12:16:22 | 2 | you, Ii would have to go back and take a look and |
| 12:16:25 | 3 | be ready next time we meet. |
| 12:16:27 | 4 | Q.   And so your assertion that iron ore |
| 12:16:31 | 5 | prices went up and that that news was reported on |
| 12:16:34 | 6 | April 8, to the extent that you rely on this news |
| 12:16:37 | 7 | report in support of that assertion, we would |
| 12:16:39 | 8 | have to check what time it came out.  Is that |
| 12:16:42 | 9 | right? |
| 12:16:43 | 10 | A.   Not to check what time it came out, |
| 12:16:47 | 11 | but that it was reported on April 8.  We would |
| 12:16:50 | 12 | have to check the time between New York and |
| 12:16:51 | 13 | Australia. |
| 12:16:58 | 14 | Q.   And, if you look at Paragraph 58 of |
| 12:17:06 | 15 | your report in Footnote 170, the other source |
| 12:17:10 | 16 | that you cite is a Metals Bulletin article.  And |
| 12:17:16 | 17 | that is Exhibit 1140. |
| 12:17:19 | 18 | A.   Yes. |
| 12:17:19 | 19 | (Exhibit Number 1140 |
| 12:17:19 | 20 | marked for identification.) |
| 12:17:20 | 21 | BY MR. BEDNAR: |
| 12:17:20 | 22 | Q.   And I am pulling that up so that you |
| 12:17:22 | 23 | can look at it.  It is titled, "China Steel Wrap: |
| 12:17:29 | 24 | Shanghai Rebar Up 3 Percent Despite Short Week." |
| 12:17:35 | 25 | That also has a publication date of |

120

CONFIDENTIAL

```
12:17:38   1    8 April 2011.  Right?
12:17:42   2         A.    Yes.
12:17:43   3         Q.    And it has a publication time of
12:17:45   4    5:30 in the morning right under the date.  Is
12:17:47   5    that correct?
12:17:48   6         A.    It does.  I'm not sure what that
12:17:52   7    time refers to where it comes out.  But, yes, I
12:17:55   8    can certainly see this, yes.
12:17:57   9         Q.    Do you know where Metal Bulletin is
12:18:00  10    published?
12:18:01  11         A.    I don't, off the top of my head.  I
12:18:03  12    believe it is a Chinese publication, but I don't
12:18:08  13    know off the top of my head.
12:18:09  14         Q.    Okay.  If I represent to you that
12:18:13  15    Metal Bulletin is a London based publication --
12:18:16  16         A.    Okay.
12:18:16  17         Q.    -- if you were to accept that
12:18:18  18    assumption for purposes of this question, that
12:18:20  19    means that the time of this report would most
12:18:24  20    likely be just after midnight on April 8th in New
12:18:28  21    York.  Correct?
12:18:30  22         A.    If the time stamp refers to London
12:18:34  23    time.
12:18:35  24         Q.    Correct.
12:18:35  25         A.    Yes.
```

                                                              121

CONFIDENTIAL

| | | |
|---|---|---|
| 12:18:36 | 1 | Q.    And specifically you cited this |
| 12:18:44 | 2 | Metal Bulletin report in support of your |
| 12:18:47 | 3 | assertion that iron ore prices rose. |
| 12:18:54 | 4 | There are a number of prices |
| 12:18:56 | 5 | recorded in this report. |
| 12:19:00 | 6 | Were you referring to the second |
| 12:19:02 | 7 | sentence that says, "Spot iron ore price up |
| 12:19:06 | 8 | 3.3 percent week-on-week at $186-187?" |
| 12:19:13 | 9 | A.    That is the quote.  But, that looks |
| 12:19:19 | 10 | like the title.  So, yes, that would be among |
| 12:19:21 | 11 | them, yes. |
| 12:19:21 | 12 | Q.    Okay.  Do you agree the other prices |
| 12:19:25 | 13 | that are referred to here, Shanghai rebar, wire |
| 12:19:32 | 14 | rod, those are prices for finished steel |
| 12:19:36 | 15 | products.  Correct? |
| 12:19:36 | 16 | A.    That's correct. |
| 12:19:38 | 17 | Q.    And so, the specific week-on-week |
| 12:19:41 | 18 | increase in spot iron ore, that is the only iron |
| 12:19:45 | 19 | ore price that is being referred to in this |
| 12:19:47 | 20 | article.  Right? |
| 12:19:48 | 21 | A.    That is correct.  Although this is |
| 12:19:50 | 22 | again referring to the demand shocks.  This would |
| 12:19:53 | 23 | technically move everything, going back to our |
| 12:19:56 | 24 | earlier conversation, yes. |
| 12:19:57 | 25 | Q.    Right.  And, the increase that is |

122

**CONFIDENTIAL**

```
12:20:00   1   being reported, that is a week-on-week increase,
12:20:03   2   right?
12:20:03   3          A.    Yes.
12:20:06   4          Q.    Which spot price is being referred
12:20:11   5   to here?
12:20:12   6          A.    I really don't recall.
12:20:16   7          Q.    Is there only one spot price in the
12:20:20   8   iron ore market as of April of 2011?
12:20:23   9          A.    I don't recall one way or the other.
12:20:25  10          Q.    Do you have an understanding as to
12:20:26  11   whether there are multiple prices for iron ore,
12:20:30  12   depending on the particular blend of iron ore?
12:20:34  13          A.    I would guess that there would be,
12:20:35  14   yes.
12:20:36  15          Q.    And that there are different spot
12:20:39  16   prices for iron ore depending on the delivery for
12:20:44  17   the iron ore?
12:20:45  18          A.    Well, that is mechanical, yes.
12:20:47  19          Q.    And, do you know in April 8, 2011,
12:20:51  20   if there was any particular spot price that
12:20:54  21   was -- was or was not relevant to Rio Tinto?
12:20:57  22          A.    I don't recall, sorry.
12:21:04  23              MR. KIRSCH:  Objection.
12:21:05  24   BY MR. BEDNAR:
12:21:05  25          Q.    You say you don't recall.  Is that
```

123

**CONFIDENTIAL**

```
12:21:06   1    something that you analyzed in the course of
12:21:08   2    doing your work on this report?
12:21:11   3         A.    I may well have seen that in the
12:21:13   4    search for the early section of the report from
12:21:16   5    the company.  But, I really don't recall sitting
12:21:18   6    here today.
12:21:22   7         Q.    Your assertion that iron ore prices
12:21:25   8    went up on April 8th, do you rely on any other
12:21:28   9    source for that assertion besides the two
12:21:30  10    articles that you cite in Footnote 170?
12:21:37  11         A.    In terms of what is written here,
12:21:39  12    no, I don't.
12:21:41  13         Q.    You say in terms of what is written
12:22:01  14    here.
12:22:02  15         Are you relying on any other source
12:22:04  16    of information for your understanding that iron
12:22:07  17    ore prices went up as announced on April 8, 2011?
12:22:10  18         A.    Not that I recall, no.
12:22:13  19         Q.    And, Paragraph 58 of your report, in
12:23:03  20    the first sentence you state, "In addition, the
12:23:06  21    Metal Bulletin, which publishes frequently cited
12:23:10  22    iron ore price indices, reported on
12:23:13  23    April 8, 2011, that iron ore spot prices upon
12:23:17  24    which 85 percent of Rio Tinto's underlying
12:23:19  25    earnings in 2011 relied had increased."
```

124

CONFIDENTIAL

| | | |
|---|---|---|
| 12:23:24 | 1 | What is your support for your |
| 12:23:27 | 2 | assertion that 85 percent of Rio Tinto's |
| 12:23:29 | 3 | underlying earnings rely on iron ore spot |
| 12:23:33 | 4 | pricing? |
| 12:23:34 | 5 | A.   Well, they come from iron ore, the |
| 12:23:39 | 6 | commodity value which is its stock price. |
| 12:23:43 | 7 | Q.   In April of 2011, did Rio Tinto's |
| 12:23:47 | 8 | iron ore sales depend on the spot price -- |
| 12:23:50 | 9 | Let me ask that a different way. |
| 12:23:52 | 10 | Did Rio Tinto sell at the spot price |
| 12:23:55 | 11 | as of April 8, 2011? |
| 12:23:58 | 12 | A.   I don't recall one way or the other. |
| 12:24:02 | 13 | This is just a statement about the domination of |
| 12:24:04 | 14 | iron ore and the earnings of the company. |
| 12:24:11 | 15 | Q.   Well, in literal terms, this is a |
| 12:24:13 | 16 | representation that 85 percent of Rio Tinto's |
| 12:24:17 | 17 | underlying earnings in 2011 relied on iron ore |
| 12:24:20 | 18 | spot prices. |
| 12:24:21 | 19 | I'm asking you what analysis did you |
| 12:24:23 | 20 | do to determine that 85 percent of earnings |
| 12:24:26 | 21 | relied on the spot price as opposed to a |
| 12:24:29 | 22 | different iron ore price? |
| 12:24:32 | 23 | A.   If I am understanding your question, |
| 12:24:34 | 24 | all I meant there is that it relies on iron ore, |
| 12:24:38 | 25 | the marginal price and spot price.  That is all |

125

**CONFIDENTIAL**

| | | |
|---|---|---|
| 12:24:41 | 1 | it says. |
| 12:24:42 | 2 | Q.    So, do you agree with me that Rio |
| 12:24:48 | 3 | Tinto's underlying earnings may just as well |
| 12:24:51 | 4 | depend on longer term iron ore prices as opposed |
| 12:24:55 | 5 | to the spot price? |
| 12:24:57 | 6 | A.    We can -- sorry -- |
| 12:25:05 | 7 | Q.    No, I just wasn't hearing you.  Go |
| 12:25:07 | 8 | ahead. |
| 12:25:07 | 9 | A.    No, I thought Mr. Kirsch was saying |
| 12:25:10 | 10 | something. |
| 12:25:10 | 11 | It could well depend on both, |
| 12:25:12 | 12 | depending on the contracts that he uses. |
| 12:25:14 | 13 | Q.    Did you do any analysis to determine |
| 12:25:16 | 14 | whether or not in April of 2011, Rio Tinto -- |
| 12:25:23 | 15 | whether its iron ore sales were priced on a |
| 12:25:26 | 16 | quarterly or other long-term basis? |
| 12:25:29 | 17 | A.    No.  I don't recall doing that.  I'm |
| 12:25:31 | 18 | not sure why I would, no. |
| 12:25:33 | 19 | Q.    Would that have been relevant to |
| 12:25:40 | 20 | your assertion that 85 percent of Rio Tinto's |
| 12:25:43 | 21 | underlying earnings rely on the iron ore spot |
| 12:25:46 | 22 | prices? |
| 12:25:47 | 23 | A.    Not the sense in which I mean it, |
| 12:25:50 | 24 | no. |
| 12:25:51 | 25 | Q.    The sense in which you mean it is |

126

CONFIDENTIAL

12:25:53  1    that the iron ore spot price is relevant to Rio

12:25:56  2    Tinto's earnings, rather than that the earnings

12:25:59  3    are dependent on them?

12:26:00  4         A.    Yes, the earnings are dependent on

12:26:03  5    iron ore, these marginal price, and spot price.

12:26:09  6    That is all this sentence is trying to say.

12:26:22  7         Q.    If there was an increase in iron ore

12:26:25  8    spot prices on April 8th, if we assume that,

12:26:28  9    would that tell you all you need to know about

12:26:30  10   whether or not that would affect Rio Tinto's

12:26:32  11   underlying earnings?

12:26:34  12        A.    Well, it is not a well posed

12:26:39  13   question.  I guess over what period, what do you

12:26:41  14   think about the time path for iron ore.  All of

12:26:45  15   those would be important.

12:26:47  16        Q.    Would you for instance want to know

12:26:52  17   whether that change in spot price affected the

12:26:57  18   long-term contracts on which Rio Tinto was

12:27:00  19   selling iron ore?

12:27:03  20             MR. KIRSCH:  Objection, vague.

12:27:05  21             THE WITNESS:  Well, I'm not quite

12:27:07  22        sure I can answer that.  I think what you

12:27:10  23        meant to ask me is, is just the knowledge of

12:27:14  24        the spot price or the current contracts

12:27:17  25        enough.

127

CONFIDENTIAL

12:27:17  1          The question is really more what do
12:27:18  2      you think -- excuse me, is being signalled
12:27:21  3      about expectations of the future marginal
12:27:24  4      prices.
12:27:24  5          So, I wouldn't know enough to know
12:27:28  6      the answer to the question you just asked.
12:27:30  7  BY MR. BEDNAR:
12:27:31  8      Q.    Is there an iron ore futures market?
12:27:34  9      A.    I believe so.
12:27:35 10      Q.    Did you do any analysis of whether
12:27:38 11  iron ore futures prices had changed on April 8th?
12:27:44 12      A.    I don't recall doing that, no.
12:27:47 13      Q.    If Rio Tinto price contracts on a
12:27:50 14  long-term basis, would iron ore futures price be
12:27:54 15  any more or less relevant than spot prices to Rio
12:27:57 16  Tinto's earnings expectations?
12:28:00 17      A.    Based on the structure of contracts,
12:28:03 18  I'm only accepting it for the sake of argument,
12:28:06 19  the way you have described the contracts.
12:28:08 20          The fact that somebody was on a
12:28:10 21  long-term contract doesn't mean that -- I don't
12:28:13 22  know enough of the facts of the contracts to
12:28:15 23  answer the question.
12:28:17 24      Q.    Sure.  The structure of Rio Tinto's
12:28:19 25  iron ore contracts wasn't something that you

                                                    128

CONFIDENTIAL

| | | |
|---|---|---|
| 12:28:21 | 1 | considered in preparing your report.  Right? |
| 12:28:22 | 2 | A.    No.  I can't imagine why I would, |
| 12:28:25 | 3 | but no would be the simple answer. |
| 12:28:26 | 4 | Q.    Okay.  Because it wasn't relevant to |
| 12:28:29 | 5 | your assertion that 85 percent of underlying |
| 12:28:32 | 6 | earnings relies on the spot price, right? |
| 12:28:35 | 7 | A.    In the sense of what I meant it, no, |
| 12:28:37 | 8 | it is not. |
| 12:28:38 | 9 | Q.    Okay.  And to be clear, you meant it |
| 12:28:39 | 10 | in a different sense from what you wrote it? |
| 12:28:41 | 11 | A.    No. |
| 12:28:42 | 12 | MR. KIRSCH:  Objection, lacks |
| 12:28:43 | 13 | foundation. |
| 12:28:43 | 14 | THE WITNESS:  I read it the way that |
| 12:28:45 | 15 | I'm saying it to you now.  You read it |
| 12:28:50 | 16 | differently. |
| 12:29:30 | 17 | MR. KIRSCH:  Tom, while you are |
| 12:29:31 | 18 | pausing, it is about 12:30.  Let me inquire |
| 12:29:34 | 19 | when we are all going to do lunch today and |
| 12:29:38 | 20 | how long that would be. |
| 12:29:41 | 21 | MR. BEDNAR:  I'm coming towards the |
| 12:29:42 | 22 | end of a line of questioning and then we can |
| 12:29:44 | 23 | go off the record and discuss how long you |
| 12:29:45 | 24 | want to take.  Does that make sense? |
| 12:29:48 | 25 | THE WITNESS:  Sure.  Works for me. |

129

CONFIDENTIAL

| | | |
|---|---|---|
| 12:29:49 | 1 | MR. KIRSCH:  Okay, thank you. |
| 12:29:49 | 2 | (Whereupon, previously marked |
| 12:29:49 | 3 | Exhibit 14, first referral.) |
| 12:29:49 | 4 | BY MR. BEDNAR: |
| 12:29:58 | 5 | Q.    Doctor, I'm going to pull up Defense |
| 12:30:02 | 6 | Exhibit 14.  That is Rio Tinto's 2011 Annual |
| 12:30:08 | 7 | Report.  And I will take you to Page 176 of the |
| 12:30:27 | 8 | PDF.  For you, that will be Page 174 of the |
| 12:30:30 | 9 | report itself. |
| 12:30:37 | 10 | This is the notes to the 2011 |
| 12:30:39 | 11 | financial statements. |
| 12:30:44 | 12 | A.    Okay. |
| 12:30:45 | 13 | Q.    Note 31 is titled Financial Risk |
| 12:30:48 | 14 | Management.  If you look at the second paragraph, |
| 12:31:06 | 15 | the second sentence says, "In the long-term, |
| 12:31:09 | 16 | natural hedges operate in a number of ways to |
| 12:31:12 | 17 | help protect and save lost earnings and cash |
| 12:31:18 | 18 | flow." |
| 12:31:18 | 19 | Do you see that? |
| 12:31:19 | 20 | A.    Yes. |
| 12:31:22 | 21 | Q.    The -- if you look at the next |
| 12:31:29 | 22 | paragraph, if you look at the second sentence, |
| 12:31:58 | 23 | "The relationship between commodity prices and |
| 12:32:00 | 24 | the currencies of most of the countries in which |
| 12:32:03 | 25 | the group operates provides further natural |

130

CONFIDENTIAL

12:32:05   1    protection in the long-term."

12:32:07   2              Did I read that correctly?

12:32:08   3         A.    Yes.

12:32:09   4         Q.    The last sentence of that paragraph

12:32:19   5    says, "These natural hedges significantly reduce

12:32:22   6    the necessity for using derivatives or other

12:32:25   7    forms of synthetic hedging.  Such hedging is

12:32:28   8    therefore undertaken to a strictly limited degree

12:32:31   9    as described below."

12:32:33  10              Have I read that correctly?

12:32:34  11         A.    You have.

12:32:36  12         Q.    Did you consider in preparing your

12:32:41  13    report at all the impact of Rio Tinto's natural

12:32:45  14    hedges on the extent to which the spot price of

12:32:48  15    iron ore would impact its earnings?

12:32:53  16         A.    I did not, no.

12:32:59  17         Q.    Would you agree that if Rio Tinto

12:33:01  18    has natural hedges, that as Rio Tinto says

12:33:06  19    operates in a number of ways to help protect and

12:33:09  20    stabilize earnings and cash flow, that the impact

12:33:13  21    of a change in spot prices on one day on Rio

12:33:19  22    Tinto's underlying earnings may be diminished?

12:33:23  23         A.    I don't know that you could conclude

12:33:25  24    that.  It would depend on particular currencies.

12:33:29  25    And, so they were giving you examples.  And they

131

CONFIDENTIAL

12:33:34 1   are talking over the long-term, not at a point in

12:33:37 2   time.  So, I don't think you could know, one way

12:33:40 3   or the other, from that paragraph.

12:33:41 4        Q.    You say, to determine the effect of

12:33:42 5   a change on spot prices for any commodity on Rio

12:33:46 6   Tinto's underlying earnings.  Would you want to

12:33:50 7   consider the nature of those hedges?

12:33:53 8        A.    It is not a well posed question.

12:33:57 9   Earnings when, over what period, for what

12:34:00 10   commodity price assumption?

12:34:02 11        It is just sort of unrelated to the

12:34:04 12   statement in my report.  But, I'm happy to

12:34:07 13   answer.

12:34:07 14        Q.    Well, the statement in your report

12:34:09 15   is that Rio Tinto's underlying earnings rely on

12:34:13 16   iron ore spot prices.

12:34:14 17        And I'm trying to ascertain whether

12:34:16 18   you consider the presence of natural hedges to be

12:34:20 19   at all relevant to that assertion in your report?

12:34:23 20        A.    I didn't consider it.  Nothing in

12:34:29 21   this would suggest that it would be terribly

12:34:31 22   important over any particular interval without a

12:34:33 23   lot of other assumptions.

12:34:34 24        So, I don't know how one could.  I'm

12:34:37 25   not sure what you are asking me to do.  But, I

132

CONFIDENTIAL

```
12:34:40   1   didn't.  That is simple.
12:34:43   2             MR. BEDNAR:  We can go ahead and go
12:34:45   3      off the record and I will ask how long you
12:34:47   4      will want.
12:34:49   5             MR. KIRSCH:  Okay, thank you.
12:34:51   6             THE VIDEOGRAPHER:  All right.  We
12:34:52   7      are going off the record.  The time is 12:34
12:34:55   8      eastern time.
12:34:55   9             (Recess taken -- 12:34 p.m.)
13:10:07  10             (After recess -- 1:11 p.m.)
13:10:07  11             THE VIDEOGRAPHER:  We are going back
13:11:23  12      on the record.  The time is 1:11 eastern.
13:11:23  13             (Whereupon, previously marked
13:11:23  14              Exhibit 212, first referral.)
13:11:23  15   BY MR. BEDNAR:
13:11:28  16        Q.   Dr. Hubbard, I wanted to put in
13:11:31  17   front of you a copy of Dr. Metz's opening report,
13:11:37  18   which is Exhibit 212, Defense Exhibit 212.
13:11:44  19        A.   Okay.
13:11:44  20        Q.   And, specifically I will take you to
13:11:47  21   the second page of the report, under the Summary
13:11:51  22   of Opinions, Paragraph 16.
13:11:55  23             So, one of Dr. Metz's opinions is,
13:11:58  24   "After analyzing the market's reaction to Rio
13:12:01  25   Tinto's acquisition of the Riversdale Mining
```

133

CONFIDENTIAL

| | | |
|---|---|---|
| 13:12:04 | 1 | assets on April 8, 2011, I conclude that this |
| 13:12:07 | 2 | acquisition was accretive. |
| 13:12:10 | 3 | "The market believed that these |
| 13:12:12 | 4 | assets had upside for Rio Tinto and this was |
| 13:12:14 | 5 | reflected in a statistically significant positive |
| 13:12:18 | 6 | excess return in the ADR price that day." |
| 13:12:20 | 7 | Did I read that correctly? |
| 13:12:22 | 8 | A.    You did. |
| 13:12:23 | 9 | Q.    So, this morning you said several |
| 13:12:27 | 10 | times that you found the issue of April 8th to be |
| 13:12:35 | 11 | irrelevant. |
| 13:12:36 | 12 | Is this specifically the opinion |
| 13:12:38 | 13 | that you find to be irrelevant? |
| 13:12:42 | 14 | A.    This opinion I just disagree with. |
| 13:12:45 | 15 | I think the question he is asking to |
| 13:12:49 | 16 | be irrelevant. |
| 13:12:49 | 17 | The question I think in the case is |
| 13:12:51 | 18 | whether an impairment taken at a later date, |
| 13:12:55 | 19 | January of 2013, whether that has an effect on |
| 13:13:00 | 20 | the stock price. |
| 13:13:00 | 21 | Whether the original investment was |
| 13:13:02 | 22 | accretive, break even, value destroying.  Is |
| 13:13:08 | 23 | literally unrelated to that question. |
| 13:13:10 | 24 | Now, I disagree with everything in |
| 13:13:13 | 25 | 16, but what I was saying this morning is I don't |

134

CONFIDENTIAL

13:13:17  1    see why you need it.  It is literally a waste of

13:13:20  2    time from an economic perspective.  Maybe for the

13:13:28  3    lawyers, there is some legal issue there.

13:13:28  4              But, there is zero economic

13:13:30  5    relevance.

13:13:30  6         Q.    Zero economic relevance to what?

13:13:33  7         A.    The question I think that is before

13:13:34  8    the court which is about the effect of the

13:13:36  9    impairment on Rio Tinto.

13:13:37  10             Had the original acquisition been

13:13:39  11   accretive, had it exactly broken even, had it

13:13:42  12   been value destroying?  Knowing the answer to

13:13:46  13   which one of those it was, doesn't inform the

13:13:48  14   main question.

13:13:49  15             So I don't really see why this is

13:13:52  16   interesting at all.

13:13:54  17             But, yes, I still disagree with

13:13:56  18   everything in 16 on more technical grounds.

13:13:59  19             But I am baffled from an economic

13:14:03  20   perspective on why Dr. Metz thinks this is

13:14:07  21   important.

13:14:07  22        Q.    What is the basis of your

13:14:09  23   understanding of what the relevant issues in this

13:14:11  24   case are?

13:14:14  25             MR. KIRSCH:  You mean from an

135

CONFIDENTIAL

13:14:15  1     economic perspective?

13:14:24  2  BY MR. BEDNAR:

13:14:24  3       Q.     What is the basis --

13:14:24  4       A.     Sorry.

13:14:24  5       Q.     Yes, I am rephrasing the question.

13:14:26  6  What is the basis for your understanding of what

13:14:28  7  the relevant economic issues in this case are?

13:14:35  8       A.     In the complaint, the SEC alleges

13:14:37  9  some action.

13:14:38 10          For example, the impairment

13:14:41 11  affecting the stock price.  Getting at that

13:14:44 12  question, which is an economic question and the

13:14:46 13  court will decide it, or jury wherever this goes,

13:14:49 14  does not require knowledge of whether the

13:14:52 15  original investment was accretive or breaks even

13:14:56 16  or is value destroying.

13:14:58 17          It is literally not related.  And,

13:15:02 18  unfortunately, Dr. Metz trips up himself in a lot

13:15:08 19  of ways in that analysis, when he needn't have

13:15:11 20  done it at all.

13:15:13 21          From an economic perspective, I

13:15:15 22  don't think there is any disagreement here.

13:15:17 23       Q.     But your opinion is not --

13:15:18 24          But, you are not expressing an

13:15:20 25  opinion on what is legally relevant in this case,

136

CONFIDENTIAL

| | | |
|---|---|---|
| 13:15:23 | 1 | are you? |
| 13:15:24 | 2 | A.   I can't be.  I'm not a lawyer.  But |
| 13:15:27 | 3 | I would be astonished if something that is |
| 13:15:32 | 4 | economically irrelevant suddenly has a legal |
| 13:15:35 | 5 | value.  But I would have to defer to the |
| 13:15:37 | 6 | attorneys on that. |
| 13:15:38 | 7 | Q.   Well, ultimately, you have to defer |
| 13:15:39 | 8 | to the judge on what is relevant in this case, |
| 13:15:41 | 9 | right? |
| 13:15:42 | 10 | A.   Well, of course.  I just don't think |
| 13:15:44 | 11 | it is from an economic perspective.  He or she |
| 13:15:47 | 12 | will decide. |
| 13:15:53 | 13 | Q.   And, so it is your contention of |
| 13:16:02 | 14 | Dr. Metz's opinions with respect to April 8, |
| 13:16:05 | 15 | 2011, are irrelevant to the issue of the impact |
| 13:16:07 | 16 | of the 2013 impairment on Rio Tinto, correct? |
| 13:16:12 | 17 | A.   Partly -- |
| 13:16:15 | 18 | MR. KIRSCH:  Objection. |
| 13:16:17 | 19 | THE WITNESS:  They are both |
| 13:16:18 | 20 | incorrect and irrelevant. |
| 13:16:20 | 21 | They are irrelevant because he |
| 13:16:22 | 22 | mentions the incorrect relevance. |
| 13:16:27 | 23 | BY MR. BEDNAR: |
| 13:16:27 | 24 | Q.   So, in terms of assessing whether |
| 13:16:29 | 25 | there is an impact from the 2013 impairment of |

137

CONFIDENTIAL

| | | |
|---|---|---|
| 13:16:39 | 1 | RTCM on Rio Tinto, is the only appropriate way to |
| 13:16:44 | 2 | do that through an event study that is focused on |
| 13:16:49 | 3 | January 17th of 2013? |
| 13:16:50 | 4 | MR. KIRSCH:  Objection.  Tom, when |
| 13:16:52 | 5 | you refer to, quote, on Rio Tinto, unquote, |
| 13:16:55 | 6 | are you talking about share price?  Are you |
| 13:16:57 | 7 | talking about something else like cash flow? |
| 13:17:00 | 8 | Can you just clarify what you mean for us. |
| 13:17:03 | 9 | BY MR. BEDNAR: |
| 13:17:03 | 10 | Q.    Sure.  With respect to the share |
| 13:17:05 | 11 | price of Rio Tinto, is it your conclusion that |
| 13:17:08 | 12 | the only way to assess the impact on the share |
| 13:17:11 | 13 | price of Rio Tinto is by focusing on January 17, |
| 13:17:17 | 14 | 2013? |
| 13:17:18 | 15 | A.    We certainly would want to focus on |
| 13:17:21 | 16 | January 17th.  You may need, as I do, I think |
| 13:17:25 | 17 | Dr. Metz does, looking at other information as |
| 13:17:28 | 18 | well, but it really is the share price that is at |
| 13:17:32 | 19 | the heart of economic issues. |
| 13:17:33 | 20 | And doing that analysis requires no |
| 13:17:36 | 21 | information about April 8th whatsoever.  Nothing |
| 13:17:40 | 22 | in that analysis, whether it is the way he did it |
| 13:17:44 | 23 | or the way I did it, requires that knowledge. |
| 13:17:47 | 24 | That is why it is irrelevant. |
| 13:18:10 | 25 | Q.    And conducting your event study, did |

138

CONFIDENTIAL

13:18:12  1    you do any analysis of the effect of oil prices

13:18:18  2    on Rio Tinto?  Specifically Rio Tinto stock?

13:18:25  3         A.    I'm not sure what you mean.

13:18:31  4    Eventually you would have a market model and an

13:18:33  5    industry index.  Are you asking did I include the

13:18:37  6    price of oil as another variable?  No I didn't.

13:18:43  7    So, I'm not sure what you asking.

13:18:43  8         Q.    Did you do anything to evaluate

13:18:45  9    whether the price of oil has an effect on Rio

13:18:47 10    Tinto's stock prices?

13:18:49 11         A.    If I am understanding your question,

13:18:53 12    no.  I am not even sure exactly how you would do

13:18:58 13    that, with both correlation and covariance

13:19:03 14    elements.  But, I don't know, you will educate me

13:19:05 15    as we go through your questions.

13:19:07 16         Q.    And what are you referring to when

13:19:09 17    you refer to correlation and covariance?

13:19:11 18         A.    I'm not sure what your question is.

13:19:13 19    Are you referring to simply are they correlated

13:19:16 20    or are you referring to something more akin to a

13:19:18 21    beta of the stock, which is a covariance term.

13:19:21 22              So, I'm not sure what you are even

13:19:24 23    asking.

13:19:25 24         Q.    Did you do any analysis with respect

13:19:27 25    to any relationship between Rio Tinto stock and

139

CONFIDENTIAL

| | | |
|---|---|---|
| 13:19:29 | 1 | oil prices? |
| 13:19:30 | 2 | A.    Not that I recall.  I'm not sure why |
| 13:19:36 | 3 | I would in January 17th from that study.  But, no |
| 13:19:42 | 4 | would be a quick answer. |
| 13:19:45 | 5 | Q.    With respect to any date did you do |
| 13:19:46 | 6 | any analysis of any relationship between oil |
| 13:19:49 | 7 | prices and Rio Tinto stock price? |
| 13:19:50 | 8 | A.    I don't recall doing that, no. |
| 13:19:53 | 9 | Q.    And if you had done so, would that |
| 13:19:57 | 10 | be in the backup materials that were produced |
| 13:19:59 | 11 | with your report? |
| 13:20:01 | 12 | A.    It definitely should be, yes. |
| 13:20:02 | 13 | Q.    Did you do any analysis with respect |
| 13:20:06 | 14 | to any time period of the -- of any relationship |
| 13:20:10 | 15 | between oil prices and stock price returns for |
| 13:20:14 | 16 | any of the industry indices that are discussed in |
| 13:20:19 | 17 | your expert report? |
| 13:20:22 | 18 | A.    So, is your question did I look at |
| 13:20:26 | 19 | whether the indexes are correlated with the price |
| 13:20:28 | 20 | of oil?  Whether the components?  I'm not sure |
| 13:20:31 | 21 | what you are asking me. |
| 13:20:33 | 22 | Q.    Sure, I will take it one step at a |
| 13:20:35 | 23 | time. |
| 13:20:35 | 24 | Did you do any analysis of any |
| 13:20:37 | 25 | relationship between oil prices and the returns |

140

CONFIDENTIAL

13:20:40  1    on any of the industry indices at the index

13:20:44  2    level?

13:20:46  3            A.    I am not sure why I would.  To do so

13:20:52  4    would be very complicated.  You are making it

13:20:54  5    sound like it is by variable.  It certainly

13:20:55  6    wouldn't be.  But, no, I didn't do that.

13:20:56  7            Q.    Okay.  And so I take that to also

13:20:59  8    mean you didn't do anything to analyze

13:21:01  9    relationships between oil prices and any of the

13:21:03 10    specific constituents in any of the industry

13:21:06 11    indices that we have been talking about in this

13:21:08 12    case, right?

13:21:08 13            A.    That's correct.

13:21:09 14            Q.    In preparing your report did you

13:21:31 15    check whether there was any news related to

13:21:34 16    commodities' prices other than precious metals

13:21:38 17    and potentially iron ore, on April 8, 2011?

13:21:46 18            A.    I have all the news stories, which

13:21:51 19    you maybe mentioned, and I didn't necessarily

13:21:54 20    focus on that.  I'm not sure why I would.  But I

13:21:57 21    have all of the news articles on this.

13:21:57 22                        (Exhibit Number 1258

13:21:57 23                         marked for identification.)

13:22:10 24    BY MR. BEDNAR:

13:22:10 25            Q.    I'm going to pull up Exhibit 1258.

141

CONFIDENTIAL

13:22:18  1    Exhibit 1258 is a screenshot from the website for

13:22:26  2    the U.S. Energy Information Administration.

13:22:31  3             And under the header, you see that

13:22:34  4    it reports the prices for Europe Brent.  Do you

13:22:40  5    see that?

13:22:41  6        A.    I don't see anything on the screen

13:22:43  7    other than your face.

13:22:44  8        Q.    Oh, I'm so sorry, Doctor.  I'm

13:22:45  9    sorry.  There is a button I need to push and I

13:22:48 10    didn't push it, so I'm not helping you very much.

13:22:51 11        A.    Okay.  I've got another copy if --

13:22:51 12        Q.    Yes, everyone should have it.

13:22:56 13        A.    Got it.

13:22:56 14        Q.    That exhibit Plaintiff's 1258, do

13:22:59 15    you agree that appears to be a screenshot from

13:23:01 16    the U.S. Energy Information Administration's

13:23:04 17    website?

13:23:04 18        A.    I agree that that is what it looks

13:23:06 19    like.

13:23:07 20        Q.    Listing spot prices for Europe

13:23:12 21    Brent?

13:23:12 22        A.    That is what it says, yes.

13:23:14 23        Q.    And Brent is a common type of crude

13:23:18 24    oil, right?

13:23:18 25        A.    Yes.

                                                          142

CONFIDENTIAL

13:23:19   1         Q.     Take you to Page 19 of the PDF.

13:23:24   2                And you see a listing for prices by

13:23:30   3    week in 2011.

13:23:32   4                In the middle of the page, do you

13:23:34   5    see prices for April 4th to April 8th, that week

13:23:39   6    of 2011?

13:23:44   7                Do you see that line on the page?

13:23:45   8         A.     I do.  It starts at 120.07.

13:23:48   9         Q.     And then at the end of the week

13:23:50  10    April 8th, it is at 126.30.  Is that right?

13:23:53  11         A.     That's correct.

13:23:54  12         Q.     The day before, April 7th, spot

13:23:58  13    prices for Brent crude were at 122.90; is that

13:24:05  14    right?

13:24:05  15         A.     Yes.

13:24:05  16         Q.     So, fair to say that there is a jump

13:24:09  17    of $3.40 between April 7th and April 8th?

13:24:15  18         A.     It is fair to say the price changed,

13:24:18  19    yes.

13:24:18  20         Q.     Would that type of news be negative,

13:24:23  21    positive, or neutral for Rio Tinto?

13:24:29  22         A.     Well --

13:24:30  23                MR. KIRSCH:  Objection.

13:24:30  24                THE WITNESS:  I'm not sure what you

13:24:33  25       mean.  Are you saying that for the company's

                                                          143

CONFIDENTIAL

13:24:36   1      currently -- the stock price?

13:24:39   2   BY MR. BEDNAR:

13:24:39   3      Q.    Yes.  For the company's -- first,

13:24:42   4   for the company's earnings, would changes in fuel

13:24:45   5   prices be positive, negative, or neutral for

13:24:48   6   earnings?

13:24:49   7      A.    They should be positive.  For stock

13:24:54   8   prices, who knows.  It is really about the

13:24:57   9   present value of all of the future and oil prices

13:25:01  10   are volatile.

13:25:02  11           I'm not sure what to make of this.

13:25:05  12   I didn't review it.

13:25:06  13      Q.    Why do you say that a change in spot

13:25:08  14   oil prices would be positive for earnings?

13:25:12  15           Do you mean that it would increase

13:25:14  16   earnings or decrease earnings?

13:25:15  17      A.    I don't -- I think that -- don't

13:25:18  18   they -- well, I should take a look.  Let me look

13:25:23  19   here.  This is not something that I considered,

13:25:25  20   so --

13:25:30  21      Q.    Okay.  Let me take you to --

13:25:32  22      A.    I didn't -- go ahead.  Sorry.

13:25:35  23      Q.    I'm sorry.  What were you going to

13:25:39  24   say, Doctor?  I didn't mean to interrupt.

13:25:40  25      A.    Well, I was just looking for their

                                                          144

CONFIDENTIAL

13:25:41  1    energy group to see what their exposure was.

13:25:44  2    But, it wasn't something I did.

13:25:44  3         Q.    Okay.  And were you looking at the

13:25:47  4    energy group to see if Rio Tinto sells oil?

13:25:50  5         A.    Yes.

13:25:51  6         Q.    Okay.  And you are not sure whether

13:25:57  7    or not Rio Tinto sold oil among its products in

13:26:00  8    2011?

13:26:01  9         A.    I don't recall.

13:26:05  10        Q.    Okay.  I'm showing you defense

13:26:07  11   Exhibit 14.  This is the Rio Tinto 2011 annual

13:26:10  12   report.

13:26:12  13              Taking you to page 14 of the PDF,

13:26:15  14   which is Page 12 of the report.  This is

13:26:23  15   Section 4, Disclosure of Sustainable Development

13:26:28  16   Risks.  And in the first box, under Sustainable

13:26:32  17   Development Risks, the first sentence says, "Rio

13:26:34  18   Tinto's operations are energy intensive and

13:26:37  19   depend heavily on fossil fuels."

13:26:40  20              Do you see that?

13:26:41  21        A.    Yes.

13:26:42  22        Q.    And as far as your research showed

13:26:46  23   in this case would you agree that as a mining

13:26:50  24   company Rio Tinto was heavily dependent on fossil

13:26:52  25   fuels for its operations?

145

CONFIDENTIAL

13:26:54  1          A.      Certainly, it is a very energy
13:26:57  2    intensive activity, yes.
13:26:58  3          Q.      I will take you then to Page 32 of
13:27:00  4    the report, which is Page 34 of the PDF.  On the
13:27:07  5    right-hand side of the page, at the top of the
13:27:10  6    page, there is a section for energy, other cash
13:27:14  7    costs and exploration.
13:27:16  8              And in the first sentence Rio Tinto
13:27:18  9    states that, "Higher energy costs across the
13:27:20 10    group reduced underlying earnings by $249 million
13:27:25 11    U.S. compared with 2010."
13:27:27 12              Did I read that correctly?
13:27:29 13          A.      Yes.
13:27:31 14          Q.      Does that affect your opinion one
13:27:33 15    way or the other on whether oil prices would tend
13:27:37 16    to be positive or negative for Rio Tinto's
13:27:39 17    earnings?
13:27:41 18          A.      To the extent that it is consumer,
13:27:44 19    an only consumer, obviously it will be negative.
13:27:44 20                       (Exhibit Number 1257
13:27:44 21                        marked for identification.)
13:28:00 22    BY MR. BEDNAR:
13:28:00 23          Q.      I'm going to take you to
13:28:04 24    Exhibit 1257, which is the report by
13:28:11 25    PricewaterhouseCoopers titled Mine, The Growing

146

CONFIDENTIAL

| | | |
|---|---|---|
| 13:28:17 | 1 | Disconnect.  Do you see that? |
| 13:28:17 | 2 | A.    Yes. |
| 13:28:18 | 3 | Q.    And the subheading on that first |
| 13:28:20 | 4 | page says A Review of Global Trends in the Mining |
| 13:28:24 | 5 | Industry, 2012. |
| 13:28:28 | 6 | I take you to Page 22 of the |
| 13:28:30 | 7 | report -- I'm sorry, if you will indulge me for |
| 13:28:46 | 8 | one moment.  I have the wrong page. |
| 13:28:58 | 9 | If you will indulge me for just one |
| 13:29:01 | 10 | moment, I want to make sure that I have you on |
| 13:29:03 | 11 | the right page before I ask you a question about |
| 13:29:05 | 12 | the exhibit. |
| 13:29:06 | 13 | A.    Okay. |
| 13:29:17 | 14 | Q.    I'm actually at Page 28 of the |
| 13:29:19 | 15 | report.  There is a table listing different |
| 13:29:28 | 16 | commodity prices in the upper right of that page. |
| 13:29:31 | 17 | Do you see that? |
| 13:29:32 | 18 | A.    Yes. |
| 13:29:37 | 19 | Q.    And underneath the table PwC writes, |
| 13:29:42 | 20 | "Mining activities are energy intensive in |
| 13:29:44 | 21 | nature.  Fuel and electricity are key costs. |
| 13:29:48 | 22 | Prices for Brent crude oil on which fuel prices |
| 13:29:51 | 23 | are highly related were, on average, 39 percent |
| 13:29:54 | 24 | higher in 2011 than in 2010." |
| 13:29:57 | 25 | Did I read that correctly? |

147

CONFIDENTIAL

13:29:58   1        A.    You did.

13:29:59   2        Q.    Do you have any basis for disputing

13:30:01   3   PwC's assertion that Brent crude oil prices were

13:30:04   4   higher in 2011 than in 2010?

13:30:08   5        A.    No, none whatsoever.

13:30:10   6        Q.    And so, with respect to oil prices,

13:30:22   7   when it comes to industry indices, let's start

13:30:26   8   first with the S&P Metals and Mining Index.

13:30:29   9              Would you expect oil prices to have

13:30:33  10   different effect on stock prices for mining

13:30:38  11   companies that don't sell oil versus those that

13:30:42  12   do?

13:30:44  13        A.    Well, it certainly depends on the

13:30:47  14   mix, but if you sell oil, obviously you are a

13:30:50  15   beneficiary.  If you are only an energy user, you

13:30:55  16   are, all else equal, a loser.

13:30:56  17              Although I would remind you that

13:30:59  18   areas of high oil prices could be areas of

13:31:01  19   demand.  So, it is good news elsewhere.

13:31:03  20              So, again getting back to the stocks

13:31:09  21   argument, I don't know where you are going with

13:31:11  22   this.

13:31:11  23        Q.    Are there any companies in the S&P

13:31:17  24   Metals Mining Index in 2011 that were oil

13:31:19  25   producers?

                                                          148

CONFIDENTIAL

13:31:20   1          A.     I can't recall one way or the other.

13:31:26   2          Q.     What about the HSBC Mining Index,

13:31:29   3     were there any other companies with oil

13:31:31   4     operations?

13:31:32   5          A.     I don't recall.

13:31:37   6          Q.     You don't recall or is that

13:31:39   7     something that you checked for?

13:31:41   8          A.     I would have looked at operations of

13:31:43   9     key components.  But, I don't recall sitting here

13:31:45   10    today.

13:31:46   11         Q.     Okay.  So, do you recall whether in

13:31:48   12    2011 the BHP Billiton had significant oil

13:31:54   13    operations?

13:31:55   14         A.     I think we covered that in my

13:31:59   15    previous answer.  No, I don't recall.

13:32:27   16         Q.     I'm going to put that exhibit back

13:32:31   17    up.  Exhibit 1257.  And take you to Page 5.

13:32:39   18                To the left of the table at the top

13:32:41   19    of Page 5, PwC writes, "Copper stands out as an

13:32:47   20    exception to this disconnect.  The HSBC Global

13:32:52   21    Mining Index has generally tracked copper

13:32:54   22    prices."

13:32:54   23                Do you see that?

13:32:56   24         A.     I see that.

13:32:58   25         Q.     And PwC goes on to observe that,

                                                              149

**CONFIDENTIAL**

13:33:01  1    "Looking back since 2000, even though the HSBC
13:33:05  2    Global Mining Index includes miners of a
13:33:06  3    multitude of different products, the index and
13:33:09  4    copper prices have generally moved in sync."
13:33:15  5            A.    I see the words on the page, if that
13:33:17  6    is what you are asking.
13:33:18  7            Q.    So, it is your opinion that iron ore
13:33:28  8    is the most important commodity for Rio Tinto.
13:33:31  9    Right?
13:33:34  10           A.    Yes.  You can't infer necessarily
13:33:39  11   what PwC is saying from the picture they drew.
13:33:42  12                 My guess is there is a strong
13:33:45  13   positive correlation between the winning speed at
13:33:47  14   the Indy 500 and GDP, but I doubt you want to
13:33:53  15   call it causation.
13:33:57  16           Q.    Well, PwC doesn't observe any
13:34:00  17   correlation between iron ore prices and the HSBC
13:34:05  18   Mining Index, correct?
13:34:07  19           A.    PwC doesn't talk about it.  I can't
13:34:07  20   be in the head of the author of the study.
13:34:09  21           Q.    Let me take that off the page for
13:34:14  22   now.
13:34:15  23                 A couple of minutes ago,
13:34:18  24   Dr. Hubbard, you were making some points about
13:34:22  25   economic materiality in the context of the effect

                                                              150

CONFIDENTIAL

```
13:34:29  1    of the 2013 impairment of RTCM on Rio Tinto.
13:34:38  2              Can you define economic materiality
13:34:44  3    as you use that term in your report?
13:34:45  4         A.   Sure.  I don't recall saying that a
13:34:49  5    few minutes ago.  I can certainly define it right
13:34:52  6    now.
13:34:53  7              From an economic perspective, I
13:34:55  8    can't speak for the law, material would mean in
13:34:57  9    the securities context something that a
13:35:00 10    reasonable investor would want to know that would
13:35:05 11    be important in changing the price at which that
13:35:08 12    investor would trade a security.
13:35:11 13              So, to economists, materiality is,
13:35:14 14    in a securities context, is in the price of the
13:35:17 15    security.  So, that is why there is an emphasis
13:35:19 16    on statistically significant price changes,
13:35:22 17    things like event studies.  And it follows from
13:35:25 18    that definition of economically material to an
13:35:28 19    investor.
13:35:29 20              I can't speak if that is the law,
13:35:31 21    but to an economist, that's what it would mean,
13:35:34 22    with materiality.
13:35:35 23         Q.   And within economics are stock
13:35:38 24    prices the only way of thinking of economic
13:35:40 25    materiality?
```

151

CONFIDENTIAL

| | | |
|---|---|---|
| 13:35:41 | 1 | A.    It depends what you are trying to |
| 13:35:43 | 2 | do.  If your allegation, like I think yours was, |
| 13:35:47 | 3 | that the impairment affected stockholders, then, |
| 13:35:50 | 4 | yes.  I think you would want to look at stock |
| 13:35:53 | 5 | prices. |
| 13:35:53 | 6 | Q.    Is that the only way to assess the |
| 13:35:55 | 7 | impact of an event in terms of economic |
| 13:35:59 | 8 | materiality? |
| 13:36:00 | 9 | A.    In this case, yes, because the point |
| 13:36:03 | 10 | is to ask whether a reasonable investor, had they |
| 13:36:07 | 11 | known something you say they should have known, |
| 13:36:10 | 12 | would have paid a different price. |
| 13:36:11 | 13 | So, yes, it is about the stock |
| 13:36:14 | 14 | price.  There may be other legal implications.  I |
| 13:36:17 | 15 | can't speak to those. |
| 13:36:17 | 16 | But from an economic perspective |
| 13:36:19 | 17 | that is it. |
| 13:36:41 | 18 | THE WITNESS:  I apologize, somebody |
| 13:36:45 | 19 | appears to be running a mining company on my |
| 13:36:46 | 20 | sidewalk.  So, I hope it is not affecting my |
| 13:36:56 | 21 | sound. |
| 13:36:56 | 22 | MR. BEDNAR:  No, I can't hear that. |
| 13:36:56 | 23 | THE WITNESS:  Okay.  Good. |
| 13:36:57 | 24 | MR. BEDNAR:  I have all sorts of |
| 13:36:59 | 25 | questions about that mining company, but I |

152

CONFIDENTIAL

| | | |
|---|---|---|
| 13:37:02 | 1 | won't ask you them. |
| 13:37:03 | 2 | BY MR. BEDNAR: |
| 13:37:03 | 3 | Q.    So, the context of what you were |
| 13:37:15 | 4 | just saying, are you saying that -- I just want |
| 13:37:17 | 5 | to make sure I understand you. |
| 13:37:18 | 6 | Are you saying that investors only |
| 13:37:20 | 7 | buy and sell based on the current stock price? |
| 13:37:23 | 8 | A.    I'm not sure what you are asking. |
| 13:37:29 | 9 | The question -- |
| 13:37:30 | 10 | The concept of economic materiality |
| 13:37:33 | 11 | would be am I getting information that would |
| 13:37:38 | 12 | change my willingness to do a transaction at this |
| 13:37:45 | 13 | price, buys, sell, hold. |
| 13:37:47 | 14 | You are always doing something. |
| 13:37:48 | 15 | Even if you are holding, you are not selling. |
| 13:37:48 | 16 | You are not buying. |
| 13:37:51 | 17 | So, would that information have |
| 13:37:52 | 18 | changed a reasonable investor's decision?  If the |
| 13:37:55 | 19 | answer to that is no, then it is not material, |
| 13:37:58 | 20 | from an economic perspective. |
| 13:38:00 | 21 | Q.    Okay.  And an individual investor's |
| 13:38:02 | 22 | decision may be based on other factors besides |
| 13:38:04 | 23 | the current price of the stock, right? |
| 13:38:06 | 24 | A.    I don't think that is the standard, |
| 13:38:08 | 25 | at least for an economist view of materiality. |

153

CONFIDENTIAL

13:38:13   1    If you like buying companies that start with R,

13:38:15   2    that is your perspective.

13:38:17   3           But I don't think that is what

13:38:18   4    securities laws is about, right, from an

13:38:20   5    economics perspective.

13:38:22   6           The question is would a reasonable

13:38:24   7    investor with that information have changed the

13:38:26   8    price he or she was willing to pay.

13:38:28   9       Q.   I'm taking you back to the issue of

13:38:39  10    industry indices.  We started to discuss this a

13:38:43  11    little bit in the morning.  I think that one of

13:38:45  12    your -- one of your opinions is that if one were

13:38:51  13    to do an event study in this case, for any date,

13:38:56  14    that the S&P Metals and Mining Index is not a

13:39:00  15    proper index because it doesn't have certain

13:39:03  16    companies that are comparable to Rio Tinto,

13:39:06  17    right?

13:39:08  18       A.   I don't believe it is the best index

13:39:11  19    that could be used.  I don't believe it would be

13:39:13  20    appropriate, no.

13:39:14  21           It doesn't matter for some of the

13:39:18  22    event studies, but I do agree with that.

13:39:20  23       Q.   Okay.  Is there a best industry

13:39:24  24    index?

13:39:29  25           MR. KIRSCH:  Could you define that,

154

CONFIDENTIAL

13:39:32  1      Tom?

13:39:32  2   BY MR. BEDNAR:

13:39:33  3      Q.    For an event study -- an equity

13:39:33  4   event study with Rio Tinto, is there a best

13:39:35  5   industry index?

13:39:36  6      A.    Well, your purpose in looking at an

13:39:38  7   industry index goes back to what we were talking

13:39:40  8   about this morning, is finding and defining the

13:39:46  9   industry in a set that is most comparable to Rio

13:39:49 10   Tinto.  And we had a disagreement this morning

13:39:52 11   about what Dr. Metz and I think that is.

13:39:54 12            So, I prefer my indices to his.

13:40:02 13      Q.    Of the two indices that you used in

13:40:05 14   your analysis, the Eight Firm Index and the HSBC

13:40:09 15   Mining Index, do you have an opinion as to

13:40:10 16   whether one or the other of those is better?

13:40:14 17      A.    Well, the company looked at the HSBC

13:40:17 18   index, and I think it is entirely appropriate.

13:40:20 19   The H8, either the way I did it or following

13:40:24 20   Dr. Metz's critique, just look at the firms that

13:40:26 21   are in every year which is I think is in H7.

13:40:30 22            Any of those strike me as relevant,

13:40:32 23   and important.  I don't know that they get

13:40:35 24   different answers, typically, but they strike me

13:40:37 25   as reasonable.

                                                        155

| | | |
|---|---|---|
| 13:40:38 | 1 | Q.    And so you don't have an opinion as |
| 13:40:43 | 2 | to whether the HSBC or the Eight Firm Index is |
| 13:40:49 | 3 | better than the other? |
| 13:40:51 | 4 | A.    If I take the HSBC, the index, I use |
| 13:40:56 | 5 | the H8 as a check. |
| 13:40:57 | 6 | And as I told you this morning, I |
| 13:40:59 | 7 | did a number of other checks, too, of the |
| 13:41:02 | 8 | indices, but they all pretty much point in the |
| 13:41:04 | 9 | same direction. |
| 13:41:05 | 10 | The difference is with respect to |
| 13:41:10 | 11 | S&P Metal. |
| 13:41:17 | 12 | Q.    And, I am -- I didn't hear the first |
| 13:41:20 | 13 | part of your answer, and it is not clear to me |
| 13:41:22 | 14 | from the record. |
| 13:41:23 | 15 | Did you say -- |
| 13:41:25 | 16 | A.    The HSBC index is what I had talked |
| 13:41:27 | 17 | about first.  The H8 is corroborating.  And as we |
| 13:41:31 | 18 | talked about this morning, I did a number of |
| 13:41:33 | 19 | other corroborating exercises, but they all more |
| 13:41:35 | 20 | or less give you the same answer. |
| 13:41:38 | 21 | Q.    Okay.  Did you choose the HSBC |
| 13:41:41 | 22 | Mining Index on your own or because it was listed |
| 13:41:44 | 23 | in Rio Tinto's annual reports? |
| 13:41:47 | 24 | A.    Well, no.  I mean since I have to |
| 13:41:50 | 25 | ultimately make a decision, but when I saw Rio |

156

CONFIDENTIAL

| | | |
|---|---|---|
| 13:41:53 | 1 | Tinto's use of it and comparators, I was totally |
| 13:41:58 | 2 | fine with that.  I think it is a reasonable |
| 13:42:00 | 3 | index.  It included the companies that I thought |
| 13:42:03 | 4 | were most important. |
| 13:42:04 | 5 | And I didn't see other easily |
| 13:42:05 | 6 | available indices ahead.  So, I constructed |
| 13:42:08 | 7 | others as back up, if you will, but I don't |
| 13:42:12 | 8 | really think it is. |
| 13:42:17 | 9 | Q.    So, had you already thought of the |
| 13:42:20 | 10 | HSBC Mining Index before you saw it in Rio |
| 13:42:22 | 11 | Tinto's reports? |
| 13:42:26 | 12 | A.    You mean do I wake up at night |
| 13:42:31 | 13 | thinking of the HSBC Mining Index? |
| 13:42:33 | 14 | Q.    No.  When you said about conducting |
| 13:42:35 | 15 | an event study in this case, did it occur to you |
| 13:42:37 | 16 | to use the HSBC Mining Index, or did that occur |
| 13:42:40 | 17 | to you after you read Rio's reports? |
| 13:42:47 | 18 | A.    I certainly read Rio's reports. |
| 13:42:50 | 19 | Generally, it is not something that I don't wake |
| 13:42:52 | 20 | up in the morning thinking of mining indices. |
| 13:42:55 | 21 | But I do think the justification |
| 13:42:57 | 22 | given was reasonable.  The coverage is |
| 13:42:59 | 23 | reasonable.  And all of the corroborating |
| 13:43:00 | 24 | information are just pointed the same direction. |
| 13:43:04 | 25 | So, I think it is fine. |

157

CONFIDENTIAL

| | | |
|---|---|---|
| 13:43:05 | 1 | Q.    When you say that the justification |
| 13:43:07 | 2 | for the HSBC Mining Index was reasonable, what |
| 13:43:10 | 3 | are you referring to? |
| 13:43:12 | 4 | A.    Well, that the company referred to a |
| 13:43:15 | 5 | benchmark. |
| 13:43:52 | 6 | Q.    Okay.  Is that -- |
| 13:43:52 | 7 | A.    Sorry. |
| 13:43:53 | 8 | Q.    We will carry on, and then maybe at |
| 13:43:55 | 9 | a break we can talk about whether you have like a |
| 13:43:58 | 10 | headset or something that will put the microphone |
| 13:44:01 | 11 | on the mouth which will cut down on the |
| 13:44:03 | 12 | background noise. |
| 13:44:04 | 13 | So, did Rio Tinto in its annual |
| 13:44:13 | 14 | reports uses the HSBC Mining Index for any sort |
| 13:44:17 | 15 | of events study? |
| 13:44:19 | 16 | A.    No.  Why on earth would we use a |
| 13:44:22 | 17 | mining index event study in an annual report.  I |
| 13:44:26 | 18 | can't imagine why you would.  So, no. |
| 13:44:39 | 19 | THE WITNESS:  When you get to the |
| 13:44:40 | 20 | end of this line of questioning, if you like, |
| 13:44:42 | 21 | I can see if I can pry headphones away from |
| 13:44:45 | 22 | one of my kids. |
| 13:44:47 | 23 | MR. BEDNAR:  Let's keep going for a |
| 13:44:48 | 24 | little bit, as long as -- |
| 13:44:50 | 25 | THE WITNESS:  No, no.  I'm just |

158

CONFIDENTIAL

| | | |
|---|---|---|
| 13:44:51 | 1 | saying whenever I can do that. |
| 13:44:53 | 2 | MR. BEDNAR:  No, I appreciate that. |
| 13:44:54 | 3 | And, Lori, if it becomes, something |
| 13:44:57 | 4 | where you just can't hear, let us know, and |
| 13:44:59 | 5 | we will break earlier. |
| 13:44:59 | 6 | BY MR. BEDNAR: |
| 13:45:04 | 7 | Q.    So -- |
| 13:45:06 | 8 | MR. KIRSCH:  Tom, and everyone got |
| 13:45:09 | 9 | used to New York City being quiet. |
| 13:45:09 | 10 | THE WITNESS:  Exactly, the |
| 13:45:13 | 11 | construction is back. |
| 13:45:16 | 12 | MR. KIRSCH:  It is now shocking, |
| 13:45:18 | 13 | hearing noise again. |
| 13:45:19 | 14 | BY MR. BEDNAR: |
| 13:45:20 | 15 | Q.    Dr. Hubbard, do you view |
| 13:45:27 | 16 | AngloAmerican as a useful comparator firm for Rio |
| 13:45:31 | 17 | Tinto; is that right? |
| 13:45:32 | 18 | A.    Yes, it was one of the firms. |
| 13:45:36 | 19 | Q.    If Dr. Metz had added AngloAmerican |
| 13:45:41 | 20 | to the S&P Metals and Mining Index, would that |
| 13:45:46 | 21 | have changed your opinion? |
| 13:45:47 | 22 | A.    Not -- I don't know what you mean by |
| 13:45:51 | 23 | opinion.  Would it rehabilitate the index, is |
| 13:45:53 | 24 | that your question? |
| 13:45:54 | 25 | Q.    Yes. |

159

CONFIDENTIAL

13:45:57 1          A.    I don't think you can really get

13:45:58 2     there from here, because the whole thesis of the

13:46:03 3     S&P index, it starts with the U.S. Canadian

13:46:07 4     company.  So, it is not the S&P index any more.

13:46:09 5          If you are saying would he add any

13:46:11 6     companies to effectively replicate what I did,

13:46:14 7     would I agree with it?  Sure.

13:46:15 8          But, that is not what he did.

13:46:25 9          Q.    Is AngloAmerican essential?  If

13:46:26 10    there an industry index that has some or all of

13:46:28 11    the other eight comparator firms, but it doesn't

13:46:31 12    have AngloAmerican, is that still a valid index?

13:46:34 13         A.    I don't follow the question.

13:46:37 14         Q.    So, if you had the eight firm

13:46:41 15    comparator index that you used for some of your

13:46:43 16    analyses and you took AngloAmerican out of it,

13:46:46 17    would that still have been a valid industry index

13:46:49 18    in your opinion?

13:46:52 19         A.    If it is the right comparator, I'm

13:46:54 20    not sure why I would take it out of it, if that

13:46:57 21    is your question.

13:46:57 22         The one I took out was a concern

13:47:01 23    Dr. Metz had about wanting to be in every year.

13:47:03 24    So to have that comparator list, I would need a

13:47:06 25    name on.

160

**CONFIDENTIAL**

13:47:06  1          But, I don't know the principal

13:47:07  2  reason for taking out AngloAmerican, unless I am

13:47:11  3  just not understanding what you are asking.

13:47:13  4          Q.    I am not asking you did you do it.

13:47:15  5  I'm asking you, if AngloAmerican was removed,

13:47:18  6  would that index be sufficiently comparable to

13:47:20  7  Rio Tinto to be used in an event study?

13:47:24  8          A.    Let me just answer, I don't see a

13:47:26  9  principled reason for doing that.  I haven't done

13:47:28  10  it, so I don't know what the answer is, if that

13:47:30  11  is your question.  But I don't see a --

13:47:32  12          Q.    I am asking you to make an

13:47:34  13  assumption?

13:47:34  14          MR. KIRSCH:  Hang on.  Please let

13:47:36  15      him finish.  Glenn, were you finished with

13:47:38  16      your answer?

13:47:38  17          THE WITNESS:  I am finished.  I'm

13:47:40  18      sorry.

13:47:40  19  BY MR. BEDNAR:

13:47:42  20          Q.    Dr. Hubbard, I'm sorry, I didn't

13:47:44  21  mean to cut you off.  I did think that you were

13:47:46  22  finished.

13:47:47  23          If I were to ask you to assume that

13:47:50  24  AngloAmerican was not in the eight firm

13:47:53  25  comparator index, would that still be a valid

161

CONFIDENTIAL

| | | |
|---|---|---|
| 13:47:57 | 1 | index to compare to Rio Tinto? |
| 13:48:00 | 2 | A.   I think it would be less good than |
| 13:48:03 | 3 | the index that I have, so I can't imagine that it |
| 13:48:05 | 4 | would be. |
| 13:48:07 | 5 | Q.   If I were -- |
| 13:48:08 | 6 | If you were to remove any one firm |
| 13:48:15 | 7 | would the removal of that one firm be a reminder |
| 13:48:19 | 8 | that that would be an invalid index? |
| 13:48:21 | 9 | A.   I don't know what you mean by |
| 13:48:22 | 10 | invalid. |
| 13:48:23 | 11 | MR. KIRSCH:  Objection. |
| 13:48:25 | 12 | THE WITNESS:  The only removal that |
| 13:48:26 | 13 | I did was really a response to Dr. Metz.  I |
| 13:48:30 | 14 | removed Newmont because it wasn't in every |
| 13:48:32 | 15 | year. |
| 13:48:32 | 16 | But, otherwise, I don't -- if you |
| 13:48:35 | 17 | are asking me can I cherry pick different |
| 13:48:37 | 18 | companies and get different answers, I don't |
| 13:48:39 | 19 | know.  I didn't do it. |
| 13:48:39 | 20 | But, in terms of, is it principled? |
| 13:48:42 | 21 | No, it is not.  I like the list I have.  If |
| 13:48:45 | 22 | you have another list, use it. |
| 13:48:48 | 23 | BY MR. BEDNAR: |
| 13:48:48 | 24 | Q.   And what I'm asking you is, the list |
| 13:48:51 | 25 | that you have, which Rio Tinto compiled, not you, |

162

CONFIDENTIAL

13:48:55  1    are there any companies that are essential to

13:48:58  2    that list for you to deem it be valid for use in

13:49:04  3    an event study?

13:49:05  4        A.    Earlier I said I don't know what

13:49:07  5    invalid means in this context.  I will add to

13:49:10  6    that the word, essential.

13:49:11  7            I think the index I used is the

13:49:13  8    right one.  Dr. Metz would now want to propose an

13:49:17  9    H6 and a half or 7 or whatever else he is doing,

13:49:19 10    go do it.

13:49:20 11            But, I like the event, the index

13:49:22 12    that I have for the reasons that I said.

13:49:26 13        Q.    And I'm asking you, would you

13:49:28 14    consider that -- let me put it this way.

13:49:34 15            If AngloAmerican was not in that

13:49:36 16    index, if Rio Tinto had not listed AngloAmerican,

13:49:39 17    do you have any view on whether that would have

13:49:41 18    been an index that you would have used for

13:49:43 19    analysis in an event study?

13:49:44 20        A.    If Rio Tinto had not used it.  I

13:49:48 21    would look very hard and figure out why.  I would

13:49:50 22    wonder why a large global mining company had been

13:49:53 23    excluded.

13:49:54 24            But if the company had a good reason

13:49:56 25    for not doing it, I would follow that.  I mean,

163

CONFIDENTIAL

13:49:58  1    that is not a question about validity.  It is

13:50:00  2    trying to find what the company considers its

13:50:02  3    comps to be, comparable firms to be.

13:50:06  4          Q.    Did you give any consideration to

13:50:07  5    whether there were companies -- let me ask it

13:50:23  6    this way.

13:50:24  7                Do you agree with Dr. Metz that

13:50:25  8    during the time period that he alludes to in his

13:50:27  9    report, 2008 to 2014, that at different times for

13:50:31 10    different periods of its long-term incentive

13:50:34 11    program Rio Tinto had slight differences in the

13:50:36 12    companies that were listed as comparators, right?

13:50:38 13          A.    I do, and that is why I did the

13:50:42 14    sensitivity that I mention that would take back

13:50:45 15    that concern.

13:50:47 16          Q.    Specifically, what sensitivity did

13:50:50 17    you do?

13:50:51 18          A.    We have talked about it a few times

13:50:52 19    already.  His concern was well, what about things

13:50:56 20    that are there every year.  And so, I think

13:50:59 21    there -- Newmont was the only one of the eight

13:51:03 22    that wasn't there every year, so I removed

13:51:06 23    Newmont and got the same answer.

13:51:08 24          Q.    There was one company that was there

13:51:10 25    every year except for the incentive period that

164

CONFIDENTIAL

| | | |
|---|---|---|
| 13:51:15 | 1 | ended in 2011.  Do you recall that?  It was Teck |
| 13:51:19 | 2 | Resources.  Do you recall that? |
| 13:51:21 | 3 | A.    I don't recall that one way or the |
| 13:51:23 | 4 | other.  I recall Dr. Metz chatting about it in |
| 13:51:26 | 5 | his deposition, but I don't recall it in any |
| 13:51:28 | 6 | other context. |
| 13:51:50 | 7 | Q.    Let me go ahead and pull up |
| 13:51:54 | 8 | Dr. Metz's rebuttal report, because I want to |
| 13:51:57 | 9 | show you the table that he has in that report. |
| 13:51:57 | 10 | (Whereupon, previously marked |
| 13:51:57 | 11 | Exhibit 225, first referral.) |
| 13:51:57 | 12 | BY MR. BEDNAR: |
| 13:52:10 | 13 | Q.    The Exhibit Number is 225 and I will |
| 13:52:13 | 14 | navigate to the page for you. |
| 13:52:15 | 15 | Page 19 of the report, I will put it |
| 13:52:23 | 16 | up on the screen.  That is Table 1. |
| 13:52:33 | 17 | So, Table 1 shows the companies that |
| 13:52:36 | 18 | were listed in the long-term incentive program |
| 13:52:39 | 19 | comparator lists for the periods ending 2008 |
| 13:52:44 | 20 | through 2014. |
| 13:52:48 | 21 | Do you agree with that? |
| 13:52:50 | 22 | A.    Agree with what?  That this is what |
| 13:52:54 | 23 | he has on the page or agree with some point? |
| 13:52:56 | 24 | What are you asking me to agree with? |
| 13:52:58 | 25 | Q.    The first question is do you agree |

165

CONFIDENTIAL

13:53:00   1    that that is what is on this page?

13:53:01   2         A.    I agree that that is what he says is

13:53:04   3    on this page, yes.

13:53:05   4         Q.    Did you or your team go through the

13:53:08   5    annual reports to verify that the information on

13:53:11   6    the page is accurate as to when the different

13:53:13   7    companies were listed for the long-term incentive

13:53:17   8    program comparators?

13:53:20   9         A.    I don't recall.  We may well have.

13:53:26  10         Q.    Do you see part way down the page

13:53:30  11    the Teck Resources a/k/a Teck Cameco, T-E-C-K was

13:53:38  12    listed for all of the incentive program periods

13:53:42  13    except for one ending in 2011?  Do you see that?

13:53:46  14         A.    Yes.

13:53:47  15         Q.    Okay.  Did you run any sensitivity

13:53:51  16    on your eight firm comparator index if Teck

13:54:01  17    Cameco was added to that index?

13:54:03  18         A.    I don't recall doing that.  I know

13:54:06  19    Dr. Metz talked about it in his deposition.  So,

13:54:10  20    I know his view.  But, I don't recall doing it

13:54:13  21    because it was different than his other

13:54:14  22    criticism.

13:54:15  23              I know he talked about them.  I had

13:54:17  24    not checked it myself.

13:54:19  25         Q.    So, am I correct that the one

                                                          166

CONFIDENTIAL

13:54:21  1   sensitivity you ran on the eight company index

13:54:24  2   from 2011 was to back Newmont out of it; is that

13:54:29  3   right?

13:54:30  4        A.    Yes.

13:54:30  5        Q.    Any other sensitivity that you ran

13:54:33  6   on the Eight Firm Index?

13:54:36  7        A.    Not on the Eight Firm Index.

13:54:38  8   Because that, I -- you know, I am shadow boxing

13:54:42  9   here because he keeps changing.  But what he had

13:54:46 10   complained about was not being in every year, so

13:54:48 11   I tried to follow that.  But that is what I did.

13:54:51 12        Q.    Is there any reason to exclude Teck

13:54:58 13   from the index?

13:55:03 14        A.    I'm not sure what that question is

13:55:05 15   about.  It does -- it is not responsive to

13:55:09 16   Dr. Metz's nor was it part of my original

13:55:13 17   exercise.  So I'm not sure why I would include

13:55:16 18   it, but I'm not quite sure what the question is.

13:55:19 19        Q.    Okay.  You said your use of the

13:55:22 20   eight company comparator index, is the reason

13:55:25 21   that you used those eight companies is that they

13:55:28 22   were the eight companies listed by Rio Tinto for

13:55:31 23   the compensation period ending 2011?

13:55:34 24        A.    Yes.

13:55:36 25        Q.    Was there any other reason that you

167

CONFIDENTIAL

| | | |
|---|---|---|
| 13:55:37 | 1 | used those eight companies? |
| 13:55:39 | 2 | A. No. |
| 13:55:49 | 3 | Q. Given that you see Teck listed in |
| 13:55:52 | 4 | Table 1 for all year, except the period ending |
| 13:55:57 | 5 | 2011, do you have any basis as you sit here today |
| 13:56:00 | 6 | to render an opinion as to whether Teck Resources |
| 13:56:04 | 7 | is comparable to Rio Tinto for purposes of |
| 13:56:09 | 8 | including it in an industry index? |
| 13:56:12 | 9 | A. Can I have it -- analyze this.  I'm |
| 13:56:16 | 10 | just looking at it, the other exercise I did was |
| 13:56:18 | 11 | in response to what I thought Dr. Metz's critique |
| 13:56:23 | 12 | was.  If there was a different one, I've got to |
| 13:56:25 | 13 | go back and look. |
| 13:56:26 | 14 | But I have also looked at the |
| 13:56:28 | 15 | top 10, the top 15.  I have looked at a number of |
| 13:56:30 | 16 | them and they don't make a difference. |
| 13:56:32 | 17 | I don't recall -- |
| 13:56:33 | 18 | Q. The top 10 or 15 of what? |
| 13:56:34 | 19 | A. So, looking at the top 10 or 15 of |
| 13:56:38 | 20 | the HSBC index. |
| 13:56:41 | 21 | Q. Okay.  Which is different from |
| 13:56:43 | 22 | looking at the companies that Rio Tinto listed as |
| 13:56:45 | 23 | comparators, right? |
| 13:56:46 | 24 | A. Correct.  I'm just saying I did a |
| 13:56:48 | 25 | lot of sensitivity analysis. |

168

CONFIDENTIAL

| | | |
|---|---|---|
| 13:56:50 | 1 | Q.    Okay.  We are turning to |
| 13:57:15 | 2 | AngloAmerican. |
| 13:57:15 | 3 | Did you form any view as to why |
| 13:57:18 | 4 | AngloAmerican was an essential comparator other |
| 13:57:24 | 5 | than the fact that Rio Tinto had listed it? |
| 13:57:27 | 6 | A.    I don't know what you mean by |
| 13:57:28 | 7 | essential, what would be the motivation for using |
| 13:57:33 | 8 | Rio Tinto comparators, but I lined the business |
| 13:57:36 | 9 | and the companies that used it. |
| 13:57:37 | 10 | So, I don't know what essential is, |
| 13:57:39 | 11 | but that is what I did. |
| 13:57:40 | 12 | Q.    Okay.  You specifically criticize |
| 13:57:46 | 13 | the S&P Metals and Mining Index because it did |
| 13:57:49 | 14 | not include AngloAmerican, correct? |
| 13:57:51 | 15 | A.    Among others, yes. |
| 13:57:52 | 16 | Q.    Did you have a reason for that, |
| 13:57:57 | 17 | other than the fact that Rio Tinto had listed it? |
| 13:58:00 | 18 | A.    I think we talked about it before |
| 13:58:03 | 19 | lunch, which is trying to get at large globally |
| 13:58:07 | 20 | diversified miners, of which that is one. |
| 13:58:18 | 21 | Q.    And is the important part that they |
| 13:58:20 | 22 | be large and diversified or just the specific |
| 13:58:24 | 23 | product mix part of your opinion? |
| 13:58:26 | 24 | MR. KIRSCH:  Objection, vague. |
| 13:58:28 | 25 | THE WITNESS:  No, I think if, for it |

169

CONFIDENTIAL

13:58:32  1       to be comparable, you want it to be
13:58:34  2       relatively large firms as opposed to just a
13:58:37  3       very small firm.  And that could certainly be
13:58:41  4       the company issue.
13:58:43  5  BY MR. BEDNAR:
13:58:44  6       Q.    And so what analysis did you perform
13:58:46  7  to determine that AngloAmerican was comparable in
13:58:58  8  terms of products with Rio Tinto?
13:59:05  9       A.    Well, I am going from memory here.
13:59:07  10  It certainly meets the size categorization.  And
13:59:12  11  when we looked at product mixes of the top firms
13:59:14  12  it was, you know, always of a diversified miner.
13:59:18  13  So, I don't recall off the top of my head exactly
13:59:21  14  what we did.
13:59:21  15       Q.    Okay.  In 2011, AngloAmerican was
13:59:40  16  the world's Number 3 exporter of steelmaking
13:59:45  17  coal.  Were you aware of that?
13:59:48  18       A.    I don't recall one way or the other.
13:59:58  19       Q.    Well, did you consider the role that
14:00:03  20  coal plays to AngloAmerican's operations
14:00:07  21  determining that it is a good comparator for Rio
14:00:12  22  Tinto?
14:00:12  23       A.    As I say, I don't recall all of the
14:00:15  24  product mix analysis that we did.  It is the same
14:00:18  25  answer.

                                                    170

CONFIDENTIAL

```
14:00:19  1        Q.    So, if you considered that, would it
14:00:22  2   be spelled out in your report?
14:00:24  3        A.    Well, we talked about the
14:00:26  4   characteristics in the report.  So, it is
14:00:29  5   obviously a qualitative conclusion, that the
14:00:31  6   company had come to that conclusion, too.  But, I
14:00:34  7   don't recall sitting here today.
14:00:34  8        Q.    Okay.  Your materials considered in
14:00:40  9   Appendix B to your report lists many different
14:00:44 10   annual reports that were reviewed in preparing
14:00:47 11   your report.  Right?
14:00:48 12        A.    Yes, sir.
14:00:49 13        Q.    So, you or members of your team
14:00:52 14   reviewed the annual reports for companies that
14:00:55 15   were in the eight firm list of comparators,
14:01:01 16   right?
14:01:01 17        A.    Yes, sir.
14:01:02 18        Q.    And, so if AngloAmerican's 2011
14:01:20 19   annual report disclosed that it was the Number 3
14:01:23 20   exporter of metallurgical coal in the world,
14:01:26 21   would you have considered that at the time in
14:01:28 22   comparing it to Rio Tinto?
14:01:30 23        A.    I'm sure we considered whatever we
14:01:33 24   read.  As I said, sitting here today, I don't
14:01:37 25   recall.  It is essentially the same answer.
```

                                                    171

CONFIDENTIAL

14:01:39  1           Q.    Okay.  So, does that also mean that
14:01:47  2    you are representing that you would have
14:01:49  3    considered that AngloAmerican owned the world's
14:01:53  4    largest platinum reserves in 2011?
14:01:57  5           A.    We looked at all of the companies'
14:01:59  6    lines of businesses.  I just don't recall them
14:02:01  7    off the top of my head.
14:02:02  8           Q.    Was Rio Tinto involved in selling
14:02:07  9    platinum in 2011?
14:02:08 10           A.    Not to my knowledge, that I recall.
14:02:12 11           Q.    Did you or a member of your team do
14:02:16 12    any analysis of whether the fact that
14:02:20 13    AngloAmerican had the world's largest platinum
14:02:23 14    reserves with the level, if any, of platinum
14:02:28 15    operations that Rio Tinto had?
14:02:32 16           A.    I'm not even sure what you are
14:02:34 17    asking me.  I'm not sure what that means at the
14:02:38 18    end of the day.
14:02:38 19                 We were looking at large globally
14:02:42 20    diversified miners that did overlapping, if not
14:02:45 21    very similar, product courses.
14:02:47 22                 So, I can't recall, as I said to
14:02:51 23    you, what all that we looked at.  It is the same
14:02:54 24    answer every time you ask the question.
14:02:56 25           Q.    Part of what I'm trying to get at is

                                                          172

CONFIDENTIAL

14:02:59  1   you are saying overlapping product mixes; is that

14:03:01  2   right?  That is what you are looking for?

14:03:03  3        A.    Well, where possible.  Obviously you

14:03:05  4   want to get as close as possible.  You are never

14:03:08  5   going to get perfection.

14:03:10  6        Q.    Explain to me what level of overlap

14:03:13  7   between product mixes is sufficient for you to

14:03:17  8   determine that a company is a useful comparator

14:03:20  9   for an event study.

14:03:21  10       A.    There is really no line in the sand

14:03:25  11  answer there.  That is why I do take comfort of

14:03:30  12  the company's own decision to look out at its

14:03:33  13  competitors on a FSR, functional return.

14:03:41  14       Q.    And so, do you have a similar answer

14:03:48  15  if I ask you whether you considered the fact that

14:03:50  16  in 2011 AngloAmerican owns De Beers which is one

14:03:55  17  of the world's leading diamond companies?

14:03:59  18       A.    I hear the statement part, but what

14:04:03  19  is the question part?

14:04:04  20       Q.    The question is whether you

14:04:05  21  considered that.

14:04:06  22       A.    I don't know what consider means.

14:04:08  23  I'm sure we reviewed all of that information.

14:04:10  24       Q.    Did you personally give

14:04:17  25  consideration to that?

173

CONFIDENTIAL

```
14:04:18   1            A.    Just sitting here today, I don't
14:04:19   2   really recall everything that is in all of those
14:04:22   3   annual reports.  Sorry, same answer.
14:04:31   4            Q.    Was Rio Tinto a diamond producer in
14:04:33   5   2011?
14:04:36   6            A.    I don't recall.  I don't think so.
14:04:38   7   But, I don't recall.
14:04:43   8            Q.    So, do you have any recollection of
14:04:46   9   any consideration that you gave to how the fact
14:04:50  10   that AngloAmerican owned one of the world's
14:04:54  11   leading diamond companies factored into your
14:04:56  12   determination that AngloAmerican was a useful
14:05:00  13   comparator for Rio Tinto?
14:05:02  14            A.    I don't recall.  I'm not sure why I
14:05:05  15   would.  You could be very important in some other
14:05:08  16   market but still very much in the other
14:05:10  17   businesses.  So, I'm not sure why it is relevant.
14:05:13  18   But, the actual answer is I don't recall.
14:05:16  19            Q.    Okay.  Is it relevant to you at all
14:05:24  20   who the other companies in the eight firm
14:05:29  21   comparator index, who they list as their
14:05:31  22   competition?
14:05:33  23                 Is that relevant at all?
14:05:36  24            A.    I think it depends on the purpose
14:05:38  25   for which they do it and how they explain what
```

174

**CONFIDENTIAL**

| | | |
|---|---|---|
| 14:05:41 | 1 | they do. |
| 14:05:43 | 2 | Q.    Well, if the purpose is to benchmark |
| 14:05:46 | 3 | against their competition, would that be relevant |
| 14:05:49 | 4 | to you? |
| 14:05:50 | 5 | A.    It is not typically the way |
| 14:05:52 | 6 | companies write, so you have to be a little more |
| 14:05:55 | 7 | specific. |
| 14:05:55 | 8 | That can be the product market. |
| 14:05:57 | 9 | That could be for analogues.  It could be for |
| 14:05:58 | 10 | executive compensation.  I'm not sure what you |
| 14:06:02 | 11 | are referring to.  That method is describing how |
| 14:06:04 | 12 | you feel. |
| 14:06:04 | 13 | Q.    If the company that was on Rio |
| 14:06:09 | 14 | Tinto's eight firm comparator list compiles its |
| 14:06:14 | 15 | own list of competitors for purposes of |
| 14:06:19 | 16 | compensation, would that be relevant to you? |
| 14:06:22 | 17 | A.    May or may not.  Depending on how |
| 14:06:24 | 18 | they do it, the importance of other businesses. |
| 14:06:27 | 19 | They may have.  They may be looking for something |
| 14:06:30 | 20 | slightly different. |
| 14:06:30 | 21 | So, I don't know one way or the |
| 14:06:33 | 22 | other.  I was asked to analyze this company, Rio |
| 14:06:36 | 23 | Tinto. |
| 14:06:36 | 24 | (Exhibit Number 1166 |
| 14:06:36 | 25 | marked for identification.) |

175

CONFIDENTIAL

| | | |
|---|---|---|
| 14:06:40 | 1 | BY MR. BEDNAR: |
| 14:06:40 | 2 | Q.    So, I will show you Exhibit 1166. |
| 14:07:08 | 3 | And I will take you first to the cover.  Do you |
| 14:07:16 | 4 | see that that is AngloAmerican's 2011 annual |
| 14:07:21 | 5 | report? |
| 14:07:21 | 6 | A.    I see that. |
| 14:07:22 | 7 | Q.    I will take you to Page 107 of the |
| 14:07:27 | 8 | PDF, which I think is also Page 107 of the |
| 14:07:30 | 9 | report. |
| 14:07:30 | 10 | This is part of the governance |
| 14:07:33 | 11 | section of the annual report. |
| 14:07:35 | 12 | A.    Okay. |
| 14:07:35 | 13 | Q.    In Section 3.5 you see AngloAmerican |
| 14:07:42 | 14 | describing its long-term incentive program -- or |
| 14:07:45 | 15 | I'm sorry.  The long-term incentive plan? |
| 14:07:48 | 16 | MR. KIRSCH:  Sorry.  Tom, what page |
| 14:07:49 | 17 | are you on? |
| 14:07:51 | 18 | MR. BEDNAR:  107. |
| 14:07:51 | 19 | MR. KIRSCH:  Thank you. |
| 14:07:52 | 20 | BY MR. BEDNAR: |
| 14:07:52 | 21 | Q.    And at the bottom right there is a |
| 14:07:54 | 22 | Figure 6, which is a -- which is titled Sector |
| 14:07:58 | 23 | Index.  Do you see that? |
| 14:07:59 | 24 | A.    Yes. |
| 14:08:00 | 25 | Q.    And, in fact, AngloAmerican does |

176

CONFIDENTIAL

| | | |
|---|---|---|
| 14:08:04 | 1 | list Rio Tinto as one of its competitors.  You |
| 14:08:07 | 2 | see that, right? |
| 14:08:07 | 3 | A.    Yes. |
| 14:08:12 | 4 | Q.    And AngloAmerican lists Teck Cominco |
| 14:08:16 | 5 | Limited as one of its competitors, correct? |
| 14:08:19 | 6 | A.    I'm not sure if it is a competitor. |
| 14:08:21 | 7 | I mean, it is a comparator.  And I'm not sure |
| 14:08:23 | 8 | exactly for what purpose -- |
| 14:08:23 | 9 | Q.    That is a fair point.  Yes, that is |
| 14:08:25 | 10 | a fair point.  I'm sorry. |
| 14:08:25 | 11 | A.    Okay. |
| 14:08:25 | 12 | Q.    It specifically says comparator |
| 14:08:28 | 13 | companies, not competitor companies, right? |
| 14:08:30 | 14 | A.    Right.  Well, those are different |
| 14:08:32 | 15 | things, so that is why I corrected. |
| 14:08:34 | 16 | Q.    Sure.  And, so for long-term |
| 14:08:36 | 17 | incentive plan, so for the same purpose that Rio |
| 14:08:39 | 18 | Tinto has a list of comparator firms, |
| 14:08:45 | 19 | AngloAmerican has a list of comparator firms, |
| 14:08:47 | 20 | right? |
| 14:08:48 | 21 | A.    Yes, again I'm not sure what metric |
| 14:08:50 | 22 | or how to get it.  But, yes, I can clearly see |
| 14:08:53 | 23 | that. |
| 14:08:53 | 24 | Q.    Do you know how Rio Tinto compiled |
| 14:08:55 | 25 | their list of comparator firms? |

177

CONFIDENTIAL

| | | |
|---|---|---|
| 14:08:57 | 1 | A.    I believe they were looking at total |
| 14:09:03 | 2 | shareholder return correlations and line of |
| 14:09:05 | 3 | business judgments.  I don't recall. |
| 14:09:09 | 4 | Q.    So, if you look at the paragraph at |
| 14:09:12 | 5 | the bottom left of this page that we are on, |
| 14:09:13 | 6 | Page 107, the AngloAmerican report says, "Half of |
| 14:09:17 | 7 | each award is subject to a group total |
| 14:09:20 | 8 | shareholder earn measure while the other half is |
| 14:09:23 | 9 | subject to a group operational method." |
| 14:09:26 | 10 | Do you see that? |
| 14:09:27 | 11 | A.    Yes, but it has nothing to do with |
| 14:09:32 | 12 | comparator companies, but -- to the extent a |
| 14:09:38 | 13 | group does not refer to that group. |
| 14:09:40 | 14 | Q.    So, if the total shareholder return |
| 14:09:46 | 15 | measure was applied to the returns of the |
| 14:09:49 | 16 | comparator firms, would that be similar to what |
| 14:09:52 | 17 | Rio Tinto is describing? |
| 14:09:55 | 18 | MR. KIRSCH:  Objection. |
| 14:09:57 | 19 | THE WITNESS:  You would think they |
| 14:09:59 | 20 | did.  I'm not really sure what they did.  The |
| 14:10:02 | 21 | paragraph you are reading is a different |
| 14:10:04 | 22 | point about how compensation is decided in |
| 14:10:07 | 23 | the [garbled] based on lines of business -- |
| 14:10:08 | 24 | BY MR. BEDNAR: |
| 14:10:09 | 25 | Q.    Sure.  And I, I understand that |

178

CONFIDENTIAL

14:10:12  1   distinction.

14:10:12  2          So, if AngloAmerican had used the

14:10:15  3   total shareholder return measure based on the

14:10:17  4   comparators, that would be the same measure that

14:10:20  5   Rio Tinto would be using in its comparator index.

14:10:23  6   Right?

14:10:25  7          MR. KIRSCH:  Objection.

14:10:26  8          THE WITNESS:  No, depending on

14:10:29  9      whatever qualitative judgment they applied,

14:10:31  10      what time period.  I don't know.  It might

14:10:32  11      be.

14:10:33  12  BY MR. BEDNAR:

14:10:33  13      Q.   Okay.  So, that is the information

14:10:36  14  that you would want to look at to try to

14:10:39  15  determine a comparison between AngloAmerican's

14:10:42  16  comparator list and Rio Tinto's comparator list,

14:10:44  17  right?

14:10:44  18      A.   I'm not sure why I would want to do

14:10:47  19  that.

14:10:47  20          You are asking about it.  From me

14:10:50  21  writing a report, I can't imagine why I would do

14:10:52  22  that.

14:10:53  23      Q.   Okay.  In any event, AngloAmerican

14:10:58  24  for the year 2011 lists Rio Tinto as a

14:11:01  25  comparator, right?

179

CONFIDENTIAL

| | | |
|---|---|---|
| 14:11:02 | 1 | A.     Yes, it is on the list. |
| 14:11:04 | 2 | Q.     And lists Teck has a comparator, |
| 14:11:07 | 3 | right? |
| 14:11:07 | 4 | A.     It is also on the list. |
| 14:11:10 | 5 | Q.     Just as Rio Tinto for all, but one, |
| 14:11:13 | 6 | of the periods compiled by Dr. Metz listed Teck |
| 14:11:17 | 7 | as a comparator, right? |
| 14:11:19 | 8 | A.     If that is what it stated, yes. |
| 14:11:23 | 9 | Q.     I'm going to direct you just briefly |
| 14:12:01 | 10 | before we leave that exhibit, the last couple of |
| 14:12:04 | 11 | questions on that exhibit, again is 1166.  I'm on |
| 14:12:08 | 12 | the next page, Page 108. |
| 14:12:10 | 13 | The middle column, at the top of the |
| 14:12:13 | 14 | page -- |
| 14:12:16 | 15 | A.     Okay. |
| 14:12:16 | 16 | Q.     -- says Total Shareholder Return. |
| 14:12:19 | 17 | And the second paragraph says, "50 percent of the |
| 14:12:22 | 18 | proportion of each award that is based on TSR is |
| 14:12:28 | 19 | measured against the sector index, and 50 percent |
| 14:12:30 | 20 | is measured against the constituents of the 50, |
| 14:12:34 | 21 | 100."  Do you see that? |
| 14:12:35 | 22 | A.     Okay. |
| 14:12:36 | 23 | Q.     And so, is that a similar method for |
| 14:12:40 | 24 | using the comparator index that Rio Tinto uses? |
| 14:12:45 | 25 | A.     I don't really recall the weighting |

180

CONFIDENTIAL

14:12:47 1    in Rio Tinto and over what time period.

14:12:50 2              I don't know.  They both mention the

14:12:54 3    word TSR, if that is the point of your question.

14:12:54 4              (Exhibit Number 1162

14:12:54 5               marked for identification.)

14:13:29 6    BY MR. BEDNAR:

14:13:29 7         Q.    I'm going to take you to

14:13:31 8    Exhibit 1162, which is the 2011 annual report on

14:13:41 9    Form 20-F for HP Billiton.

14:13:47 10             Can you see it on your screen?

14:13:50 11        A.    Yes, I can.

14:13:51 12        Q.    And you or members of your team

14:13:54 13   reviewed this report when preparing your own

14:13:56 14   report.  Right?

14:13:57 15        A.    Yes.  We did.  And in the binders, I

14:14:00 16   am reminded how massive it is.

14:14:03 17        Q.    Yes, it is 577 pages, a lot of

14:14:08 18   events to report.

14:14:08 19             If I take you to Page 235 of the

14:14:13 20   PDF, which is Page 229 of the report.  This is

14:14:21 21   BHP's Billiton's long-term incentive program

14:14:24 22   awards.

14:14:25 23             And you see at the middle of the

14:14:27 24   page, they have comparator groups for different

14:14:30 25   time periods that are covered as well.  Do you

181

CONFIDENTIAL

| | | |
|---|---|---|
| 14:14:32 | 1 | see that? |
| 14:14:33 | 2 | A.    I do. |
| 14:14:34 | 3 | Q.    And do you see Rio Tinto is covered |
| 14:14:35 | 4 | in all three of the periods.  Right? |
| 14:14:39 | 5 | A.    Yes. |
| 14:14:42 | 6 | Q.    And then two lines before that Teck |
| 14:14:48 | 7 | Cominco is in two of the three periods, right? |
| 14:14:51 | 8 | A.    Yes. |
| 14:14:51 | 9 | Q.    And the two are the periods 2004 to |
| 14:14:54 | 10 | 2006, right? |
| 14:14:59 | 11 | A.    Yes. |
| 14:14:59 | 12 | Q.    Now, you also see in this list of |
| 14:15:01 | 13 | comparator firms a number of oil and gas |
| 14:15:03 | 14 | companies, right? |
| 14:15:04 | 15 | A.    Yes. |
| 14:15:04 | 16 | Q.    Like ExxonMobil, Marathon Oil, |
| 14:15:10 | 17 | Shell. |
| 14:15:13 | 18 | Does it at all affect the |
| 14:15:16 | 19 | comparability of BHP to Rio Tinto that BHP has |
| 14:15:21 | 20 | significant oil operations in 2011, whereas Rio |
| 14:15:25 | 21 | Tinto did not? |
| 14:15:29 | 22 | A.    It needn't, no. |
| 14:15:32 | 23 | Q.    Why not? |
| 14:15:37 | 24 | A.    Well, then you are not going to get |
| 14:15:38 | 25 | a precise product mix.  The question is there |

182

CONFIDENTIAL

| | | |
|---|---|---|
| 14:15:41 | 1 | this close an overlap as possible.  Both |
| 14:15:45 | 2 | companies consider the other to be a comparable. |
| 14:15:47 | 3 | So, you have sort of answered your own question. |
| 14:15:52 | 4 | Q.    And, did you -- |
| 14:16:06 | 5 | Was Xstrata one of the companies |
| 14:16:08 | 6 | that you were under the opinion should have been |
| 14:16:15 | 7 | included in the S&P Metals and Mining Index? |
| 14:16:19 | 8 | A.    I think it is in that page.  I would |
| 14:16:21 | 9 | have to go back and look at Exhibit 4.  Bancorp. |
| 14:16:27 | 10 | Let's see. |
| 14:16:36 | 11 | Q.    Sure, and I can -- |
| 14:16:37 | 12 | A.    Sure, it is in the related peer |
| 14:16:40 | 13 | index. |
| 14:16:40 | 14 | Q.    And specifically I will show you |
| 14:16:42 | 15 | just to kind of complete the record on that, |
| 14:16:44 | 16 | Paragraph 36 of your report in the second |
| 14:16:48 | 17 | sentence points out that Dr. Metz does not |
| 14:16:51 | 18 | include a number of comparators including |
| 14:16:54 | 19 | AngloAmerican, Xstrata, BHP and Merrick Gold, |
| 14:17:02 | 20 | okay? |
| 14:17:03 | 21 | A.    Okay. |
| 14:17:10 | 22 | Q.    Was there anything in particular |
| 14:17:11 | 23 | about Xstrata that you think made it a useful |
| 14:17:15 | 24 | comparator to Rio Tinto other than the fact that |
| 14:17:17 | 25 | Rio Tinto listed it as a comparator? |

183

**CONFIDENTIAL**

| | | |
|---|---|---|
| 14:17:22 | 1 | MR. KIRSCH:  Objection. |
| 14:17:23 | 2 | THE WITNESS:  I think this spot |
| 14:17:24 | 3 | combined being a large diversified miner. |
| 14:17:29 | 4 | BY MR. BEDNAR: |
| 14:17:30 | 5 | Q.   Okay.  And do you recall which |
| 14:17:44 | 6 | metals Xstrata was mainly involved in mining? |
| 14:17:49 | 7 | A.   I don't, off the top of my head. |
| 14:17:51 | 8 | Q.   Now, they don't need to be the same |
| 14:18:00 | 9 | exact list of metals that Rio Tinto mines? |
| 14:18:03 | 10 | A.   It would be rare to find companies |
| 14:18:08 | 11 | that are an exact clone. |
| 14:18:08 | 12 | Q.   Is there sort of any measure of |
| 14:18:10 | 13 | overlap that you need in terms of the product |
| 14:18:12 | 14 | that Xstrata mines versus the product that Rio |
| 14:18:14 | 15 | Tinto mined? |
| 14:18:15 | 16 | A.   You asked me that question earlier. |
| 14:18:16 | 17 | MR. KIRSCH:  Objection.  In order to |
| 14:18:17 | 18 | what? |
| 14:18:18 | 19 | BY MR. BEDNAR: |
| 14:18:19 | 20 | Q.   In order to be a useful comparator |
| 14:18:20 | 21 | for an industry index. |
| 14:18:22 | 22 | A.   You asked that question earlier. |
| 14:18:24 | 23 | So, the answer is the same.  There is no bright |
| 14:18:29 | 24 | line.  It is a matter of judgment. |
| 14:18:31 | 25 | And certainly the company's |

184

CONFIDENTIAL

| | | |
|---|---|---|
| 14:18:32 | 1 | judgment.  You are probably going to show me |
| 14:18:35 | 2 | Xstrata's annual report and we will now see its |
| 14:18:38 | 3 | judgment. |
| 14:18:38 | 4 | That is the best way I can know how |
| 14:18:40 | 5 | to answer it. |
| 14:18:41 | 6 | Q.    And in terms of products, does it |
| 14:18:50 | 7 | matter for determining whether Xstrata and Rio |
| 14:18:56 | 8 | Tinto are useful comparators for the event study |
| 14:18:59 | 9 | that Xstrata is focused on copper, coal, nickel |
| 14:19:04 | 10 | and zinc? |
| 14:19:07 | 11 | Does that particular product mix |
| 14:19:11 | 12 | matter to whether it is a good comparator? |
| 14:19:13 | 13 | A.    There is overlap there, and you just |
| 14:19:17 | 14 | purported to show me a chart a few minutes and |
| 14:19:20 | 15 | that copper is in HSBC Mining. |
| 14:19:34 | 16 | Q.    Well, does the fact that Xstrata is |
| 14:19:36 | 17 | focused on copper, and copper tends to move the |
| 14:19:41 | 18 | HSBC Mining Index, what does that say about |
| 14:19:43 | 19 | whether Xstrata is a useful comparator to Rio |
| 14:19:47 | 20 | Tinto for an event study? |
| 14:19:49 | 21 | MR. KIRSCH:  Objection.  Vague. |
| 14:19:53 | 22 | THE WITNESS:  I'm not sure what you |
| 14:19:54 | 23 | are asking.  But, with the HSBC indexes comes |
| 14:19:58 | 24 | up with a mining index.  We talked about |
| 14:20:01 | 25 | that.  It is now purported to show that it is |

185

CONFIDENTIAL

```
14:20:05   1        about copper.  I already questioned whether
14:20:07   2        that is a valid study that you showed me and
14:20:11   3        pictured it.
14:20:12   4              To me what makes it comparable is
14:20:15   5        back to the same.  Is it similar enough?
14:20:17   6        Does the company judge it to be similar
14:20:19   7        enough to make it a comparable firm?
14:20:22   8              For your line of questions to make
14:20:24   9        sense, you have to believe that excluding all
14:20:27  10        large miners makes a better index.  And that
14:20:33  11        is about a head structure.
14:20:36  12   BY MR. BEDNAR:
14:20:45  13        Q.   So, you are saying that in terms of
14:20:48  14   product mix, it has to be similar enough that the
14:20:53  15   company considers it a comparator firm.  Is that
14:20:55  16   right?
14:20:57  17              MR. KIRSCH:  Objection.
14:20:59  18              THE WITNESS:  I think -- I did say
14:21:00  19        that, that the company could be important as
14:21:04  20        far as judgment in some analysts.  But, yes,
14:21:09  21        all of that is important.
14:21:10  22   BY MR. BEDNAR:
14:21:10  23        Q.   Did you do an analysis of whether
14:21:12  24   the product mix of Xstrata and Rio Tinto was
14:21:15  25   similar enough to be a useful comparator for an
```

186

CONFIDENTIAL

14:21:19  1    industry index?

14:21:20  2         A.    You asked that question earlier,

14:21:22  3    too, so it will be the same answer.  You asked it

14:21:25  4    in a different company, same answer.

14:21:26  5         But, we did.  I think, we, Kevin and

14:21:30  6    I would read all of these, and made qualitative

14:21:34  7    conclusion along with the information in the

14:21:36  8    company's report.  That is what we did.

14:21:40  9         Q.    And so to the extent that you

14:21:52  10   reached any opinions on whether the product mix

14:21:55  11   of Xstrata and Rio Tinto are sufficiently

14:22:00  12   comparable to be comparators for an industry

14:22:03  13   index, would that be spelled out in the report or

14:22:05  14   in the backup materials --

14:22:06  15        A.    Yes.

14:22:07  16        Q.    -- which is in the appendices?

14:22:10  17        A.    Yes.

14:22:11  18        Q.    Okay.  So if it is not in the report

14:22:17  19   or in the appendices or exhibits, you don't have

14:22:20  20   an opinion on what would make the product mix of

14:22:23  21   an Xstrata sufficiently comparable to a Rio Tinto

14:22:27  22   to be useful comparators for an event study?

14:22:31  23        A.    I wouldn't say that.  I do think it

14:22:33  24   is in those materials.  But we came to a

14:22:35  25   qualitative conclusion looking at the company's

187

CONFIDENTIAL

14:22:37  1   choices.  Like I said, I don't recall everything

14:22:40  2   that we did.  Same answer.

14:22:44  3         Q.    Okay.  And I think you forecast

14:23:01  4   this, Doctor, but I am going to show you the

14:23:08  5   Xstrata 2011 annual report.

14:23:12  6         A.    Okay.

14:23:12  7                     (Exhibit Number 1165

14:23:12  8                      marked for identification.)

14:23:12  9   BY MR. BEDNAR:

14:23:18 10         Q.    That is Exhibit 1165.  A smiling

14:23:23 11   person on the cover.  And I'm going to take you

14:23:25 12   to Page 117 of the PDF, which is in the

14:23:38 13   remuneration section of the report.  And it

14:23:39 14   describes Xstrata's use of a comparator index

14:23:49 15   under performance conditions.

14:23:52 16               And there the comparator index also

14:23:55 17   has Rio Tinto, right?

14:23:58 18         A.    Yes, both companies appear just like

14:23:59 19   the other.

14:24:00 20         Q.    And have Teck Resources?

14:24:03 21         A.    It does.

14:24:07 22               MR. KIRSCH:  Tom, I'm sorry.  What

14:24:09 23      page are you on again?

14:24:10 24               MR. BEDNAR:  I was on Page 117 of

14:24:12 25      the PDF, which is 101 of the report, I'm

                                                        188

CONFIDENTIAL

| | | |
|---|---|---|
| 14:24:15 | 1 | sorry. |
| 14:24:16 | 2 | MR. KIRSCH:  101.  That is okay. |
| 14:24:18 | 3 | Thank you. |
| 14:24:34 | 4 | BY MR. BEDNAR: |
| 14:24:43 | 5 | Q.    I'm going to ask you about Vale. |
| 14:24:47 | 6 | Now, you obviously considered Vale to be a useful |
| 14:24:50 | 7 | comparator for Rio Tinto, right? |
| 14:24:51 | 8 | A.    Yes. |
| 14:24:52 | 9 | Q.    Vale is one of the largest iron ore |
| 14:25:00 | 10 | miners in the world, right? |
| 14:25:02 | 11 | A.    Yes. |
| 14:25:02 | 12 | Q.    Let me actually switch gears and ask |
| 14:25:42 | 13 | you about Barrick Gold.  Barrick Gold was in the |
| 14:26:09 | 14 | eight company comparator index that you used in |
| 14:26:12 | 15 | your event study, right? |
| 14:26:13 | 16 | A.    Yes, sir. |
| 14:26:17 | 17 | Q.    And, what if anything did you do to |
| 14:26:20 | 18 | analyze whether the product mix of Barrick Gold |
| 14:26:24 | 19 | is sufficiently comparable with the product mix |
| 14:26:28 | 20 | of Rio Tinto to serve as a useful comparator for |
| 14:26:35 | 21 | the event study? |
| 14:26:36 | 22 | A.    Again, I don't really recall what we |
| 14:26:39 | 23 | found when we looked at the annual report.  But, |
| 14:26:41 | 24 | I don't recall.  Same answer as before. |
| 14:26:44 | 25 | Q.    And is there anything that would |

189

CONFIDENTIAL

| | | |
|---|---|---|
| 14:26:47 | 1 | refresh your memory on that? |
| 14:26:50 | 2 | A.   No. |
| 14:26:58 | 3 | Q.   If you reached any conclusions about |
| 14:27:02 | 4 | the comparability of the product mix between the |
| 14:27:05 | 5 | two companies, would it be listed in your report |
| 14:27:07 | 6 | or the exhibits in appendices? |
| 14:27:11 | 7 | A.   It should be.  It could also be a |
| 14:27:14 | 8 | qualitative judgment.  It should be, yes. |
| 14:27:16 | 9 | Q.   Well, if there is a qualitative |
| 14:27:19 | 10 | adjustment to be reflected, would that be written |
| 14:27:22 | 11 | down in any way in your report? |
| 14:27:23 | 12 | A.   It should be, yes.  That is what I'm |
| 14:27:25 | 13 | saying. |
| 14:27:26 | 14 | Q.   But as you sit here right now, you |
| 14:27:28 | 15 | don't recall whether such analysis was done? |
| 14:27:32 | 16 | A.   Well, I recall the analysis.  I'm |
| 14:27:35 | 17 | just not recalling the particulars of it. |
| 14:27:42 | 18 | Q.   And Barrick Gold, at the time in |
| 14:27:47 | 19 | 2011, was the largest gold company, right? |
| 14:27:50 | 20 | And Newmont, another company that |
| 14:27:53 | 21 | was in your eight firm comparator index, that was |
| 14:27:57 | 22 | another of the world's very large gold companies, |
| 14:28:00 | 23 | right? |
| 14:28:00 | 24 | A.   That is certainly true. |
| 14:28:02 | 25 | Q.   Would you describe either of those |

190

CONFIDENTIAL

14:28:07  1    as diversified mining company?

14:28:10  2         A.    I really don't recall what other

14:28:13  3    lines of business are.

14:28:19  4         Q.    Is it important to be diversified to

14:28:21  5    be useful comparators to Rio Tinto for an event

14:28:23  6    study?

14:28:23  7         A.    That wasn't the point I made

14:28:25  8    earlier.  I said the document said inadvertently

14:28:29  9    excluded all large diversified companies, and I

14:28:31 10    think that is important.

14:28:32 11         The company may also have viewed

14:28:34 12    other companies as worthy competitors.

14:28:35 13         So this justification is not the

14:28:37 14    only element.  I just don't recall what lines of

14:28:40 15    business they're in.

14:28:40 16         Q.    And I'm asking you to be a useful

14:28:43 17    comparator for purposes of an event study on Rio

14:28:46 18    Tinto, is it important that the companies in that

14:28:49 19    index be diversified?

14:28:54 20         A.    I don't know what important means.

14:28:58 21    I mean I assume that you want companies as

14:29:03 22    similar to Rio Tinto as possible.  But the

14:29:04 23    company may have viewed their other businesses

14:29:06 24    are sufficiently correlated with it to be worthy

14:29:08 25    of comparison.

                                                            191

CONFIDENTIAL

```
14:29:09   1              So, again, I don't recall all of the
14:29:11   2   various lines of Barrick or Newmont.
14:29:16   3              MR. KIRSCH:  Tom, we have been going
14:29:19   4      about an hour and 20 minutes.  And when you
14:29:21   5      get to the end of this line, let's take a
14:29:23   6      break, please.
14:29:26   7              MR. BEDNAR:  We can break now.  That
14:29:27   8      is fine.
14:29:28   9              Can you take us off the record?
14:29:29  10              THE VIDEOGRAPHER:  We are going off
14:29:31  11      the record.  The time is 2:29 eastern.
14:29:35  12              (Recess taken -- 2:29 p.m.)
14:45:39  13              (After recess -- 2:45 p.m.)
14:45:39  14              THE VIDEOGRAPHER:  We are going back
14:45:50  15      on the record.  The time is 2:45 eastern.
14:45:56  16   BY MR. BEDNAR:
14:46:05  17      Q.   Dr. Hubbard, I want to ask you a few
14:46:10  18   questions about the April 8, 2011, acquisition of
14:46:17  19   Riversdale by Rio Tinto.
14:46:21  20              So, it is your opinion that the
14:46:30  21   market had viewed it as that Rio Tinto would
14:47:26  22   acquire control prior to April 8, 2011.
14:47:26  23              So, Dr. Hubbard, am I correct that
14:47:29  24   your opinion is that the market had an
14:47:33  25   expectation prior to April 8, 2011, that Rio
```

192

CONFIDENTIAL

14:47:39  1    Tinto would obtain control of Riversdale?

14:47:43  2            A.    Yes, that is my opinion I have on

14:47:51  3    that subject.

14:47:52  4            Q.    Did you reach any opinion as to

14:47:54  5    whether the market had an expectation of whether

14:47:56  6    Rio Tinto would gain control of Riversdale

14:47:58  7    without having to make concessions to the CSN or

14:48:05  8    Tata Steel companies?

14:48:09  9                  MR. KIRSCH:  Objection, vague.

14:48:10 10                  THE WITNESS:  I'm not sure what you

14:48:16 11        asked.  If I am understanding your question,

14:48:17 12        no.  It wouldn't have been doable, so no.

14:48:25 13    BY MR. BEDNAR:

14:48:26 14            Q.    Did you come across any analyst's

14:48:28 15    coverage or news coverage prior to April 8, 2011,

14:48:32 16    predicting that Rio Tinto would acquire control

14:48:37 17    without having to make concessions to CSN or

14:48:41 18    Tata?

14:48:41 19                  MR. KIRSCH:  Objection as to what

14:48:43 20        concessions means in this context.

14:48:47 21    BY MR. BEDNAR:

14:48:48 22            Q.    Well, let me ask you this:

14:48:49 23                  So, CSN and Tata were the two

14:48:52 24    largest shareholders of Riversdale besides Rio

14:48:55 25    Tinto in April of 2011?

                                                            193

CONFIDENTIAL

14:48:57  1          A.     Yes.

14:48:58  2          Q.     And, I'm sorry, I didn't mean to cut

14:49:00  3     you off.  And both CSN and Tata were steelmaking

14:49:06  4     companies, right?

14:49:07  5          A.     Correct.

14:49:08  6          Q.     And, fair to say that their interest

14:49:10  7     in Riversdale was primarily driven by their

14:49:16  8     interest in acquiring access to metallurgical

14:49:20  9     coal that could be used in their steelmaking

14:49:22  10    operations?

14:49:22  11         A.     Yes.  That was certainly a factor.

14:49:25  12         Q.     And in conducting your event study

14:49:30  13    did you see any news coverage expressing the view

14:49:35  14    that Rio Tinto might have to enter into favorable

14:49:40  15    contracts to supply metallurgical coal to CSN or

14:49:46  16    Tata as a condition of obtaining shares from CSN

14:49:50  17    or Tata?

14:49:52  18         A.     If I understand the question, I

14:49:54  19    don't recall one way or the other.  I have all of

14:49:56  20    the news articles that I was able to retrieve.

14:49:59  21    They are all in the report.

14:50:00  22         Q.     Okay.  So, is it fair to say that

14:50:09  23    within the article cited in your report or the

14:50:12  24    appendices to your report, if there are articles

14:50:16  25    regarding the issue of CSN or Tata seeking

                                                        194

**CONFIDENTIAL**

14:50:18  1    concessions from Rio Tinto, that that is

14:50:21  2    something you would have considered, right?

14:50:25  3        A.    Well, those articles should be

14:50:26  4    there.  I don't think it is -- I don't know what

14:50:28  5    you mean by considered.  It wouldn't really

14:50:31  6    affect my conclusion.

14:50:32  7              But, yes, the articles should be in

14:50:35  8    there if they exist.

14:50:35  9                   (Whereupon, previously marked

14:50:35  10                    Exhibit 445, first referral.)

14:50:43  11   BY MR. BEDNAR:

14:50:43  12       Q.    I'm going to show you an exhibit

14:51:03  13   that is marked Plaintiff's Exhibit 445.

14:51:11  14   Exhibit 445 is notes of an interview of defendant

14:51:14  15   Guy Elliot from March 2013 created by two

14:51:20  16   employees of Rio Tinto.

14:51:22  17             Have you ever seen this exhibit

14:51:24  18   before today?

14:51:25  19       A.    No.  It looks to be an internal

14:51:28  20   document and for studying what the market wants.

14:51:40  21       Q.    I'll take you to the second page of

14:51:44  22   that exhibit.  A little more than halfway down

14:51:47  23   the page there is a paragraph in which Mr. Elliot

14:51:49  24   is described as saying, "Success was ultimately

14:51:54  25   growth and getting the deal done.  It was

195

CONFIDENTIAL

```
14:51:56  1    generally thought that the bid tactics were well

14:52:00  2    done.

14:52:00  3                 "The two major shareholders had

14:52:02  4    tried to secure better JV or supply contract

14:52:05  5    terms, but eventually just surrendered their

14:52:07  6    shares like everyone else."

14:52:09  7                 Do you see that?

14:52:10  8         A.    Yes.

14:52:12  9                 MR. KIRSCH:  I know you said you

14:52:13 10         haven't seen this before.  If it would be

14:52:15 11         helpful for you to read the document, feel

14:52:17 12         free to do that before you answer any

14:52:19 13         questions.

14:52:21 14                 THE WITNESS:  No.  I mean, it is

14:52:22 15         just that I was talking -- my report is about

14:52:25 16         what market participants saw.  This is an

14:52:28 17         internal document and an interview of

14:52:32 18         someone's perspective.  But, please feel free

14:52:34 19         to ask me anything you wish.

14:52:45 20    BY MR. BEDNAR:

14:52:45 21         Q.    So, did you come across any news in

14:52:47 22    preparing your event study that would contradict

14:52:49 23    this statement that CSN and Tata tried to secure

14:52:54 24    better JV or supply contract terms?

14:52:59 25         A.    I think you asked that question
```

196

CONFIDENTIAL

| | | |
|---|---|---|
| 14:53:01 | 1 | before.  Same answer.  I don't recall any of the |
| 14:53:03 | 2 | news articles I found that would be in there. |
| 14:53:05 | 3 | They are of course news to the |
| 14:53:09 | 4 | public, not necessarily what an internal person |
| 14:53:12 | 5 | they know. |
| 14:53:12 | 6 | But, if it is real news and it is in |
| 14:53:14 | 7 | the news outlet, I should know. |
| 14:53:14 | 8 | (Exhibit Number 1215 |
| 14:53:14 | 9 | marked for identification.) |
| 14:53:18 | 10 | BY MR. BEDNAR: |
| 14:53:18 | 11 | Q.    So, this is Exhibit 1215.  It is an |
| 14:53:21 | 12 | article dated April 8, 2011 in the Financial |
| 14:53:25 | 13 | Review. |
| 14:53:25 | 14 | Do you see that? |
| 14:53:26 | 15 | A.    I do. |
| 14:53:28 | 16 | Q.    This is an article that is cited in |
| 14:53:30 | 17 | your report. |
| 14:53:31 | 18 | A.    Okay. |
| 14:53:32 | 19 | Q.    The Financial Review, is that a |
| 14:53:34 | 20 | major business publication in Australia? |
| 14:53:36 | 21 | A.    It is. |
| 14:53:37 | 22 | Q.    Towards the bottom of the page, the |
| 14:53:54 | 23 | paragraph reading CSN -- starts with CSN. |
| 14:53:59 | 24 | "Financial Review notes that CSN has |
| 14:54:02 | 25 | no off-take agreements with Riversdale and has |

197

| | | |
|---|---|---|
| 14:54:06 | 1 | been seen as a likely seller of its 19.9 percent |
| 14:54:11 | 2 | stake, but the company has indicated that it has |
| 14:54:14 | 3 | no immediate plans to sell and will likely hang |
| 14:54:17 | 4 | on until it can secure the 300,000 tons to |
| 14:54:21 | 5 | 400,000 tons a year of coking coal it requires to |
| 14:54:24 | 6 | feed its Brazilian steelmaking operations." |
| 14:54:28 | 7 | Do you see that? |
| 14:54:29 | 8 | A.    I do. |
| 14:54:29 | 9 | (Exhibit Number 1148 |
| 14:54:29 | 10 | marked for identification.) |
| 14:54:29 | 11 | BY MR. BEDNAR: |
| 14:54:29 | 12 | Q.    And then I will take you to |
| 14:54:44 | 13 | Exhibit 1148.  This is an analyst report released |
| 14:54:55 | 14 | by Dolmen Daily, dated April 8, 2011. |
| 14:54:58 | 15 | Do you see that? |
| 14:54:59 | 16 | A.    I do. |
| 14:55:00 | 17 | Q.    And you discuss that report in your |
| 14:55:04 | 18 | report, right? |
| 14:55:05 | 19 | A.    I believe so, yes. |
| 14:55:06 | 20 | Q.    And let me take that down for a |
| 14:55:15 | 21 | moment just so I can pull you up to the correct |
| 14:55:18 | 22 | page. |
| 14:55:26 | 23 | And it is on Page 1 of Exhibit 1148. |
| 14:55:32 | 24 | The box in the middle where it says Rio Tinto |
| 14:55:41 | 25 | buy.  And, fair to say that that paragraph |

198

CONFIDENTIAL

14:55:44   1    describes the Rio Tinto acquisition of

14:55:51   2    Riversdale.   Right?

14:55:52   3         A.    Yes, sir.

14:55:54   4              MR. KIRSCH:  You can read the

14:55:55   5        paragraph, Glenn, of course, before you

14:55:59   6        answer the questions.

14:56:00   7    BY MR. BEDNAR:

14:56:01   8         Q.    Take your time.

14:56:02   9         A.    It is fine.

14:56:04  10         Q.    Towards the middle of the paragraph,

14:56:07  11    Dolmen says, "We viewed today's news of Rio

14:56:11  12    Tinto's majority stake as a positive of the

14:56:13  13    diversified miner."

14:56:14  14              Do you see that, right?

14:56:15  15         A.    Yes.

14:56:16  16         Q.    And I want to ask you about the next

14:56:18  17    sentence which says, "Also, the manner in which

14:56:20  18    Rio gained control of Riversdale is an added

14:56:25  19    bonus as it increased its stake without defense

14:56:30  20    from other shareholders."  Do you see that?

14:56:32  21         A.    I see that.

14:56:33  22         Q.    So, would you agree that on

14:56:34  23    April 8, 2011, the manner in which Rio Tinto

14:56:37  24    gained control of Riversdale without having to

14:56:40  25    buy shares from CSN and Tata, that was news that

                                                      199

CONFIDENTIAL

| | | |
|---|---|---|
| 14:56:45 | 1 | day.  Correct? |
| 14:56:46 | 2 | MR. KIRSCH:  Objection. |
| 14:56:47 | 3 | THE WITNESS:  I don't think so.  I |
| 14:56:50 | 4 | see this is that analyst's view.  I don't |
| 14:56:53 | 5 | know whether the analyst changed price |
| 14:56:55 | 6 | targets or anything else as a result of this |
| 14:56:56 | 7 | news.  I don't recall. |
| 14:56:57 | 8 | But, you can't make the leap you |
| 14:56:59 | 9 | just made, if that is your question. |
| 14:57:00 | 10 | BY MR. BEDNAR: |
| 14:57:05 | 11 | Q.    Did you -- let me ask you a new |
| 14:57:10 | 12 | question. |
| 14:57:10 | 13 | In the work that you did in |
| 14:57:20 | 14 | preparing your report, were you able to reach a |
| 14:57:26 | 15 | conclusion one way or the other as to whether the |
| 14:57:29 | 16 | fact that Rio Tinto gained control without buying |
| 14:57:32 | 17 | shares from CSN or Tata had been forecast prior |
| 14:57:40 | 18 | to April 8th? |
| 14:57:45 | 19 | MR. KIRSCH:  Objection. |
| 14:57:46 | 20 | THE WITNESS:  I don't recall |
| 14:57:46 | 21 | studying that particular point.  I'm |
| 14:57:48 | 22 | certainly not sure why I would, but I don't |
| 14:57:53 | 23 | recall that, no. |
| 14:57:53 | 24 | BY MR. BEDNAR: |
| 14:57:54 | 25 | Q.    And so the news reports that you did |

200

CONFIDENTIAL

| | | |
|---|---|---|
| 14:57:56 | 1 | cite -- and I will take this down.  I don't have |
| 14:57:58 | 2 | other questions about this right now. |
| 14:57:59 | 3 | The news articles that you did look |
| 14:58:02 | 4 | at, were those the result of some sort of |
| 14:58:07 | 5 | systematic search of databases? |
| 14:58:10 | 6 | A.    Yes.  Where I do news by the |
| 14:58:13 | 7 | analysts in each case there, are searches either |
| 14:58:16 | 8 | of universes or key words.  Very different from |
| 14:58:22 | 9 | Dr. Metz. |
| 14:58:22 | 10 | Q.    Okay.  And the searches that you ran |
| 14:58:26 | 11 | across the Factiva database produced many of the |
| 14:58:30 | 12 | news articles that are cited in your Appendix B, |
| 14:58:36 | 13 | is that right? |
| 14:58:37 | 14 | A.    Yes, sir. |
| 14:58:37 | 15 | Q.    And would you agree with me that |
| 14:58:40 | 16 | your systematic search of Factiva, that began on |
| 14:58:44 | 17 | March 28th, right? |
| 14:58:45 | 18 | A.    I don't recall the exact date.  Do I |
| 14:58:47 | 19 | need to know for this question? |
| 14:58:51 | 20 | Q.    Well, I'm asking if that was your |
| 14:58:53 | 21 | methodology. |
| 14:58:57 | 22 | Do you know where that would be |
| 14:58:59 | 23 | described in your report? |
| 14:59:00 | 24 | A.    No, that would take a little while. |
| 14:59:01 | 25 | If this is important -- |

201

CONFIDENTIAL

| | | |
|---|---|---|
| 14:59:14 | 1 | Q.    If I can direct you, I will pull it |
| 14:59:16 | 2 | up on the screen. |
| 14:59:17 | 3 | A.    Okay. |
| 14:59:18 | 4 | Q.    Your report, which is Exhibit 224. |
| 14:59:20 | 5 | I will pull it up for you.  It is Page 29 of the |
| 14:59:24 | 6 | PDF. |
| 14:59:25 | 7 | A.    Okay.  That is what I was looking |
| 14:59:27 | 8 | for, yes. |
| 14:59:27 | 9 | Q.    Yes.  Footnote 121. |
| 14:59:31 | 10 | A.    Yes. |
| 14:59:31 | 11 | Q.    Do you agree with me that |
| 14:59:34 | 12 | Footnote 121, does that describe the methodology |
| 14:59:37 | 13 | that you and your team applied to search for news |
| 14:59:40 | 14 | within Factiva? |
| 14:59:41 | 15 | A.    Yes, sir, that does. |
| 14:59:47 | 16 | Q.    And your search applied search terms |
| 14:59:51 | 17 | to Factiva for different periods beginning |
| 14:59:55 | 18 | March 28th, correct? |
| 14:59:56 | 19 | A.    That's correct. |
| 14:59:56 | 20 | Q.    Okay.  And, so did your team apply |
| 15:00:02 | 21 | any systematic searches of Factiva for periods of |
| 15:00:08 | 22 | time before March 28th? |
| 15:00:13 | 23 | A.    For this purpose no.  We have a |
| 15:00:17 | 24 | timeline that goes back to the beginning.  But, |
| 15:00:19 | 25 | no, not for this purpose. |

202

CONFIDENTIAL

15:00:21  1        Q.    Okay.  Dr. Hubbard you are familiar
15:00:40  2   with the term, control premium, right?
15:00:42  3        A.    Yes.
15:00:43  4        Q.    In the context of mergers and
15:00:45  5   acquisitions, what is a control premium?
15:00:48  6        A.    Well, it is actually a good
15:00:51  7   question.  Sometimes people just refer to it as
15:00:55  8   just a premium from taking over the company that
15:00:59  9   can enable you to change strategy.  Maybe it
15:01:03 10   would be within the products of control.
15:01:05 11   Sometimes that gets conflated in discussions with
15:01:08 12   synergies that can also account for premium in a
15:01:12 13   transaction.
15:01:13 14             But, some people use the word,
15:01:17 15   control premium, to cover all of the above.
15:01:23 16        Q.    Do you have a definition that you
15:01:24 17   view as correct?
15:01:29 18        A.    Well, control premium depends on
15:01:32 19   different countries, different times.  It depends
15:01:36 20   on what you mean by control.
15:01:38 21             If it means private benefits of
15:01:40 22   control, that is very different from changing
15:01:43 23   strategy.  And I think changing strategy is being
15:01:46 24   lumped into synergies and other things.
15:01:48 25        Q.    Okay.  So, when you talk about the

                                                      203

CONFIDENTIAL

| | | |
|---|---|---|
| 15:01:50 | 1 | private benefits of control in connection with |
| 15:01:52 | 2 | the control premium, what do you mean? |
| 15:01:54 | 3 | A.   In other words that I may pay for an |
| 15:01:59 | 4 | asset in order to get private benefits of control |
| 15:02:02 | 5 | dissipated from my own personal purposes as the |
| 15:02:05 | 6 | leader or to be inefficient in how I run things. |
| 15:02:09 | 7 | Q.   Okay.  And then synergies, what does |
| 15:02:17 | 8 | synergies mean in this context? |
| 15:02:19 | 9 | A.   Synergy would mean a gain from the |
| 15:02:21 | 10 | combination of two firms.  And of course to the |
| 15:02:23 | 11 | extent that one pays more than the market price |
| 15:02:26 | 12 | for something, it must be a belief that it is |
| 15:02:29 | 13 | worth more in the hands of the buyer. |
| 15:02:31 | 14 | And the question is why use that. |
| 15:02:34 | 15 | Often people argue for synergies, and thus |
| 15:02:38 | 16 | economists think most, if not all, synergies wind |
| 15:02:41 | 17 | up being captured by the target rather than the |
| 15:02:47 | 18 | goal. |
| 15:02:54 | 19 | Q.   You say most economists are of the |
| 15:02:56 | 20 | view that -- did you say synergies are most, if |
| 15:03:01 | 21 | not all, value from synergies is captured by the |
| 15:03:05 | 22 | target.  Is that what you said? |
| 15:03:06 | 23 | A.   Yes, those are empirical studies |
| 15:03:09 | 24 | that -- it is often an expression that |
| 15:03:12 | 25 | managements often overpay or barely cover what an |

204

CONFIDENTIAL

| | | |
|---|---|---|
| 15:03:17 | 1 | asset is.  That comes from a literature in |
| 15:03:21 | 2 | finance going back some decade. |
| 15:03:22 | 3 | Q.    Is that your view? |
| 15:03:24 | 4 | A.    It depends on the -- it depends on |
| 15:03:26 | 5 | the company that is the physical evidence.  You |
| 15:03:31 | 6 | know, studies like Andrade, Mitchell and Stafford |
| 15:03:37 | 7 | would define that.  Other statistical studies |
| 15:03:39 | 8 | going all of the way back to Paul Aspit's work in |
| 15:03:43 | 9 | the 1980's on that. |
| 15:03:44 | 10 | That is probably a pretty general |
| 15:03:48 | 11 | deal, but obviously any given deal is its own |
| 15:03:52 | 12 | deal. |
| 15:03:52 | 13 | Q.    So, your view on whether the |
| 15:03:57 | 14 | acquiring firm can capture any of the value of |
| 15:04:01 | 15 | synergies, does that depend on the specific facts |
| 15:04:06 | 16 | of each instance? |
| 15:04:08 | 17 | A.    My view on that subject is |
| 15:04:11 | 18 | irrelevant to this case. |
| 15:04:13 | 19 | So I'm not sure -- I don't really |
| 15:04:18 | 20 | need -- it has nothing to do with what I did in |
| 15:04:21 | 21 | this case.  And I have already told you my view |
| 15:04:23 | 22 | of your own experts.  So, I told you what my view |
| 15:04:27 | 23 | is.  It is just not germane to this case. |
| 15:04:30 | 24 | Q.    No, I think you told me what the |
| 15:04:32 | 25 | views of several economists that had published |

205

15:04:35   1   articles is.

15:04:35   2            What is your view as to whether the

15:04:37   3   acquiring firm can capture value from synergies?

15:04:44   4            MR. KIRSCH:  Objection.  I thought I

15:04:46   5       did hear his answer, but please go ahead and

15:04:49   6       answer again.

15:04:49   7            THE WITNESS:  I answered that, but I

15:04:50   8       will answer it again.  I said two things.

15:04:52   9       One is that every deal is its own deal.  You

15:04:55  10       can't necessarily think that every deal is

15:04:57  11       the same.  But the economic literature is

15:04:59  12       pretty clear, that not most of the gains go

15:05:02  13       to the target.

15:05:03  14            But, obviously there are going to be

15:05:06  15       deals that are the exception.

15:05:10  16   BY MR. BEDNAR:

15:05:11  17       Q.   You also referred to control premium

15:05:12  18   being associated with the change in strategy.

15:05:14  19            What did you mean by that?

15:05:17  20       A.   Well, there was one thing -- one

15:05:19  21   reason I might be able to or willing to pay more

15:05:22  22   for a company in its current market price is

15:05:27  23   there are assets that I think I could do

15:05:29  24   something different with and maybe increase

15:05:32  25   value.

206

**CONFIDENTIAL**

| | | |
|---|---|---|
| 15:05:32 | 1 | So, sometimes people group that |
| 15:05:35 | 2 | under control premium because I can't do that |
| 15:05:37 | 3 | until I wrest that out of the hands of somebody |
| 15:05:39 | 4 | else. |
| 15:05:39 | 5 | But, you could also think about it |
| 15:05:41 | 6 | as a synergy game.  But that is -- you are trying |
| 15:05:44 | 7 | to explain why you would pay more for an asset |
| 15:05:47 | 8 | than its current market price. |
| 15:06:01 | 9 | Q.   If a company pays a control premium |
| 15:06:04 | 10 | that is lower than the average premium paid for |
| 15:06:11 | 11 | acquisitions in its industry, does that provide |
| 15:06:13 | 12 | any information about whether the firm has |
| 15:06:16 | 13 | captured value from the acquisition? |
| 15:06:23 | 14 | A.   If I am understanding your question, |
| 15:06:26 | 15 | I am not sure, because it depends on the facts |
| 15:06:29 | 16 | and circumstances of that time versus other |
| 15:06:32 | 17 | transactions.  So, I'm not sure is my answer to |
| 15:06:39 | 18 | that. |
| 15:06:46 | 19 | Q.   Would you agree that a control |
| 15:06:48 | 20 | premium that is particularly large relative to |
| 15:06:51 | 21 | other acquisitions in the industry may indicate |
| 15:06:55 | 22 | that the acquiring firm has failed to capture |
| 15:06:58 | 23 | value from the acquisition? |
| 15:07:02 | 24 | MR. KIRSCH:  Objection, vague. |
| 15:07:03 | 25 | THE WITNESS:  It depends.  I mean |

207

CONFIDENTIAL

| | | |
|---|---|---|
| 15:07:07 | 1 | there is an all else equal that you didn't |
| 15:07:09 | 2 | say in events when holding constant the time |
| 15:07:13 | 3 | period and everything else. |
| 15:07:14 | 4 | It could be that some acquirers are |
| 15:07:17 | 5 | just simply more talented integrating other |
| 15:07:20 | 6 | assets, and it could be that other acquirers |
| 15:07:28 | 7 | simply overpay. |
| 15:07:28 | 8 | (Exhibit Number 1210 |
| 15:07:28 | 9 | marked for identification.) |
| 15:07:28 | 10 | BY MR. BEDNAR: |
| 15:07:32 | 11 | Q.    I'm going to show you Exhibit 1210, |
| 15:07:36 | 12 | which is an expert report submitted in this case |
| 15:07:39 | 13 | written by Mr. Robert Edwards on behalf of the |
| 15:07:42 | 14 | defendants. |
| 15:07:42 | 15 | Have you seen this report before? |
| 15:07:45 | 16 | A.    I have not. |
| 15:07:56 | 17 | Q.    Taking you to Page 34 of the PDF, |
| 15:08:03 | 18 | which is Page 31 of the report. |
| 15:08:11 | 19 | Paragraph 77, Mr. Edwards writes |
| 15:08:17 | 20 | that, "Rio Tinto ultimately acquired a |
| 15:08:21 | 21 | controlling stake of Riversdale by offering |
| 15:08:27 | 22 | 16 Australian dollars and $0.50 per share, which |
| 15:08:31 | 23 | represented a 28 percent premium to the volume- |
| 15:08:34 | 24 | weighted average trading price of Riversdale's |
| 15:08:38 | 25 | shares during the month ending December 3rd, 2010, |

208

CONFIDENTIAL

15:08:41  1    before the market learned about the negotiations

15:08:43  2    with Rio Tinto."

15:08:43  3              Did I read that correctly?

15:08:46  4         A.    Yes.

15:08:48  5         Q.    Did you do anything to estimate the

15:08:52  6    control premium that Rio Tinto paid in acquiring

15:08:55  7    Riversdale?

15:08:56  8         A.    I think I refer to it in some of the

15:09:00  9    similar types of calculations in my report, but

15:09:03 10    it is obviously not a focus for me.

15:09:05 11         Q.    Okay.  Did your analysis conflict

15:09:10 12    with Mr. Edwards' calculation of the control

15:09:13 13    premium?

15:09:14 14         A.    First time I'm seeing it.  I don't

15:09:17 15    really recall the numbers but not to my

15:09:19 16    knowledge.

15:09:28 17         Q.    And then I will take you to Page 36,

15:09:37 18    Paragraph 83.  And then -- sorry.  Paragraph 85,

15:09:46 19    at the bottom of the page, which carries over to

15:09:51 20    the next page.

15:09:51 21              Mr. Edwards writes that, "A number

15:09:53 22    of studies in different industries show that the

15:09:56 23    average control premium paid for publicly traded

15:09:59 24    companies are in the range of 25 to 50 percent of

15:10:03 25    the trading price of the associated shares on the

                                                          209

CONFIDENTIAL

15:10:06  1    dates before the initial offer is made."

15:10:11  2                Do you have any reason to doubt that

15:10:13  3    information provided by Mr. Edwards?

15:10:16  4         A.    I don't know the context here.

15:10:19  5    Obviously there are things in the industry.

15:10:21  6                But, that range doesn't sound right

15:10:26  7    to me.

15:10:26  8         Q.    And then the very next sentence of

15:10:28  9    Paragraph 85, Mr. Edwards concludes that, "In the

15:10:31 10    metals and mining sector the average premium paid

15:10:33 11    between 2006 and 2016 was estimated to be

15:10:36 12    35.8 percent."

15:10:37 13                Do you see that?

15:10:39 14         A.    I see that.

15:10:40 15         Q.    So, if Mr. Edwards is correct that

15:10:43 16    the average control premium is 35.8 percent in

15:10:47 17    the industry, during that time period, and Rio

15:10:51 18    Tinto paid a 28 percent control premium, Rio

15:10:54 19    Tinto's premium would have been substantially

15:10:56 20    below the industry average.   Correct?

15:10:58 21                MR. KIRSCH:   Objection.

15:11:00 22                THE WITNESS:   I don't know where you

15:11:02 23        are headed with this, but I can't say that

15:11:03 24        because I don't know.   I would want to weight

15:11:06 25        it toward the middle of the time period when

                                                              210

CONFIDENTIAL

| | | |
|---|---|---|
| 15:11:09 | 1 | the actual contract was to compare them at a |
| 15:11:12 | 2 | point in time. |
| 15:11:12 | 3 | But, we are certainly in the range. |
| 15:11:15 | 4 | I don't know one way or the other.  Sounds |
| 15:11:16 | 5 | like a good question for you to ask |
| 15:11:20 | 6 | Mr. Edwards. |
| 15:11:20 | 7 | BY MR. BEDNAR: |
| 15:11:20 | 8 | Q.    Okay.  And so, if you were to try |
| 15:11:22 | 9 | and compare Rio Tinto's control premium that it |
| 15:11:24 | 10 | paid for Riversdale, what would be a useful way |
| 15:11:28 | 11 | for you to compare that to an industry average? |
| 15:11:31 | 12 | A.    I think I did offer some comparisons |
| 15:11:35 | 13 | in the report, I don't remember.  If this is |
| 15:11:37 | 14 | important, maybe you should find it.  Or, if not, |
| 15:11:40 | 15 | I can give you a quicker answer. |
| 15:11:42 | 16 | Q.    For present purposes I would like |
| 15:11:45 | 17 | you to just say what you would do to compare it |
| 15:11:50 | 18 | to the industry average. |
| 15:11:51 | 19 | A.    Well, you would try to look at |
| 15:11:53 | 20 | transactions that are, you know, close in time. |
| 15:11:55 | 21 | It could be the premium used to be a lot higher |
| 15:11:59 | 22 | or lower years ago than they are right now. |
| 15:12:01 | 23 | I have no reason to believe that |
| 15:12:02 | 24 | that is a problem for him here.  I haven't seen |
| 15:12:05 | 25 | this report.  Again, for that question I think |

211

CONFIDENTIAL

| | | |
|---|---|---|
| 15:12:09 | 1 | you should ask him. |
| 15:12:09 | 2 | (Exhibit Number 1118 |
| 15:12:09 | 3 | marked for identification.) |
| 15:12:09 | 4 | BY MR. BEDNAR: |
| 15:12:45 | 5 | Q.    I want to put up Exhibit 1118, which |
| 15:12:48 | 6 | is Exhibit 7 to your report. |
| 15:13:17 | 7 | Do you have that in front of you, |
| 15:13:19 | 8 | Doctor? |
| 15:13:19 | 9 | A.    I do. |
| 15:13:24 | 10 | Q.    The probabilities in Column B, did |
| 15:13:25 | 11 | you derive those probabilities as a result of any |
| 15:13:29 | 12 | calculation? |
| 15:13:30 | 13 | A.    I think you could surmise that I |
| 15:13:32 | 14 | didn't because they are clearly just rising by |
| 15:13:36 | 15 | 10 percent.  It just presents a tableau and you |
| 15:13:40 | 16 | can find wherever you want to be. |
| 15:13:43 | 17 | Q.    And, did you follow any standard |
| 15:13:54 | 18 | from peer-reviewed academic literature for |
| 15:13:58 | 19 | assessing the probability of Rio Tinto gaining |
| 15:14:01 | 20 | control on April 7, 2011? |
| 15:14:09 | 21 | MR. KIRSCH:  Objection. |
| 15:14:10 | 22 | THE WITNESS:  That is not necessary |
| 15:14:11 | 23 | here.  This is taking Dr. Metz's point |
| 15:14:13 | 24 | estimate, converting it to dollars.  And then |
| 15:14:16 | 25 | saying depending on what you believe the |

212

CONFIDENTIAL

15:14:20   1         probability of control would be -- of taking

15:14:22   2         control would be, what the implied change in

15:14:24   3         market value is.

15:14:26   4               As you can tell they are all silly.

15:14:29   5         They go from silly to crazy.

15:14:40   6    BY MR. BEDNAR:

15:14:40   7         Q.    And are you expressing an opinion on

15:14:42   8    what a correct percentage probability is?

15:14:48   9         A.    Well, I think we could agree it is

15:14:50  10    between 0 and 100.  All of the numbers here were

15:14:55  11    crazy.  That is about all I can say.  It is a

15:14:58  12    head scratcher, again, Dr. Metz's report.

15:15:02  13         Q.    So, you are not expressing an

15:15:04  14    opinion on what a correct probability is, other

15:15:06  15    than the range 0 to 100?

15:15:09  16         A.    That's correct.  I don't need to

15:15:11  17    illustrate the silliness that is on this study.

15:15:23  18         Q.    Where you list assumed probability

15:15:29  19    of Rio Tinto gaining control on April 7, 2011, is

15:15:35  20    the concept that you are expressing there simply

15:15:38  21    the probability of Rio Tinto gaining control at

15:15:40  22    all?

15:15:42  23         A.    Well, no, I think it is more

15:15:47  24    specific.  Let's go back to what this is about.

15:15:49  25               So, Dr. Metz produces a point

213

CONFIDENTIAL

15:15:53  1    estimate.  He says wow, it is increasing, it is

15:15:57  2    3 percent.  So, we can calculate what that is in

15:15:59  3    dollars.

15:16:00  4                  Then it depends well, if he really

15:16:01  5    didn't think there was any chance of gaining

15:16:04  6    control, then his point estimate he, not me, is

15:16:09  7    called that, the control gain for the company,

15:16:12  8    that would be $4.2 billion.

15:16:14  9                  If you think that, well, people are

15:16:17 10    already thinking they get control anyway, the

15:16:20 11    implied value is very large fast.

15:16:22 12                  Even if you want to make it 0, these

15:16:24 13    numbers are just crazy.

15:16:26 14         Q.    Does column --

15:16:27 15         A.    It is another way of saying his

15:16:29 16    point estimate is crazy.

15:16:31 17         Q.    Column C, does that represent the

15:16:35 18    value of Riversdale to Rio or the value of

15:16:38 19    control?

15:16:40 20         A.    Well, Dr. Metz would call it the

15:16:42 21    same thing.  So what Dr. Metz says his point

15:16:45 22    estimate is doing is telling you that is the gain

15:16:49 23    from control, Dr. Metz, not me -- Dr. Metz says

15:16:53 24    that is the gain from control for the Rio Tinto

15:16:56 25    shareholder.

214

CONFIDENTIAL

| | | |
|---|---|---|
| 15:16:56 | 1 | And that is a pretty good |
| 15:16:58 | 2 | transaction.  Because if it went from 0 -- even |
| 15:17:00 | 3 | at 0 percent assumed probability, the value of |
| 15:17:04 | 4 | the company goes up by even more. |
| 15:17:06 | 5 | So, wow, that is pretty amazing. |
| 15:17:08 | 6 | And then if you go down to have |
| 15:17:11 | 7 | higher probabilities, the numbers get really |
| 15:17:13 | 8 | silly. |
| 15:17:14 | 9 | So, it is just a way of saying -- I |
| 15:17:16 | 10 | have told you before I don't think the exercise |
| 15:17:17 | 11 | is worth doing. |
| 15:17:18 | 12 | This is just saying any analyst |
| 15:17:20 | 13 | would have looked at this and think it was silly. |
| 15:17:23 | 14 | Q.    Dr. Hubbard, did Dr. Metz create |
| 15:17:26 | 15 | Exhibit 7 or did you? |
| 15:17:27 | 16 | A.    Dr. Metz.  I just added the |
| 15:17:30 | 17 | [garbled] to it.  His point estimate, converting |
| 15:17:32 | 18 | it to dollars and then showing you what it means. |
| 15:17:35 | 19 | It is Dr. Metz, not me, who said |
| 15:17:37 | 20 | this was all about estimating a gain from |
| 15:17:39 | 21 | control -- |
| 15:17:41 | 22 | Q.    Dr. Hubbard, the -- I'm sorry.  Are |
| 15:17:44 | 23 | you finished? |
| 15:17:45 | 24 | A.    No.  I think if he had done that, he |
| 15:17:47 | 25 | would have realized how silly he was. |

215

CONFIDENTIAL

15:17:49  1          Q.    The exhibit that is in front of you,
15:17:52  2    who created that?
15:17:53  3          A.    I created it.  But, the input is
15:17:57  4    from Dr. Metz.
15:17:59  5          Q.    The column, Column C, which is
15:18:02  6    titled total value of control, does that
15:18:05  7    represent the value of Riversdale to Rio Tinto or
15:18:09  8    the value of control?  Or are they the same
15:18:13  9    thing?
15:18:13  10         A.    Excellent question.  It is a good
15:18:16  11   one for Dr. Metz because he confuses all of it.
15:18:20  12   What he says, which is what I am holding him to,
15:18:23  13   is that that is the gain from control.
15:18:25  14               And so I take his point estimate,
15:18:28  15   which he claims is reasonable, and just convert
15:18:30  16   it to dollars.  That is all I have done.
15:18:33  17         Q.    And I'm asking you for the purposes
15:18:41  18   of this exhibit which you compiled, is the gain
15:18:45  19   from control the same as the value of Riversdale?
15:18:51  20               MR. KIRSCH:  Objection, asked and
15:18:52  21      answered.  Several different times.
15:18:54  22               Go ahead, Glenn.
15:18:56  23               THE WITNESS:  It is hard because
15:18:59  24      Dr. Metz is confused -- his writing is
15:19:01  25      confused, I should say.

                                                      216

CONFIDENTIAL

| | | |
|---|---|---|
| 15:19:03 | 1 | There is a question about whether |
| 15:19:05 | 2 | buying Riversdale is accreted.  And there is |
| 15:19:09 | 3 | also a question about whether this |
| 15:19:11 | 4 | incremental news at the end tells you |
| 15:19:14 | 5 | something.  Because, it is the value of |
| 15:19:16 | 6 | control.  We have already been in this game. |
| 15:19:19 | 7 | I am trying to buy the company.  Now I |
| 15:19:19 | 8 | finally get it. |
| 15:19:21 | 9 | The only purpose of Exhibit 7 is to |
| 15:19:23 | 10 | say if you believe that, you will get numbers |
| 15:19:26 | 11 | that are wildly implausible, which probably |
| 15:19:28 | 12 | tells you, you did something wrong. |
| 15:19:30 | 13 | BY MR. BEDNAR: |
| 15:19:30 | 14 | Q.   And do those numbers represent the |
| 15:19:32 | 15 | value of gaining control of Riversdale or the |
| 15:19:35 | 16 | value of the entire asset? |
| 15:19:38 | 17 | A.   I am going with Dr. Metz.  Dr. Metz |
| 15:19:42 | 18 | says they reflect the value of control.  That is |
| 15:19:44 | 19 | what he says his point estimate is, along with |
| 15:19:48 | 20 | converting with the dollar. |
| 15:19:50 | 21 | Q.   And you are saying that they |
| 15:19:52 | 22 | represent the incremental value of gaining |
| 15:19:54 | 23 | control or the value of the entire asset once |
| 15:19:57 | 24 | control is gained? |
| 15:19:58 | 25 | A.   The former is what Dr. Metz says. |

217

CONFIDENTIAL

15:20:01   1    Again, I think this is all silly --

15:20:11   2           Q.    If you look at the line for

15:20:30   3    50 percent.  If the abnormal increase upon

15:20:39   4    obtaining control with the probability of

15:20:42   5    50 percent is 4.233 billion, how is it that the

15:20:49   6    total value of control is twice that amount?

15:20:55   7           A.    If we think about the experiment,

15:21:00   8    the point estimate Dr. Metz is tendering is his

15:21:04   9    estimate of the value of control.

15:21:06   10          Now, we know that the market adds

15:21:10   11   some probability before the time, about the

15:21:14   12   likelihood of gaining control.

15:21:16   13          So, the most charitable framework to

15:21:21   14   Dr. Metz's calculation is you say suppose it is a

15:21:25   15   total surprise, then you would get a very big

15:21:28   16   number.

15:21:29   17          If you already thought it was sort

15:21:30   18   of likely, 50 percent, you get a much bigger.

15:21:33   19          Because, remember, he had already

15:21:34   20   baked 50 percent into the price.

15:21:38   21          It is just the way of saying, given

15:21:40   22   his point estimate, given that the market saw a

15:21:42   23   lot of this coming, you get numbers that don't

15:21:45   24   make any sense.

15:21:46   25          So, you probably want to go back and

218

CONFIDENTIAL

15:21:48  1   ask for that point estimate.  That is the purpose

15:21:50  2   of the exhibit, that is all.

15:21:52  3        Q.    We may come back to that, Doctor,

15:22:21  4   I'm going to take it down for now --

15:22:28  5             Actually before I do, what I'm

15:22:33  6   trying to ascertain is what is the interpretation

15:22:35  7   of Column C?

15:22:38  8        A.    Just what it says.  So, basically if

15:22:42  9   you believe Dr. -- two things from Dr. Metz.

15:22:45  10            One, that this coefficient he is

15:22:48  11  estimating is the gain from getting control.

15:22:52  12  And, second, that his point estimate is the right

15:22:55  13  estimate of that value.

15:22:57  14            Then one can converts to dollars and

15:23:00  15  answer these questions.  So, that would be the

15:23:02  16  value of control implied by his analysis.

15:23:05  17            All I'm doing is using his point

15:23:08  18  estimate and his definition.

15:23:13  19       Q.    Does Column C incorporate the cost

15:23:17  20  that Rio Tinto already had sunk into acquiring

15:23:20  21  the shares that it had?

15:23:22  22       A.    No.  But he is estimating, his

15:23:27  23  account, the incremental value.  I think I do a

15:23:30  24  footnote somewhere in the report where I talk

15:23:33  25  about the original basis and then add this to it.

                                                          219

CONFIDENTIAL

```
15:23:55  1        Q.    And when we talk about value of
15:23:57  2   control as represented in the exhibit that we
15:23:59  3   just had up, is that the value of controlling
15:24:03  4   Riversdale or the value of taking control on
15:24:08  5   April 8th?
15:24:09  6        A.    Dr. Metz is defining it as the
15:24:12  7   latter.  He is defining events that are the coup
15:24:18  8   de grace piece of information.  And it tells us
15:24:20  9   we have this 3 percent return, abnormal return,
15:24:24 10   so it is definitely the latter, in his words.
15:24:26 11             I don't think any of this is right.
15:24:30 12        Q.    And that is because of your
15:24:31 13   determination of what issues should be relevant
15:24:33 14   to the court.  Is that correct?
15:24:35 15             MR. KIRSCH:  Objection, lack of
15:24:36 16        foundation.
15:24:37 17             THE WITNESS:  It is not -- this
15:24:39 18        question isn't even an answer to the question
15:24:41 19        about accretion.  And even if it were an
15:24:44 20        answer to the question about accretion, that
15:24:47 21        question has no bearing on the ultimate
15:24:49 22        impairment.  So, it is doubly useless, if
15:24:52 23        that answers your question.
15:25:12 24   BY MR. BEDNAR:
15:25:12 25        Q.    Dr. Hubbard, is it your opinion that
```

220

CONFIDENTIAL

15:25:15  1    asset impairments are never relevant to a

15:25:18  2    company's stock price?

15:25:21  3           A.    Big changes -- we are moving on,

15:25:27  4    right?  This is the --

15:25:28  5           Q.    We sure are.

15:25:30  6           A.    Okay.  No, that is certainly not

15:25:35  7    true.

15:25:35  8           Q.    In what circumstances can asset

15:25:38  9    impairments be relevant to a company's stock

15:25:41 10    price?

15:25:42 11           A.    Well, if they happen to be

15:25:45 12    unanticipated, important, and revealing strategic

15:25:51 13    errors, there is a number of things.  You could

15:25:55 14    ask me facts and circumstances questions.

15:25:56 15                 But, you know, it is possible.

15:26:04 16           Q.    You referred to an impairment being

15:26:10 17    important.  What factors would make an impairment

15:26:13 18    important to a company's stock price?

15:26:19 19           A.    Well, it would have to be large.  It

15:26:22 20    would have to be unanticipated, possibly

15:26:25 21    signalling other issues inside the firm.

15:26:28 22                 An impairment that is very small, it

15:26:33 23    may not move the needle.  Or one where the market

15:26:35 24    has already figured it out may not move the

15:26:37 25    needle.

                                                           221

CONFIDENTIAL

15:26:37  1            The actual impairment is an

15:26:39  2    accounting piece of information, a disclosure.

15:26:42  3    But, the market may have already known it.

15:26:46  4            Q.    Is there a difference between

15:27:06  5    writing down an asset value and discounting the

15:27:09  6    company's future earnings?

15:27:12  7            A.    There may be or may not be.

15:27:25  8            Q.    And what would determine the

15:27:27  9    difference?

15:27:28  10           A.    Facts and circumstances.

15:27:34  11           Q.    What kind of facts and

15:27:36  12    circumstances?

15:27:37  13           A.    The time pattern of the cash flows,

15:27:40  14    the time pattern of the investment.

15:27:53  15           Q.    Is it your opinion that the

15:27:56  16    impairment of Riversdale, the first impairment in

15:28:00  17    January of 2013, was not a surprise to the

15:28:02  18    market?

15:28:04  19           A.    I think that is my opinion, and more

15:28:10  20    importantly it is the view of the market

15:28:12  21    participants that I reviewed.

15:28:21  22           Q.    In terms of determining whether

15:28:23  23    market participants are surprised, are you

15:28:25  24    talking about looking at analysts' reports?

15:28:26  25           A.    Yes, sir.

222

CONFIDENTIAL

15:28:28   1          Q.    Is there any sort of standard

15:28:32   2    methodology for ascertaining whether analysts'

15:28:36   3    reports expressed surprise at the news?

15:28:39   4          A.    It was their own commentary.  It was

15:28:44   5    whether they changed quantitative metrics of the

15:28:46   6    price target or earnings per share.

15:28:54   7          Q.    And your opinion is that the market

15:28:56   8    was not surprised by the impairment.

15:29:04   9                Is that because you concluded that

15:29:06  10    specific risks associated with Riversdale were

15:29:09  11    known to the market?

15:29:12  12          A.    Well, that was certainly part of it,

15:29:16  13    but I need more.

15:29:21  14          Q.    You think that one of the things you

15:29:24  15    identify in your report is sovereign risk related

15:29:27  16    to Mozambique.  Is that right?

15:29:29  17          A.    Yes.  But those were things that

15:29:31  18    were present at the beginning of the transaction.

15:29:33  19                So, when I mean more, those are

15:29:36  20    risks that may or may not materialize.

15:29:38  21                But over time the market may come to

15:29:41  22    form a view about the timeliness of the assets

15:29:44  23    completion, its future cash flows, infrastructure

15:29:44  24    and so on.

15:29:49  25                I think of more than just the

223

CONFIDENTIAL

| | | |
|---|---|---|
| 15:29:50 | 1 | initial risks of the project. |
| 15:30:12 | 2 | Q. So, what specific information was |
| 15:30:15 | 3 | known within the market that in your view caused |
| 15:30:18 | 4 | the market to anticipate the impairment? |
| 15:30:22 | 5 | A. I have an entire very lengthy |
| 15:30:25 | 6 | appendix on this, going analyst by analyst, with |
| 15:30:30 | 7 | news about what reviews were, unimpairment in the |
| 15:30:35 | 8 | asset, what the changes, if any, were on price |
| 15:30:38 | 9 | targets or pre and post impairment value rates. |
| 15:30:44 | 10 | Q. One of the things that you mention |
| 15:30:45 | 11 | in your report is the fact that there was some |
| 15:30:48 | 12 | coverage of issues related to government approval |
| 15:30:52 | 13 | of barging permits. Do you remember that? |
| 15:30:55 | 14 | A. Yes. |
| 15:30:57 | 15 | Q. And, what role, if any, do you think |
| 15:30:59 | 16 | that that played in causing the market to |
| 15:31:05 | 17 | anticipate an impairment? |
| 15:31:10 | 18 | A. I can't give that a precise value. |
| 15:31:13 | 19 | It is among the things that analysts commented on. |
| 15:31:25 | 20 | Q. Is it your opinion that it was known |
| 15:31:28 | 21 | within the market that Rio Tinto could not barge |
| 15:31:30 | 22 | coal? Or do you have some different opinion as |
| 15:31:32 | 23 | to that issue? |
| 15:31:33 | 24 | MR. KIRSCH: Objection, lack of |
| 15:31:34 | 25 | foundation. |

224

CONFIDENTIAL

| | | |
|---|---|---|
| 15:31:35 | 1 | THE WITNESS:  The opinions I'm |
| 15:31:38 | 2 | stating are really summarizing the news of |
| 15:31:41 | 3 | the analysts and their effects on price |
| 15:31:43 | 4 | targets and earnings per share. |
| 15:31:45 | 5 | I am not reading the same |
| 15:31:47 | 6 | information and putting myself in. |
| 15:31:56 | 7 | BY MR. BEDNAR: |
| 15:31:56 | 8 | Q.    Did you identify any analyst who |
| 15:32:00 | 9 | concluded that Rio Tinto could not barge coal on |
| 15:32:02 | 10 | the Zambezi River? |
| 15:32:04 | 11 | A.    I really don't recall. |
| 15:32:05 | 12 | MR. KIRSCH:  Are you asking at that |
| 15:32:07 | 13 | moment or ever? |
| 15:32:09 | 14 | BY MR. BEDNAR: |
| 15:32:09 | 15 | Q.    Prior to January 17th, 2013? |
| 15:32:14 | 16 | A.    No, I'm sorry, I'm asking you -- |
| 15:32:17 | 17 | Q.    Oh, sorry, yes.  We will take them |
| 15:32:20 | 18 | one step at a time. |
| 15:32:21 | 19 | Did you identify any analyst who |
| 15:32:24 | 20 | stated an opinion that Rio Tinto would not ever |
| 15:32:27 | 21 | barge coal on the Zambezi River? |
| 15:32:30 | 22 | A.    I don't recall the appendix, but I |
| 15:32:35 | 23 | believe it is B8 has all of my analysts' |
| 15:32:39 | 24 | commentary, but I don't recall the individual |
| 15:32:41 | 25 | statement. |

225

CONFIDENTIAL

| | | |
|---|---|---|
| 15:32:41 | 1 | Q.    So, any of the analysts' commentary |
| 15:32:44 | 2 | that you considered as relevant to your report |
| 15:32:47 | 3 | would be captured in that appendix, right? |
| 15:32:49 | 4 | A.    Yes, because I actually had a |
| 15:32:52 | 5 | systematic method for accomplishing it. |
| 15:32:56 | 6 | Q.    You also conducted an event study |
| 15:33:23 | 7 | related to certain Rio Tinto bonds for |
| 15:33:26 | 8 | January 17th, 2013.  Is that right? |
| 15:33:29 | 9 | A.    Yes, sir. |
| 15:33:33 | 10 | Q.    And you noted in your report that if |
| 15:33:35 | 11 | you didn't find a statistically significant |
| 15:33:38 | 12 | abnormal return in the ADR event study, that you |
| 15:33:42 | 13 | wouldn't expect to find a return in a bond event |
| 15:33:45 | 14 | study, right? |
| 15:33:46 | 15 | A.    Right, because equity is more |
| 15:33:50 | 16 | junior. |
| 15:33:51 | 17 | Q.    I'm sorry.  You said equity is more |
| 15:33:54 | 18 | what? |
| 15:33:54 | 19 | A.    Junior.  In other words, if equity |
| 15:33:57 | 20 | is not taking effect, you wouldn't expect it. |
| 15:34:00 | 21 | And I didn't find any change in credit rating. |
| 15:34:03 | 22 | So, I wouldn't expect to find it. |
| 15:34:04 | 23 | Q.    Okay.  Did you do a bond event study |
| 15:34:08 | 24 | with respect to any other dates besides |
| 15:34:10 | 25 | January 17th? |

226

CONFIDENTIAL

15:34:12  1        A.    No, not that I recall.  Your
15:34:15  2    allegation related to that day so that is what I
15:34:19  3    did.
15:34:20  4        Q.    If you conducted a bond event study
15:34:22  5    with respect to any other day, would it have been
15:34:24  6    produced in the supporting materials that came
15:34:26  7    into your report?
15:34:27  8        A.    It would have been.  But, I don't
15:34:29  9    recall doing one.  There are many allegations
15:34:33 10    about many other days.  I would do it, but this
15:34:36 11    one is your allegation.
15:34:39 12        Q.    And, Doctor, I'm not asking you why
15:34:42 13    you did or didn't do anything.  I'm just asking
15:34:44 14    you the basis of whether you did.
15:34:45 15              Did you, in conducting the
15:34:47 16    January 17th bond event study, did you determine
15:34:52 17    that the market for Rio Tinto bonds was
15:34:55 18    sufficient?
15:34:57 19        A.    There are many of the factors
15:34:59 20    underlying equity market efficiency.  The analyst
15:35:03 21    coverage and so on are there.
15:35:05 22              The large issues, trading for at
15:35:08 23    least some of the bonds occurred frequently.
15:35:12 24    Turnover was in the range.
15:35:14 25              I didn't do a specific study.

227

**CONFIDENTIAL**

| | | |
|---|---|---|
| 15:35:23 | 1 | Dr. Metz didn't challenge whether this market was |
| 15:35:25 | 2 | efficient.  I just relied on those things.  He |
| 15:35:30 | 3 | didn't challenge it. |
| 15:35:31 | 4 | Q.    Okay.  Earlier today when we were |
| 15:35:34 | 5 | talking about some basic principles for |
| 15:35:38 | 6 | conducting an event study, with respect to |
| 15:35:40 | 7 | determining market efficiency you talked about |
| 15:35:42 | 8 | liquidity. |
| 15:35:43 | 9 | Did you do anything to ascertain |
| 15:35:45 | 10 | liquidity in the market for the specific Rio |
| 15:35:48 | 11 | Tinto bond that you studied? |
| 15:35:50 | 12 | A.    Well, it focused -- or I'm going |
| 15:35:53 | 13 | from memory, bonds. |
| 15:35:55 | 14 | I focus on eight that had more |
| 15:36:00 | 15 | frequent trading history.  Corporate bonds in |
| 15:36:03 | 16 | general as a class, you know, don't trade as |
| 15:36:06 | 17 | often typically as large cap equities. |
| 15:36:09 | 18 | So I have focused only on a subset |
| 15:36:13 | 19 | of bonds.  I looked at them individually.  And |
| 15:36:15 | 20 | then just to be belt and suspenders looked at a |
| 15:36:19 | 21 | portfolio of those bonds. |
| 15:36:30 | 22 | Q.    My question was specifically with |
| 15:36:32 | 23 | respect to the bonds that you did study.  Did you |
| 15:36:35 | 24 | make any observations on the liquidity of the |
| 15:36:38 | 25 | market for those bonds? |

228

CONFIDENTIAL

15:36:41  1          A.    Well, they, by constructed I think
15:36:44  2     traded on 85 percent of the days or more.  And I
15:36:49  3     don't remember the turnover numbers in my head.
15:36:51  4     They were low but, you know, there was trading.
15:36:56  5              The larger bonds tend to have more
15:36:59  6     trading than the smaller ones.
15:37:02  7          Q.    Yes, in terms of volume, did you do
15:37:04  8     anything to ascertain the volume of trading in
15:37:06  9     those bonds?
15:37:09 10          A.    I did.  I don't remember the numbers
15:37:11 11     off the top of my head.  It varies.  Some had
15:37:14 12     more trading than others, which is why I focused
15:37:16 13     on the top eight and then did a portfolio
15:37:19 14     approach.
15:37:21 15          Q.    At the beginning of the day when we
15:37:23 16     talked about event studies, you mentioned
15:37:25 17     transaction costs like the bid-ask spread.
15:37:27 18              Did you do anything to evaluate the
15:37:30 19     spread in the bonds that you studied?
15:37:37 20          A.    I don't recall that one way or the
15:37:38 21     other.
15:37:41 22          Q.    Within the context of bond trading,
15:38:00 23     are you familiar with the term, round lot?
15:38:09 24          A.    Yes.
15:38:09 25          Q.    What is a round lot in the context

                                                        229

CONFIDENTIAL

| | | |
|---|---|---|
| 15:38:12 | 1 | of bond trading? |
| 15:38:13 | 2 | A.   Well, it would be -- I forget the |
| 15:38:15 | 3 | exact threshold.  It is not the quantity |
| 15:38:18 | 4 | threshold like in shares, but a specific dollar |
| 15:38:21 | 5 | amount. |
| 15:38:29 | 6 | MR. BEDNAR:  Sorry.  We have I think |
| 15:38:30 | 7 | a mic on that shouldn't be. |
| 15:38:30 | 8 | BY MR. BEDNAR: |
| 15:38:33 | 9 | Q.   Within the context of bond trading, |
| 15:38:38 | 10 | you just defined what a round lot is. |
| 15:38:42 | 11 | If bonds trade in smaller increments |
| 15:38:45 | 12 | is that called a small lot? |
| 15:38:47 | 13 | A.   Typically, yes. |
| 15:38:48 | 14 | Q.   And if bonds trade in increments |
| 15:38:50 | 15 | that are other than those round lots, is it |
| 15:38:53 | 16 | called an odd lot? |
| 15:38:55 | 17 | A.   Yes. |
| 15:38:55 | 18 | Q.   To get the same round number? |
| 15:38:57 | 19 | A.   Yes. |
| 15:38:58 | 20 | Q.   Do investors that trade in round |
| 15:39:04 | 21 | lots or small lots, is there typically a discount |
| 15:39:08 | 22 | that is involved on the price for trading in |
| 15:39:10 | 23 | those lots? |
| 15:39:11 | 24 | A.   I don't know what you mean by a |
| 15:39:16 | 25 | discount.  You may be asking about bid-ask |

230

CONFIDENTIAL

15:39:19  1    spreads.  I'm not sure.

15:39:20  2           Q.    Do you know an approximate threshold

15:39:23  3    for, at which the round lot -- or excuse me.

15:39:28  4    That an odd lot or small lot discount would kick

15:39:32  5    in for a corporate bond like Rio Tinto's?

15:39:37  6           A.    Off the top of my head, the word,

15:39:40  7    discount, as you are using it there may not be a

15:39:43  8    term of art.  But, no, not off the top of my

15:39:45  9    head.

15:39:46  10          Q.    Okay.  Do you recall roughly was it

15:39:47  11   100,000, 500,000 dollars?

15:39:50  12          A.    I don't recall, so same answer.

15:39:53  13          Q.    Okay.  And, are you familiar with

15:40:04  14   round lot increments defined in anything below

15:40:08  15   $100,000 in a corporate bond market for an issuer

15:40:12  16   like Rio Tinto?

15:40:12  17          A.    I don't recall, sorry.

15:40:14  18          Q.    So, if a customer bought and sold

15:40:26  19   Rio Tinto bonds during the period that you

15:40:28  20   studied in anything other than a round lot, they

15:40:34  21   may have paid a discount for that trade.  Right?

15:40:39  22          A.    I'm not sure what you mean by

15:40:41  23   discount, but it is possible that a transactions

15:40:45  24   costs were higher, if that is what you mean?

15:40:47  25          Q.    Right, right.  So, they would have

                                                              231

CONFIDENTIAL

15:40:49  1   had potentially higher -- excuse me, higher

15:40:51  2   transaction prices for trading in round lots --

15:40:55  3   or, excuse me, in odd lots or small lots, right?

15:40:59  4        A.    Possibly, but I can't imagine what

15:41:02  5   the question is.  If the question is what is the

15:41:04  6   fundamental value of the security.

15:41:06  7             But, it's your line of questioning.

15:41:10  8        Q.    Well, for purposes of determining

15:41:11  9   the daily returns on prices, if you have some

15:41:16 10   trades that are occurring with higher transaction

15:41:19 11   costs due to being odd-lot or small-lot trades,

15:41:23 12   is that going to have an effect on your

15:41:25 13   observations of what the daily returns are?

15:41:29 14        A.    If I understand your question, I

15:41:34 15   don't think so.  They may be to an individual

15:41:36 16   trader who is trying to.

15:41:38 17        Q.    Well, if you have some trades that

15:41:50 18   occur with higher transaction costs due to the

15:41:53 19   size of the lot that they are sold in, and some

15:41:56 20   trades that do not, isn't that going to affect

15:42:03 21   the size of the daily returns that you measured?

15:42:07 22             MR. KIRSCH:  Objection.

15:42:13 23             THE WITNESS:  I'm not following the

15:42:14 24        question.  I certainly see that some

15:42:16 25        investors would get less if that is the

232

CONFIDENTIAL

15:42:19  1      question.

15:42:23  2  BY MR. BEDNAR:

15:42:25  3          Q.    And then in -- and that is an

15:42:25  4  issue -- transaction costs associated with the

15:42:27  5  size of the lot that is being traded, that is not

15:42:31  6  an issue that applies to your equity event study

15:42:34  7  of Rio Tinto, right?

15:42:38  8          A.    No, it would not.

15:42:40  9          Q.    Okay.  Would you agree with me that

15:42:44 10  a fair amount of the corporate bond market

15:42:47 11  involves transactions with dealers?

15:42:49 12          A.    Yes.

15:42:49 13          Q.    What is a dealer in this context?

15:42:53 14          A.    Well a dealer would be like a market

15:42:56 15  maker.  So, part of the spreads would come out,

15:42:59 16  bid-ask spreads, in the form of discount.  It is

15:43:06 17  about the confidence and of a dealer.

15:43:07 18          Q.    And, so that bid ask spread would be

15:43:09 19  a transaction cost that is present in a

15:43:11 20  transaction with a dealer, right?

15:43:13 21          A.    Correct.

15:43:14 22          Q.    And that cost may not be present in

15:43:17 23  transactions that are between two customers with

15:43:20 24  no dealer present.  Correct?

15:43:23 25          A.    Yes.  Imagine very large customers

233

CONFIDENTIAL

15:43:27  1    or something like that, yes.

15:43:29  2         Q.    And so, would you agree that the

15:43:41  3    amount of trading that is occurring in the Rio

15:43:44  4    Tinto bonds is relatively small, that the impact

15:43:47  5    of transaction costs could move the daily returns

15:43:53  6    that you are measuring?

15:44:01  7         A.    It is possible.  Some of these bonds

15:44:03  8    may well be traded more than others, but that is

15:44:05  9    why I looked at a portfolio.

15:44:15 10         Q.    When say you looked at a portfolio,

15:44:17 11    what do you mean?

15:44:18 12         A.    I mean what I said in the report.

15:44:19 13    So, I looked at the evaluated portfolio of the

15:44:21 14    eight bonds that I identify.

15:44:22 15         Q.    That is not the same thing as an

15:44:26 16    industry index is it?

15:44:27 17         A.    No, I'm not trying to do an industry

15:44:30 18    index.

15:44:31 19         Q.    You can do an industry index for a

15:44:34 20    bond event study, right?

15:44:36 21         A.    I wasn't sure why I would here, but

15:44:42 22    I didn't.

15:44:46 23              MR. BEDNAR:  I think if we can go

15:44:47 24         off the record and take a short break, five

15:44:49 25         to 10 minutes.

234

CONFIDENTIAL

| | | |
|---|---|---|
| 15:44:51 | 1 | THE WITNESS:  Okay. |
| 15:44:52 | 2 | MR. KIRSCH:  Sure.  Of course. |
| 15:44:53 | 3 | Thank you. |
| 15:44:53 | 4 | THE VIDEOGRAPHER:  We are going off |
| 15:44:54 | 5 | the record.  The time is 3:44 eastern. |
| 15:44:58 | 6 | (Recess taken -- 3:44 p.m.) |
| 16:03:34 | 7 | (After recess -- 4:03 p.m.) |
| 16:03:34 | 8 | THE VIDEOGRAPHER:  We are going back |
| 16:03:46 | 9 | on the record.  The time is 4:03 eastern. |
| 16:03:50 | 10 | BY MR. BEDNAR: |
| 16:03:52 | 11 | Q.    Dr. Hubbard, I wanted to continue |
| 16:03:53 | 12 | with a few questions about the bond market. |
| 16:03:55 | 13 | Are you familiar with the term, |
| 16:03:57 | 14 | bid-ask bounce? |
| 16:03:59 | 15 | A.    I'm sorry.  Did you say bid ask |
| 16:04:02 | 16 | bounce? |
| 16:04:02 | 17 | Q.    That's correct. |
| 16:04:03 | 18 | A.    I have a layman's understanding, |
| 16:04:06 | 19 | yes.  I'm not a trader, but -- |
| 16:04:08 | 20 | Q.    What is your understanding of that |
| 16:04:09 | 21 | term? |
| 16:04:11 | 22 | A.    Just a bounce off of a -- if you |
| 16:04:15 | 23 | have a high bid-ask spread, you can have bouncing |
| 16:04:19 | 24 | prices.  I don't know if that is in the sense of |
| 16:04:21 | 25 | what you meant.  If not, ask me a different -- |

235

CONFIDENTIAL

| | | |
|---|---|---|
| 16:04:24 | 1 | Q.    And does that mean that you may have |
| 16:04:26 | 2 | some bond trades that are executing at the bid, |
| 16:04:29 | 3 | right? |
| 16:04:30 | 4 | A.    Possible. |
| 16:04:32 | 5 | Q.    And then other trades may execute at |
| 16:04:34 | 6 | the ask, right? |
| 16:04:35 | 7 | A.    That is also possible. |
| 16:04:37 | 8 | Q.    And in a bond market, those spreads |
| 16:04:41 | 9 | can be large relative to what you would see in |
| 16:04:45 | 10 | the equity market, right? |
| 16:04:46 | 11 | A.    That is certainly true. |
| 16:04:49 | 12 | Q.    And so, the phenomenon of the |
| 16:04:55 | 13 | bid-ask bounce means that you could have |
| 16:04:59 | 14 | significant variation in the prices at which |
| 16:05:02 | 15 | trades are occurring relative to the underlying |
| 16:05:06 | 16 | fundamental price of the bid -- of the bond. |
| 16:05:08 | 17 | Correct? |
| 16:05:09 | 18 | A.    Maybe.  But, I mean it depends on |
| 16:05:15 | 19 | the size of the bid-ask -- there is nothing |
| 16:05:18 | 20 | unique to the bounce.  The size of the bid-ask |
| 16:05:21 | 21 | spread itself is generating that.  And that is |
| 16:05:24 | 22 | higher for bonds than stocks, if that is your |
| 16:05:26 | 23 | question. |
| 16:05:26 | 24 | Q.    Uh-huh.  What were the spreads for |
| 16:05:28 | 25 | the Rio Tinto bond that you analyzed? |

236

CONFIDENTIAL

| | | |
|---|---|---|
| 16:05:30 | 1 | A.    I don't recall. |
| 16:05:31 | 2 | MR. KIRSCH:  At what period of time? |
| 16:05:33 | 3 | MR. BEDNAR:  During the period of |
| 16:05:34 | 4 | time that -- |
| 16:05:44 | 5 | THE WITNESS:  I don't recall, sorry. |
| 16:05:46 | 6 | BY MR. BEDNAR: |
| 16:05:46 | 7 | Q.    And so I think that we previously |
| 16:05:55 | 8 | discussed it, but the presence of transaction |
| 16:05:57 | 9 | costs related to dealers in a bond market could |
| 16:06:04 | 10 | result in bond executing at prices different from |
| 16:06:09 | 11 | where they would execute if the transactions were |
| 16:06:16 | 12 | between two customers with no dealer.  Right? |
| 16:06:19 | 13 | A.    That is possible, yes. |
| 16:06:20 | 14 | Q.    And, for trades that are executed |
| 16:06:29 | 15 | other than in round lot increments, they may be |
| 16:06:34 | 16 | executing at prices different from what they |
| 16:06:37 | 17 | would execute if there weren't that round lot |
| 16:06:42 | 18 | pricing in the bond market, right? |
| 16:06:44 | 19 | A.    That is possible, too. |
| 16:06:45 | 20 | Q.    And then, you've got prices in the |
| 16:06:51 | 21 | bond event study that may be subject to that |
| 16:06:56 | 22 | phenomenon found in between the bid and the ask, |
| 16:06:58 | 23 | right? |
| 16:06:59 | 24 | A.    All of that is possible, yes. |
| 16:07:01 | 25 | Q.    And, all of that means that you may |

237

**CONFIDENTIAL**

16:07:06  1   have standard deviations for your daily returns

16:07:11  2   that are larger than what they would be in the

16:07:15  3   absence of those bond market features.  Right?

16:07:20  4        A.   You are asking about a set of

16:07:22  5   theoretical possibilities, right?  I disagree

16:07:25  6   that those are theoretical possibilities.

16:07:28  7        Q.   And so, that means that it is

16:07:33  8   possible that in an event study, that the bond

16:07:36  9   market, if there are larger standard deviations,

16:07:40 10   does that mean that the abnormal return on the

16:07:43 11   day that you are evaluating in the event study

16:07:47 12   would have to be correspondingly larger to

16:07:50 13   achieve statistical significance, right?

16:07:53 14        A.   As a theoretical matter that would

16:07:55 15   be true.  These are all theoretical questions.

16:07:57 16        Q.   And, did you do anything to address

16:08:02 17   how those theoretical questions would imply --

16:08:05 18   would apply empirically to trading in the Rio

16:08:08 19   Tinto bonds that you have studied?

16:08:11 20        A.   I don't see how you could, beyond

16:08:13 21   what I did which is look at the arguably more

16:08:16 22   liquid securities and then look at a portfolio of

16:08:18 23   them with fewer documents.  I you would like to

16:08:22 24   ask about a different portfolio or work that you

16:08:25 25   have done, I'm happy to talk about it.

238

CONFIDENTIAL

| | | |
|---|---|---|
| 16:08:27 | 1 | These questions are all theoretical. |
| 16:08:29 | 2 | Q. And when you say that you looked at |
| 16:08:31 | 3 | the relatively more liquid securities, you are |
| 16:08:33 | 4 | referring to the bonds that you looked at that |
| 16:08:35 | 5 | traded on 85 percent or more of the 120-day |
| 16:08:39 | 6 | period that you looked at. Is that right? |
| 16:08:40 | 7 | A. Yes, sir. |
| 16:08:43 | 8 | Q. If there is a day -- let me ask you |
| 16:08:49 | 9 | a very basic question. |
| 16:08:50 | 10 | So, does that mean that for those |
| 16:08:54 | 11 | bonds, they may have not traded on 15 percent or |
| 16:08:58 | 12 | more of the days. Right? |
| 16:09:00 | 13 | A. I think we know that is true. It is |
| 16:09:02 | 14 | a possibility. |
| 16:09:03 | 15 | Q. So, if there is a day where you |
| 16:09:05 | 16 | don't have a price, that means that you are |
| 16:09:09 | 17 | missing two observations for daily returns, |
| 16:09:14 | 18 | right? |
| 16:09:14 | 19 | A. That is theoretically possible. |
| 16:09:20 | 20 | Q. If you don't have a bond price for a |
| 16:09:23 | 21 | Thursday, that means that you can't calculate a |
| 16:09:25 | 22 | daily return from Wednesday to Thursday, right? |
| 16:09:28 | 23 | A. Sure, I don't know how often this |
| 16:09:32 | 24 | actually happens, but these are theoretical |
| 16:09:34 | 25 | possibilities. |

239

CONFIDENTIAL

16:09:35  1        Q.    And then if you don't have a trade

16:09:37  2   on a Thursday, then you can't calculate a daily

16:09:41  3   return Thursday to Friday, right?

16:09:42  4        A.    If that were the case, that would be

16:09:44  5   a problem, yes.

16:09:45  6        Q.    And so, would that mean that for the

16:09:52  7   bonds that you studied, the percentage of total

16:09:56  8   observation that was captured would be less than

16:09:59  9   85 percent.  Correct?

16:10:00 10        A.    Yes.  I don't recall what the

16:10:05 11   falloff is.  It would be in the backup.

16:10:07 12        Q.    Okay.  But, that basic logic that

16:10:11 13   missing one day could lead to missing more than

16:10:14 14   one observation, that is a basic logic that you

16:10:17 15   accept, right?

16:10:17 16        A.    It is possible.  I don't know how

16:10:19 17   quantitatively important it is.  But, it is

16:10:21 18   certainly possible.

16:10:22 19   BY MR. BEDNAR:

16:10:22 20        Q.    Okay.  So, I'm going to -- excuse

16:10:32 21   me, pull up Exhibit 1247.

16:10:42 22        This is a screenshot.  And I'm using

16:10:49 23   this to show you the source of information for a

16:10:51 24   particular bond that I want to ask you some

16:10:54 25   questions about.

240

**CONFIDENTIAL**

| | | |
|---|---|---|
| 16:10:54 | 1 | Do you see here that there is, that |
| 16:11:01 | 2 | this screenshot shows information -- FINRA trace |
| 16:11:05 | 3 | information for a particular Rio Tinto bond; is |
| 16:11:09 | 4 | that correct? |
| 16:11:09 | 5 | A.    Yes, sir. |
| 16:11:09 | 6 | (Exhibit Number 1247 |
| 16:11:09 | 7 | marked for identification.) |
| 16:11:12 | 8 | BY MR. BEDNAR: |
| 16:11:12 | 9 | Q.    And then if we -- and I'm sorry, |
| 16:11:15 | 10 | exhibit, that was Exhibit 1248. |
| 16:11:18 | 11 | Exhibit 1247 here shows you the |
| 16:11:19 | 12 | specific security with the issuer Rio Tinto |
| 16:11:24 | 13 | Finance USA and the CUSIP number for the specific |
| 16:11:28 | 14 | bond at issue, correct? |
| 16:11:29 | 15 | A.    Yes, sir. |
| 16:11:29 | 16 | (Exhibit Number 1248 |
| 16:11:29 | 17 | marked for identification.) |
| 16:11:29 | 18 | BY MR. BEDNAR: |
| 16:11:30 | 19 | Q.    And then Exhibit 1248 identifies the |
| 16:11:33 | 20 | source of the pricing information which is the |
| 16:11:35 | 21 | FINRA trace records, correct? |
| 16:11:47 | 22 | A.    Correct. |
| 16:11:47 | 23 | (Exhibit Number 1250 |
| 16:11:47 | 24 | marked for identification.) |
| 16:11:48 | 25 | BY MR. BEDNAR: |

241

CONFIDENTIAL

| | | |
|---|---|---|
| 16:11:48 | 1 | Q.    So, if you look at Exhibit 1250, and |
| 16:11:52 | 2 | if you look at the line for January 17th, do you |
| 16:12:02 | 3 | see that there are four trades for that |
| 16:12:04 | 4 | particular bond on January 17th, correct? |
| 16:12:06 | 5 | A.    I see that. |
| 16:12:07 | 6 | Q.    And that means that your analysis of |
| 16:12:16 | 7 | that particular bond on that particular day |
| 16:12:18 | 8 | turned on four trades, right? |
| 16:12:20 | 9 | A.    Yes, I asked the staff about this |
| 16:12:22 | 10 | and of course we kept an outlier on the low end. |
| 16:12:26 | 11 | And this problem could also be addressed by the |
| 16:12:28 | 12 | portfolio. |
| 16:12:28 | 13 | So, the record is clear this is not |
| 16:12:30 | 14 | a random choice on your part. |
| 16:12:32 | 15 | Q.    Sure.  What is the largest number of |
| 16:12:34 | 16 | trades in any one of the Rio Tinto bonds that you |
| 16:12:36 | 17 | analyzed on January 17th? |
| 16:12:38 | 18 | A.    I really don't recall. |
| 16:12:40 | 19 | Q.    Staying with this particular bond -- |
| 16:12:47 | 20 | and I'm sorry, when you say asking the staff, did |
| 16:12:50 | 21 | you ask your staff about this particular bond |
| 16:12:52 | 22 | after you were provided the exhibits. |
| 16:12:53 | 23 | Is that what you are referring to? |
| 16:12:54 | 24 | A.    Yes, sir, because I got the exhibits |
| 16:12:57 | 25 | and wondered what mischief might be made of it. |

242

CONFIDENTIAL

| | | |
|---|---|---|
| 16:12:57 | 1 | (Exhibit Number 1249 |
| 16:12:57 | 2 | marked for identification.) |
| 16:13:02 | 3 | BY MR. BEDNAR: |
| 16:13:02 | 4 | Q.    And then, directing you to |
| 16:13:06 | 5 | Exhibit 1249, again on January 17th.  That shows |
| 16:13:14 | 6 | you the total volume of that transaction -- of |
| 16:13:17 | 7 | those transactions, excuse me, in that Rio Tinto |
| 16:13:19 | 8 | bond, $52,000, right? |
| 16:13:24 | 9 | A.    I see that. |
| 16:13:25 | 10 | Q.    That is obviously less than |
| 16:13:28 | 11 | $100,000, right? |
| 16:13:29 | 12 | A.    Yes.  It would be a typical for that |
| 16:13:35 | 13 | security it looks like.  But, yes, less than |
| 16:13:37 | 14 | $100,000. |
| 16:13:38 | 15 | Q.    And so, if the transaction costs for |
| 16:13:41 | 16 | dealing in odd lots or small lots, those would |
| 16:13:45 | 17 | apply to these trades, right? |
| 16:13:47 | 18 | A.    They would, yes. |
| 16:13:51 | 19 | Q.    I can take this down. |
| 16:14:24 | 20 | The analytical work that was done in |
| 16:14:26 | 21 | preparing your bond market event study, did you |
| 16:14:29 | 22 | perform that or did someone else? |
| 16:14:32 | 23 | A.    The Analysis Group staff under my |
| 16:14:40 | 24 | direction did. |
| 16:14:42 | 25 | Q.    And you picked the bonds that trade |

243

CONFIDENTIAL

| | | |
|---|---|---|
| 16:14:51 | 1 | the most often.  Is that right? |
| 16:14:54 | 2 | MR. KIRSCH:  Objection. |
| 16:14:55 | 3 | THE WITNESS:  I'm not sure what you |
| 16:14:59 | 4 | mean by that.  Those are the ones they |
| 16:15:00 | 5 | analyzed for the event study, if that is your |
| 16:15:02 | 6 | question. |
| 16:15:02 | 7 | BY MR. BEDNAR: |
| 16:15:04 | 8 | Q.    Sure.  The ones that you analyzed |
| 16:15:07 | 9 | for the event study, were those chosen on the |
| 16:15:10 | 10 | basis of the bonds that traded most often? |
| 16:15:12 | 11 | A.    Well, they crossed that threshold of |
| 16:15:15 | 12 | 85 percent, yes. |
| 16:15:16 | 13 | Q.    Okay.  Were there any other criteria |
| 16:15:18 | 14 | for selecting which bonds to analyze? |
| 16:15:20 | 15 | A.    No, sir. |
| 16:15:35 | 16 | Q.    Would you agree that bonds are more |
| 16:15:37 | 17 | likely to trade when there is news than when |
| 16:15:40 | 18 | there is not? |
| 16:15:42 | 19 | Let me phrase that a little |
| 16:15:44 | 20 | differently.  Do you agree that bonds are more |
| 16:15:46 | 21 | likely to trade when there is bond specific news |
| 16:15:50 | 22 | than when there is not? |
| 16:15:50 | 23 | A.    Generally, securities would react to |
| 16:15:54 | 24 | news by having higher volume, if that is your |
| 16:15:56 | 25 | question.  But, news is a term of art. |

244

**CONFIDENTIAL**

16:16:01  1          The colloquial use of the word.

16:16:04  2          Q.    And what do you mean by news?

16:16:06  3          A.    News, unexpected by the market.  As

16:16:12  4    far as it is an item in the news.

16:16:18  5          Q.    Okay.  And, so you agree that using

16:16:20  6    that definition as news from specific news that

16:16:24  7    is unexpected by the market, you would expect

16:16:26  8    bonds to be more likely to trade on those days

16:16:29  9    than on days when there is no unexpected firm

16:16:32 10    specific news, right?

16:16:33 11          A.    Yes, sir, if there were relevant

16:16:35 12    news.

16:16:39 13          Q.    And then if there is no relevant

16:16:42 14    news on a given day, that is when bonds would be

16:16:45 15    less likely to trade, right?

16:16:46 16          A.    Well, as often with your questions

16:16:48 17    you are forgetting to say all other things equal,

16:16:51 18    but I will assume you meant that.

16:16:53 19          Q.    For the days in your event study

16:16:59 20    where there is no observed trade, if there had

16:17:02 21    been an observed trade, would it be likely to

16:17:04 22    have occurred -- excuse me, to yield a smaller

16:17:07 23    abnormal return than on the days where there is

16:17:12 24    news?

16:17:13 25          MR. KIRSCH:  Objection.

                                                      245

CONFIDENTIAL

16:17:14  1                    THE WITNESS:  I'm not even sure what

16:17:15  2        you are asking.  Why don't you follow up?

16:17:19  3   BY MR. BEDNAR:

16:17:19  4        Q.    Well, for instance in the equity

16:17:22  5   market, for a firm like Rio Tinto, the trades in

16:17:28  6   a particularly liquid market, there may be trades

16:17:31  7   going on, on days where you can't identify any

16:17:33  8   unexpected firm specific-news, right?

16:17:35  9        A.    Sure.

16:17:36 10        Q.    So, for the bond market, for the

16:17:38 11   days where there was no observed transaction, if

16:17:43 12   we hypothesize transactions occurring on those

16:17:47 13   days, would you expect them to yield lower

16:17:52 14   returns -- lower abnormal returns than on days

16:17:56 15   where there is firm-specific news?

16:18:02 16        A.    I guess I still don't understand the

16:18:03 17   question.  So I don't know, one way or the other.

16:18:06 18        Q.    In a market where there are

16:18:24 19   relatively few trades occurring for the security,

16:18:30 20   if trades are more likely to occur on days when

16:18:33 21   there is news, will that have an impact on the

16:18:38 22   standard deviation of daily returns?

16:18:40 23                    MR. KIRSCH:  Objection, vague.

16:18:42 24                    THE WITNESS:  I would need more to

16:18:45 25        understand that.  Might, might not.

                                                        246

CONFIDENTIAL

| | | |
|---|---|---|
| 16:18:55 | 1 | BY MR. BEDNAR: |
| 16:18:56 | 2 | Q. Do you think that the fundamental |
| 16:18:58 | 3 | value of the bond changes less when there is no |
| 16:19:01 | 4 | news? |
| 16:19:05 | 5 | MR. KIRSCH: Objection, vague. |
| 16:19:06 | 6 | THE WITNESS: I don't think that is |
| 16:19:08 | 7 | a very well posed question, because market |
| 16:19:11 | 8 | participants may be reevaluating bonds all of |
| 16:19:16 | 9 | the time. |
| 16:19:16 | 10 | I'm not quite sure what you are |
| 16:19:18 | 11 | asking. |
| 16:19:18 | 12 | BY MR. BEDNAR: |
| 16:19:55 | 13 | Q. And you don't have an opinion as to |
| 16:19:56 | 14 | whether the fundamental value of the company's |
| 16:20:00 | 15 | bonds changes on -- it is more or less likely to |
| 16:20:05 | 16 | change on days when there is no news? |
| 16:20:07 | 17 | MR. KIRSCH: Objection. |
| 16:20:08 | 18 | THE WITNESS: As you have asked that |
| 16:20:10 | 19 | question, I wouldn't know how to answer it. |
| 16:20:13 | 20 | So, no, I wouldn't have an opinion. |
| 16:20:17 | 21 | BY MR. BEDNAR: |
| 16:20:17 | 22 | Q. Are you saying that you don't |
| 16:20:18 | 23 | understand the term, fundamental value? |
| 16:20:21 | 24 | A. I understand the term, fundamental |
| 16:20:23 | 25 | value. I don't understand your question. I |

247

**CONFIDENTIAL**

16:20:28  1    don't think it is well posed.  So, I gave the
16:20:30  2    answer I gave.
16:20:31  3              I'm not here to help you ask it.
16:20:32  4         Q.    What do you understand the term,
16:20:35  5    fundamental value, to mean?
16:20:36  6         A.    Fundamental value of securities is
16:20:39  7    its present value of cash flow.
16:20:45  8         Q.    And is fundamental value influenced
16:20:48  9    by the announcement of unexpected firm-specific
16:20:53  10   news?
16:20:53  11        A.    We are talking about a bond or a
16:20:55  12   stock?
16:20:56  13        Q.    Well, let's start with bonds.
16:20:59  14        A.    It may or may not be.  It could be
16:21:02  15   news on the firm that doesn't affect the ability
16:21:05  16   to pay a bond.
16:21:06  17              Remember the bondholders don't get
16:21:08  18   upside.  They get their money back.  It could be
16:21:11  19   a variety of pieces of news that really don't
16:21:14  20   have much of an impact on bonds, even though they
16:21:17  21   may have an impact on equity.
16:21:19  22        Q.    So, on a day when there is no
16:21:21  23   unexpected firm-specific news, would you expect
16:21:24  24   there to be a change in the fundamental value of
16:21:26  25   a company's bonds?

                                                          248

**CONFIDENTIAL**

| | | |
|---|---|---|
| 16:21:28 | 1 | A.    There could well be, because there |
| 16:21:30 | 2 | could be changes in market discount rates.   The |
| 16:21:34 | 3 | overall movements in the term structure of |
| 16:21:36 | 4 | interest rates. |
| 16:21:50 | 5 | Q.    And, so I think that your answer is |
| 16:21:53 | 6 | on a day when there is no unexpected |
| 16:21:57 | 7 | firm-specific news, the fundamental value of a |
| 16:22:00 | 8 | company's bonds may change if there is news |
| 16:22:05 | 9 | affecting the market as a whole.   Is that |
| 16:22:09 | 10 | correct? |
| 16:22:10 | 11 | A.    That is not what I said. |
| 16:22:11 | 12 | MR. KIRSCH:   Objection -- |
| 16:22:12 | 13 | THE WITNESS:   I said -- |
| 16:22:13 | 14 | MR. KIRSCH:   Object to form.   Sorry. |
| 16:22:16 | 15 | I was just saying objection, mischaracterizes. |
| 16:22:19 | 16 | THE WITNESS:   I said market discount |
| 16:22:22 | 17 | rates for this premium.   You can imagine |
| 16:22:25 | 18 | monetary policy actions or no overall view of |
| 16:22:29 | 19 | risk in the corporate sector having nothing |
| 16:22:32 | 20 | to do with a particular firm.   Covid-19, |
| 16:22:36 | 21 | there are lots of things like that. |
| 16:22:42 | 22 | BY MR. BEDNAR: |
| 16:22:43 | 23 | Q.    So in the absence of news, whether |
| 16:22:44 | 24 | it is defined as firm-specific news or the type |
| 16:22:47 | 25 | of nonspecific news that you have just listed, |

249

CONFIDENTIAL

16:22:50  1    would you expect, in the absence of any such news

16:22:52  2    like that, for the fundamental value of a

16:22:54  3    company's bonds to change?

16:22:56  4         A.    I wouldn't think the fundamental

16:23:03  5    value would change, no.

16:23:08  6         Q.    I think I'm going to shift gears,

16:23:31  7    Dr. Hubbard.

16:23:32  8               As a result of your study, sorry --

16:23:59  9               As a result of your work in this

16:24:01 10    case, were you able to reach a statistical

16:24:08 11    conclusion as to the effect on Rio Tinto's ADR

16:24:12 12    prices of any specific piece of information that

16:24:17 13    was disclosed on January 17th, 2013?

16:24:22 14         A.    Well, if I am understanding your

16:24:25 15    question, the effects, whether they are measured

16:24:30 16    by Dr. Metz or by me, are statistically and

16:24:35 17    significantly different from 0.

16:24:37 18               And so what I do is look at the

16:24:39 19    underlying components of information.

16:24:42 20               So, I'm -- the statistical

16:24:45 21    conclusion is clear.  It is insignificant, but we

16:24:48 22    get to go further and that is what I tried to do.

16:24:51 23         Q.    Okay.  Your report included a

16:25:06 24    section related to Rio Tinto's credit rating.

16:25:09 25               And it is your opinion that if Rio

250

**CONFIDENTIAL**

16:25:21  1      Tinto had announced an impairment to RTM as part
16:25:25  2      of the past year 2012 financial result, that
16:25:29  3      there would not have been a change to Rio Tinto's
16:25:31  4      credit rating.  Is that correct?
16:25:33  5           A.    That is correct.  I had two opinions
16:25:37  6      in there.  One was about meeting the R price
16:25:41  7      equity, and the other about credit rating.
16:25:46  8           Q.    And with respect to the credit
16:25:47  9      rating, is one basis for that opinion that there
16:25:53 10      was no rating action after Rio Tinto announced
16:25:56 11      the impairment in 2013?
16:25:58 12           A.    Yes, that is correct.
16:26:00 13           Q.    Is another basis for that opinion
16:26:04 14      your interpretation of the role that impairments
16:26:07 15      play in the quantitative methodologies of the
16:26:10 16      main rating agencies?
16:26:12 17           A.    I thought of it more as an input.
16:26:15 18      The real issue is did they or didn't they change
16:26:17 19      the rating.  And they did not.
16:26:20 20           Q.    So, in evaluating the hypothetical
16:26:33 21      question of what would have happened to Rio
16:26:35 22      Tinto's credit rating if an impairment had been
16:26:39 23      announced at half year 2012, would you need to,
16:26:47 24      as part of that analysis, look at the financial
16:26:52 25      condition of Rio Tinto as of that time?

251

**CONFIDENTIAL**

16:26:57  1          A.    I'm not sure what you are asking.

16:27:00  2    Obviously financial position is critical for

16:27:03  3    credit ratings.   That is no different from equity.

16:27:07  4          In fact, some impairments might

16:27:10  5    actually improve cash flows for debt holders for

16:27:14  6    a period of time, while hurting equity.

16:27:16  7          Q.    So, for credit rating purposes, you

16:27:20  8    would want to look at Rio Tinto's financial

16:27:23  9    position as of the time that you are evaluating a

16:27:25  10   hypothetical impairment analysis.   Correct?

16:27:30  11         A.    Yes, that is what a rating agency

16:27:32  12   would do.

16:27:32  13         Q.    Sure.   So, for instance, in January

16:27:38  14   of 2013, prior to the announcement of the

16:27:43  15   impairment, Rio Tinto had also been able to

16:27:46  16   announce in the second half of 2012, the

16:27:49  17   completion of a $5 billion cost reduction

16:27:55  18   program.   Right?

16:27:56  19         A.    It is not my understanding.   I think

16:27:59  20   they announced a $5 billion cost reduction

16:28:02  21   program that they are working on, which I agree

16:28:04  22   is very positive.

16:28:12  23         Q.    And so it is your view that

16:28:14  24   announcing a program for saving $5 billion in

16:28:17  25   costs is positive, right?

                                                        252

CONFIDENTIAL

16:28:20  1        A.    It is certainly going to bolster

16:28:22  2  cash flows for the company.

16:28:24  3        Q.    And announcing the breakdown of the

16:28:27  4  $3 billion asset would not be viewed as negative

16:28:30  5  to the company?

16:28:32  6        A.    Are we talking about bonds or

16:28:34  7  stocks?

16:28:36  8        Q.    Either.

16:28:40  9        A.    Well, let's start with bonds.  Like

16:28:43 10  in the case of stocks that I talk about, the

16:28:45 11  market had already borne an expectation.

16:28:49 12             And given that the debt securities

16:28:51 13  were highly rated, there was little worry about

16:28:54 14  the company's ability to repay the debt.

16:28:57 15             And, given that, I found no effect

16:29:00 16  on equities, the rating agencies don't change, I

16:29:04 17  wouldn't expect to find much of that, if at all.

16:29:08 18        Q.    So, if you were to analyze the

16:29:11 19  potential effect, for hypothetical half year 2012

16:29:16 20  impairment announcement from Rio Tinto's credit

16:29:19 21  rating, first of all, you need to evaluate Rio

16:29:25 22  Tinto's financial condition before they raised

16:29:28 23  money in their August 2012 bond offerings.

16:29:31 24  Correct?

16:29:33 25        A.    But again it depends on what

                                                          253

CONFIDENTIAL

16:29:35  1  information the market has.  But, you would want

16:29:38  2  the information available in the marketplace at

16:29:40  3  that time, if that is your question.

16:29:41  4       Q.    Yes, okay.  Now, I want to make sure

16:29:47  5  I understand one aspect of your opinion.

16:29:49  6            It is not your opinion that the

16:29:51  7  rating agencies would never consider impairments

16:29:55  8  in making a ratings decision, right?

16:29:57  9       A.    Correct.  I think I say that in the

16:29:59 10  report.

16:30:00 11       Q.    Okay.  And, even if impairments are

16:30:04 12  excluded from the quantitative measures that a

16:30:08 13  rating agency employs, the rating committee still

16:30:11 14  may consider the impact of the impairment and

16:30:13 15  ascertaining whether to take any rating action.

16:30:17 16  Right?

16:30:18 17       A.    It is possible.  But, they didn't

16:30:20 18  take any rating action.

16:30:21 19       Q.    In 2013, right?

16:30:25 20       A.    Correct.

16:30:26 21       Q.    Did you know that in April of 2011,

16:30:35 22  Moody upgraded Rio Tinto by one notch in its

16:30:37 23  rating?

16:30:37 24       A.    I think I probably mention that in

16:30:39 25  the report, but I don't recall the exact date.

                                                          254

CONFIDENTIAL

| | | |
|---|---|---|
| 16:30:43 | 1 | Q. And, that rating action was |
| 16:30:49 | 2 | announced after the Riversdale acquisition. |
| 16:30:52 | 3 | Right? |
| 16:30:54 | 4 | A. Yes. |
| 16:30:55 | 5 | MR. KIRSCH: Objection. |
| 16:30:58 | 6 | THE WITNESS: That is my |
| 16:30:59 | 7 | recollection, I should say. I don't know |
| 16:31:00 | 8 | exactly when it was, but that is my |
| 16:31:02 | 9 | recollection. |
| 16:31:03 | 10 | BY MR. BEDNAR: |
| 16:31:03 | 11 | Q. And, do you have any basis to say |
| 16:31:12 | 12 | whether the Riversdale impairment was a factor |
| 16:31:16 | 13 | considered -- I'm sorry. I said impairment. Let |
| 16:31:19 | 14 | me rephrase the question. |
| 16:31:21 | 15 | Do you have any basis to say whether |
| 16:31:23 | 16 | or not the Riversdale acquisition was a |
| 16:31:26 | 17 | consideration taken into account by Moody in |
| 16:31:31 | 18 | upgrading the credit ratings in April of 2011? |
| 16:31:37 | 19 | A. I don't recall what I saw there. I |
| 16:31:40 | 20 | would doubt it, since such an acquisition is |
| 16:31:43 | 21 | large negative cash flows for a long period of |
| 16:31:45 | 22 | time with the hope of positive cash flows in the |
| 16:31:48 | 23 | future. |
| 16:31:48 | 24 | But, I don't think I have ever heard |
| 16:31:56 | 25 | of it for equity, but I don't recall. |

255

CONFIDENTIAL

| | | |
|---|---|---|
| 16:32:02 | 1 | Q.    I wanted to ask you a question with |
| 16:32:17 | 2 | respect to your analysis of so-called Altes |
| 16:32:28 | 3 | statements.  And, first, I want to ask you to |
| 16:32:31 | 4 | pull up your report so I can have you look at |
| 16:32:34 | 5 | some language. |
| 16:32:34 | 6 | A.    Okay. |
| 16:32:51 | 7 | Q.    And it is Exhibit 224.  I will take |
| 16:32:57 | 8 | you to the page first, and then I will put it up |
| 16:32:59 | 9 | on the screen for you. |
| 16:33:17 | 10 | Paragraph 158 of Page 94 of the PDF, |
| 16:33:22 | 11 | and I think Page 90 of the report itself. |
| 16:33:25 | 12 | A.    Okay.  I am there. |
| 16:33:29 | 13 | Q.    Thanks.  You wrote, "To summarize, I |
| 16:33:32 | 14 | find that there is no conclusive evidence of a |
| 16:33:35 | 15 | statistically significant ADR price increase on |
| 16:33:39 | 16 | August 8, 2012." |
| 16:33:41 | 17 | And this is kind of a technical |
| 16:33:43 | 18 | question. |
| 16:33:43 | 19 | So, you ran a regression for the |
| 16:33:48 | 20 | abnormal return on August 8, 2012.  And you ran |
| 16:33:52 | 21 | one for using the HSBC Mining Index and one using |
| 16:33:57 | 22 | your eight company comparator index.  Right? |
| 16:34:00 | 23 | A.    Correct. |
| 16:34:01 | 24 | Q.    And, there was a statistically |
| 16:34:06 | 25 | significant return using one of those indices, |

256

| | | |
|---|---|---|
| 16:34:10 | 1 | right? |
| 16:34:11 | 2 | A.    That is correct. |
| 16:34:11 | 3 | Q.    And do you recall as you sit here |
| 16:34:15 | 4 | which one? |
| 16:34:18 | 5 | A.    I don't.  You could check, if it is |
| 16:34:20 | 6 | important to you.  It might be -- should I check? |
| 16:34:25 | 7 | Is that important, or -- |
| 16:34:31 | 8 | Q.    I can direct you to -- just so we |
| 16:34:33 | 9 | can state it clearly on the record.  I don't know |
| 16:34:36 | 10 | that I would say that it is important. |
| 16:34:37 | 11 | But, if we go back a few pages to |
| 16:34:40 | 12 | Paragraph 159, which I have up on the screen. |
| 16:34:46 | 13 | And in the middle of the paragraph, you say, |
| 16:34:50 | 14 | "I show in Exhibit 12," and then you identify |
| 16:34:55 | 15 | that "using the equal weighted peer index, there |
| 16:35:01 | 16 | was not a positive abnormal return on August 8th |
| 16:35:04 | 17 | that was statistically significant." |
| 16:35:05 | 18 | A.    Okay. |
| 16:35:06 | 19 | Q.    There is a statistically significant |
| 16:35:10 | 20 | positive abnormal return using the HSBC Global |
| 16:35:17 | 21 | Mining Index.  Do you see that? |
| 16:35:18 | 22 | A.    Yes. |
| 16:35:18 | 23 | Q.    And it is statistically significant |
| 16:35:21 | 24 | at the 5 percent level, right? |
| 16:35:23 | 25 | A.    Yes, that is what I find. |

257

CONFIDENTIAL

| | | |
|---|---|---|
| 16:35:25 | 1 | Q.   And, so my question is really, in |
| 16:35:31 | 2 | Paragraphs 168, where you said, "I find there is |
| 16:35:34 | 3 | no conclusive evidence of a statistically |
| 16:35:36 | 4 | significant ADR price increase on August 8, |
| 16:35:41 | 5 | 2012," is would it require both of your industry |
| 16:35:49 | 6 | indices producing statistically significant |
| 16:35:52 | 7 | abnormal returns for you to conclude that there |
| 16:35:55 | 8 | was conclusive evidence? |
| 16:35:59 | 9 | A.   Yes.  Yes.  And since I tendered |
| 16:36:02 | 10 | them both, that is not really the point of this |
| 16:36:05 | 11 | paragraph. |
| 16:36:05 | 12 | The point of the paragraph is |
| 16:36:06 | 13 | whether I found statistically significant returns |
| 16:36:10 | 14 | in both, it wouldn't have mattered, because I |
| 16:36:13 | 15 | attributed those returns elsewhere.  That was my |
| 16:36:15 | 16 | analysis of the analysts' commentary.  No one |
| 16:36:19 | 17 | mentioned so I didn't state it. |
| 16:36:21 | 18 | Q.   Sure.  I'm really trying to |
| 16:36:24 | 19 | ascertain is it your standard that both of your |
| 16:36:26 | 20 | industry indices need to produce statistically |
| 16:36:29 | 21 | significant abnormal returns at the 5 percent |
| 16:36:31 | 22 | level, for there to be conclusive evidence that |
| 16:36:34 | 23 | there is a statistically significant result? |
| 16:36:37 | 24 | A.   Well, I think to be conclusive, yes. |
| 16:36:40 | 25 | I mean part of the problem here, as |

258

CONFIDENTIAL

16:36:42  1   we talked about all day, is some of the fragility

16:36:45  2   here, which is why it is useful looking at the

16:36:48  3   analysts' commentary.  And the analysts don't

16:36:51  4   mention the results.

16:37:01  5        Q.    And let me just focus on -- not on

16:37:04  6   analysis of analysts' commentary.

16:37:05  7             But, when you talk about conclusive

16:37:11  8   evidence of a statistically significant price

16:37:13  9   increase, does that require both of your industry

16:37:15 10   indices to agree on the result before you would

16:37:17 11   say that there is conclusive evidence of

16:37:20 12   statistical significance?

16:37:22 13        A.    You asked the question before so I

16:37:24 14   will give the same answer.  These are both

16:37:29 15   reasonable indices.

16:37:30 16             It would concern me if I get

16:37:32 17   different answers depending on which reasonable

16:37:36 18   index that I use.

16:37:37 19             So, it is not conclusive.  I don't

16:37:40 20   even think it is important for the reason in the

16:37:41 21   paragraph.  It is certainly not conclusive.

16:37:45 22        Q.    Does the fact that the -- in your

16:37:47 23   conclusion -- well, let me say this:

16:37:52 24             Does the fact that the equal waited

16:37:54 25   peer index did not experience a statistically

                                                          259

CONFIDENTIAL

16:37:56  1    significant return while the HSBC Mining Index

16:38:03  2    did, does that say anything to you about the

16:38:06  3    relative predictive power of either index?

16:38:12  4         A.   I don't see how it could.  It might

16:38:16  5    to you, because you might be assuming that

16:38:18  6    conclusion.

16:38:18  7              But, I don't see how it would one

16:38:21  8    way or the other.  The statement is simply that

16:38:24  9    it is not conclusive.  I think that is obvious.

16:38:26  10   And in the rest of the paragraph it says that it

16:38:29  11   is not important.

16:38:41  12        Q.   So, is what you are saying that you

16:38:43  13   would have reached the same conclusion if the

16:38:45  14   results were inverted and the equal weighted peer

16:38:48  15   index found a statistically significant return

16:38:51  16   while the HSBC Mining Index did not?

16:38:53  17        A.   Yes.  And the fact that they were

16:38:55  18   both statistically significant, I would still

16:38:59  19   reach an unimportant conclusion.

16:39:16  20        Q.   I wanted to return, if I could, to

16:39:19  21   the definition that you provided earlier, to the

16:39:22  22   definition of economic materiality.

16:39:24  23             Is it my understanding that your

16:39:25  24   definition of economic materiality turns on what

16:39:29  25   the reasonable investor would view as important?

                                                          260

CONFIDENTIAL

16:39:33   1         A.    If you are talking about in the
16:39:35   2    context of a securities case, yes.  Whether a
16:39:38   3    reasonable investor would feel important in the
16:39:42   4    context of that would be in framing a view of
16:39:46   5    what is paid for securities.  It is really about
16:39:48   6    the price.
16:39:51   7         Q.    And so then, are you saying that
16:39:55   8    securities prices, let's say equity prices, are
16:40:00   9    determined by the views of reasonable investors?
16:40:03  10         A.    Well, the marginal investor in the
16:40:10  11    market that sets the price.  The term, reasonable
16:40:14  12    investor, is the investor who is using available
16:40:17  13    information.
16:40:22  14         Q.    So, reasonable investors may
16:40:23  15    disagree with each other.  Right?
16:40:25  16         A.    In fact, they do all of the time.
16:40:27  17    It is called trading.
16:40:30  18         Q.    And the price is set by the marginal
16:40:33  19    investor.  Is that what you said?
16:40:34  20         A.    Correct.
16:40:35  21         Q.    What does that mean the marginal
16:40:37  22    investor?
16:40:38  23         A.    It means what it says, is at the
16:40:40  24    margin, there are trades that set the price and
16:40:45  25    great benefit of markets is that.

261

CONFIDENTIAL

16:40:47  1          So, even if somebody's grandmother
16:40:50  2  is not an informed investor, a marginal investor,
16:40:54  3  being informed, you still get the right price.
16:40:56  4          And so foundation of securities
16:40:58  5  markets in our time.
16:41:03  6      Q.    So, there are reasonable investors
16:41:05  7  whose views are not captured with the stock
16:41:08  8  price?
16:41:11  9      A.    If you mean does the stock price
16:41:13  10  represent every investor's view of fundamental
16:41:17  11  value?  Of course not.  That is what trading is
16:41:19  12  about.
16:41:19  13      Q.    Okay.  Doctor, I wanted to kind of
16:41:25  14  do an inventory to make sure that I have properly
16:41:30  15  understood the scope of additional work that you
16:41:33  16  have performed that is not captured in your
16:41:37  17  report.
16:41:37  18          And I can take the report down
16:41:39  19  because I don't think that we need to refer to
16:41:41  20  it.
16:41:41  21          I know that you referred to
16:41:46  22  sensitivity analysis that you did related to the
16:41:50  23  HSBC Mining Index.
16:41:52  24      A.    Yes, sir.
16:41:53  25      Q.    And was that done after you received

262

CONFIDENTIAL

16:41:58   1   the Metz rebuttal report or after Dr. Metz

16:42:02   2   testified?

16:42:03   3          A.      After his deposition.

16:42:04   4          Q.      Okay.  I know that you also

16:42:06   5   testified to running a sensitivity of what would

16:42:08   6   happen if you removed Newmont Mining from the

16:42:15   7   eight company comparator index.  Right?

16:42:17   8          A.      Yes.

16:42:19   9          Q.      And I think that we already covered

16:42:21   10  this.  I just want to make sure.  That was the

16:42:23   11  only sensitivity that you ran on that date,

16:42:27   12  number, index, right?

16:42:28   13         A.      Yes, because that is the criticism I

16:42:30   14  thought Dr. Metz had made.  Why don't we just

16:42:32   15  check, but yes, sure.

16:42:33   16         Q.      Yes.  Just trying to make sure that

16:42:35   17  I have the list correct of additional

16:42:37   18  sensitivities.

16:42:38   19                 You didn't do any sensitivity

16:42:40   20  analyses that built on the 16 company list that

16:42:43   21  Dr. Metz talked about, right?

16:42:45   22         A.      I may have.  I think I may have done

16:42:48   23  some changes there that didn't affect my results,

16:42:52   24  but I don't recall.

16:42:54   25         Q.      If you did additional analyses that

263

CONFIDENTIAL

| | | |
|---|---|---|
| 16:43:02 | 1 | didn't affect your results, would your team have |
| 16:43:05 | 2 | the regressions that you ran? |
| 16:43:06 | 3 | A.   Of course. |
| 16:43:09 | 4 | Q.   And did you at any time since you |
| 16:43:15 | 5 | submitted your report, have you run regressions |
| 16:43:19 | 6 | using any variation of the S&P Metals and Mining |
| 16:43:23 | 7 | Index? |
| 16:43:25 | 8 | A.   Oh, let's see.  I think I -- I think |
| 16:43:30 | 9 | the answer surely is yes.  And I don't remember |
| 16:43:34 | 10 | everything that I did. |
| 16:43:35 | 11 | Because again I don't think that |
| 16:43:37 | 12 | index is fixable.  But, I think I did do some |
| 16:43:40 | 13 | things and it didn't fix it in my view.  But, I |
| 16:43:43 | 14 | don't recall.  If we have it, we have it. |
| 16:43:46 | 15 | Q.   Okay.  You don't remember at all |
| 16:43:49 | 16 | what kind of analysis that would have been on the |
| 16:43:51 | 17 | S&P index? |
| 16:43:54 | 18 | A.   I don't recall.  I'm sorry. |
| 16:43:56 | 19 | Q.   At any time in your work on this |
| 16:44:00 | 20 | case have you done any regressions where you |
| 16:44:03 | 21 | added one or more commodities prices to your |
| 16:44:06 | 22 | regression? |
| 16:44:09 | 23 | A.   To the event study regression, you |
| 16:44:12 | 24 | mean? |
| 16:44:13 | 25 | Q.   Correct. |

264

CONFIDENTIAL

16:44:14  1          A.     I don't recall doing that, no.

16:44:15  2          Q.     Have you done any other regressions

16:44:27  3    after the submission of your report beyond what

16:44:29  4    we have just catalogued here?

16:44:33  5          A.     No, unless there was something this

16:44:35  6    morning that -- I outlined it all this morning

16:44:38  7    with the first question.

16:44:39  8          Q.     Okay.  We have talked a number of

16:44:48  9    times about the work that you and your staff had

16:44:50  10   done in preparing the report.

16:44:52  11          Can you tell me the role, if any,

16:44:54  12   that your staff played in writing the report?

16:45:00  13          A.     I wrote the report.  But, obviously

16:45:03  14   received enormous amounts of -- as you can tell

16:45:07  15   much of this report is the appendices, the data,

16:45:11  16   the exercises.

16:45:12  17          But, the actual words on the report

16:45:14  18   are me.  But, many more hours are spent by staff

16:45:18  19   in theory.

16:45:18  20          Q.     Sure.  Did your staff draft any

16:45:20  21   portions of the report?

16:45:23  22          A.     We certainly passed things back and

16:45:27  23   forth if they would comment.

16:45:28  24          But, I am the principal

16:45:31  25   draftsperson.  Although I didn't personally do

                                                              265

CONFIDENTIAL

| | | |
|---|---|---|
| 16:45:33 | 1 | all of the tables, though. |
| 16:45:34 | 2 | Q. Uh-huh. Your report has several |
| 16:45:48 | 3 | indices that have summaries of news coverage or |
| 16:45:51 | 4 | analyst coverage. And an example would be |
| 16:45:56 | 5 | Appendix C2, which summarizes news coverage of |
| 16:46:00 | 6 | the Riversdale bid in the actual acquisition. |
| 16:46:03 | 7 | Who compiled Appendix C2? Or if it |
| 16:46:11 | 8 | is easier for you to talk about how the |
| 16:46:13 | 9 | appendices in general were complied, you could |
| 16:46:16 | 10 | answer that way. |
| 16:46:17 | 11 | A. Yes, that may be a good place to |
| 16:46:19 | 12 | start and then we can go into the individual ones |
| 16:46:21 | 13 | if you want. |
| 16:46:21 | 14 | So, in each case there was a |
| 16:46:23 | 15 | question I was trying to ask, and I sat with the |
| 16:46:26 | 16 | team to figure out what is a systematic way to |
| 16:46:29 | 17 | answer. |
| 16:46:29 | 18 | And in each case we needed, how do |
| 16:46:32 | 19 | you make sure you get all available analysts. |
| 16:46:35 | 20 | How do you make sure that you are doing a new |
| 16:46:38 | 21 | search that is not subject to any cherry picking. |
| 16:46:42 | 22 | So, there is key words, things you are doing. |
| 16:46:44 | 23 | In each of those cases we came to |
| 16:46:46 | 24 | that agreement of the team and of course the |
| 16:46:48 | 25 | year, in searching. |

266

CONFIDENTIAL

| | | |
|---|---|---|
| 16:46:49 | 1 | Q.   Okay.  If it is helpful to you, I |
| 16:46:59 | 2 | can pull these exhibits up. |
| 16:47:00 | 3 | But, with respect to Appendix C.8 in |
| 16:47:03 | 4 | Exhibit 10. |
| 16:47:06 | 5 | A.   C.8? |
| 16:47:06 | 6 | (Exhibit Number 1108 |
| 16:47:06 | 7 | marked for identification.) |
| 16:47:06 | 8 | BY MR. BEDNAR: |
| 16:47:08 | 9 | Q.   Yes.  Appendix C.8 is |
| 16:47:11 | 10 | Exhibit 1101 [sic].  And I can go ahead and pull |
| 16:47:13 | 11 | it up so everyone can see it. |
| 16:47:15 | 12 | A.   Yes, go ahead. |
| 16:47:17 | 13 | Q.   Do you see in that appendix that |
| 16:47:22 | 14 | there are, and I am publishing it so all of the |
| 16:47:29 | 15 | attorneys can see as well, there are sort of a |
| 16:47:32 | 16 | scoring or a grading system for ascertaining |
| 16:47:38 | 17 | whether the analysts' reaction to a particular |
| 16:47:40 | 18 | item was positive, negative, or neutral.  Right? |
| 16:47:43 | 19 | A.   Yes. |
| 16:47:44 | 20 | Q.   Who assigns the positive, negative, |
| 16:47:49 | 21 | or neutral grades to each analyst report? |
| 16:47:52 | 22 | A.   What does the validity mean?  So, |
| 16:47:57 | 23 | the analysts comment about impairments and there |
| 16:48:02 | 24 | is commentary about management changes. |
| 16:48:06 | 25 | The management changes were done by |

267

CONFIDENTIAL

16:48:10  1   word matching.  Is something neutral, positive or

16:48:14  2   negative?

16:48:14  3                  The analysts' work on impairment was

16:48:17  4   quantitative, because at the end of the day they

16:48:21  5   either did or didn't change a target price.

16:48:23  6                  So, that is what that was done.

16:48:27  7                  And then the staff working under my

16:48:30  8   direction prepared that mapping and then we

16:48:32  9   reviewed it together.

16:48:33  10       Q.    When you say that the staff under

16:48:37  11  your direction prepared that mapping, what do you

16:48:40  12  mean by that?

16:48:40  13       A.    In other words, the qualitative

16:48:42  14  plus, minus, zero.

16:48:43  15       Q.    Okay.  So, for the impairment

16:48:47  16  news -- for the RTM impairment news, are you

16:48:48  17  saying that the scoring was done on the basis of

16:48:51  18  whether the analyst changed a price target or

16:48:56  19  evaluation or some other quantitative measure?

16:48:58  20       A.    Yes.  So, that one is a little

16:49:03  21  easier to explain.

16:49:04  22                  The other is more qualitative.  You

16:49:06  23  are looking at words.

16:49:07  24                  So, as was the case on the other

16:49:09  25  question, I came up with some words.  The

268

CONFIDENTIAL

16:49:11  1   phrases, that I thought represented a point of

16:49:13  2   view and tried to match as closely as possible.

16:49:16  3        Q.    Okay.  Were you applying any sort of

16:49:25  4   industry standards in assessing the positive,

16:49:32  5   neutral or negative score for reactions to the

16:49:34  6   management change?

16:49:37  7        A.    I'm not sure what you mean by an

16:49:39  8   industry standard.  You mean that people always

16:49:41  9   like or don't like mining CEOs, is that the

16:49:44 10   question?

16:49:52 11        Q.    Is your scoring based on any sort of

16:49:55 12   peer reviewed literature?

16:49:56 13        A.    There is no peer reviewed literature

16:50:00 14   on something like this.  The question is just how

16:50:03 15   do analysts think about a management change.

16:50:05 16        That is really why I'm doing this,

16:50:07 17   is because Dr. Metz has a particular view of the

16:50:10 18   management change in academic literature.

16:50:12 19        So, I do two things:  One, he gets

16:50:14 20   the academic literature all wrong.

16:50:16 21        And two, I find very mixed support

16:50:18 22   on the management change.

16:50:19 23        And the best he has done in

16:50:21 24   complaining about it is a couple of the reports

16:50:24 25   around the edges.

                                                    269

CONFIDENTIAL

| | | |
|---|---|---|
| 16:50:25 | 1 | So, it is qualitative.  I would |
| 16:50:27 | 2 | certainly admit that. |
| 16:50:28 | 3 | Q.    Okay.  Are you basing this on any |
| 16:50:30 | 4 | sort of other source -- third party source that |
| 16:50:40 | 5 | defines how to score news based on positive, |
| 16:50:46 | 6 | negative, or neutral reaction? |
| 16:50:48 | 7 | MR. KIRSCH:  Objection. |
| 16:50:48 | 8 | THE WITNESS:  If I'm understanding |
| 16:50:50 | 9 | your question, no, because I don't need to. |
| 16:50:52 | 10 | I'm not using this as a quantitative input or |
| 16:50:55 | 11 | something. |
| 16:50:57 | 12 | It is merely a look at the range of |
| 16:51:00 | 13 | reactions to management change. |
| 16:51:03 | 14 | The part that is grounded in the |
| 16:51:05 | 15 | peer reviewed work is what the academic |
| 16:51:07 | 16 | literature would predict.  And it generally |
| 16:51:10 | 17 | predicts the opposite of what Dr. Metz says. |
| 16:51:19 | 18 | BY MR. BEDNAR: |
| 16:51:19 | 19 | Q.    And so the assessment of the score |
| 16:51:21 | 20 | that would be received, I want to make sure I |
| 16:51:23 | 21 | understand.  Were you determining that score with |
| 16:51:27 | 22 | respect to management change, or was the score |
| 16:51:32 | 23 | assigned in the first instance by someone on your |
| 16:51:34 | 24 | staff? |
| 16:51:34 | 25 | A.    At the end of the day, it is me. |

270

CONFIDENTIAL

16:51:36  1    So, the staff did the first draft that I had

16:51:39  2    given the key words we agreed on.  And then we

16:51:41  3    reviewed it together.  But at the end of the day,

16:51:43  4    I am.

16:51:47  5         Q.    Okay.  And in determining whether

16:51:48  6    you agree with the score that is assigned to the

16:51:53  7    analysts' reaction to management change, were you

16:51:56  8    relying on the excerpts from commentary that are

16:52:01  9    in Appendix C.8, or were you relying on the

16:52:04 10    entire report?

16:52:07 11         A.    Understanding your question, I think

16:52:10 12    the commentary is in C.8.  In other words, I

16:52:13 13    tried to put the language in that would help the

16:52:17 14    readers see why I did what I did.

16:52:18 15              I am not Dr. Metz.  I'm not spelling

16:52:21 16    stuff out.  I am giving it all to you and you can

16:52:24 17    judge me accordingly.

16:52:25 18         Q.    In determining whether or not you

16:52:27 19    agreed with the score that was assigned to the

16:52:28 20    analysts' reaction to the management change, for

16:52:31 21    any analyst report that is listed here, did you

16:52:34 22    read the entire report or were you relying on the

16:52:37 23    commentary that has been extracted here?

16:52:40 24         A.    No, I read the entire report.  You

16:52:43 25    see an -- at the beginning of each block of these

271

CONFIDENTIAL

16:52:45  1   you see something that is overall, that indicates

16:52:47  2   a reading holistically.

16:52:50  3                   Sometimes I will even comment on the

16:52:52  4   title of the report or something else in the

16:52:53  5   report.

16:52:54  6                   So, yes, the whole report is being

16:52:58  7   read.

16:52:58  8        Q.    And then -- okay, I think I

16:53:04  9   understand the items that I had questions about

16:53:09  10  there.

16:53:10  11                  I don't know if this is something

16:53:20  12  that you kept track of.  Do you know how many

16:53:22  13  times you have been hired as an expert witness in

16:53:23  14  a court case?

16:53:25  15       A.    Many times.

16:53:30  16       Q.    Do you know approximately how many?

16:53:33  17       A.    Over what time period?

16:53:34  18       Q.    In your career.

16:53:37  19       A.    I don't.  You can see -- I think the

16:53:41  20  report gives you cases in the last four years.

16:53:45  21                  But, I don't recall off the top of

16:53:47  22  my head.

16:53:49  23       Q.    Okay.  Have ever testified on behalf

16:53:51  24  of plaintiffs in litigation?

16:53:54  25       A.    I have.

272

CONFIDENTIAL

| | | |
|---|---|---|
| 16:53:57 | 1 | Q.    What kinds of plaintiffs have you |
| 16:53:59 | 2 | testified on behalf of? |
| 16:54:00 | 3 | A.    I am currently working a couple of |
| 16:54:04 | 4 | plaintiffs cases now. |
| 16:54:07 | 5 | I have worked on a case in |
| 16:54:10 | 6 | securities where the Maryland Shines was a |
| 16:54:14 | 7 | plaintiff.  I'm never sure if the government is |
| 16:54:18 | 8 | the plaintiff or is the defendant, but I have |
| 16:54:19 | 9 | certainly worked for the IRS, the Justice |
| 16:54:22 | 10 | Department. |
| 16:54:22 | 11 | Yes, is the short answer. |
| 16:54:31 | 12 | Q.    Have you ever been an expert witness |
| 16:54:33 | 13 | on behalf of shareholders who weren't |
| 16:54:37 | 14 | institutional shareholders? |
| 16:54:38 | 15 | A.    You mean an individual shareholder, |
| 16:54:44 | 16 | is that what you are asking?  Or a class action, |
| 16:54:46 | 17 | or -- |
| 16:54:46 | 18 | Q.    Yes, I could have asked that in a |
| 16:54:50 | 19 | less negative way. |
| 16:54:51 | 20 | Have you ever been an expert on |
| 16:54:53 | 21 | behalf of either an individual shareholder or a |
| 16:54:55 | 22 | class of individual shareholders? |
| 16:54:57 | 23 | A.    I am currently with an individual |
| 16:55:02 | 24 | shareholder that I can't mention.  It is a very |
| 16:55:04 | 25 | large individual shareholder in a very large |

273

CONFIDENTIAL

16:55:06  1  company.  I don't know that I can disclose it.

16:55:08  2       Q.    Okay.  Ever worked for any other

16:55:12  3  shareholders besides that one large individual

16:55:14  4  shareholder?

16:55:14  5       A.    Again individual shareholders, no,

16:55:19  6  not that I can think of off the top of my head.

16:55:22  7       Q.    Okay.  And then what about classes

16:55:25  8  of individual shareholders, have you ever worked

16:55:28  9  for a class of individual shareholders?

16:55:30 10       A.    Not that I recall.  The Merrill

16:55:36 11  Lynch funds case, they were an opt-out from the

16:55:38 12  class.  It was the same argument but I was

16:55:42 13  technically not the class.

16:55:45 14       Q.    Sure.

16:55:45 15            MR. KIRSCH:  And, Tom, just to be

16:55:46 16       clear, you are asking about -- I mean, as you

16:55:49 17       probably know, your typical plaintiff's class

16:55:53 18       is composed of both individuals and

16:55:55 19       institutional shareholders.

16:55:56 20            I'm not sure I have seen a class

16:56:00 21       that -- certainly not many that are composed

16:56:03 22       by definition only of individual

16:56:05 23       shareholders.

16:56:07 24            So, are you asking him about an

16:56:08 25       exclusive individual class?

                                                              274

CONFIDENTIAL

```
16:56:11   1                    MR. BEDNAR:  That is what I asked.
16:56:11   2    BY MR. BEDNAR:
16:56:13   3         Q.    Does that change your answer if I
16:56:14   4    asked about a class whether it was institutional
16:56:18   5    shareholders?
16:56:18   6         A.    No.
16:56:20   7         Q.    Okay.
16:56:21   8         A.    Thank you.
16:56:21   9                    (Exhibit Number 1100
16:56:21  10                    marked for identification.)
16:56:23  11    BY MR. BEDNAR:
16:56:23  12         Q.    I'm going to put up your CV, Doctor.
16:56:26  13    This is marked as Exhibit 1100.  It is Appendix A
16:56:29  14    to your report.
16:56:30  15                    You list in the field of
16:56:35  16    specialization, natural resource economics.
16:56:37  17                    I just wanted to understand what you
16:56:41  18    mean by natural resource economics?
16:56:43  19         A.    Earlier in my career I did a lot of
16:56:48  20    work on the economics of oil and natural gas
16:56:51  21    markets, with the way of studying the
16:56:54  22    relationship between spot and contract prices.
16:56:58  23                    I actually built some of the early
16:57:00  24    models the Energy and Information Administration
16:57:03  25    used in the Department of Energy back in the late
```

275

CONFIDENTIAL

| | | |
|---|---|---|
| 16:57:06 | 1 | 1970's, early 1980's. |
| 16:57:07 | 2 | So, that is the work under natural |
| 16:57:10 | 3 | resources. |
| 16:57:11 | 4 | Q.   Are you offering any opinions in |
| 16:57:13 | 5 | this case as an expert in natural resource |
| 16:57:15 | 6 | economics? |
| 16:57:17 | 7 | A.   Nothing I'm offering here is relying |
| 16:57:20 | 8 | on anything that natural resources developed, no. |
| 16:57:25 | 9 | Q.   Okay.  Page 3 of your CV, lists a |
| 16:57:32 | 10 | number of consulting or advisory relationships. |
| 16:57:36 | 11 | I don't need to ask you about all of |
| 16:57:38 | 12 | those.  Rio Tinto is listed. |
| 16:57:45 | 13 | A.   It is this case. |
| 16:57:46 | 14 | Q.   It is this case.  Have you |
| 16:57:47 | 15 | ever worked on Rio Tinto -- |
| 16:57:47 | 16 | A.   I'm sorry.  What the -- what the |
| 16:57:49 | 17 | category means is basically in Columbia |
| 16:57:56 | 18 | University, we always disclose any time you are |
| 16:57:59 | 19 | being paid to do something. |
| 16:58:00 | 20 | So, my own pattern is rather than |
| 16:58:03 | 21 | doing it every few years, which is what is |
| 16:58:06 | 22 | required, I go all of the way back to 2007. |
| 16:58:09 | 23 | So, this is a list that I think many |
| 16:58:11 | 24 | of these, if not most, are probably commercial |
| 16:58:14 | 25 | speaking engagements. |

276

CONFIDENTIAL

| | | |
|---|---|---|
| 16:58:15 | 1 | But anytime I was paid to do |
| 16:58:17 | 2 | something, whether it is a matter like this, or I |
| 16:58:21 | 3 | testify for a company, it is on that list.  That |
| 16:58:24 | 4 | is how Rio Tinto got there. |
| 16:58:25 | 5 | Q.    Okay.  So, have you ever been paid |
| 16:58:28 | 6 | to do something by Rio Tinto other than work you |
| 16:58:30 | 7 | may have done in this case? |
| 16:58:31 | 8 | A.    I have not. |
| 16:58:32 | 9 | Q.    All right.  You listed an engagement |
| 16:58:36 | 10 | for Amazon.  Was that expert witness work? |
| 16:58:39 | 11 | A.    Yes.  And some strategy consulting. |
| 16:58:44 | 12 | Q.    And, what were the issues in the |
| 16:58:47 | 13 | expert witness work that you did for Amazon? |
| 16:58:51 | 14 | A.     It was relating to royalties that |
| 16:58:54 | 15 | would be paid on streaming music.  And I worked |
| 16:58:59 | 16 | on projects with them on setting the price on |
| 16:59:03 | 17 | Prime Music and how to grant royalties to |
| 16:59:06 | 18 | songwriters and performers. |
| 16:59:38 | 19 | MR. BEDNAR:  Let me go off the |
| 16:59:42 | 20 | record for about five or ten minutes and get |
| 16:59:45 | 21 | organized for the remaining questions I have. |
| 16:59:47 | 22 | I don't think I have too many, |
| 16:59:48 | 23 | Doctor, so I think it would work best if we |
| 16:59:51 | 24 | go off the record. |
| 16:59:53 | 25 | THE WITNESS:  Okay. |

277

CONFIDENTIAL

```
16:59:53  1              THE VIDEOGRAPHER:  We are going off
16:59:55  2         the record, the time is 4:59 eastern.
17:11:07  3              (Recess taken -- 4:59 p.m.)
17:11:07  4              (After recess -- 5:11 p.m.)
17:11:07  5              THE VIDEOGRAPHER:  We are going back
17:11:17  6         on the record.  The time is 5:11 eastern.
17:11:24  7              MR. BEDNAR:  Before I ask some
17:11:26  8         questions of Dr. Hubbard, I will just put on
17:11:29  9         the record that I have talked with
17:11:31 10         Dr. Hubbard about a variety of analyses that
17:11:33 11         he has recently conducted.
17:11:37 12              I'm going to request production of
17:11:42 13         the materials demonstrating the analytical
17:11:45 14         work that he discussed.  We will put that
17:11:48 15         request in writing.
17:11:49 16              Reserve our right to seek additional
17:11:52 17         discovery related to those materials as the
17:11:55 18         defendants have done with respect to
17:11:56 19         Dr. Metz.
17:11:56 20    BY MR. BEDNAR:
17:11:57 21         Q.   Dr. Hubbard, I just have a couple of
17:11:59 22    little kind of like cleanup questions to make
17:12:01 23    sure that I understood.
17:12:03 24              The exhibit that we just looked at
17:12:08 25    was your CV.  And I asked you about that list of
```

                                                    278

CONFIDENTIAL

17:12:11  1    speaking and consulting engagements since 2007.

17:12:13  2    Right?

17:12:14  3           A.    Yes, sir.

17:12:15  4           Q.    The one that Rio Tinto was in the

17:12:17  5    list.

17:12:18  6           Does that section of your CV list

17:12:21  7    all of your engagements since 2007?

17:12:26  8           A.    Unless I have missed something, they

17:12:28  9    should be in there, yes.

17:12:29  10          Q.    Okay.

17:12:31  11          A.    But again, engagements could be a

17:12:33  12   speaking.  It doesn't have to be expert witness.

17:12:36  13          Q.    Sure.  If there is a client that has

17:12:38  14   paid you for expert witness services since 2007,

17:12:41  15   it would be listed in that list?

17:12:43  16          A.    It would be in that list.  Unless I

17:12:46  17   have missed it, it should be in that list.

17:12:48  18          Q.    Okay.  Going back to something that

17:12:51  19   we discussed probably in the morning, I want to

17:12:54  20   make sure that I understood your answer.

17:12:55  21          Is it your opinion that the price of

17:13:00  22   $16.50 Australian, does that represent the value

17:13:06  23   of Riversdale with the control premium included

17:13:13  24   as of April 8, 2011?

17:13:15  25          A.    Well, it depends on your definition.

                                                           279

**CONFIDENTIAL**

17:13:19  1          Because that is above the

17:13:21  2     preexisting market price, it represents a

17:13:24  3     combination value.

17:13:26  4          If you are buying an asset to change

17:13:29  5     strategy, it requires control for you to do so.

17:13:33  6     So, in that sense I suppose you could say yes, it

17:13:35  7     includes a control premium.

17:13:37  8          But again, I'm not sure it is in the

17:13:39  9     sense that you are using the term.  I think that

17:13:42 10     any of that extra price is referring to

17:13:45 11     synergies, ability to change strategies from

17:13:47 12     controlling an assets, et cetera.

17:13:50 13          Q.   And I think I'm going to try to ask

17:13:52 14     it in a slightly different way because I think

17:13:54 15     there was something wrong with my question.  And

17:13:56 16     I may not be fixing it, but I will try to ask it

17:13:59 17     in a different way.

17:14:00 18          Is it your opinion that $16.50

17:14:05 19     Australian represents the value of Riversdale

17:14:08 20     plus the control premium?

17:14:09 21          That those two things combined

17:14:11 22     together equals the $16.50 share price?

17:14:15 23          A.   Well, I'm not sure what you mean by

17:14:17 24     value of Riversdale.

17:14:19 25          If you had met the standalone value

280

CONFIDENTIAL

```
17:14:22  1    of Riversdale, possibly.  I mean, if this were
17:14:26  2    Delaware, and we are talking about a corporate
17:14:29  3    valuation to separate a stand-alone versus gains
17:14:32  4    from a merge, what that is supposed to mean, I
17:14:35  5    suppose so.  But the question is not very clear
17:14:37  6    to me.
17:14:38  7         Q.    Okay.  And I also asked you a couple
17:14:42  8    of questions to just sort of understand the way
17:14:44  9    in which the staff that assisted you on the
17:14:48 10    report worked under your direction.
17:14:49 11              Did you always instruct your staff
17:14:57 12    what to do before they did work?
17:15:03 13         A.    Yes.
17:15:03 14         Q.    So, your staff did not do --
17:15:06 15              Did your staff do any work that the
17:15:09 16    attorneys asked them to do rather than work that
17:15:12 17    you asked them to do?
17:15:14 18         A.    Not to my knowledge and certainly
17:15:16 19    not from me, because I directed the individual
17:15:21 20    project.  I can't say if they have done something
17:15:23 21    I don't know, but not to my knowledge.
17:15:25 22         Q.    And are you aware --
17:15:27 23              Without divulging the contents, are
17:15:29 24    you aware of your staff communicating any
17:15:32 25    findings to the attorneys in this case without
```

281

CONFIDENTIAL

| | | |
|---|---|---|
| 17:15:36 | 1 | you involved in those communications? |
| 17:15:38 | 2 | A.    I can't imagine that that would |
| 17:15:44 | 3 | happen, because I directed them.  So, I'm asking |
| 17:15:47 | 4 | them for the findings. |
| 17:15:48 | 5 | If you are asking did they also tell |
| 17:15:50 | 6 | the attorneys before we finalized the report, |
| 17:15:52 | 7 | that I don't know.  But, I'm not really sure what |
| 17:15:55 | 8 | you are asking. |
| 17:15:55 | 9 | Q.    Okay.  So you are not aware of your |
| 17:15:58 | 10 | staff reporting on any findings, of any work that |
| 17:16:07 | 11 | was not done at your direction, right? |
| 17:16:09 | 12 | A.    Correct. |
| 17:16:10 | 13 | Q.    Okay.  Did your staff ever give you |
| 17:16:15 | 14 | recommendations on different directions to take |
| 17:16:21 | 15 | for the work in your report? |
| 17:16:22 | 16 | A.    I'm not sure what you mean by a |
| 17:16:27 | 17 | different direction. |
| 17:16:27 | 18 | My typical pattern is to block out |
| 17:16:30 | 19 | an outline and topics and approaches and talk it |
| 17:16:33 | 20 | through. |
| 17:16:34 | 21 | I don't recall anything like a |
| 17:16:35 | 22 | different direction -- |
| 17:16:41 | 23 | Q.    Okay.  And to make sure I understand |
| 17:16:43 | 24 | I will give you an example. |
| 17:16:44 | 25 | Did you conduct any analyses at the |

282

CONFIDENTIAL

17:16:48  1    suggestion of your staff?

17:16:51  2         A.    Not that I recall, no.

17:16:54  3         Q.    So, the -- for instance the

17:16:57  4    different progression analyses that were run as

17:16:59  5    part of your study, it was your idea to run those

17:17:03  6    analyses?

17:17:03  7         A.    Yes, because they came from

17:17:06  8    essentially my reading of Dr. Metz's deposition.

17:17:09  9         Q.    Okay.  The regression analyses that

17:17:14 10    were done as part of your written report, were

17:17:16 11    those all done at your direction?

17:17:18 12         A.    They were.

17:17:19 13         Q.    Okay.  Including the regression

17:17:22 14    analysis that was run on March 29th of 2011?

17:17:27 15         A.    Yes.  I think, actually there was

17:17:29 16    even a print run-up on it in the paper as having

17:17:40 17    watched.  So, yes.

17:17:41 18         Q.    Okay.  And then I'm sorry to return

17:18:03 19    to something I was just asking you about.

17:18:04 20              But, the issue of your opinion of

17:18:13 21    the $16.50 per share acquisition price.

17:18:18 22              Do you agree that that represents

17:18:20 23    the approximate fair market value of Riversdale

17:18:28 24    and the control premium that may or may not have

17:18:31 25    been paid?

283

**CONFIDENTIAL**

17:18:31  1          A.    That is a hard question, because I'm

17:18:33  2    not sure what you mean by fair market value.

17:18:35  3                So, there is the notion of a

17:18:38  4    stand-alone fair market value which it clearly

17:18:40  5    isn't.

17:18:40  6                So, basically Rio Tinto is thinking

17:18:43  7    that the asset is worth more than the market

17:18:47  8    price in its hand so it will pay more.

17:18:49  9                And so, in that sense it is adding

17:18:52  10   to the standalone control premium, if that is

17:18:55  11   your question.

17:18:55  12         Q.    Okay.  And in the context in which

17:19:05  13   you have just used it, what is the standalone

17:19:08  14   value?

17:19:08  15         A.    What is the standalone value?

17:19:13  16         Q.    I'm sorry.  What does that content

17:19:16  17   mean, just to define that term, not to say what

17:19:18  18   it is for Riversdale.

17:19:19  19         A.    In other words, a stand-alone value

17:19:21  20   would mean if a company were on its own, with its

17:19:24  21   own management and strategy, resources, that is

17:19:28  22   the fundamental value of the price.

17:19:41  23                MR. BEDNAR:  Okay.  Dr. Hubbard, I

17:19:42  24      don't have any further questions for you at

17:19:44  25      this time.

                                                            284

CONFIDENTIAL

| | | |
|---|---|---|
| 17:19:44 | 1 | If any of the attorneys for the |
| 17:19:46 | 2 | defendants ask you questions, I reserve any |
| 17:19:49 | 3 | time I have left in case there is a need for |
| 17:19:51 | 4 | follow-up. |
| 17:19:52 | 5 | But, I do thank you for your time |
| 17:19:53 | 6 | and your patience so far. |
| 17:19:55 | 7 | A.    Thank you, my pleasure. |
| 17:19:59 | 8 | MR. KIRSCH:  On behalf of Rio Tinto |
| 17:20:02 | 9 | we have no questions, thank you. |
| 17:20:07 | 10 | MR. CHEPIGA:  On behalf of |
| 17:20:09 | 11 | Mr. Elliot, this is Geoff Chepiga, we have no |
| 17:20:11 | 12 | questions. |
| 17:20:12 | 13 | Thank you, Dr. Hubbard. |
| 17:20:14 | 14 | MS. VALLETTE:  And on behalf of |
| 17:20:16 | 15 | Mr. Albanese, this is Jackie Vallette, we |
| 17:20:18 | 16 | also have no questions. |
| 17:20:20 | 17 | Thank you for your time today, |
| 17:20:21 | 18 | Dr. Hubbard. |
| 17:20:22 | 19 | THE WITNESS:  Thank you. |
| 17:20:24 | 20 | MR. BEDNAR:  Thank you, Dr. Hubbard. |
| 17:20:26 | 21 | We can go off the record. |
| 17:20:27 | 22 | MR. KIRSCH:  Thank you, Tom.  Thank |
| 17:20:29 | 23 | you Glen and Lori for your time and patience |
| 17:20:32 | 24 | today. |
| 17:20:32 | 25 | THE WITNESS:  Yes, thanks so much. |

285

CONFIDENTIAL

17:20:33  1          And sorry for all of the noise and the

17:20:35  2          drilling and the air con.  I apologize.

17:20:38  3                  THE VIDEOGRAPHER:  This marks the

17:20:40  4          end of the deposition of Dr. Glenn Hubbard.

17:20:42  5          We are going off the record at 5:20 eastern.

17:20:55  6              (Whereupon, signature not having been

         7      waived, the deposition suspended at 5:20 p.m.)

         8                      *   *   *

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

                                                          286

**CONFIDENTIAL**

```
 1              CERTIFICATE OF WITNESS

 2

 3    I, GLENN HUBBARD, PH.D.  declare that I have read

 4    the entire transcript of my deposition testimony,

 5    or the same has been read to me, and certify that

 6    it is a true, correct and complete transcript of

 7    my testimony given on June 26, 2020; save an

 8    except for changes and/or corrections, if any, as

 9    indicated by me on the attached Errata Sheet,

10    with the understanding that I offer these changes

11    and/or corrections as if still under oath.

12    _____ I have made corrections to my deposition.

13    _____ I have NOT made any changes to my

14         deposition.

15

16    Signed  _____

                 GLENN HUBBARD

17

18    Dated this ____ day of _____, 2020.

19

20

21

22

23

24

25

                                                 287
```

**CONFIDENTIAL**

```
 1                         ERRATA SHEET
 2    Deposition of:  GLENN HUBBARD, PH.D.
      Date taken:  June 26, 2020
 3    Case:  SEC vs. Rio Tinto PLC, et al.
      PAGE LINE
 4    ____ ____     CHANGE:  _____
                    REASON:  _____
 5
                    CHANGE:  _____
 6    ____ ____     REASON:  _____
 7    ____ ____     CHANGE:  _____
                    REASON:  _____
 8
                    CHANGE:  _____
 9    ____ ____     REASON:  _____
10    ____ ____     CHANGE:  _____
                    REASON:  _____
11
                    CHANGE:  _____
12    ____ ____     REASON:  _____
13    ____ ____     CHANGE:  _____
                    REASON:  _____
14
                    CHANGE:  _____
15    ____ ____     REASON:  _____
16    ____ ____     CHANGE:  _____
                    REASON:  _____
17
                    CHANGE:  _____
18    ____ ____     REASON:  _____
19    ____ ____     CHANGE:  _____
                    REASON:  _____
20
                    CHANGE:  _____
21    ____ ____     REASON:  _____
22    ____ ____     CHANGE:  _____
                    REASON:  _____
23
24
      SIGNATURE:_____DATE:_____
25              GLENN HUBBARD, PH.D.

                                                      288
```

```
 1              CERTIFICATE OF COURT REPORTER

 2    UNITED STATES OF AMERICA  )

 3    DISTRICT OF COLUMBIA      )

 4          I, LORI J. GOODIN, RPR, CLR, CRR, the

 5    reporter before whom the foregoing deposition was

 6    taken, do hereby certify that the witness whose

 7    testimony appears in the foregoing deposition was

 8    sworn by me; that the testimony of said witness

 9    was taken by me in machine shorthand and

10    thereafter transcribed by computer-aided

11    transcription; that said deposition is a true

12    record of the testimony given by said witness;

13    that I am neither counsel for, related to, nor

14    employed by any of the parties to the action in

15    which this deposition was taken; and, further,

16    that I am not a relative or employee of any

17    attorney or counsel employed by the parties

18    hereto, or financially or otherwise interested

19    in the outcome of this action.
                   June 26, 2020
20    Dated: _____

21

22    _____
          LORI J. GOODIN, RPR, CLR, CRR, RSA
23        Notary Public in and for the
          District of Columbia

24

25    My Commission expires:  May 14, 2021
```

289

CONFIDENTIAL

Glenn Hubbard,
6/26/2020

1

## A

**a.m** 2:16 10:2 60:17,18
94:13,14
**a/k/a** 166:11
**ability** 56:11 248:15 253:14
280:11
**able** 12:21 17:10 22:21
45:20 54:7 103:19 111:17
194:20 200:14 206:21
250:10 252:15
**abnormal** 36:25 37:18,19
108:11 218:3 220:9 226:12
238:10 245:23 246:14
256:20 257:16,20 258:7,21
**absence** 29:17 98:18 238:3
249:23 250:1
**absolutely** 19:12 21:1 79:1
**academic** 37:21 38:14 39:1
41:12 49:5,14 78:9 212:18
269:18,20 270:15
**accept** 118:8 119:3 121:17
240:15
**acceptance** 64:11
**accepting** 128:18
**access** 194:8
**accomplishing** 226:5
**account** 46:25 203:12
219:23 255:17
**accounting** 222:2
**accreted** 19:12,16 20:5,23
217:2
**accretion** 220:19,20
**accretive** 134:2,22 135:11
136:15
**accurate** 166:6
**achieve** 238:13
**acquire** 68:12 192:22
193:16
**acquired** 51:7 53:21 61:4
208:20
**acquirers** 208:4,6
**acquiring** 39:18 40:24 47:6
116:4 194:8 205:14 206:3
207:22 209:6 219:20
**acquisition** 19:12,15,25
20:2,23 51:12,18 54:11,17
55:21 58:11,15,16,20,21
58:24 59:2,17,20 60:24
61:1 63:22 66:3 133:25
134:2 135:10 192:18 199:1
207:13,23 255:2,16,20
266:6 283:21
**acquisitions** 20:5 41:2
203:5 207:11,21
**action** 22:2 136:9 251:10
254:15,18 255:1 273:16

**actions** 249:18
**activities** 147:20
**activity** 146:2
**actual** 35:20 68:22 78:16,18
174:18 211:1 222:1 265:17
266:6
**add** 18:25 86:4 160:5 163:5
219:25
**added** 18:20 19:2 23:6 31:11
31:15 159:19 166:17
199:18 215:16 264:21
**adding** 18:23 284:9
**addition** 47:21 109:13
124:20
**additional** 16:3 17:2 262:15
263:17,25 278:16
**address** 238:16
**addressed** 242:11
**addresses** 19:10
**adds** 218:10
**adjustment** 190:10
**Administration** 8:22 142:2
275:24
**Administration's** 142:16
**administrative** 70:3
**admit** 270:2
**ADR** 23:18 45:7,10 69:15
70:14 71:3,20 74:19 75:24
108:10,12 134:6 226:12
250:11 256:15 258:4
**ADRs** 23:23
**advance** 112:14
**advanced** 113:24 114:19
**advisory** 276:10
**affect** 34:22 98:19 99:7
103:10 104:16,18 127:10
146:14 182:18 195:6
232:20 248:15 263:23
264:1
**affirmative** 43:10
**Africa** 55:25
**agencies** 251:16 253:16
254:7
**agency** 7:22 110:2 252:11
254:13
**aggregate** 49:11
**ago** 150:23 151:5 211:22
**agree** 13:17 14:1 35:7 44:15
63:8 118:5 119:22 122:12
126:2 131:17 142:15,18
145:23 154:22 160:7 164:7
165:21,22,23,24,25 166:2
199:22 201:15 202:11
207:19 213:9 233:9 234:2
244:16,20 245:5 252:21
259:10 271:6 283:22

**agreed** 271:2,19
**agreement** 266:24
**agreements** 197:25
**ahead** 14:16 38:3 43:22
59:10 79:24 87:21 126:8
133:2 144:22 157:6 165:7
206:5 216:22 267:10,12
**air** 286:2
**akin** 139:20
**al** 10:9 288:3
**Albanese** 1:8 2:8 4:3 5:5
285:15
**Alcan** 58:15,20,21 59:1,20
60:23 61:5
**Alcoa** 93:15,20
**allegation** 152:2 227:2,11
**allegations** 227:9
**alleges** 136:8
**allows** 13:15
**alluded** 98:16
**alludes** 164:8
**Alon** 49:5,16
**alternative** 78:19
**Altes** 256:2
**altogether** 27:2
**aluminum** 88:9,10,11,13,15
88:22 89:9
**amazing** 215:5
**Amazon** 277:10,13
**AMELIA** 3:11
**AMERICA** 289:2
**Americas** 4:19
**amount** 218:6 230:5 233:10
234:3
**amounts** 265:14
**analogues** 175:9
**analyses** 89:9 91:5 160:16
263:20,25 278:10 282:25
283:4,6,9
**analysis** 5:6,7 16:23 25:8
26:22,25 27:9 45:7 48:2,4
63:9,20 68:11 72:4 73:14
74:6,8 86:25 100:23
102:14 105:3,11 106:3
125:19 126:13 128:10
136:19 138:20,22 139:1,24
140:6,13,24 155:14 163:19
168:25 170:6,24 172:12
186:23 190:15,16 209:11
219:16 242:6 243:23
251:24 252:10 256:2
258:16 259:6 262:22
264:16 283:14
**analyst** 46:14,15 48:22 49:1
49:9,9,12,25 68:2 198:13
200:5 215:12 224:6,6

225:8,19 227:20 266:4
267:21 268:18 271:21
**analyst's** 193:14 200:4
**analysts** 31:5 46:11,20 48:1
48:16 49:2,6 50:13 67:8,22
186:20 201:7 224:19 225:3
259:3 266:19 267:23
269:15
**analysts'** 7:7 46:1 47:7,10
49:20 59:24 222:24 223:2
225:23 226:1 258:16 259:3
259:6 267:17 268:3 271:7
271:20
**analytical** 243:20 278:13
**analyze** 20:12,13 62:2,21
64:17 66:2 69:15 113:12
141:8 168:9 175:22 189:18
244:14 253:18
**analyzed** 19:19 66:7 124:1
236:25 242:17 244:5,8
**analyzing** 30:14 133:24
**AND-** 4:10
**and/or** 287:8,11
**Andrade** 205:6
**ANDREW** 3:8
**AngloAmerican** 8:6 159:16
159:19 160:9,12,16 161:2
161:5,24 163:5,16 169:2
169:4,14 170:7,15 172:3
172:13 173:16 174:10,12
176:13,25 177:4,19 178:6
179:2,23 183:19
**AngloAmerican's** 170:20
171:18 176:4 179:15
**announce** 252:16
**announced** 117:11 124:17
251:1,10,23 252:20 255:2
**announcement** 33:24 73:18
73:23 74:11,20 248:9
252:14 253:20
**announcing** 252:24 253:3
**annual** 8:3,5,6 100:24 101:3
130:6 145:11 156:23
158:13,17 166:5 171:10,14
171:19 174:3 176:4,11
181:8 185:2 188:5 189:23
**answer** 15:22 17:24 22:9
23:1,18,24 24:3 27:4 30:11
33:16 34:7,8 37:11 38:2
39:6 43:9,20,24 44:25
49:21 53:24 56:7 57:17
59:6,10 63:18 67:20 68:22
72:1,10,22,22 73:3 75:21
78:22 86:4 87:21,23 91:20
92:20 105:17 106:6 107:1
127:22 128:6,23 129:3

132:13 135:12 140:4
149:15 153:19 156:13,20
161:8,10,16 164:23 170:25
171:25 172:24 173:11,14
174:3,18 184:23 185:5
187:3,4 188:2 189:24
196:12 197:1 199:6 206:5
206:6,8 207:17 211:15
219:15 220:18,20 231:12
247:19 248:2 249:5 259:14
264:9 266:10,17 273:11
275:3 279:20
answered 101:2 104:5 183:3
206:7 216:21
answers 13:14 155:24
162:18 220:23 259:17
anticipate 224:4,17
anybody 18:9 50:17
anytime 277:1
anyway 47:8 78:23 99:23
214:10
apologies 59:14
apologize 17:25 84:20
152:18 286:2
appear 81:5 188:18
appears 11:12 142:15
152:19
appendices 15:16 36:22
187:16,19 190:6 194:24
265:15 266:9
appendix 7:4,6 25:19,22,23
25:25 28:6 61:16 62:4 74:8
171:9 201:12 224:6 225:22
226:3 266:5,7 267:3,9,13
271:9 275:13
application 67:3
applied 39:1 178:15 179:9
202:13,16
applies 233:6
apply 12:10 202:20 238:18
243:17
applying 38:9 269:3
appreciate 159:2
approach 33:20,21 229:14
approaches 282:19
appropriate 19:5 83:20
84:16 138:1 154:20 155:18
approval 224:12
approved 114:3
approximate 231:2 283:23
approximately 272:16
APR 76:15
April 24:10,16 65:24 66:23
67:13 68:4 69:9 89:5
107:11 108:12,14,23
109:15,16 110:3 116:15

117:3,7,8,17 118:2,3,7,11
118:13,23 119:8,10,15,22
119:24 120:6,11 121:1,20
123:8,19 124:8,17,23
125:7,11 126:14 127:8
128:11 134:1,10 137:14
138:21 141:17 143:5,5,10
143:12,17,17 192:18,22,25
193:15,25 197:12 198:14
199:23 200:18 212:20
213:19 220:5 254:21
255:18 279:24
arbitrage 32:13
areas 148:18,18
arguably 20:11 238:21
argue 204:15
argument 20:21 57:13 65:6
65:6 70:21 92:22 101:6
105:25 128:18 148:21
274:12
arguments 100:9
art 231:8 244:25
article 7:15,17,18,19,20,22
7:24 8:8,10 110:2,8,9,10
110:19 111:17,18 112:8
113:3,9 114:9,15 115:15
115:19 116:9,11 117:10,18
117:25 119:1,8 120:16
122:20 194:23 197:12,16
articles 62:9,20 113:3
124:10 141:21 194:20,24
195:3,7 197:2 201:3,12
206:1
ascertain 49:19 84:15
132:17 219:6 228:9 229:8
258:19
ascertaining 119:18 223:2
254:15 267:16
aside 101:23
asked 24:19,22 25:13 33:15
57:6 60:5,22 71:12 95:11
95:12 100:2 128:6 175:22
184:16,22 187:2,3 193:11
196:25 216:20 242:9
247:18 259:13 273:18
275:1,4 278:25 281:7,16
281:17
asking 30:10 33:11 45:19
56:15 63:4,5 64:2 65:10,14
71:18,19 78:25 86:8 90:4
91:9 96:19 118:10 125:19
132:25 134:15 139:5,7,23
140:21 150:6 153:8 161:3
161:4,5,12 162:17,24
163:13 165:24 172:17
179:20 185:23 191:16

201:20 216:17 225:12,16
227:12,13 230:25 238:4
242:20 246:2 247:11 252:1
273:16 274:16,24 282:3,5
282:8 283:19
asks 89:16
aspect 64:16 254:5
aspects 64:24
Aspit's 205:8
assertion 46:6 117:6 120:4
120:7 122:3 124:7,9 125:2
126:20 129:5 132:19 148:3
asserts 66:23
assess 138:12 152:6
assessing 137:24 212:19
269:4
assessment 270:19
asset 60:4 204:4 205:1
207:7 217:16,23 221:1,8
222:5 224:8 253:4 280:4
284:7
assets 134:1,4 206:23 208:6
223:22 280:12
assigned 270:23 271:6,19
assignment 21:6
assigns 267:20
assisted 281:9
associated 37:17 40:8
206:18 209:25 223:10
233:4
assume 20:20 29:4 75:18
111:13 127:8 161:23
191:21 245:18
assumed 213:18 215:3
assuming 260:5
assumption 121:18 132:10
161:13
assumptions 25:9 53:6
132:23
astonished 137:3
attach 37:4
attached 287:9
attempt 50:23 52:3 68:12
attention 109:12
attorney 11:19
attorneys 137:6 267:15
281:16,25 282:6 285:1
attributed 258:15
audio 94:19 102:21
August 253:23 256:16,20
257:16 258:4
Australia 55:16,23 56:12,17
57:20 117:23 120:13
197:20
Australian 56:18,22 57:10
57:16 58:2 118:11 208:22

279:22 280:19
author 150:20
authored 39:14
authority 98:5
authors 49:15
available 24:5 157:6 254:2
261:12 266:19
Avenue 3:18 4:19
average 147:23 207:10
208:24 209:23 210:10,16
210:20 211:11,18
AVI 3:21
award 178:7 180:18
awards 181:22
aware 60:6 61:3 72:10 75:22
95:1 170:17 281:22,24
282:9
aweitzman@gibsondunn...
3:22

B

B 7:4 25:22,23,25 28:6 93:1
171:9 201:12 212:10
B8 225:23
back 15:17 22:16,22 28:15
40:20 41:22 42:5 54:25
57:16 60:19 73:21 74:1,15
76:3 79:14 94:15 100:1
102:2 109:3,8 110:24
111:3,10,14 116:13 119:14
119:20 120:2 122:23
133:11 148:20 149:16
150:1 154:9 155:7 157:7
159:11 164:14 167:2
168:13 183:9 186:5 192:14
202:24 205:2,8 213:24
218:25 219:3 235:8 248:18
257:11 265:22 275:25
276:22 278:5 279:18
background 30:17 99:16
158:12
backup 64:20 65:25 67:11
69:18,19 70:21 71:1,13
72:5 73:14 74:9 75:14
105:20 112:11 140:10
187:14 240:11
baffled 135:19
baked 218:20
Bancorp 183:9
barely 40:17 204:25
barge 224:21 225:9,21
barging 224:13
Barrick 115:11 189:13,13,18
190:18 192:2
based 21:25 97:4 100:23
121:15 128:17 153:7,22

178:23 179:3 180:18
269:11 270:5
**basic** 11:22 14:18 29:6
99:13 228:5 239:9 240:12
240:14
**basically** 219:8 276:17
284:6
**basing** 270:3
**basis** 119:18 126:16 128:14
135:22 136:3,6 148:2
168:5 219:25 227:14
244:10 251:9,13 255:11,15
268:17
**bearing** 220:21
**Bednar** 3:9 6:6 11:8,17,19
13:25 14:3,14,24 18:1
21:24 24:13,21 25:17
29:25 30:1 35:20 38:7
39:12 43:12,19 44:14 45:5
48:11,13,14 51:15 53:9
56:24 59:15 60:12,21
63:19 68:23 70:11,12,24
72:15 74:3 75:8,13 80:6
84:23 85:16 88:4 90:1,18
94:6,17 96:11 99:25
102:13 103:19 104:2,7
108:24 109:10 110:6,17
112:1,4 114:13 115:23
117:14 118:20 119:13
120:21 123:24 128:7
129:21 130:4 133:2,15
136:2 137:23 138:9 141:24
144:2 146:22 152:22,24
153:2 155:2 158:23 159:2
159:6,14 161:19 162:23
165:12 170:5 176:1,18,20
178:24 179:12 181:6 184:4
184:19 186:12,22 188:9,24
189:4 192:7,16 193:13,21
195:11 196:20 197:10
198:11 199:7 200:10,24
206:16 208:10 211:7 212:4
213:6 217:13 220:24 225:7
225:14 230:6,8 233:2
234:23 235:10 237:3,6
240:19 241:8,18,25 243:3
244:7 246:3 247:1,12,21
249:22 255:10 267:8
270:18 275:1,2,11 277:19
278:7,20 284:23 285:20
**bednart@sec.gov** 3:13
**Beers** 173:16
**began** 201:16
**beginning** 2:16 202:17,24
223:18 229:15 271:25
**begins** 10:5

**behalf** 2:15 3:3,16 4:3,17
208:13 272:23 273:2,13,21
285:8,10,14
**beholder** 73:10
**belief** 66:21 204:12
**believe** 31:16 34:20 44:12
45:12 49:16 52:11 55:12
55:12 61:6,7 62:8 64:19,21
67:7 68:18 72:19 74:13
93:8,16 95:9 121:12 128:9
154:18,19 178:1 186:9
198:19 211:23 212:25
217:10 219:9 225:23
**believed** 66:19 134:3
**belt** 228:20
**benchmark** 116:1 158:5
175:2
**beneficial** 19:6
**beneficiary** 148:15
**benefit** 261:25
**benefits** 39:16 57:2,4,5,8
203:21 204:1,4
**best** 78:21 79:12 154:18,23
155:4 185:4 269:23 277:23
**beta** 139:21
**better** 67:18 79:1 94:19
155:16 156:3 186:10 196:4
196:24
**beyond** 26:3 31:12 238:20
265:3
**BHP** 77:18,25 78:14 90:20
149:12 182:19,19 183:19
**BHP's** 181:21
**bid** 62:11,22 63:7,13 64:3
68:18 69:1 118:25 119:3
196:1 233:18 235:15 236:2
236:16 237:22 266:6
**bid-ask** 31:24 32:2,7 229:17
230:25 233:16 235:14,23
236:13,19,20
**big** 23:5 52:1 93:13 97:25
218:15 221:3
**bigger** 218:18
**billion** 119:3 214:8 218:5
252:17,20,24 253:4
**Billiton** 8:3 149:12 181:9
**Billiton's** 181:21
**binder** 15:5
**binders** 12:15 13:3 181:15
**bit** 36:5 154:11 158:24
**blend** 123:12
**block** 271:25 282:18
**Bloomberg** 28:8,10,23 29:2
**blue** 80:8
**bolster** 16:25 253:1
**bond** 8:12,13 226:13,23

227:4,16 228:11 229:22
230:1,9 231:5,15 233:10
234:20 235:12 236:2,8,16
236:25 237:9,10,18,21
238:3,8 239:20 240:24
241:3,14 242:4,7,19,21
243:8,21 244:21 246:10
247:3 248:11,16 253:23
**bondholders** 248:17
**bonds** 226:7 227:17,23
228:13,15,19,21,23,25
229:5,9,19 230:11,14
231:19 234:4,7,14 236:22
238:19 239:4,11 240:7
242:16 243:25 244:10,14
244:16,20 245:8,14 247:8
247:15 248:13,20,25 249:8
250:3 253:6,9
**bonus** 199:19
**boom** 119:16
**boost** 119:16
**boosting** 114:2
**borne** 253:11
**bother** 62:17
**bottom** 40:7 103:3 116:19
176:21 178:5 197:22
209:19
**bought** 231:18
**bounce** 235:14,16,22
236:13,20
**bouncing** 235:23
**BOUND** 9:13
**box** 145:16 198:24
**boxing** 167:8
**boy** 44:8
**Brav** 49:5,16
**Brazilian** 198:6
**break** 13:5 59:9 60:7,13 94:9
94:19 134:22 158:9 159:5
192:6,7 234:24
**breakdown** 253:3
**breaking** 80:22 82:14 94:1
94:25
**breaks** 136:15
**Brent** 142:4,21,23 143:13
147:22 148:3
**BRESETTE** 3:11
**bresettea@sec.gov** 3:14
**briefly** 180:9
**bright** 184:23
**bring** 26:9
**broke** 91:2
**broken** 135:11
**built** 263:20 275:23
**bullet** 109:24 110:20 111:15
114:6 115:18

**Bulletin** 7:21 109:13 116:15
116:24 120:16 121:9,15
122:2 124:21
**business** 46:17 79:9,21
88:11 92:9 95:19 97:4,6
169:8 178:3,23 191:3,15
197:20
**businesses** 100:10 106:20
172:6 174:17 175:18
191:23
**button** 142:9
**buy** 47:11 153:7 198:25
199:25 217:7
**buyer** 204:13
**buying** 153:16 154:1 200:16
217:2 280:4
**buys** 153:13

**C**

**C** 3:1 4:1 5:1 37:1 38:20
214:17 216:5 219:7,19
**C.8** 7:6 267:3,5,9 271:9,12
**C2** 266:5,7
**calculate** 214:2 239:21
240:2
**calculation** 209:12 212:12
218:14
**calculations** 209:9
**California** 1:24 2:19 289:24
**call** 14:10 52:4 150:15
214:20
**call-in** 99:17
**called** 11:4 18:8 214:7
230:12,16 261:17
**calls** 68:7 81:12
**Cameco** 166:11,17
**CAMPOAMOR-SANCHEZ**
3:10
**campoamorsanchezf@se...**
3:13
**Canadian** 160:3
**CANJELS** 3:10
**cap** 28:15 80:16 228:17
**capital** 28:22 53:5
**capture** 78:16 205:14 206:3
207:22
**captured** 62:19 204:17,21
207:13 226:3 240:8 262:7
262:16
**capturing** 78:1
**car** 84:4
**care** 67:19 72:2,3 73:12
**career** 272:18 275:19
**carries** 209:19
**carry** 158:8
**carrying** 61:17

case 1:7 2:7 10:11 21:3 24:9
    24:15 25:8 27:11 62:15
    67:10 89:11 90:6,7 91:17
    95:9 98:14 102:11 134:17
    135:24 136:7,25 137:8
    141:12 145:23 152:9
    154:13 157:15 201:7
    205:18,21,23 208:12 240:4
    250:10 253:10 261:2
    264:20 266:14,18 268:24
    272:14 273:5 274:11 276:5
    276:13,14 277:7 281:25
    285:3 288:3
cases 19:18 32:21 266:23
    272:20 273:4
cash 25:8 130:17 131:20
    138:7 146:6 222:13 223:23
    248:7 252:5 253:2 255:21
    255:22
catalogued 265:4
categorization 170:10
category 276:17
causation 150:15
caused 36:17 224:3
causing 224:16
caveat 37:8
CEOs 269:9
certain 11:25 33:23 95:24
    107:12 154:15 226:7
certainly 13:13 14:1 15:21
    20:3 25:3 26:14 27:9 28:23
    35:10,11 37:15 40:19
    41:24 42:19 47:13 50:15
    56:5 63:24 68:20 73:10
    80:17 88:17,19 89:2 91:15
    93:22 100:7 112:10,12
    115:17 116:12 118:7,16
    121:8 138:15 141:5 146:1
    148:13 151:5 157:18 170:3
    170:10 184:25 190:24
    194:11 200:22 211:3 221:6
    223:12 232:24 236:11
    240:18 253:1 259:21
    265:22 270:2 273:9 274:21
    281:18
CERTIFICATE 287:1 289:1
Certified 289:4
certify 287:5 289:5,15
cetera 280:12
challenge 228:1,3
chance 12:3 112:6 214:5
chances 114:2
change 68:24 76:22 127:17
    131:21 132:5 144:13
    153:12 203:9 206:18 213:2
    226:21 247:16 248:24

249:8 250:3,5 251:3,18
    253:16 268:5 269:6,15,18
    269:22 270:13,22 271:7,20
    275:3 280:4,11 288:4,5,7,8
    288:10,11,13,14,16,17,19
    288:20,22
changed 17:1 128:11
    143:18 153:18 154:7
    159:21 200:5 223:5 268:18
changes 106:24 144:4
    151:16 221:3 224:8 247:3
    247:15 249:2 263:23
    267:24,25 287:8,10,13
changing 151:11 167:9
    203:22,23
characteristics 171:4
characterize 81:18
charitable 218:13
chart 185:14
chatting 165:4
check 24:7 28:15 74:15 95:9
    103:20 118:9 119:20 120:8
    120:10,12 141:15 156:5
    257:5,6 263:15
checked 149:7 166:24
checks 156:7
Chepiga 4:22 285:10,11
cherry 162:17 266:21
China 120:23
Chinese 121:12
choice 16:16 34:9 242:14
choices 188:1
choose 156:21
chosen 244:9
chunk 52:2
circumstances 30:7 207:16
    221:8,14 222:10,12
citation 112:6
cite 52:12 109:21 110:1
    111:16 116:20 117:2
    120:16 124:10 201:1
cited 29:2 62:20 109:14
    110:19 122:1 124:21
    194:23 197:16 201:12
cites 111:16,16 114:7
citing 117:19
City 159:9
claim 26:16 75:16
claims 108:7 216:15
clarification 76:9
clarified 59:16 74:5
clarify 17:12,14 138:8
clarifying 76:8
class 228:16 273:16,22
    274:9,12,13,17,20,25
    275:4

classes 274:7
classification 81:13
classifications 83:4
classify 76:23
cleanup 278:22
clear 21:19 42:3 63:4 129:9
    156:13 206:12 242:13
    250:21 274:16 281:5
clearly 84:22 177:22 212:14
    257:9 284:4
client 279:13
clinched 113:25 114:20
clone 184:11
close 73:6,9 78:9 85:10 86:6
    86:9 89:17,18,21 173:4
    183:1 211:20
closely 269:2
CLR 1:24 2:19 289:23
coal 51:14 52:9,13,19 91:23
    92:3,4,6,8,10,15,18 119:5
    170:17,20 171:20 185:9
    194:9,15 198:5 224:22
    225:9,21
coauthor 40:24 49:17
code 81:17,19,22 82:2,9,16
codes 81:8,9,10 82:13,18
    83:1,5,7,8,14 97:1,3,7,13
    97:20,21 98:7
coefficient 219:10
coke 103:7
coking 198:5
colloquial 245:1
colors 81:3
Columbia 276:17 289:3
column 37:1,2 38:20,23
    80:7 180:13 212:10 214:14
    214:17 216:5,5 219:7,19
combination 204:10 280:3
combined 184:3 280:21
come 15:23 16:1,8 17:2,15
    17:19 22:12 23:12 46:2
    52:20 53:11,20 54:9 58:19
    58:24 59:18 67:25 81:7
    99:12 111:10 118:12 125:5
    171:6 193:14 196:21 219:3
    223:21 233:15
comes 32:21 89:15 120:1
    121:7 148:7 185:23 205:1
comfort 173:11
Cominco 177:4 182:7
coming 84:21 129:21
    218:23
comment 64:23 70:20
    265:23 267:23 272:3
commentary 59:24 68:3
    223:4 225:24 226:1 258:16

259:3,6 267:24 271:8,12
    271:23
commented 64:19 69:20
    224:19
commercial 276:24
Commission 1:4 2:4 3:4
    10:8 11:20 289:25
committee 254:13
commodities 55:10 99:6,9
    103:9 104:16 264:21
commodities' 141:16
commodity 25:10 53:7
    96:20 99:7 103:14 125:6
    130:23 132:5,10 147:16
    150:8
common 40:13 96:4 98:4
    142:23
communicating 281:24
communications 282:1
companies 17:21 18:20
    77:3,6,12,14,19 79:4,8,9
    79:20 80:10,13,20,25
    81:16,18 82:19 83:21
    84:12 86:14 87:23,24
    88:15,23 90:8,22,23 91:3
    91:23 92:5,7,8,17 93:2,6
    93:11,13 95:12,21 97:16
    98:16,19 102:3 106:5
    148:11,23 149:3 154:1,16
    157:3 160:6 162:18 163:1
    164:5,12 165:17 166:7
    167:21,22 168:1,22 169:9
    171:14 173:17 174:11,20
    175:6 177:13,13 178:12
    182:14 183:2,5 184:10
    188:18 190:5,22 191:9,12
    191:18,21 193:8 194:4
    209:24
companies' 172:5
company 18:16,17,21 35:15
    51:13 52:8 54:23 70:15
    77:4 82:1,3,13 84:4,5
    86:16 88:12 89:8,19,20,22
    90:11,24 91:4,8,8,10 93:13
    94:3 95:2 96:18 97:5,10
    101:6,7 103:12 105:13
    124:5 125:14 145:24
    152:19,25 155:17 158:4
    160:4 163:22,24 164:2,24
    167:1,20 170:4 171:6
    173:8 175:13,22 186:6,15
    186:19 187:4 189:14
    190:19,20 191:1,11,23
    198:2 203:8 205:5 206:22
    207:9 214:7 215:4 217:7
    253:2,5 256:22 263:7,20

274:1 277:3 284:20
**company's** 47:18 48:17
93:23 97:6 143:25 144:3,4
173:12 184:25 187:8,25
221:2,9,18 222:6 247:14
248:25 249:8 250:3 253:14
**comparability** 82:23 86:25
88:7 182:19 190:4
**comparable** 37:5 84:12,14
90:12 97:18 154:16 155:9
161:6 164:3 168:7 170:1,7
183:2 186:4,7 187:12,21
189:19
**comparables** 90:16 92:21
**comparator** 18:3 89:8 90:24
93:18,22 95:6 159:16
160:11,15,19,24 161:25
165:19 166:16 167:20
169:4 170:21 173:8 174:13
174:21 175:14 177:7,12,18
177:19,25 178:12,16 179:5
179:16,16,25 180:2,7,24
181:24 182:13 183:24,25
184:20 185:12,19 186:15
186:25 188:14,16 189:7,14
189:20 190:21 191:17
256:22 263:7
**comparators** 35:20 77:21
78:3,10,17,18 90:25 91:6,9
91:13 93:21 157:1 164:12
166:8 168:23 169:8 171:15
179:4 183:18 185:8 187:12
187:22 191:5
**compare** 79:22 84:4 162:1
211:1,9,11,17
**compared** 77:4 91:25
146:11
**comparing** 106:15 171:22
**comparison** 100:20 179:15
191:25
**comparisons** 211:12
**compensation** 167:23
175:10,16 178:22
**competition** 174:22 175:3
**competitor** 70:15 177:6,13
**competitors** 173:13 175:15
177:1,5 191:12
**compiled** 162:25 177:24
180:6 216:18 266:7
**compiles** 175:14
**complained** 167:10
**complaining** 269:24
**complaint** 136:8
**complete** 183:15 287:6
**completion** 223:23 252:17
**complicated** 141:4

**complied** 266:9
**component** 55:17
**components** 140:20 149:9
250:19
**composed** 274:18,21
**composition** 79:14
**comprised** 80:24
**comps** 164:3
**computer** 103:21
**con** 286:2
**concentrated** 56:17
**concept** 32:1 153:10 213:20
**concern** 18:6 160:22 164:15
164:19 259:16
**concerned** 23:4
**concerns** 16:20,22 17:23
115:2
**concessions** 193:7,17,20
195:1
**conclude** 31:8 45:21 131:23
134:1 258:7
**concluded** 32:4 67:5 101:10
223:9 225:9
**concludes** 210:9
**conclusion** 17:1 21:25 33:4
33:10 41:13,23 42:2 44:4
44:17 45:8 46:3 65:11
76:13 100:25 101:3 138:11
171:5,6 187:7,25 195:6
200:15 250:11,21 259:23
260:6,13,19
**conclusions** 101:14,20
190:3
**conclusive** 256:14 258:3,8
258:22,24 259:7,11,19,21
260:9
**condition** 194:16 251:25
253:22
**conditions** 188:15
**conduct** 25:5 84:16 282:25
**conducted** 10:18 24:9,15
226:6 227:4 278:11
**conducting** 29:7 30:12 33:3
33:14,19 35:5,8 82:11,19
85:1 106:10 138:25 157:14
194:12 227:15 228:6
**confidence** 38:5 43:7,7 45:1
233:17
**CONFIDENTIAL** 1:13
**conflated** 203:11
**conflict** 209:11
**confounding** 108:7 112:21
**confused** 216:24,25
**confuses** 216:11
**connection** 94:24 116:7,19
204:1

**consensus** 49:20 50:4,6,12
50:16,18,21
**consider** 33:1 57:19 61:10
91:5,12 108:13 131:12
132:7,18,20 163:14 170:19
173:22 183:2 254:7,14
**consideration** 32:17,25
82:12,18 164:4 173:25
174:9 255:17
**considered** 7:5 26:1 61:12
129:1 144:19 171:1,8,21
171:23 172:3 173:15,21
189:6 195:2,5 226:2
255:13
**considering** 57:25
**considers** 164:2 186:15
**constant** 208:2
**constituents** 141:10 180:20
**constructed** 18:7 157:6
229:1
**constructing** 90:2
**construction** 22:25 159:11
**consulting** 276:10 277:11
279:1
**consumer** 146:18,19
**contain** 12:16 97:13
**contained** 119:23
**contains** 79:17
**contemporary** 59:22
**contend** 107:11,14
**content** 64:1 284:16
**contention** 137:13
**contents** 281:23
**context** 17:18 31:21 32:6,16
50:22 67:21 82:6 84:1
112:19 115:9 150:25 151:9
151:14 153:3 163:5 165:6
193:20 203:4 204:8 210:4
229:22,25 230:9 233:13
261:2,4 284:12
**continue** 235:11
**CONTINUED** 8:1 9:1
**contract** 128:21 196:4,24
211:1 275:22
**contracts** 126:12 127:18,24
128:13,17,19,22,25 194:15
**contradict** 196:22
**control** 39:17 41:7 65:6,13
65:21,23 66:11,15,19 67:6
67:16 68:1,8 112:23
192:22 193:1,6,16 199:18
199:24 200:16 203:2,5,10
203:15,18,20,22 204:1,2,4
206:17 207:2,9,19 209:6
209:12,23 210:16,18 211:9
212:20 213:1,2,19,21

214:6,7,10,19,23,24
215:21 216:6,8,13,19
217:6,15,18,23,24 218:4,6
218:9,12 219:11,16 220:2
220:4 279:23 280:5,7,20
283:24 284:10
**controlling** 208:21 220:3
280:12
**controversial** 104:10
**convention** 39:1 40:12
**conversation** 122:24
**convert** 216:15
**converting** 212:24 215:17
217:20
**converts** 219:14
**copies** 12:13
**copper** 86:19 95:14,15,24
101:19,21 115:5 116:2
149:19,21 150:4 185:9,15
185:17,17 186:1
**copy** 11:24 39:22 108:3
133:17 142:11
**core** 77:8 79:4
**Corner** 10:19
**corollary** 27:5
**corporate** 228:15 231:5,15
233:10 249:19 281:2
**corporation** 56:23
**correct** 15:11 19:1 26:22
34:5,11,12 36:14 37:2,16
37:19 38:18,20,21,24
41:16 42:24 44:19 54:18
57:3,8 61:21,25 64:8,11,25
69:10,14 72:17 73:8 76:15
76:16 80:11 83:22,24
102:6,8 110:13 111:2,4
116:8 117:4 118:13 119:10
119:11 121:5,21,24 122:15
122:16,21 137:16 141:13
143:11 150:18 166:25
168:24 169:14 177:5
192:23 194:5 198:21 200:1
202:18,19 203:17 210:15
210:20 213:8,14,16 220:14
233:21,24 235:17 236:17
240:9 241:4,14,21,22
242:4 249:10 251:4,5,12
252:10 253:24 254:9,20
256:23 257:2 261:20
263:17 264:25 282:12
287:6
**corrected** 177:15
**corrections** 287:8,11,12
**correctly** 37:3,6 41:9 103:15
103:16 104:6 114:4 115:4
119:6 131:2,10 134:7

146:12 147:25 209:3
**correlate** 97:7
**correlated** 35:16 102:17
105:4,9,12 106:24 139:19
140:19 191:24
**correlation** 104:25 106:4,12
107:6 139:13,17 150:13,17
**correlations** 84:7 178:2
**correspondingly** 238:12
**corroborating** 156:17,19
157:23
**cost** 31:25 32:8,9,11 219:19
233:19,22 252:17,20
**costs** 25:10 146:7,9 147:21
229:17 231:24 232:11,18
233:4 234:5 237:9 243:15
252:25
**counsel** 10:20 12:4,7 13:15
13:17,18 14:4 289:16
**counterpoint** 71:17
**countries** 56:3,5,5 130:24
203:19
**country** 117:21
**coup** 220:7
**couple** 51:11 60:23,24
150:23 180:10 269:24
273:3 278:21 281:7
**course** 14:3,20 18:8 25:1
47:7 49:9,12 50:24 51:10
51:20 61:8 124:1 137:10
197:3 199:5 204:10 235:2
242:10 262:11 264:3
266:24
**courses** 172:21
**court** 1:1 2:1 10:10,16,22,23
19:9 20:15 21:9 22:11
32:21 39:7 46:13 65:4,17
135:8 136:13 220:14
272:14 289:1
**courts** 31:1,23 32:19 43:8
**covariance** 139:13,17,21
**cover** 60:25 176:3 188:11
203:15 204:25
**coverage** 58:19,25 59:18
157:22 193:15,15 194:13
224:12 227:21 266:3,4,5
**covered** 149:14 181:25
182:3 263:9
**Covid-19** 249:20
**crazy** 213:5,11 214:13,16
**create** 36:15 215:14
**created** 36:17,17 195:15
216:2,3
**credit** 226:21 250:24 251:4
251:7,8,22 252:3,7 253:20
255:18

**criteria** 244:13
**critical** 252:2
**criticism** 166:22 263:13
**criticize** 18:10 169:12
**criticizing** 85:20
**critique** 23:20 104:9 107:9
107:13 155:20 168:11
**crossed** 244:11
**CRR** 1:24 2:19 289:23
**crude** 142:23 143:13 147:22
148:3
**crush** 12:20
**CRUTCHER** 3:17
**CSN** 193:7,17,23 194:3,15
194:16,25 196:23 197:23
197:23,24 199:25 200:17
**CSR** 1:24 2:19 289:24
**currencies** 130:24 131:24
**current** 127:24 153:7,23
206:22 207:8
**currently** 144:1 273:3,23
**CUSIP** 241:13
**customer** 231:18
**customers** 47:1,2 233:23,25
237:12
**cut** 17:13 158:11 161:21
194:2
**cutoff** 40:15
**CV** 7:3 275:12 276:9 278:25
279:6

---

**D**

**D** 37:2 38:23
**D.C** 2:16 3:5 10:1
**daily** 7:24 32:20 198:14
232:9,13,21 234:5 238:1
239:17,22 240:2 246:22
**Darius** 39:14
**data** 18:6 22:18 23:18 24:2,5
24:6 28:7,10,13,14,24 29:2
32:23 47:8 75:17 80:15
104:22 107:2 111:11,14
265:15
**database** 201:11
**databases** 201:5
**date** 10:12 62:22 70:9 73:18
118:1,2,11 119:18 120:25
121:4 134:18 140:5 154:13
201:18 254:25 263:11
288:2,24
**dated** 61:21 117:17 118:23
197:12 198:14 287:18
289:21
**dates** 22:23 33:24 34:4
69:18,22 70:1,3 73:23
74:11,20 210:1 226:24

**DAVID** 3:21
**day** 4:4,11 29:9 45:9 64:10
69:4 76:5,5 104:12 107:12
108:17 111:1 119:25
131:21 134:6 143:12
172:18 200:1 227:2,5
229:15 238:11 239:8,15
240:13 242:7 245:14
248:22 249:6 259:1 268:4
270:25 271:3 287:18
**days** 29:13 64:21 65:7 67:12
76:4 227:10 229:2 239:12
245:8,9,19,23 246:7,11,13
246:14,20 247:16
**de** 82:24 173:16 220:8
**deadline** 69:9,12
**deal** 23:5 53:5 195:25
205:11,11,12 206:9,9,10
**dealer** 233:13,14,17,20,24
237:12
**dealers** 233:11 237:9
**dealing** 35:14 243:16
**deals** 206:15
**debt** 252:5 253:12,14
**decade** 205:2
**December** 208:25
**decide** 136:13 137:12
**decided** 178:22
**decision** 153:18,22 156:25
173:12 254:8
**declare** 287:3
**decrease** 58:2,6,7 144:16
**deem** 163:2
**defendant** 4:3,17 5:4,5
195:14 273:8
**Defendant's** 15:1
**defendants** 1:9 2:9 3:16
208:14 278:18 285:2
**defense** 130:5 133:18
145:10 199:19
**defer** 137:5,7
**define** 83:25 107:4 151:2,5
154:25 205:7 284:17
**defined** 230:10 231:14
249:24
**defines** 270:5
**defining** 155:8 220:6,7
**definitely** 140:12 220:10
**definition** 20:9 23:19,21
151:18 203:16 219:18
245:6 260:21,22,24 274:22
279:25
**degree** 92:3 131:8
**Delaware** 32:23 281:2
**delivery** 123:16
**demand** 99:4,4,5 122:22

148:19
**demonstrating** 278:13
**Department** 273:10 275:25
**depend** 30:6 102:9 104:20
125:8 126:4,11 131:24
145:19 205:15
**dependent** 127:3,4 145:24
**depending** 17:6 25:7 96:18
100:10 104:24 123:12,16
126:12 175:17 179:8
212:25 259:17
**depends** 35:10 50:2 98:25
113:6 148:13 152:1 174:24
203:18,19 205:4,4 207:15
207:25 214:4 236:18
253:25 279:25
**deposition** 1:14 2:14 10:6
10:17 12:10 16:4 18:23
27:25 28:3 105:23 165:5
166:19 263:3 283:8 286:4
286:7 287:4,12,14 288:2
**depositions** 12:1 13:8
**derivative** 17:22
**derivatives** 131:6
**derive** 212:11
**derived** 86:18
**describe** 46:13 190:25
202:12
**described** 79:7 97:5 128:19
131:9 195:24 201:23
**describes** 188:14 199:1
**describing** 46:4 175:11
176:14 178:17
**Description** 7:2 8:2
**Despite** 120:24
**destroying** 19:17 134:22
135:12 136:16
**determination** 33:13 97:24
174:12 220:13
**determine** 30:13 97:1 105:3
105:11 125:20 126:13
132:4 170:7 173:8 179:15
222:8 227:16
**determined** 261:9
**determining** 30:24 31:20
32:17 33:2 97:2 98:6
170:21 185:7 222:22 228:7
232:8 270:21 271:5,18
**develop** 26:15 51:6 53:12,22
53:25 54:2,7,12 106:9
**developed** 52:15 54:24 56:5
56:12 67:15 276:8
**developing** 26:1 27:17 51:6
52:17 54:11 55:9 56:3,4
58:18
**development** 54:18 145:15

145:17
deviation 246:22
deviations 238:1,9
dial 109:3
diamond 173:17 174:4,11
DIANE 4:8
differ 48:18 83:7
difference 23:7 34:10,22
35:4 41:2 91:24 156:10
168:16 222:4,9
differences 33:20 164:11
different 16:10 22:4 23:18
31:23 43:6 48:25 65:14
79:23 81:3 87:24 88:1,6
98:1,2 99:11 107:3 123:15
125:9,22 129:10 147:15
148:10 150:3 152:12
155:24 162:17,18 164:9,10
166:6,21 168:12,21 171:9
175:20 177:14 178:21
181:24 187:4 201:8 202:17
203:19,19,22 206:24
209:22 216:21 224:22
235:25 237:10,16 238:24
250:17 252:3 259:17
280:14,17 282:14,17,22
283:4
differently 129:16 244:20
difficult 16:25 21:23
digit 81:11,14,14,15,15
diminished 131:22
direct 71:20 109:11 180:9
202:1 257:8
directed 281:19 282:3
directing 243:4
direction 26:15 31:13 71:10
156:9 157:24 243:24 268:8
268:11 281:10 282:11,17
282:22 283:11 289:14
directions 282:14
directly 79:9
disagree 32:5 33:9 65:21
134:14,24 135:17 238:5
261:15
disagreed 16:12
disagreement 65:8 136:22
155:10
disagreements 16:17
disclose 21:13 274:1 276:18
disclosed 29:22 30:4,7
171:19 250:13
disclosure 45:9 145:15
222:2
disconnect 8:20 147:1
149:20
discount 230:21,25 231:4,7

discounted 25:8
discounting 222:5
discovery 278:17
discuss 129:23 154:10
198:17
discussed 140:16 237:8
278:14 279:19
discussing 40:10
discussion 16:4 19:19
20:17 32:21 58:8 76:20
85:8 86:11 93:4
discussions 203:11
display 12:21
disputing 148:2
dissimilar 87:17
dissipated 204:5
distinction 179:1
distracted 59:13
District 1:1,2 2:1,2 10:10,10
289:3
diversification 41:7 52:4
55:2
diversified 77:3,12,13 89:19
169:20,22 170:12 172:20
184:3 191:1,4,9,19 199:13
diversify 55:22 56:11
diversifying 41:1 51:12,18
55:10 56:25
divulging 281:23
dkusnetz@gibsondunn.c...
3:23
dmyers@jonesday.com 4:9
doable 193:12
Doctor 14:16 15:18 17:11
25:18,25 29:5 36:1 45:6
48:15 61:11 64:6 79:24
94:23 100:1 103:15,20,25
108:24 130:5 142:8 144:24
188:4 212:8 219:3 227:12
262:13 275:12 277:23
document 26:10,19 191:8
195:20 196:11,17
documents 7:4 97:10
238:23
doing 11:23 21:9,15 22:8
66:8 68:16 72:23 75:6
82:13 93:1 102:19 106:7
113:15,17 124:2 126:17
128:12 138:20 140:8
153:14 161:9 163:9,25
166:18,20 214:22 215:11
219:17 227:9 265:1 266:20
266:22 269:16 276:21
dollar 115:1 217:20 230:4
dollars 63:14 208:22 212:24

214:3 215:18 216:16
219:14 231:11
Dolmen 7:24 198:14 199:11
dominance 101:24
dominate 96:16
dominated 98:22 102:23
dominating 104:22
domination 125:13
doubly 220:22
doubt 54:6 70:18 150:14
210:2 255:20
Dow 8:7 110:19 111:16
Dr 7:3,8,10,12 10:7 11:11,18
14:17 16:5,11,17 18:22
21:5,20 22:5 23:3,15 24:4
24:8,14 28:2 31:8 32:3,24
33:8,21,23 34:7 36:25
38:17 43:7 60:22 63:6,10
63:21,24 64:20 65:5,23
66:9,23 67:10,22 68:7
69:18 70:20 71:17 72:20
75:3,16,17,18 76:11 79:16
85:20 90:9,16 92:22 94:18
103:6 105:23,25 108:7
109:2,11 112:5,23 133:16
133:17,23 135:20 136:18
137:14 138:17 150:24
155:11,20 159:15,19
160:23 161:20 162:13
163:8 164:7 165:4,8
166:19 167:16 168:11
180:6 183:17 192:17,23
201:9 203:1 212:23 213:12
213:25 214:20,21,23,23
215:14,14,16,19,22 216:4
216:11,24 217:17,17,25
218:8,14 219:9,9 220:6,25
228:1 235:11 250:7,16
263:1,14,21 269:17 270:17
271:15 278:8,10,19,21
283:8 284:23 285:13,18,20
286:4
draft 265:20 271:1
draftsperson 265:25
draw 101:14
drawn 44:17
drew 150:11
drilling 286:2
drive 50:6
driven 108:15 194:7
driving 96:6 111:12
due 11:14 232:11,18
duly 11:5 289:7
DUNN 3:17

E

E 3:1,1 4:1,1 5:1,1
earlier 20:17 33:15 35:2 39:4
42:14 62:14 65:16 66:12
87:15 122:24 159:5 163:4
184:16,22 187:2 191:8
228:4 260:21 275:19
early 65:24 68:4 79:10 97:5
124:4 275:23 276:1
earn 178:8
earnings 33:24 46:18 47:18
50:8,12 55:5,18 73:22
74:11,20 86:18 92:12,16
98:22 101:12,16,21 103:10
104:17,19 109:18 124:25
125:3,14,17,20 126:3,21
127:2,2,4,11 128:16 129:6
130:17 131:15,20,22 132:6
132:9,15 144:4,6,14,16,16
146:10,17 222:6 223:6
225:4
earth 52:1 158:16
easier 13:9 14:7 266:8
268:21
easiest 12:24
easily 16:24 157:5
eastern 10:13 60:16,20
94:12,16 109:5,9 133:8,12
192:11,15 235:5,9 278:2,6
286:5
easy 12:17 36:11 60:14
Econ 21:23 72:11
economic 19:8,13,21 20:19
20:21,24 21:9,11 22:11
30:19 31:25 37:4,14 43:4
45:2 62:16 64:1 65:4,18
66:10,16,22 73:4 135:2,4,6
135:19 136:1,7,12,21
137:11 138:19 150:25
151:2,7,24 152:7,16
153:10,20 206:11 260:22
260:24
economically 44:6 63:1
137:4 151:18
economics 71:15 151:23
154:5 275:16,18,20 276:6
economies 56:13
economist 26:9 45:17
151:21 153:25
economists 31:2 32:14 39:5
151:13 204:16,19 205:25
economy 20:17 35:17
edges 92:23 269:25
educate 139:14
Edwards 8:9 208:13,19
209:21 210:3,9,15 211:6
Edwards' 209:12

**effect** 29:21,24 30:3 41:13
45:13 103:11 132:4 134:19
135:8 139:1,9 148:10
150:25 226:20 232:12
250:11 253:15,19
**effectively** 33:7 160:6
**effects** 67:12 225:3 250:15
**efficiency** 31:20 32:18 33:2
33:13 227:20 228:7
**efficient** 30:14,21 32:10
33:10 228:2
**eight** 18:3,13 70:15 80:20,24
89:7 90:24 91:3,3,9 93:17
95:5 155:14 156:2 160:11
160:14 161:24 164:21
166:16 167:1,6,7,20,21,22
168:1 171:15 174:20
175:14 189:14 190:21
228:14 229:13 234:14
256:22 263:7
**eight-** 18:20
**either** 34:11,13 70:3,14 75:1
100:9,15,17,22 101:6
105:10 155:19 190:25
201:7 253:8 260:3 268:5
273:21
**electricity** 147:21
**element** 19:14
**elements** 22:22 23:16 25:12
139:14
**Elliot** 5:4 195:15,23 285:11
**Elliott** 1:8 2:8 4:17
**EMILY** 3:9
**emphasis** 151:15
**empirical** 204:23
**empirically** 238:18
**employees** 195:16
**employs** 254:13
**enable** 203:9
**enabled** 46:2
**ended** 165:1
**endogeneity** 22:24 23:4,5
23:20
**ends** 110:23
**energy** 8:21 52:5 53:3 142:2
142:16 145:1,4,18 146:1,6
146:9 147:20 148:15
275:24,25
**engage** 32:13
**engagement** 277:9
**engagements** 276:25 279:1
279:7,11
**engages** 82:3
**enlarge** 36:5
**enormous** 265:14
**ensure** 95:23

**enter** 194:14
**entered** 11:25
**entire** 217:16,23 224:5
271:10,22,24 287:4
**entirely** 155:18
**entitled** 49:13
**entry** 28:7,11
**envisioned** 54:14
**EPS** 50:5,8
**equal** 148:16 208:1 245:17
257:15 259:24 260:14
**equals** 280:22
**equipment** 52:19
**equities** 228:17 253:16
**equity** 7:7 31:9 46:9,10,14
46:15 48:16 49:20 155:3
226:15,17,19 227:20 233:6
236:10 246:4 248:21 251:7
252:3,6 255:25 261:8
**Errata** 287:9 288:1
**error** 93:4
**errors** 221:13
**Esq** 3:8,8,9,9,10,10,11,21,21
3:22 4:7,8,14,22,22
**essential** 160:9 163:1,6
169:4,7,10
**essentially** 18:14 23:24
171:25 283:8
**established** 66:12,15
**estimate** 37:15 50:12 67:2
209:5 212:24 214:1,6,16
214:22 215:17 216:14
217:19 218:8,9,22 219:1
219:12,13,18
**estimated** 210:11
**estimating** 215:20 219:11
219:22
**et** 10:9 280:12 288:3
**EUGENE** 3:10
**eugenecanjels@sec.gov**
3:14
**Europe** 142:4,20
**European** 112:14
**evaluate** 29:21 30:3 46:17
47:18 48:6 63:6 102:15
139:8 229:18 253:21
**evaluated** 63:24 234:13
**evaluating** 41:14 42:1
100:14 238:11 251:20
252:9
**evaluation** 24:9 25:5 268:19
**event** 22:23 29:7,8,11,12,20
30:2,12,17 33:3,14,19
34:13,23,25 35:5,8 46:9
54:16 66:1,2 72:12 76:11
76:14 77:24 78:12 82:11

82:20 84:17,24 85:2 95:16
96:14,23 98:20 100:6,13
106:10,23 138:2,25 151:17
152:7 154:13,22 155:3,4
157:15 158:17 161:7 163:3
163:11,19 173:9 179:23
185:8,20 187:22 189:15,21
191:5,17 194:12 196:22
226:6,12,13,23 227:4,16
228:6 229:16 233:6 234:20
237:21 238:8,11 243:21
244:5,9 245:19 264:23
**events** 62:11 65:12,24 66:6
119:9 158:15 181:18 208:2
220:7
**eventual** 20:1
**eventually** 139:4 196:5
**evidence** 43:16,18,25 205:5
256:14 258:3,8,22 259:8
259:11
**evident** 67:8
**ex** 104:25 107:2
**exact** 27:23 92:21 117:10
184:9,11 201:18 230:3
254:25
**exactly** 19:16 20:7,8 65:10
86:24 135:11 139:12
159:10 170:13 177:8 255:8
**examination** 6:6 11:4,16
**examined** 11:5 289:6
**example** 20:4 85:23 100:7
100:19 103:4 106:13
112:21 118:21 136:10
266:4 282:24
**examples** 131:25
**Excellent** 216:10
**exception** 149:20 206:15
**excerpts** 271:8
**excess** 134:6
**Exchange** 1:4 2:4 3:4 10:8
11:20
**exclude** 167:12
**excluded** 33:23 73:22 74:12
74:21 163:23 191:9 254:12
**excluding** 73:18 186:9
**exclusive** 274:25
**excuse** 34:15 42:6 59:23
84:25 109:15 128:2 231:3
232:1,3 240:20 243:7
245:22
**execute** 236:5 237:11,17
**executed** 237:14
**executing** 236:2 237:10,16
**executive** 175:10
**exercise** 19:6 21:8,13 22:8
23:14 43:4 44:7 45:2 68:16

72:14 92:25 167:17 168:10
215:10
**exercises** 21:20 156:19
265:16
**exhibit** 7:3,4,6,8,8,10,10,12
7:12,14,15,17,18,19,20,21
7:22,24 8:3,5,6,7,9,10,12
8:13,14,17,19,21 9:5,6,7,8
9:9 14:18,23 15:1,2 25:15
25:19 35:21,23 36:1,12,15
36:24 39:10,13 40:21 42:6
44:5 61:12 77:9 79:10,13
80:1,2,5 81:4,4 83:17
87:15 95:8,10 110:4,7,15
110:18 111:23,24 112:2,2
114:9,11 115:20,21 117:12
117:15 118:18,22 119:14
120:17,19 130:3,6 133:14
133:18,18 141:22,25 142:1
142:14 145:11 146:20,24
147:12 149:16,17 165:11
165:13 175:24 176:2
180:10,11 181:4,8 183:9
188:7,10 195:10,12,13,14
195:17,22 197:8,11 198:9
198:13,23 202:4 208:8,11
212:2,5,6 215:15 216:1,18
217:9 219:2 220:2 240:21
241:6,10,10,11,16,19,23
242:1 243:1,5 256:7
257:14 267:4,6,10 275:9
275:13 278:24
**exhibits** 7:1 8:1 9:1,3,4,13
12:13,17,22 15:16 28:22
36:22 187:19 190:6 242:22
242:24 267:2
**exist** 195:8
**expect** 20:10 148:9 226:13
226:20,22 245:7 246:13
248:23 250:1 253:17
**expectation** 67:17,25
192:25 193:5 253:11
**expectations** 128:3,16
**expected** 103:12
**expenditure** 53:5
**experience** 39:7 54:11
104:25 259:25
**experiment** 218:7
**expert** 8:9 15:3 17:4 26:8
64:18 140:17 208:12
272:13 273:12,20 276:5
277:10,13 279:12,14
**experts** 205:22
**expires** 289:25
**explain** 32:6 37:7 108:11
173:6 174:25 207:7 268:21

explained 81:1
exploration 146:7
exporter 170:16 171:20
exposure 58:2,5 145:1
express 67:22
expressed 34:15 55:13
  223:3
expressing 102:4 136:24
  194:13 213:7,13,20
expression 204:24
extended 14:10 69:13
extent 100:8 102:15 120:6
  131:14 146:18 178:12
  187:9 204:11
extra 23:2 280:10
extracted 271:23
extractive 82:5
ExxonMobil 182:16

**F**

F 3:5
face 142:7
facing 19:9
Facsimile 3:7,20 4:21
fact 11:13,22 23:25 30:6
  44:18 56:1 61:8 66:20
  107:15 128:20 169:5,17
  172:12 173:15 174:9
  176:25 183:24 185:16
  200:16 224:11 252:4
  259:22,24 260:17 261:16
Factiva 28:23 61:18 201:11
  201:16 202:14,17,21
factor 31:19 194:11 255:12
factored 174:11
factors 30:23 31:2,11,14
  32:4,21 33:5 35:1 153:22
  221:17 227:19
facts 128:22 205:15 207:15
  221:14 222:10,11
factual 64:2
failed 108:13 207:22
fair 20:9 53:18 76:8 143:16
  143:18 177:9,10 194:6,22
  198:25 233:10 283:23
  284:2,4
faithful 62:8
fall 12:19
falloff 240:11
falsify 46:6
familiar 12:7 38:8 83:1,13
  203:1 229:23 231:13
  235:13
far 145:22 186:20 245:4
  285:6
fast 214:11

favorable 194:14
feature 97:21
features 76:17,24 238:3
February 15:24 22:13 26:2
feed 198:6
feel 12:24 13:5 175:12
  196:11,18 261:3
fell 43:4
FERNANDO 3:10
fewer 238:23
field 22:5 275:15
fifth 58:13
fight 78:20
figure 163:21 176:22 266:16
figured 221:24
figuring 15:5
filed 15:4
final 99:5
finalized 282:6
finally 217:8
finance 205:2 241:13
financial 8:10 53:22 101:9
  130:11,13 197:12,19,24
  251:2,24 252:2,8 253:22
find 21:10 36:9 40:24 65:25
  67:11 79:11 92:21 97:7
  107:19,21 134:13 164:2
  184:10 211:14 212:16
  226:11,13,21,22 253:17
  256:14 257:25 258:2
  269:21
finding 34:14 43:6 155:8
findings 281:25 282:4,10
finds 108:11
fine 4:22 21:11 60:12 157:2
  157:25 192:8 199:9
finish 13:13,14 60:9,11
  161:15
finished 122:14 161:15,17
  161:22 215:23
FINRA 241:2,21
firm 20:7,14 47:6 77:22
  78:10,18 84:14 96:6
  100:10 106:15 110:24
  111:4,5 113:11 155:14
  156:2 159:16 160:14
  161:24 162:6,7 166:16
  167:6,7 170:3 171:15
  174:20 175:14 186:7,15
  190:21 205:14 206:3
  207:12,22 221:21 245:9
  246:5,8 248:15 249:20
firm-specific 246:15 248:9
  248:23 249:7,24
firms 18:4 39:18 40:25
  46:17,19,22,24 47:3 77:7

78:4,6 84:12 85:12 93:18
  95:6 98:4 99:8 106:15
  155:20 159:18 160:11
  164:3 170:2,11 177:18,19
  177:25 178:16 182:13
  204:10
first 9:4 11:5 14:23 27:14
  36:11 43:3 61:20 76:18
  105:24 109:23,24 110:22
  112:13 124:20 130:3
  133:14 144:3 145:16,17
  146:8 147:3 148:8 156:12
  156:17 165:11,25 176:3
  195:10 209:14 222:16
  253:21 256:3,8 265:7
  270:23 271:1
five 234:24 277:20
fix 94:7 264:13
fixable 264:12
fixing 280:16
flavor 37:14
flip 85:23
flow 25:8 130:18 131:20
  138:7 248:7
flows 222:13 223:23 252:5
  253:2 255:21,22
focus 32:14 55:20 138:15
  141:20 209:10 228:14
  259:5
focused 55:15 76:15 77:24
  78:13 92:17 138:2 185:9
  185:17 228:12,18 229:12
focusing 138:13
follow 31:6 38:15 85:25
  160:13 163:25 167:11
  212:17 246:2
follow-up 285:4
followed 112:14
following 16:4 42:20 155:19
  232:23
follows 11:6 151:17
footnote 40:7 110:1,20
  111:16 114:8 115:19
  116:20 117:19 120:15
  124:10 202:9,12 219:24
footnotes 85:24
footprint 106:16 107:5
forecast 25:12 188:3 200:17
foregoing 289:7
foreign 86:14
forget 230:2
forgets 14:11
forgetting 245:17
form 169:3 181:9 223:22
  233:16 249:14
former 217:25

forming 23:2 63:5
forms 131:7
formulation 16:11
forth 265:23 289:12
Fortner 5:8 10:16
forward 61:25
fossil 145:19,24
found 42:22 70:2 134:10
  189:23 197:2 237:22
  253:15 258:13 260:15
foundation 21:17 118:15
  129:13 220:16 224:25
  262:4
four 81:15 242:3,8 272:20
fourth 114:6
fragility 259:1
fragmented 44:9
framework 218:13
framing 261:4
frankly 19:5 20:12
free 12:24 13:5 83:12 196:12
  196:18
Freeport 94:5 95:5
Freeport-McMoRan 94:3
  95:2
frequent 228:15
frequently 14:20 109:14
  124:21 227:23
Fresnillo 115:13
Friday 1:16 2:17 10:1 112:14
  113:24 240:3
front 14:9 36:4 39:19 133:17
  212:7 216:1
FSR 173:13
FTSE 110:23
fuel 144:4 147:21,22
fuels 145:19,25
full 53:13
functional 173:13
fundamental 232:6 236:16
  247:2,14,23,24 248:5,6,8
  248:24 249:7 250:2,4
  262:10 284:22
funds 274:11
further 109:19 130:25
  250:22 284:24 289:15
future 25:9 53:7,7 128:3
  144:9 222:6 223:23 255:23
futures 128:8,11,14

**G**

G-I-T-S 83:2
gain 67:6,16 193:6 204:9
  214:7,22,24 215:20 216:13
  216:18 219:11
gained 68:1 119:4 199:18,24

200:16 217:24
**gainers** 116:1
**gaining** 212:19 213:19,21
    214:5 217:15,22 218:12
**gains** 112:16 114:15 115:11
    206:12 281:3
**game** 207:6 217:6
**garbled** 178:23 215:17
**GARRISON** 4:18
**gas** 182:13 275:20
**gchepiga@paulweiss.com**
    4:23
**GDP** 25:10 53:8 150:14
**gears** 189:12 250:6
**general** 18:17 26:3,5 30:16
    48:21 71:24 90:5 98:10
    108:15 205:10 228:16
    266:9
**generally** 20:5 31:2 32:23
    37:24 38:4 39:5 43:8 49:23
    49:24 113:8 149:21 150:4
    157:19 196:1 244:23
    270:16
**generating** 102:9 236:21
**Geoff** 285:11
**GEOFFREY** 4:22
**geographies** 57:1
**geography** 56:15
**germane** 205:23
**getting** 15:12 46:23 65:22
    99:16 136:11 148:20
    153:11 195:25 219:11
**giant** 119:4
**GIBSON** 3:17
**GITS** 83:1,5,7
**give** 48:8 50:15 58:25 59:18
    156:20 164:4 173:24
    211:15 224:18 259:14
    282:13,24
**given** 157:22 168:3 205:11
    218:21,22 245:14 253:12
    253:15 271:2 287:7
**gives** 24:2 118:24 272:20
**giving** 131:25 271:16
**Glen** 5:8 10:15 109:1 285:23
**Glenn** 1:14 2:14 6:5 10:7
    11:3 43:22 59:10 103:17
    161:15 199:5 216:22 286:4
    287:3,16 288:2,25
**global** 86:12 87:1 99:4,4
    147:4 149:20 150:2 163:22
    257:20
**globally** 77:3,12,13 89:19
    169:19 172:19
**go** 11:21 12:4 14:15 21:4
    25:12 28:15 31:18 38:2

40:20 41:22 43:22 44:10
    47:7 48:9 57:15 59:10
    60:14 73:21 74:1,15 79:24
    87:21 94:6,8 100:1,21
    104:25 107:19 109:19
    115:24 119:20 120:2 126:7
    129:23 133:2,2 139:15
    144:22 163:10 165:7 166:4
    168:13 183:9 206:5,12
    213:5,24 215:6 216:22
    218:25 234:23 250:22
    257:11 266:12 267:10,12
    276:22 277:19,24 285:21
**goal** 78:8 204:18
**goes** 44:16 61:25 76:3
    115:19 136:13 149:25
    155:7 202:24 215:4
**going** 15:6 22:16 27:18 28:4
    28:5 39:21,23 54:3,25 59:8
    60:15,19 70:8 79:8,24
    83:17,18 84:10 85:7 86:24
    87:19,22 92:20 94:11,15
    102:2 104:12 109:4,8
    122:23 129:19 130:5 133:7
    133:11 141:25 144:23
    146:23 148:21 149:16
    158:23 170:9 173:5 180:9
    181:7 182:24 185:1 188:4
    188:11 189:5 192:3,10,14
    195:12 205:2,8 206:14
    208:11 217:17 219:4 224:6
    228:12 232:12,20 235:4,8
    240:20 246:7 250:6 253:1
    275:12 278:1,5,12 279:18
    280:13 286:5
**gold** 5:6 18:16,18 27:14
    86:19 100:4,5,15,25 101:7
    101:15 114:25 115:12,12
    116:1 183:19 189:13,13,18
    190:18,19,22
**good** 11:18 58:23 98:10
    99:6 111:6 148:19 152:23
    162:2 163:24 170:21
    185:12 203:6 211:5 215:1
    216:10 266:11
**Goodin** 1:24 2:18 10:23
    289:4,23
**governance** 176:10
**government** 81:12 82:9
    224:12 273:7
**grace** 220:8
**grades** 267:21
**Gradillas** 10:16,23
**grading** 267:16
**gradual** 67:9
**grandmother** 262:1

**grant** 277:17
**great** 53:5 261:25
**greater** 40:25
**GREGORY** 3:8
**ground** 11:22
**grounded** 270:14
**grounds** 135:18
**group** 5:6,7 18:3 26:22,25
    27:9 130:25 145:1,4
    146:10 178:7,9,13,13
    207:1 243:23
**groups** 86:14 181:24
**Growing** 8:20 146:25
**growth** 195:25
**guess** 21:21 27:22 106:13
    123:13 127:13 150:12
    246:16
**Guy** 1:8 2:8 4:17 5:4 195:15

**H**

**H16** 18:8
**H6** 163:9
**H7** 155:21
**H8** 17:20 18:3,5 91:10 93:8
    155:19 156:5,17
**half** 80:16 103:3 163:9 178:6
    178:8 251:23 252:16
    253:19
**halfway** 195:22
**hand** 284:8
**hands** 204:13 207:3
**hang** 161:14 198:3
**happen** 66:22 221:11 263:6
    282:3
**happened** 104:4 251:21
**happens** 239:24
**happy** 60:10,11 132:12
    238:25
**hard** 12:12 36:9 39:22 50:3
    53:24 66:17 107:1 108:3
    163:21 216:23 284:1
**harder** 51:1
**head** 81:21 97:11 121:11,13
    150:20 170:13 172:7 184:7
    186:11 213:12 229:3,11
    231:6,9 272:22 274:6
**headed** 210:23
**header** 28:7 142:3
**headline** 111:19
**headphones** 158:21
**headset** 94:7 158:10
**hear** 24:12 84:21 94:2
    103:19 152:22 156:12
    159:4 173:18 206:5
**heard** 94:4 255:24
**hearing** 94:5,23 99:22

108:25 126:7 159:13
**heart** 138:19
**heat** 70:20
**heavily** 145:19,24
**heavily-weighted** 110:23
**hedges** 130:16 131:5,14,18
    132:7,18
**hedging** 131:7,7
**held** 48:18
**help** 130:17 131:19 248:3
    271:13
**helped** 101:4 113:24 114:19
**helpful** 65:9 85:9 196:11
    267:1
**helping** 142:10
**HENRY** 4:14
**hereunto** 289:19
**high** 111:13 148:18 235:23
**higher** 32:9 110:23 146:9
    147:24 148:4 211:21 215:7
    231:24 232:1,1,10,18
    236:22 244:24
**highlighted** 113:23
**highlighting** 111:19
**highly** 147:23 253:13
**hired** 272:13
**history** 228:15
**hklehm@jonesday.com**
    4:15
**HN** 17:20
**Hobart** 7:19,20 116:25
    117:16,21 118:1,23 119:9
    119:15
**hold** 47:11 153:13
**holders** 252:5
**holding** 153:15 208:2
    216:12
**holistic** 33:5
**holistically** 272:2
**home** 11:12,14
**homes** 11:23
**honest** 33:9
**hope** 65:9 152:20 255:22
**hour** 59:8 192:4
**hours** 27:16,24 265:18
**Houston** 4:5
**HP** 8:3 181:9
**HSBC** 16:20 17:8,16,23
    23:16 70:15 71:4,21 74:19
    77:18 79:16,20 80:10,13
    80:20,23 89:3 113:16
    149:2,20 150:1,17 155:14
    155:17 156:2,4,16,21
    157:10,13,16 158:2,14
    168:20 185:15,18,23
    256:21 257:20 260:1,16

262:23
**Hubbard** 1:14 2:14 6:5 7:14
10:7 11:3,11,18 14:17 24:8
24:14 60:22 94:18 109:2
109:11 112:5 133:16
150:24 159:15 161:20
192:17,23 203:1 215:14,22
220:25 235:11 250:7 278:8
278:10,21 284:23 285:13
285:18,20 286:4 287:3,16
288:2,25
**Hubbard's** 7:3,8,10,12
**hurt** 99:8
**hurting** 252:6
**hypothesis** 30:21 37:13
41:8 42:23
**hypothesize** 246:12
**hypothetical** 251:20 252:10
253:19

I

**i.e** 28:2
**idea** 84:13 283:5
**Ideally** 89:24
**identification** 25:16 35:24
39:11 80:3 110:5,16
111:25 114:12 115:22
117:13 118:19 120:20
141:23 146:21 175:25
181:5 188:8 197:9 198:10
208:9 212:3 241:7,17,24
243:2 267:7 275:10
**identified** 95:6
**identifiers** 97:17
**identifies** 241:19
**identify** 14:19 98:13 110:11
111:18 223:15 225:8,19
234:14 246:7 257:14
**IHS** 17:8 22:17,20
**Ii** 120:2
**III** 4:14
**illustrate** 77:10 79:12
213:17
**imagine** 32:10 95:22 129:2
158:18 162:3 179:21 232:4
233:25 249:17 282:2
**immediate** 198:3
**impact** 45:10,15,18,20,22
108:10 131:13,15,20
137:15,25 138:12 152:7
234:4 246:21 248:20,21
254:14
**impacted** 102:5
**impairment** 19:14,19 20:12
20:13,16 22:2 45:9 134:18
135:9 136:10 137:16,25

151:1 152:3 220:22 221:16
221:17,22 222:1,16,16
223:8 224:4,9,17 251:1,11
251:22 252:10,15 253:20
254:14 255:12,13 268:3,15
268:16
**impairments** 61:5 65:19
221:1,9 251:14 252:4
254:7,11 267:23
**implausible** 217:11
**implications** 152:14
**implied** 213:2 214:11 219:16
**imply** 67:23 238:17
**importance** 96:1 175:18
**important** 16:23 30:13,23
31:18 33:1,12 35:7,13,18
63:8 68:6 74:1,2,14 95:14
95:23 96:5,12 97:14,22
100:4 106:18 107:20 120:1
127:15 132:22 135:21
150:8 151:11 155:23 157:4
169:21 174:15 186:19,21
191:4,10,18,20 201:25
211:14 221:12,17,18
240:17 257:6,7,10 259:20
260:11,25 261:3
**importantly** 113:7 222:20
**improper** 16:25 92:17
**improve** 94:24 252:5
**inadvertently** 13:10 191:8
**incentive** 164:10,25 165:18
166:7,12 176:14,15 177:17
181:21
**include** 15:16,19 77:2,13,25
89:14 92:17 93:1,5 101:7
139:5 167:17 169:14
183:18
**included** 34:4 36:19 52:5
77:5,7 79:3 91:6,13 93:11
100:15,15,20 157:3 183:7
250:23 279:23
**includes** 150:2 280:7
**including** 64:21 73:17 86:19
168:8 183:18 283:13
**incorporate** 219:19
**incorporated** 119:24
**incorrect** 137:20,22
**increase** 20:10 51:22 58:5
103:8,12,14,14 104:15
108:16 122:18,25 123:1
127:7 144:15 206:24 218:3
256:15 258:4 259:9
**increased** 69:3 108:14
109:18 116:16 117:3,7,8
124:25 199:19
**increasing** 68:3 214:1

**incremental** 217:4,22
219:23
**increments** 230:11,14
231:14 237:15
**index** 6:1 7:1 8:1 9:1 16:16
16:20 17:8,9,16 18:8 22:17
22:21,22 35:8,13,19,20
43:5 70:15,16,23 71:4,22
73:15 74:20 76:11,12,14
76:17,19,23,24 77:20,24
78:6,8,12 79:1,3,15,16,18
79:20 80:10,13,15,18,21
80:24 82:12,13,19 83:20
84:5,8,16 85:20 87:17 89:8
89:9,14,20 90:2,9,11,24
91:4,7,10,14,25 93:7,14,25
95:3,15 96:5,14,23 97:3
98:11,20 99:13 100:6,10
100:16 101:1 103:6 104:23
106:11,22,23 107:10
113:13,16 116:1 139:5
141:1 148:8,24 149:2,21
150:2,3,18 154:14,15,18
154:24 155:5,7,14,15,18
156:2,4,16,22 157:3,10,13
157:16 158:2,14,17 159:20
159:23 160:3,4,10,12,15
160:17 161:6,25 162:1,3,8
163:7,11,16,18 166:16,17
167:1,6,7,13,20 168:8,20
169:13 174:21 176:23
179:5 180:19,24 183:7,13
184:21 185:18,24 186:10
187:1,13 188:14,16 189:14
190:21 191:19 234:16,18
234:19 256:21,22 257:15
257:21 259:18,25 260:1,3
260:15,16 262:23 263:7,12
264:7,12,17
**indexes** 44:11 78:20 88:22
140:19 185:23
**indicate** 38:9 207:21
**indicated** 12:13 40:3 198:2
287:9
**indicates** 272:1
**indicating** 37:22 55:14
**indicative** 49:2
**indices** 16:11,13 17:3,16
23:7 28:16 88:22,24,25
109:14 124:22 140:16
141:1,11 148:7 154:10
155:12,13 156:8 157:6,20
256:25 258:6,20 259:10,15
266:3
**individual** 17:10 22:21
28:16 44:11 49:9 153:21

225:24 232:15 266:12
273:15,21,22,23,25 274:3
274:5,8,9,22,25 281:19
**individually** 228:19
**individuals** 274:18
**induced** 23:5
**indulge** 147:7,9
**industrial** 81:12
**industries** 46:21,22 77:8
79:23 81:6,13,17,22
209:22
**industry** 16:16 17:3,16
22:16 35:8,13,19,20 75:24
76:11,14 77:23 78:2,7,8,10
78:19 79:4 82:12,19 83:4
84:5,7,16 85:14 86:14,16
88:7 89:14 90:2 91:7,14,25
95:15 96:5,13,17,23 97:3
98:10,19 100:6,16 101:1
106:11,23 139:5 140:16
141:1,10 147:5 148:7
154:10,23 155:5,7,9
160:10,17 168:8 184:21
187:1,12 207:11,21 210:5
210:17,20 211:11,18
234:16,17,19 258:5,20
259:9 269:4,8
**Indy** 150:14
**inefficient** 204:6
**infer** 150:10
**inflation** 115:2
**influenced** 248:8
**inform** 135:13
**information** 8:22 22:9 24:24
25:4 28:13,19,25 29:21
30:4 32:12 44:18,23 46:1
46:24 47:7,15,23 48:3
50:10,15 52:11 53:11,20
54:10 55:8 64:7 108:8,8
112:21 124:16 138:17,21
142:2,16 153:11,17 154:7
157:24 166:5 173:23
179:13 187:7 207:12 210:3
220:8 222:2 224:2 225:6
240:23 241:2,3,20 250:12
250:19 254:1,2 261:13
275:24
**informed** 262:2,3
**infrastructure** 52:18 53:6
54:12,18,20,21,22,23
223:23
**initial** 210:1 224:1
**input** 98:23,25 216:3 251:17
270:10
**inquire** 129:18
**inside** 221:21

insignificant 250:21
instance 81:16 82:1 127:16
    205:16 246:4 252:13
    270:23 283:3
institutional 273:14 274:19
    275:4
instruct 281:11
instruction 71:25
instructions 26:18
integrating 208:5
intending 37:4
intensive 145:18 146:2
    147:20
intention 66:13
interest 31:16 55:10 114:1
    114:20 116:5 194:6,8
    249:4
interested 289:17
interesting 44:6 63:1,17
    66:25 71:7,14 72:13 91:17
    135:16
interference 102:21
internal 195:19 196:17
    197:4
International 8:7 110:19
    111:17
interpose 13:16
interpretation 219:6 251:14
interrupt 144:24
interval 132:22
interview 195:14 196:17
invalid 76:25 162:8,10 163:5
inventory 262:14
inverted 260:14
investment 134:21 136:15
    222:14
Investments 52:23 53:2
investor 151:10,12,19
    152:10 154:7 260:25 261:3
    261:10,12,12,19,22 262:2
    262:2
investor's 153:18,21 262:10
investors 47:23 115:2 153:6
    230:20 232:25 261:9,14
    262:6
involve 88:15
involved 172:8 184:6 230:22
    282:1
involves 88:14 233:11
IQ 28:15,22
iron 51:25 55:4,15 86:19
    92:12 98:22 101:10,24
    102:6,16 103:6,9 104:15
    105:4 106:5,12,17,24
    109:14,16 113:19,21
    115:16 116:10,15 117:3,6

120:4 122:3,7,18,18 123:8
    123:11,12,16,17 124:7,16
    124:22,23 125:3,5,8,14,17
    125:22,24 126:4,15,21
    127:1,5,7,14,19 128:4,11
    128:14,25 131:15 132:16
    141:17 150:7,17 189:9
irrelevant 78:23 134:11,13
    134:16 137:4,15,20,21
    138:24 205:18
IRS 273:9
issue 20:23 23:22 84:14
    89:1,5 90:7 93:3 102:2
    134:10 135:3 137:15 154:9
    170:4 194:25 224:23 233:4
    233:6 241:14 251:18
    283:20
issuer 231:15 241:12
issues 52:18 135:23 136:7
    138:19 220:13 221:21
    224:12 227:22 277:12
item 26:17 245:4 267:18
items 26:11,12 61:20,23
    62:3,5 81:5 272:9

_____

**J**

J 1:24 2:18 289:4,23
Jackie 285:15
JACQUELINE 4:7
January 22:2 45:7 134:19
    138:3,13,16 140:3 222:17
    225:15 226:8,25 227:16
    242:2,4,17 243:5 250:13
    252:13
Japanese 112:15
Job 1:25
joint 30:22
Jones 4:4,11 8:7 110:19
    111:17
Journal 7:15 114:8 115:11
judge 137:8 186:6 271:17
judgment 33:7 98:8 179:9
    184:24 185:1,3 186:20
    190:8
judgments 178:3
jump 99:14 101:25 143:16
June 1:16 2:18 10:1,12
    287:7 288:2 289:21
junior 226:16,19
juniors 119:16
jurisdictions 57:2
jury 136:13
Justice 273:9
justification 157:21 158:1
    191:13
JV 196:4,24

jvallette@jonesday.com
    4:8

_____

**K**

keep 32:22 63:13 158:23
keeps 167:9
kept 242:10 272:12
Kevin 5:6 27:15 187:5
key 37:18,23 38:5,16 40:1
    42:8,11,22 51:11,18 72:5
    72:21,22,24 73:5,6 147:21
    149:9 201:8 266:22 271:2
keyword 62:7
kick 231:4
kids 158:22
kind 28:10 54:12 57:13
    86:15 87:24 99:1 104:21
    109:20 183:15 222:11
    256:17 262:13 264:16
    278:22
kinds 96:16 273:1
Kirsch 3:22 11:8,10 13:21
    13:24 14:1 21:16 24:11,17
    29:23 37:25 38:2 43:1,17
    43:21 44:20 48:8,12 51:8
    52:24 53:1 56:20 59:3,6
    60:7 63:11 68:13 70:4,8
    72:8 73:19 74:25 75:12
    84:20 85:6 87:20 89:23,25
    90:3 96:9 102:7 103:17,25
    111:22 112:3 118:14
    119:12 123:23 126:9
    127:20 129:12,17 130:1
    133:5 135:25 137:18 138:4
    143:23 154:25 159:8,12
    161:14 162:11 169:24
    176:16,19 178:18 179:7
    184:1,17 185:21 186:17
    188:22 189:2 192:3 193:9
    193:19 196:9 199:4 200:2
    200:19 206:4 207:24
    210:21 212:21 216:20
    220:15 224:24 225:12
    232:22 235:2 237:2 244:2
    245:25 246:23 247:5,17
    249:12,14 255:5 270:7
    274:15 285:8,22
KLEHM 4:14
knew 23:15
know 13:6,21 16:16 19:4
    20:4 27:1,1,4,5,7,8,9,11,16
    28:14 29:4 31:6 36:16 44:1
    44:7 45:17,24 49:5 50:10
    53:25 57:9,17 60:2 63:4,14
    66:5,24 73:10,13,16 74:10
    74:17 75:1,5,7 76:1 78:15

79:17 80:14 83:5 84:3
    85:13 86:13 87:1 88:13
    90:8 94:23 96:5,25 97:9
    104:3,21 107:4 111:21
    112:5 117:21 121:9,13
    123:19 127:9,16 128:5,5
    128:22 131:23 132:2,24
    139:14 148:21 151:10
    155:23 159:4,22 161:1,10
    162:9,19 163:4 166:18,20
    166:23 167:8 169:6,10
    170:12 173:22 175:21
    177:24 179:10 181:2 185:4
    191:20 195:4 196:9 197:5
    197:7 200:5 201:19,22
    205:6 210:4,22,24 211:4
    211:20 218:10 221:15
    228:16 229:4 230:24 231:2
    235:24 239:13,23 240:16
    246:17 247:19 254:21
    255:7 257:9 262:21 263:4
    272:11,12,16 274:1,17
    281:21 282:7
knowing 22:8 135:12
knowledge 26:4,6 127:23
    136:14 138:23 172:10
    209:16 281:18,21
known 152:11,11 222:3
    223:11 224:3,20
knows 144:8
KUSNETZ 3:21

_____

**L**

L 4:8
L-E-H-A-V-Y 49:17
lack 21:16 64:22 118:14
    220:15 224:24
lacks 129:12
lag 13:11
language 110:10 256:5
    271:13
large 42:24 46:10 77:2,5,13
    80:17 86:13 90:21 163:22
    169:19,22 170:2 172:19
    184:3 186:10 190:22 191:9
    207:20 214:11 221:19
    227:22 228:17 233:25
    236:9 255:21 273:25,25
    274:3
large-scale 54:12
largely 86:13
larger 22:7 42:11 45:3 229:5
    238:2,9,12
largest 58:10,15 79:19 80:9
    172:4,13 189:9 190:19
    193:24 242:15

late 65:24 68:4 275:25
law 151:8,20
laws 154:4
lawyer 137:2
lawyers 135:3
layers 52:16
layman's 235:18
lead 67:3 114:14 119:1
  240:13
leader 204:6
leading 113:9 173:17 174:11
leap 200:8
learn 48:6 70:25 102:23
learned 13:7 209:1
leave 180:10
led 110:23 115:2
left 79:22 149:18 178:5
  285:3
legal 20:21 56:23 135:3
  137:4 152:14
legally 136:25
Lehavy 49:17
lengthy 104:9 224:5
lens 26:9
let's 20:7 51:16 70:21 94:6
  148:7 158:23 183:10 192:5
  213:24 248:13 253:9 261:8
  264:8
level 38:5,10,11,12 39:9
  40:10,18 41:4,10,15 42:1,4
  42:17,18 43:7,15,15 44:3
  44:15 72:18 73:2,8 95:24
  111:9 141:2 172:14 173:6
  257:24 258:22
levels 40:25 41:21 45:1 53:8
  81:11
lfine@paulweiss.com 4:23
likelihood 218:12
limited 1:8 2:8 131:8 177:5
line 12:5 60:10 112:8 129:22
  143:7 158:20 173:10 178:2
  184:24 186:8 192:5 218:2
  232:7 242:2 288:3
lined 169:8
lines 97:6 172:6 178:23
  182:6 191:3,14 192:2
Linnay 47:5
liquid 238:22 239:3 246:6
liquidity 31:3,19,22 228:8
  228:10,24
list 18:21 25:25 26:13 93:17
  113:2 160:24 162:21,22,24
  163:2 171:15 174:21
  175:14,15 177:1,18,19,25
  179:16,16 180:1,4 182:12
  184:9 213:18 263:17,20

275:15 276:23 277:3
  278:25 279:5,6,15,16,17
listed 62:4,5 97:6 156:22
  163:16 164:12 165:18
  166:7,12 167:22 168:3,22
  169:5,17 180:6 183:25
  190:5 249:25 271:21
  276:12 277:9 279:15
listing 142:20 143:2 147:15
lists 165:19 171:9 177:4
  179:24 180:2 276:9
literal 28:3 125:15
literally 134:23 135:1 136:17
literature 37:22 38:15 39:2
  98:6,9 205:1 206:11
  212:18 269:12,13,18,20
  270:16
litigation 272:24
little 13:9 36:5,9 154:11
  158:24 175:6 195:22
  201:24 244:19 253:13
  268:20 278:22
live 66:9
lived 53:3
LIVIA 4:22
LLP 3:17 4:18
log 103:24
logarithms 34:18
logic 42:20 240:12,14
logs 74:22
London 121:15,22
London's 116:1
long 25:9 53:3 57:9 104:12
  114:21 129:20,23 133:3
  158:24 255:21
long-pursued 114:1
long-term 126:16 127:18
  128:14,21 130:15 131:1
  132:1 164:10 165:18 166:7
  176:14,15 177:16 181:21
longer 126:4
look 23:16 26:8 30:8 31:2,23
  32:19 36:8 39:23 40:22
  41:22 44:8 57:16 69:23
  73:21 74:1 75:24 76:2
  79:14 84:7,18 85:3 89:11
  99:20 109:23 111:10,14
  113:22 120:2,14,23 130:14
  130:21,22 140:18 144:18
  144:18 152:4 155:20
  163:21 168:13 173:12
  178:4 179:14 183:9 201:3
  211:19 218:2 238:21,22
  242:1,2 250:18 251:24
  252:8 256:4 270:12
looked 31:1 32:3,24 45:25

57:10 58:9 69:24 80:15
  83:10 107:7 149:8 155:17
  168:14,15 170:11 172:5,23
  189:23 215:13 228:19,20
  234:9,10,13 239:2,4,6
  278:24
looking 36:24 50:25 64:20
  76:5 82:23 85:19 87:3,12
  97:12 107:2 111:23 138:17
  144:25 145:3 150:1 155:6
  168:10,19,22 172:19 173:2
  175:19 178:1 187:25 202:7
  222:24 259:2 268:23
looks 33:6 122:9 142:18
  195:19 243:13
Lori 1:24 2:18 10:22 159:3
  285:23 289:4,23
loser 148:16
lost 91:1 130:17
lot 53:6 77:7 95:18 99:16
  132:23 136:18 168:25
  181:17 211:21 218:23
  229:23,25 230:10,12,16
  231:3,4,4,14,20 232:19
  233:5 237:15,17 275:19
lots 25:12 62:25 79:23
  230:15,21,21,23 232:2,3,3
  243:16,16 249:21
low 229:4 242:10
lower 57:1 207:10 211:22
  246:13,14
lowered 64:13
lumped 203:24
lunch 129:19 169:19
Lynch 274:11

_____
M
_____

M 3:21
main 135:14 251:16
maintains 17:9 22:20
major 97:6 196:3 197:20
majority 55:5 113:25 114:20
  116:4 199:12
maker 233:15
making 21:22 35:3 57:13
  68:25 107:13 141:4 150:24
  254:8
management 47:6 51:21
  55:13 130:14 267:24,25
  269:6,15,18,22 270:13,22
  271:7,20 284:21
managements 204:25
manager 27:10,11
Managerial 39:17
manner 199:17,23
manufacture 98:17

manufacturers 102:18
  103:5
manufacturers' 103:10
  104:17
manufacturing 102:3
mapping 268:8,11
Marathon 182:16
March 61:21,25 62:3,12,21
  64:8,24 65:12,12,24 66:4
  68:4,10,18,25 69:6,8,16
  70:2,14 71:3,21 74:8,18,19
  75:25 195:15 201:17
  202:18,22 283:14
margin 261:24
marginal 125:25 127:5
  128:3 261:10,18,21 262:2
Mark 3:22 59:13 112:1
marked 9:3,4 14:22,25
  25:16 35:24 39:11 79:25
  80:3 110:5,16 111:25
  114:12 115:22 117:13
  118:19 120:20 130:2
  133:13 141:23 146:21
  165:10 175:25 181:5 188:8
  195:9,13 197:9 198:10
  208:9 212:3 241:7,17,24
  243:2 267:7 275:10,13
market 7:17,18 17:8 19:24
  20:9 24:1 30:15,21,24 31:4
  31:9 32:4,10 33:2,10,13
  48:19,23 49:7 58:1,19 59:1
  59:19 66:19,24 67:5,14,25
  76:3 80:16 111:18 112:7
  115:20,25 119:24 123:8
  128:8 134:3 139:4 174:16
  175:8 192:21,24 193:5
  195:20 196:16 204:11
  206:22 207:8 209:1 213:3
  218:10,22 221:23 222:3,18
  222:20,23 223:7,11,21
  224:3,4,16,21 227:17,20
  228:1,7,10,25 231:15
  233:10,14 235:12 236:8,10
  237:9,18 238:3,9 243:21
  245:3,7 246:5,6,10,18
  247:7 249:2,9,16 253:11
  254:1 261:11 280:2 283:23
  284:2,4,7
market's 20:9 30:18 133:24
marketplace 48:5 77:4
  254:2
markets 112:14 261:25
  262:5 275:21
Markit 22:18,20
marks 286:3
marriage 104:23

**Maryland** 273:6
**massive** 13:3 181:16
**match** 269:2
**matching** 268:1
**material** 15:13 71:1 151:8
151:18 153:19
**materiality** 150:25 151:2,13
151:22,25 152:8 153:10,25
260:22,24
**materialize** 223:20
**materials** 13:1 26:1 61:12
64:20 65:25 72:5 73:14
75:14 86:21 103:6 140:10
171:8 187:14,24 227:6
278:13,17
**matter** 10:7 20:6 32:1 56:14
68:9 71:15 75:5 78:24 92:2
97:15 98:8 154:21 184:24
185:7,12 238:14 277:2
**mattered** 258:14
**McMoRan** 93:24
**mean** 17:6 26:5 27:19 28:1
29:10 31:22 32:17 36:16
42:21 43:18 45:16,17
49:24 50:1 51:19 52:10
53:17,25 54:19 55:17 57:4
57:7 62:24,24,25 64:4
68:15 70:10 76:2,3 78:15
79:6 82:2,4,7 88:10,20
92:6,11 105:7 107:5,15
111:7 126:23,25 128:21
135:25 138:8 139:3 141:8
143:25 144:15,24 151:8,21
156:24 157:12 159:22
161:21 162:9 163:25 169:6
172:1 177:7 191:21 194:2
195:5 196:14 203:20 204:2
204:8,9 206:19 207:25
223:19 230:24 231:22,24
234:11,12 236:1,18 238:10
239:10 240:6 244:4 245:2
248:5 258:25 261:21 262:9
264:24 267:22 268:12
269:7,8 273:15 274:16
275:18 280:23 281:1,4
282:16 284:2,17,20
**meaning** 30:19 37:4 45:2
50:8
**meaningful** 29:12,15 44:24
**means** 14:9,11 22:23 50:21
50:25 62:24 66:5 111:9
121:19 163:5 172:17
173:22 191:20 193:20
203:21 215:18 236:13
237:25 238:7 239:16,21
242:6 261:23 276:17

**meant** 32:7 56:5 112:7
125:24 127:23 129:7,9
235:25 245:18
**measurable** 45:10
**measure** 17:20 45:20 91:16
91:16 178:8,15 179:3,4
184:12 268:19
**measured** 34:17 45:18
74:21 180:19,20 232:21
250:15
**measures** 17:20 34:18 68:7
81:11 90:14 254:12
**measuring** 30:18 112:23
234:6
**mechanical** 33:20 123:18
**mechanics** 33:18
**median** 49:25 50:1
**medias** 61:24
**meet** 120:3
**meeting** 251:6
**meets** 170:10
**member** 172:11
**members** 171:13 181:12
**memory** 27:18 28:4,22 54:3
79:8 87:19,22 101:23
170:9 190:1 228:13
**mention** 87:11 113:21
115:15 116:6,10 164:14
181:2 224:10 254:24 259:4
273:24
**mentioned** 18:23 55:3 89:12
141:19 229:16 258:17
**mentions** 137:22
**Mercury** 7:19,20 116:25
117:16,22 118:1,23 119:9
119:15
**mere** 66:20
**merely** 270:12
**merge** 281:4
**mergers** 203:4
**Merrick** 183:19
**Merrill** 274:10
**met** 62:6 66:24 280:25
**meta** 18:8
**metal** 27:14 79:20 80:18
81:5,6,17 82:2,3,5 90:21
98:17 100:8 108:14 109:13
109:25 110:11 111:5,6
112:16 113:11 114:16
115:10 116:14,23 121:9,15
122:2 124:21 156:11
**metallurgical** 171:20 194:8
194:15
**metals** 7:21 76:12 81:23
85:13,13 86:19 87:10
89:19 93:6,14 95:2,18

107:10,12,16 108:22
110:24 111:4,8,8,12
112:19,21,25 113:5,8,13
113:14 115:3 116:7 120:16
141:16 148:8,24 154:14
159:20 169:13 183:7 184:6
184:9 210:10 264:6
**metals'** 111:1
**method** 25:7 46:5 77:1
175:11 178:9 180:23 226:5
**methodologies** 251:15
**methodology** 201:21 202:12
223:2
**metric** 49:24 50:2,3 51:2
82:22 177:21
**metrics** 31:7 223:5
**Metz** 16:5,11,17 18:22 21:5
23:3,15 24:4 31:8 32:3,24
33:8,21,23 36:25 43:7 63:6
63:10,21 65:5,23 66:9,23
67:10 68:7 70:20 71:17
72:20 75:3,18 76:11 79:16
90:16 92:22 105:25 108:7
112:23 135:20 136:18
138:17 155:11 159:19
160:23 162:13 163:8 164:7
165:4 166:19 180:6 183:17
201:9 213:25 214:20,21,23
214:23 215:14,16,19 216:4
216:11,24 217:17,17,25
218:8 219:9 220:6 228:1
250:16 263:1,1,14,21
269:17 270:17 271:15
278:19
**Metz's** 21:20 22:5 28:2 34:7
38:17 63:24 64:20 67:22
69:18 75:16,17 85:20 90:9
103:6 105:23 133:17,23
137:14 155:20 165:8
167:16 168:11 212:23
213:12 218:14 283:8
**mic** 230:7
**microphone** 158:10
**mid-2011** 57:21
**middle** 28:6 40:23 80:7
143:4 180:13 181:23
198:24 199:10 210:25
257:13
**midnight** 121:20
**midway** 115:24
**MILLER** 3:8
**millergn@sec.gov** 3:11
**million** 146:10
**mind** 54:3 73:9 77:16 89:15
107:17
**Mine** 8:20 146:25

**mined** 184:15
**miner** 113:4 115:13 119:5
170:12 184:3 199:13
**mineral** 56:19 57:19
**minerals** 53:3
**miners** 86:13 87:1 102:16
113:14,24 114:19 115:12
115:25 150:2 169:20
172:20 186:10 189:10
**mines** 52:17 184:9,14
**minimum** 64:11
**mining** 16:20 18:17 70:15
71:4,21 74:19 76:12 77:3
77:12,13,20 78:6 79:9,20
80:10,18 81:6 82:2,3,5
85:13 86:19 87:10 88:16
89:19 90:21 93:7,7,9,14,25
95:3,19 107:10 108:16
110:24 112:16 113:13,16
114:1,16,21 119:2,4,16
133:25 145:23 147:4,20
148:8,10,24 149:2,21
150:2,18 152:19,25 154:14
155:15 156:22 157:10,13
157:16,20 158:2,14,17
159:20 163:22 169:13
183:7 184:6 185:15,18,24
191:1 210:10 256:21
257:21 260:1,16 262:23
263:6 264:6 269:9
**minus** 268:14
**minutes** 51:4 150:23 151:5
185:14 192:4 234:25
277:20
**mischaracterizes** 249:15
**mischief** 242:25
**missed** 279:8,17
**missing** 239:17 240:13,13
**Mitchell** 205:6
**mix** 84:11 86:22 87:3,9
89:21 95:22 100:10 106:16
148:14 169:23 170:24
182:25 185:11 186:14,24
187:10,20 189:18,19 190:4
**mixed** 269:21
**mixes** 100:9 170:11 173:1,7
**mkirsch@gibsondunn.com**
3:23
**model** 38:17,20,22 75:20
76:3 139:4
**models** 36:25 275:24
**modestly** 69:3
**moment** 20:25 107:22 147:8
147:10 198:21 225:13
**monetary** 249:18
**money** 248:18 253:23

monitor 10:13
month 208:25
months 47:16
Moody 254:22 255:17
morning 11:18 121:4 134:9
   134:25 154:11 155:8,10
   156:6,18 157:20 265:6,6
   279:19
Mort 41:20
motivation 169:7
mouth 158:11
move 49:7 79:22 96:4
   122:23 185:17 221:23,24
   234:5
moved 150:4
movement 52:19 102:10
movements 96:6 249:3
moving 221:3
Mozambique 56:10 223:16
multiple 123:11
multitude 150:3
music 277:15,17
mute 99:19 103:22,24
   108:25
muted 99:21 103:18
MYERS 4:8

**N**

N 3:1,8 4:1 5:1
N-A-I-C-S 83:14
NAICs 83:13,15
name 11:18 14:6 27:15 48:2
   77:11 160:25 289:20
natural 96:15 104:23 130:16
   130:25 131:5,13,18 132:18
   275:16,18,20 276:2,5,8
nature 132:7 147:21
navigate 165:14
NE 3:5
necessarily 49:10 92:19
   141:19 150:10 197:4
   206:10
necessary 212:22
necessity 131:6
need 13:5,20 21:21 25:4
   30:20 48:9 76:22 89:20
   106:24 107:19 127:9 135:1
   138:16 142:9 160:24 184:8
   184:13 201:19 205:20
   213:16 223:13 246:24
   251:23 253:21 262:20
   262:19 270:9 276:11 285:3
needed 93:11 266:18
needle 221:23,25
needn't 46:21 136:19 182:22
needs 48:3

negative 45:10,20 143:20
   144:5 146:16,19 253:4
   255:21 267:18,20 268:2
   269:5 270:6 273:19
negatively 102:5 103:9
   104:16,18
neglected 100:3
negotiations 209:1
neither 289:15
neutral 143:21 144:5 267:18
   267:21 268:1 269:5 270:6
never 84:9 86:24 92:20
   173:4 221:1 254:7 273:7
new 1:2 2:2 3:18,18 4:12,12
   4:19,19 10:11 16:2 32:12
   117:23 118:3,12,13 119:18
   119:22 120:12 121:20
   159:9 200:11 266:20
Newmont 18:13,16 93:7,9
   100:20 162:14 164:21,23
   167:2 190:20 192:2 263:6
news 7:22 28:13 30:18 46:1
   59:23 61:18 62:2 65:23
   66:6,24 68:2,11 108:15,18
   110:2,2 111:17 113:18,25
   114:19 117:10 118:3
   119:23 120:5,6 141:15,18
   141:21 143:20 148:19
   193:15 194:13,20 196:21
   197:2,3,6,7 199:11,25
   200:7,25 201:3,6,12
   202:13 217:4 223:3 224:7
   225:2 244:17,21,24,25
   245:2,3,4,6,6,10,12,14,24
   246:15,21 247:4,16 248:10
   248:15,19,23 249:7,8,23
   249:24,25 250:1 266:3,5
   268:16,16 270:5
nickel 185:9
night 157:12
ninth 40:20
Nishi 5:7
noise 99:16 158:12 159:13
   286:1
non-U.S 77:6
nonsensical 67:3
nonspecific 249:25
normally 29:12 89:16
notch 254:22
note 11:11 59:7 130:13
noted 10:20 23:2 108:15
   226:10
notes 29:9 67:10 81:2
   130:10 195:14 197:24
notion 284:3
number 10:6,11 12:17 16:17

25:15 27:23 35:23 37:15
   39:10,23 43:2 46:10 47:16
   64:4 75:5 80:2 95:12 98:3
   99:17 110:4,15 111:24
   114:11 115:21 117:12
   118:18 120:19 122:4
   130:16 131:19 141:22
   146:20 156:7,18 165:13
   168:15 170:16 171:19
   175:24 181:4 182:13
   183:18 188:7 197:8 198:9
   208:8 209:21 212:2 218:16
   221:13 230:18 241:6,13,16
   241:23 242:15 243:1
   263:12 265:8 267:6 275:9
   276:10
numbers 17:21 31:5,5 37:3
   37:6,12 81:4 209:15
   213:10 214:13 215:7
   217:10,14 218:23 229:3,10

**O**

o'clock 109:5
oath 287:11
object 13:20 14:5,12 249:14
objecter 13:22
objection 14:2,2,6 21:16
   37:25 43:1,17 44:20 51:8
   52:24 56:20 59:3 63:11
   68:13 70:4 72:8 73:19
   74:25 75:12 85:6 87:20
   89:23 96:9 102:7 118:14
   119:12 123:23 127:20
   129:12 137:18 138:4
   143:23 162:11 169:24
   178:18 179:7 184:1,17
   185:21 186:17 193:9,19
   200:2,19 206:4 207:24
   210:21 212:21 216:20
   220:15 224:24 232:22
   244:2 245:25 246:23 247:5
   247:17 249:12,15 255:5
   270:7
objections 13:16,19
objects 13:18
observation 240:8,14
observations 228:24 232:13
   239:17
observe 149:25 150:16
observed 245:20,21 246:11
obtain 17:10 193:1
obtained 24:6
obtaining 194:16 218:4
obtains 36:25
obvious 90:8,16,25 91:6,12
   93:2,6,11,21 102:11 260:9

obviously 16:5 88:11 92:4
   98:12 146:19 148:14 171:5
   173:3 189:6 205:11 206:14
   209:10 210:5 243:10 252:2
   265:13
occupying 78:2
occur 66:19 157:15,16
   232:18 246:20
occurred 227:23 245:22
occurring 112:22 232:10
   234:3 236:15 246:12,19
odd 230:16 231:4 232:3
   243:16
odd-lot 232:11
OECD 56:3,6
off-take 197:25
offer 43:15,18 52:3 64:7,17
   64:24 65:2 68:25 69:9
   114:2 210:1 211:12 287:10
offered 55:22
offering 208:21 276:4,7
offerings 253:23
Oh 25:23 36:3 142:8 225:17
   264:8
oil 96:8,12,17,19,22 139:1,6
   139:9 140:1,6,15,20,25
   141:9 142:24 144:9,14
   145:4,7 146:15 147:22
   148:3,6,9,11,14,18,24
   149:3,12 182:13,16,20
   275:20
okay 12:3,12,19 13:4,25
   25:24 26:10 36:3,6,18,21
   38:14 39:15,25 40:14
   47:21 48:11 50:7 54:9
   56:25 57:25 60:6 61:15
   63:20 76:7,18 82:10 94:4,6
   94:10,21 97:19 99:24
   102:14 103:25 104:1,4,8
   104:11 105:15,19 107:25
   108:6 109:1,22 111:20
   112:13 113:18 114:10
   117:15,25 118:4,21,24
   119:21 121:14,16 122:12
   129:4,9 130:1,12 133:5,19
   141:7 142:11 144:21 145:3
   145:6,10 147:13 149:11
   152:23 153:21 154:23
   156:21 158:6 166:15
   167:19 168:21 169:1,12
   170:15 171:8 172:1 174:19
   176:12 177:11 179:13,23
   180:15,22 183:20,21 184:5
   187:18 188:3,6 189:2
   194:22 197:18 201:10
   202:3,7,20 203:1,25 204:7

209:11 211:8 221:6 226:23
228:4 231:10,13 233:9
235:1 240:12,20 244:13
245:5 250:23 254:4,11
256:6,12 257:18 262:13
263:4 264:15 265:8 267:1
268:15 269:3 270:3 271:5
272:8,23 274:2,7 275:7
276:9 277:5,25 279:10,18
281:7 282:9,13,23 283:9
283:13,18 284:12,23
**old** 41:18 83:16
**omission** 29:21
**omitted** 30:5
**once** 112:17 114:16 115:1
217:23
**one-page** 36:4
**ones** 31:3 35:2 62:6 77:15
77:17 91:10 229:6 244:4,8
266:12
**oneself** 89:17
**onward** 61:24
**opening** 133:17
**operate** 130:16
**operates** 130:25 131:19
**operation** 55:16 56:17
**operational** 178:9
**operations** 33:25 79:5
145:18,25 149:4,8,13
170:20 172:15 182:20
194:10 198:6
**opined** 83:20
**opinion** 20:22 21:2,13 48:16
48:17,22 49:1,2,13 62:18
66:14 67:4 68:17 77:1
134:12,14 136:23,25
146:14 150:7 155:15 156:1
159:21,23 160:18 168:6
169:23 183:6 187:20
192:20,24 193:2,4 213:7
213:14 220:25 222:15,19
223:7 224:20,22 225:20
247:13,20 250:25 251:9,13
254:5,6 279:21 280:18
283:20
**opinions** 15:19,23 16:2,3,9
16:10 17:3,15,19 22:12
23:3,10,12 49:20 62:10
133:22,23 137:14 154:12
187:10 225:1 251:5 276:4
**opportunity** 55:22
**opposed** 18:7 125:21 126:4
170:2
**opposite** 103:11 270:17
**opt-out** 274:11
**order** 23:16,17 184:17,20

204:4
**ordering** 33:6
**ore** 51:25 55:4,15 92:13
98:22 101:10,24 102:6,16
103:7,9 104:15 105:4
106:5,12,17,24 109:16
113:19,21 115:16 116:10
116:15 117:3,7 120:4
122:3,7,18,19 123:8,11,12
123:16,17 124:7,17,22,23
125:3,5,8,14,17,22,24
126:4,15,21 127:1,5,7,14
127:19 128:8,11,14,25
131:15 132:16 141:17
150:7,17 189:9
**organized** 277:21
**original** 59:22 134:21
135:10 136:15 167:16
219:25
**outcome** 34:10,13,23,25
289:18
**outlet** 197:7
**outlier** 242:10
**outline** 282:19
**outlined** 33:1 265:6
**outset** 13:17
**outside** 46:7 56:12
**overall** 35:16 249:3,18 272:1
**overlap** 173:6 183:1 184:13
185:13
**overlapping** 172:20 173:1
**overnight** 112:15
**overpaid** 20:13
**overpay** 204:25 208:7
**overwhelming** 55:5
**owned** 172:3 174:10
**ownership** 39:17 40:25
**owns** 173:16

**P**

**P** 3:1,1 4:1,1 5:1,1 72:25
**p.m** 2:17 10:2 109:6,7 133:9
133:10 192:12,13 235:6,7
278:3,4 286:7
**page** 6:3 7:2 8:2 12:23 15:7
15:7,10 28:6,6 39:22,23
40:6,20,21,21 61:16,24
85:21 86:2 103:1,2 107:22
108:19 109:24 115:24
116:19 130:7,8 133:21
143:1,4,7 145:13,14 146:3
146:4,5,6 147:4,6,8,11,14
147:16 149:17,19 150:5,21
165:14,15,23 166:1,3,6,10
176:7,8,16 178:5,6 180:12
180:12,14 181:19,20,24

183:8 188:12,23,24 195:21
195:23 197:22 198:22,23
202:5 208:17,18 209:17,19
209:20 256:8,10,11 276:9
288:3
**pages** 15:15 61:17 108:1,3
181:17 257:11
**paid** 20:7,8 152:12 207:10
209:6,23 210:10,18 211:10
231:21 261:5 276:19 277:1
277:5,15 279:14 283:25
**Palia** 7:14 39:14
**pandemic** 11:14
**paper** 7:14 36:8 39:14 41:12
41:17,25 42:12,21 283:16
**papers** 39:2
**paragraph** 40:22,23 85:21
85:22,24 86:1,1,3,17 103:1,4
105:17 106:8 108:19
109:12,19 110:9 113:22
114:7,18,24 116:14 120:14
124:19 130:14,22 131:4
132:3 133:22 178:4,21
180:17 183:16 195:23
197:23 198:25 199:5,10
208:19 209:18,18 210:9
256:10 257:12,13 258:11
258:12 259:21 260:10
**paragraphs** 87:6 107:23
258:2
**PARISE** 3:9
**parisee@sec.gov** 3:12
**Park** 3:18
**part** 19:9,20 24:14 46:9 47:9
71:24 80:17 85:17,19
88:11 101:11 104:11
156:13 166:10 167:16
169:21,23 172:25 173:18
173:19 176:10 223:12
233:15 242:14 251:1,24
258:25 270:14 283:5,10
**participants** 196:16 222:21
222:23 247:8
**particular** 16:15,19 21:12
30:24 34:23 35:15 51:14
52:9 113:20 123:12,20
131:24 132:22 183:22
185:11 200:21 240:24
241:3 242:4,7,7,19,21
249:20 267:17 269:17
**particularly** 13:10 57:1
207:20 246:6
**particulars** 190:17
**parties** 11:25 12:23 13:16
13:19
**partly** 75:2,3 137:17

**party** 13:18 270:4 289:16
**passed** 265:22
**path** 127:14
**patience** 285:6,23
**pattern** 222:13,14 276:20
282:18
**Paul** 4:18 205:8
**pausing** 129:18
**pay** 154:8 204:3 206:21
207:7 248:16 284:8
**pays** 204:11 207:9
**PDF** 15:7,15 39:22 40:21
103:2 108:1 130:8 143:1
145:13 146:4 176:8 181:20
188:12,25 202:6 208:17
256:10
**Peabody** 18:24
**peer** 79:18 91:4 98:5,9
183:12 257:15 259:25
260:14 269:12,13 270:15
**peer-reviewed** 212:18
**people** 13:9 26:24 27:2 31:7
78:20 203:7,14 204:15
207:1 214:9 269:8
**percent** 34:19 36:25 37:1,2
38:4,10,11,12 39:6 40:10
40:18 41:1,3,15 42:16,18
43:6,14,15 52:1 64:13,14
72:6,20,25 73:1,6,7 80:8,9
80:12 89:4 101:13 103:5
109:17 119:5 120:24 122:8
124:24 125:2,16,20 126:20
129:5 147:23 180:17,19
198:1 208:23 209:24
210:12,16,18 212:15 214:2
215:3 218:3,5,18,20 220:9
229:2 239:5,11 240:9
244:12 257:24 258:21
**percentage** 73:11 92:12
113:12 213:8 240:7
**percentages** 74:22
**perfect** 90:12 91:16,20
92:20
**perfection** 173:5
**perfectly** 84:10
**perform** 41:1 170:6 243:22
**performance** 188:15
**performed** 262:16
**performers** 277:18
**period** 59:25 65:24 67:24
102:24 104:22 127:13
132:9 140:14 164:8,25
167:23 168:4 179:10 181:1
208:3 210:17,25 231:19
237:2,3 239:6 252:6
255:21 272:17

**periods** 164:10 165:19 166:12 180:6 181:25 182:4 182:7,9 202:17,21
**permits** 224:13
**person** 188:11 197:4
**person's** 25:2
**personal** 204:5
**personally** 173:24 265:25
**perspective** 19:13 20:19 21:9,11 22:11 43:4 45:3 49:5 62:16 65:18 66:10,17 78:9 88:8 93:23 135:2,20 136:1,21 137:11 151:7 152:16 153:20 154:2,5 196:18
**PH.D** 1:14 2:14 6:5 11:3 287:3 288:2,25
**phenomenon** 236:12 237:22
**phone** 103:20,23
**phonetic** 82:24
**phrase** 48:25 244:19
**phrases** 269:1
**physical** 205:5
**pick** 49:23 60:13 162:17
**picked** 243:25
**picking** 266:21
**picture** 150:11
**pictured** 186:3
**piece** 32:12 220:8 222:2 250:12
**pieces** 248:19
**place** 99:12 266:11
**placed** 57:20
**places** 289:11
**plaintiff** 1:5 2:5,15 3:3 273:7 273:8
**plaintiff's** 142:14 195:13 274:17
**plaintiffs** 272:24 273:1,4
**plan** 176:15 177:17
**plans** 198:3
**platinum** 172:4,9,13,14
**play** 92:4,6 251:15
**played** 224:16 265:12
**players** 77:6
**playing** 22:5
**plays** 170:20
**PLC** 1:7 2:7 10:9 113:25 288:3
**please** 10:24 13:5 14:5 53:1 94:23 161:14 192:6 196:18 206:5
**pleasure** 285:7
**plus** 28:3 268:14 280:20
**point** 13:4 21:22,23 22:4,7 31:12 37:15 62:14 67:2

69:2 70:19 86:15 109:24 110:20 111:15 114:6 115:18 117:8 132:1 152:9 156:8 165:23 177:9,10 178:22 181:3 191:7 200:21 211:2 212:23 213:25 214:6 214:16,21 215:17 216:14 217:19 218:8,22 219:1,12 219:17 258:10,12 269:1
**pointed** 157:24
**points** 55:1 73:11 150:24 183:17
**policy** 249:18
**portfolio** 228:21 229:13 234:9,10,13 238:22,24 242:12
**portion** 92:16
**portions** 265:21
**posed** 127:12 132:8 247:7 248:1
**position** 64:11 74:10 252:2 252:9
**position's** 66:13
**positive** 134:5 143:21 144:5 144:7,14 146:16 150:13 199:12 252:22,25 255:22 257:16,20 267:18,20 268:1 269:4 270:5
**positively** 19:24
**possibilities** 238:5,6 239:25
**possibility** 239:14
**possible** 49:19 71:13 78:11 84:9 85:11 86:7,10 87:4 99:18 106:17 107:5 112:10 112:12 173:3,4 183:1 191:22 221:15 231:23 234:7 236:4,7 237:13,19 237:24 238:8 239:19 240:16,18 254:17 269:2
**possibly** 28:23 221:20 232:4 281:1
**post** 104:25 107:2 224:9
**potential** 51:13 52:8 253:19
**potentially** 22:25 47:22 108:9 141:17 232:1
**power** 260:3
**practical** 32:1
**pre** 224:9
**pre-Rio** 53:16
**preceded** 83:16
**precious** 112:16,19,25 113:4,7,11,14 115:3,10 141:16
**precise** 182:25 224:18
**predate** 62:20
**predict** 270:16

**predicting** 193:16
**predictive** 260:3
**predicts** 270:17
**preexisting** 280:2
**prefer** 155:12
**premium** 203:2,5,8,12,15,18 204:2 206:17 207:2,9,10 207:20 208:23 209:6,13,23 210:10,16,18,19 211:9,21 249:17 279:23 280:7,20 283:24 284:10
**preparation** 27:19 28:3
**prepared** 268:8,11
**preparing** 15:18 27:25 57:18 64:17 75:10,23 129:1 131:12 141:14 171:10 181:13 196:22 200:14 243:21 265:10
**presence** 51:23 91:23 98:18 132:18 237:8
**present** 5:3 12:5 78:5 96:21 144:9 211:16 223:18 233:19,22,24 248:7
**presented** 24:3
**presents** 212:15
**preserves** 13:19
**presume** 117:23
**pretty** 21:19 43:23 156:8 205:10 206:12 215:1,5
**previous** 149:15
**previously** 9:3 14:22,25 130:2 133:13 165:10 195:9 237:7
**price** 19:17 20:8,10 22:1 28:19 29:24 30:3 45:11 46:18 47:15 49:6 50:6 62:24 66:21 69:3,16 74:19 102:15,17 103:8,11 104:15 106:5 108:10 109:14 112:22 122:7,19 123:4,7 123:20 124:22 125:6,8,10 125:21,22,25,25 126:5 127:1,5,5,17,24 128:13,14 129:6 131:14 132:10 134:6 134:20 136:11 138:6,11,13 138:18 139:6,9 140:7,15 140:19 143:18 144:1 151:11,14,16 152:12,14 153:7,13,23 154:8 200:5 204:11 206:22 207:8 208:24 209:25 218:20 221:2,10,18 223:6 224:8 225:3 230:22 236:16 239:16,20 251:6 256:15 258:4 259:8 261:6,11,18 261:24 262:3,8,9 268:5,18

277:16 279:21 280:2,10,22 283:21 284:8,22
**priced** 126:15
**prices** 25:10 28:20 45:7 53:7 75:24 99:8 102:6 103:11 103:14 104:17,19 105:3,4 105:6,12 106:4,12,25 107:6,12,16 108:14,16,22 109:16,25 110:11,24 111:1 111:4,6,6,8,8,13,13 112:17 113:19 114:16,25 115:1,10 115:16 116:2,7,11,16 117:3,7 120:5 122:3,4,12 122:14 123:11,16 124:7,17 124:23 125:18 126:4,22 127:8 128:4,11,15 130:23 131:21 132:5,16 139:1,10 140:1,7,15,25 141:9,16 142:4,20 143:2,5,13 144:5 144:8,9,14 146:15 147:16 147:22,22 148:3,6,9,10,18 149:22 150:4,17 151:24 152:5 232:2,9 235:24 236:14 237:10,16,20 250:12 261:8,8 264:21 275:22
**PricewaterhouseCoopers** 8:19 146:25
**pricing** 125:4 237:18 241:20
**primarily** 55:15 92:18 194:7
**primary** 13:22 81:6,17,22
**prime** 81:21 277:17
**principal** 161:1 265:24
**principally** 82:5,7 85:12 113:11
**principled** 161:9 162:20
**principles** 29:6 228:5
**print** 283:16
**prior** 9:4 54:10 62:12,22 64:24 65:12 66:3 67:12 68:16 117:8 192:22,25 193:15 200:17 225:15 252:14 289:6
**private** 203:21 204:1,4
**privately** 83:3
**probabilities** 212:10,11 215:7
**probability** 212:19 213:1,8 213:14,18,21 215:3 218:4 218:11
**probably** 28:16 51:25 54:22 71:12 185:1 205:10 217:11 218:25 254:24 274:17 276:24 279:19
**problem** 90:15 211:24 240:5 242:11 258:25

problematic 89:14
problems 21:5 96:21
proceed 13:14
proceedings 289:7,10,17
process 62:25 63:15 64:5
produce 71:12 258:20
produced 29:3 71:1,19,25
  72:4 74:9 105:20 140:10
  201:11 227:6
producer 174:4
producers 148:25
produces 213:25
producing 83:21 258:6
product 84:3,11 86:7 87:3,9
  87:12,24 95:21,22 106:16
  169:23 170:11,24 172:21
  173:1,7 175:8 182:25
  184:13,14 185:11 186:14
  186:24 187:10,20 189:18
  189:19 190:4
production 71:8 88:1 98:2
  99:11 103:7 278:12
products 83:22,23 84:17
  85:2,11 86:9 87:2,7,11,16
  87:25 88:6 89:13,21 91:21
  95:13 97:13,21 98:17,24
  99:5 100:2 122:15 145:7
  150:3 170:8 185:6 203:10
profit 32:12
profits 99:9 103:13
program 164:11 165:18
  166:8,12 176:14 181:21
  252:18,21,24
progression 283:4
project 27:10 51:14 52:9,13
  52:14,22 53:4,13 55:24
  70:14 224:1 281:20
projects 52:6 53:23 54:1,13
  56:2 277:16
promising 52:13
proper 91:25 106:11,22
  154:15
properly 262:14
properties 56:19
proportion 180:18
propose 163:8
proposition 117:2
prospects 46:17 47:19
  48:18 51:13 52:8
protect 130:17 131:19
protection 131:1
provide 46:25 47:14,23 48:1
  63:9 207:11
provided 11:24 35:19 57:2
  63:20 64:6 75:20 77:9 83:3
  210:3 242:22 260:21

providers 50:10
provides 83:5 130:25
providing 47:22
pry 158:21
public 47:8 54:22 197:4
publication 118:1,2,11,12
  120:25 121:3,12,15 197:20
publicly 209:23
publish 50:14,17
published 39:3 117:22
  119:19,21 121:10 205:25
publishes 109:14 124:21
publishing 50:11 267:14
pull 35:21 110:7 114:14
  117:15 130:5 141:25 165:7
  198:21 202:1,5 240:21
  256:4 267:2,10
pulled 15:4
pulling 39:13 120:22
pure 92:4,6
purported 185:14,25
purpose 35:11 47:10 54:8
  78:1 84:24 89:25 90:1
  155:6 174:24 175:2 177:8
  177:17 202:23,25 217:9
  219:1
purposes 75:9 76:19 85:1
  96:23 97:2 106:10 121:18
  168:7 175:15 191:17 204:5
  211:16 216:17 232:8 252:7
pursued 114:21
push 142:9,10
put 11:9 14:18 25:21 61:13
  63:24 67:18 69:8 79:25
  101:22 102:25 133:16
  149:16 158:10 163:14
  165:15 212:5 256:8 271:13
  275:12 278:8,14
puts 81:22
putting 50:13 62:9 225:6
PwC 147:19 149:19,25
  150:11,16,19
PwC's 148:3

Q

qualify 89:6
qualitative 50:18 171:5
  179:9 187:6,25 190:8,9
  268:13,22 270:1
quantifiable 50:19
quantitative 47:15 50:3 51:2
  223:5 251:15 254:12 268:4
  268:19 270:10
quantitatively 240:17
quantity 230:3
quarterly 126:16

question 14:11 15:21 17:7,7
  17:14 19:8,11,14,21,23
  20:1,15 22:9,10 24:19
  29:15,18 30:9,11,22 36:11
  39:4,9 43:10,22,25 44:2,22
  44:24 45:4,24 49:4,8,21
  53:15,15,18,19,24 54:24
  55:18 57:5,17 58:22,23
  59:11,13,21 62:13,23 63:2
  63:8,9,12 65:1,4,13,15,17
  65:22 66:9,17 67:1,20
  68:21 70:6,19 72:2,10 73:4
  73:4,21 75:22 76:6,7 84:2
  89:16 90:5,10 91:19 92:5
  95:20 96:10 97:18 104:5
  106:21 107:1 113:8 118:17
  119:25 121:18 125:23
  127:13 128:1,6,23 132:8
  134:15,17,23 135:7,14
  136:5,12,12 139:11,18
  140:18 147:11 153:9 154:6
  159:24 160:13,21 161:11
  164:1 165:25 167:14,18
  172:24 173:19,20 181:3
  182:25 183:3 184:16,22
  187:2 193:11 194:18
  196:25 200:9,12 201:19
  203:7 204:14 207:14 211:5
  211:25 216:10 217:1,3
  220:18,18,20,21,23 228:22
  232:5,5,14,24 233:1
  236:23 239:9 244:6,25
  246:17 247:7,19,25 250:15
  251:21 254:3 255:14 256:1
  256:18 258:1 259:13 265:7
  266:15 268:25 269:10,14
  270:9 271:11 280:15 281:5
  284:1,11
questioned 186:1
questioning 13:5 60:10
  129:22 158:20 232:7
questions 13:13 15:5 29:6
  52:17 60:23 64:3 91:17
  139:15 152:25 180:11
  186:8 192:18 196:13 199:6
  201:2 219:15 221:14
  235:12 238:15,17 239:1
  240:25 245:16 272:9
  277:21 278:8,22 281:8
  284:24 285:2,9,12,16
quick 140:4
quicker 211:15
quiet 159:9
quite 46:10 54:19 57:23
  63:23 127:21 167:18
  247:10

quotation 111:19
quote 44:23 108:18 122:9
  138:5
quoted 110:10

R

R 3:1 4:1,22 5:1 154:1 251:6
raise 99:5
raised 16:19 18:5 55:1
  105:24 253:22
rally 112:15
ran 74:18 75:10 167:1,5
  201:10 256:19,20 263:11
  264:2
Randgold 115:12
random 242:14
range 209:24 210:6 211:3
  213:15 227:24 270:12
rank 33:6
ranked 115:25
rare 184:10
rated 253:13
rates 224:9 249:2,4,17
rating 226:21 250:24 251:4
  251:7,9,10,16,19,22 252:7
  252:11 253:16,21 254:7,13
  254:13,15,18,23 255:1
ratings 252:3 254:8 255:18
ratio 31:16
raw 28:24 103:6
reach 20:22 100:24 101:2
  193:4 200:14 250:10
  260:19
reached 15:20 41:13 187:10
  190:3 260:13
react 244:23
reaction 19:14 30:8 66:21
  133:24 267:17 270:6 271:7
  271:20
reactions 7:7 269:5 270:13
read 26:16 37:3,6,15 41:9
  103:15,16 104:6 114:4
  115:4 119:6 129:14,15
  131:2,10 134:7 146:12
  147:25 157:17,18 171:24
  187:6 196:11 199:4 209:3
  271:22,24 272:7 287:3,5
readers 271:14
reading 28:2 104:9 178:21
  197:23 225:5 272:2 283:8
reads 119:1
ready 120:3
real 52:21 197:6 251:18
realized 215:25
really 23:3 27:1,6,23 35:10
  50:20 54:3 66:22 69:4,7

81:23 86:4 89:2 93:3 98:9
101:17 102:22 117:10
123:6 124:5 128:1 135:15
138:18 144:8 157:8 160:1
162:13 173:10 174:2
178:20 180:25 189:22
191:2 195:5 205:19 209:15
214:4 215:7 225:2,11
242:18 248:19 258:1,10,18
261:5 269:16 282:7
**reason** 11:11 14:4 21:10,12
161:2,9 163:24 167:12,20
167:25 169:16 206:21
210:2 211:23 259:20 288:4
288:6,7,9,10,12,13,15,16
288:18,19,21,22
**reasonable** 151:10 152:10
153:18 154:6 155:25 157:2
157:22,23 158:2 216:15
259:15,17 260:25 261:3,9
261:11,14 262:6
**reasons** 43:3,11 84:6 98:3
106:7 163:12
**rebar** 120:24 122:13
**rebuttal** 16:6 21:6,14 63:6
63:10 165:8 263:1
**recall** 12:6 27:23 28:17
31:14 34:1,24 35:3 54:15
57:22,24,25 58:7,8,9 69:7
70:17 71:5,23 81:20,23,25
83:12 89:3 95:4 96:1,7
101:17,18,19 102:19
105:14,18 106:1,6 107:13
108:22 113:15,17 117:10
117:11 123:6,9,22,25
124:5,18 125:12 126:17
128:12 140:2,8 145:9
149:1,5,6,9,11,15 151:4
165:1,2,3,4,5 166:9,18,20
168:17 170:13,18,23 171:7
171:25 172:6,10,22 174:2
174:6,7,14,18 178:3
180:25 184:5 188:1 189:22
189:24 190:15,16 191:2,14
192:1 194:19 197:1 200:7
200:20,23 201:18 209:15
225:11,22,24 227:1,9
229:20 231:10,12,17 237:1
237:5 240:10 242:18
254:25 255:19,25 257:3
263:24 264:14,18 265:1
272:21 274:10 282:21
283:2
**recalling** 190:17
**receive** 12:12
**received** 262:25 265:14

270:20
**recess** 60:17,18 94:13,14
109:6,7 133:9,10 192:12
192:13 235:6,7 278:3,4
**recognize** 15:2 36:12
**recollection** 41:17,19 60:3
69:11 75:15 83:16 88:2,3
93:19 95:7,8 112:20 174:8
255:7,9
**recommendation** 48:21
**recommendations** 46:18
47:11,14,22 282:14
**recommended** 119:2
**record** 10:21 11:9 26:15
48:10 60:14,16,20 63:3
94:7,8,12,16 109:2,5,9
129:23 133:3,7,12 156:14
183:15 192:9,11,15 234:24
235:5,9 242:13 257:9
277:20,24 278:2,6,9
285:21 286:5
**recorded** 10:18 117:9 122:5
**records** 241:21
**reduce** 131:5
**reduced** 146:10
**reduction** 252:17,20
**reevaluating** 247:8
**refer** 12:18 76:18 79:15
83:18 112:7 113:19 116:23
138:5 139:17 178:13 203:7
209:8 262:19
**reference** 101:9 114:18
116:3
**referral** 9:4 14:23 130:3
133:14 165:11 195:10
**referred** 17:4 28:11 44:6
49:14 50:11 51:17 52:7
77:11 113:1 115:7 122:13
122:19 123:4 158:4 206:17
221:16 262:21
**referring** 14:20 17:14 32:22
63:14,15 68:20 74:4 80:5
85:18 90:19 116:21 122:6
122:22 139:16,19,20 158:3
175:11 239:4 242:23
280:10
**refers** 97:10 114:15 115:19
121:7,22
**refining** 88:16,17
**reflect** 217:18
**reflected** 134:5 190:10
**refresh** 190:1
**refuge** 115:3
**regard** 19:1
**regarding** 194:25
**regime** 56:18 58:3,5

**regist** 82:24
**regression** 29:14 73:14 74:6
74:7,17 75:11 256:19
264:22,23 283:9,13
**regressions** 264:2,5,20
265:2
**regulation** 56:22
**rehabilitate** 159:23
**reject** 37:13 41:25
**relate** 90:5
**related** 11:22 58:20 62:11
68:11 78:7 99:2 136:17
141:15 147:23 183:12
223:15 224:12 226:7 227:2
237:9 250:24 262:22
278:17 289:16
**relating** 277:14
**relationship** 130:23 139:25
140:6,14,25 275:22
**relationships** 141:9 276:10
**relative** 101:15,20 207:20
236:9,15 260:3
**relatively** 170:2 234:4 239:3
246:19
**released** 108:8 198:13
**relevance** 20:21,24 135:5,6
137:22
**relevant** 19:25 65:13,17,19
123:21 126:19 127:1
128:15 129:4 132:19
135:23 136:7,25 137:8
155:22 174:17,19,23 175:3
175:16 220:13 221:1,9
226:2 245:11,13
**relied** 109:18 124:25 125:17
125:21 228:2
**relies** 125:24 129:6
**rely** 120:6 124:8 125:3
126:21 132:15
**relying** 124:15 271:8,9,22
276:7
**remaining** 61:23,24 277:21
**remember** 28:12 31:17 69:2
69:4,21,25 82:8 89:10 97:9
107:18 117:24 211:13
218:19 224:13 229:3,10
248:17 264:9,15
**remembering** 18:24
**remind** 148:17
**reminded** 181:16
**reminder** 162:7
**remote** 13:8
**remotely** 289:10
**removal** 162:7,12
**remove** 162:6
**removed** 64:10 161:5

162:14 164:22 263:6
**remuneration** 188:13
**render** 48:16 76:25 168:6
**rent** 57:20
**REO** 42:23
**repay** 253:14
**repeat** 59:13
**rephrase** 255:14
**rephrasing** 136:5
**replicate** 160:6
**report** 7:9,11,13 8:4,5,7,9
15:3,8,11,18,19,22,24 16:6
16:7,21 19:9,20 21:3,4,15
21:19 22:13 24:3 25:22
26:2,20 27:17,20 28:2 29:3
31:17 34:11 36:2,13,19,22
42:7 47:18 51:6,10 53:10
54:4 55:9 57:18 58:18 61:3
61:7 64:18 67:7 69:17 70:1
71:2 75:10,23 77:10 79:7
79:13 81:24 85:8,17,20
87:13 88:2 89:5 97:5 101:4
101:18,23 102:25 103:2
105:21 107:19,24 110:21
113:18,20,24 114:7 115:14
116:13,24,24 117:16,19
118:22 119:15,19,23 120:7
120:15 121:19 122:2,5
124:2,4,19 129:1 130:7,9
131:13 132:12,14,19
133:17,21 140:11,17
141:14 145:12,14 146:4,24
147:7,15 151:3 158:17
164:9 165:8,9,15 171:2,4,9
171:11,19 176:5,9,11
178:6 179:21 181:8,13,14
181:18,20 183:16 185:2
187:8,13,18 188:5,13,25
189:23 190:5,11 194:21,23
194:24 196:15 197:17
198:13,17,18 200:14
201:23 202:4 208:12,15,18
209:9 211:13,25 212:6
213:12 219:24 223:15
224:11 226:2,10 227:7
234:12 250:23 254:10,25
256:4,11 262:17,18 263:1
264:5 265:3,10,12,13,15
265:17,21 266:2 267:21
271:10,21,22,24 272:4,5,6
272:20 275:14 281:10
282:6,15 283:10
**reported** 1:23 51:10 66:6
109:15 115:11 116:15
120:5,11 123:1 124:22
**reporter** 10:22,24 14:8

289:1,5
**reporters** 50:24
**reporting** 10:17,23 115:9
    119:9 282:10
**reports** 17:5 46:1,10 47:10
    61:18 68:2,3 85:15 100:24
    108:15 142:4 156:23
    157:11,17,18 158:14 166:5
    171:10,14 174:3 200:25
    222:24 223:3 269:24
**represent** 121:14 214:17
    216:7 217:14,22 262:10
    279:22
**representation** 95:24
    125:16
**representative** 48:23
**represented** 56:10 87:8,16
    95:15 96:13,13,22 97:3
    100:5,5 101:1 208:23
    220:2 269:1
**representing** 10:16,23
    172:2
**represents** 280:2,19 283:22
**request** 278:12,15
**require** 25:9 136:14 258:5
    259:9
**required** 276:22
**requirement** 82:10,15,17,21
    82:23
**requirements** 56:23
**requires** 138:20,23 198:5
    280:5
**requisite** 24:24
**research** 49:15,15 53:10
    145:22
**researcher** 33:6 98:13
**reserve** 278:16 285:2
**reserves** 172:4,14
**resource** 275:16,18 276:5
**resources** 53:12,16,22
    57:19 165:2 166:11 168:6
    188:20 276:3,8 284:21
**respect** 12:1 17:3,15 18:3
    45:6 59:1,19 66:3 89:7
    109:24 137:14 138:10
    139:24 140:5,13 148:6
    156:10 226:24 227:5 228:6
    228:23 251:8 256:2 267:3
    270:22 278:18
**respective** 11:23
**respond** 63:10
**responded** 19:24
**responding** 21:14 66:8
    75:16
**response** 30:18 41:20 63:21
    105:23 162:13 168:11

**responsive** 167:15
**rest** 66:13 260:10
**restating** 48:20
**result** 18:15 41:7 44:19
    74:22 200:6 201:4 212:11
    237:10 250:8,9 251:2
    258:23 259:10
**results** 16:25 41:14 42:22
    43:13 72:4 259:4 260:14
    263:23 264:1
**retrieve** 194:20
**return** 19:3 42:24 134:6
    173:13 178:2,14 179:3
    180:16 220:9,9 226:12,13
    238:10 239:22 240:3
    245:23 256:20,25 257:16
    257:20 260:1,15,20 283:18
**Returning** 91:21
**returns** 34:17,18 37:1,18,19
    39:18 70:13 71:3,21 74:21
    102:16,17 108:11 140:15
    140:25 178:15 232:9,13,21
    234:5 238:1 239:17 246:14
    246:14,22 258:7,13,15,21
**revealing** 221:12
**revenue** 52:2 55:18
**revenues** 103:13
**review** 8:10 26:12 36:18,21
    46:9 144:12 147:4 197:13
    197:19,24
**reviewed** 62:9 69:19 98:6,9
    171:10,14 173:23 181:13
    222:21 268:9 269:12,13
    270:15 271:3
**reviews** 33:25 224:7
**RIFKIND** 4:18
**right** 12:16 19:16 20:8 34:9
    34:19 36:7 38:17,23 39:3
    40:6,11,18 42:12,15 45:15
    49:3 50:13 52:15,22 55:6
    55:11,16,19,23 56:3,13,19
    58:11,16 63:10,22 64:14
    64:18 71:18 75:11 80:10
    80:21,25 83:18 93:7,10,15
    93:18,25 94:25 101:12
    104:12,19,20 109:3 111:1
    115:13 116:16,25 120:9
    121:1,4 122:20,25 123:2
    129:1,6 133:6 137:9
    141:12 142:24 143:10,14
    147:11,16 150:9 151:5
    153:23 154:4,17 159:17
    160:19 163:8 164:12 167:3
    168:23 171:11,16 173:2
    176:21 177:2,13,14,20

179:6,17,25 180:3,7
    181:14 182:4,7,10,14
    186:16 188:17 189:7,10,15
    190:14,19,23 194:4 195:2
    198:18 199:2,14 201:2,13
    201:17 203:2 210:6 211:22
    219:12 220:11 221:4
    223:16 226:3,8,14,15
    231:21,25,25 232:3 233:7
    233:20 234:20 236:3,6,10
    237:12,18,23 238:3,5,13
    239:6,12,18,22 240:3,15
    242:8 243:8,11,17 244:1
    245:10,15 246:8 252:18,25
    254:8,16,19 255:3 256:22
    257:1,24 261:15 262:3
    263:7,12,21 267:18 277:9
    278:16 279:2 282:11
**right-hand** 146:5
**Rio** 1:7,7 2:7,7 3:16 8:12,13
    8:15,18 10:8 22:22 23:6,17
    23:21 45:8,10 51:7,24
    53:22 54:2,10,13 55:5,9,15
    56:2,17 57:3 58:1,10,14
    62:11,21 63:6,21 64:7,10
    64:16,24 67:5,15 68:1,11
    68:25 69:8,15 70:13 76:25
    77:4,8,22,24 78:2,7,13
    79:5 84:17,19 85:2,3 86:17
    87:18 88:6 91:22 92:1,3,11
    92:12,16 95:6,16,18 96:1
    96:14,23 97:13,14,18,20
    97:22 98:20,22 100:6,12
    100:14,19,23 101:11,15,21
    103:13 105:7,11 106:10,18
    106:23 108:10,11 109:17
    113:4,25 114:20 116:4,6
    119:3 123:21 124:24 125:2
    125:7,10,16 126:2,14,20
    127:1,10,18 128:13,15,24
    130:6 131:13,17,18,21
    132:5,15 133:24 134:4
    135:9 137:16 138:1,5,11
    138:13 139:2,2,9,25 140:7
    143:21 145:4,7,11,17,24
    146:8,16 150:8 151:1
    154:16 155:4,9 156:23,25
    157:10 158:13 159:16
    161:7 162:1,25 163:16,20
    164:11 167:22 168:7,22
    169:5,8,17 170:8,21
    171:22 172:8,15 174:4,13
    175:13,22 177:1,17,24
    178:17 179:5,16,24 180:5
    180:24 181:1 182:3,19,20
    183:24,25 184:9,14 185:7

185:19 186:24 187:11,21
    188:17 189:7,20 191:5,17
    191:22 192:19,21,25 193:6
    193:16,24 194:14 195:1,16
    198:24 199:1,11,18,23
    200:16 208:20 209:2,6
    210:17,18 211:9 212:19
    213:19,21 214:18,24 216:7
    219:20 224:21 225:9,20
    226:7 227:17 228:10 231:5
    231:16,19 233:7 234:3
    236:25 238:18 241:3,12
    242:16 243:7 246:5 250:11
    250:24,25 251:3,10,21,25
    252:8,15 253:20,21 254:22
    276:12,15 277:4,6 279:4
    284:6 285:8 288:3
**Rio's** 118:24 157:17,18
**rise** 114:16
**rising** 102:6 109:25 110:12
    116:4,7 212:14
**risk** 130:13 223:15 249:19
**risks** 145:16,17 223:10,20
    224:1
**River** 225:10,21
**Riversdale** 19:25 24:10,16
    51:4,7 53:12,15,21 54:11
    54:16 55:21 58:10,14,24
    59:17 61:4 62:11,22 63:7
    63:22 66:3 68:12 114:1,21
    116:5 118:24 119:2 133:25
    192:19 193:1,6,24 194:7
    197:25 199:2,18,24 208:21
    209:7 211:10 214:18 216:7
    216:19 217:2,15 220:4
    222:16 223:10 255:2,12,16
    266:6 279:23 280:19,24
    281:1 283:23 284:18
**Riversdale's** 208:24
**Robert** 1:8 2:8 4:17 5:4
    208:13
**rod** 122:14
**role** 170:19 224:15 251:14
    265:11
**rose** 111:1 112:17 115:1
    116:2 122:3
**roughly** 84:14 231:10
**round** 229:23,25 230:10,15
    230:18,20 231:3,14,20
    232:2 237:15,17
**rounding** 93:4
**royalties** 277:14,17
**RPR** 1:24 2:19 289:23
**RSA** 1:24 2:19 289:24
**RTCM** 138:1 151:1
**RTE** 52:5

RTM 251:1 268:16
rule 96:17
rules 11:22
run 18:19 29:14 166:15
204:6 264:5 283:4,5,14
run-up 67:12 283:16
running 73:18 152:19 263:5

**S**

S 3:1 4:1 5:1
S&P 76:12,17,19,23,24
77:19 78:5 79:3,15 83:6,10
87:17 89:2 93:6,14 95:2
107:10 113:13 148:8,23
154:14 156:11 159:20
160:3,4 169:13 183:7
264:6,17
S&P9 93:25
sake 128:18
sales 125:8 126:15
sand 173:10
sat 266:15
save 130:17 287:7
saving 252:24
saw 55:8 156:25 157:10
196:16 218:22 255:19
saying 43:13 45:14,21 63:13
67:14 82:25 126:9 129:15
134:25 143:25 150:11
151:4 153:4,4,6 159:1
160:5 168:24 173:1 186:13
190:13 195:24 212:25
214:15 215:9,12 217:21
218:21 247:22 249:15
260:12 261:7 268:17
says 28:8 40:8,9 80:8 86:12
105:18 110:22 111:3,5
112:13 113:24 114:19
122:7 126:1 130:15 131:5
131:18 142:22 145:17
147:4 166:2 177:12 178:6
180:16,17 198:24 199:11
199:17 214:1,21,23 216:12
217:18,19,25 219:8 260:10
261:23 270:17
scale 53:13 54:2,13
Schleifer 41:20
scientific 46:5
scope 262:15
score 269:5 270:5,19,21,22
271:6,19
scoring 267:16 268:17
269:11
scratcher 213:12
screen 12:22 14:19 15:15
25:22 36:3,5 61:13 79:25

142:6 165:16 181:10 202:2
256:9 257:12
screenshot 8:12,13,14,17
8:21 142:1,15 240:22
241:2
scroll 61:23
scrolling 15:10
search 62:7 124:4 201:5,16
202:13,16,16 266:21
searches 201:7,10 202:21
searching 266:25
SEC 12:13 136:8 288:3
second 43:5 65:5 99:15
110:9 122:6 130:14,15,22
133:21 180:17 183:16
195:21 219:12 252:16
seconds 48:9
section 87:14 103:16 124:4
145:15 146:6 176:11,13
188:13 250:24 279:16
sector 35:15,16 54:22
108:16 112:16 114:16
176:22 180:19 210:10
249:19
secure 196:4,23 198:4
securities 1:4 2:4 3:4 10:8
11:20 151:9,14 154:4
238:22 239:3 244:23 248:6
253:12 261:2,5,8 262:4
273:6
security 28:19 29:24 30:3,13
30:25 151:12,15 232:6
241:12 243:13 246:19
see 12:23 15:14 21:21 23:7
23:17,17 25:2 36:7 37:18
39:19 40:1 41:5 42:9 50:9
55:14 70:22 79:11,19
85:15 86:5 108:20 110:8
110:13 114:17,22 118:7,7
121:8 130:19 135:1,15
142:3,5,6 143:2,5,7 145:1
145:4,20 147:1,17 149:23
149:24 150:5 157:5 158:21
161:8,11 166:10,13 168:3
176:4,6,13,23 177:2,22
178:10 180:21 181:10,23
182:1,3,12 183:10 185:2
194:13 196:7 197:14 198:7
198:15 199:14,20,21 200:4
210:13,14 232:24 236:9
238:20 241:1 242:3,5
243:9 257:21 260:4,7
264:8 267:11,13,15 271:14
271:25 272:1,19
seeing 71:23 209:14
seek 115:2 278:16

seeking 194:25
seen 105:25 124:3 195:17
196:10 198:1 208:15
211:24 274:20
sees 75:18
segments 97:16
Select 76:12
selecting 82:11 244:14
sell 47:11 125:10 148:11,14
153:7,13 198:3
seller 198:1
selling 83:11 127:19 153:15
172:8
sells 88:6 145:4
semi-strong 30:20
sense 49:6 51:6 58:25 59:19
106:17 126:23,25 129:7,10
129:24 186:9 218:24
235:24 280:6,9 284:9
sensitivities 18:19 263:18
sensitivity 16:10,23 34:6
164:14,16 166:15 167:1,5
168:25 262:22 263:5,11,19
sentence 104:14 110:22
112:13 122:7 124:20 127:6
130:15,22 131:4 145:17
146:8 183:17 199:17 210:8
sentiment 48:18 58:19 59:1
59:19 60:1
sentiments 58:1
separate 83:11 281:3
SEPARATELY 9:13
serve 189:20
service 50:10
services 50:22 279:14
set 155:9 238:4 261:18,24
289:11
sets 261:11
setting 277:16
seven 18:12
shadow 167:8
Shanghai 120:24 122:13
share 50:8 138:6,10,12,18
208:22 223:6 225:4 280:22
283:21
shareholder 178:2,8,14
179:3 180:16 214:25
273:15,21,24,25 274:4
shareholders 119:2 193:24
196:3 199:20 273:13,14,22
274:3,5,8,9,19,23 275:5
shares 194:16 196:6 199:25
200:17 208:25 209:25
219:21 230:4
sharply 116:2
sheet 23:25 287:9 288:1

Shell 182:17
shift 250:6
Shines 273:6
shock 96:4 102:9 112:22
shocking 159:12
shocks 96:16 98:2 99:1,3,7
99:12 104:21,22,24 107:3
122:22
short 31:16 60:13 94:9
120:24 234:24 273:11
shorthand 289:4,12
show 61:11 118:22 165:9
176:2 183:14 185:1,14,25
188:4 195:12 208:11
209:22 240:23 257:14
showed 42:21 145:22 186:2
showing 145:10 215:18
shows 165:17 241:2,11
243:5
sic 81:8,9,10,17,22 82:9,12
82:15,18 83:7,16 85:14,25
97:1,2,7,13,16,19,21 98:6
267:10
side 146:5
sidewalk 152:20
signalled 128:2
signalling 221:21
signature 15:8 286:6 288:24
Signed 287:16
significance 37:23 38:10
41:10,15,21 42:1 44:1,16
64:22 73:7 75:19 101:15
101:20 238:13 259:12
significant 19:3 22:1 39:8
40:9,18 41:3 42:4,16 43:14
44:2 47:9 66:1 67:12 68:10
68:15 69:25 72:12,17,19
73:1 96:22 100:14 101:11
134:5 149:12 151:16
182:20 226:11 236:14
256:15,25 257:17,19,23
258:4,6,13,21,23 259:8
260:1,15,18
significantly 131:5 250:17
silliness 213:17
silly 21:1 213:4,5 215:8,13
215:25 218:1
silver 86:20 115:5,6,13
116:2
similar 31:3 83:22,23,25
84:11,18 85:3 86:14,22
87:2,3 91:22 95:21 97:2,20
98:7 100:8 106:16 107:5
172:21 173:14 178:16
180:23 186:5,6,14,25
191:22 209:9

similarly 106:2
simple 129:3 133:1
simply 19:20 20:18 21:4
  22:8 63:5 97:12 99:4
  118:10 139:19 208:5,7
  213:20 260:8
single 91:16,19,20 92:20
Sinha 5:7
sir 12:2 22:14 26:23 37:20
  46:12 62:1 117:5,20
  171:12,17 189:16 199:3
  201:14 202:15 222:25
  226:9 239:7 241:5,15
  242:24 244:15 245:11
  262:24 279:3
sit 111:21 119:17 168:5
  190:14 257:3
sitting 81:25 124:5 149:9
  171:7,24 174:1
sixth 113:22 114:18
size 170:10 232:19,21 233:5
  236:19,20
skepticism 60:3
skill 48:4
skills 48:6
skip 15:6
SKOLNIK 3:8
skolnika@sec.gov 3:12
slight 164:11
slightly 175:20 280:14
small 170:3 221:22 230:12
  230:21 231:4 232:3 234:4
  243:16
small-lot 232:11
smaller 32:11 87:23 92:3,10
  92:11,14,15 93:12 229:6
  230:11 245:22
smiling 188:10
so-called 56:2 256:2
software 84:5
sold 84:4,18 85:3 87:18
  91:22 145:7 231:18 232:19
solid 112:15 114:15
somebody 46:16 128:20
  152:18 207:3
somebody's 262:1
someone's 196:18
somewhat 55:22
songwriters 277:18
sorry 17:11,13 24:11 28:18
  37:7,10 38:1 40:5 44:21
  52:25 53:14 54:15 56:4
  57:4 58:4 59:4,5,12,13
  70:7 76:1 80:22 82:14
  87:19 91:1 94:1 95:4 100:1
  101:25 104:4 105:6,9,14

111:5,22 112:1 116:20
  117:24 118:6 123:22 126:6
  136:4 142:8,9 144:22,23
  147:7 158:7 161:18,20
  174:3 176:15,16 177:10
  188:22 189:1 194:2 209:18
  215:22 225:16,17 226:17
  230:6 231:17 235:15 237:5
  241:9 242:20 249:14 250:8
  255:13 264:18 276:16
  283:18 284:16 286:1
sort 11:21 13:22 33:6 35:6
  50:11 132:11 158:14 183:3
  184:12 201:4 218:17 223:1
  267:15 269:3,11 270:4
  281:8
sorts 152:24
sound 46:5 72:11 141:5
  152:21 210:6
sounds 46:6 75:2 82:23
  99:15 211:4
source 120:15 124:9,15
  240:23 241:20 270:4,4
sources 29:1 47:8 51:1
  108:19 109:21
Southern 1:2 2:2 10:10
sovereign 223:15
space 86:7 87:25
spare 23:8
speak 151:8,20 152:15
speaking 97:15 276:25
  279:1,12
specialization 275:16
specialize 46:20,21
specific 30:4 47:22 99:3
  101:9 114:25 115:10
  122:17 141:10 169:22
  175:7 205:15 213:24
  223:10 224:2 227:25
  228:10 230:4 241:12,13
  244:21 245:6,10 250:12
specific-news 246:8
specifically 18:2 74:4 77:15
  100:12 107:16,23 122:1
  133:20 134:12 139:2
  164:16 169:12 177:12
  183:14 228:22
specifies 114:25
specify 110:25
speed 150:13
spelled 171:2 187:13
spelling 271:15
spend 27:25 46:23 73:25
spending 58:13
spent 27:17 265:18
SPMM 79:23

spot 96:20 116:15 117:3
  122:7,18 123:4,7,15,20
  124:23 125:3,8,10,18,21
  125:25 126:5,21 127:1,5,8
  127:17,24 128:15 129:6
  131:14,21 132:5,16 142:20
  143:12 144:13 184:2
  275:22
spread 229:17,19 233:18
  235:23 236:21
spreads 31:24 32:2,7 231:1
  233:15,16 236:8,24
stabilize 131:20
staff 26:14,21 242:9,20,21
  243:23 265:9,12,18,20
  268:7,10 270:24 271:1
  281:9,11,14,15,24 282:10
  282:13 283:1
Stafford 205:6
stage 88:1
stages 98:1 99:11
stake 198:2 199:12,19
  208:21
stamp 121:22
stand-alone 281:3 284:4,19
standalone 280:25 284:10
  284:13,15
standard 37:21 38:8,15
  81:12 153:24 212:17 223:1
  238:1,9 246:22 258:19
  269:8
standards 269:4
standing 47:17
stands 149:19
star 38:9,19,22 40:2,9
stars 38:10,11,16
start 14:17 36:9 148:7 154:1
  248:13 253:9 266:12
started 22:17 86:3 154:10
starting 17:24 85:22
starts 143:8 160:3 197:23
state 14:5 21:2 64:7 86:17
  106:8 116:14 124:20 257:9
  258:17
stated 37:8 180:8 225:20
statement 20:17 56:14
  116:20 125:13 132:12,14
  173:18 196:23 225:25
  260:8
statements 101:10 130:11
  256:3
states 1:1 2:1 10:9 146:9
  289:2
stating 225:2
statistic 38:6 40:2 42:8,12
  42:23 72:5,24 73:4,5

statistical 37:22 38:9 41:15
  44:1,16,25 63:5 64:22
  73:7 75:19 205:7 238:13
  250:10,20 259:12
statistically 19:2 22:1 37:9
  40:9,17 41:3 42:16 43:14
  44:2 66:1 67:11 69:24
  72:12,16 73:1 134:5
  151:16 226:11 250:16
  256:15,24 257:17,19,23
  258:3,6,13,20,23 259:8,25
  260:15,18
statistics 37:18,23 38:16
  45:25 66:18 67:1,22 72:21
Staying 242:19
steel 79:8 87:25 88:5 89:12
  98:16 102:2,5,17 103:4,10
  104:16 105:13 106:5
  120:23 122:14 193:8
steelmaking 170:16 194:3,9
  198:6
stenographic 10:21
step 68:20 140:22 225:18
sterile 70:19
stipulations 11:25 12:10
stock 20:10 31:4,6 32:9
  39:17 42:24 102:15,17
  103:11 104:17,19 105:3,6
  105:12 106:4 108:16
  109:16 125:6 134:20
  136:11 139:2,10,21,25
  140:7,15 144:1,7 148:10
  151:23 152:4,13 153:7,23
  221:2,9,18 248:12 262:7,9
stockholders 152:3
stocks 47:11 102:5,23
  110:24 112:15 148:20
  236:22 253:7,10
stories 141:18
story 50:25
strategic 221:12
strategies 280:11
strategy 203:9,23,23 206:18
  277:11 280:5 284:21
streaming 277:15
Street 3:5 4:5,12 7:15 46:16
  46:24 114:8 115:11
strength 44:16
strictly 131:8
strike 155:22,24
strong 44:3 82:21 150:12
structure 128:17,24 186:11
  249:3
studied 228:11 229:19
  231:20 238:19 240:7
studies 20:4 22:23 29:7

33:19 34:23 49:10 76:12
151:17 154:22 204:23
205:6,7 209:22 229:16
**study** 29:8,11,12,20 30:2,12
30:17 33:3,14 34:2,13,25
35:5,9 46:9 60:5 76:15
77:24 78:12 82:11,20
84:17,25 85:2 95:16 96:14
96:24 98:20 100:6,13
106:10,23 138:2,25 140:3
150:20 154:13 155:3,4
157:15 158:15,17 161:7
163:3,19 173:9 185:8,20
186:2 187:22 189:15,21
191:6,17 194:12 196:22
213:17 226:6,12,14,23
227:4,16,25 228:6,23
233:6 234:20 237:21 238:8
238:11 243:21 244:5,9
245:19 250:8 264:23 283:5
**studying** 89:22 195:20
200:21 275:21
**stuff** 271:16
**subheading** 147:3
**subject** 23:20,21 56:22 61:7
61:9 107:3 118:8 178:7,9
193:3 205:17 237:21
266:21
**subjected** 56:18
**subjects** 16:1 22:19
**submission** 265:3
**submitted** 15:24 22:13
208:12 264:5
**subscribed** 289:20
**subsequent** 16:6
**subsequently** 24:1 30:7
**subset** 228:18
**substantially** 210:19
**Success** 195:24
**successor** 17:9 22:20
**suddenly** 137:4
**sufficient** 30:25 31:10 32:5
173:7 227:18
**sufficiently** 161:6 187:11,21
189:19 191:24
**suggest** 48:2 68:3 132:21
**suggested** 43:8 113:9
**suggestion** 283:1
**suggests** 72:20
**Suite** 4:5
**summaries** 266:3
**summarize** 256:13
**summarizes** 266:5
**summarizing** 225:2
**Summary** 7:6 133:21
**sunk** 219:20

**supervision** 289:14
**supplementary** 15:13
**supply** 194:15 196:4,24
**support** 42:23 52:19 120:7
122:2 125:1 269:21
**supported** 41:14
**supporting** 227:6
**supports** 41:7
**suppose** 20:7 30:8 67:18
218:14 280:6 281:5
**supposed** 105:16 281:4
**sure** 12:9 15:14 25:21 29:10
30:10 38:13 41:10,24
45:16 46:15 48:13 50:9,9
50:20,21,22 51:3 54:19
57:11,15,23 59:16 62:23
63:20 64:6 65:2,10,11
67:19 68:5,8,14 70:11
73:11 76:21 80:7,14,23
81:21 82:17 101:3 102:3
102:20 103:21 104:13
105:2 106:22 107:21 118:7
118:9 121:6 126:18 127:22
128:24 129:25 132:25
138:10 139:3,7,12,18,22
140:2,20,22 141:3,20
143:24 144:11 145:6
147:10 151:4 153:5,8
160:7,20 167:14,17,18
171:23 172:16,17 173:23
174:14,17 175:10 177:6,7
177:16,21 178:20,25
179:18 183:11,12 185:22
193:10 200:22 205:19
207:15,17 221:5 231:1,22
234:21 235:2 239:23
242:15 244:3,8 246:1,9
247:10 252:1,13 254:4
258:18 262:14 263:10,15
263:16 265:20 266:19,20
269:7 270:20 273:7 274:14
274:20 278:23 279:13,20
280:8,23 282:7,16,23
284:2
**surely** 45:3 264:9
**surmise** 212:13
**surname** 49:16
**surprise** 74:16,24 218:15
222:17 223:3
**surprised** 70:25 222:23
223:8
**surrendered** 196:5
**surveyed** 59:24
**suspended** 286:7
**suspenders** 228:20
**Sustainable** 145:15,16

**swear** 10:24
**switch** 189:12
**sworn** 11:5 289:7
**sync** 150:4
**synergies** 203:12,24 204:7,8
204:15,16,20,21 205:15
206:3 280:11
**synergy** 204:9 207:6
**synthetic** 131:7
**system** 57:11,16 81:13
85:25 267:16
**systematic** 201:5,16 202:21
226:5 266:16

---

**T**

**T** 72:6
**T-E-C-K** 166:11
**table** 39:24 40:1,8 42:6 80:8
147:15,19 149:18 165:9,16
165:17 168:4
**tableau** 212:15
**tables** 266:1
**tactics** 196:1
**take** 25:18 28:5 39:21 42:5
51:16 59:8 60:7,13 83:17
103:1 107:22 109:2,20
111:7 116:13 119:14 120:2
129:24 130:7 133:20
140:22 141:7 143:1 144:18
144:21 146:3,23 147:6
149:17 150:21 156:4
160:20 164:14 173:11
176:3,7 181:7,19 188:11
192:5,9 195:21 198:12,20
199:8 201:1,24 209:17
216:14 219:4 225:17
234:24 243:19 254:15,18
256:7 262:18 282:14
**taken** 2:15 60:17 94:13
109:6 133:9 134:18 192:12
235:6 255:17 278:3 288:2
289:10,12
**takeover** 114:2 118:24
119:3
**talented** 208:5
**talk** 13:10 22:17 51:3 76:10
76:22 150:19 158:9 203:25
219:24 220:1 238:25
253:10 259:7 266:8 282:19
**talked** 35:2 42:13 87:15
156:16,18 164:18 166:19
166:23 169:18 171:3
185:24 228:7 229:16 259:1
263:21 265:8 278:9
**talking** 29:23 36:9 74:7
88:25 100:12 106:14 132:1

138:6,7 141:11 155:7
196:15 222:24 228:5
248:11 253:6 261:1 281:2
**talks** 65:23 98:9
**tall** 12:16
**Tape** 10:5
**target** 47:16 50:5,6 204:17
204:22 206:13 223:6 268:5
268:18
**targets** 46:19 49:6 200:6
224:9 225:4
**tasked** 61:9
**Tata** 193:8,18,23 194:3,16
194:17,25 196:23 199:25
200:17
**tax** 56:18,22 57:1,5,8,10,20
58:2,5,8
**taxations** 57:14
**team** 26:24 71:2 74:18 75:10
166:4 171:13 172:11
181:12 202:13,20 264:1
266:16,24
**Tech** 19:1
**technical** 135:18 256:17
**technically** 122:23 274:13
**technique** 34:9,22
**Teck** 18:23 165:1 166:11,11
166:16 167:12 168:3,6
177:4 180:2,6 182:6
188:20
**Telephone** 3:6,19 4:6,13,20
**tell** 29:8,16 63:17 64:4 70:10
111:9 127:9 213:4 265:11
265:14 282:5
**telling** 214:22
**tells** 217:4,12 220:8
**ten** 23:16 27:3,3,6 48:9 80:9
80:13,16,19,20,23 277:20
**tend** 146:15 229:5
**tendered** 258:9
**tendering** 48:5 218:8
**tends** 185:17
**term** 126:4 139:21 151:3
203:2 229:23 231:8 235:13
235:21 244:25 247:23,24
248:4 249:3 261:11 280:9
284:17
**terms** 33:18 34:17,18 97:19
99:9 124:11,13 125:15
137:24 152:7 162:20 170:8
184:13 185:6 186:13 196:5
196:24 202:16 222:22
229:7
**terribly** 132:21
**territorial** 57:13
**test** 30:22 66:22 70:2,13

71:2,20
**testified** 11:5 263:2,5
272:23 273:2
**testify** 277:3 289:8
**testimony** 287:4,7
**testing** 29:13 70:9
**Texas** 4:5,5
**text** 15:13 112:9
**thank** 11:14 24:17 48:12
76:8 90:3 112:3 130:1
133:5 176:19 189:3 235:3
275:8 285:5,7,9,13,17,19
285:20,22,22
**thanks** 11:10 94:18 256:13
285:25
**theoretical** 30:17 238:5,6,14
238:15,17 239:1,24
**theoretically** 239:19
**theory** 99:12,13 265:19
**thereof** 289:18
**thesis** 160:2
**thing** 13:7 31:9 45:14,21
49:18 71:7 96:4 206:20
214:21 216:9 234:15
**things** 26:8 31:24,24 32:1
44:1 46:8 47:5 48:15 50:5
50:18 51:11 52:20 53:2
62:25 84:13 87:25 151:17
164:19 177:15 203:24
204:6 206:8 210:5 219:9
221:13 223:14,17 224:10
224:19 228:2 245:17
249:21 264:13 265:22
266:22 269:19 280:21
**think** 14:15 16:22 18:22 19:1
19:4,5,23 20:16,25 21:18
21:20,22 22:5,10 27:4,6,18
31:8,11 33:11,24 35:6 40:3
42:13 43:24 48:17 51:20
51:21,22 52:3 53:18 55:3
58:12 62:14 63:8,16,25
66:9,12,16 67:21 70:18,22
71:6,14 72:1 73:22,25
75:21 78:17,21 79:11 83:6
85:8 87:10 90:15 91:15
94:4,19 96:15 97:5,25 98:8
98:15,21,24 100:3,19,21
101:2,10 103:17 105:22
107:3,9 108:24 109:1
112:24 113:10 114:17
127:14,22 128:2 132:2
134:15,17 135:7 136:22
137:10 138:16 144:17
149:14 152:2,4 153:24
154:3,11 155:11,18,21
157:2,8,21,25 160:1

161:21 162:2 163:7 164:20
169:18,25 174:6,24 176:8
178:19 183:8,23 184:2
186:18 187:5,23 188:3
191:10 195:4 196:25 200:3
203:23 204:16 205:24
206:10,23 207:5 209:8
211:12,25 212:13 213:9,23
214:5,9 215:10,13,24
218:1,7 219:23 220:11
222:19 223:14,25 224:15
229:1 230:6 232:15 234:23
237:7 239:13 247:2,6
248:1 249:5 250:4,6
252:19 254:9,24 255:24
256:11 258:24 259:20
260:9 262:19 263:9,22
264:8,8,11,12 269:15
271:11 272:8,19 274:6
276:23 277:22,23 280:9,13
280:14 283:15
**thinking** 16:13,15 48:24
151:24 157:13,20 214:10
284:6
**thinks** 112:23 135:20
**third** 43:6 61:16 111:15
270:4
**Thomas** 1:8 2:8 3:9 4:3 5:5
**Thompson** 28:24
**thought** 23:4 44:5 126:9
157:3,9 168:11 196:1
206:4 218:17 251:17
263:14 269:1
**three** 12:15 38:11 81:15
182:4,7
**threshold** 39:5 72:20 82:8
230:3,4 231:2 244:11
**Thursday** 239:21,22 240:2,3
**time** 10:13,14 13:15 15:22
46:23 51:16,25 52:12
54:17 57:10 58:21,24
59:17,22,22 60:16,20 67:8
67:15,24 73:25 94:12,16
94:22 105:24 108:9 109:5
109:9 112:22 118:17
119:25 120:3,8,10,12
121:3,7,19,22,23 127:14
132:2 133:7,8,12 135:2
140:14,23 164:8 171:21
172:24 179:10 181:1,25
190:18 192:11,15 199:8
202:22 207:16 208:2
209:14 210:17,25 211:2,20
218:11 222:13,14 223:21
225:18 235:5,9 237:2,4
247:9 251:25 252:6,9

254:3 255:22 261:16 262:5
264:4,19 272:17 276:18
278:2,6 284:25 285:3,5,17
285:23 289:11
**timeline** 202:24
**timeliness** 223:22
**times** 83:15 134:10 164:9,18
203:19 216:21 265:9
272:13,15
**timing** 23:22
**Tinto** 1:7,7 2:7,7 3:16 8:12
8:13,15,18 10:9 22:22 23:6
23:17,21 45:8 51:7,24
53:16,22 54:3,10,13 55:5,9
55:15 56:18 57:3 58:1
64:10 67:5,16 68:1 69:8
76:25 77:5,9,22,24 78:2,7
78:13 84:17,19 85:2,4
87:18 88:6 91:22 92:1,3,11
95:6,17,18 96:2,14,23
97:14,14,18,20,22 98:20
100:6,13,14,20 103:13
105:7,11 106:11,18,23
113:4,25 114:20 116:4,6
123:21 125:10 126:14
127:18 128:13 131:17,18
134:4 135:9 137:16 138:1
138:5,11,13 139:2,2,25
140:7 143:21 145:4,7,11
145:24 146:8 150:8 151:1
154:16 155:4,10 158:13
159:17 161:7 162:1,25
163:16,20 164:11 167:22
168:7,22 169:5,8,17 170:8
170:22 171:22 172:8,15
174:4,13 175:23 177:1,18
177:24 178:17 179:5,24
180:5,24 181:1 182:3,19
182:21 183:24,25 184:9,15
185:8,20 186:24 187:11,21
188:17 189:7,20 191:5,18
191:22 192:19,21 193:1,6
193:16,25 194:14 195:1,16
198:24 199:1,23 200:16
208:20 209:2,6 210:18
212:19 213:19,21 214:24
216:7 219:20 224:21 225:9
225:20 226:7 227:17
228:11 231:16,19 233:7
234:4 236:25 238:19 241:3
241:12 242:16 243:7 246:5
251:1,10,25 252:15 254:22
276:12,15 277:4,6 279:4
284:6 285:8 288:3
**Tinto's** 45:10 56:2 58:10,14
62:11,22 63:7,21 64:7,17

64:24 68:11,25 69:15
70:13 79:5 86:18 92:12,16
98:22 100:24 101:11,16,21
108:10,12 109:17 119:3
124:24 125:2,7,16 126:3
126:20 127:2,10 128:16,24
130:6 131:13,22 132:6,15
133:25 139:10 145:18
146:16 156:23 157:1,11
175:14 179:16 199:12
210:19 211:9 231:5 250:11
250:24 251:3,22 252:8
253:20,22
**title** 39:16 122:10 272:4
**titled** 118:24 119:16 120:23
130:13 146:25 176:22
216:6
**today** 10:15,22 12:5,14 13:2
14:21 55:4 111:21 119:17
124:6 129:19 149:10 168:5
171:7,24 174:1 195:18
228:4 285:17,24
**today's** 10:12 199:11
**told** 43:3 63:1 65:3 156:6
205:21,22,24 215:10
**Tom** 11:10,19 24:11 48:8
59:7 60:8 70:9 84:20 89:25
111:22 129:17 138:4 155:1
159:8 176:16 188:22 192:3
274:15 285:22
**tone** 21:19
**tons** 198:4,5
**top** 15:14 23:16 24:2 77:18
80:9,13,16,19,20,23 81:4
81:20 97:11 115:25 121:11
121:13 146:5 149:18
168:15,15,18,19 170:11,13
172:7 180:13 184:7 229:11
229:13 231:6,8 272:21
274:6
**topics** 16:5,8 22:15 282:19
**torture** 75:4
**total** 8:14 178:1,7,14 179:3
180:16 216:6 218:6,15
240:7 243:6
**totally** 157:1
**touched** 35:6
**trace** 241:2,21
**track** 272:12
**tracked** 47:8 97:16 149:21
**trade** 151:12 228:16 230:11
230:14,20 231:21 240:1
243:25 244:17,21 245:8,15
245:20,21
**traded** 209:23 229:2 233:5
234:8 239:5,11 244:10

**trader** 32:13 232:16 235:19
**trades** 8:17 30:14 31:4
  232:10,11,17,20 236:2,5
  236:15 237:14 242:3,8,16
  243:17 246:5,6,19,20
  261:24
**trading** 32:9,19 208:24
  209:25 227:22 228:15
  229:4,6,8,12,22 230:1,9,22
  232:2 234:3 238:18 261:17
  262:11
**transaction** 8:16 153:12
  203:13 215:2 223:18
  229:17 232:2,10,18 233:4
  233:19,20 234:5 237:8
  243:6,15 246:11
**transactions** 31:25 32:8,9
  32:11,15 207:17 211:20
  231:23 233:11,23 237:11
  243:7 246:12
**transcribed** 289:13
**transcript** 287:4,6
**Trends** 147:4
**tried** 97:7 167:11 196:4,23
  250:22 269:2 271:13
**trips** 136:18
**trouble** 23:8 94:23
**troubling** 90:15
**true** 34:20 40:19 41:11
  42:19 52:23 56:8,14 57:12
  61:6,8,22 78:3,10 81:1
  88:8 93:16 113:21 115:17
  116:12 190:24 221:7
  236:11 238:15 239:13
  287:6
**truth** 289:8,8,9
**try** 13:12,13 90:5 94:7,24
  98:13 109:3 179:14 211:8
  211:19 280:13,16
**trying** 66:18 71:16 78:16
  84:10,13,15 85:10,14 86:6
  86:9,12,22,23,25 87:6,8
  89:17,18 95:1,20 96:3,7
  97:17 106:14,15 127:6
  132:17 152:1 164:2 169:19
  172:25 207:6 217:7 219:6
  232:16 234:17 258:18
  263:16 266:15
**TSR** 180:18 181:3
**turn** 91:18
**turned** 242:8
**turning** 169:1
**turnover** 227:24 229:3
**turns** 260:24
**twice** 218:6
**two** 36:25 37:12 38:10,16

81:11,14 98:3,24 124:9
  155:13 182:6,7,9 190:5
  193:23 195:15 196:3
  204:10 206:8 219:9 233:23
  237:12 239:17 251:5
  269:19,21 280:21
**type** 142:23 143:20 249:24
**types** 209:9
**typewriting** 289:13
**typical** 243:12 274:17
  282:18
**typically** 99:10 155:24 175:5
  228:17 230:13,21
**Tyson's** 10:19

_____

**U**

**U.S** 3:4 8:21 77:19 90:22
  142:2,16 146:11 160:3
**Uh-huh** 98:15 101:25 236:24
  266:2
**ultimate** 71:13 220:21
**ultimately** 33:4 65:18 137:7
  156:25 195:24 208:20
**unanticipated** 221:12,20
**unconditional** 68:19 69:1
**underlying** 45:25 86:18
  109:17 124:24 125:3,17
  126:3,21 127:11 129:5
  131:22 132:6,15 146:10
  227:20 236:15 250:19
**underneath** 147:19
**understand** 12:9 19:22
  43:21 53:14 60:25 102:4
  104:14 153:5 178:25
  194:18 232:14 246:16,25
  247:23,24,25 248:4 254:5
  270:21 272:9 275:17 281:8
  282:23
**understanding** 24:18 29:18
  44:22 45:23 51:9 55:7 56:9
  58:17 62:13 64:15 65:1
  67:9,15,25 70:5 73:20 84:2
  106:20 112:18 123:10
  124:16 125:23 135:23
  136:6 139:11 161:3 193:11
  207:14 235:18,20 250:14
  252:19 260:23 270:8
  271:11 287:10
**understood** 53:4 262:15
  278:23 279:20
**undertaken** 131:8
**unexpected** 245:3,7,9 246:8
  248:9,23 249:6
**unfortunately** 136:18
**unimpairment** 224:7
**unimportant** 260:19

**unique** 80:20,24 236:20
**unit** 52:5
**United** 1:1 2:1 10:9 289:2
**universes** 201:8
**University** 276:18
**unlock** 52:21
**unpack** 49:4
**unquote** 138:5
**unrelated** 77:8 79:4 132:11
  134:23
**unusually** 42:24
**upgraded** 254:22
**upgrading** 255:18
**upper** 147:16
**upside** 134:4 248:18
**USA** 241:13
**use** 12:14 16:21 23:11 25:7
  25:7 29:11,20 30:2 31:7
  35:8,13,19,19 39:5 41:21
  41:25 43:8 46:24 47:24
  70:21 76:25 78:19 82:22
  84:12 99:8 103:6 151:3
  156:4 157:1,16 158:16
  162:22 163:2 167:19
  188:14 203:14 204:14
  245:1 259:18
**useful** 159:16 173:8 174:12
  183:23 184:20 185:8,19
  186:25 187:22 189:6,20
  191:5,16 211:10 259:2
**useless** 220:22
**user** 99:17 148:15
**uses** 82:9 126:12 158:14
  180:24
**usual** 13:9
**usually** 14:10 47:16

_____

**V**

**v** 1:6 2:6 10:8
**vague** 43:24 51:8 68:13
  73:19 127:20 169:24
  185:21 193:9 207:24
  246:23 247:5
**Vale** 77:18,25 78:13 90:20
  189:5,6,9
**valid** 76:14 77:23 78:12,15
  90:2 91:13 160:12,17
  161:25 163:2 186:2
**validity** 164:1 267:22
**Vallette** 4:7 285:14,15
**valuable** 21:10
**valuation** 24:15 25:1,13
  281:3
**value** 19:17 20:9 25:6 40:15
  52:21 61:5 72:6,25 73:6
  125:6 134:22 135:12

136:16 137:5 144:9 204:21
  205:14 206:3,25 207:13,23
  213:3 214:11,18,18 215:3
  216:6,7,8,19 217:5,15,16
  217:18,22,23 218:6,9
  219:13,16,23 220:1,3,4
  222:5 224:9,18 232:6
  247:3,14,23,25 248:5,6,7,8
  248:24 249:7 250:2,5
  262:11 279:22 280:3,19,24
  280:25 283:23 284:2,4,14
  284:15,19,22
**valuing** 84:12
**variable** 139:6 141:5
**variation** 236:14 264:6
**varies** 229:11
**variety** 29:1 31:2,7 47:4 51:1
  81:10 90:13 248:19 278:10
**various** 16:11 192:2
**Vastly** 92:14
**verify** 166:5
**version** 30:21 113:23
**versus** 148:11 184:14
  207:16 281:3
**Vesey** 4:12
**video** 1:14 10:13 11:12 13:8
  13:11 14:8
**VIDEOCONFERENCE** 1:15
**videographer** 5:8 10:5,15
  60:15,19 94:11,15 99:14
  99:22 109:4,8 133:6,11
  192:10,14 235:4,8 278:1,5
  286:3
**videotaped** 10:6
**view** 25:2 33:12 51:22 52:12
  55:13 66:11 67:21 78:23
  87:17 88:5 98:19 99:2
  106:9 113:6 153:25 159:15
  163:17 166:20 169:3
  194:13 200:4 203:17
  204:20 205:3,13,17,21,22
  206:2 222:20 223:22 224:3
  249:18 252:23 260:25
  261:4 262:10 264:13 269:2
  269:17
**viewed** 51:14 191:11,23
  192:21 199:11 253:4
**views** 91:24 102:4 205:25
  261:9 262:7
**Virginia** 10:19
**Vishny** 41:20
**volatile** 144:10
**volume** 8:14 32:17,19,20,20
  32:23 229:7,8 243:6
  244:24
**volume-** 208:23

**volumes** 31:6
**vs** 288:3

## W

**waited** 259:24
**waived** 286:7
**wake** 157:12,19
**Wall** 7:15 46:16,24 114:8
  115:10
**want** 11:9 29:5 44:10 59:5
  63:3,17 76:10 78:3,17 87:2
  99:1,10 102:25 104:13
  109:20 127:16 129:24
  132:6 133:4 138:15 147:10
  150:14 151:10 152:4 153:4
  163:8 165:8 170:1 173:4
  179:14,18 191:21 192:17
  199:16 210:24 212:5,16
  214:12 218:25 240:24
  252:8 254:1,4 256:3
  263:10 266:13 270:20
  279:19
**wanted** 11:21 14:17 24:7
  25:6 33:22 133:16 235:11
  256:1 260:20 262:13
  275:17
**wanting** 51:22 160:23
**wants** 195:20
**Washington** 2:16 3:5 10:1
**wasn't** 60:4 126:7 128:25
  129:4 145:2 162:14 164:22
  191:7 234:21
**waste** 135:1
**Watch** 7:17,18 111:18 112:8
  115:20,25
**watched** 283:17
**way** 17:24 34:7 44:12 48:20
  49:1 57:22,24 63:23 67:2
  67:18 68:21 71:5 73:12,16
  75:2,3,7,18 79:12 89:3
  95:25 96:22 100:9,17,22
  101:6 105:1,18 106:1,7
  107:3,8 112:5 118:21
  123:9 125:9,12 128:19
  129:14 132:2 138:1,12,22
  138:23 146:15 149:1
  151:24 152:6 155:19
  163:14 164:6 165:3 166:10
  170:18 175:5,21 185:4
  190:11 194:19 200:15
  205:8 211:4,10 214:15
  215:9 218:21 229:20
  246:17 260:8 266:10,16
  273:19 275:21 276:22
  280:14,17 281:8
**ways** 24:4 130:16 131:19

136:19
**weaker** 115:1
**wealth** 47:6
**WebEx** 10:18
**website** 142:1,17
**Wednesday** 239:22
**week** 120:24 143:3,5,9
**week-on-week** 122:8,17
  123:1
**weekly** 32:20
**weight** 210:24
**weighted** 113:13 208:24
  257:15 260:14
**weighting** 180:25
**WEISS** 4:18
**WEITZMAN** 3:21
**went** 12:6 17:8 18:12 41:6
  120:5 124:8,17 215:2
**weren't** 84:21 237:17 273:13
**WHARTON** 4:18
**whatsoever** 138:21 148:5
**whereof** 289:19
**wildly** 217:11
**willing** 64:3 154:8 206:21
**willingness** 153:12
**wind** 204:16
**winning** 150:13
**wire** 122:13
**wise** 289:17
**wish** 47:25 196:19
**wished** 23:15
**witness** 6:3 10:25 11:4
  17:17 21:18 24:18 26:8
  38:1,4 43:2,23 44:21 51:9
  52:25 53:2 56:21 59:4,12
  60:9 61:9 63:13 68:14 70:5
  70:17 72:9 73:20 75:1 80:4
  85:7 87:22 89:24 90:4
  94:10 99:20,24 102:8
  103:23 104:1,3 118:16
  127:21 129:14,25 137:19
  143:24 152:18,23 158:19
  158:25 159:10 161:17
  162:12 169:25 178:19
  179:8 184:2 185:22 186:18
  193:10 196:14 200:3,20
  206:7 207:25 210:22
  212:22 216:23 220:17
  225:1 232:23 235:1 237:5
  244:3 246:1,24 247:6,18
  249:13,16 255:6 270:8
  272:13 273:12 277:10,13
  277:25 279:12,14 285:19
  285:25 287:1 289:6,19
**wonder** 163:22
**wondered** 242:25

**word** 26:16 50:21 82:22
  163:6 181:3 203:14 231:6
  245:1 268:1
**words** 23:6 26:7 32:8 37:9
  37:12 45:12,13 50:4 88:21
  111:6 150:5 201:8 204:3
  220:10 226:19 265:17
  266:22 268:13,23,25 271:2
  271:12 284:19
**work** 15:20 22:17 24:8,14
  26:24 28:2 41:20 47:5 51:5
  61:2 63:25 94:19 124:2
  200:13 205:8 238:24
  243:20 250:9 262:15
  264:19 265:9 268:3 270:15
  275:20 276:2 277:6,10,13
  277:23 278:14 281:12,15
  281:16 282:10,15
**worked** 26:14 273:5,9 274:2
  274:8 276:15 277:15
  281:10
**working** 26:15,21 252:21
  268:7 273:3
**works** 46:16 129:25
**world** 75:18 171:20 189:10
**world's** 170:16 172:3,13
  173:17 174:10 190:22
**worried** 104:8
**worry** 22:24 253:13
**worth** 21:8,15 22:8 68:16
  72:22 75:6 93:1 204:13
  215:11 284:7
**worthy** 191:12,24
**wouldn't** 20:6,10 27:5 29:11
  29:15,16 43:9 62:17 66:6
  72:3 77:2,5 83:10 96:15,20
  99:10 100:17 102:22
  104:23 105:16 113:7 128:5
  141:6 187:23 193:12 195:5
  226:13,20,22 247:19,20
  250:4 253:17 258:14
**wow** 214:1 215:5
**Wrap** 120:23
**wrest** 207:3
**write** 46:22 47:17 50:25
  103:4 109:13 175:6
**write-down** 20:1
**writes** 115:25 147:19 149:19
  208:19 209:21
**writing** 179:21 216:24 222:5
  265:12 278:15
**written** 124:11,13 190:10
  208:13 283:10
**wrong** 67:1 73:17 147:8
  217:12 269:20 280:15
**wrote** 15:22 40:24 129:10

256:13 265:13

## X

**Xinhua** 7:22 110:2
**Xstrata** 8:5 183:5,19,23
  184:6,14 185:7,9,16,19
  186:24 187:11,21 188:5
**Xstrata's** 185:2 188:14

## Y

**Yeah** 68:14
**year** 18:6,7,10,11,13 58:12
  58:13 93:23 155:21 160:23
  162:15 164:20,22,25
  167:10 168:4 179:24 198:5
  251:2,23 253:19 266:25
**years** 100:19 101:6,7 211:22
  272:20 276:21
**yield** 245:22 246:13
**York** 1:2 2:2 3:18,18 4:12,12
  4:19,19 10:11 118:3,13
  119:19,22 120:12 121:21
  159:9

## Z

**Zambezi** 225:10,21
**Zealand** 117:24
**Zealand-based** 118:12
**zero** 20:21 89:4 135:4,6
  268:14
**zinc** 185:10

## 0

**0** 37:13 213:10,15 214:12
  215:2,3 250:17
**0.50** 208:22

## 1

**1** 10:6 38:12 165:16,17
  168:4 198:23
**1,500** 26:11
**1.25** 37:1,5,12
**1.645** 40:15
**1.66** 37:2,12
**1.68** 40:2,14 42:11
**1.85** 42:8,23
**1.91** 72:5,25 73:5
**1.96** 38:6 74:23
**1/17/13** 8:15,17
**1:11** 133:10,12
**10** 38:10 40:10,18 41:3,15
  42:16,18 43:14 73:1 81:5
  82:2 85:14 168:15,18,19
  212:15 234:25 267:4
**10:30** 60:16,17
**10:44** 60:18,20

CONFIDENTIAL

Glenn Hubbard,
6/26/2020

27

**100** 3:5 27:22 80:8,9,12
110:23 180:21 213:10,15
**100,000** 231:11,15 243:11
243:14
**10019-6064** 4:19
**101** 21:23 72:11 188:25
189:2
**10166-0193** 3:18
**10281** 4:12
**107** 176:7,8,18 178:6
**108** 180:12
**10th** 39:21
**11** 6:6
**11:28** 94:12,13
**11:39** 94:14,16
**110** 7:23 8:8
**1100** 7:3 275:9,13
**1101** 7:4 25:15,19,20 61:12
267:10
**1108** 7:6 267:6
**111** 7:17
**1115** 7:8 80:1,2 81:4
**1116** 7:10 35:22,23
**1118** 7:12 212:2,5
**1127** 7:14 39:10,13
**1133** 7:15 114:9,11
**1134** 7:17 111:24 112:2,2
**1135** 7:18 115:20,21
**1138** 7:19 117:12,15 119:14
**1139** 7:20 118:18,22
**114** 7:16
**1140** 7:21 120:17,19
**1144** 7:22 110:4,7
**1148** 7:24 198:9,13,23
**115** 7:18
**1162** 8:3 181:4,8
**1165** 8:5 188:7,10
**1166** 8:6 175:24 176:2
180:11
**117** 7:19 188:12,24
**118** 7:20
**11th** 109:15
**12** 47:16 109:5 145:14
257:14
**12:00** 109:6
**12:01** 109:7,9
**12:30** 129:18
**12:34** 133:7,9
**120** 7:21 76:4
**120-day** 239:5
**120.07** 143:8
**1209** 8:7 110:15,18
**121** 202:9,12
**1210** 8:9 208:8,11
**1215** 8:10 197:8,11
**122.90** 143:13

**1247** 8:12 240:21 241:6,11
**1248** 8:13 241:10,16,19
**1249** 8:14 243:1,5
**1250** 8:17 241:23 242:1
**1257** 8:19 146:20,24 149:17
**1258** 8:21 141:22,25 142:1
142:14
**126.30** 143:10
**1285** 4:19
**130** 9:5
**133** 9:6
**13959** 1:24 2:19 289:24
**14** 9:5,7 130:3,6 145:11,13
289:25
**141** 8:22
**146** 8:20
**15** 24:2 168:15,18,19 239:11
**158** 256:10
**159** 257:12
**16** 133:22 134:25 135:18
208:22 263:20
**16.50** 279:22 280:18,22
283:21
**1634** 28:7
**164** 110:11
**165** 9:8 110:20
**166** 111:16
**167** 114:8
**168** 115:19 116:20 258:2
**17** 138:13
**17-cv-07994-18-DCF** 10:11
**17-cv-07994-AT-DCF** 1:7
2:7
**170** 116:22,23 117:19
120:15 124:10
**174** 130:8
**175** 8:7
**176** 130:7
**17th** 22:2 45:7 138:3,16
140:3 225:15 226:8,25
227:16 242:2,4,17 243:5
250:13
**18** 47:16
**181** 8:4
**186-187** 122:8
**188** 8:5 61:20
**19** 103:5 143:1 165:15
**19.9** 198:1
**1917670** 99:17
**194** 61:21
**195** 9:9
**197** 8:11
**1970's** 276:1
**198** 7:24
**1980's** 205:9 276:1
**1995** 7:14

**2**

**2** 73:7
**2/21/10** 8:9
**2:29** 192:11,12
**2:45** 192:13,15
**20** 103:1 192:4
**20-F** 181:9
**200** 3:18
**2000** 150:1
**2004** 182:9
**2006** 182:10 210:11
**200626LJG** 1:25
**2007** 58:15 276:22 279:1,7
279:14
**2008** 164:9 165:19
**2010** 146:11 147:24 148:4
208:25
**2011** 8:3,5,6 24:10,16 51:7
55:4,11 56:1,16 58:11 61:3
61:21 62:12 64:8 65:13
66:4 68:10 69:16 70:2,14
71:3,21 74:8,19 75:25
91:11 107:11 108:12,14
109:16,18 117:17 118:3,23
119:10,15 121:1 123:8,19
124:17,23,25 125:7,11,17
126:14 130:6,10 134:1
137:15 141:17 143:3,6
145:8,11 147:24 148:4,24
149:12 165:1 166:13 167:2
167:23 168:5 170:15
171:18 172:4,9 173:16
174:5 176:4 179:24 181:8
182:20 188:5 190:19
192:18,22,25 193:15,25
197:12 198:14 199:23
212:20 213:19 254:21
255:18 279:24 283:14
**2012** 147:5 251:2,23 252:16
253:19,23 256:16,20 258:5
**2013** 22:3 45:7 134:19
137:16,25 138:3,14 151:1
195:15 222:17 225:15
226:8 250:13 251:11
252:14 254:19
**2014** 164:9 165:20
**2016** 210:11
**202)551-4469** 3:6
**202)772-9245** 3:7
**2020** 1:16 2:18 10:1,12 26:2
287:7,18 288:2 289:21
**2021** 289:25
**20549-5977** 3:5
**208** 8:9
**21** 71:21
**212** 7:13 9:6 133:14,18,18

**212)212-5353** 3:20
**212)326-3706** 4:13
**212)351-4000** 3:19
**212)373-3449** 4:20
**212)492-0449** 4:21
**22** 147:6
**224** 9:7 14:23 15:1 202:4
256:7
**225** 9:8 165:11,13
**229** 181:20
**23-page** 26:10
**235** 181:19
**24** 103:2
**241** 8:12,13,18
**243** 8:16
**249** 146:10
**25** 7:5 209:24
**250** 4:12
**26** 1:16 2:18 10:1,12 287:7
288:2 289:21
**267** 7:7
**275** 7:3
**28** 61:21 147:14 208:23
210:18
**287** 15:15
**28th** 61:25 62:3,12,21 64:24
65:12 66:4 201:17 202:18
202:22
**29** 68:10 74:8,19 75:25
202:5
**29th** 62:12 64:8 65:12 68:18
68:25 69:6,8,16 70:2,14
71:3 74:18 283:14

**3**

**3** 36:25 61:24 120:24 170:16
171:19 214:2 220:9 253:4
276:9
**3.02** 37:5
**3.3** 122:8
**3.40** 143:17
**3.5** 176:13
**3.9** 119:3
**3:44** 235:5,6
**300,000** 198:4
**31** 130:13 208:18
**32** 85:23 108:3 146:3
**33** 81:6,17 85:23 108:4
**3300** 4:5
**34** 146:4 208:17
**35** 7:11
**35.8** 210:12,16
**36** 103:1 106:8 108:1 183:16
209:17
**37** 108:1
**39** 7:14 147:23

**3rd** 208:25

**4**

**4** 7:8 39:24 79:13 81:4 95:8
    145:15 183:9
**4.2** 214:8
**4.233** 218:5
**4/8/11** 7:16,17,18,19,20,21
    7:23,24 8:8,11
**4:03** 235:7,9
**4:59** 278:2,3
**400,000** 198:5
**445** 9:9 195:10,13,14
**47** 64:14
**4th** 143:5

**5**

**5** 7:10 36:1,12,15 38:11 41:1
    42:6,6 43:15 73:7 149:17
    149:19 252:17,20,24
    257:24 258:21
**5.6** 72:6,25 73:6
**5:11** 278:4,6
**5:20** 2:17 10:2 286:5,7
**5:30** 121:4
**50** 64:13 86:3 119:5 180:17
    180:19,20 209:24 218:3,5
    218:18,20
**500** 150:14
**500,000** 231:11
**52,000** 243:8
**57** 107:23 108:6,19 109:24
    114:7
**577** 181:17
**58** 107:23 109:12 116:14
    120:14 124:19

**6**

**6** 176:22
**60** 85:24 86:1
**61** 86:17
**6th** 69:9

**7**

**7** 7:12 119:10 163:9 212:6
    212:20 213:19 215:15
    217:9
**70** 28:4
**717** 4:5
**77** 208:19
**77002** 4:5
**790** 40:21
**791** 39:23
**7th** 118:3,13 119:22,24
    143:12,17

**8**

**8** 108:12,14 109:16 117:17
    118:2,7,11,23 119:15
    120:6,11 121:1 123:19
    124:17,23 125:11 134:1
    137:14 141:17 192:18,22
    192:25 193:15 197:12
    198:14 199:23 256:16,20
    258:4 279:24
**80** 7:9 28:4
**83** 209:18
**832)239-3939** 4:6
**85** 52:1 101:13 109:17
    124:24 125:2,16,20 126:20
    129:5 209:18 210:9 229:2
    239:5 240:9 244:12
**8th** 66:23 67:13 89:5 107:11
    108:23 110:3 116:15 117:3
    117:7,8 119:8 121:20
    124:8 127:8 128:11 134:10
    138:21 143:5,10,17 200:18
    220:5 257:16

**9**

**9:29** 2:16 10:2,13
**90** 256:11
**93-page** 15:11
**94** 256:10
**94th** 15:7
**95** 37:24 38:4 39:6 43:6
    72:20
**98th** 15:6

EXHIBIT 45

Rev Quant Finan Acc (2017) 48:749–787
DOI 10.1007/s11156-016-0562-4



ORIGINAL RESEARCH

# The bond event study methodology since 1974

**Daniel Maul[1] · Dirk Schiereck[1]**

Published online: 17 March 2016
© Springer Science+Business Media New York 2016

**Abstract**   In the spirit of methodology reviews for stock event studies, like the one prepared by Binder (Rev Quant Financ Account 11:111–137, 1998), this paper discusses the development of the event study methodology for corporate bonds since its first application with Katz (J Financ 29:551–559, 1974). The motivation to conduct this review stems from two sources: First, the methodology utilized for stocks cannot simply be applied to bonds, as bonds present several features that strongly distinguish them from stocks. An erroneous model could lead to false conclusions about the impact of new information on a firm's debt. Second, the availability of new sources for bond data enables the application of bond event studies for an increasing number of research frameworks. Thus, future research ought to be interested in the selection of the proper methodology. Consequently, this paper illustrates past and present event study methods utilized to calculate abnormal bond returns and reviews the applied parametric and non-parametric test statistics. Besides, insight on how the availability of corporate bond data has evolved through the last four decades, as well as the impact on prevailing methodology is provided. Altogether, this paper provides a first extensive snapshot of the current bond event study methodology and offers guidance for future research.

**Keywords**   Bond event study · Bonds · Abnormal returns · Methodology review

**JEL Classification**   G12 · G14

---

✉ Daniel Maul
  maul@bwl.tu-darmstadt.de

  Dirk Schiereck
  schiereck@bwl.tu-darmstadt.de

[1]   Department of Corporate Finance, Technische Universität Darmstadt, Hochschulstrasse 1, 64289 Darmstadt, Germany



# 1 Introduction

Since its introduction in 1969 by Fama et al. (1969) the short term event study approach has received many successfully published reviews of its methodology, helping researcher with the selection of the proper model to detect abnormal returns (e.g., Binder 1998; Corrado 2011; Henderson 1990; MacKinlay 1997; Peterson 1989). All of these studies share a focus on the firm's stock prices to measure the short term wealth effects of the examined events. Thus, while researchers have access to a variety of papers describing the development of event studies on stocks over time, as well as the advantages and short-comings of different procedures, corporate bonds lack such a review. It is the objective of this paper to fill this gap and provide a comprehensive overview for bond event studies. Therefore, papers utilizing bond event studies since its first application by Katz (1974) are collected and reviewed by the authors, which results in a discussion of the transformation of the methodology.

The necessity to produce this review stems from the fact that bonds play a major role in financing companies, but are mostly disregarded when assessing the impact of events on firm value, which can result in incorrect conclusions about the firm wealth effects. Lin et al. (2011), Bessembinder and Maxwell (2008) as well as Edwards et al. (2007) provide initial insights into the importance of the US corporate bond market.[1] At the end of 2006, the outstanding principal in US corporate bonds amounts to $5.37 trillion and is therefore larger than either US Treasury obligations or municipal bond obligations. Issuance of corporate bonds between 1997 and 2006 is more than three times the number of equity raised through IPO and SEO combined, with a total of $4.6 trillion. Obtaining trades reported to TRACE (Trade Reporting and Compliance Engine) between January 2003 and January 2005, Edwards et al. (2007) collect a sample of 12,320,016 trades, representing $9.3 trillion and almost 22,000 non-convertible bonds. Moreover, data from the Securities Industry and Financial Markets Association shows that US corporate public debt offerings between 1990 and 2009 amounted to a total value of $11.5 trillion, representing approx. 50 % of all US corporate debt financing (Liu and Magnan 2014). Comparing the bond and stock data from Thomson One Banker presents the same pattern: between January 2000 and November 2014 non-financial US-Companies (European-Companies) issued non-convertible bonds with a total principal value of almost $13 trillion (over €6 trillion). Equity capital raised through initial and secondary offerings, on the other hand, only amounted to slightly more (less) than $3 trillion (€3 trillion). Despite the undeniable enormous importance of corporate bonds as a source of external financing, most researchers focus solely on stock price behavior to evaluate the impact of various corporate events. Conducting a census of event studies that focus on stock price effects in five top-tier journals[2] which are published between 1974 and 2000, Kothari and Warner (2005) find a total number of 565 articles. While the authors are unaware of the exact number of event studies on stocks, it is safe to say that the actual figure is considerably higher, probably several thousands. Bond price effects, however, play a subordinate role in corporate finance research.

Nevertheless, over the last four decades several empirical papers applied event study methodology to investigate the impact of various events, such as mergers and acquisitions, rating changes, or earnings announcements on bondholder wealth effects. This

---

[1]  Primary market for bond event studies are the United States.

[2]  Journal of Business, Journal of Finance, Journal of Financial Economics, Journal of Financial and Quantitative Analysis, and Review of Financial Studies.



**Table 1** Prior event study research with corporate bond data

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campbell et al. (2015) | Inside debt | Bonds Stocks CDS | 2006–2009 | 277 observations | Matching portfolio | Bond returns | – | Bond with largest number of units traded | TRACE | Daily | WP |
| Jiang and Sun (2015) | Macroeconomic and firm-specific news | Bonds | 2002–2011 | 6069 bonds 714 firms | Matching portfolio | Bond returns | – | Value weighted | TRACE | Daily | WP |
| Tsai and Wu (2015) | Dividends | Bonds Stocks | 2005–2012 | 5143 events based on institutional-sized bond trades 5246 events based on all bond trades | Mean adjusted | Premium returns | t-statistic | Most actively traded | TRACE | Daily | – |
| Bittlingmayer and Moser (2014) | – | Bonds | 2002–2008 | 675 bonds | Matching portfolio | Bond returns | – | All | TRACE FISD | Monthly | – |
| Chen (2014) | Dividends | Bonds Stocks | 2002–2010 | 1513 observations (272 decreases and 1241 increases) | Matching portfolio | Bond returns | t-statistic Signed rank | Value weighted | TRACE FISD | Daily | WP |
| Houston et al. (2014) | Loan defaults | Bonds | 2002–2010 | 232 defaulted loans from 179 companies 2507 affected loans from 1696 companies | Matching portfolio | Bond returns | – | All | TRACE NAIC FISD | Daily | WP |
| Kedia and Zhou (2014) | M&A | Bonds | 1994–2006 | 329 bonds 123 firms | Matching portfolio | Bond returns | – | All Value weighted | TRACE NAIC FISD | Monthly | JFM |



752      D. Maul, D. Schiereck

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quijano (2014) | SCAP results | Bonds | 2009 | 127 bonds 12 banks | Matching portfolio | Bond returns | t-statistic Signed rank Sign test | Value weighted | TRACE FISD | Daily | – |
| Chen et al. (2014) | Ratings | Bonds | 2005 | 57 upgraded bonds | Matching portfolio | Bond returns | – | Value weighted | TRACE FISD | Daily | WP |
| DeFond and Zhang (2014) | Earnings | Bonds Stocks | 1996–2006 | 11,641 announcements 710 firms | FF factor model CDGM factor model | Bond spreads Yield spreads | t-statistic | Value weighted | Datastream FISD | Daily | CAR |
| Fortin et al. (2014) | Shareholder proposals | Bonds Stock | 1996–2006 | 689 bonds of 86 PSP firms 219 bonds of 27 NPSP firms | Matched government bond | Bond returns | t-statistic z-statistic | Value weighted 1. level: Highest average daily trades 2. level: Highest number of trading days | TRACE | Daily | – |
| Kwan and Aranda León (2014) | Strategic alliances | Bonds Stocks | 2003–2007 | 467 announcements | Market model with Matching portfolio | Bond returns | Sign Signed rank | Value weighted | TRACE FISD | Daily | WP |
| Lemmon et al. (2014) | Asset Securitization | Bonds Stocks | 1996–2009 | 65 firms 185 bonds | Matching portfolio | Bond returns | t-statistic Signed rank | Equally weighted | Datastream | Daily | JF |
| Chen (2013) | Debt issue | Bonds Stocks | 2005–2011 | 1356 debt offerings 859 firm level offerings | Matching portfolio | Bond returns | t-statistic Signed rank | Equally weighted | TRACE FISD | Daily | WP |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Li et al. (2013) | Collapse of Bear Stern and Lehman Brothers | Bonds | 2007–2009 | 309 firms 689 bonds | Mean adjusted | Premium returns | t-statistic | All | TRACE FISD | Daily | – |
| Plumus et al. (2012) | Operational loss | Bonds | 1994–2006 | 71 losses by 41 firms | Market model | Bond returns | t-statistic | Longest maturity | Datastream | Daily | – |
| Pu (2012) | Pension fund activism | Bonds Stocks | 2002–2009 | 25 firms | Market adjusted | Bond returns | – | Value weighted | TRACE FISD | Daily | WP |
| Autore et al. (2011) | Short sale ban | Bonds Stocks | 2008 | 59 firms | Matching portfolio | Bond returns | t-statistic Signed rank | Equally weighted | TRACE | Daily | JBF |
| Bhat et al. (2011) | MBS holdings | Bonds Stocks | 2006–2010 | 28 banks 480 bonds | Market adjusted | Bond returns | t-statistic z-statistic | – | – | Daily | JAE |
| Billings et al. (2011) | Shareholder lawsuits | Bonds | 1996–2008 | 579 firms | Paired comparison | Bond returns | t-statistic Signed rank | Representative | TRACE FISD | Daily | WP |
| Blaylock et al. (2011) | Government intervention | Bonds Stocks | 2009 | 265 firms 575 bonds | Market adjusted | Bond returns | – | Equally weighted | TRACE | Daily | WP |
| Cho et al. (2011) | Ratings | Bonds | 2002–2006 | 759 upgrades 2025 downgrades | Matching portfolio | Bond returns | t-statistic Signed rank | All | TRACE | Daily | WP |
| Clayton (2011) | IPO | Bonds | 1983–2007 | 70 IPOs | Matching portfolio | Bond returns | – | Value weighted | LBBD NAIC TRACE FISD | Monthly | WP |
| DeFond et al. (2011) | SOX-related events | Bonds | 2002 | 2671 bonds | CDGM factor model Zhang factor model | Yield spreads | t-statistic | All | Datastream | Daily | – |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ellul et al. (2011) | Fire sales | Bonds | 2001–2005 | 356 bonds 173 firms | Simple market model Matching portfolio Mean adjusted | Bond returns | t-statistic | All Random | NAIC FISD | Weekly | JFE |
| Gao et al. (2011) | Dodd Frank Act of 2010 | Bonds Stocks | 2009–2010 | 31 firms | Matching portfolio | Bond returns | t-statistic | Equally weighted Value weighted | TRACE FISD | Daily | WP |
| Klein and Zur (2011) | Hedge fund activism | Bonds Stocks | 1994–2006 | 189 bonds short run 193 bonds long run | Matching portfolio | Bond returns | t-statistic Signed rank | Most recently issued Weighted | TRACE FISD | Daily | RFS |
| Marble (2011) | Ratings | Bonds | 2002–2005 | 49 downgrades 20 upgrades | Matching portfolio | Bond returns | t-statistic Signed rank | Value weighted | TRACE | Daily | – |
| Massa and Zhang (2011) | Natural catastrophe | Bonds | 1998–2008 | 1583 bonds 564 firms | Mean adjusted | Premium returns | t-statistic | – | BoA Merrill Lynch TRACE FISD | Daily Monthly | WP |
| Nishikawa et al. (2011) | Repurchases | Bonds Stocks | 1994–2002 | 666 repurchases 359 firms | VPE for yield spreads | Yield spreads | t-statistic Signed rank | Largest combined trading volume | FISD | Daily | – |
| Okamoto et al. (2011) | LBO | Bonds Stocks | 2007–2008 | 67 bonds 28 firms | Mean adjusted | Premium returns | t-statistic | Value weighted | Datastream FISD | Daily | – |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wei and Yermack (2011) | Inside debt | Bonds Stocks CDS Exchange-traded options | 2007 | 299 firms | Two index market model | Bond returns | t-statistic | Most heavily traded | Reuters TRACE FISD | Daily | RFS |
| Aslan et al. (2010) | Hedge fund activism | Bonds Stocks | 1996–2008 | 558 firms 732 bonds | Matching portfolio | Bond returns | t-statistic | All Value weighted Median time to maturity | TRACE FISD Datastream | Daily | WP |
| Baran and King (2010) | LBO | Bonds Stocks | 1981–2006 | 363 bonds 202 bids | Matching portfolio | Bond returns | t-statistic Signed rank | Standard error adjustment | FIDB Bond Record FISD Bloomberg | Monthly | JBF |
| Billett et al. (2010) | LBO | Bonds Stocks | 1980–2006 | 49 bonds 18 firms | Matching portfolio | Bond returns | t-statistic | Weighted by bonds outstanding | Bond Record TRACE FISD | Monthly | JCF |
| Choi et al. (2010) | M&A | Bonds Stocks | 1995–2002 | 147 mergers | EMW model | Yield spreads Bond spreads | z-statistic | Value weighted | Datastream LBBD Reuters | Weekly | JMCB |
| Francis et al. (2010) | Antitakeover laws | Bonds Stocks | 1990–2000 | 489 firms 1857 bonds | Mean adjusted | Premium returns | z-statistic Signed rank | All Value weigted | FISD SDC LBBD | Monthly | JFE |
| Kitsabunnarat-Chatjuthamard et al. (2010) | LREO | Bonds Stocks | 1973–1997 | 66 exchange offer, 190 bonds 93 swap offer, 258 bonds | Mean adjusted | Premium returns | t-statistic Signed rank | Value weighted | LBBD | Monthly | – |



756                                                                                                          D. Maul, D. Schiereck

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| May (2010) | Ratings | Bonds Stocks | 2002–2009 | 1769 rating changes | Matching portfolio | Bond returns | t-statistic Signed rank | Value weighted | TRACE | Daily Monthly | JBF |
| Michayluk and Zhao (2010) | Stock splits | Bonds | 1999–2006 | 136 firms | Mean adjusted | Premium returns | t-statistic | Most frequently traded | Bridge Datastream Bloomberg | Daily | – |
| Adams and Mansi (2009) | CEO turnover | Bonds Stocks | 1973–2000 | 674 events 415 firms | Mean adjusted | Yield spreads | t-statistic | Value weighted | FIDB Bloomberg | Monthly | JBF |
| Bessembinder et al. (2009) | M&A | Bonds Stocks | 2002–2006 | 50 firms | Mean adjusted Matching portfolio | Premium returns Bond returns | t-statistic Signed rank Sign | Value weighted | LBBD TRACE FISD | Daily Monthly | JFE |
| Cornil (2009) | Restatements | Bonds | 2000–2002 | 49 firms 143 bonds | Mean adjusted | Yield spreads | t-statistic | – | – | Daily | – |
| Dbouk and Kryzanowski (2009) | Bond index revision | Bonds Stocks | 1987–1997 | 25 additions 58 deletions | Market model with event month dummy Two index market model with event month dummy Unconditional three factor model with event month dummy | Bond returns | t-statistic Signed rank | All | FIDB | Monthly | – |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Elliott et al. (2009) | SEO | Bonds Stocks | 1990–2002 | 188 bonds 68 firms | Mean adjusted | Premium returns | t-statistic | All Value weighted | Tradeline WSJ Manual | Daily | JBF |
| Kedia and Zhou (2009) | M&A | Bonds Stocks | 1994–2006 | 118 firms 299 bonds | Matching portfolio | Bond returns | t-statistic Signed rank | All Value weighted | FISD NAIC | Daily | WP |
| Ongena and Penas (2009) | M&A | Bonds Stocks | 1998–2002 | 96 mergers 91 bidder, 781 bonds 18 targets, 117 bonds | Matching portfolio | Bond returns | t-statistic | Value weighted | Datastream | Daily | JFS |
| Shin et al. (2009) | Ratings | Bonds | 1996–2003 | 131 rating changes | Mean adjusted | Premium returns | t-statistic z-statistic | Equally weighted | NEEDS | Daily | WP |
| Ammomin et al. (2008) | Dividend tax cut | Bonds Stocks | 2003 | 98 High dividend 109 Low dividend | Two index market model | Bond returns | – | – | – | Monthly | FM |
| DeFond and Zhang (2008) | Earnings | Bonds Stocks | 1994–2006 | 11,525 announcements 690 firms | DFHKZ factor model EGB factor model | Bond spreads | t-statistic | Value weighted | Datastream FISD | Daily | WP |
| Eberhart et al. (2008) | R&D intensity | Bonds Stocks | 1990–1998 | 83 announcements 41 firms 218 bonds | EGB factor model | Bond spreads | – | Value weighted | SDC LBBD | Monthly | JAR |
| Ongena et al. (2008) | Loan deals | Bond Stocks | 1997–2003 | 896 deals 364 firms | CDGM factor model | Bond spreads | – | – | Datastream | Daily | WP |
| Shi and Zhang (2008) | Restatements | Bonds | 1997–2003 | 50 firms 137 bonds | Matched government bond | Bond returns | t-statistic Signed rank | All Firm level | NAIC TRACE | Daily | WP |

758                                                                                                  D. Maul, D. Schiereck

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Veld and Veld-Merkoulova (2008) | Spin-offs | Bonds Stocks | 1995–2002 | 91 spin-offs 355 bonds | Mean adjusted | Premium returns | z-statistic Signed rank | All Median return | Datastream Bloomberg | Daily | FM |
| Cai et al. (2007) | Debt issue | Bonds | 1995–1999 | 2975 corporate bond issues (439 bond IPOs by 421 firms and 2536 SBOs by 979 firms) | Matching portfolio | Bond returns | t-statistic | – | NAIC FISD FIDB Bond Record | Daily | RFS |
| Newberry and Parthasarathy (2007) | Restatements | Bonds | 1997–2002 | 328 Debt issuances-Unique firms 640 Debt issuances-Non-unique firms | Pre- and Post-yield spread difference | Yield spreads | t-statistic | All | FISD | Yearly | WP |
| Renneboog and Szilagyi (2007) | M&A | Bonds Stocks | 1995–2004 | 225 bidders 24 targets | Matching portfolio | Bond returns | Signed rank | Value weighted | Reuters | Monthly | WP |
| Dallocchio et al. (2006) | Ratings | Bonds | 2000–2004 | 35 rating changes | Stationarity test GR methodology | Relative Spreads | t-statistic | – | Merrill Lynch | Daily | – |
| Minnick and Zhao (2006) | Repurchases | Bonds Stocks | 1985–2005 | 1510 repurchases | Mean adjusted | Premium returns | t-statistic | All Value weighted | LBBD | Monthly | WP |
| Billett et al. (2004) | M&A | Bonds Stocks | 1979–1997 | 940 mergers 831 bidders, 3083 bonds 256 targets, 818 bonds | Matching portfolio | Bond returns | t-statistic Signed rank | Value weighted | FIDB | Monthly | JF |



**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Devaney and Lizieri (2004) | Divestment | Bonds stocks | 1999–2001 | 8 deals 6 firms | Market model Extended market model | Bond returns | – | – | Datastream GDMO | Weekly | – |
| Dittmar (2004) | Spin-offs | Bonds | 1983–1995 | 16 spin-offs | Market model | Bond returns | – | – | FIDB | Monthly | – |
| Penas and Unal (2004) | M&A | Bonds Stocks | 1991–1997 | 66 merger 282 bonds | Matching portfolio | Bond returns | t-statistic | Value weighted | FIDB | Monthly | JFE |
| Datta et al. (2003) | Divestment | Bonds Stocks | 1982–1992 | 209 firms | Mean adjusted | Premium returns | Sign | Most frequently traded | WSJ Bond Record | Daily | JBF |
| Maxwell and Rao (2003) | Spin-offs | Bonds Stocks | 1976–1997 | 80 spin-offs | Mean adjusted | Premium returns | t-statistic Signed rank | All Value weighted | LBBD | Monthly | JF |
| Maxwell and Stephens (2003) | Repurchases | Bonds Stocks | 1980–1997 | 945 repurchases 2817 bonds | Mean adjusted | Premium returns | t-statistic Signed rank Sign | All Value weighted | LBBD | Monthly | JF |
| Eberhart and Siddique (2002) | SEO | Bonds Stocks | 1980–1992 | 189 SEOs 140 firms | Matching portfolio EGB factor model | Bond returns | t-statistic Signed rank | – | FIDB | Monthly | RFS |
| Gropp and Richards (2001) | Ratings | Bonds Stocks | 1989–2000 | 129 rating changes 30 banks | Market model | Bond returns | t-statistic | All | Bloomberg | Daily | – |
| Steiner and Heinke (2001) | Ratings | Bonds | 1985–1996 | 546 rating changes 182 watchlistings 216 bonds 111 firms | Matched government bond | Bond returns | t-statistic Signed rank Corrado | One bond per issuer | DFDB Euromoney Bondware | Daily | – |

760                          D. Maul, D. Schiereck

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer and Jackson (2000) | Market maker withdrawal | Bonds Stocks | 1990 | 3 junk bond porfolios | Market model with event day dummy | Porfolio returns | – | – | Merrill Lynch | Daily | JFSR |
| Kliger and Sarig (2000) | Ratings | Bonds Stocks | 1982 | 812 bonds | Return minus yield | Bond returns | – | Most recently issued | FIDB | Monthly | JF |
| Easterwood (1998) | Divestment | Bonds | 1986–1990 | 134 divestments 110 bonds 41 firms | Return minus high yield index | Bond returns | t-statistic Signed rank | All Value weighted Equally weighted | Bond Guide | Monthly | JBF |
| Maquieira et al. (1998) | M&A | Bonds Preferred Convertibles | 1963–1995 | 1283 securities 520 firms 260 mergers | VPE | Yields | t-statistic Signed rank | – | Moody's Manual | Monthly | JFE |
| Akhigbe et al. (1997) | Debt issue | Bonds Stocks | 1980–1992 | 574 issues 256 firms | Matching portfolio Mean adjusted | Bond returns Premium returns | t-statistic | – | CFC Dow–Jones Reuters | Weekly | FM |
| Hite and Warga (1997) | Ratings | Bonds | 1985–1995 | >2800 bonds >1200 firms | Matching portfolio | Bond returns | t-statistic Signed rank | Equally weighted | Lehman | Monthly | – |
| Hotchkiss and Mooradian (1997) | Public debt/ equity purchase | Bonds Stocks | 1991–1993 | 63 purchases 39 firms | Mean adjusted | Bond returns | z-statistic | Equally weighted | IDC Salomon Brothers | Daily | JFE |
| Datta and Iskandar-Datta (1996) | Divestment | Bonds Stocks | 1983–1990 | 73 sell-offs 54 firms | Mean adjusted | Premium returns | z-statistic | Most frequently traded | WSJ Bond Record | Daily | – |
| Datta and Iskandar-Datta (1996) | M&A | Bonds Stocks | 1982–1990 | 63 mergers 43 firm | Mean adjusted | Premium returns | t-statistic Sign | Most frequently traded | WSJ Bond Record | Daily | JBF |

Table 1 continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brown et al. (1994) | Asset sales | Bonds Stocks | 1979–1988 | 22 asset sales | Mean adjusted | Bond returns | t-statistic | Value weighted | WSJ | daily | JCF |
| Cook and Easterwood (1994) | Debt issue | Bonds Stocks | 1988–1989 | 170 firms 877 bonds | Matching portfolio | Bond returns | t-statistic | Equally weighted | Bond Guide | Monthly | JF |
| Dhillon and Johnson (1994) | Dividends | Bonds Stocks | 1978–1987 | 131 firms | Mean adjusted | Premium returns | t-statistic Signed Rank | Most frequently traded | WSJ DRI | Daily | JF |
| Walker (1994) | M&A | Bonds | 1980–1988 | 65 mergers 92 firms | Matched government bond | Bond returns | t-statistic | Value weighted | Bond Guide | Monthly | – |
| Datta and Dhillon (1993) | Earnings | Bonds Stocks | 1984–1990 | 250 announcements 135 firms | Mean adjusted | Premium returns | Signed rank Sign | – | DRI WSJ Bond Record | Daily | JFQA |
| Kahan and Tuckman (1993) | Covenant changes | Bonds Stocks | – | 42 changes | Matched government bond | Bond returns | t-statistic | – | Salomon Brothers Bear Stern IDC Bloomberg Moody's S&P's | Daily Monthly | – |
| Warga and Welch (1993) | LBO | Bonds Stocks | 1985–1989 | 43 bonds 16 firms | Matching portfolio | Bond returns | t-statistic | – | Lehman | Monthly | RFS |
| Cook et al. (1992) | MBO | Bonds | 1981–1989 | 29 MBOs 62 bonds | Matching portfolio Market adjusted | Bond returns Premium returns | t-statistic Sign | Equally weighted | CFC WSJ | Weekly | FM |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hand et al. (1992) | Ratings | Bonds Stocks | 1977–1983 | 1301 bonds 624 firms | Matched government bond | Bond returns | t-statistic Binomial test | Equally weighted (max 5 bonds per firm) | IDC | Daily | JF |
| Wansley et al. (1992) | Ratings | Bonds | 1982–1984 | 351 rating changes 255 firms | Market adjusted | Bond returns | t-statistic | One bond selected | Merrill Lynch | Weekly | – |
| Crabbe (1991) | Ratings | Bonds | 1983–1988 | 56 bonds | Matching portfolio | Bond returns Yields | t-statistic | Value weighted | Bond Guide | Monthly | JF |
| Gupta and Rosenthal (1991) | Leveraged recapitalization | Bonds Stocks | 1984–1988 | – | Market adjusted | Bond returns | t-statistic Binomial test | Equally weighted | WSJ DRI | Daily | FM |
| Handa and Radhakrishnan (1991) | Leveraged recapitalization | Bonds Stocks | 1984–1989 | 26 bonds 19 firms | Mean adjusted | Bond returns | t-statistic Signed rank | Max 2 bonds per firm | IDC | – | FM |
| Rathinasamy et al. (1991) | M&A | Bonds | 1970–1984 | 49 mergers 146 bonds | Mean adjusted | Premium returns | t-statistic | All | Bond Guide BQR | Monthly | – |
| Asquith and Wizman (1990) | LBO | Bonds Stocks | 1980–1988 | 214 bonds 65 firms | Matching portfolio | Bond returns | t-statistic | Random Median time to maturity | Bond Guide IDD Bloomberg | Monthly | JFE |
| DeFusco et al. (1990) | Stock option plans | Bonds Stocks | 1978–1982 | 36 announcements 34 firms | Matching portfolio | Bond returns | t-statistic Signed rank | One bond selected | WSJ | Daily | JF |
| Cornett and Travlos (1989) | Exchange offer | Bonds Stocks | 1973–1983 | 11 firms debt-for-equity 56 firms equity-for-debt | Mean adjusted | Bond returns | z-statistic | – | WSJ Bond Guide | Daily | JF |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marais et al. (1989) | LBO | Bonds Stocks Preferred | 1974–1985 | 290 LBOs 264 firms | Two index market model | Bond returns | z-statistic | Value weighted | Bond Record | Daily | JFE |
| Jayaraman and Shastri (1988) | Dividends | Bonds Stocks | 1962–1982 | 154 bonds 63 firms | Mean adjusted | Premium returns | z-statistics | Most frequently traded | WSJ Manual Bond Record | Daily | JFQA |
| Kolodny and Suhler (1988) | Debt issue | Bonds Stocks | 1973–1981 | 66 bonds | Paired comparison | Bond returns | t-statistic | One bond selected | Bond Record | Monthly | – |
| Kalay and Shimrat (1987) | SEO | Bonds Stocks | 1970–1982 | 58 SEOs | Mean adjusted | Premium returns | z-statistic | Most frequently traded | IDC Bond Record | Daily | JFE |
| Strong and Meyer (1987) | Writedown | Bonds Stocks | 1981–1985 | 32 bonds 32 firms | Matched government bond | Bond returns | t-statistic Sign | Equally weighted | WSJ | Daily | JF |
| Dennis and McConnell (1986) | M&A | Bonds Stocks Preferred | 1962–1980 | 132 mergers 81 targets 94 bidders | Mean adjusted Matching portfolio | Bond returns | t-statistic | Equally weighted | WSJ Bond Guide | Daily | JFE |
| Wansley and Clauretie (1985) | Ratings | Bonds Stocks | 1981–1983 | 54 firms | Matching portfolio | Bond returns | t-statistic | – | Bond Guide | Monthly | – |
| Handjinicolaou and Kalay (1984) | Dividends | Bonds | 1975–1976 | 1967 announcements 255 bonds | Mean adjusted | Premium returns | t-statistic | Most frequently traded | WSJ | Daily | JFE |
| Settle et al. (1984) | M&A | Bonds | 1961–1977 | 53 mergers 90 bonds 58 firms | Term adjustment procedure | Adjusted returns | t-statistic | – | Bond Record CFC | Monthly | – |
| Chow (1983) | 1933 and 1934 Securities Act | Bonds Stocks | 1933–1935 | 38 bonds | Matching portfolio | Bond returns | Rank sum | One bond selected | WSJ | Daily | AR |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eger (1983) | M&A | Bonds Stocks | 1958–1980 | 38 mergers 39 firms 41 bonds | Matching portfolio | Jump returns Continuous returns | t-statistic | Largest trading volume | WSJ | Daily | JFQA |
| Hite and Owers (1983) | Spin-offs | Bonds Stocks Preferred | 1963–1981 | 53 securities 31 firms | Mean adjusted | Bond returns | z-statistic | – | Compuserve WSJ | Daily | JFE |
| Woolridge (1983) | Dividends | Bonds Stocks Preferred | 1970–1977 | 94 announcements 248 bonds 45 firms | Mean adjusted | Bond returns | t-statistic | Equally weighted | WSJ Bond Guide | Daily | JF |
| Asquith and Kim (1982) | M&A | Bonds Stocks | 1960–1978 | 50 firms 62 bonds | Paired comparison | Bond returns | t-statistic | Equally weighted | BQR WSJ Bond Guide | Daily Monthly | JF |
| Dann (1981) | Repurchases | Bonds Stocks Preferred | 1962–1976 | 51 repurchases 122 securities | Mean adjusted | Bond returns | t-statistic | – | WSJ Bond Guide | Daily | JFE |
| Mikkelson (1981) | Call options | Bonds Stocks Convertibles | 1961–1978 | 27 bonds 19 convertibles | Announcement week return minus average | Bond returns | t-statistic | Equally weighted | Barrons | Weekly | JFE |
| Masulis (1980) | Exchange offers | Bonds Stocks Preferred | 1962–1976 | 17 offers 23 securities | Mean adjusted | Bond returns | t-statistic | Equally weighted | WSJ Bond Guide | Daily | JFE |
| Weinstein (1978) | Debt issue | Bonds | 1962–1974 | 179 issues | Matching portfolio | Bond returns | t-statistic | All | – | Monthly | JF |
| Kim and McConnell (1977) | M&A | Bonds | 1960–1973 | 39 firms 44 bonds | Paired comparison Two index market model | Bond returns | t-statistic | – | Bond Guide | Monthly | JF |

**Table 1** continued

| Author(s) | Area under investigation | Securities | Period | Number of Obs. | Event study model | Yields/ bond returns | Test statistics | Mutiple bonds | Database | Frequency | Journal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner (1977) | Bankruptcy | Bonds | 1930–1955 | 20 firms 73 bonds | Two parameter model Matching portfolio | Bond returns | t-statistic | – | BQR Manual | Monthly | JFE |
| Weinstein (1977) | Ratings | Bonds | 1962–1974 | 123–315 bonds | Matching portfolio | Bond returns | t-statistic | All | BQR Bond Record Nat. Bond Summary Bond Guide | Monthly | JFE |
| Grier and Katz (1976) | Ratings | Bonds | 1966–1972 | 66 firms 96 bonds | Matching portfolio | Bond returns | Sign test | – | BCC NYSE Library | Monthly | – |
| Katz (1974) | Ratings | Bonds | 1966–1972 | 66 firms 115 bonds | Factor model | Yields | t-statistic | 2 bonds per firm | Bond Guide | Monthly | JF |

This table provides an overview of research studies that calculate event studies using bond data. Abbreviations in the event study model column are: *CDGM* Collin-Dufresne, Goldstein, and Martin (2001), *DFHKZ* DeFond, Hung, Karaoglu, and Zhang (2008), *EGB* Elton, Gruber, and Blake (1995), *EMW* Eckbo, Maksimovic, and Williams (1990), *FF* Fama and French (1993), *GR* Gropp and Richards (2001), *VPE* Valuation prediction error. Sources of bond price data include: *BCC* Baruch College Center for Financial Research Utility Data Base, *BoA Merrill Lynch* Bank of America Merrill Lynch US Corporate and High Yield Master bond index database, *Bond Guide* Standard and Poor's Bond Guide, *Bond Record* Moody's Bond Record, *BQR* Bank Quotation Record, *CFC* Commercial and Financial Chronicle, *DFDB* Deutsche Finanzdatenbank, *Dow-Jones* Dow-Jones News Retrieval, *DRI* Data Resources Inc., *IDC* Interactive Data Corporation, *IDD* Investors Dealers Digest, *LBBD* Lehman Brothers Bond Database, *FIDB* Lehman Brothers Fixed Income Database, *FISD* (Mergent) Fixed Income Security Database, *GDMO* Government's Debt Management Office, *Manual* Moody's Industrial Manual, *NAIC* National Association of Insurance Commissioners, *Nat. Bond Summary* The National Bond Summary, *NEEDS* NEEDS-Financial Quest, *NYSE Library* New York Stock Exchange Library, *Salomon* = Salomon Brothers, *SDC* Securities Data Corporation, *TRACE* Trade Reporting and Compliance Engine, *WSJ* Wall Street Journal, Journals are: *AR* Accounting Review *CAR* Contemporary Accounting Research, *FM* Financial Management, *JAE* Journal of Accounting and Economics, *JAR* Journal of Accounting Research, *JBF* Journal of Banking and Finance, *JCF* Journal of Corporate Finance, *JF* Journal of Finance, *JFQA* Journal of Financial and Quantitative Analysis, *JFE* Journal of Financial Economics, *JFM* Journal of Financial Markets, *JFS* Journal of Financial Stability, *JFSR* Journal of Financial Service Research, *JMCB* Journal of Money, Credit and Banking, *RFS* Review of Financial Studies, *WP* Working Paper

✷ Springer

development was partly driven by the improved data availability through new and superior databases. However, researchers faced a number of challenges related to bond data and the estimation of abnormal bond returns. Consequently, numerous approaches and methodologies as well as theoretical refinements have been proposed until today aimed at improving the calculation of bond event study results. This paper reviews solely the developments of methodology applied in event studies for bonds. The intention is to provide a thorough overview of research related to bond event studies, and to highlight the most prevailing and important methodologies based on the available research literature. Furthermore, the guidance that has been provided by researchers for the issues encountered in bond event studies is discussed and assessed. Thereby, this paper provides valuable insight into the evolution of the event study methodology and some guidance for subsequent studies.

Overall, 118 research papers are found that deal with bond event studies. Table 1 below provides an overview, including the utilized event (Column 2), examined securities (Column 3), period (Column 4), sample size (Column 5), applied methodology (Column 6) and price data (Column 7) for calculating abnormal bond returns and testing for their statistical significance (Column 8), adjustment(s) for multiple bonds (Column 9), database (Column 10), and data frequency (Column 11). Column 12 specifies, whether the paper was published in one of 15 top finance and accounting journals[3] including (in alphabetic order) *Accounting Review* (AR), *Contemporary Accounting Research* (CAR), *Financial Management* (FM) *Journal of Accounting and Economics* (JAE), *Journal of Accounting Research* (JAR), *Journal of Banking and Finance* (JBF), *Journal of Corporate Finance* (JCF), *Journal of Finance* (JF), *Journal of Financial and Quantitative Analysis* (JFQA), *Journal of Financial Economics* (JFE), *Journal of Financial Markets* (JFM), *Journal of Financial Stability* (JFS), *Journal of Financial Services Research* (JFSR), *Journal of Money, Credit and Banking* (JMCB), and *Review of Financial Studies* (RFS), was published in a less prestigious journal (–), or is available as a working paper (WP).

The remainder of this paper is organized as follows. The following Sect. 2 analyses bond characteristics and their effect on event study methodology. Section 3 provides a detailed overview of the methodologies utilized to compute abnormal bond returns. Section 4 discusses the most popular parametric and non-parametric test statistics for bond event studies and which adjustments improve their statistical validity. Section 5 outlines the different databases utilized to obtain bond data, and discusses the pros and cons of these while Sect. 6 concludes.

## 2 Bond characteristics affecting event study methodology

### 2.1 Illiquidity of bond price data

Comparing the bond market with the stock market for liquidity yields two general results: On average, government bonds possess a higher liquidity than stocks (Chordia et al. 2005), yet corporate bonds are rather illiquid compared to stocks. Most US corporate bonds trade less than once a year, as compared with the equity market, where the median stock trades once every few minutes (Mahanti et al. 2008). Examining the frequency of trade of US corporate bonds during the period 2000–2005, Mahanti et al. (2008) detect that over 40 %

---

[3] The journal has to have a 5-Year Impact Factor of 1.5 or higher in the 2013 JCR Social Science Edition to count as a top journal.



from a sample of roughly 19,000 bonds do not trade once a year, while less than 0.032 % trade approximately every day. Corroborating the illiquidity in corporate bond markets, although to a weaker extent, Bessembinder et al. (2009) find an average trading of 52 days a year for TRACE data. The level of infrequent trading is confirmed by Bao et al. (2011), showing a statistically and economically significant illiquidity measure[4] for bond transaction data from 2003 to 2009, as well as by Chen et al. (2010).

This inherent illiquidity reflects the institutional nature of corporate bond markets where securities are held primarily by long-term buy-and-hold investors (i.e. pension funds, insurance companies, etc.) with extremely low portfolio turnovers (Mahanti et al. 2008). According to Schultz (2001), insurance companies hold almost 40 % of outstanding investment-grade bonds, which illustrates the immense influence on bond liquidity.

Since illiquid data has implications for event study methods, causing poorly specified statistical tests (see Cowan and Sergeant 1996 for further details) most bond event studies impose trading restrictions to accommodate this infrequent trading. Usually researchers demand a certain number of trading days during an interval prior, during and/or after the event. For instance, May (2010) requires that a bond trades on at least 10 of the 20 days starting 30 days after the event day and that it trades on the day before and after the event day. Another approach is provided by Maquieira et al. (1998). They argue that the utilization of yield spreads would mitigate the infrequent trading problem that characterizes daily bond transactions. Thus, they state that calculating bond returns requires two fairly close consecutive prices, whereas one data point is sufficient to calculate its yield making the first more vulnerable to infrequent data. While their reasoning is coherent, they do not provide any empirical evidence that bond event studies would significantly benefit from the utilization of yield spreads in place of returns.

## 2.2 Multiple bonds outstanding per company

Obtaining trades reported to TRACE between 2003 and 2005, Edwards et al. (2007) observe an average number of over nine bonds outstanding per issuer, as well as a median number of two. This suggests a skewed distribution with a large number of companies having only a small number of bonds outstanding and a small number of firms with much more issues outstanding. In contrast to abnormal stock returns, researchers investigating bondholder wealth effects are presented with the question as to which bond to choose. So far, several methodologies have been utilized to overcome this discrepancy (see Table 1). Bessembinder et al. (2009) differentiate between these procedures: (1) the bond level approach, (2) the representative bond approach, and (3) the firm level approach.

With the bond level approach each bond is treated as a separate observation. This approach causes clustered data because the bond data can be classified into a number of different clusters (i.e. firms), each of which contains multiple observations (i.e. bonds). This clustering biases the standard errors downward because of the likely high correlation among bonds from the same firm, violating the assumption of independent observations and leading to an inflated t-statistic (Eberhart and Siddique 2002). Non-parametric tests, like the Wilcoxon signed rank-test, provide no real alternative. The assumption for the applicability of non-parametric tests is that all observations are independent (Datta and Satten 2005). However, investigating the effect of dependence among observations on the

---

[4] The amount of price reversal as captured by the negative of the autocovariance of price changes.



sign-, Wilcoxon signed rank-, and *t*-test, Gastwirth and Rubin (1971) note that the sign test is the least affected while the t-test is most affected. Researchers have developed several adjustments for existing parametric and non-parametric test statistics to account for the within-cluster correlation: Modifications of the Wilcoxon signed rank-test have been developed by Rosner et al. (2006) as well as Datta and Satten (2008), and for the t-test by Subbaiah and Xia (2007). These tests could be used to mitigate the correlation issue without the need to reduce the sample. However, no bond event study has utilized these modifications so far. An exploration of that is left for future research.

Another drawback of the bond level approach is that firms with more than one bond tend to be overrepresented. Bessembinder et al. (2009) point out that these are typically larger firms with higher bond rating, causing another bias in the calculation.

Following the representative bond approach, researchers select a representative bond for each firm. The literature shows different procedures picking a single bond: a random issue (e.g., Asquith and Wizman 1990), the most heavily (e.g., Campbell et al. 2015; Wei and Yermack 2011) or frequently (e.g., Handjinicolaou and Kalay 1984) traded bond, the most recently issued (e.g., Klein and Zur 2011), or the one with median time to maturity (e.g., Asquith and Wizman 1990). Bessembinder et al. (2009) yet indicate that depending on how the representative bond is selected the results could be biased. Nonetheless, choosing the most heavily or frequently traded bond could be justified with the inherent illiquidity of the bond market. It is crucial to ensure certain liquidity for bond event studies. Therefore, this approach should not be excluded overhastily.

The firm level approach is equivalent to the approach B (reducing data to independent observations), presented by Galbraith et al. (2010) to treat clustered data. The multiple observations in a cluster are reduced to a single observation and the resulting data points are regarded as independent. The firm level approach can be subdivided into an equally weighted and a value weighted approach. With the equally weighted approach a firm's abnormal return is calculated as the sum of the abnormal returns, divided by the quantity of issued bonds. Following the value weighted approach, a firm's abnormal return is calculated as the sum of the market-value weighted abnormal returns of n bonds.

$$FBR_{j,t} = \sum_{i=1}^{n} ABR_{i,t} \cdot w_{i,t} \qquad (1)$$

where $FBR_{j,t}$ abnormal bond return of firm $j$, $ABR_{i,t}$ abnormal bond return of bond $i$ issued by firm $j$, $w_{i,t}$ market value weight of bond $i$.

Since a firm's bond returns are highly but not perfectly correlated, this procedure causes downward shifted t-statistics due to inflated standard errors (Eberhart and Siddique 2002). Furthermore, only the value weighted approach represents the exact value change of the examined firm. Applying the equally weighted approach overestimates the price reaction of smaller bond issues and underestimates the price reaction of larger issues. On the other hand, Ederington et al. (2015) test four weighting schemes to combine standardized abnormal returns into a single firm return, among them the equally weighted average and the weighted approach from Bessembinder et al. (2009). Overall, results show only slight power differences between the four approaches.



# 3 Bond event study methodology

## 3.1 Market model

Traditionally, the market model is an example of a one-factor model which relates the return of any given security to the return of a market portfolio.[5] While the market model provides an elaborated procedure to measure abnormal returns for stockholders finding its way into many event studies, its application to bond event studies contains several empirical issues. One issue is the potential non-stationarity of the beta coefficient. Elton et al. (2011) discuss the application of the single-index model to bonds and argue that the bond beta equals the ratio of the duration of the bond and the duration of the index. On this basis, the beta decreases with time and the decrease becomes steeper as the bond approaches maturity. Elton et al. (2011) mention further influences affecting returns on bonds including liquidity premiums, tax effects, callability, and default risk. They argue that the single-index model only provides appropriate results if the impact of all these influences were constant over time. Alexander (1980) provides further support for this conclusion. Conducting an analysis of the use of the market model to long-term corporate bonds, he infers that the market model involves notable violations of regression assumptions and instances of parameter instability. Therefore, the interpretation of bond event studies that apply the market model has to be made with extreme caution.

Nevertheless, several published event studies apply a standard (e.g., Dittmar 2004; Plunus et al. 2012) or two index market model[6] (e.g., Kim and McConnell 1977; Marais et al. 1989; Wei and Yermack 2011). Two papers (e.i., Brewer and Jackson 2000; Dbouk and Kryzanowski 2009) follow the methodology recommended by Karafiath (1988) and add dummy variables for the event date to the right-hand side of the market model. For the two index market model the abnormal bond returns $ABR_{i,t}$ are calculated over the event period as follows.

$$ABR_{i,t} = BR_{i,t} - \hat{\alpha}_i - \hat{\beta}_{i1} \cdot S_t - \hat{\beta}_{i2} \cdot B_t \qquad (2)$$

where $BR_{i,t}$ return of corporate bond $i$, $\hat{\alpha}_i$; $\hat{\beta}_{i1}$; $\hat{\beta}_{i2}$ coefficients calculated over the estimation period, $S_t$ return of a stock market index, $B_t$ return of a bond market index.

After the single-index model, Elton et al. (2011) discuss the relevance of multi-index models and assert that using more than a single-market-factor seems to improve the explanatory power. For instance, to capture changes in the term structure researchers apply the changes in the long rate and changes in the spread between long and short rate as regression factors. To deepen this approach multi-factor models are discussed in the next section.

## 3.2 Multi-factor models

The first and probably most famous factor model used to estimate abnormal returns for bondholders is the five-factor model, provided by Fama and French (1993). Based on the observation that $\beta$ only provides little explanation about the cross-section of average stock

---

[5] See MacKinlay (1997) for calculation details.

[6] Bessembinder et al. (2009) name this method also factor model while according to Eger (1983) it belongs to the market model approach. This thesis follows the understanding of Eger (1983) and defines them as two-index market models.



returns (see Fama and French 1992), Fama and French decide to extend the set of variables used to explain both stock and bond returns in time-series regressions. The size and book-to-market variables directed at stocks are extended by term-structure variables that are likely to play a role in bond returns. Their goal is to test whether variables that explain bond returns are also important in stock returns, and vice versa.

$$BR_{i,t} - R_{f,t} = \alpha + \beta_1 \cdot (R_{m,t} - R_{f,t}) + \beta_2 \cdot SMB_t + \beta_3 \cdot HML_t + \beta_4 \cdot TERM_t + \beta_5 \cdot DEF_t \\ + \varepsilon_{i,t}$$

(3)

where $BR_{i,t}$ return of corporate bond $i$, $R_{m,t}$ return of all the stocks in the created portfolios, $R_{f,t}$ one-month Treasury bill rate, observed at the beginning of the month, $SMB_t$ (Small Minus Big) difference between the returns of small- and big- size portfolios with about the same weighted-average book-to- market equity, $HML_t$ (High Minus Low) difference between the returns of high- and low- book-to-market portfolios with about the same weighted-average size, $TERM_t$ difference between the long-term government bond return and the one-month Treasury bill rate measured, observed at the beginning of the month, $DEF_t$ difference between the return of a market portfolio of long-term corporate bonds and the long-term government bond return on day $t$.

Altogether, Fama and French (1993) not only identify three stock-market-factors, but also two bond-market-factors explaining bond returns. The excess market return $(R_{m,t} - R_{f,t})$ is the proxy for the market factor, while the size-variable $SMB_t$ and the book-to-market equity-variable $HML_t$ proxy for common risk factors in returns. The first bond-factor $TERM$ controls for unexpected shifts in interest rates, while the second factor $DEF$ accounts for the likelihood of default. This five-factor model is applied to several studies (e.g., Bessembinder et al. 2009; DeFond and Zhang 2014). Bessembinder et al. (2009) test the Fama and French five-factor model to construct abnormal bond returns and find major problems. It consistently performs poorly, regardless of the used test statistics.

Better specified is the following factor model, at least with monthly data (Bessembinder et al. 2009). Utilizing fundamental economic variables as well as return indexes they develop different models successful in explaining expected bond returns. Based on the six-factor model by Elton et al. (1995) the following model is applied in bond event studies (e.g., Eberhart and Siddique 2002). The objective of this model is to successfully explain expected returns in bond markets applying methodology so far only used to explain relative prices for equity securities. To achieve this, return indexes as well as unanticipated changes in fundamental economic variables are utilized as factors in time-series regression. Additionally, this model is the first to employ forecasts provided by economists and investment professionals to account for unexpected changes in fundamental economic variables.

$$BR_{i,t} - R_{f,t} = \alpha + \beta_1 \cdot (UnxGDP_t) + \beta_2 \cdot (UnxCPI_t) + \beta_3 \cdot (DefaultRP_t) \\ + \beta_4 \cdot (BondMkt\mathrm{Re}t_t) + \beta_5 \cdot (R_{m,t}) + \beta_6 \cdot (TERM_t) + \varepsilon_{i,t}$$

(4)

where $BR_{i,t}$ return of corporate bond $i$, $R_{f,t}$ one-month Treasury bill return, $UnxGDP_t$ forecast of nominal GNP growth rates regressed on $Inflation_t$. Residuals with the sample mean added back as variable, $UnxCPI_t$ change in the consumer's forecast on inflation over the next year, $DefaultRP_t$ difference in return between the high-yield series and the intermediate government index, $BondMktRet_t$ return of the Lehman Brothers bond index, $R_{mt}$ return of a market index (S&P 500), $TERM_t$ difference in return between the long-term government bond index and the intermediate bond index (slope of the term structure).



What sets this model apart is the utilization of two fundamental variables for unanticipated changes, i.e. a measure of unexpected changes in inflation and of unanticipated change in the forecast of real GNP. However, between this six-factor model and the one introduced by Elton et al. (1995) exists a noticeable difference. Considering seven explanatory variables, Elton et al. (1995) detect no influence by the variable measuring term spread. Therefore, they remove the $TERM_t$ variable from the regression. But an option index variable[7] is included into the analysis, omitted by subsequent bond event studies (Bessembinder et al. 2009; Eberhart and Siddique 2002).

The third factor model is based on Collin-Dufresne et al. (2001).

$$\Delta CS_{i,t} = \alpha + \beta_1 \cdot R_{i,t} + \beta_2 \cdot \Delta r_t^{10} + \beta_3 \cdot \left(\Delta r_t^{10}\right)^2 + \beta_4 \cdot \Delta slope_t + \beta_5 \cdot \Delta VIX_t + \beta_6 \cdot R_{m,t} \\ + \beta_7 \cdot \Delta jump_t + \varepsilon_{i,t}$$

$$(5)$$

where $\Delta$ difference between two consecutive quotes, $CS_{i,t}$ difference between the yield of bond $i$ and the associated yield of the Treasury curve at the same maturity, $R_{i,t}$ stock return for the issuer of bond $i$, $r_t^{10}$ 10-year Benchmark Treasury rates, $slope_t$ difference between 10-year and 2-year Benchmark Treasury yields, $VIX_t$ VIX index for volatility of the S&P 500, $R_{m,t}$ return of a stock market index (S&P 500), $jump_t$ probability and magnitude of a large negative jump in firm value as measured by changes in the slope of the "smirk" of implied volatilties of options on S&P 500 futures.

The difference between the Collin-Dufresne et al. (2001) model and the two previous mentioned factor models is the analysis of spread changes instead of spreads. Therefore, not abnormal returns but unexpected changes in spreads are calculated. The authors' objective is to investigate how changes in credit spreads respond to proxies for changes in the likelihood of default and for changes in the recovery rate. Moreover, variables accounting for liquidity changes are considered too, as prior research shows that liquidity premiums explain credit spread changes.

However, this model is also used without calculating the difference between two consecutive quotes (e.g., Ongena et al. 2008). To the best of the authors' knowledge, no investigation of the empirical power or specification of the Collin-Dufresne et al. (2001) has been conducted.

The latest factor model is provided by Ellul et al. (2011).[8] Following methodologies used by Bessembinder et al. (2006) and Schultz (2001) to examine corporate bond trading costs, they measure abnormal bond returns controlling for both market-wide and issuer-specific information by applying the following factor model.

$$\ln\left(\frac{P_{i,t}}{P_{i,t-1}}\right) = \alpha + \beta_1 \cdot \left(\Delta YTM_t^{10} \cdot T_i\right) + \beta_2 \cdot \left(\Delta InvCS_t \cdot T_i\right) + \beta_3 \cdot \left(\Delta highCS_t \cdot T_i\right) + \beta_4 \cdot \Delta R_{m,t} \\ + \beta_5 \cdot \Delta R_{i,t} + \gamma_0 \cdot \Delta Q_{i,t} + \gamma_1 \cdot \Delta(Q_{i,t} \cdot \ln(S_{i,t})) + \varepsilon_{i,t}$$

$$(6)$$

where $\Delta$ difference between two consecutive quotes, $P_{i,t}$ trade price of bond $i$, $YTM_t^{10}$ 10-year Treasury bond yield, $T_i$ years to maturity of bond $i$, $InvCS_t$ credit spread of

---

[7] $Option_t$: is the difference in return between the Lehman Brothers Government National Mortgage Association index and a government bond series with the same duration.

[8] Ellul et al. (2011) call it a "simple market model". However, since the regression contains more than just market returns, we list it under the section "factor models".



investment-grade bonds, $highCS_t$ credit spread of high-yield bonds, $R_{m,t}$ return of a stock market index, $R_{i,t}$ stock return for the issuer of bond $i$, $Q_{i,t}$ indicator variable that equals one (minus one) if the transaction is a buy (sell), $S_{i,t}$ size of the trade (par value).

Like Bessembinder et al. (2006) they use an indicator variable to account for buyer- or seller-initated trades. This variable and the associated factors in the model (coefficients $\gamma_0$ and $\gamma_1$) are included to control for the normal price impact of a bond trade. The other determinants (coefficients $\beta_1$, $\beta_2$, $\beta_3$, $\beta_4$, and $\beta_5$) are information variables that are supposed to affect the corporate bond's fundamental value.

Ellul et al. (2011) are the first to discuss an issue inherent in several factor models for bondholder wealth effects: equal coefficients for changes in stock market returns and/or changes in issuer returns for bonds of different rating categories, as well as no differentiation between bonds with varying maturities. They argue that bonds with lower ratings are more equity-like, and therefore load more on the change in the high-yield spread and stock market returns. Moreover, treating maturity adjustments the same way for all bonds would be inaccurate too, since the difference between modified duration and maturity grows with increasing maturity. Hence, they construct four different bond groups, classified by maturity at event-date ($\leq 5$ years or $>5$ years) and pre-event rating (at BBB- or above BBB-), assuming that the parameters are the same for all bonds in one group. Subsequently, the estimation of abnormal bond returns is done separately for four groups.

### 3.3 Valuation prediction error

To determine the wealth effects of mergers on all of the publicly traded securities, including bonds, Maquieira et al. (1998) compute a valuation prediction error (VPE) for every security. Rather than the more common bond returns they assess excess changes in yield spreads. For each individual bond issue, a maturity and coupon rate matched outstanding government bond is allocated. Next, pre-event yield spreads are computed as the difference between the matched government bond's yield to maturity and the yield to maturity of the sample corporate bond.

$$Yield\ Spread_{i,t} = YTM_{i,t} - YTM_{Govt i,t} \qquad (7)$$

where $YTM_{i,t}$ Yield to maturity of the corporate bond $i$, $YTM_{Govt\ i,t}$ Yield to maturity of the matched government bond $i$.

Next, it is assumed that the pre-event yield spread will remain unchanged over time. This assumption allows the computation of an expected yield to maturity for each bond, based on the observed value of its matching government bond during the post-event time. Knowing the expected yield to maturity, remaining maturity, and coupon rate, the expected post-event price of a bond can be computed using a standard internal rate of return bond price formula. The VPE for each bond is computed as the difference between the actual price and the expected price, after adjusting for bond redemptions, conversions, and sinking fund payments.

$$VPE_{i,t} = Price_{i,t} - Price_{expected,i} \qquad (8)$$

where $Price_{i,t}$ actual price of corporate bond $i$, $Price_{expected,i}$ expected price of corporate bond $i$.

Nishikawa et al. (2011) employ the above described methodology, yet compute abnormal changes in bond yield spreads instead of valuation prediction errors. They search for the closest trade within a pre-event (-$t_1$, -1) and post-event (0, $t_2$) window relative to the



examined event, and calculate two corresponding yield spreads for each firm. The pre-event spread is assumed to be equal to the expected yield spread and the difference between the post-event and pre-event spread reflects the impact of the examined event on the credit risk component of the spread, equaling the abnormal change in bond yield spreads.

### 3.4 Mean adjusted model

Based on the mean adjusted returns model for stocks (Brown and Warner 1980, 1985). Handjinicolaou and Kalay (1984) create a simple bond event study model that accounts for a specific challenge dealing with fixed income securities: bond returns are influenced by changes in the term structure. Few studies apply the unadjusted formula (e.g., Dann 1981; Masulis 1980). However, changes in the term structure of interest rates must be considered to ensure that abnormal bond returns are not the result of risk free rate changes. The concept is to disentangle the influence of bond specific information from information that affects interest rates market-wide.

The adjusted calculation is divided into three steps. First, they calculate premium bond returns $PR_{i,t}$ over a previously determined estimation and event period, calculated as follows.

$$PR_{i,t} = BR_{i,t} - TR_{i,t} \qquad (9)$$

where $BR_{i,t}$ return of corporate bond $i$, $TR_{i,t}$ return of matched Treasury security $i$.

Conventionally, the Treasury security is the one with the most similar time to maturity and coupon. Another matching category used to identify the adequate Treasury security is duration (e.g., Elliott et al. 2009; Kitsabunnarat-Chatjuthamard et al. 2010). Duration is supposed to be a more precise measure of the bond's sensitivity to interest rate changes (Kraft and Munk 2007).

Second, expected premium bond returns $EPR_i$ are calculated as the average premium bond return over the estimation window.

$$EPR_i = \frac{1}{d} \cdot \left( \sum_{t=\tau_1}^{\tau_2} PR_{i,t} \right) \qquad (10)$$

where $\tau_{1(2)}$ first (last) day of the estimation period, $d$ number of days in the estimation period.

Third, abnormal premium bond returns $APR_{i,t}$ are calculated for each bond by subtracting the expected premium bond returns $EPR_i$ from the actual premium bond returns $PR_{i,t}$ on event day t.

$$EPR_i = \frac{1}{d} \cdot \left( \sum_{t=\tau_1}^{\tau_2} PR_{i,t} \right) \qquad (11)$$

$$APR_{i,t} = PR_{i,t} - EPR_i \qquad (12)$$

The assumption inherent in this methodology is that premium bond returns follow a stationary process, leading to a constant return over the matched Treasury bond. However, this comparison of estimation and event date premium returns is unable to disentangle the effects of bond-specific information from market-wide movements in credit spreads,



making the mean adjusted model less convincing.[9] Testing the mean adjusted model, Bessembinder et al. (2009) observe that the model performs well with monthly data but always with less statistical power than the portfolio matching methods. Nevertheless, papers still use this model despite its shortcomings (e.g., Tsai and Wu 2015).

## 3.5 Matching portfolio model

A more sophisticated method uses bond portfolios to remove the influence of the overall market on bond returns. In the matching portfolio model, abnormal bond returns are measured using a procedure that compares portfolios. Early studies mentioning this approach are Kim and McConnell (1977), Asquith and Kim (1982), and Eger (1983). The first two papers apply the paired-comparison procedure, a special form of the matched portfolio model. With the paired-comparison procedure just one bond issued by a non-sample company is matched with the bond issued by a sample-company on four observable characteristics. These are (1) bond rating, (2) term to maturity, (3) coupon interest rate, and (4) industry (Asquith and Kim 1982; Kim and McConnell 1977). Kim et al. (1977) provide the theoretical and empirical justification for matching the bonds on these characteristics.

To calculate the abnormal returns to bondholders, the rate of return on each matching bond is subtracted from the return on its corollary sample bond over the event period. Few papers use matched government bonds instead of corporate bonds to construct a measure of market interest rate movements (e.g., Fortin et al. 2014; Kahan and Tuckman 1993; Steiner and Heinke 2001; Strong and Meyer 1987). However, this procedure conflicts with the mean adjusted model, and therefore cannot be recommended for future research.[10]

Eger (1983) is the first to calculate abnormal bond returns by matching every sample bond with a portfolio of bonds. The control portfolio for each sample bond was selected from all publicly traded, non-convertible bonds in the same rating category and with the closest maturity. Thereby, the control samples vary in size from five to ten bonds. Subsequent papers apply this approach (e.g., Gao et al. 2011; May 2010) with equally- as well as value weighted portfolios. Bessembinder et al. (2009) use six rating and three time to maturity categories to create 17 portfolios[11] for monthly data, and six matching portfolios based on the rating categories for daily data, both equal- and value weighted. Their results show that the value weighted approach outperforms almost universally all other approaches.

Another alternative for a portfolio are bond indexes. An early study that utilized this approach is provided by Dennis and McConnell (1986). Although Dennis and McConnell (1986) mention the necessity of an appropriate risk adjusted market index, they do not explicate the appropriate measurements to ensure the risk adjustment. Their calculations seem to be similar to the simulations for stocks conducted by Brown and Warner (1985), neglecting the appropriate index matching. Later studies match their bond indexes by time to maturity alone (e.g., Asquith and Wizman 1990; Cook et al. 1992) or time to maturity and rating classification (e.g., Hite and Warga 1997; Warga and Welch 1993). Typically, the indexes are divided into different rating classes (e.g., Aaa, Aa, A, Baa, Ba, and B) and, within each ranking, into different term structures (e.g., long-term and intermediate term), providing several matching portfolios. While constructing abnormal bond returns and

---

[9]  Corrado (2011) provides the same explanation for stock returns.

[10]  "Stationarity is the central assumption of the mean adjusted returns model" (Handjinicolaou and Kalay 1984).

[11]  The Aaa sample was too small to split into three subsets. Instead, only two maturity categories were used.



applying the Lehman Brothers indexes, Bessembinder et al. (2009) report that Lehman's inclusion of bankruptcies induces a significantly positive bias, and therefore should not be used as a benchmark portfolio. Furthermore, it remains unclear if the matched portfolio approach benefits from additional classification categories, e.g., firm size and industrial classification. Examining the impact of controlling for industry upon financial research, Kahle and Walkling (1996) find that size- and industry-matched comparison are more powerful than pure size matches. On the other hand, Chen et al. (2014) control in their bond event study for additional characteristics including index beta, liquidity, outstanding par size, coupon, and industry and obtain similar results. They conclude that any selection bias in the control sample is negligible when matching on just rating and maturity. Future research might explore more carefully the impact of further matching categories.

Regardless of the portfolio, the abnormal bond returns $ABR_{i,t}$ are calculated over the event period as follows.

$$ABR_{i,t} = BR_{i,t} - PBR_{i,t} \tag{13}$$

where $BR_{i,t}$ return of corporate bond i, $PBR_{i,t}$ average return of matched bond portfolio i.

To conclude, Table 2 presents a summary of the advantages and disadvantages of the different models reviewed.

**Table 2** Pros and cons of bond event study models

| Model | Pros | Cons |
|---|---|---|
| Market Model | Widely-used with stock returns | Non-stationarity of the beta coefficient(s) Disregard of bond specific attributes like liquidity, callability, and default risk No differentiation regarding change in bond maturity and default risk |
| Multi-Factor Models | Higher explanatory power than standard market model through additional factors | Non-stationarity of the beta coefficient(s) No differentiation regarding change in bond maturity and default risk (except Ellul et al. 2011) |
| Valuation Prediction Error | Not two consecutive prices necessary to calculate returns Accounts for market-wide changes of the term structure | Assumption of a constant yield spread Unable to differentiate between the effects of bond-specific information and market-wide movements in yield spreads |
| Mean Adjusted Model | Accounts for market-wide changes of the term structure | Assumption of a constant return over a matched Treasury bond Unable to differentiate between the effects of bond-specific information and market-wide movements in credit spreads |
| Matching Portfolio Model | Controls for default risk and bond maturity Accounts for market-wide changes of the term structure Most powerful model to detect abnormal bond returns (see Bessembinder et al. 2009) Eliminates rating and maturity as sources for cross-correlation among abnormal bond returns (see Ederington et al. 2015) | Building of bond portfolios necessary |



## 4 Test statistics

Various papers discuss the utilization of the proper test statistic with regard to the cal-culation of abnormal stock returns as well as possible adjustments to increase test power (e.g., Corrado 1989; Boehmer et al. 1991; Swenney 1991; Cowan 1992). Previous research on bond event studies, on the other hand, mostly utilizes standard test statistics like the non-parametric sign (e.g., Cook et al. 1992; Datta and Dhillon 1993; Maxwell and Ste-phens 2003) and Wilcoxon signed rank (e.g., Billett et al. 2004; Klein and Zur 2011; May 2010) as well as the parametric t-test (e.g., Crabbe 1991; Maquieira et al. 1998; Wei and Yermack 2011); (see Table 1). The parametric t-test is, however, less powerful than non-parametric sign and signed rank-tests (Bessembinder et al. 2009; Ederington et al. 2015) while the sign appears to be more powerful than the signed rank-test (Ederington et al. 2015). The underlying source of the decreased explanatory power of the parametric test is the disregard of heteroskedasticity in bond returns (Ederington et al. 2015). This is caused by different abnormal return volatilities between bond groups: abnormal return variance rises as the time to maturity lengthens and ratings deteriorate (Bessembinder et al. 2009; Ederington et al. 2015). Moreover, prices of infrequently traded bonds appear to be even more volatile during the financial crisis. According to Ederington et al. (2015), an attempt to resolve this issue is a standardization of each bond's return by its estimated standard deviation $s_i$ in the spirit of Jaffe (1974), Mandelker (1974), and Patell (1976) yielding the standardized abnormal return. This approach is also discussed in Binder (1998).

First, Ederington et al. (2015) compute $s_i$ by calculating the standard deviation around event date t using observed 2-day returns from t − 55 to t + 55 but excluding the 11 event day returns t − 5 to t + 5.[12] Second, standardized abnormal bond returns $SABR_{i,t}$ are calculated by dividing the abnormal bond return by its standard deviation.[13]

$$SABR_{i,t} = \frac{ABR_{i,t}}{s_i} \qquad (14)$$

where $ABR_{i,t}$ abnormal return of bond i, $s_i$ estimated standard deviation of abnormal returns of bond i, $SABR_{i,t}$ standardized abnormal return of bond i.

Another similar standardization procedure is applied by the construction of abnormal standardized bond returns $ASBR_{i,t}$. These are computed in a two step process: First, raw returns are divided by their standard deviation (see Eq. 15) and then the standardized average returns are subtracted from the matched bond portfolio (see Eq. 16).

$$SBR_{i,t} = \frac{BR_{i,t}}{s_i} \qquad (15)$$

$$ASBR_{i,t} = SBR_{i,t} - SPBR_{i,t} \qquad (16)$$

where $BR_{i,t}$ raw bond return of bond i, $s_i$ estimated standard deviation of raw returns of bond i, $SBR_{i,t}$ standardized bond return of bond i, $SPBR_{i,t}$ standardized average return on matched bond portfolio i, $ASBR_{i,t}$ abnormal standardized return of bond i.

Standardized returns are subsequently used to calculate parametric and non-parametric test statistics. According to Ederington et al. (2015), both parametric and non-parametric

---

[12] See Ederington et al. (2015) for further details.

[13] When calculated from market model residuals denominator is multiplied by

$\sqrt{1 + \frac{1}{T_i} + \frac{(R_{mE} - \bar{R}_m)^2}{\sum_{t=1}^{T_i}(R_{mt} - \bar{R}_m)^2}}$. See Patell (1976), Boehmer et al. (1991) and Corrado (2011) for further details.



test-statistics benefit from the standardization, while the improvement of the t-test is the most impressive. Ederington et al. (2015) conclude, that the past poor performance of t-tests in bond event studies can be redirected to the violation of the homoskedasticity assumption. Nonetheless, instead of the t-test the Wilcoxon signed rank-test becomes the most powerful test for standardized returns. The sign test shows only minor improvements. Furthermore, Ederington et al. (2015) observe that the discrepancies between the $SABR_{i,t}$ and $ASBR_{i,t}$ results are negligible, therefore, presenting only the results for the second return measure.

As Brown and Warner (1985) show for stock returns, Bessembinder et al. (2009) verify the predominance of daily bond return data compared to monthly data in event studies. However, both fail to clarify whether the power and specification of the tests could be further increased by incorporating trades over longer event windows. Ederington et al. (2015) argue that a lengthened event window may produce more powerful tests, due to a higher number of event days with calculable returns, less undesirable noise in individual bond trade prices, and a higher number of bonds for constructing firm returns. On the other hand, longer event windows could cause greater non-event-induced fluctuations in bond returns reducing test power. To provide an answer, Ederington et al. (2015) construct a composite standardized abnormal return while allocating increased weights to returns calculated from transactions closest to the examined event. It is constructed as the average return of all possible return calculations for a predetermined event window, starting at least one day before and ending at least one day after event day [0;0].[14] The weighing is completed automatically because volatility for shorter windows is normally lower than for longer windows. Overall, Ederington et al. (2015) find that tests based on composite returns are more powerful due to an increased number of calculable returns, and this power even increases with the window length,[15] albeit at a decreasing rate. Moreover, an expansion of the event window beyond (t − 3, t + 3) only results in slight increases of test power. This reduction in test power very likely results from events and information other than the event of interest which affect bond returns calculated while using longer event windows.

Finally, Ederington et al. (2015) test the adjustment for cross-sectionally correlated abnormal returns, developed by Kolari and Pynnönen (2010) and find that the bias is less severe for bonds compared to stocks. Apparently, the matching by rating and maturity procedure eliminates two of the major sources of correlation in bond returns. However, Ederington et al. (2015) also show that event studies with likely correlated bond returns and longer event windows clearly benefit from the adjustment. Hence, future research that suspects bond returns to be correlated (e.g., due to event day clustering) ought to control for a possible bias following Kolari and Pynnönen (2010).

Interestingly, researcher computing abnormal bond returns, to this point, have neglected the issue of skewed abnormal return distributions. As prior research points out (Brown and Warner 1980, 1985; Corrado 1989; Corrado and Zivney 1992), non-parametric test statistics provide a sensible addition to the parametric t-test in the case of possible non-normality, but still require a symmetrical distribution of security returns to be correctly specified. Otherwise, they too can lead to incorrect conclusion about the significance of certain events on security returns. To account for this problem with stock returns, Corrado (1989) developed (and Corrado and Zivney 1992 enhanced) an easy to compute non-

---

[14]  See Ederington et al. (2015) for examples.

[15]  Ederington et al. (2015) calculate abnormal standardized returns over the (t − 2, t + 2), (t − 3, t + 3), (t − 4, t + 4), and (t − 5, t + 5) window.



parametric test statistic which does not require a symmetrical distribution, commonly known as the Corrado-test. This test statistic, which is widely used with stock event studies, can also easily be applied to bond event studies. Surprisingly, to the best of the authors' knowledge only a single paper by Steiner and Heinke (2001) utilizes it to analyze the significance of abnormal bond returns. Future research ought to consider testing the advantages of the Corrado-test for bond event studies and provide statistical information about the average skewness of excess bond returns and its impact on the validity of bond event studies. As a result, the Corrado-test might replace the signed-rank test as the most powerful for standardized returns, which, in turn, could have an impact on bond event study research altogether.

## 5 Data and data sources

To examine the impact of various events on bondholder returns, researchers screened different databases for availability of bond return data and issuer characteristic data. The quality and availability of the data to a great degree increased over time. Early empirical bond studies utilize daily exchange-based data provided by the Wall Street Journal (WSJ) or monthly data provided by the Moody's Bond Record, the S&P's Bond Guide, and the Bank and Quotation Record (BQR) (see Table 1). Exchange quotes are defined as prices that represent the trading conditions on organized exchanges (Nunn et al. 1986). However, the application of exchange prices is connected with major drawbacks. First, exchange trades reflect primarily the odd-lot activities of individual investors accounting only for a negligible portion of the total trading in listed corporate issues, as the vast majority of listed bond trading occurs over the counter (OTC) between institutional investors (Nunn et al. 1986). Second, exchange based data relies heavily on prices determined by using an algorithm on bond characteristics, known as matrix prices[16] (Warga and Welch 1993). Hence, exchange prices may not accurately represent bond values. Third, exchange based data leads to lagged response and to weaker statistically and economically significance, as shown by Warga and Welch (1993). Furthermore, the data has to be hand-collected what frequently leads to rather small sample sizes. Thus overall, bond event study results obtained from exchange prices may be suboptimal and could be misleading. Therefore, the need for databases that provide institutional prices from major OTC bond dealers is predominant.

Since the 1990s, yet before the implementation of TRACE, many studies relied on the Lehman Brothers Bond Database (LBBD), also known as the Lehman Brothers Fixed Income Database (FIDB),[17] to calculate abnormal bond returns (see Table 1). LBBD provides month-end price information over the period from January 1973 to March 1998 based on bid quotes from its dealers for publicly traded corporate bonds, as well as bond-specific diagnostics and descriptive information, such as S&P's and Moody's credit ratings, bond yields, coupons, accrued interests, and callability (Elton et al. 2001; Hong and Warga 2000; Kitsabunnarat-Chatjuthamard et al. 2010). According to Hite and Warga (1997) only bonds with a principal value of at least $1 million, an investment grade at some point in their life, or an non-investment grade but traded by Lehman Brothers are included. The advantage of the Lehman bond data is the data-availability which enables increased

---

[16] Matrix prices are discussed later in greater detail with the Lehman Brother Bond Database.

[17] Data from the Lehman Brothers Fixed Income Database was distributed by Warga (1998) (e.g., Elton et al. 2001).



sample sizes, and provides trader quoted prices which are found to offer more robust results than exchange based data (Warga and Welch 1993). A disadvantage of this database, however, is that solely monthly data is provided which is found to cause decreased power and specification of the test statistics (Bessembinder et al. 2009). Besides, this database incorporates a bias towards large companies (Hite and Warga 1997) and contains matrix prices (Hong and Warga 2000). Matrix prices are not actual trader quotes but algorithmically determined prices. Whenever dealers do not supply a bond price, prices are determined by rules of thumb that specify the addition of a fixed spread over either an actively traded benchmark issue of the same company, another company's issue with similar rating, maturity, and coupon, or a Treasury bond (Warga and Welch 1993). Thus, matrix prices do not always incorporate all publicly available information.

Warga and Welch (1993) discuss the use of matrix pricing in event studies and find significant differences between trader-quoted and matrix-based prices, showing an undeniable weakness inherent in matrix prices. Quotes generated by matrix pricing may bias event month abnormal returns towards zero and cause event month and non-event month abnormal return to be equal (Easterwood 1998). Therefore, most studies that rely on Lehman data eliminate matrix priced bonds from their sample (e.g., Bessembinder et al. 2009; Elton et al. 2001; Penas and Unal 2004). Despite these drawbacks, many researchers nonetheless obtain bond data from the Lehman database because it provides information for a diverse variety of bonds without the need to hand collect them.

Insurance companies are required to provide a record of all bond transactions via a Schedule D to the National Association of Insurance Commissioners (NAIC) every quarter (Hong and Warga 2000). This schedule provides detailed transaction information, including trade date, total market value, par value of the bonds, as well as buyers' and sellers' identity and are available electronically since 1995 (Hong and Warga 2000; Schultz 2001). The major disadvantage of this database is the limitation to insurance companies, which might not trade as actively as other market participants (Bessembinder et al. 2006). However, Schultz (2001) along with Campbell and Taksler (2003) estimate that insurance companies hold between 33 and 40 % of all outstanding corporate bonds, thus represent a considerable portion of the corporate bond market. Therefore, it was also applied in bond event studies (e.g., Ellul et al. 2011) and is stilled used even after the introduction of TRACE (e.g., Douglas et al. 2014).

In July 2002, the National Association of Security Dealers (NASD predecessor of FINRA) introduced the Trade Reporting and Compliance Engine (TRACE) in an effort to increase the transparency of the US corporate debt market, which facilitates the mandatory reporting of OTC secondary market transactions in publicly traded eligible securities (investment grade, high yield, and convertible corporate debt) (FINRA 2012). All members are required to report bond identification (CUSIP or NASD/FINRA symbol), time and date of execution, price, yield, size and a sell or buy indication for each trade. However, only the first five are disseminated to the public (Bessembinder et al. 2006). Trade size is provided for investment-grade bonds with a face value of at least $5 million, and for speculative-grade bonds with a face value of at least $1 million. Otherwise, an indicator variable denotes a trade exceeding the aforementioned size (Bessembinder and Maxwell 2008).

Due to intraday data, prices can be used to construct return data at a daily or even finer frequency what allows the construction of trade-weighted prices. This is accomplished by weighting each trade on a given day by its size and computing volume-weighted average prices. Bessembinder et al. (2009) argue that this approach emphasizes the institutional trades that incur lower execution costs and find that statistical tests estimated with this



method are better specified and more powerful than those computed with end-of-day prices. Constructing daily returns by relying on the last trade of the day could introduce noise because prices reported in TRACE include bid-ask fees, which are negatively related to trade size and considerably large for small trades (May 2010). The trade-weighted price approach mitigates this issue by allocating more weight to large trades that are assumed to have lower trading costs. Utilization of the square root of trade size produces only slightly more powerful test statistics (Ederington et al. 2015).

Moreover, eliminating non-institutional trades by using only trades of $100,000 or more lowers the standard deviation of abnormal returns even further, increasing the power of the test statistic (Bessembinder et al. 2009). In this way, the impact of transaction costs on return volatility is mitigated (Chen et al. 2011). However, this approach has the disadvantage of losing daily observations for bonds that only trade of less than $100,000. Therefore, Ederington et al. (2015) investigate whether the positive effect of restricting the sample to trades of 100 or more bonds[18] or the negative effect of the sample size reduction is the predominating effect. Restricting the sample to trades of at least 100 bonds produces small differences when compared to all trades (Ederington et al. 2015). The t-test is slightly more powerful, the sign test slightly less powerful, and the Wilcoxon signed rank-test shows mixed results. Thus, altogether there is no conclusive evidence of an improvement. Furthermore, restricting the sample to interdealer dates causes less noisy returns due to smaller bid-ask spreads and better informed market participants, hence, reduces the power of all test statistics.

Access to the information is either provided by the NASD website or investors rely on third-party vendors. Since its initiation in 2002, TRACE was expanded successively and by January 9, 2006, trades for nearly all publicly issued bonds were disseminated to the public (Bessembinder and Maxwell 2008). Omitted, however, are only those trades that occurred on exchanges, like the NYSE's Automated Bond System. But these represent only a minor part of all trades (Edwards et al. 2007). Disadvantages of TRACE are data availability (only since 2002, and full coverage since mid-2005) and that price information reflected in TRACE are prices without accrued interest ("clean prices"). While the first disadvantage will resolve over time, most papers rely on the Mergent Fixed Income Security Database (FISD) to supplement the TRACE data with accrued interests.[19] Mergent FISD provides issue details on US debt securities, including credit rating, time to maturity, callability, coupon rates, and coupon frequency (Massa and Zhang 2011).

Regarding the decision to utilize "dirty" or "clean" prices to calculate bond returns, Bessembinder et al. (2009) point out that using "clean" prices could bias the results for bonds with significantly different accrued interests. However their and the results by Ederington et al. (2015) only show small difference in power if accrued interest is included or not. Therefore, accrued interest does not seem to be a requirement to conduct a bond event study.

Studies validating the implementation of TRACE conclude that investors benefit from the increased transparency through reduced transaction costs (Bessembinder et al. 2006; Bessembinder and Maxwell 2008; Edwards et al. 2007).

Further sources for daily pricing quotes are the Reuters Fixed Income Database and Thomson Financials Datastream. Reuters provides end-of-day pricing quotes based upon market quotes. According to Wei and Yermack (2011), Reuters gathers daily closing price

---

[18] Trades of $100,000 par value equal 100 bonds with $1000 par value.

[19] For instance, May (2010) calculates accrued interests relying on the raw return for a day on which the bond did not trade.



quotes for corporate bonds throughout each trading day, even if no trading took place. Then, Reuters releases provisional prices and allows clients to submit evidence to dispute Reuters' pricing. Whenever the dispute is justified, the data vendor initiates corresponding adjustments. Validating the accuracy of the Reuters bond data, Wei and Yermack (2011) obtain $R^2$ statistics from several regressions of close to 100 % and therefore conclude that TRACE and Reuters contain similar information. Since all Reuters prices are dealer quotes, they can contain matrix prices (Renneboog and Szilagyi 2007) causing the same shortcoming as with the Lehman data.

Datastream also uses quotes from dealers, but in contrast to Reuters does not calculate matrix prices if no new quotes are available. In the absence of dealer quotes, ex-coupon bond prices remain unchanged in Datastream (DeFond and Zhang 2008, DeFond et al. 2011). To calculate bond prices the price across all market makers for the bond is averaged (Chen et al. 2007). A potential advantage of Datastream relative to TRACE is that Datastream's full coverage begins in 1994[20] while TRACE has only limited coverage prior to 2006 (DeFond and Zhang 2008). According to Chen et al. (2007), Merrill Lynch[21] is Datastream's source for price data, which covers most rated US publicly issued corporate bonds (Acharya et al. 2013).

# 6 Summary and conclusion

The purpose of this review is to fill a gap in the existing literature and provide a comprehensive overview of the applied methodology in bond event studies. First, those bond characteristics that affect event study results are summarized and the adjustments developed by researchers discussed. The low liquidity of bonds as well as the fact that several firms issue more than one bond are characteristics that differentiate bonds from stocks. Second, the favored models to calculate abnormal bond returns are illustrated and the applied parametric and non-parametric test statistics are discussed. One conclusion of past studies is that the matched portfolio approach using value weighted portfolios works well in event studies utilizing bond returns. With raw returns, non-parametric tests are more powerful than parametric t-tests. However, standardization of bond returns leads to a considerable increase in the power of the t-test. Nevertheless, a test of the statistical power of the non-parametric Corrado-test is, to the best of the authors' knowledge, not available. Third, the change in the availability of corporate bond data in the last four decades as well as the impact of improved databases on event study methodology are discussed. The introduction of the Lehman Brothers Bond Database in the 1990s providing monthly data, as well as the TRACE data set in 2002 providing daily data had a great influence on the occurrence of event studies concerning bondholder wealth effects.

While a variety of important issues concerning event studies examining the impact of corporate events on bondholder wealth have been pointed out by previous studies, researchers have developed a number of simple adjustments to ultimately obtain robust results. This challenge and the introduction of new databases lead to a noticeable evolution of bond event study methodology over time. Today, researchers can utilize assessed methods and test statistics with strong empirical power to detect abnormal bond returns.

---

[20]  Chen et al. (2007) argue that daily prices are more regularly available through Datastream after 1995.

[21]  Since 2009 Bank of America Merrill Lynch.



This methodology review offers some guidance for researchers in choice of event study method. However, the methodology will continue to be a popular area of investigation and innovation with the attempt to enhance the validity of bond event studies.

**Acknowledgments**   This paper is based on the dissertation by Daniel Maul which was created under the supervision of Prof. Dirk Schiereck at the Technische Universität Darmstadt.

# References

Acharya VV, Amihud Y, Bharath ST (2013) Liquidity risk of corporate bond returns: conditional approach. J Financ Econ 110:358–386

Adams JC, Mansi SA (2009) CEO turnover and bondholder wealth. J Bank Financ 33:522–533

Akhigbe A, Easterwood JC, Pettit RR (1997) Wealth Effects of corporate debt issues: the impact of issuer motivations. Financ Manag 26:32–47

Alexander GJ (1980) Applying the market model to long-term corporate bonds. J Financ Quant Anal 15:1063–1080

Amromin G, Harrison P, Sharpe S (2008) How did the 2003 dividend tax cut affect stock prices? Financ Manag 37:625–646

Aslan H, Kumar P, Maraachlian H (2010) Managerial agency and shareholder-bondholder conflicts: evidence from effects of hedge fund activism. Working Paper

Asquith P, Kim EH (1982) The impact of merger bids on the participating firms' security holders. J Financ 37:1209–1228

Asquith P, Wizman TA (1990) Event risk, covenants, and bondholder returns in leveraged buyouts. J Financ Econ 27:195–213

Autore DM, Billingsley RS, Kovacs T (2011) The 2008 short sale ban: Liquidity, dispersion of opinion, and the cross-section of returns of US financial stocks. J Bank Financ 35:2252–2266

Bao J, Pan J, Wang J (2011) The illiquidity of corporate bonds. J Financ 66:911–946

Baran LC, King T-HD (2010) Going private transactions, bondholder returns, and wealth transfer effects. J Bank Financ 34:1856–1872

Bessembinder H, Maxwell W, Venkataraman K (2006) Market transparency, liquidity externalities, and institutional trading costs in corporate bonds. J Financ Econ 82:251–288

Bessembinder H, Maxwell W (2008) Markets: transparency and the corporate bond market. J Econ Perspect 22:217–234

Bessembinder H, Kahle KM, Maxwell WF, Xu D (2009) Measuring abnormal bond performance. Rev Financ Stud 22:4219–4258

Bhat G, Frankel R, Martin X (2011) Panacea, Pandora's box, or placebo: feedback in bank mortgage-backed security holdings and fair value accounting. J Account Econ 52:153–173

Billett MT, King T-HD, Mauer DC (2004) Bondholder wealth effects in mergers and acquisitions: new evidence from the 1980s and 1990s. J Financ 59:107–135

Billett MT, Jiang Z, Lie E (2010) The effect of change-in-control covenants on takeovers: evidence from leveraged buyouts. J Corp Financ 16:1–15

Billings MB, Klein A, Zur E (2011) Shareholder class action suits and the bond market. Working Paper

Binder J (1998) The event study methodology since 1969. Rev Quant Financ Account 11:111–137

Bittlingmayer G, Moser SM (2014) What does the corporate bond market know? Financ Rev 49:1–19

Blaylock B, Edwards A, Stanfield J (2011) The market-wide consequences of government intervention. Working Paper. University of New South Wales

Boehmer E, Musumeci J, Poulsen AB (1991) Event-study methodology under conditions of event-induced variance. J Financ Econ 30:253–272

Brewer E, Jackson W (2000) Requiem for a market maker: the case of drexel burnham lambert and junk bonds. J Financ Serv Res 17:209–235

Brown DT, James CM, Mooradian RM (1994) Asset sales by financially distressed firms. J Corp Financ 1:233–257

Brown SJ, Warner JB (1980) Measuring security price performance. J Financ Econ 8:205–258

Brown SJ, Warner JB (1985) Using daily stock returns. The case of event studies. J Financ Econ 14:3–31

Cai N, Helwege J, Warga A (2007) Underpricing in the corporate bond market. Rev Financ Stud 20:2021–2046

Campbell JY, Taksler GB (2003) Equity volatility and corporate bond yields. J Financ 58:2321–2349



Campbell TC, Galpin N, Johnson SA (2015) Optimal inside debt compensation and the value of equity and debt. Working Paper

Chen F (2013) Bondholder wealth effects surrounding bond offering announcements. Working Paper. University of Oklahoma

Chen F (2014) The wealth effects of dividend announcements on bondholders: new evidence from the over-the-counter market. Working Paper

Chen L, Lesmond DA, Wei J (2007) Corporate yield spreads and bond liquidity. J Financ 62:119–149

Chen P, Wang J, Wu C (2011) The informativeness of corporate bond trades. Rev Pac Basin Fin Mark Policies 14:367–428

Chen R-R, Fabozzi FJ, Sverdlove R (2010) Corporate credit default swap liquidity and its implications for corporate bond spreads. J Fixed Income 20:31–57

Chen Z, Lookman AA, Schürhoff N, Seppi DJ (2014) Rating-based investment practices and bond market segmentation. Rev Asset Pricing Stud 4:162–205

Cho DD, Kim H, Shin JS (2011) The effect of seniority and security covenants on bond price reactions to credit news. Working Paper

Choi S, Francis BB, Hasan I (2010) Cross-border bank M&As and risk: evidence from the bond market. J Money Credit Bank 42:615–645

Chordia T, Sarkar A, Subrahmanyam A (2005) An empirical analysis of stock and bond market liquidity. Rev Financ Stud 18:85–129

Chow CW (1983) The impact of accounting regulation on bondholder and shareholder wealth: the case of the securities acts. Account Rev 58:485–520

Clayton MJ (2011) The valuation effect of IPOs: evidence from the bond market. Working Paper

Collin-Dufresne P, Goldstein RS, Martin JS (2001) The determinants of credit spread changes. J Financ 56:2177–2207

Cook DO, Easterwood JC, Martin JD (1992) Bondholder wealth effects of management buyouts. Financ Manag 21:102–113

Cook DO, Easterwood JC (1994) Poison put bonds: an analysis of their economic role. J Financ 49:1905–1920

Cornett MM, Travlos NG (1989) Information effects associated with debt-for-equity and equity-for-debt exchange offers. J Financ 44:451–468

Cornil A (2009) The impact of accounting restatements on a firm's cost of public debt. Rev Bus Econ 2:147–178

Corrado CJ (1989) A nonparametric test for abnormal security-price performance in event studies. J Financ Econ 23:385–395

Corrado CJ, Zivney TL (1992) The specification and power of the sign test in event study hypothesis tests using daily stock returns. J Financ Quant Anal 27:465–478

Corrado CJ (2011) Event studies: a methodology review. Account Financ 51:207–234

Cowan AR (1992) Nonparametric event study tests. Rev Quant Financ Account 2:343–358

Cowan AR, Sergeant AMA (1996) Trading frequency and event study test specification. J Bank Financ 20:1731–1757

Crabbe L (1991) Event risk: an analysis of losses to bondholders and "super poison put" bond covenants. J Financ 46:689–706

Dallocchio M, Hubler J, Raimbourg P, Salvi A (2006) Do upgradings and downgradings convey information? An event study of the french bond market. Rev Bank Financ Monet Econ 35:293–317

Dann LY (1981) Common stock repurchases. An Analysis of returns to bondholders and stockholders. J Finance Econ 9:113–138

Datta S, Dhillon US (1993) Bond and stock market response to unexpected earnings announcements. J Financ Quant Anal 28:565–577

Datta S, Iskandar-Datta ME (1996) Who gains from corporate asset sales? J Financ Res 19:41–58

Datta S, Iskandar-Datta M, Raman K (2003) Value creation in corporate asset sales: the role of managerial performance and lender monitoring. J Bank Financ 27:351–375

Datta S, Satten GA (2005) Rank-sum tests for clustered data. J Am Stat Assoc 100:908–915

Datta S, Satten GA (2008) A signed-rank test for clustered data. Biometrics 64:501–507

Dbouk W, Kryzanowski L (2009) Impact of bond index revisions. Appl Financ Econ 19:693–702

DeFond M, Zhang J (2008) The information content of earnings surprises in the corporate bond market. Working Paper. University of Southern California

DeFond ML, Hung M, Carr E, Zhang J (2011) Was the sarbanes-oxley act good news for corporate bondholders? Account Horiz 25:465–485

DeFond ML, Zhang J (2014) The timeliness of the bond market reaction to bad earnings news. Contemp Account Res 31:911–936



DeFusco RA, Johnson RR, Zorn TS (1990) The effect of executive stock option plans on stockholders and bond holders. J Financ 45:617–627

Dennis DK, McConnell JJ (1986) Corporate mergers and security returns. J Financ Econ 16:143–187

Devaney S, Lizieri C (2004) Sale and leaseback, asset outsourcing and capital market impacts. J Corp Real Estate 6:118–132

Dhillon US, Johnson H (1994) The effect of dividend changes on stock and bond prices. J Financ 49:281–289

Dittmar A (2004) Capital structure in corporate spin-offs. J Bus 77:9–43

Douglas AVS, Huang AG, Vetzal KR (2014) Cash flow volatility and corporate bond yield spreads. Rev Quant Financ Account 46:417–458

Easterwood JC (1998) Divestments and financial distress in leveraged buyouts. J Bank Financ 22:129–159

Eberhart A, Maxwell W, Siddique A (2008) A reexamination of the tradeoff between the future benefit and riskiness of R&D increases. J Account Res 46:27–52

Eberhart AC, Siddique A (2002) The long-term performance of corporate bonds (and stocks) following seasoned equity offerings. Rev Financ Stud 15:1385–1406

Eckbo BE, Maksimovic V, Williams V (1990) Consistent estimation of cross-sectional models in event studies. Rev Financ Stud 3:343-365

Ederington L, Guan W, Yang Z (2015) Bond market event study methods. J Bank Financ 58:281–293

Edwards AK, Harris LE, Piwowar MS (2007) Corporate bond market transaction costs and transparency. J Financ 62:1421–1451

Eger CE (1983) An empirical test of the redistribution effect in pure exchange mergers. J Financ Quant Anal 18:547–572

Elliott WB, Prevost AK, Rao RP (2009) The announcement impact of seasoned equity offerings on bondholder wealth. J Bank Financ 33:1472–1480

Ellul A, Jotikasthira C, Lundblad CT (2011) Regulatory pressure and fire sales in the corporate bond market. J Financ Econ 101:596–620

Elton EJ, Gruber MJ, Blake CR (1995) Fundamental economic variables, expected returns, and bond fund performance. J Financ 50:1229–1256

Elton EJ, Gruber MJ, Agrawal D, Mann C (2001) Explaining the rate spread on corporate bonds. J Financ 56:247–277

Elton EJ, Gruber MJ, Brown SJ, Goetzmann WN (2011) Modern portfolio theory and investment analysis. Wiley, Hoboken

Fama EF, Fisher L, Jensen MC, Roll R (1969) The adjustment of stock prices to new information. Int Econ Rev 10:1–21

Fama EF, French KR (1992) The cross-section of expected stock returns. J Financ 47:427–465

Fama EF, French KR (1993) Common risk factors in the returns on stocks and bonds. J Financ Econ 33:3–56

FINRA (2012) Trade reporting and compliance engine. http://www.finra.org/Industry/Compliance/MarketTransparency/TRACE/

Fortin S, Subramaniam C, Wang X, Zhang S (2014) Incentive alignment through performance-focused shareholder proposals on management compensation. J Contemp Account Econ 10:130–147

Francis BB, Hasan I, John K, Waisman M (2010) The effect of state antitakeover laws on the firm's bondholders. J Financ Econ 96:127–154

Galbraith S, Daniel JA, Vissel B (2010) A study of clustered data and approaches to its analysis. J Neurosci 30:10601–10608

Gao Y, Liao S, Wang X (2011) The economic impact of the dodd frank act of 2010: evidence from market reactions to events surrounding the passage of the act. Working Paper

Gastwirth JL, Rubin H (1971) Effect of dependence on the level of some one-sample tests. J Am Stat Assoc 66:816–820

Grier P, Katz S (1976) The differential effects of bond rating changes among industrial and public utility bonds by maturity. J Bus 49:226–239

Gropp R, Richards AJ (2001) Rating agency actions and the pricing of debt and equity of european banks: What can we infer about private sector monitoring of bank soundness? Rev Bank Financ Monet Econ 30:373–398

Gupta A, Rosenthal L (1991) Ownership structure, leverage, and firm value: the case of leveraged recap-italization. Financ Manag 20:69–83

Hand JRM, Holthausen RW, Leftwich RW (1992) The effect of bond rating agency announcements on bond and stock prices. J Financ 47:733–752

Handa P, Radhakrishnan AR (1991) An empirical investigation of leveraged recapitalizations with cash payout as takeover defense. Financ Manag 20:58–68



Handjinicolaou G, Kalay A (1984) Wealth redistribution or changes in firm value. An analysis of returns to bondholders and stockholders around dividend announcements. J Financ Econ 13:35–63

Henderson GV (1990) Problems and solutions in conducting event studies. J Risk Insur 57:282–306

Hite G, Warga A (1997) The effect of bond-rating changes on bond price performance. Financ Anal J 53:35–51

Hite GL, Owers JE (1983) Security price reactions around corporate spin-off announcements. J Financ Econ 12:409–436

Hong G, Warga A (2000) An empirical study of bond market transactions. Financ Anal J 56:32–46

Hotchkiss ES, Mooradian RM (1997) Vulture investors and the market for control of distressed firms. J Financ Econ 43:401–432

Houston JF, Lin C, Wang J (2014) Does bank monitoring matter to bondholders? Working Paper. Hong Kong Institute for Monetary Research

Jaffe JF (1974) Special information and insider trading. J Bus 47:410–428

Jayaraman N, Shastri K (1988) The valuation impacts of specially designated dividends. J Financ Quant Anal 23:301–312

Jiang H, Sun Z (2015) News and corporate bond liquidity. Working Paper

Kahan M, Tuckman B (1993) Do bondholders lose from junk bond covenant changes. J Bus 66:499–516

Kahle KM, Walkling RA (1996) The impact of industry classifications on financial research. J Financ Quant Anal 31:309–335

Kalay A, Shimrat A (1987) Firm value and seasoned equity issues: Price pressure, wealth redistribution, or negative information. J Financ Econ 19:109–126

Karafiath I (1988) Using dummy variables in the event methodology. Financ Rev 23:351–357

Katz S (1974) The price and adjustment process of bonds to rating reclassifications: a test of bond market efficiency. J Financ 29:551–559

Kedia S, Zhou X (2009) Insider trading and conflicts of interest: evidence from corporate bonds. Working Paper. Rutgers University

Kedia S, Zhou X (2014) Informed trading around acquisitions: evidence from corporate bonds. J Financ Mark 18:182–205

Kim EH, McConnell JJ (1977) Corporate mergers and the co-insurance of corporate debt. J Financ 32:349–365

Kim EH, McConnell JJ, Greenwood PR (1977) Capital structure rearrangements and me-first rules in an efficient capital market. J Financ 32:789–810

Kitsabunnarat-Chatjuthamard P, Lung P, Nishikawa T, Rao RP (2010) Leverage-reducing exchange offers and bondholder–stockholder wealth transfers: a re-evaluation. Int Rev Econ Financ 19:81–94

Klein A, Zur E (2011) the impact of hedge fund activism on the target firm's existing bondholders. Rev Financ Stud 24:1736–1771

Kliger D, Sarig O (2000) The information value of bond ratings. J Financ 55:2879–2902

Kolari JW, Pynnönen S (2010) Event study testing with cross-sectional correlation of abnormal returns. Rev Financ Stud 23:3996–4025

Kolodny R, Suhler DR (1988) The effects of new debt issues on existing security holders. Q J Bus Econ 27:51–72

Kothari SP, Warner JB (2005) Econometrics of event studies. In: Eckbo BE (ed) Handbook of corporate finance: empirical corporate finance. North-Holland, Amsterdam, pp 3–36

Kraft H, Munk C (2007) Bond durations: corporates vs. Treasuries. J Bank Financ 31:3720–3741

Kwan IPL, Aranda León C (2014) Do strategic alliances create value for bond investors? In: Academy of management annual meeting proceedings. Academy of Management

Lemmon M, Liu LX, Mao MQ, Nini G (2014) Securitization and capital structure in nonfinancial firms: an empirical investigation. J Financ 69:1787–1825

Li S, Madura J, Richie N (2013) Bond market response to the collapse of prominent investment banks. Financ Rev 48:645–670

Lin H, Liu S, Wu C (2011) Dissecting corporate bond and CDS spreads. J Fixed Income 20:7–39

Liu M, Magnan M (2014) Conditional conservatism and the yield spread of corporate bond issues. Rev Quant Financ Account 1–33. doi:10.1007/s11156-014-0489-6

MacKinlay AC (1997) Event studies in economics and finance. J Econ Lit 35:13–39

Mahanti S, Nashikkar A, Subrahmanyam M, Chacko G, Mallik G (2008) Latent liquidity: a new measure of liquidity, with an application to corporate bonds. J Financ Econ 88:272–298

Mandelker G (1974) Risk and return: the case of merging firms. J Financ Econ 1:303–335

Maquieira CP, Megginson WL, Nail L (1998) Wealth creation versus wealth redistributions in pure stock-for-stock mergers. J Financ Econ 48:3–33



Marais L, Schipper K, Smith A (1989) Wealth effects of going private for senior securities. J Financ Econ 23:155–191

Marble H (2011) Anatomy of a ratings change. Q Rev Econ Financ 51:105–112

Massa M, Zhang L (2011) The spillover effects of hurricane katrina on corporate bonds and the choice between bank and bond financing. Working Paper

Masulis RW (1980) The effects of capital structure change on security prices. a study of exchange offers. J Financ Econ 8:139–178

Maxwell WF, Rao RP (2003) Do spin-offs expropriate wealth from bondholders? J Financ 58:2087–2108

Maxwell WF, Stephens CP (2003) The wealth effects of repurchases on bondholders. J Financ 58:895–919

May AD (2010) The impact of bond rating changes on corporate bond prices: new evidence from the over-the-counter market. J Bank Financ 34:2822–2836

Michayluk D, Zhao R (2010) Stock splits and bond yields: isolating the signaling hypothesis. The Financ Rev 45:375–386

Mikkelson WH (1981) Convertible calls and security returns. J Financ Econ 9:237–264

Minnick K, Zhao M (2006) Levered repurchases: Who benefits? Working Paper. Department of Finance, Bentley College

Newberry K, Parthasarathy K (2007) The impact of financial restatements on debt markets. Working Paper

Nishikawa T, Prevost AK, Rao RP (2011) Bond market reaction to stock repurchases: Is there a wealth transfer effect? J Financ Res 34:503–522

Nunn KP, Hill J, Schneeweis T (1986) Corporate bond price data sources and return/risk measurement. J Financ Quant Anal 21:197–208

Okamoto K, Pedersen D, Pedersen N (2011) The price effects of event-risk protection: the results from a natural experiment. J Empir Leg Stud 8:878–903

Ongena S, Roşcovan V, Song W-L, Werker BJM (2008) Banks and bonds: the impact of bank loan announcements on bond and equity prices. Working Paper

Ongena S, Penas MF (2009) Bondholders' wealth effects in domestic and cross-border bank mergers. J Financ Stab 5:256–271

Patell JM (1976) Corporate forecasts of earnings per share and stock price behavior: empirical test. J Account Res 14:246–276

Penas MF, Unal H (2004) Gains in bank mergers: evidence from the bond markets. J Financ Econ 74:149–179

Peterson PP (1989) Event studies: a review of issues and methodology. Q J Bus Econ 28:36–66

Plunus S, Gillet R, Hübner G (2012) Reputational damage of operational loss on the bond market: evidence from the financial industry. Int Rev Financ Anal 24:66–73

Pu N (2012) Impact of shareholder activism on existing bondholder wealth: evidence from CalPERS. Working Paper

Quijano M (2014) Information asymmetry in US banks and the 2009 bank stress test. Econ Lett 123:203–205

Rathinasamy RS, Philippatos GC, Shrieves RE (1991) Mergers, debt capacity, and stockholder-bondholder wealth transfers. J Appl Bus Res 7:92–103

Renneboog L, Szilagyi PG (2007) Bondholder wealth in mergers and acquisitions: evidence on the impact and spillover of governance and legal standards. Working Paper

Rosner B, Glynn RJ, Lee M-LT (2006) The wilcoxon signed rank test for paired comparisons of clustered data. Biometrics 62:185–192

Schultz P (2001) Corporate bond trading costs: a peek behind the curtain. J Financ 56:677–698

Settle JW, Petry GH, Hsia C-C (1984) Synergy, diversification, and incentive effects of corporate merger on bondholder wealth: some evidence. J Financ Res 7:329–339

Shi C, Zhang SW (2008) Accounting restatements and the cost of debt capital. Working Paper

Shin YS, Han SH, Yi S, Moore WT (2009) Analysis of unsolicited and solicited credit ratings in bond markets. Working Paper

Steiner M, Heinke VG (2001) Event study concerning international bond price effects of credit rating actions. Int J Financ Econ 6:139–157

Strong JS, Meyer JR (1987) Asset writedowns: managerial incentives and security returns. J Financ 42:643–661

Subbaiah P, Xia G (2007) Robustness of inference for one-sample problem with correlated observations. J Appl Stat 34:471–486

Swenney RJ (1991) Levels of significance in event studies. Rev Quant Financ Account 1:373–382

Tsai H-J, Wu Y (2015) Bond and stock market response to unexpected dividend changes. J Empir Financ 30:1–15



Veld C, Veld-Merkoulova YV (2008) An empirical analysis of the stockholder-bondholder conflict in corporate spin-offs. Financ Manag 37:103–124

Walker MM (1994) Determinants of bondholder wealth following corporate takeovers (1980–1988). Q J Bus Econ 33:12–29

Wansley JW, Clauretie TM (1985) The impact of creditwatch placement on equity returns and bond prices. J Financ Res 8:31–42

Wansley JW, Glascock JL, Clauretie TM (1992) Institutional bond pricing and information arrival: the case of bond rating changes. J Bus Financ Account 19:733–749

Warga A, Welch I (1993) Bondholder losses in leveraged buyouts. Rev Financ Stud 6:959–982

Warga AD (1998) Fixed income data base. University of Houston, Houston

Warner JB (1977) Bankruptcy, absolut priority, and the pricing of risky debt claims. J Financ Econ 4:239–276

Wei C, Yermack D (2011) Investor reactions to CEOs' inside debt incentives. Rev Financ Stud 24:3813–3840

Weinstein M (1977) The effect of a rating change announcement on bond price. J Financ Econ 5:329–350

Weinstein M (1978) The seasoning process of new corporate bond issues. J Financ 33:1343–1354

Woolridge JR (1983) Dividend changes and security prices. J Financ 38:1607–1615



Review of Quantitative Finance & Accounting is a copyright of Springer, 2017. All Rights Reserved.

EXHIBIT 46

**ICE Data Indices - Rules & Methodology**

ICE DATA SERVICES™

---

### *ICE BofA Single-A US Corporate Index (C0A3)*

ICE BofA Single-A US Corporate Index is a subset of ICE BofA US Corporate Index including all securities rated A1 through A3, inclusive.

Inception date: December 16, 1988


### *ICE BofA US Corporate Index (C0A0)*

ICE BofA US Corporate Index tracks the performance of US dollar denominated investment grade corporate debt publicly issued in the US domestic market.  Qualifying securities must have an investment grade rating (based on an average of Moody's, S&P and Fitch), at least 18 months to final maturity at the time of issuance, at least one year remaining term to final maturity as of the rebalancing date, a fixed coupon schedule and a minimum amount outstanding of $250 million. Original issue zero coupon bonds, 144a securities (with and without registration rights), and pay-in-kind securities (including toggle notes) are included in the index.  Callable perpetual securities are included provided they are at least one year from the first call date.  Fixed-to-floating rate securities are included provided they are callable within the fixed rate period and are at least one year from the last call prior to the date the bond transitions from a fixed to a floating rate security.  Contingent capital securities ("cocos") are excluded, but capital securities where conversion can be mandated by a regulatory authority, but which have no specified trigger, are included.  Other hybrid capital securities, such as those issues that potentially convert into preference shares, those with both cumulative and non-cumulative coupon deferral provisions, and those with alternative coupon satisfaction mechanisms, are also included in the index.  Equity-linked securities, securities in legal default, hybrid securitized corporates, eurodollar bonds (USD securities not issued in the US domestic market), taxable and tax-exempt US municipal securities and $1000 par preferred and DRD-eligible securities are excluded from the index.

Index constituents are market capitalization weighted.  Accrued interest is calculated assuming next-day settlement.  Cash flows from bond payments that are received during the month are retained in the index until the end of the month and then are removed as part of the rebalancing.  Cash does not earn any reinvestment income while it is held in the index. Information concerning constituent bond prices, timing and conventions and index governance and administration is provided in the ICE BofA Bond Index Methodologies, which can be accessed on our public website (https://indices.theice.com), or by sending a request to iceindices@theice.com.  The index is rebalanced on the last calendar day of the month, based on information available up to and including the third business day before the last business day of the month.  New issues must settle on or before the calendar month end rebalancing date in order to qualify for the coming month.  No changes are made to constituent holdings other than on month end rebalancing dates.

Inception date: December 31, 1972

The above rules take into account all revisions up to and including September 30, 2020

---

**ICE Data Indices - Rules & Methodology**



October 9, 2020

Any unauthorized use or disclosure is prohibited. Nothing herein should in any way be deemed to alter the legal rights and obligations contained in agreements between any ICE Data Services entity ("ICE") and their clients relating to any of the Indices or products or services described herein. The information provided by ICE and contained herein is subject to change without notice and does not constitute any form of representation, or undertaking.  ICE and its affiliates make no warranties whatsoever, either express or implied, as to merchantability, fitness for a particular purpose, or any other matter in connection with the information provided. Without limiting the foregoing, ICE and its affiliates makes no representation or warranty that any information provided hereunder are complete or free from errors, omissions, or defects. All information provided by ICE is owned by or licensed to ICE. ICE retains exclusive ownership of the ICE Indices, including the ICE BofAML Indexes, and the analytics used to create this analysis ICE may in its absolute discretion and without prior notice revise or terminate the ICE information and analytics at any time. The information in this analysis is for internal use only and redistribution of this information to third parties is expressly prohibited.

Neither the analysis nor the information contained therein constitutes investment advice or an offer  or an invitation to make an offer  to buy or sell any securities or any options  futures or other derivatives related to such securities. The information and calculations contained in this analysis have been obtained from a variety of sources  including those other than ICE and ICE does not guarantee their accuracy.  Prior to relying on any ICE information and/or the execution of a security trade based upon such ICE information, you are advised to consult with your broker or other financial representative to verify pricing information. There is no assurance that hypothetical results will be equal to actual performance under any market conditions. THE ICE INFORMATION IS PROVIDED TO THE USERS "AS IS." NEITHER ICE, NOR ITS AFFILIATES, NOR ANY THIRD PARTY DATA PROVIDER WILL BE LIABLE TO ANY USER OR ANYONE ELSE FOR ANY INTERRUPTION, INACCURACY, ERROR OR OMISSION, REGARDLESS OF CAUSE, IN THE ICE INFORMATION OR FOR ANY DAMAGES RESULTING THEREFROM. In no event shall ICE or any of its affiliates, employees  officers  directors or agents of any such persons have any liability to any person or entity relating to or arising out of this information, analysis  or the indices  contained herein.

| Index distribution by Rating | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| AAA | | 931.193 | 0.02857 | 0.00 | 0.00 | -0.01 | 0 | | |
| A | 3,430 | 3,258,536.385 | 99.97143 | 8.02 | 8.02 | 1.95 | 73 | 0.880 | 0.209 |
| Grand Total | 3,430 | 3,259,467.578 | 100.00000 | 8.02 | 8.02 | 1.95 | 73 | 0.880 | 0.209 |



| Index distribution by Maturity | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| 0-1 Year | 17 | 14,762.365 | 0.45291 | 0.64 | 0.00 | 0.32 | 26 | | |
| 1-2 Year | 352 | 335,150.421 | 10.28237 | 1.42 | 0.15 | 0.45 | 37 | 0.067 | 0.062 |
| 2-3 Year | 320 | 308,740.909 | 9.47213 | 2.36 | 0.22 | 0.62 | 38 | 0.126 | 0.066 |
| 3-4 Year | 280 | 290,069.071 | 8.89928 | 3.29 | 0.29 | 0.97 | 49 | 0.256 | 0.098 |
| 4-5 Year | 290 | 309,075.186 | 9.48238 | 4.20 | 0.40 | 1.32 | 60 | 0.464 | 0.168 |
| 5-6 Year | 193 | 206,452.605 | 6.33394 | 5.01 | 0.32 | 1.56 | 60 | 0.505 | 0.084 |
| 6-7 Year | 192 | 199,912.434 | 6.13328 | 5.85 | 0.36 | 1.88 | 72 | 0.591 | 0.081 |
| 7-8 Year | 130 | 138,837.935 | 4.25953 | 6.51 | 0.28 | 2.16 | 86 | 0.754 | 0.166 |
| 8-9 Year | 172 | 201,901.961 | 6.19432 | 7.55 | 0.47 | 2.30 | 84 | 0.819 | 0.112 |
| 9-10 Year | 186 | 170,459.850 | 5.22968 | 8.49 | 0.44 | 2.37 | 78 | 0.907 | 0.094 |
| 10-15 Year | 136 | 97,382.742 | 2.98769 | 9.74 | 0.29 | 2.75 | 98 | 1.106 | 0.183 |
| 15-20 Year | 278 | 267,672.233 | 8.21215 | 12.46 | 1.02 | 3.11 | 110 | 1.421 | 0.286 |
| 20-25 Year | 344 | 251,259.780 | 7.70861 | 15.12 | 1.17 | 3.26 | 107 | 1.881 | 0.540 |
| 25+ Year | 540 | 467,790.085 | 14.35173 | 18.20 | 2.61 | 3.28 | 101 | 2.101 | 0.502 |
| Grand Total | 3,430 | 3,259,467.578 | 100.00000 | 8.02 | 8.02 | 1.95 | 73 | 0.880 | 0.209 |

Case 1:20-v-03590-AT   Document 208-7   Filed 04/12/21   Page 364 of 385   ICE Index Platform



| Index distribution by Duration | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| 0-1 Year | 45 | 42,053.845 | 1.29021 | 0.79 | 0.01 | 0.38 | 30 | 0.058 | 0.066 |
| 1-2 Year | 368 | 347,817.385 | 10.67099 | 1.51 | 0.16 | 0.47 | 38 | 0.071 | 0.063 |
| 2-3 Year | 339 | 337,078.683 | 10.34153 | 2.52 | 0.26 | 0.67 | 39 | 0.144 | 0.068 |
| 3-4 Year | 315 | 330,458.546 | 10.13842 | 3.56 | 0.36 | 1.10 | 54 | 0.342 | 0.144 |
| 4-5 Year | 273 | 299,892.797 | 9.20067 | 4.51 | 0.42 | 1.42 | 61 | 0.473 | 0.120 |
| 5-6 Year | 244 | 244,187.860 | 7.49165 | 5.49 | 0.41 | 1.71 | 64 | 0.548 | 0.073 |
| 6-7 Year | 203 | 213,610.461 | 6.55354 | 6.43 | 0.42 | 2.13 | 85 | 0.724 | 0.146 |
| 7-8 Year | 178 | 197,218.456 | 6.05063 | 7.56 | 0.46 | 2.31 | 84 | 0.845 | 0.135 |
| 8-9 Year | 168 | 155,977.536 | 4.78537 | 8.44 | 0.40 | 2.40 | 82 | 0.916 | 0.100 |
| 9-10 Year | 83 | 64,798.351 | 1.98800 | 9.29 | 0.18 | 2.46 | 77 | 1.031 | 0.124 |
| 10-11 Year | 75 | 48,954.202 | 1.50191 | 10.60 | 0.16 | 3.02 | 114 | 1.247 | 0.250 |
| 11-12 Year | 114 | 106,449.102 | 3.26584 | 11.44 | 0.37 | 3.07 | 112 | 1.339 | 0.281 |
| 12+ Year | 1,025 | 870,970.355 | 26.72125 | 16.47 | 4.40 | 3.24 | 103 | 1.934 | 0.474 |
| Grand Total | 3,430 | 3,259,467.578 | 100.00000 | 8.02 | 8.02 | 1.95 | 73 | 0.880 | 0.209 |



| Index distribution by Industry | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| *Banking* | *575* | *875,899.039* | *26.87246* | *5.48* | *1.47* | *1.54* | *68* | *0.537* | *0.110* |
| Brokerage | 115 | 224,819.417 | 6.89743 | 5.63 | 0.39 | 1.57 | 71 | 0.602 | 0.155 |
| Cons/Comm/Lease Financing | 48 | 37,619.380 | 1.15416 | 4.48 | 0.05 | 1.33 | 61 | 0.473 | 0.151 |
| Investments & Misc Financial Services | 126 | 90,051.462 | 2.76277 | 7.11 | 0.20 | 1.74 | 64 | 0.791 | 0.207 |
| *Financial Services (Sub Total)* | *289* | *352,490.258* | *10.81435* | *5.89* | *0.64* | *1.59* | *68* | *0.636* | *0.168* |
| Insurance Brokerage | 13 | 10,058.025 | 0.30858 | 9.06 | 0.03 | 2.07 | 70 | 1.168 | 0.402 |
| Life Insurance | 161 | 115,020.237 | 3.52880 | 8.38 | 0.30 | 2.30 | 97 | 0.861 | 0.155 |
| P&C | 59 | 41,674.316 | 1.27856 | 10.41 | 0.13 | 2.58 | 95 | 1.367 | 0.459 |
| Reinsurance | 11 | 5,308.828 | 0.16287 | 6.66 | 0.01 | 2.30 | 111 | 0.573 | -0.003 |
| *Insurance (Sub Total)* | *244* | *172,061.406* | *5.27882* | *8.86* | *0.47* | *2.35* | *95* | *0.992* | *0.238* |
| **Financial (Total)** | **1,108** | **1,400,450.704** | **42.96563** | **6.00** | **2.58** | **1.65** | **71** | **0.618** | **0.141** |
| Auto Loans | 62 | 44,245.156 | 1.35744 | 3.22 | 0.04 | 0.81 | 35 | 0.255 | 0.070 |
| Auto Parts & Equipment | 5 | 3,375.900 | 0.10357 | 4.68 | 0.00 | 1.49 | 66 | 0.399 | 0.044 |
| Automakers | 24 | 20,048.467 | 0.61508 | 3.95 | 0.02 | 1.17 | 51 | 0.345 | 0.069 |
| *Automotive (Sub Total)* | *91* | *67,669.524* | *2.07609* | *3.51* | *0.07* | *0.95* | *41* | *0.289* | *0.069* |
| Building & Construction | 1 | 1,128.629 | 0.03463 | 6.91 | 0.00 | 2.21 | 79 | 1.490 | 0.855 |
| Chemicals | 43 | 26,878.991 | 0.82464 | 7.78 | 0.06 | 1.86 | 64 | 0.713 | 0.055 |
| Forestry/Paper | 11 | 8,724.689 | 0.26767 | 4.79 | 0.01 | 1.52 | 66 | 0.484 | 0.114 |
| Metals/Mining Excluding Steel | 29 | 29,403.558 | 0.90210 | 11.35 | 0.10 | 2.77 | 104 | 1.172 | 0.172 |
| *Basic Industry (Sub Total)* | *84* | *66,135.868* | *2.02904* | *8.96* | *0.18* | *2.22* | *82* | *0.899* | *0.128* |
| Aerospace/Defense | 35 | 30,367.509 | 0.93167 | 9.35 | 0.09 | 1.99 | 62 | 1.026 | 0.236 |
| Diversified Capital Goods | 82 | 73,650.444 | 2.25959 | 7.57 | 0.17 | 1.73 | 58 | 0.739 | 0.108 |
| Machinery | 94 | 63,951.476 | 1.96202 | 7.19 | 0.14 | 1.49 | 45 | 0.727 | 0.148 |
| *Capital Goods (Sub Total)* | *211* | *167,969.429* | *5.15328* | *7.75* | *0.40* | *1.69* | *54* | *0.786* | *0.146* |
| Beverage | 80 | 75,811.911 | 2.32590 | 9.62 | 0.22 | 1.94 | 53 | 1.140 | 0.310 |
| Food - Wholesale | 51 | 32,205.039 | 0.98805 | 9.40 | 0.09 | 2.00 | 56 | 1.073 | 0.250 |
| Personal & Household Products | 54 | 37,821.805 | 1.16037 | 7.49 | 0.09 | 1.77 | 57 | 0.880 | 0.249 |
| Tobacco | 25 | 20,980.987 | 0.64369 | 7.77 | 0.05 | 1.95 | 73 | 0.846 | 0.199 |
| *Consumer Goods (Sub Total)* | *210* | *166,819.741* | *5.11801* | *8.86* | *0.45* | *1.91* | *57* | *1.031* | *0.270* |
| Energy - Exploration & Production | 33 | 31,961.583 | 0.98058 | 8.91 | 0.09 | 2.68 | 109 | 1.050 | 0.261 |
| Gas Distribution | 28 | 16,103.428 | 0.49405 | 10.17 | 0.05 | 2.71 | 109 | 1.295 | 0.403 |
| Integrated Energy | 120 | 136,827.688 | 4.19785 | 8.16 | 0.34 | 2.13 | 94 | 0.750 | 0.078 |
| Oil Field Equipment & Services | 16 | 16,690.977 | 0.51208 | 6.34 | 0.03 | 1.90 | 84 | 0.760 | 0.241 |
| *Energy (Sub Total)* | *197* | *201,583.676* | *6.18456* | *8.29* | *0.51* | *2.25* | *97* | *0.842* | *0.147* |
| Health Facilities | 58 | 24,428.815 | 0.74947 | 14.64 | 0.11 | 3.05 | 104 | 1.420 | 0.129 |
| Health Services | 1 | 1,004.489 | 0.03082 | 8.82 | 0.00 | 2.64 | 99 | 0.821 | -0.048 |
| Managed Care | 45 | 45,104.075 | 1.38379 | 11.09 | 0.15 | 2.29 | 69 | 1.027 | 0.062 |
| Medical Products | 24 | 26,690.592 | 0.81886 | 10.46 | 0.09 | 2.29 | 65 | 1.078 | 0.156 |
| Pharmaceuticals | 107 | 132,450.852 | 4.06357 | 9.39 | 0.38 | 1.98 | 58 | 0.884 | 0.079 |
| *Healthcare (Sub Total)* | *235* | *229,678.823* | *7.04651* | *10.41* | *0.73* | *2.19* | *66* | *0.991* | *0.090* |
| Recreation & Travel | 7 | 6,540.411 | 0.20066 | 3.77 | 0.01 | 1.24 | 51 | 0.379 | 0.059 |
| *Leisure (Sub Total)* | *7* | *6,540.411* | *0.20066* | *3.77* | *0.01* | *1.24* | *51* | *0.379* | *0.059* |
| Advertising | 24 | 25,420.072 | 0.77988 | 6.99 | 0.05 | 2.18 | 106 | 0.621 | 0.039 |
| Cable & Satellite TV | 60 | 94,548.942 | 2.90075 | 11.05 | 0.32 | 2.41 | 77 | 1.043 | 0.073 |
| Media - Diversified | 42 | 46,521.293 | 1.42727 | 10.65 | 0.15 | 2.32 | 74 | 0.995 | 0.064 |
| Media Content | 2 | 764.047 | 0.02344 | 6.95 | 0.00 | 2.39 | 112 | 0.493 | -0.143 |
| *Media (Sub Total)* | *128* | *167,254.355* | *5.13134* | *10.30* | *0.53* | *2.35* | *81* | *0.963* | *0.064* |
| RealEstate Dev & Mgt | 5 | 2,640.370 | 0.08101 | 5.60 | 0.00 | 2.10 | 99 | 0.483 | 0.000 |
| REITs | 95 | 54,623.137 | 1.67583 | 7.54 | 0.13 | 2.02 | 79 | 0.915 | 0.272 |
| *Real Estate (Sub Total)* | *100* | *57,263.508* | *1.75684* | *7.45* | *0.13* | *2.03* | *80* | *0.895* | *0.259* |
| Discount Stores | 16 | 12,768.738 | 0.39174 | 8.42 | 0.03 | 1.89 | 53 | 1.211 | 0.488 |
| Food & Drug Retailers | 7 | 9,125.669 | 0.27997 | 7.36 | 0.02 | 1.77 | 68 | 0.676 | 0.064 |
| Specialty Retail | 77 | 104,801.321 | 3.21529 | 10.90 | 0.35 | 2.20 | 63 | 1.162 | 0.216 |
| *Retail (Sub Total)* | *100* | *126,695.727* | *3.88701* | *10.40* | *0.40* | *2.14* | *63* | *1.132* | *0.232* |
| Support-Services | 17 | 9,108.941 | 0.27946 | 13.32 | 0.04 | 2.58 | 81 | 1.887 | 0.743 |
| *Services (Sub Total)* | *17* | *9,108.941* | *0.27946* | *13.32* | *0.04* | *2.58* | *81* | *1.887* | *0.743* |
| Electronics | 71 | 78,458.164 | 2.40709 | 10.18 | 0.24 | 2.11 | 63 | 1.043 | 0.166 |
| Software/Services | 36 | 46,571.423 | 1.42880 | 7.10 | 0.10 | 1.65 | 55 | 0.825 | 0.240 |
| Tech Hardware & Equipment | 9 | 11,544.043 | 0.35417 | 7.99 | 0.03 | 1.76 | 48 | 0.768 | 0.093 |
| *Technology & Electronics (Sub Total)* | *116* | *136,573.630* | *4.19006* | *8.94* | *0.37* | *1.92* | *59* | *0.945* | *0.185* |
| Telecom - Wireless | 10 | 12,311.670 | 0.37772 | 9.86 | 0.04 | 2.63 | 106 | 1.156 | 0.288 |
| Telecom - Wireline Integrated & Services | 15 | 15,241.693 | 0.46761 | 5.05 | 0.02 | 1.52 | 65 | 0.347 | -0.055 |
| *Telecommunications (Sub Total)* | *25* | *27,553.363* | *0.84533* | *7.20* | *0.06* | *2.02* | *83* | *0.707* | *0.098* |
| Rail | 53 | 32,827.711 | 1.00715 | 12.01 | 0.12 | 2.56 | 84 | 1.193 | 0.152 |
| Transport Infrastructure/Services | 4 | 2,744.416 | 0.08420 | 14.95 | 0.01 | 3.59 | 149 | 0.339 | -0.995 |
| Trucking & Delivery | 21 | 17,971.371 | 0.55136 | 9.98 | 0.06 | 2.14 | 66 | 1.301 | 0.447 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Transportation (Sub Total)* | *78* | *53,543.558* | *1.64271* | *11.48* | *0.19* | *2.47* | *81* | *1.185* | *0.192* |
| **Industrials (Total)** | **1,599** | **1,484,390.554** | **45.54089** | **8.97** | **4.09** | **2.04** | **69** | **0.921** | **0.157** |
| Electric-Distr/Trans | 114 | 59,248.969 | 1.81775 | 10.84 | 0.20 | 2.40 | 84 | 1.546 | 0.616 |
| Electric-Generation | 9 | 5,127.464 | 0.15731 | 6.59 | 0.01 | 2.49 | 132 | 0.595 | 0.026 |
| Electric-Integrated | 566 | 289,386.147 | 8.87833 | 12.22 | 1.08 | 2.77 | 98 | 1.776 | 0.705 |
| Non-Electric Utilities | 34 | 19,932.547 | 0.61153 | 10.79 | 0.07 | 2.46 | 87 | 1.527 | 0.591 |
| **Utility (Total)** | **723** | **373,695.127** | **11.46491** | **11.85** | **1.36** | **2.69** | **96** | **1.710** | **0.675** |
| *Corporate (Total)* | *3,430* | *3,258,536.385* | *99.97143* | *8.02* | *8.02* | *1.95* | *73* | *0.880* | *0.209* |
| Cash | | 931.193 | 0.02857 | 0.00 | 0.00 | -0.01 | 0 | | |
| Grand Total | 3,430 | 3,259,467.578 | 100.00000 | 8.02 | 8.02 | 1.95 | 73 | 0.880 | 0.209 |



% Distribution by Industry

| | |
|---|---|
| Financial | 42.97 |
| Industrials | 45.54 |
| Utility | 11.46 |
| Cash | 0.03 |

Any unauthorized use or disclosure is prohibited. Nothing herein should in any way be deemed to alter the legal rights and obligations contained in agreements between any ICE Data Services entity ('ICE') and their clients relating to any of the Indices or products or services described herein. The information provided by ICE and contained herein is subject to change without notice and does not constitute any form of representation, or undertaking.  ICE and its affiliates make no warranties whatsoever, either express or implied, as to merchantability, fitness for a particular purpose, or any other matter in connection with the information provided. Without limiting the foregoing, ICE and its affiliates makes no representation or warranty that any information provided hereunder are complete or free from errors, omissions, or defects. All information provided by ICE is owned by or licensed to ICE. ICE retains exclusive ownership of the ICE Indices, including the ICE BofAML Indexes, and the analytics used to create this analysis ICE may in its absolute discretion and without prior notice  revise or terminate the ICE information, Indices and analytics at any time. The information in this analysis is for internal use only and redistribution of this information to third parties is expressly prohibited.

Neither the analysis nor the information contained therein constitutes investment advice or an offer  or an invitation to make an offer  to buy or sell any securities or any options  futures or other derivatives related to such securities. The information and calculations contained in this analysis have been obtained from a variety of sources  including those other than ICE and ICE does not guarantee their accuracy.  Prior to relying on any ICE information and/or the execution of a security trade based upon such ICE information, you are advised to consult with your broker or other financial representative to verify pricing information. There is no assurance that hypothetical results will be equal to actual performance under any market conditions. THE ICE INFORMATION IS PROVIDED TO THE USERS 'AS IS.' NEITHER ICE, NOR ITS AFFILIATES, NOR ANY THIRD PARTY DATA PROVIDER WILL BE LIABLE TO ANY USER OR ANYONE ELSE FOR ANY INTERRUPTION, INACCURACY, ERROR OR OMISSION, REGARDLESS OF CAUSE, IN THE ICE INFORMATION OR FOR ANY DAMAGES RESULTING THEREFROM. In no event shall ICE or any of its affiliates, employees  officers  directors or agents of any such persons have any liability to any person or entity relating to or arising out of this information, analysis  or the indices  contained herein.

**ICE Data Indices - Rules & Methodology**

ICE DATA SERVICES™

---

### ICE BofA BBB US Corporate Index (C0A4)

ICE BofA BBB US Corporate Index is a subset of ICE BofA US Corporate Index including all securities rated BBB1 through BBB3, inclusive.

Inception date: December 16, 1988

### ICE BofA US Corporate Index (C0A0)

ICE BofA US Corporate Index tracks the performance of US dollar denominated investment grade corporate debt publicly issued in the US domestic market. Qualifying securities must have an investment grade rating (based on an average of Moody's, S&P and Fitch), at least 18 months to final maturity at the time of issuance, at least one year remaining term to final maturity as of the rebalancing date, a fixed coupon schedule and a minimum amount outstanding of $250 million. Original issue zero coupon bonds, 144a securities (with and without registration rights), and pay-in-kind securities (including toggle notes) are included in the index. Callable perpetual securities are included provided they are at least one year from the first call date. Fixed-to-floating rate securities are included provided they are callable within the fixed rate period and are at least one year from the last call prior to the date the bond transitions from a fixed to a floating rate security. Contingent capital securities ("cocos") are excluded, but capital securities where conversion can be mandated by a regulatory authority, but which have no specified trigger, are included. Other hybrid capital securities, such as those issues that potentially convert into preference shares, those with both cumulative and non-cumulative coupon deferral provisions, and those with alternative coupon satisfaction mechanisms, are also included in the index. Equity-linked securities, securities in legal default, hybrid securitized corporates, eurodollar bonds (USD securities not issued in the US domestic market), taxable and tax-exempt US municipal securities and $1000 par preferred and DRD-eligible securities are excluded from the index.

Index constituents are market capitalization weighted. Accrued interest is calculated assuming next-day settlement. Cash flows from bond payments that are received during the month are retained in the index until the end of the month and then are removed as part of the rebalancing. Cash does not earn any reinvestment income while it is held in the index. Information concerning constituent bond prices, timing and conventions and index governance and administration is provided in the ICE BofA Bond Index Methodologies, which can be accessed on our public website (https://indices.theice.com), or by sending a request to iceindices@theice.com. The index is rebalanced on the last calendar day of the month, based on information available up to and including the third business day before the last business day of the month. New issues must settle on or before the calendar month end rebalancing date in order to qualify for the coming month. No changes are made to constituent holdings other than on month end rebalancing dates.

Inception date: December 31, 1972

The above rules take into account all revisions up to and including September 30, 2020

---

**ICE Data Indices - Rules & Methodology**



October 9, 2020

Any unauthorized use or disclosure is prohibited. Nothing herein should in any way be deemed to alter the legal rights and obligations contained in agreements between any ICE Data Services entity ("ICE") and their clients relating to any of the Indices or products or services described herein. The information provided by ICE and contained herein is subject to change without notice and does not constitute any form of representation, or undertaking. ICE and its affiliates make no warranties whatsoever, either express or implied, as to merchantability, fitness for a particular purpose, or any other matter in connection with the information provided. Without limiting the foregoing, ICE and its affiliates makes no representation or warranty that any information provided hereunder are complete or free from errors, omissions, or defects. All information provided by ICE is owned by or licensed to ICE. ICE retains exclusive ownership of the ICE Indices, including the ICE BofAML Indexes, and the analytics used to create this analysis ICE may in its absolute discretion and without prior notice revise or terminate the ICE information and analytics at any time. The information in this analysis is for internal use only and redistribution of this information to third parties is expressly prohibited.

Neither the analysis nor the information contained therein constitutes investment advice or an offer or an invitation to make an offer to buy or sell any securities or any options futures or other derivatives related to such securities. The information and calculations contained in this analysis have been obtained from a variety of sources including those other than ICE and ICE does not guarantee their accuracy. Prior to relying on any ICE information and/or the execution of a security trade based upon such ICE information, you are advised to consult with your broker or other financial representative to verify pricing information. There is no assurance that hypothetical results will be equal to actual performance under any market conditions. THE ICE INFORMATION IS PROVIDED TO THE USERS "AS IS." NEITHER ICE, NOR ITS AFFILIATES, NOR ANY THIRD PARTY DATA PROVIDER WILL BE LIABLE TO ANY USER OR ANYONE ELSE FOR ANY INTERRUPTION, INACCURACY, ERROR OR OMISSION, REGARDLESS OF CAUSE, IN THE ICE INFORMATION OR FOR ANY DAMAGES RESULTING THEREFROM. In no event shall ICE or any of its affiliates, employees officers directors or agents of any such persons have any liability to any person or entity relating to or arising out of this information, analysis or the indices contained herein.

| Index distribution by Rating | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| AAA | | 1,047.041 | 0.02411 | 0.00 | 0.00 | -0.01 | 0 | | |
| BBB | 4,809 | 4,342,161.443 | 99.97589 | 8.03 | 8.03 | 2.46 | 117 | 0.828 | 0.148 |
| Grand Total | 4,809 | 4,343,208.485 | 100.00000 | 8.03 | 8.03 | 2.46 | 117 | 0.828 | 0.148 |



| Index distribution by Maturity | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| 0-1 Year | 21 | 13,484.123 | 0.31046 | 0.60 | 0.00 | 0.42 | 40 | 0.599 | 0.597 |
| 1-2 Year | 408 | 303,171.644 | 6.98036 | 1.36 | 0.09 | 0.72 | 60 | 0.077 | 0.074 |
| 2-3 Year | 409 | 343,725.704 | 7.91410 | 2.26 | 0.18 | 0.99 | 72 | 0.157 | 0.102 |
| 3-4 Year | 432 | 346,554.802 | 7.97923 | 3.22 | 0.26 | 1.38 | 89 | 0.275 | 0.122 |
| 4-5 Year | 481 | 450,581.084 | 10.37438 | 4.02 | 0.42 | 1.67 | 95 | 0.466 | 0.189 |
| 5-6 Year | 325 | 287,206.644 | 6.61278 | 4.91 | 0.32 | 1.97 | 101 | 0.513 | 0.102 |
| 6-7 Year | 345 | 302,641.002 | 6.96814 | 5.70 | 0.40 | 2.26 | 110 | 0.591 | 0.095 |
| 7-8 Year | 218 | 208,410.950 | 4.79855 | 6.38 | 0.31 | 2.48 | 116 | 0.687 | 0.116 |
| 8-9 Year | 276 | 231,916.922 | 5.33976 | 7.36 | 0.39 | 2.69 | 122 | 0.810 | 0.126 |
| 9-10 Year | 391 | 351,391.718 | 8.09060 | 8.06 | 0.65 | 2.78 | 122 | 0.879 | 0.105 |
| 10-15 Year | 209 | 185,716.744 | 4.27603 | 9.74 | 0.42 | 3.20 | 142 | 1.004 | 0.081 |
| 15-20 Year | 317 | 337,600.910 | 7.77308 | 12.01 | 0.93 | 3.63 | 164 | 1.308 | 0.216 |
| 20-25 Year | 407 | 359,048.139 | 8.26689 | 14.51 | 1.20 | 3.79 | 161 | 1.571 | 0.281 |
| 25+ Year | 570 | 621,758.098 | 14.31564 | 17.14 | 2.45 | 3.77 | 154 | 1.696 | 0.188 |
| Grand Total | 4,809 | 4,343,208.485 | 100.00000 | 8.03 | 8.03 | 2.46 | 117 | 0.828 | 0.148 |



| Index distribution by Duration | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| LT 0 Year | 1 | 668.146 | 0.01538 | -0.28 | 0.00 | 3.16 | 292 | 0.846 | 1.006 |
| 0-1 Year | 78 | 57,768.153 | 1.33008 | 0.61 | 0.01 | 0.77 | 58 | 0.187 | 0.194 |
| 1-2 Year | 465 | 351,176.241 | 8.08564 | 1.53 | 0.12 | 0.78 | 64 | 0.080 | 0.070 |
| 2-3 Year | 424 | 351,488.084 | 8.09282 | 2.50 | 0.20 | 1.13 | 80 | 0.183 | 0.109 |
| 3-4 Year | 520 | 474,305.838 | 10.92063 | 3.54 | 0.39 | 1.51 | 91 | 0.364 | 0.165 |
| 4-5 Year | 461 | 399,765.292 | 9.20438 | 4.48 | 0.41 | 1.84 | 100 | 0.489 | 0.137 |
| 5-6 Year | 396 | 342,994.584 | 7.89726 | 5.46 | 0.43 | 2.16 | 106 | 0.569 | 0.098 |
| 6-7 Year | 370 | 343,162.477 | 7.90113 | 6.43 | 0.51 | 2.49 | 117 | 0.689 | 0.110 |
| 7-8 Year | 368 | 338,619.008 | 7.79652 | 7.55 | 0.59 | 2.79 | 128 | 0.856 | 0.144 |
| 8-9 Year | 271 | 222,467.849 | 5.12220 | 8.52 | 0.44 | 2.83 | 121 | 0.879 | 0.054 |
| 9-10 Year | 87 | 64,546.441 | 1.48615 | 9.40 | 0.14 | 3.03 | 129 | 0.989 | 0.081 |
| 10-11 Year | 143 | 118,903.352 | 2.73768 | 10.53 | 0.29 | 3.46 | 159 | 1.172 | 0.185 |
| 11-12 Year | 110 | 143,482.551 | 3.30361 | 11.39 | 0.38 | 3.54 | 159 | 1.280 | 0.230 |
| 12+ Year | 1,115 | 1,133,860.467 | 26.10652 | 15.79 | 4.12 | 3.74 | 155 | 1.613 | 0.214 |
| Grand Total | 4,809 | 4,343,208.485 | 100.00000 | 8.03 | 8.03 | 2.46 | 117 | 0.828 | 0.148 |



| Index distribution by Industry | # Bonds | FullVal | %Full Val | Eff Dur | Contr EffDur | Eff Yld | OAS | TRR%MTD | ExRtn%MTD |
|---|---|---|---|---|---|---|---|---|---|
| *Banking* | 348 | 399,906.314 | 9.20762 | 5.92 | 0.54 | 2.14 | 116 | 0.628 | 0.157 |
| Brokerage | 61 | 81,879.132 | 1.88522 | 5.81 | 0.11 | 2.01 | 102 | 0.784 | 0.310 |
| Cons/Comm/Lease Financing | 133 | 102,069.006 | 2.35008 | 3.92 | 0.09 | 1.94 | 127 | 0.482 | 0.213 |
| Investments & Misc Financial Services | 134 | 91,395.785 | 2.10434 | 6.10 | 0.13 | 2.09 | 109 | 0.632 | 0.136 |
| *Financial Services (Sub Total)* | 328 | 275,343.923 | 6.33964 | 5.20 | 0.33 | 2.01 | 113 | 0.622 | 0.216 |
| Insurance Brokerage | 23 | 13,652.899 | 0.31435 | 8.20 | 0.03 | 2.28 | 93 | 0.861 | 0.159 |
| Life Insurance | 71 | 47,054.749 | 1.08341 | 7.37 | 0.08 | 2.97 | 162 | 0.827 | 0.198 |
| Monoline Insurance | 9 | 4,210.911 | 0.09695 | 5.88 | 0.01 | 2.30 | 121 | 0.528 | 0.026 |
| Multi-Line Insurance | 33 | 31,369.383 | 0.72226 | 9.65 | 0.07 | 2.58 | 108 | 0.938 | 0.095 |
| P&C | 58 | 29,484.294 | 0.67886 | 9.85 | 0.07 | 2.75 | 127 | 1.183 | 0.341 |
| Reinsurance | 25 | 12,466.378 | 0.28703 | 8.22 | 0.02 | 2.94 | 152 | 0.900 | 0.173 |
| *Insurance (Sub Total)* | 219 | 138,238.614 | 3.18287 | 8.53 | 0.27 | 2.74 | 133 | 0.929 | 0.193 |
| **Financial (Total)** | **895** | **813,488.851** | **18.73014** | **6.12** | **1.15** | **2.20** | **118** | **0.677** | **0.183** |
| Auto Loans | 59 | 50,536.424 | 1.16357 | 3.39 | 0.04 | 1.34 | 79 | 0.353 | 0.139 |
| Auto Parts & Equipment | 14 | 8,596.796 | 0.19794 | 7.77 | 0.02 | 2.30 | 101 | 0.904 | 0.244 |
| Automakers | 61 | 63,159.159 | 1.45421 | 5.63 | 0.08 | 2.01 | 108 | 0.807 | 0.369 |
| *Automotive (Sub Total)* | 134 | 122,292.380 | 2.81572 | 4.85 | 0.14 | 1.75 | 95 | 0.626 | 0.265 |
| Building & Construction | 22 | 12,548.491 | 0.28892 | 4.79 | 0.01 | 1.81 | 93 | 0.535 | 0.157 |
| Building Materials | 44 | 23,596.526 | 0.54330 | 9.23 | 0.05 | 2.63 | 114 | 1.136 | 0.333 |
| Chemicals | 146 | 111,950.013 | 2.57759 | 8.78 | 0.23 | 2.54 | 117 | 0.964 | 0.218 |
| Forestry/Paper | 26 | 16,935.778 | 0.38994 | 7.43 | 0.03 | 3.13 | 181 | 0.204 | -0.440 |
| Metals/Mining Excluding Steel | 90 | 74,783.848 | 1.72186 | 8.61 | 0.15 | 3.01 | 156 | 0.739 | -0.008 |
| Steel Producers/Products | 37 | 19,427.031 | 0.44730 | 5.76 | 0.03 | 2.12 | 119 | 0.429 | -0.019 |
| *Basic Industry (Sub Total)* | 365 | 259,241.687 | 5.96890 | 8.26 | 0.49 | 2.65 | 131 | 0.804 | 0.099 |
| Aerospace/Defense | 136 | 144,797.781 | 3.33389 | 9.07 | 0.30 | 2.57 | 113 | 1.079 | 0.297 |
| Diversified Capital Goods | 75 | 80,428.874 | 1.85183 | 8.53 | 0.16 | 2.48 | 105 | 0.863 | 0.112 |
| Machinery | 58 | 34,103.119 | 0.78521 | 7.49 | 0.06 | 2.13 | 90 | 0.869 | 0.240 |
| Packaging | 42 | 26,254.407 | 0.60449 | 8.58 | 0.05 | 2.45 | 102 | 0.884 | 0.135 |
| *Capital Goods (Sub Total)* | 311 | 285,584.182 | 6.57542 | 8.68 | 0.57 | 2.48 | 107 | 0.975 | 0.223 |
| Beverage | 90 | 117,404.892 | 2.70318 | 10.57 | 0.29 | 2.71 | 110 | 0.869 | -0.054 |
| Food - Wholesale | 118 | 86,691.550 | 1.99603 | 7.53 | 0.15 | 2.09 | 88 | 0.814 | 0.181 |
| Personal & Household Products | 31 | 15,651.210 | 0.36036 | 6.64 | 0.02 | 2.05 | 94 | 0.704 | 0.156 |
| Tobacco | 51 | 66,827.499 | 1.53867 | 8.91 | 0.14 | 2.83 | 142 | 0.958 | 0.197 |
| *Consumer Goods (Sub Total)* | 290 | 286,575.152 | 6.59824 | 9.05 | 0.60 | 2.51 | 110 | 0.864 | 0.087 |
| Energy - Exploration & Production | 64 | 51,575.176 | 1.18749 | 7.33 | 0.09 | 2.80 | 152 | 0.953 | 0.320 |
| Gas Distribution | 325 | 274,189.765 | 6.31307 | 8.26 | 0.52 | 2.85 | 150 | 1.200 | 0.501 |
| Integrated Energy | 75 | 79,315.362 | 1.82619 | 7.89 | 0.14 | 3.25 | 191 | 0.758 | 0.086 |
| Oil Field Equipment & Services | 12 | 12,303.279 | 0.28328 | 10.60 | 0.03 | 3.45 | 172 | 1.255 | 0.320 |
| Oil Refining & Marketing | 54 | 46,442.505 | 1.06931 | 7.75 | 0.08 | 2.74 | 145 | 0.871 | 0.217 |
| *Energy (Sub Total)* | 530 | 463,826.088 | 10.67934 | 8.10 | 0.87 | 2.92 | 157 | 1.065 | 0.376 |
| Health Facilities | 29 | 27,049.416 | 0.62280 | 8.81 | 0.05 | 2.58 | 122 | 1.028 | 0.286 |
| Health Services | 71 | 85,002.005 | 1.95712 | 8.37 | 0.16 | 2.22 | 89 | 0.813 | 0.100 |
| Managed Care | 73 | 73,230.224 | 1.68609 | 9.47 | 0.16 | 2.32 | 88 | 1.006 | 0.196 |
| Medical Products | 80 | 64,364.717 | 1.48196 | 8.30 | 0.12 | 2.12 | 80 | 0.838 | 0.125 |
| Pharmaceuticals | 147 | 223,860.177 | 5.15426 | 9.27 | 0.48 | 2.29 | 89 | 0.820 | 0.029 |
| *Healthcare (Sub Total)* | 400 | 473,506.538 | 10.90223 | 8.98 | 0.98 | 2.27 | 90 | 0.862 | 0.095 |
| Gaming | 9 | 11,834.484 | 0.27248 | 4.46 | 0.01 | 2.35 | 153 | 0.405 | 0.074 |
| Hotels | 22 | 13,881.061 | 0.31960 | 5.78 | 0.02 | 2.60 | 151 | 0.646 | 0.154 |
| Recreation & Travel | 8 | 7,367.917 | 0.16964 | 5.48 | 0.01 | 2.38 | 133 | 0.564 | 0.108 |
| *Leisure (Sub Total)* | 39 | 33,083.463 | 0.76173 | 5.24 | 0.04 | 2.46 | 148 | 0.542 | 0.115 |
| Advertising | 18 | 15,698.593 | 0.36145 | 7.42 | 0.03 | 2.37 | 117 | 0.872 | 0.251 |
| Cable & Satellite TV | 63 | 86,531.681 | 1.99234 | 10.18 | 0.20 | 3.08 | 149 | 0.956 | 0.071 |
| Media Content | 39 | 34,413.443 | 0.79235 | 10.67 | 0.08 | 2.88 | 124 | 0.963 | 0.029 |
| *Media (Sub Total)* | 120 | 136,643.717 | 3.14615 | 9.99 | 0.31 | 2.95 | 139 | 0.948 | 0.081 |
| RealEstate Dev & Mgt | 7 | 3,663.293 | 0.08435 | 6.63 | 0.01 | 2.48 | 126 | 0.640 | 0.050 |
| REITs | 362 | 205,542.094 | 4.73249 | 6.61 | 0.31 | 2.27 | 111 | 0.756 | 0.191 |
| *Real Estate (Sub Total)* | 369 | 209,205.386 | 4.81684 | 6.61 | 0.32 | 2.28 | 111 | 0.754 | 0.189 |
| Department Stores | 13 | 7,453.297 | 0.17161 | 5.85 | 0.01 | 2.74 | 168 | 0.136 | -0.336 |
| Discount Stores | 9 | 8,068.186 | 0.18577 | 5.53 | 0.01 | 1.63 | 68 | 0.646 | 0.209 |
| Food & Drug Retailers | 43 | 32,198.697 | 0.74136 | 8.93 | 0.07 | 2.47 | 107 | 1.245 | 0.483 |
| Restaurants | 45 | 40,511.437 | 0.93275 | 9.93 | 0.09 | 2.36 | 85 | 1.047 | 0.187 |
| Specialty Retail | 74 | 51,325.799 | 1.18175 | 7.44 | 0.09 | 2.13 | 89 | 0.657 | 0.018 |
| *Retail (Sub Total)* | 184 | 139,557.416 | 3.21323 | 8.31 | 0.27 | 2.28 | 95 | 0.877 | 0.166 |
| Environmental | 31 | 18,520.031 | 0.42641 | 8.68 | 0.04 | 2.09 | 71 | 0.904 | 0.149 |
| Support-Services | 54 | 34,496.729 | 0.79427 | 6.37 | 0.05 | 2.19 | 106 | 0.673 | 0.145 |
| *Services (Sub Total)* | 85 | 53,016.759 | 1.22068 | 7.17 | 0.09 | 2.15 | 94 | 0.754 | 0.146 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Electronics | 92 | 93,473.517 | 2.15218 | 6.70 | 0.14 | 2.20 | 106 | 0.722 | 0.160 |
| Software/Services | 61 | 101,198.443 | 2.33004 | 9.03 | 0.21 | 2.40 | 103 | 0.572 | -0.205 |
| Tech Hardware & Equipment | 45 | 53,205.751 | 1.22503 | 5.99 | 0.07 | 2.23 | 118 | 0.623 | 0.137 |
| *Technology & Electronics (Sub Total)* | *198* | *247,877.710* | *5.70725* | *7.50* | *0.43* | *2.29* | *108* | *0.639* | *0.006* |
| Telecom - Satellite | 3 | 1,635.973 | 0.03767 | 8.17 | 0.00 | 2.74 | 156 | 0.666 | 0.015 |
| Telecom - Wireless | 43 | 72,303.198 | 1.66474 | 9.97 | 0.17 | 2.70 | 117 | 0.674 | -0.194 |
| Telecom - Wireline Integrated & Services | 151 | 268,970.775 | 6.19290 | 11.48 | 0.71 | 2.86 | 117 | 0.772 | -0.243 |
| *Telecommunications (Sub Total)* | *197* | *342,909.947* | *7.89531* | *11.14* | *0.88* | *2.82* | *117* | *0.751* | *-0.232* |
| Air Transportation | 11 | 21,881.311 | 0.50381 | 3.93 | 0.02 | 2.68 | 187 | 0.542 | 0.269 |
| Rail | 107 | 67,846.511 | 1.56213 | 12.58 | 0.20 | 2.66 | 95 | 1.512 | 0.424 |
| Transport Infrastructure/Services | 37 | 27,973.736 | 0.64408 | 7.62 | 0.05 | 3.09 | 180 | 0.578 | -0.070 |
| Trucking & Delivery | 51 | 34,128.049 | 0.78578 | 7.83 | 0.06 | 2.02 | 85 | 0.941 | 0.304 |
| *Transportation (Sub Total)* | *206* | *151,829.607* | *3.49579* | *9.35* | *0.33* | *2.60* | *122* | *1.070* | *0.283* |
| **Industrials (Total)** | **3,428** | **3,205,150.032** | **73.79683** | **8.54** | **6.30** | **2.52** | **117** | **0.861** | **0.130** |
| Electric-Distr/Trans | 67 | 31,150.342 | 0.71722 | 9.03 | 0.06 | 2.94 | 144 | 1.006 | 0.220 |
| Electric-Generation | 30 | 22,893.477 | 0.52711 | 6.69 | 0.04 | 3.32 | 205 | 0.529 | -0.037 |
| Electric-Integrated | 332 | 236,897.883 | 5.45444 | 7.38 | 0.40 | 2.36 | 113 | 0.855 | 0.232 |
| Non-Electric Utilities | 57 | 32,580.858 | 0.75016 | 9.61 | 0.07 | 2.72 | 118 | 1.282 | 0.441 |
| **Utility (Total)** | **486** | **323,522.561** | **7.44893** | **7.72** | **0.57** | **2.52** | **123** | **0.889** | **0.233** |
| *Corporate (Total)* | *4,809* | *4,342,161.443* | *99.97589* | *8.03* | *8.03* | *2.46* | *117* | *0.828* | *0.148* |
| *Cash* | | *1,047.041* | *0.02411* | *0.00* | *0.00* | *-0.01* | *0* | | |
| **Grand Total** | **4,809** | **4,343,208.485** | **100.00000** | **8.03** | **8.03** | **2.46** | **117** | **0.828** | **0.148** |



Any unauthorized use or disclosure is prohibited. Nothing herein should in any way be deemed to alter the legal rights and obligations contained in agreements between any ICE Data Services entity ('ICE') and their clients relating to any of the Indices or products or services described herein. The information provided by ICE and contained herein is subject to change without notice and does not constitute any form of representation, or undertaking.  ICE and its affiliates make no warranties whatsoever, either express or implied, as to merchantability, fitness for a particular purpose, or any other matter in connection with the information provided. Without limiting the foregoing, ICE and its affiliates makes no representation or warranty that any information provided hereunder are complete or free from errors, omissions, or defects. All information provided by ICE is owned by or licensed to ICE. ICE retains exclusive ownership of the ICE Indices, including the ICE BofAML Indexes, and the analytics used to create this analysis ICE may in its absolute discretion and without prior notice  revise or terminate the ICE information, Indices and analytics at any time. The information in this analysis is for internal use only and redistribution of this information to third parties is expressly prohibited.

Neither the analysis nor the information contained therein constitutes investment advice or an offer  or an invitation to make an offer  to buy or sell any securities or any options  futures or other derivatives related to such securities. The information and calculations contained in this analysis have been obtained from a variety of sources  including those other than ICE and ICE does not guarantee their accuracy.  Prior to relying on any ICE information and/or the execution of a security trade based upon such ICE information, you are advised to consult with your broker or other financial representative to verify pricing information. There is no assurance that hypothetical results will be equal to actual performance under any market conditions. THE ICE INFORMATION IS PROVIDED TO THE USERS 'AS IS.' NEITHER ICE, NOR ITS AFFILIATES, NOR ANY THIRD PARTY DATA PROVIDER WILL BE LIABLE TO ANY USER OR ANYONE ELSE FOR ANY INTERRUPTION, INACCURACY, ERROR OR OMISSION, REGARDLESS OF CAUSE, IN THE ICE INFORMATION OR FOR ANY DAMAGES RESULTING THEREFROM. In no event shall ICE or any of its affiliates, employees  officers  directors or agents of any such persons have any liability to any person or entity relating to or arising out of this information, analysis  or the indices  contained herein.

EXHIBIT 47



Europe Markets
News & Commentary
**European stock markets end mildly higher; TNT shares tumble after company cuts outlook at express unit**

Aude Lagorce, MarketWatch
MarketWatch; alagorce@marketwatch.com; Aude Lagorce is a senior correspondent for MarketWatch in London.
529 words
8 April 2011
11:58
MarketWatch
MRKWC
English
Copyright 2011 MarketWatch, Inc. All Rights Reserved.

LONDON (MarketWatch) — European markets advanced Friday, buoyed by a rally in Japanese stocks overnight and solid gains for the mining sector as precious-metal prices rose once again.

The Stoxx Europe 600 index closed up 0.3% at 281.7. The benchmark finished 0.3% lower Thursday after Japan was shaken by another earthquake, and the European Central Bank raised interest rates for the first time in nearly three years, as expected.

In Japan, stocks rallied Friday as jitters calmed following the quake.

"There was relief in Asia after the tsunami warning was lifted and that carried on to the European markets," said Oliver Gilvarry, head of research at Dolmen Stockbrokers.

"The interest-rate hike from the ECB and the Portuguese news were well priced in so there is nothing negative strongly affecting sentiment," he added.

Miners advanced Friday, helped by news that **Rio Tinto** PLC has clinched a majority interest in long-pursued **Riversdale** Mining , boosting chances its takeover offer will be approved.

Rio shares rose 3.2%. Elsewhere in the sector, Kazakhmys PLC added 1.9% and BHP Billiton PLC gained 2.7%.

Gold prices rose once again as a weaker dollar and concerns about inflation led investors to seek refuge in precious metals. Copper and silvers prices also advanced.

Shares of gold miner African Barrick Gold PLC gained 3.4% and Randgold Resources added 2.1%. Silver miner Fresnillo PLC climbed 2.4%.

There were a few large individual movers Friday.

Dutch mail and parcel-delivery company TNT N.V. dropped nearly 13% after the group cut the outlook for its express division, citing the sharp increase in the oil price, political unrest and natural disasters. TNT said it will push ahead with the spinoff of the unit next month nonetheless.

In France, shares of Lafarge SA , the world's biggest cement maker, rose 1.9%. Reuters reported Thursday that the European arm of the group's plaster unit has attracted interest from private-equity funds, citing sources.

The CAC 40 index advanced 0.8% to 4,061.91, led by Vallourec SA . Shares of the steel-tube maker rose 4.7% after Credit Suisse lifted its rating on the stock to outperform from neutral to reflect the "high growth" it expects the company to deliver compared with peers.

In Germany, the DAX 30 gained 0.5% to 7,217.02, led by gains for exchange operator Deutsche Boerse AG , up 2.9%.

**DEPOSITION
EXHIBIT
SEC 1134**

The U.K.'s FTSE 100 benchmark closed up 0.8% at 6,055.75, led by miners and shares of defensive stocks like utility Scottish & Southern Energy PLC , up 2.3%.

On the downside, shares of interdealer broker ICAP PLC  sagged nearly 4% after Credit Suisse cut its rating on the stock to underperform from neutral, citing the stock's full valuation.

European shares rise on Friday, buoyed by a rally in Japanese stocks overnight and a surge in precious-metal prices.

Document MRKWC00020110408e7480012x

EXHIBIT 48

# THE WALL STREET JOURNAL.

DEPOSITION
EXHIBIT
SEC 1133

Markets
**Miners Drive Europe's Gains**

By Aude Lagorce
494 words
8 April 2011
13:26
The Wall Street Journal Online
WSJO
English
Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved.

LONDON—European markets advanced Friday, buoyed by solid gains for the mining sector as metal prices rose once again.

Shares also recovered losses made Thursday when Japan was shaken by another earthquake late in the European session.

The Stoxx Europe 600 index closed up 0.3% at 281.68, its 11th gain in the last 13 sessions. It had eased 0.3% on Thursday.

"There was relief in Asia after the tsunami warning was lifted and that carried on to the European markets," said Oliver Gilvarry, head of research at Dolmen Stockbrokers.

Among major national markets, the U.K.'s FTSE 100 benchmark closed up 0.8% at 6055.75 and The CAC 40 index advanced 0.8% to 4061.91.

Miners advanced, helped by news that Rio Tinto had clinched a majority interest in long-pursued Riversdale Mining, boosting chances its takeover offer will be approved. Rio shares rose 3.2%.

Gold prices rose once again as a weaker dollar and concerns about inflation led investors to seek refuge in precious metals. Copper and silvers prices also advanced. African Barrick Gold gained 3.4% and Randgold Resources added 2.1%. Silver miner Fresnillo climbed 2.4%.

Dutch mail and parcel-delivery company TNT plunged 13% after the group cut the outlook for its express division, citing the sharp increase in the oil price, political unrest and natural disasters. TNT said it will push ahead with the spinoff of the unit next month nonetheless.

Vallourec, a maker of steel tubes, rose 4.7% after Credit Suisse lifted its rating on the stock to outperform from neutral to reflect the "high growth" it expects the company to deliver compared with peers.

Cement giant Lafarge rose 1.9%. Reuters reported Thursday that the European arm of the group's plaster unit has attracted interest from private-equity funds, citing sources.

In Germany, the DAX 30 gained 0.5% to 7217.02, led by a 2.9% gain in exchange operator Deutsche Börse.

ICAP sagged 3.9% after Credit Suisse cut its rating on the interbank broker-dealer to underperform from neutral, citing the stock's full valuation.

Earlier, Asian stock markets closed mostly higher Friday, as Fast Retailing, operator of the Uniqlo clothing chain, led the Tokyo bourse's sharp turn higher.

U.S. stocks were little changed. The Dow Jones Industrial Average was down four points at 12406 at midday. Alcoa fell 0.4% ahead of Monday's earnings report, the unofficial kick-off of the first quarter corporate filings season. The Nasdaq Composite Index shed 0.1% to 2794. The Standard & Poor's 500-stock index rose one point to 1334, led by the energy sector as oil prices jumped.

The euro recently fetched $1.44122 from $1.4304 late Thursday in New York, and the dollar was at ¥84.97, from ¥84.93.

Write to Aude Lagorce at aude.lagorce@dowjones.com

Document WSJO000020110408e748003bi

EXHIBIT 49



London Markets
News & Commentary
**Mining sector leads London stocks higher; ICAP falls after downgrade; Carnival shares also drop**

Polya Lesova, MarketWatch
MarketWatch; plesova@marketwatch.com; Polya Lesova is chief of MarketWatch's London bureau.
545 words
8 April 2011
11:55
MarketWatch
MRKWC
English
Copyright 2011 MarketWatch, Inc. All Rights Reserved.

LONDON (MarketWatch) — The U.K. stock market posted strong gains on Friday, led higher by miners such as Anglo American PLC and Xstrata PLC, which were boosted by a rally in metals prices.

The FTSE 100 index rose 48.38 points, or 0.8%, to end at 6,055.75, as other European markets also advanced. See more on the move higher for bourses to cap off the trading week.

"The earnings that are coming through are still very good and reflect that the underlying recovery is proceeding very nicely," said Mike Lenhoff, chief strategist at Brewin Dolphin.

Also, signs are that the "Federal Reserve has no intention of raising interest rates for some while," he noted.

"Corporate confidence is very high and we're seeing that in mergers and acquisitions," he said.

As a result, investors seem to be shrugging off worries over high oil prices as well as Thursday's interest-rate hike by the European Central Bank, according to Lenhoff.

Miners ranked among the top gainers in London's benchmark index, as gold, silver and copper prices rose sharply. Shares of Anglo American rallied nearly 4%, Antofagasta PLC gained 1.9% and Xstrata rose 2.8%.

Meanwhile, Rio Tinto PLC rose 3.2% after the mining giant said it has acquired a majority interest in Riversdale Mining Ltd. . Rio Tinto's stake may increase further with its takeover offer for Riversdale remaining open until April 20.

Shares of Scottish & Southern Energy PLC gained 2.3% after Credit Suisse upgraded the firm to outperform from neutral.

In the financial sector, shares of Barclays PLC edged up 0.6%. The bank said late Thursday it plans to pump up to 1.3 billion euros ($1.9 billion) into its Spanish unit in order to comply with higher capital requirements from the Bank of Spain.

U.K. banks also are awaiting Monday's report from the Independent Commission on Banking, which is considering reforms to the sector.

ICAP shares slide

Shares of interdealer broker ICAP PLC fell nearly 4%. Credit Suisse downgraded the firm to underperform from a neutral rating previously, citing valuation reasons.

Meanwhile, higher oil prices weighed on travel and leisure shares. Carnival PLC dropped 2.8% and International Consolidated Airlines Group fell 2.5%.

Also on the downside, shares of quality and safety services provider Intertek Group PLC dropped nearly 1% after J.P. Morgan Cazenove downgraded its rating to neutral from overweight.

Page 54 of 103 © 2020 Factiva, Inc. All rights reserved.



**DEPOSITION EXHIBIT**
SEC 1135

"The group's fundamental attractions remain undimmed; yet, near-term potential for further material share price appreciation looks more limited," the broker said of Intertek in a research note.

Shares of publisher and information provider Reed Elsevier PLC edged up 0.4%, even as J.P. Morgan Cazenove cut its recommendation on the stock to neutral from overweight. The broker said that it still sees "many attractions" to the investment case underlying Reed Elsevier but that the shares' valuation is now at an appropriate level.

The U.K. stock market ends higher, as a rally in metals prices boosts the mining sector.

Document MRKWC00020110408e74800105