```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/23/2021_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE, and GUY ROBERT ELLIOTT,

          Defendants.

17 Civ. 7994 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 223, 226, 234, 237, 241. Accordingly, the parties' requests to redact portions of the deposition transcripts of Barnaby Fletcher and Steven Brice are GRANTED because they contain confidential information regarding non-party clients and informants and are narrowly tailored to protect those interests. *City of Almaty v. Ablyazov*, No. 15 Civ. 5345, 2021 WL 1177737, at *2 (S.D.N.Y. Mar. 29, 2021) (stating that "it may be appropriate to redact some or all of the list of documents" that "reveal confidential communications with third-parties"); *Cohen v. Gerson Lehrman Grp., Inc.*, No. 09 Civ. 4352, 2011 WL 4336679, at *2 (S.D.N.Y. Sept. 15, 2011) ("The redactions are narrowly tailored to conceal the clients' identity, and the privacy interests of [the] clients outweigh the presumption of access, as the clients' identities have no bearing on this case.").

The Clerk of Court is directed to terminate the motions at ECF Nos. 223, 226, 234, 241.

SO ORDERED.

Dated: April 23, 2021
      New York, New York

                                                ANALISA TORRES
                                                United States District Judge