**MANDATE**

S.D.N.Y.-N.Y.C.
17-cv-7994
Torres, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-one.

Present:
    Reena Raggi,
    Gerard E. Lynch,
    Michael H. Park,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 07 2021

Securities and Exchange Commission,

        *Petitioner*,

v.        21-1282

Rio Tinto PLC, Rio Tinto LTD, Thomas Albanese, Guy Robert Elliott,

        *Respondents*.

Petitioner requests, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/07/2021