UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

               -against-

RIO TINTO PLC, RIO TINTO LIMITED,
THOMAS ALBANESE, and GUY ROBERT
ELLIOTT,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __9/15/2022_____
```

17 Civ. 7994 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

On September 9, 2022, the Second Circuit issued a mandate affirming the Court's March

3, 2021 Order, ECF No. 213.  ECF No. 291.  By **October 14, 2022**, the parties shall file a joint

letter of no more than ten pages addressing whether the Second Circuit's decision in *Securities*

*and Exchange Commission v. Rio Tinto PLC et al.*, No. 21-2042 (2d Cir. July 15, 2022) affects

Defendants' motion for summary judgment, ECF No. 238, and the parties' motions to exclude

expert testimony, ECF Nos. 222, 225.  In particular, the parties are directed to address whether

Plaintiff waived certain of its claims against Defendants Albanese and Elliott through its

interlocutory appeal.  ECF Nos. 239 at 61 n.29; 258 at 61 n.26.

Accordingly, the Court's decision on Defendants' motion for summary judgment and the

parties' motions to exclude expert testimony is HELD IN ABEYANCE.

The Clerk of Court is directed to terminate the motions at ECF Nos. 222, 225, and 238.

SO ORDERED.

Dated: September 15, 2022
       New York, New York

                              _____
                                     ANALISA TORRES
                                 United States District Judge