UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/20/2023_____
```

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

GUY ROBERT ELLIOTT,

          Defendant.

17 Civ. 7994 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Guy Robert Elliott's November 17, 2023 letter. ECF No. 298.

    Accordingly, by **December 11, 2023**, Plaintiff is directed to file a letter that states its intentions as to the continuance of this action against Defendant Elliott. The letter shall also state Plaintiff's position as to how the settlements between Plaintiff and the other Defendants impact Defendant Elliott's pending motion for summary judgment. By **December 20, 2023**, Defendant Elliott may file a letter in response.

    SO ORDERED.

Dated: November 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge